IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Jackson Division)

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> and THE STATE OF MISSISSIPPI, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF JACKSON, MISSISSIPPI ) <br> ) <br>     Defendant. ) | Case No. 3:12-cv-790 TSL-MTP |

## NOTICE OF LODGING OF A CONSENT DECREE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency, and the State of Mississippi, with the consent of Defendant the City of Jackson, Mississippi ("City" or "Jackson"), herewith respectfully lodge with the Court a proposed Consent Decree resolving the claims alleged in the complaint filed jointly by the United States and the State of Mississippi n the above-captioned action ("proposed Decree"). The proposed Decree resolves the liability of Jackson with respect to the joint complaint as set forth therein.

Pursuant to 28 C.F.R. § 50.7, before entry of the proposed Decree, the proposed Decree must be lodged with the Court, and notice of lodging must be published in the Federal Register. The United States withholds approval of the proposed Decree pending publication of notice of the proposed Decree in the Federal Register for public review and comment as provided in the proposed Decree. The thirty-day public comment period begins on the date notice of the

1

proposed Decree is published in the Federal Register.  After the public comment period has closed, the United States will inform the Court of its views regarding any comments that may be received and, if the United States believes that entry of the proposed Decree remains warranted, it will at that time move the Court for entry of the proposed Decree.

WHEREFORE, the United States respectfully requests that this Court receive the proposed Decree for lodging only, and that it abstain from acting upon the same until the thirty-day public comment period has expired and the United States has moved for entry of the proposed Decree.

Dated:  November 20, 2012.

                    Respectfully submitted,

                    IGNACIA S. MORENO
                    Assistant Attorney General
                    Environment and Natural Resources Division
                    United States Department of Justice


                       /s/ Karl J. Fingerhood
                    KARL J. FINGERHOOD
                    Trial Attorney
                    Environment and Natural Resources Division
                    United States Department of Justice
                    P.O. Box 7611
                    Washington, D.C.  20044
                    Telephone (202) 514-7519

                    karl.fingerhood@usdoj.gov

GREGORY K. DAVIS
United States Attorney
Southern District of Mississippi

SAMUEL LYNN MURRAY
(MS Bar ID No. 3690)
Assistant U.S. Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS  39201
    Telephone:  (601) 973-2853
    Fascimile: (601) 965-4023

**ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA**

OF COUNSEL:

WILLIAM B. BUSH, JR.
Associate Regional Counsel
U.S. EPA, Region 4
61 Forsyth Street, S.W.
Atlanta, Georgia 30303
(404) 562-9813
(404) 562-9538