# APPENDIX C

# APPENDIX C

