# APPENDIX  D



# GUIDE FOR EVALUATING CAPACITY, MANAGEMENT, OPERATION, AND MAINTENANCE (CMOM) PROGRAMS AT SANITARY SEWER COLLECTION SYSTEMS

United States
Environmental Protection
Agency

Office of Enforcement and
Compliance Assurance (2224A)

EPA 305-B-05-002

www.epa.gov

January 2005

# TABLE OF CONTENTS

1.   **Introduction** ........................................................ **1-1**
     1.1   Purpose of This Guide ........................................ 1-1
     1.2   Terminology ................................................. 1-1
     1.3   How to Use the Guide ........................................ 1-2
     1.4   Overview of Underlying Issues ............................... 1-3
     1.5   Purpose of CMOM Programs .................................... 1-4
     1.6   National Pollutant Discharge Elimination System
           Regulatory Requirement ...................................... 1-5
     1.7   EPA Region 4 MOM Programs Project ........................... 1-6

2.   **Collection System Capacity, Management, Operation, and Maintenance**
     **Programs** ........................................................ **2-1**
     2.1   Collection System Management ................................ 2-4
           2.1.1   Organizational Structure ............................ 2-4
           2.1.2   Training ............................................ 2-10
           2.1.3   Internal Communication .............................. 2-11
           2.1.4   Customer Service .................................... 2-11
           2.1.5   Management Information Systems ...................... 2-13
           2.1.6   SSO Notification Program ............................ 2-14
           2.1.7   Legal Authority ..................................... 2-15
     2.2   Collection System Operation ................................. 2-17
           2.2.1   Budgeting ........................................... 2-18
           2.2.2   Monitoring .......................................... 2-19
           2.2.3   Hydrogen Sulfide Monitoring and Control ............. 2-20
           2.2.4   Safety .............................................. 2-21
           2.2.5   Emergency Preparedness and Response ................. 2-22
           2.2.6   Modeling ............................................ 2-24
           2.2.7   Mapping ............................................. 2-25
           2.2.8   New Construction .................................... 2-26
           2.2.9   Pump Stations ....................................... 2-26
     2.3   Equipment and Collection System Maintenance ................. 2-27
           2.3.1   Maintenance Budgeting ............................... 2-28
           2.3.2   Planned and Unplanned Maintenance ................... 2-28
           2.3.3   Sewer Cleaning ...................................... 2-33
           2.3.4   Parts and Equipment Inventory ....................... 2-35
     2.4   Sewer System Capacity Evaluation - Testing and Inspection .... 2-36
           2.4.1   Flow Monitoring ..................................... 2-37
           2.4.2   Sewer System Testing ................................ 2-38
           2.4.3   Sewer System Inspection ............................. 2-39
     2.5   Sewer System Rehabilitation ................................. 2-41

*Guide for Evaluating CMOM Programs at Wastewater Collection Systems*

3.0    **Checklist for Conducting Evaluations of Wastewater Collection System Capacity, Management, Operation, and Maintenance (CMOM) Programs** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3-1**

Appendix A   **Example Collection System Performance Indicator Data Collection Form** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **A-1**

Appendix B   **Example Interview Schedule and Topics** . . . . . . . . . . . . . . . . . . **B-1**

Appendix C   **Information Sources** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **C-1**

**References** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **R-1**

# CHAPTER 1. INTRODUCTION

## 1.1    Purpose of this Guide

This guide identifies some of the criteria used by EPA to evaluate a collection system's management, operation, and maintenance (CMOM) program activities. The guide is intended for use by EPA and state inspectors as well as the regulated community – owners or operators of sewer systems collecting domestic sewage as well as consultants or other third-party evaluators or compliance assistance providers. Collection system owners or operators can review their own systems by following the checklist in Chapter 3 to reduce the occurrence of sewer overflows and improve or maintain compliance. The guidance herein may also be taken a step further. If a federal or state reviewer observes a practice that does not effectively meet the elements of a CMOM program, he or she may make recommendations to educate the operator, inspector, case developer, or those involved in a settlement agreement. Additionally, having key board members (policy makers) read this guide will also allow them to better understand the benefits of investing in good CMOM programs.

The guide is applicable to small, medium, and large systems; both publicly and privately owned systems; and both regional and satellite collection systems. Regardless of size, each owner or operator will have an organization and practices unique to its collection system. While these specific characteristics will vary among systems, the CMOM concepts and best management practices are likely to apply to all types of systems. Where appropriate, this document provides guidance on the differences.

This document does not, however, substitute for the CWA or EPA's regulations, nor is it a regulation itself. Thus, the document does not and cannot impose legally binding requirements upon these circumstances. EPA and state decision-makers retain the discretion to adopt approaches on a case-by-case basis that differ from this guidance where appropriate. EPA may change this guidance in the future.

Individuals reviewing a collection system are strongly encouraged to read the guidance portion of this document prior to conducting a review. Reviewers should use the checklist in Chapter 3 as the primary tool for questions during the paperwork and/or onsite review of the collection system.

While some sections or topics may not appear to relate directly to environmental performance, taken as a whole, they provide an indication of how well the utility is run.

## 1.2    Terminology

To provide a more user-friendly guidance and for clarification, the terminology for several terms has been modified. The following paragraphs list these terms and reasoning for the modifications.

Frequently, the term "COLLECTION SYSTEM OWNER OR OPERATOR", abbreviated as "OWNER OR OPERATOR," is used in this guide and refers to the entities responsible for the administration and oversight of the sewer system and its associated staff (in either a municipal or industrial context); capacity evaluation, management, operation, and maintenance programs; equipment; and facilities. The owner and operator may be two different entities. For example, the owner may own the infrastructure and be responsible for its maintenance while it designates responsibility for the day to day operation of

the system to the operator. It should be noted that the term used in EPA's CMOM Program Self Assessment Checklist is "MUNICIPAL WASTEWATER UTILITY OPERATORS" or "UTILITY" rather than "collection system owner or operator." Both refer to the same individual(s).
The term "REVIEW" is used in this document in place of "INSPECTION" or "AUDIT." Because "inspection" often refers to an evaluation conducted by the regulatory authority and "audit" has been used to refer to an evaluation with very specific requirements, "review" is more appropriately used to capture the wider universe of evaluations (e.g., those conducted by a regulatory authority, the system itself, and/or by a third-party).

Similarly, the term used to describe the person conducting the CMOM review is the "REVIEWER" – this could be either an inspector, a third party reviewer hired by the owner or operator, or personnel of the owner or operator performing a self-evaluation of the collection system.

The term "FACILITY" is used in this document to refer to the components of the collection system (e.g., pump stations, sewer lines).

## 1.3     How to Use the Guide

The guide and checklist provide a three-tiered approach to the CMOM review:

*   Evaluation of the CMOM program, based on interviews with management and field personnel, as well as observation of routine activities and functions
*   Review of pertinent records and information management systems
*   Evaluation based on field/site review

Chapter 2 provides a breakdown and overview of each CMOM concept and what to look for when reviewing the system, defines the CMOM elements for the reviewer, and follows through with a discussion of the indicators or other clues about which the reviewer should be aware. Chapters 2 and 3 present detailed information on conducting reviews of collection systems. Chapter 3 contains the comprehensive reviewer checklist, supported by the information in Chapter 2. Appendix A presents a Collection System Performance Indicator Data Collection Form which provides examples of the types of information a reviewer should attempt to obtain while on-site.

The "one size does not fit all" approach to reviewing CMOM programs cannot be overstated. The principles covered in this guide are applicable to all wastewater collection systems, however, these principles may be implemented through different means depending on the system. Larger systems may have the resources and the need to implement more costly and complex means of meeting the CMOM program elements. In occasional cases a CMOM feature may not be implemented at all, due to characteristics of the system. A reviewer should be able to look at the system as a whole and determine whether certain key elements are present or should be present and to what extent the system incorporates the CMOM principles.

Reviewers will also find that the location or names of some documents, logs, or reports may vary from system to system. This guide tries to provide a general description of the materials the reviewer should request.

**Although use of this guide cannot guarantee a collection system will avoid permit violations or discharge violations, generally, when owners or operators adequately practice the principles laid out in the guide, they should experience fewer problems and, therefore, fewer instances of noncompliance.**

## 1.4    Overview of the Underlying Issues

Sanitary sewer collection systems are designed to remove wastewater from homes and other buildings and convey it to a wastewater treatment plant. The collection system is a critical element in the successful performance of the wastewater treatment process. EPA estimates that collection systems in the U.S. have a total replacement value between $1 to $2 trillion. Under certain conditions, poorly designed, built, managed, operated, and/or maintained systems can pose risks to public health, the environment, or both. These risks arise from sanitary sewer overflows (SSOs) from the collection system or by compromised performance of the wastewater treatment plant. Effective and continuous management, operation, and maintenance, as well as ensuring adequate capacity and rehabilitation when necessary, are critical to maintaining collection system capacity and performance while extending the life of the system.

EPA believes that every sanitary sewer system has the capacity to have an SSO. This may be due to a number of factors including, but not limited to:



- Blockages
- Structural, mechanical, or electrical failures
- Collapsed or broken sewer pipes
- Insufficient conveyance capacity
- Vandalism

SSOs include untreated discharges from sanitary sewer systems that reach waters of the United States (photo: US EPA).

Additionally, high levels of inflow and infiltration (I/I) during wet weather can cause SSOs. Many collection systems that were designed according to industry standards experience wet weather SSOs because levels of I/I may exceed levels originally expected; prevention of I/I has proven more difficult and costly than anticipated; or the capacity of the system has become inadequate due to an increase in service population without corresponding system upgrades (EPA 2004).

SSOs can cause or contribute to environmental and human health impacts (e.g., water quality standards violations, contamination of drinking water supplies, beach closures, etc.) which, in addition to flooded basements and overloaded wastewater treatment plants, are some symptoms of collection systems with inadequate capacity and improper management, operation, and maintenance. These problems create the need for both the owner or operator and the regulatory authority to conduct more thorough evaluations of sanitary sewer collection systems.

## 1.5    Purpose of CMOM Programs

CMOM programs incorporate many of the standard operation and maintenance activities that are routinely implemented by the owner or operator with a new set of information management requirements in order to:

- Better manage, operate, and maintain collection systems
- Investigate capacity constrained areas of the collection system
- Proactively prevent SSOs
- Respond to SSO events

The CMOM approach helps the owner or operator provide a high level of service to customers and reduce regulatory noncompliance. CMOM can help utilities optimize use of human and material resources by shifting maintenance activities from "reactive" to "proactive"–often leading to savings through avoided costs due to overtime, reduced emergency construction costs, lower insurance premiums, changes in financial performance goals, and fewer lawsuits. CMOM programs can also help improve communication relations with the public, other municipal works and regional planning organizations, and regulators.

It is important to note that the collection system board members or equivalent entity should ensure that the CMOM program is established as a matter of policy. The program should not be micro-managed, but an understanding of the resources required of the operating staff to implement and maintain the program is necessary.

In CMOM planning, the owner or operator selects performance goal targets, and designs CMOM activities to meet the goals. The CMOM planning framework covers operation and maintenance (O&M) planning, capacity assessment and assurance, capital improvement planning, and financial management planning. Information collection and management practices are used to track how the elements of the CMOM program are meeting performance goals, and whether overall system efficiency is improving.

On an periodic basis, utility activities should be reviewed and adjusted to better meet the performance goals. Once the long-term goal of the CMOM program is established, interim goals may be set. For instance, an initial goal may be to develop a geographic information system (GIS) of the system. Once the GIS is complete, a new goal might be to use the GIS to track emergency calls and use the information to improve maintenance planning.

An important component of a successful CMOM program is periodically collecting information on current systems and activities to develop a "snapshot-in-time" analysis. From this analysis, the owner or operator evaluates its performance and plans its CMOM program activities.

Maintaining the value of the investment is also important. Collection systems represent major capital investments for communities and are one of the communities' major capital assets. Equipment and facilities will deteriorate through normal use and age. Maintaining value of the capital asset is a major goal of the CMOM program. The infrastructure is what produces sales and service. Proper reinvestment in capital facilities maintains the ability to provide service and generate sales at the least cost possible and helps ensure compliance with environmental requirements. As a capital asset, this will result in the

need for ongoing investment in the collection system and treatment plant to ensure design capacity while maintaining existing facilities and equipment as well as extending the life of the system.

The performance of wastewater collection systems is directly linked to the effectiveness of its CMOM program. Performance characteristics of a system with an inadequate CMOM program include frequent blockages resulting in overflows and backups. Other major performance indicators include pump station reliability, equipment availability, and avoidance of catastrophic system failures such as a collapsed pipe.

A CMOM program is what an owner or operator should use to manage its assets; in this case, the collection system itself. The CMOM program consists of a set of best management practices that have been developed by the industry and are applied over the entire life cycle of the collection system and treatment plant. These practices include:

- Designing and constructing for O&M
- Knowing what comprises the system (inventory and physical attributes)
- Knowing where the system is (maps and location)
- Knowing the condition of the system (assessment)
- Planning and scheduling work based on condition and performance
- Repairing, replacing, and rehabilitating system components based on condition and performance
- Managing timely, relevant information to establish and prioritize appropriate CMOM activities
- Training of personnel



Sewer rehabilitation can include lining aging sewers (photo: NJ Department of Environmental Protection).

## 1.6 National Pollutant Discharge Elimination System Regulatory Requirement

The National Pollutant Discharge Elimination System (NPDES) program prohibits discharges of pollutants from any point source into the nation's waters except as authorized under an NPDES permit. EPA and state NPDES inspectors evaluate collection systems and treatment plants to determine compliance with permit conditions including proper O&M. Among others, these permit conditions are based on regulation in 40 CFR 122.41(e): "The permittee shall at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of this permit."

When violations occur, the collection system or wastewater treatment plant owner or operator can face fines and requirements to implement programs to compensate residents and restore the environment. For example, in June 2004, the U.S. District Court for the Southern District of Ohio entered a consent decree resolving CSO, SSO, and wastewater treatment plant violations at the Hamilton County sewer system in Cincinnati, Ohio. In addition to a $1.2 million civil penalty, the settlement included programs to clean up residents' basements, compensate residents, and implement measures to prevent further basement backups. The settlement also includes over $5.3 million in supplemental environmental projects.

## 1.7    EPA Region 4 MOM Programs Project

EPA Region 4 created the "Publicly Owned Treatment Works MOM Programs Project" under which the Region invites permitted owners or operators, and contributing satellite systems, in watersheds it selects to perform a detailed self-assessment of the management, operation, and maintenance (MOM) programs associated with their collection system. Participants provide a report which includes the results of the review, any improvements that should be made, and schedules to make those improvements. Participants that identify and report a history of unpermitted discharges from their collection system, and a schedule for the necessary improvements, can be eligible for smaller civil penalties while under a remediation schedule.

EPA's Office of Compliance coordinated with EPA Region 4 on the development of this CMOM Guide. This guide is based in part on material obtained from the Region 4 MOM Programs Project. Some of the more specific items of the Region 4 program have been omitted in order to provide a more streamlined review framework. The fundamental concepts behind CMOM have been maintained in this guide. By combining elements of the Region's program with existing NPDES inspection guidance, this CMOM Guide provides a comprehensive framework for reviewers and regulated communities to evaluate the effectiveness of O&M throughout the collection system.

# CHAPTER 2. COLLECTION SYSTEM CAPACITY, MANAGEMENT, OPERATION, AND MAINTENANCE PROGRAMS

This chapter provides an overview of the CMOM program elements. The information will help evaluate wastewater collection system operation and maintenance (O&M) practices. The key elements of the CMOM program, which are presented in detail in the following sections, include:

- Collection System Management
- Collection System Operation
- Collection System Maintenance
- Collection System Capacity Evaluation

In addition to this overview, there are several areas (e.g., 2.1.3 Internal Communications, 2.1.4 Customer Service, etc.) in this guide that go into greater depth regarding the operation and maintenance of a collection system. The intent of this detail is not only to provide the owner or operator with suggestions as to what to look for in their own program, but to provide the reviewer a complete overview of good operations, in general, regardless of a particular item resulting in poor performance or a violation.

For EPA and state inspectors or other reviewers, conducting an evaluation of collection system CMOM programs shares many similarities with other types of compliance reviews. Overall, the reviewer would examine records, interview staff and conduct field investigations, generally in that order although tailored, if necessary, to meet site-specific needs. Prior to performing the on-site interviews and evaluations, preliminary information may be requested that will provide an overall understanding of the organization to allow for a more focused approach for the review. This information also provides a basis for more detailed data gathering during on site activities. The information typically requested prior to the review should include a schematic map of the collection system (could be as-built drawings) and any written operations or maintenance procedures. Depending on the volume of information, the collection system owner or operator may need ample lead time to gather and copy these documents. Alternatively, the reviewer may offer to examine the documents and bring them back when doing the on-site review so that extra copies are not necessary. No matter which method is used, the importance of up-front preparation cannot be overemphasized. With the exception of pump stations and manholes, much of the collection system is not visible. Therefore, the more complete the reviewer's understanding of the system is prior to the review, the more successful the assessment will be.

The reviewer would then proceed with the on-site activities. Guidance for conducting compliance reviews is provided in the *NPDES Compliance Inspection Manual* (EPA 2004). The manual provides the general procedures for performing compliance reviews and is a valuable source of information on such topics as entry, legal authority, and responsibilities of the reviewer. Although CMOM evaluations are not specifically addressed in the manual, the general

review procedures can be applied to CMOM reviews. Another good reference for general review information is the *Multi-Media Investigations Manual, NEIC* (EPA 1992). Some issues with entry are specific to CMOM reviews. Some facilities may be on private property and the reviewer may need property owner consent for entry.

---

### *Documents to Review On-site Include*:

- Organization chart(s)
- Staffing plans
- Job descriptions
- Sewer use ordinance
- Overall map of system showing facilities such as pump stations, treatment plants, major gravity sewers, and force mains
- O&M budget with cost centers[1] for wastewater collection
- Performance measures for inspections, cleaning, repair, and rehabilitation
- Recent annual report, if available
- Routine reports regarding system O&M activities
- Collection system master plan
- Capital improvement projects (CIP) plan
- Flow records or monitoring
- Safety manual
- Emergency response plan
- Management policies and procedures
- Detailed maps/schematics of the collection system and pump stations
- Work order management system
- O&M manuals
- Materials management program
- Vehicle management and maintenance records
- Procurement process
- Training plan for employees
- Employee work schedules
- Public complaint log
- Rate ordinance or resolution
- Financial report ("notes" section)
- As built plans
- Discharge monitoring reports (DMRs)

---

The above list is not all inclusive nor will all utilities necessarily have formal, written documentation for each of the items listed. The *Collection System Performance Indicator Data Collection Form*, included as Appendix A, provides examples of the types of information a reviewer should attempt to obtain while on-site.

Interviews are generally conducted with line managers and supervisors who are responsible for the various O&M activities

> **Reviewer - Point to Note**
> A schedule should be established by the reviewer for the staff interviews and field assessments.

---

[1] A cost center is any unit of activity, group of employees, line of products, etc., isolated or arranged in order to allocate and assign costs more easily.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

and support services staff from engineering, construction, human resources, and purchasing, where appropriate. Appendix B presents an example agenda and schedule that would be used for a large collection system owner or operator. The collection system's size and physical characteristics will determine the length of time needed for the review. A guideline for the time required, given a two person review team, would be two days for a small system, and a week or more for large systems.

Field reviews are typically conducted after interviews. The following is a list of typical field sites the team should visit:

- Mechanical and electrical maintenance shop(s)
- Fleet maintenance facilities (vehicles and other rolling stock)
- Materials management facilities (warehouse, outside storage yards)
- Field maintenance equipment storage locations (i.e., crew trucks, mechanical and hydraulic cleaning equipment, construction and repair equipment, and television inspection equipment)
- Safety equipment storage locations
- Pump stations
- Dispatch and supervisory control and data acquisition (SCADA) systems
- Crew and training facilities
- Chemical application equipment and chemical storage areas (use of chemicals for root and grease control, hydrogen sulfide control [odors, corrosion])
- Site of SSOs, if applicable
- A small, but representative, selection of manholes

Collection system operators typically assist with manhole cover removal and other physical activities. The inspector should refrain from entering confined spaces. A confined space is defined by the Occupational Safety and Health Administration (OSHA) as a space that: (1) is large enough and so configured that an employee can bodily enter and perform assigned work; and (2) has limited or restricted means for entry or exit; and (3) is not designed for continuous employee occupancy [29 CFR 1910.146(b)]. A "permit-required confined space (permit space)" is a confined space that has one or more of the following characteristics: (1) contains or has a potential to contain a hazardous atmosphere; (2) contains a material that has the potential for engulfing an entrant; (3) has an internal configuration such that an entrant could be trapped or asphyxiated by inwardly converging walls or by a floor which slopes downward and tapers to a smaller cross-section; or (4) contains any other recognized serious safety or health hazard [29 CFR 1910.146(b)].

Though OSHA has promulgated standards for confined spaces, those standards do not apply directly to municipalities, except in those states that have approved plans and have asserted jurisdiction under Section 18 of the OSHA Act. Contract operators and private facilities do have to comply with the OSHA requirements and the inspector may find that some municipalities elect to do so voluntarily. In sewer collection systems, the two most common confined spaces are the underground pumping station and manholes. The underground pumping station is typically entered through a relatively narrow metal or concrete shaft via a fixed ladder. Inspectors conducting the field evaluation component of the CMOM audit should be able to identify and

avoid permit-required confined spaces. Although most confined spaces are unmarked, confined spaces that may have signage posted near their entry containing the following language:

---

**DANGER–PERMIT REQUIRED–CONFINED SPACE
AUTHORIZED PERSONNEL ONLY**

If confined space entry is absolutely necessary, inspectors should consult with the collection system owner or operator first, have appropriate training on confined space entry, and use the proper hazard detection and personal safety equipment. More information on confined space entry can be found in *Operation and Maintenance of Wastewater Collection Systems Volumes I and II* (California State University (CSU) Sacramento 1996; CSU Sacramento 1998).

---

## 2.1    Collection System Management

Collection system management activities form the backbone for operation and effective maintenance activities. The goals of a management program should include:

- Protection of public health and prevention of unnecessary property damage
- Minimization of infiltration, inflow and exfiltration, and maximum conveyance of wastewater to the wastewater treatment plant
- Provision of prompt response to service interruptions
- Efficient use of allocated funds
- Identification of and remedy solutions to design, construction, and operational deficiencies
- Performance of all activities in a safe manner to avoid injuries

> **Management Documents to Review**
>
> - Organization chart(s)
> - Staffing plans–Number of people and classifications
> - Job descriptions for each classification
> - Sewer use ordinance
> - Safety manual
> - Training program documentation
> - Notes to financial reports

Without the proper procedures, management and training systems, O&M activities may lack organization and precision, resulting in a potential risk to human health and environmental contamination of surrounding water bodies, lands, dwellings, or groundwater. The following sections discuss the common elements of a robust collection system management program.

### 2.1.1    Organizational Structure

Well-established organizational structure, which delineates responsibilities and authority for each position, is an important component of a CMOM program for a collection system. This information may take the form of an organizational chart or narrative description of roles and

responsibilities, or both. The organizational chart should show the overall personnel structure, including operation and maintenance staff. Additionally, up-to-date job descriptions should be available. Job descriptions should include the nature of the work performed, the minimum requirements for the position, the necessary special qualifications or certifications, examples of the types work, lists of licences required for the position, performance measures or promotion potential. Other items to note in regard to the organizational structure are the percent of staff positions currently vacant, on average, the length of time positions remain vacant, and the percent of collection system work that is contracted out.

> **Reviewer - Point to Note**
> The reviewer may want to note the turnover rate and current levels of staffing (i.e., how many vacant positions exist and for how long they have been vacant). This may provide some indication of potential understaffing, which can create response problems.

Reviewers should evaluate specific qualifications of personnel and determine if the tasks designated to individuals, crews, or teams match the job descriptions and training requirements spelled out in the organizational structure. From an evaluation standpoint, the reviewer might try to determine what type of work is performed by outside contractors and what specific work is reserved for collection system personnel. If much of the work is contracted, it is appropriate to review the contract and to look at the contractor's capabilities. If the contractor handles emergency response, the reviewer should examine the contract with the owner or operator to determine if the emergency response procedures and requirements are outlined.

The inclusion of job descriptions in the organizational structure ensures that all employees know their specific job responsibilities and have the proper credentials. Additionally, it is useful in the course of interviews to discuss staff management. The reviewer should note whether staff receive a satisfactory explanation of their job descriptions and responsibilities. In addition, when evaluating the CMOM program, job descriptions will help a reviewer determine who should be interviewed.

> **Reviewer - Point to Note**
> A reviewer should look for indications that responsibilities are understood by employees. Such indications may include training programs, meetings between management and staff, or policies and procedures.

When evaluating the organizational structure, the reviewer should look for the following:

- Except in very small systems, operation and maintenance personnel ideally should report to the same supervisor or director. The supervisor or director should have overall responsibility for the collection system.

- In some systems, maintenance may be carried out by a city-wide maintenance

organization, which may also be responsible for such diverse activities as road repair and maintenance of the water distribution system. This can be an effective approach, but only if adequate lines of responsibility and communication are established.

- In general, one supervisor should manage a team of individuals small enough that is safe and effective. However, the individuals on the team may have additional employees reporting to them. This prevents the top supervisors from having to track too many individuals. The employee-supervisor ratio at individual collection systems will vary depending on their need for supervisors.

In a utility with well-established organizational structure, staff and management should be able to articulate their job and position responsibilities. Personnel should be trained to deal with constantly changing situations and requirements, both regulatory and operational.

The system's personnel requirements vary in relation to the overall size and complexity of the collection system. In very small systems, these responsibilities may include operation of the treatment plant as well as the collection system. In many systems, collection system personnel are responsible for the stormwater as well as wastewater collection system. References providing staff guidelines or recommendations are available to help the reviewer determine if staffing is adequate for the collection system being reviewed. Following is a list of available references:

- *Manpower Requirements for Wastewater Collection Systems in Cities of 150,000 to 500,000 Population* (EPA 1974)
- *Manpower Requirements for Wastewater Collection Systems in Cities and Towns of up to 150,000 Population* (EPA 1973)
- *Operation and Maintenance of Wastewater Collection Systems*, Volume II (California State University (CSU) Sacramento 1998)

Volumes I and II of *Operations and Maintenance of Wastewater Collection Systems* can be obtained through:

Office of Water Programs
California State University Sacramento
6000 J Street
Sacramento, CA 95819-6025
phone: 916/278-6142
www.owp.csus.edu

The following tables have been taken from the two EPA documents listed above to provide the reviewer with guidance. However, these documents may not take into account technological advances that have occurred since their publication date that might reduce staffing requirements. For instance, advances in remote data acquisition and telemetry have likely reduced the number

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

of field inspection staff needed for systems with several pump stations. Other system-specific characteristics should also be accounted for when using these tables. An example of this might be collection systems that are not primarily constructed of brick will not require the masons the tables specify.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

**STAFF COMPLEMENTS FOR WASTEWATER COLLECTION SYSTEM MAINTENANCE**
**POPULATION SIZE**
**(Estimated Number of Personnel)**

| Occupational Title | 5,000 | | 10,000 | | 25,000 | | 50,000 | | 100,000 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (a) | (b) | (a) | (b) | (a) | (b) | (a) | (b) | (a) | (b) |
| Superintendent | 1 | 5 | 1 | 10 | 1 | 20 | 1 | 40 | 1 | 40 |
| Assistant Superintendent | | | | | | | | | | |
| Maintenance Supervisor | | | | | | | 1 | 40 | 2 | 80 |
| Foreman | 1 | 15 | 1 | 20 | 1 | 20 | 1 | 40 | 1 | 40 |
| Maintenance Man II | 1 | 15 | 1 | 20 | 1 | 20 | 1 | 40 | 1 | 40 |
| Maintenance Man I | 1 | 15 | 1 | 20 | 2 | 60 | 3 | 120 | 5 | 200 |
| Mason  II | | | | | | | 1 | 40 | 1 | 40 |
| Mason  I | | | | | | | | | 1 | 40 |
| Maint. Equipment Personnel | | | | | 1 | 40 | 2 | 80 | 3 | 120 |
| Construction Equipment Personnel | 1 | 15 | 1 | 20 | 1 | 20 | 1 | 40 | 1 | 40 |
| Auto. Equipment Personnel | | | | | | | | | 1 | 40 |
| Photo. Inspection Technician | | | | | | | | | 1 | 40 |
| Laborer | 1 | 15 | 1 | 20 | 2 | 40 | 2 | 80 | 5 | 200 |
| Dispatcher | | | | | | | 1 | 40 | 2 | 80 |
| Clerk Typist | | | | | | | 1 | 20 | 1 | 20 |
| Stock Clerk | | | | | | | 1 | 40 | 1 | 40 |
| Sewer Maint. Staff | 6 | 80 | 6 | 110 | 9 | 220 | 16 | 620 | 27 | 1,060 |
| Maintenance Mechanic II | see comment (c) below | | | | | | | | | |
| Maintenance Mechanic I | see comment (d) below | | | | | | | | | |
| Maintenance Mechanic Helper | see comment (d) below | | | | | | | | | |
| Construction Inspection Supervisor | see comments (e) and (f) below | | | | | | | | | |
| **Total Staff** | | | | | | | | | | |

(a) Estimated number of personnel.
(b) Estimated total man-hours per week.
(c) Multiply number of lift stations maintained by 8/3.
(d) Multiply number of lift station visits per week by 1.
(e) Multiply estimated construction site visits per week by 8/3.
(f) Determined by the number of Construction Inspectors employed and developed on a judgmental basis.
Unit processes included in this staffing table are:
    1. Maintenance of sanitary sewer <u>main</u> lines & appurtenances (laterals not included).
    2. Maintenance of storm sewer main lines.
    3. Maintenance of lift stations.
    4. Inspection of newly constructed sewer main lines and appurtenances.
(U.S. EPA 1973)

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

### STAFF COMPLEMENTS FOR WASTEWATER COLLECTION SYSTEM MAINTENANCE
### POPULATION SIZE
### (Estimated Number of Personnel)

| Occupational Title | 150,000 | 200,000 | 300,000 | 400,000 | 500,000 |
|---|---|---|---|---|---|
| Superintendent | 1 | 1 | 1 | 1 | 1 |
| Assistant Superintendent | 1 | 1 | 1 | 1 | 1 |
| Maintenance Supervisor II | 1 | 1 | 1 | 1 | 1 |
| Maintenance Supervisor I | 1 | 2 | 2 | 3 | 3 |
| Equipment Supervisor | 1 | 1 | 1 | 1 | 1 |
| TV Technician II | 1 | 2 | 2 | 3 | 3 |
| TV Technician I | 1 | 2 | 2 | 3 | 3 |
| Foreman | 2 | 3 | 4 | 5 | 6 |
| Maintenance Man II | 3 | 5 | 6 | 8 | 9 |
| Maintenance Man I | 11 | 17 | 22 | 29 | 33 |
| Mason II | 1 | 2 | 2 | 3 | 3 |
| Mason I | 1 | 2 | 2 | 3 | 3 |
| Maintenance Equipment Personnel | 6 | 8 | 12 | 15 | 18 |
| Construction Equipment Personnel | 3 | 4 | 6 | 8 | 9 |
| Auto. Equipment Personnel | 2 | 3 | 4 | 5 | 6 |
| Laborer | 7 | 10 | 14 | 18 | 22 |
| Dispatcher | 2 | 2 | 2 | 3 | 3 |
| Stock Clerk | 1 | 2 | 2 | 3 | 3 |
| Clerk Typist | 2 | 2 | 2 | 3 | 3 |
| Sewer Maintenance Staff | 48 | 70 | 88 | 116 | 131 |
| Maintenance Mechanic II | see comment (a) below | | | | |
| Maintenance Mechanic I | see comment (b) below | | | | |
| Maintenance Mechanic Helper | see comment (b) below | | | | |
| Electrician | see comment (c) below | | | | |
| Construction Inspector Supervisor | see comment (d) below | | | | |
| Construction Inspector | see comment (e) below | | | | |
| **Total Staff** | | | | | |

(a) Divide number of lift stations maintained by 15.
(b) Divide number of lift station visits per week by 40
(c) Divide number of lift stations maintained by 15.
(d) Determined by the number of Construction Inspectors employed and developed on a judgmental basis.
(e) Divide estimated daily construction site visits by 2.
Unit processes included in this staffing table are:
      1. Maintenance of sanitary sewer main lines & appurtenances (laterals not included).
      2. Maintenance of storm sewer main lines.
      3. Maintenance of lift stations.
      4. Inspection of newly constructed main lines and appurtenances.
(U.S. EPA 1974)

### 2.1.2   Training

The commitment of management to training is key to a successful program. It is important to recognize training as a budget expense item. A guideline for the typical amount of funding for training is three to five percent of the gross budget for the collection system. However, in large collection systems or those undergoing extensive construction this percentage may be considerably lower, and, in systems with a high turnover, training costs may be higher due to orienting new employees. Other changes, such as incorporation of new technology, will have a short-term impact on training costs. Although training is not explicitly required under current regulations, a collection system with untrained or poorly trained collection system personnel runs a greater risk of experiencing noncompliance.

The following elements are essential for an effective training program:

- Fundamental mission, goals, and policies of the collection system are addressed
- Mandatory training requirements are identified for key employees
- On-the-job training progress and performance are measured
- Effectiveness of the training is assessed including periodic testing, drills, or demonstrations
- New employees receive training

The owner or operator should generally provide training in the following areas:

- Routine line maintenance (may be on-the-job training only)
- Safety during confined space entry (every system should also have a strict policy and permit program)
- Traffic control (where applicable)
- Record keeping
- Pump station O&M
- Electrical and instrumentation (may be a combination of formal and on-the-job training)
- Public relations and customer service
- SSO/Emergency response
- Pump station operations and maintenance
- Pipe repair; bursting or cured in place pipe (CIPP); or closed circuit TV and trench/shoring (where these activities are not outsourced)

> **Sources of Training**
>
> Training is required to safely perform inspections, follow replacement procedures, and lubricate and clean parts and equipment. Following are the many sources of maintenance training:
>
> - Manufacturer
> - In-house
> - On-the-job (OJT)
> - Industry-wide (e.g., consultants, regulatory authorities, professional associations, or educational institutions)

The training program should identify the types of training required and offered. Types of training vary, but may include general environmental awareness, specific equipment, policies and

procedures, and conducting maintenance activities. If the owner or operator is carrying out its own training, the reviewer should evaluate one or more examples of training materials to answer the following questions: are the materials appropriate to the training topic and the level of those being trained; and are they likely to accomplish the intended goal?

> **Owner or Operator - Point to Note**
> The owner or operator should routinely assess the effectiveness of training through periodic testing, drills, demonstrations, or informal reviews, and improve training based on this assessment.

### 2.1.3   Internal Communication

Communication is essential to ensuring that collection systems run efficiently and effectively. It is especially important that an effective communication link exists between wastewater treatment plant operators and collection system crews as well as with other municipal departments.

Effective communication requires the top-down, bottom-up, and lateral exchange of information amongst staff. Examples of top-down communication are bulletin board posters, paycheck inserts, regular staff meetings, e-mail or informal brown-bag lunch discussions. Examples of bottom-up communication may include the establishing environmental committees, confidential hotlines, e-mail, or direct open discussions. Collection system owners or operators may also offer incentives to employees for performance, and encourage them to submit suggestions for ways to improve the performance of the collection system. "Front line" employees are often an excellent source of ideas, issues, and information about how to improve performance at the work site. In this context, the reviewer can check for morale-boosting activities or reward programs, such as "Employee of the Month" and "Employee of the Year."

The reviewer should attempt to determine lines of internal communication to ensure all employees receive information and have an appropriate forum to provide feedback. The reviewer should assess the level of communication by interviewing several levels of staff or by simply observing collection system teams on work assignments. The owner or operator should have procedures and be able to demonstrate internal communication between the various levels and functions of the collection system regarding its management, operation, and maintenance programs.

### 2.1.4   Customer Service

The community often knows very little about the wastewater treatment and collection services performed for them. The community may only be aware of the collection system and its owner or operator through articles in local newspapers, public radio and television announcements, or only when there is an SSO. Collection system representatives should talk to schools and universities, make presentations to local officials and businesses about the wastewater field. Formal presentations can also be given to citizens, building inspectors, public utility officials,

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

and members of the media.

An effective customer service and public relations program ensures that the owner or operator addresses all incoming inquiries, requests, and complaints in a timely fashion. From this information, owners or operators may further develop or revise programs to better address areas of concern. The reviewer should examine customer service records for the following:

- Personnel who received the complaint or request
- Date and nature of the complaint or request
- Location of the problem
- Name, address, and telephone number of the customer
- Cause of the problem
- To whom the follow-up action was assigned
- The initial date of the follow-up action
- Date the complaint or request was resolved
- Total days to end the problem
- Feedback to the customer

Awareness of past issues, population served, compliance history, and other elements help a reviewer determine whether the amount and types of inquiries, requests, or complaints are increasing or decreasing. For example, there may have been many complaints during only a certain week. The reviewer can examine those records to determine if there were specific circumstances (e.g., a large precipitation event) that caused the increase in inquiries or complaints.

> **Reviewer - Point to Note**
> To fully understand the context of customer inquiries, requests, or complaints, a reviewer should understand the history, topography, boundaries, and demographics of the collection system's jurisdiction before site evaluations are conducted.

Employees who handle customer service should be specifically trained to handle complaints, requests, or inquiries. These employees should be provided with sample correspondence, Q/A's, or "scripts" to help guide them through written or oral responses to customers. The reviewer should look for procedures on how to answer the telephone, e-mail, and other communication used by personnel. A reviewer may evaluate staff telephone responses by evaluating:

- The number of persons available to answer calls
- The number of repeat callers
- The average length of calls
- The volume of calls per day

Collection system field crews and their activities are the most visible segment of any wastewater treatment organization. Workers project a public image for their system on city and town streets. For this reason, personnel need to be trained in what to expect in public situations. For example,

collection system supervisory staff should be familiar with the areas around public rights-of-way and easements to which their field crews must gain access to service facilities. Additionally, crew leaders should know how to deal with the public when approached.

Collection systems field crews influence the public's confidence in the collection system owner or operator. Reviewers should observe whether personnel wear uniforms or not, and if vehicles and equipment are identifiable as utility property and kept in good working order. Vehicles should be equipped with adequate emergency lighting and flashers, traffic control signs and barriers, etc. Before major construction or maintenance work begins, owners or operators should notify homeowners where properties may be affected. Methods of notification may include door hangers, newspaper notices, fliers, signs, or public radio or television announcements. Information should also be provided to residents on cleanup and safety procedures following basement backups and other overflows.

### 2.1.5   Management Information Systems

The ability of the owner or operator to effectively manage its collection system is directly related to its ability to maintain access to the most current information concerning the facilities. Maintenance of this current information is an effort involving all members of the collection system from the staff answering the telephone to the worker in the street. Operational information informs and clarifies financial information. This will make the financial information more useful for the policy makers, leading to better decisions. A satisfactory management information system should provide the owner or operator with the following advantages:



A growing number of sewer systems have shifted to computer-based collection system management [photo: Milwaukee Metropolitan Sewerage District (MMSD)].

- Maintain preventive maintenance and inspection schedules
- Offer budgetary justification
- Track repairs and work orders
- Organize capital replacement plans
- Manage tools and equipment inventories
- Create purchase orders
- Record customer service inquiries, complaints, or requests
- Provide measurement of effectiveness of program and O&M activities

Owners and operators have been shifting to computer-based systems to manage data. Only the smaller collection system owners or operators may still rely on paper management systems.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

Computer-based Maintenance Management Systems (CMMSs) are designed to manage the data needed to track the collection system's O&M performance. Geographic Information Systems (GIS) are used to map and locate facilities and because of computer-based compatibility, can often easily be integrated with a CMMS. The computer-based system however, can only be as accurate as the data used to develop it, which was most likely paper files.

> **Types of Management Information Tracking**
>
> - Customer service
> - Safety incident
> - Emergency response
> - Process change
> - Inspection scheduling and tracking
> - Monitoring and/or sampling schedules
> - Compliance
> - Planned maintenance (schedules and work orders)
> - Parts inventory

Regardless of the information management style chosen, the collection system should have written instructions regarding the use of the management information systems. These procedures may include operating the system, upgrading the system, accessing data and information, and generating and printing reports. The system should be kept current with accurate information. Work reports from the field crews should be complete, accurate, and legible.

The reviewer may select some number of complaints and see how well they can be tracked through the system to an ultimate conclusion. Work reports generated by the field crew should be randomly chosen and scanned for legibility and completeness. The reviewer should do a random check of the timeliness and accuracy of data entry. Additionally, the reviewer should obtain selected original data sources (such as field reports) and compare them to the appropriate database output to determine how long entry takes. This will provide a check on how current the database is and what data entry backlog exists.

### 2.1.6   SSO Notification Program

The owner or operator should maintain a written procedure indicating the entities, (e.g., drinking water purveyors, the public, public health officials, and the regulatory authority) that should be notified in the event of an SSO. The procedure should clearly indicate the chain of communication used to notify the proper personnel of an SSO event for reporting and remediation. The procedure should include the names, titles, phone numbers, and responsibility of all personnel involved. The reviewer should verify that the personnel listed in the procedure are still in the position listed and are aware of their responsibilities.

> **Reviewer - Point to Note**
> To verify the effectiveness of the notification program, the reviewer should walk an overflow occurrence report through the chain of events that would occur from the time of initial notification.

The procedure may allow for different levels of response for different types of SSOs. For example, the regulatory authority may request that SSOs due to sewer line obstructions be

reported on a monthly basis. Therefore, the procedure may simply be to gather this information from the maintenance information system and have the appropriate personnel put together a reporting form. A chronic SSO at a pump station that discharges when overloaded during wet weather may require a more complex notification procedure, including immediate telephone notification to specified authorities.

To verify the effectiveness of the notification program, the reviewer should walk an overflow occurrence report through the chain of events that would occur from the time of initial notification. This can be done by choosing several random overflow events from the complaint records and observing whether they are handled as procedures dictate. The minimum information that should be reported for an SSO includes the date, time, location, cause, volume of the overflow (which may be estimated), how it was stopped, and any remediation methods taken. The reviewer should not only verify that the SSO notification procedures are appropriate, but also verify that the owner or operator has reliable methods for the detection of overflows and a phone number or hotline for the public to report observed overflow events.

### 2.1.7   Legal Authority

The collection system owner or operator should select and enforce the legal authority necessary to regulate the volume of flow entering the collection system, including residential and commercial customers, satellite communities and industrial users. The legal authority may take the form of sewer use ordinances, contracts, service agreements, and other legally binding documents.

> A **satellite community** is a collection systems which does not own the treatment facility to which it discharges.

The pretreatment program seeks to prevent the discharge of materials into the sewer system (by non-domestic users) that interfere with proper operation of the wastewater treatment plant or may pass through the plant untreated. At the time the operator of a wastewater treatment plant submits its pretreatment program to the regulatory authority for approval, the plant operator must include a statement from the city solicitor or other legal authority that the plant has the authority to carry out the program [40 CFR 403.9(a)(1)]. The reviewer should verify the existence of this statement and inquire as to whether any significant changes have occurred in the program such that the legal authority may need further review. Additionally, some owners or operators may have a pretreatment program approved by the state, through which discharge permits are issued to industrial users and enforcement is conducted. Further information on legal authority under the pretreatment program may be found in *Procedures Manual for Reviewing a POTW Pretreatment Program Submission* (EPA 1983).

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

The owner or operator should have the authority to ensure that new and rehabilitated sewers and connections have been properly designed, constructed, and tested before being put into service. This authority could take the form of design and performance specifications in a sewer use ordinance or other legal document such as a statute or series of contracts or joint powers agreements. The ordinance or legal document should contain, at a minimum, general prohibitions, adequate grease control requirements and measures, prohibitions on stormwater inflow, infiltration from laterals, and new construction standards.



The grease control section of the document should contain the requirement to install grease traps at appropriate facilities (e.g., restaurants). Additionally, these facilities should be required to properly maintain the grease traps and pump them out on a regular basis. The document should also address periodic inspections of grease traps by collection system personnel and the ability to enforce (i.e., levy fines on persistent offenders).

---

**General Prohibitions**

- Fire and explosion hazards
- Corrosive and obstructive materials
- Material which may cause interference at the wastewater treatment plant
- Heat which may inhibit biological activity at the wastewater treatment plant
- Oils or petroleum products which may cause interference or pass through the wastewater treatment plant

---

The owner or operator should maintain strict control over the connection of private sewer laterals to sewer mains. These connections have significant potential as sources of infiltration. Standards for new connections should be clearly specified. The sewer use ordinance should contain provisions for inspection, approval of new connections, and a program to implement the requirements. A method to maintain control over existing connections is to require an inspection of the lateral prior to sale of a property. It is important to note that implementing this type of program may require a change to the local ordinance or code.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

The owner or operator should also have the legal authority to prohibit stormwater connections to the sanitary sewer. Stormwater connections may include catch basins; roof, cellar and yard drains; sump pumps; direct connections between the storm and sanitary sewers; leaking manhole covers; uncapped cleanouts; and the direct entrance of streams into the collection system. This practice is now discouraged. Direct stormwater connections to a separate sanitary sewer system are known as inflow. Inflow can severely impact the ability of the collection system to transport flows to the treatment plant during wet weather, leading to overflows and noncompliance with the wastewater treatment plant's NPDES permit.



Sources of stormwater in the collection system may include building downspouts connected directly to the system (photo: MMSD).

Satellite communities should not be allowed to contribute excessive flows that cause or contribute to overflows, flooding, or noncompliance at the wastewater treatment plant. Should any of these situations exist, it is not sufficient for the owner or operator to charge the satellite community for the excess flow. The owner or operator must be able to prohibit the contribution of the excess flow. This may be done through a legal inter-jurisdictional agreement between the wastewater treatment plant owner or operator and the satellite community that addresses allowable flows and sets requirements. The reviewer should examine all contracts between systems and their satellites (unless too numerous, then select representative contracts). Contracts should have a date of termination and allow for renewal under renegotiated terms. Contracts should limit flow from satellite communities and limit peak wet weather flow rates.

> **Owner or Operator - Point to Note**
> The owner or operator should have a comprehensive program which addresses flows from satellite communities.

## 2.2    Collection System Operation

Collection systems have little of what is traditionally referred to as "operability" as compared to a wastewater treatment plant (i.e., the number of ways to route the wastewater is typically limited). However, the design of some collection systems does allow flow to be diverted or routed from one pipe to another or even to different treatment plants. This can be accomplished by redirecting flow at a pump station from one discharge point to another or opening and closing valves on gravity sewers and force mains.

> **Owner or Operator - Point to Note**
> There should be detailed, written procedures available to guide owners or operators through flow routing activities. Also, there should be operating procedures for mechanical equipment such as pump station pump on/off and service rotation settings or in-line grit removal (grit trap) operations.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

There are many reasons why the owner or operator may want to divert flows; among them, to relieve overloading on a system of piping or the wastewater treatment plant or to add more flow to piping serving an area not yet fully developed to maintain a cleansing velocity.

### 2.2.1   Budgeting

The budget is one of the most important variables in the CMOM program. Although an adequate budget is not a guarantee of a well operated collection system, an inadequate budget will make attaining this goal difficult. Funding can come from a variety of sources, including user fees or appropriations from the state or local government.

> **Reviewer - Point to Note**
> Reviewers need to determine the source of the funding for the collection system and who controls it. Reviewers should also request budget documents, summaries, or pie charts to learn more about the systems' budget.

A key element of the operation budget program is the tracking of costs in order to have accurate records each time the annual operating budget is developed. Having an annual baseline provides documentation for future budget considerations and provides justification for future rate increases. Collection system management should be aware of the procedures for calculating user rates and for recommending and making user rate changes.

Collection system and wastewater treatment plant costs may be combined into one budget, or budget line items may be divided into each of two individual budgets. For example, electrical and mechanical maintenance work performed by plant staff on a pump station may be carried as an O&M cost in the treatment plant budget, although pumping stations are generally considered to be a collection system component.

The cost of preventive and corrective maintenance and major collection system repairs and alterations are key items in the annual operating budget. The collection system owner or operator should keep adequate records of all maintenance costs, both in-house and contracted, plus the costs for spare parts. This will assist in the preparation of the following year's budget. In general, there should be an annual (12-month cycle) budget of discretionary and non-discretionary items.

> **Examples of O&M Budget Items**
>
> - Labor (usually at least 50% of total budget)
> - Utilities
> - Capital
> - Maintenance materials and supplies
> - Chemicals
> - Motor vehicles
> - Contracted services

There may also be a Capital Improvement Plan (CIP) which may encompass small projects (one to two year cycles) or larger projects (three to five year cycles). Larger projects may include items such as equipment, labor, training, or root cause failure analysis.

The major categories of operating costs are labor, utilities, and supplies. Cost accounting for

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

these categories should include information on unit costs, total costs, and the amount and/or quantities used. The reviewer should evaluate the current and proposed budget, and current year balance sheets. In examining current and proposed expenditure levels, the reviewer should consider:

- Whether the budgets include contributions to capital reserve (sinking) funds. These funds are savings for replacement of system components once they reach their service life.
- Whether all income from water and sewer billings supports those functions, or if it goes into the general fund.
- Whether raising user fees is a feasible option to meet budget needs based on recent expenditure history.

### 2.2.2   Monitoring

The collection system owner or operator may be responsible for fulfilling some water quality or other monitoring requirements. Responsibilities may include:

- Monitoring discharges into the collection system from industrial users
- Monitoring to determine the effects of SSOs on receiving waters
- Monitoring required as part of an NPDES permit, a 308 letter, administrative order, or consent decree

The owner or operator should maintain written procedures to ensure that sampling is carried out in a safe, effective, and consistent manner. The procedures should specify, at a minimum the following:

- Sampling location(s)
- Sample volumes, preservatives, and holding times
- Instructions for the operation of any automatic sampling and/or field monitoring (e.g., pH or dissolved oxygen) equipment
- Sampling frequency
- Sampling and analytical methodologies
- Laboratory QA/QC

Records should be maintained of sampling events. These records should at a minimum include the following:

- Date, time, and location of sampling
- Sample parameters
- Date shipped or delivered to the laboratory

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

### 2.2.3   Hydrogen Sulfide Monitoring and Control

The collection system owner or operator should have a program under which they monitor areas of the collection system which may be vulnerable to the adverse effects of hydrogen sulfide. It may be possible to perform visual inspections of these areas. The records should note such items as the condition of metal components, the presence of exposed rebar (metal reinforcement in concrete), copper sulfate coating on copper pipes and electrical components, and loss of concrete from the pipe crown or walls.

> **Areas Subject to Generation of Hydrogen Sulfide:**
>
> - Sewers with low velocity conditions and/or long detention times
> - Sewers subject to solids deposition
> - Pump stations
> - Turbulent areas, such as drop manholes or force main discharge points
> - Inverted siphon discharges

As mentioned in Section 2.4.2, the collection system owner or operator should be carrying out routine manhole inspections. The hydrogen sulfide readings generated as a result of these inspections should be added to the records of potential areas of corrosion. A quick check of the pH of the pipe crown or structure enables early indication of potential hydrogen sulfide corrosion. A pH of less than four indicates further investigation is warranted. "Coupons" may be installed in structures or pipelines believed to be potentially subject to corrosion. Coupons are small pieces of steel inserted into the area and measured periodically to determine whether corrosion is occurring.

> **Reviewer - Point to Note**
> The reviewer should be aware that a system in which infiltration and inflow (I/I) has successfully been reduced may actually face an increased risk of corrosion. The reviewer should pay particular attention to the hydrogen sulfide monitoring program in these systems.

The reduction of flow through the pipes allows room for hydrogen sulfide gases to rise into the airway portion of the sewer pipe and react with the bacteria and moisture on the pipe walls to form sulfuric acid. Sulfuric acid corrodes ferrous metals and concrete.

There are several methods to prevent or control hydrogen sulfide corrosion. The first is proper design. Design considerations are beyond the scope of this manual but may be found in the *Design Manual: Odor and Corrosion Control in Sanitary Sewerage Systems and Treatment Plants* (EPA 1985). The level of dissolved sulfide in the wastewater may also be reduced by chemical or physical means such as aeration, or the addition of chlorine, hydrogen peroxide, potassium permanganate, iron salts, or sodium hydroxide. Whenever chemical control agents are used, the owner or operator should have procedures for their application and maintain records of the dosages of the various chemicals. Alternatively, sewer cleaning to remove deposited solids reduces hydrogen sulfide generation. Also, air relief valves may be installed at the high points of the force main system. The valve allows air to exit thus avoiding air space at the crown of the pipe where acid can form. The reviewer should examine the records to see that these valves are

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

receiving periodic maintenance.

Collection systems vary widely in their vulnerability to hydrogen sulfide corrosion. Vitrified clay and plastic pipes are very resistant to hydrogen sulfide corrosion while concrete, steel, and iron pipes are more susceptible. The physical aspects of the collection system are also important. Sewage in pipes on a decline that moves the wastewater at a higher velocity will have less hydrogen sulfide than sewage in pipes where the wastewater may experience longer detention times. Therefore, some systems may need a more comprehensive corrosion control program while some might limit observations to vulnerable points.

### 2.2.4   Safety

The reasons for development of a safety program should be obvious for any collection system owner or operator. The purpose of the program is to define the principles under which the work is to be accomplished, to make the employees aware of safe working procedures, and to establish and enforce specific regulations and procedures. The program should be in writing (e.g., procedures, policies, and training courses) and training should be well documented.

> **Point to Note**
> Although a safety program may not be explicitly required under current NPDES regulations, an excessive injury rate among personnel increases the likelihood of collection system noncompliance with other requirements. Furthermore, when good safety practices are not followed, there may be a risk to the public or to collection system workers.

The purpose of safety training is to stress the importance of safety to employees. Safety training can be accomplished through the use of manuals, meetings, posters, and a safety suggestion program. One of the most common reasons for injury and fatalities in wastewater collection systems is the failure of victims to recognize hazards. Safety training cuts across all job descriptions and should emphasize the need to recognize and address hazardous situations. Safety programs should be in place for the following areas:

- Confined spaces
- Chemical handling
- Trenching and excavations
- Material Safety Data Sheets (MSDS)
- Biological hazards in wastewater
- Traffic control and work site safety
- Lockout/Tagout
- Electrical and mechanical safety
- Pneumatic or hydraulic systems safety

The collection system owner or operator should have written procedures which address all of the

above issues and are made available to employees. In addition to training, safety programs should incorporate procedures to enforce the program. For example, this could include periodic tests or "pop" quizzes to monitor performance and/or compliance and follow-up on safety related incidents.

> **Reviewer - Point to Note**
> The reviewer should, in the course of interviewing personnel, determine their familiarity with health and safety procedures according to their job description.

The owner or operator should maintain all of the safety equipment necessary for system staff to perform their daily activities and also undertake any emergency repairs. This equipment should include, at minimum:

- Atmospheric gas testing equipment
- Respirators and/or self-contained breathing apparatus
- Full body harness
- Tripods or non-entry rescue equipment
- Hard hats
- Safety glasses
- Rubber boots
- Rubber and/or disposable gloves
- Antibacterial soap
- First aid kit
- Protective clothing
- Confined space ventilation equipment
- Traffic and/or public access control equipment
- Hazardous gas meter

Each field crew vehicle should have adequate health and safety supplies. If the reviewer has access to the municipal vehicle storage area, he or she might choose to check actual vehicle stocks, not just supplies in storage.

## 2.2.5 Emergency Preparedness and Response

The collection system owner or operator should have a comprehensive plan in place for dealing with both routine and catastrophic emergencies. Routine emergencies include situations such as overflowing manholes, line breaks, localized electrical failure, and power outages at pump stations. Catastrophic emergencies include floods, tornados, earthquakes, other natural events, serious chemical spills, or widespread electrical



SSOs can include overflows out of manholes onto city streets, sidewalks, and surrounding areas (photo: U.S. EPA).

failure. Ideally, this plan is written, reviewed, and adjusted as needed at periodic intervals.

The reviewer should determine if the emergency response plan generally follows the guidelines described below. The location where the plan is housed may vary but, in general, such a document should be available in the yard office or other building commonly accessible to and frequented by collection system personnel. The emergency preparedness and response procedures may be contained in the collection system's O&M manual, or may be reflected in the descriptions of equipment and unit operations. Putting emergency procedures in a stand-alone document, rather than combining it with other information in the O&M manual, makes it easier for collection system personnel to find information.

The plan should utilize the most current information on the collection system. For larger systems, a structured analysis, or *risk assessment*, should be made of the collection system, treatment plant, and the community. The risk assessment should identify areas where the collection system is vulnerable to failure and determine the effect and relative severity to collection systems operations, equipment and public safety, and health of such a failure. The risk assessment should concentrate on such factors as topography, weather, sewer system size, and other site-specific factors which reflect the unique characteristics of the system. Once the areas of vulnerability are known, the collection system owner or operator should have appropriate plans in place to ensure collection system operations continue for the duration of the emergency.

The plans must clearly identify the steps staff should take in the event of emergency situations. Plans should include information on when it is appropriate to initiate and cease emergency operations. The plans should be very specific as to the collection system or repair equipment involved. Instructions should be available which explain how to operate equipment or systems during an emergency event when they are not functioning as intended but are not fully inoperable. The plan should also include specific procedures for reporting events that result in an overflow or other noncompliance event to the appropriate authorities.

The owner or operator should track emergency situations to become better prepared for future emergencies and to assist with reporting and maintaining compliance with emergency-related requirements. Typical components of an emergency program may include:

- General information regarding emergencies, such as telephone numbers of collection system personnel, fire department, and ambulance.
- Identification of hazards (e.g., chlorine storage areas) and use of universal classification system for hazards: combustible material, flammable liquids, energized electrical circuits, and hazardous materials.
- Vulnerability analysis that identifies the various types of emergencies that could occur, such as natural disasters, power outages, or equipment failures.
- Emergency response procedures.
- Methods to reduce risk of emergencies.
- Responsibilities of staff and management.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

• Continuous training.

Procedures for emergency response plans should be understood and practiced by all personnel in order to ensure safety of the public and the collection system personnel responding. Procedures should be specific to the type of emergency that could occur. It is important to keep detailed records of all past emergencies in order to constantly improve response training, as well as the method and timing of future responses. The ability to deal with emergencies depends on the knowledge and skill of the responding crews, in addition to availability of equipment. The crew should be able to rapidly diagnose problems in the field under stress and select the right equipment needed to correct the problem. If resources are limited, consideration should be given to contracting other departments or private industries to respond to some emergency situations, for example, those rare emergencies that would exceed the capacity of staff.

### 2.2.6   Modeling

Computer programs (modeling programs) are available that are capable of simulating the different flows within the collection system. The purpose of modeling is to determine system capacity requirements with respect to sewer design and structural conditions. Therefore the input of accurate data on sizes, location, elevation, and condition of sewer system components such as pipes, manholes, and pump stations is necessary. When possible, flow monitoring data should be used to calibrate the model.

Modeling is also useful in examining effects before and after rehabilitation. For example, models can be applied to "before" and "after" scenarios to estimate the effects of repairs. If a collection system is not experiencing any capacity related issues (i.e., overflows, bypasses, basement backups, street flooding, hydraulic overload at the treatment plant, etc.) then maintenance of a model may be optional for that system, although most medium and large systems should maintain a model of the larger diameter portion of their system. If any of the mentioned conditions are occurring then development and maintenance of a model is essential to performing a capacity assessment in the problem areas.

> **Reviewer - Point to Note**
> The reviewer should determine whether a model used by the owner or operator:
>
> • Has user support
> • Has adequate documentation such as a user's manual that describes data input requirements, output to be expected, model capabilities and limitations, and hardware

Computer modeling is a specialized and complex subject. The reviewer may not have a comprehensive knowledge of modeling. If this is the case the he or she should obtain the following basic information:

• Is the owner or operator using a model?
• What areas of the collection system are being modeled and why?
• What model (including the version) is being used? Who developed the model and when?

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

•     How are the modeling results being used?

### 2.2.7  Mapping

The importance of maintaining accurate, current maps of the collection system cannot be overstated. Efficient collection system maintenance and repairs are unlikely if mapping is not adequate. Collection system maps should clearly indicate the information that personnel need to carry out their assignments. The collection system maps should contain information on the following:

•     Main, trunk and interceptor sewers
•     Building/house laterals
•     Manholes
•     Cleanouts
•     Force mains
•     Pump stations
•     Service area boundaries
•     Other landmarks (roads, water bodies, etc.)

Collection system maps should have a numbering system which uniquely identifies all manholes and sewer cleanouts. The system should be simple and easy to understand. Manholes and sewer cleanouts should have permanently assigned numbers and never be renumbered. Maps should also indicate the property served and reference its cleanout.

Sewer line maps should indicate the diameter, the length between the centers of manholes, and the slope or direction of flow. The dimensions of easements and property lines should be included on the maps. Other information that should be included on maps are access and overflow points, a scale, and a north arrow. All maps should have the date the map was drafted and the date of the last revision. Although optional, maps often include materials of pipe construction. Maps may come in different sizes and scales to be used for different purposes. Detailed local maps may be used by maintenance or repair crews to perform the duties. However, these detailed local maps should be keyed to one overall map that shows the entire system.

Geographic Information System (GIS) technology have made the mapping and map updating process considerably more efficient. GIS is a computerized mapping program capable of combining mapping with detailed information about the physical

| Key Design Characteristics |
| --- |
| • Line locations, grades, depths, and capacities |
| • Maximum manhole spacing and size |
| • Minimum pipe size |
| • Pumping Station dimensions and capacities |
| • Drop manholes |
| • Flow velocities and calculations (peak flow and low-flow) |
| • Accessibility features |
| • Other technical specifications (e.g., materials, equipment) |

structures within the collection system. If a GIS program is being used by the owner or operator, the reviewer should ask if the program is capable of accepting information from the owner or operator's management program.

Specific procedures should be established for correction of errors and updating maps and drawings. Field personnel should be properly trained to recognize discrepancies between field conditions and map data and record changes necessary to correct the existing mapping system. Reviewers should check to see that maps and plans are available to the personnel in the office and to field personnel or contractors involved in all engineering endeavors.

### 2.2.8   New Construction

The owner or operator should maintain strict control over the introduction of flows into the system from new construction. New construction may be public (i.e., an expansion of the collection system) or private (i.e., a developer constructing sewers for a new development). Quality sanitary sewer designs keep costs and problems associated with operations, maintenance, and construction to a minimum. Design flaws are difficult to correct once construction is complete. The reviewer should be aware that this has historically not been adequately addressed in some collection systems. The owner or operator should have standards for new construction, procedures for reviewing designs and protocols for inspection, start-up, testing, and approval of new construction. The procedures should provide documentation of all activities, especially inspection. Reviewers should examine construction inspection records and be able to answer the following:

- Does the volume of records seem reasonable given system size?
- Do records reflect that the public works inspectors are complying with procedures?

The state or other regulatory authority may also maintain standards for new construction. The standards held by the owner or operator should be at least as stringent. Start-up and testing should be in accordance with the manufacturers' recommendation where applicable and with recognized industry practices. Each step of the review, start-up, testing, and approval procedures should be documented.

The owner or operator approval procedure should reflect future ease of maintenance concerns. After construction is complete, a procedure for construction testing and inspection should be used. Construction supervision should be provided by qualified personnel such as a registered professional engineer.

### 2.2.9   Pump Stations

Proper operation, maintenance, and repair of pump stations typically requires special electrical, hydraulic, and mechanical knowledge. Pump station failure may damage equipment, the environment, or endanger public health. Variation in equipment types, pump station

configuration, and geographical factors determine pump station design and O&M requirements.

The reviewer should verify that the O&M manual contains procedures in writing for the following:

- Are pumps rotated manually or automatically? If manually, how frequently?
- Are wet well operating levels set to limit pump starts and stops?
- Is there a procedure for manipulating pump operations (manually or automatically) during wet weather to increase in-line storage of wet weather flows?
- Is flow monitoring provided? How is the data collected used?
- Does the pump station have capacity-related overflows? Maintenance related overflows? Is overflow monitoring provided?
- Is there a history of power outages? Is there a source of emergency power? If the emergency power source is a generator, is it regularly exercised under load?

## 2.3    Equipment and Collection System Maintenance

Every collection system owner or operator should have a well-planned, systematic, and comprehensive maintenance program. The goals of a maintenance program should include:

- Prevention of overflows
- Maximization of service and system reliability at minimum cost
- Assurance of infrastructure sustainability (i.e., ensure all components reach their service life)

There should then be procedures which describe the maintenance approach for various systems. In addition, there should be detailed instructions for the maintenance and repair of individual facilities. These instructions should provide a level of detail such that any qualified collection system personnel or repair technician could perform the repair or maintenance activity.

Maintenance may be planned or unplanned. There are essentially two types of planned maintenance; predictive and preventive. Predictive maintenance is a method that tries to look for early warning signs of equipment failure such that emergency maintenance is avoided. Preventive maintenance consists of scheduled maintenance activities performed on a regular basis. There are two types of unplanned maintenance, corrective and emergency. Corrective maintenance consists of scheduled repairs to problems identified under planned or predictive maintenance. Emergency maintenance are activities (typically repairs) performed in response to a serious equipment or line failure where action must be taken immediately. The goal of every owner or operator should be to reduce corrective and emergency maintenance through the use of planned and predictive maintenance. The reviewer should evaluate the progress of the owner or operator in achieving that goal. The goals of the reviewer in assessment of the maintenance program are:

- Identify SSOs caused by inadequate maintenance
- Determine maintenance trends (i.e., frequent emergency maintenance performed as opposed to predictive maintenance)
- Identify sustainability issues (i.e., inadequate maintenance to allow system components to reach service life and/or many components nearing or at service life)

### 2.3.1   Maintenance Budgeting

The cost of a maintenance program is a significant part of the annual operating budget. The collection system owner or operator should track all maintenance costs incurred throughout the year, both by internal staff and contractors, to ensure that the budget is based on representative costs from past years. Budgets should be developed from past cost records which usually are categorized according to preventive maintenance, corrective maintenance, and projected and actual major repair requirements. Annual costs should be compared to the budget periodically to control maintenance expenditures.

The reviewer should evaluate the maintenance budget keeping in mind the system's characteristics, such as age. Costs for emergency repairs should be a relatively small percentage of the budget; five to ten percent would not be considered excessive. The establishment of an "emergency reserve" may also be included as part of the maintenance budget. This is especially useful where full replacement is not funded. The budget should also be considered in light of maintenance work order backlog. The labor budget should be evaluated for consistency with local pay rates and staffing needs and the reviewer should compare local pay rates and staffing needs according to the tables in Section 2.1.1.

### 2.3.2   Planned and Unplanned Maintenance

A planned maintenance program is a systematic approach to performing maintenance activities so that equipment failure is avoided. Planned maintenance is composed of predictive and preventive maintenance. In the end, a good planned maintenance program should reduce material and capital repair and replacement costs, improve personnel utilization and morale, reduce SSOs, and sustain public confidence.

Examples of predictive maintenance includes monitoring equipment for early warning signs of impending failure, such as excess vibration, heat, dirty oil, and leakage. Assessment and inspection activities can be classified as predictive maintenance. Vibration and lubrication analyses, thermography, and ultrasonics are among the more common predictive maintenance tools. Predictive maintenance also takes into account historical information about the system as all systems will deteriorate over time. A predictive maintenance program strives to identify potential problem areas and

> **Reviewer - Point to Note**
> The reviewer should inquire as to whether tools such as vibration and lubrication analysis, thermography, or ultrasonics are used, and obtain information on the extent of the programs.

uncover trends that could affect equipment performance. Predictive maintenance offers an early warning. It allows collection system personnel to detect early signs of increasing rates of wear and therefore failure, and thus shift a "corrective" task into a "planned" task. To be truly effective predictive, however, maintenance should not spur personnel into doing the work too soon and wasting useful life and value of the equipment in question.

The basis of a good predictive maintenance program is recordkeeping. Only with accurate recordkeeping can baseline conditions be established, problem areas identified, and a proactive approach taken to repairs and replacement.

Effective preventive maintenance minimizes system costs and environmental impacts by reducing breakdowns and thus the need for corrective or emergency maintenance, improves reliability by minimizing the time equipment is out of service, increases the useful life of equipment thus avoiding costly premature replacement, and avoids potential noncompliance situations. An effective preventive maintenance program includes:

- Trained personnel
- Scheduling based on system specific knowledge
- Detailed instructions related to the maintenance of various pieces of equipment
- A system for recordkeeping
- System knowledge in the form of maps, historical knowledge and records

An effective preventive maintenance program builds on the inspection activities and predictive maintenance described in Sections 2.4.1 to 2.4.4, and includes a well thought-out schedule for these activities.

The basis of the schedule for mechanical equipment maintenance (i.e., pump station components) should be the manufacturers' recommended activities and frequencies. This schedule may then be augmented by the knowledge and experience of collection system personnel to reflect the site-specific requirements. The schedule for sewer line cleaning, inspection, root removal, and repair activities should be based on periodic inspection data. In most systems, uniform frequencies for sewer line cleaning, inspection, and root removal are not necessary and inefficient. In many systems, a relatively small percentage of the pipe generates most of the problems. Efficient use of inspection data allows the owner or operator to implement a schedule in the most constructive manner. In rare cases it may be appropriate to reduce maintenance frequency for a particular piece of equipment. An example of a scheduling code and maintenance schedule for a pump is shown below:

> **Lubrication**
>
> Lubrication is probably one of the most important maintenance activities for mechanical systems, such as pumps and motors. Frequency of lubrication, choice of lubricant and lubrication procedure are all important factors in this activity. These items should closely follow manufacturer instructions, but may be modified to fit site-specific conditions and particular equipment applications.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

| Rotary Pump Maintenance Schedule | |
|---|---|
| **Frequency** | **Maintenance Required** |
| D | Check packing gland assembly |
| D | Check discharge pressure |
| S | Inspect and lubricate bearings |
| A | Flush bearings and replace lubricant |

D = Daily          A = Annually
S = Semiannually

Typically, there is a maintenance card or record for each piece of equipment within the collection system. These records should contain maintenance recommendations, schedule, and instructions on conducting the specific maintenance activity. The records should include documentation regarding any maintenance activities conducted to date and other observations related to that piece of equipment or system. Maintenance records are generally kept where maintenance personnel have easy access to them. The reviewer should examine the full series of periodic work orders (i.e. weekly, monthly, semiannually, and annually) for a selection of system components (e.g., a few pump stations, several line segments). The reviewer should then compare the recommended maintenance frequency to that which is actually performed. He or she should also look at the backlog of work; not focusing solely on the number of backlogged work orders, but on what that number represents in time. A very large system can have a hundred orders backlogged and only be one week behind. In a computerized system, a listing of all open work orders is usually very simple for collection system personnel to generate. The owner or operator should be able to explain their system for prioritizing work orders.

The reviewer needs to clearly understand the following:

- How the maintenance data management system works
- How work orders are generated and distributed
- How field crews use the work orders
- How data from the field is collected and returned
- How and on whose authority work orders are closed out

The reviewer should check to see if data entry is timely and up to date.

Unplanned maintenance is that which takes place in response to equipment breakdowns or emergencies. Unplanned maintenance may be corrective or emergency maintenance. Corrective maintenance could occur as a result of preventive or predictive maintenance activities which identified a problem situation. A work order should be issued so that the request for corrective maintenance is directed to the proper personnel. An example of non-emergency corrective maintenance could be a broken belt on a belt driven pump. The worn belt was not detected and

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

replaced through preventive maintenance and therefore the pump is out of service until corrective maintenance can be performed. Although the pump station may function with one pump out of service, should another pump fail, the situation may become critical during peak flow periods.

If the information can be easily generated the reviewer should select a sampling of work orders and compare them to the corrective maintenance database to determine if repairs are being made in a timely manner. Reviewers should note the current backlog of corrective maintenance work orders. A corrective maintenance backlog of two weeks or less would indicate an owner or operator in control of corrective maintenance. The owner or operator should be able to explain corrective maintenance work orders that have not been completed within six months.

Corrective maintenance takes resources away from predictive and preventive maintenance. When corrective maintenance becomes a predominant activity, personnel may not be able to perform planned maintenance, thus leading to more corrective maintenance and emergency situations. Emergency maintenance occurs when a piece of equipment or system fails, creating a threat to public health, the environment, or associated equipment. This type of maintenance involves repairs, on short notice, of malfunctioning equipment or sewers. A broken force main, totally non-functional pump station, and street cave-ins are all examples of emergency situations.

> **Types of Portable Emergency Equipment**
>
> - Bypass pumps
> - Portable generator
> - Air compressor, trailer-mounted
> - Manhole lifters and gas testing equipment
> - Sewer rodder and/or flushing machine
> - Portable lights and hand tools
> - Chemical spray units (for insects and rodent control)
> - Truck (1-ton) and trailers
> - Vacuum truck
> - Repair equipment for excavation (backhoe, shoring equipment, concrete mixers, gasoline operated saws, traffic control equipment, etc.)
> - Confined space entry gear

Emergency crews should be geared to a 24-hour-a-day, year-round operation. Most large systems have staffed 24-hour crews; many small systems have an "on-call" system. The owner or operator should be able to produce written procedures which spell out the type of action to take in a particular type of emergency and the equipment and personnel requirements necessary to carry out the action. The crews should have copies of these procedures and be familiar with them. Equipment must be located in an easily accessible area and be ready to move in a short period of time. Vehicles and equipment must be ready to perform, under extreme climatic conditions if necessary. The emergency crew

> **Reviewer - Point to Note**
> The reviewer should note the presence of supplies during the review of the yard where equipment and spare parts are maintained and personnel are dispatched.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

may need materials such as piping, pipe fittings, bedding materials and concrete. The owner or operator should have supplies on hand to allow for two point (i.e. segment, fitting, or appurtenance) repairs of any part of its system.

Pump stations should be subject to inspection and preventive maintenance on a regular schedule. The frequency of inspection may vary from once a week, for a reliable pump station equipped with a telemetry system, to continuous staffing at a large pump station. The basic inspection should include verification that alarm systems are operating properly, wet well levels are properly set, all indicator lights and voltage readings are within acceptable limits, suction and discharge pressures are within normal limits, that the pumps are running without excessive heat or vibration and have the required amount of lubrication, and that the emergency generator is ready if needed. Less frequent inspections may include such items as vibration analysis and internal inspection of pump components.

> **Owner or Operator  - Point to Note**
> Occasionally a supervisor should perform an unscheduled inspection to confirm that tasks have been performed as expected.

Observations and tasks performed should be recorded in a log book or on a checklist at the pump station. It is important to note how this data returns to the central maintenance data management system. At the time of the inspection, collection system personnel may perform minor repairs if necessary. If non-emergency repairs are required that are beyond the staff's training, it will probably be necessary to prepare a work order which routs a request though the proper channels to initiate the repair action. During the review the reviewer should check a random number of work orders to see how they move through the system. The reviewer should note whether repairs are being carried out promptly. In pump stations, for critical equipment (pumps, drives, power equipment, and control equipment), there should not be much backlog, unless the staff is waiting for parts.

During the review, the reviewer should also make on-site observations of a representative pump stations. The reviewer should plan at least half an hour to look at the simplest two-pump prefabricated station, and one to two hours to look at a larger station. In large systems, drive time between stations may be significant. The reviewer should strive to see a range of pump station sizes and types (i.e., the largest, smallest, most remote and any that review of work orders has indicated might be problematic).

Overall, the pump station should be clean, in good structural condition and exhibit minimal odor. The reviewer should note the settings of the pumps (i.e., which are operating, which are on stand-by, and which are not operating and why). The operating pumps should be observed for noise, heat, and excessive vibration. The settings in the wet well should be noted (as indicated on the controls, as direct observation of the reviewer in the wet well is not recommended) and the presence of any flashing alarm lights. The reviewer is reminded of the atmospheric hazards in a pump station (make sure ventilation has been running prior to arrival) and to avoid confined

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

space entry. If the pump station has an overflow its outlet should be observed, if possible, for signs of any recent overflows such as floatable materials or toilet paper. The reviewer should check the log book and/or checklist kept at the pump station to ensure that records are current and all maintenance activities have been performed. Below is a listing of items that indicate inadequate maintenance:

- Overall poor housekeeping and cleanliness
- Excessive grease accumulation in wet well
- Excessive corrosion on railings, ladders, and other metal components
- Sagging, worn, improperly sized, or inadequate belts
- Excessive equipment out of service for repair or any equipment for which repair has not been ordered (i.e., a work order issued)
- Pumps running with excessive heat, vibration, or noise
- Peeling paint and/or dirty equipment (the care given to equipment's outer surfaces often, but not always, mirrors internal condition)
- Check valves not closing when pumps shut off
- Inoperative instrumentation, alarms, and recording equipment
- "Jury-rigged" repairs (i.e., "temporary" repairs using inappropriate materials)
- Leakage from pumps, piping, or valves (some types of pump seals are designed to "leak" seal water)
- Inadequate lighting or ineffective/inoperative ventilation equipment

### 2.3.3   Sewer Cleaning

The purpose of sewer cleaning is to remove accumulated material from the sewer. Cleaning helps to prevent blockages and is also used to prepare the sewer for inspections. Stoppages in gravity sewers are usually caused by a structural defect, poor design, poor construction, an accumulation of material in the pipe (especially grease), or root intrusion. Protruding traps (lateral sewer connections incorrectly installed so that they protrude into the main sewer) may catch debris which then causes a further buildup of solids that eventually block the sewer. If the flow is less than

| Results of Various Flow Velocities | |
|---|---|
| Velocity | Result |
| 2.0 ft/sec | Very little material buildup in pipe |
| 1.4-2.0 ft/sec | Heavier grit (sand and gravel) begin to accumulate |
| 1.0-1.4 ft/sec | Inorganic grit and solids accumulate |
| Below 1.0 ft/sec | Significant amounts of organic and inorganic solids accumulate |
| (EPA 1974) | |

approximately 1.0 to 1.4 feet per second, grit and solids can accumulate leading to a potential blockage.

There are three major methods of sewer cleaning: hydraulic, mechanical, and chemical.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

Hydraulic cleaning (also referred to as flushing) refers to any application of water to clean the pipe. Mechanical cleaning uses physical devices to scrape, cut, or pull material from the sewer. Chemical cleaning can facilitate the control of odors, grease buildup, root growth, corrosion, and insect and rodent infestation. For additional information on sewer cleaning methods refer to Volumes I and II of *Operation and Maintenance of Wastewater Collection Systems* (CSU Sacramento 1996 and 1998).

The backbone of an effective sewer cleaning program is accurate recordkeeping. Accurate recordkeeping provides the collection system owner or operator with information on the areas

**Sewer Cleaning Records**

- Date, time, and location of stoppage or routine cleaning activity
- Method of cleaning used
- Cause of stoppage
- Identity of cleaning crew
- Further actions necessary and/or initiated
- Weather conditions



Root and grease buildup can cause blockages in a sewer system [photo: North Carolina Department of Natural Research (NCDNR)].

of the collection system susceptible to stoppages such that all portions of the system can be on an appropriate schedule. The reviewer should examine the records for legibility and completeness. He or she should then review the database to determine if entry of the field notes is current and accurate.

Sewers vary widely in their need for preventive cleaning. The collection system in a restaurant district may require cleaning every six months in order to prevent grease blockages. An area of the sewer system with new PVC piping and no significant grease contribution with reasonable and consistent slopes (i.e., no sags) may be able to go five years with no problems.

The owner or operator should be able to identify problem collection system areas, preferably on a map. Potential problem areas identified should include those due to grease or industrial discharges, hydraulic bottlenecks in the collection system, areas of poor design (e.g., insufficiently sloped sewers), areas prone to root intrusion, sags, and displacements. The connection between problem areas in the collection system and the preventive maintenance cleaning schedule should be clear. The owner or operator should also be able to identify the number of stoppages experienced per mile of sewer pipe. If the system is experiencing a steady increase in stoppages, the reviewer should try to determine the cause (i.e., lack of preventive maintenance funding, deterioration of the sewers due to age, an increase in grease producing activities, etc).