*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

### 2.3.4   Parts and Equipment Inventory

An inventory of spare parts, equipment, and supplies should be maintained by the collection system owner or operator. The inventory should be based on equipment manufacturer's recommendations, supplemented by historical experience with maintenance and equipment problems. Without such an inventory, the collection system may experience long down times or periods of inefficient operation in the event of a breakdown or malfunction.

Files should be maintained on all pieces of equipment and major tools. The owner or operator should have a system to assure that each crew always has adequate tools. Tools should be subject to sign out procedures to provide accountability. Tools and equipment should be replaced at the end of their useful life. The reviewer should inquire as to how

> **Basic Equipment Inventory**
>
> - Type, age, and description of the equipment
> - Manufacturer
> - Fuel type and other special requirements
> - Operating costs and repair history

this is determined and how funds are made available to ensure this is the case. In addition, the reviewer should look at the tools and note their condition.

The owner or operator should maintain a yard where equipment, supplies, and spare parts are maintained and personnel are dispatched. Very large systems may maintain more than one yard. In this case, the reviewer should perform a visual survey at the main yard. In small to medium size systems, collection system operations may share the yard with the department of public works, water department, or other municipal agencies. In this case the reviewer should determine what percentage is being allotted for collection system items. The most important features of the yard are convenience and accessibility.

The reviewer should observe a random sampling of inspection and maintenance crew vehicles for equipment as described above. A review of the equipment and manufacturer's manuals aids in determining what spare parts should be maintained. The owner or operator should then consider the frequency of usage of the part, how critical the part is, and finally how difficult the part is to obtain when determining how many of the part to keep in stock. Spare parts should be kept in a clean, well-protected stock room. Critical parts are those which are essential to the operation of the collection system. Similar to equipment and tools management, a tracking system should be in place, including

> **Owner or Operator - Point to Note**
> The owner or operator should have a procedure for determining which spare parts are critical.

procedures on logging out materials, when maintenance personnel must use them. The owner or operator should be able to produce the spare parts inventory and clearly identify those parts deemed critical. The reviewer should evaluate the inventory and selected items in the stockroom to determine whether the specified number of these parts are being maintained.

## 2.4 Sewer System Capacity Evaluation - Testing and Inspection

The collection system owner or operator should have a program in place to periodically evaluate the capacity of the sewer system in both wet and dry weather flows and ensure the capacity is maintained as it was designed. The capacity evaluation program builds upon ongoing activities and the everyday preventive maintenance that takes place in a system. The capacity evaluation begins with an inventory and characterization of the system components. The inventory should include the following basic information about the system:

- Population served
- Total system size (feet or miles)
- Inventory of pipe length, size, material and age, and interior and exterior condition as available
- Inventory of appurtenances such as bypasses, siphons, diversions, pump stations, tide or flood gates and manholes, etc., including size or capacity, material and age, and condition as available
- Force main locations, length, size and materials, and condition as available
- Pipe slopes and inverts
- Location of house laterals - both upper and lower

The system then undergoes general inspection (described below in Sections 2.4.1 to 2.4.4) which serves to continuously update and add to the inventory information.

The next step in the capacity evaluation is to identify the location of wet weather related SSOs, surcharged lines, basement backups, and any other areas of known capacity limitations. These areas warrant further investigation in the form of flow and rainfall monitoring and inspection procedures to identify and quantify the problem. The reviewer should determine that the capacity evaluation includes an estimate peak flows experienced in the system, an estimate of the capacity of key system components, and identifies the major sources of I/I that contribute to hydraulic overloading events. The capacity evaluation should also make use of a hydraulic model, if any, to identify areas with hydraulic limitations and evaluate alternatives to alleviate capacity limitations.



A sewer inspection is an important part of a sewer system capacity evaluation (photo: N.J. Department of Environmental Protection).

Short and long term alternatives to address hydraulic deficiencies should be identified, prioritized, and scheduled for implementation.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

### 2.4.1   Flow Monitoring

Fundamental information about the collection system is obtained by flow monitoring. Flow monitoring provides information on dry weather flows as well as areas of the collection system potentially affected by I/I. Flow measurement may also be performed for billing purposes, to assess the need for new sewers in a certain area, or to calibrate a model. There are three techniques commonly used for monitoring flow rates: (1) permanent and long-term, (2) temporary, and (3) instantaneous. Permanent installations are done at key points in the collection system such as the discharge point of a satellite collection system, pump stations, and key junctions. Temporary monitoring consists of flow meters typically installed for 30-90 days. Instantaneous flow metering is performed by collection system personnel, one reading is taken and then the measuring device is removed. The collection system owner or operator should have a flow monitoring plan that describes their flow monitoring strategy or should at least be able to provide the following information:

- Purpose of the flow monitoring
- Location of all flow meters
- Type of flow meters
- Flow meter inspection and calibration frequency

A flow monitoring plan should provide for routine inspection, service, and calibration checks (as opposed to actual calibration). In some cases, the data is calibrated rather than the flow meter. Checks should include taking independent water level (and ideally velocity readings), cleaning accumulated debris and silt from the flow meter area, downloading data (sometimes only once per month), and checking the desiccant and battery state. Records of each inspection should be maintained.

Flow measurements performed for the purpose of quantifying I/I are typically separated into three components: base flow, infiltration, and inflow. Base flow is generally taken to mean the wastewater generated without any I/I component. Infiltration is the seepage of groundwater into pipes or manholes through defects such as cracks, broken joints, etc. Inflow is the water which enters the sewer through direct connections such as roof leaders, direct connections from storm drains or yard, area, and foundation drains, the holes in and around the rim of manhole covers, etc. Many collection system owners or operators add a third classification: rainfall induced infiltration (RII). RII is stormwater that enters the collection system through defects that lie so close to the ground surface that they are easily reached. Although not from piped sources, RII tends to act more like inflow than infiltration.

In addition to the use of flow meters, which may be expensive for a small owner or operator, other methods of inspecting flows may be employed such as visually monitoring manholes during low-flow periods to determine areas with excessive I/I. For a very small system, this technique may be an effective and low-cost means of identifying problem areas in the system which require further investigation.

The owner or operator should have in place a program for the efficient identification of excessive I/I. The program should look at the wastewater treatment plant, pump stations, permanent meter flows, and rainfall data to characterize peaking factors for the whole system and major drainage basins. The reviewer should evaluate the program including procedures and records associated with the flow monitoring plan. Temporary meters should be used on a "roving" basis to identify areas with high wet weather flows. Areas with high wet weather flows should then be subject to inspection and rehabilitation activities.

### 2.4.2   Sewer System Testing

Sewer system testing techniques are often used to identify leaks which allow unwanted infiltration into the sewer system and determine the location of illicit connections and other sources of stormwater inflow. Two commonly implemented techniques include smoke testing and dyed water testing. Regardless of the program(s) implemented by the owner or operator, the reviewer should evaluate any procedures and records that have been established for these programs. The reviewer should also evaluate any public relations program and assess how the owner or operator communicates with the public during these tests (i.e., when there is a possibility of smoke entering a home or building).

**Smoke testing** is a relatively inexpensive and quick method of detecting sources of inflow in sewer systems, such as down spouts, or driveway and yard drains and works best suited for detecting cross connections and point source inflow leaks. Smoke testing is not typically used on a routine basis, but rather when evidence of excessive I/I already exists. With each end of the sewer of interest plugged, smoke is introduced into the test section, usually via a manhole. Sources of inflow can then be identified when smoke escapes through them.

| Areas Usually Smoke Tested |
| --- |
| • Drainage paths |
| • Ponding areas |
| • Roof leaders |
| • Cellars |
| • Yard and area drains |
| • Fountain drains |
| • Abandoned building sewers |
| • Faulty service connections |

If the collection system owner or operator implements a regular program of smoke testing, the program should include a public notification procedure. The owner or operator should also have procedures to define:

- How line segments are isolated
- The maximum amount of line to be smoked at one time
- The weather conditions in which smoke testing is conducted (i.e., no rain or snow, little wind and daylight only)

The results of positive smoke tests should be documented with carefully labeled photographs. Building inspections are sometimes conducted as part of a smoke testing program and, in some cases, may be the only way to find illegal connections. If properly connected to the sanitary sewer system, smoke should exit the vent stacks of the surrounding properties. If traces of the

smoke or its odor enter the building, it is an indication that gases from the sewer system may also be entering. Building inspections can be labor intensive and require advanced preparation and communication with the public.

**Dyed water testing** may be used to establish the connection of a fixture or appurtenance to the sewer. It is often used to confirm smoke testing or to test fixtures that did not smoke. As is the case with smoke testing, it is not used on a routine basis but rather in areas that have displayed high wet weather flows. Dyed water testing can be used to identify structurally damaged manholes that might create potential I/I problems. This is accomplished by flooding the area close to the suspected manholes with dyed water and checking for entry of dyed water at the frame-chimney area, cone/corbel, and walls of the manhole.

### 2.4.3   Sewer System Inspection

Visual inspection of manholes and pipelines are the first line of defense in the identification of existing or potential problem areas. Visual inspections should take place on both a scheduled basis and as part of any preventive or corrective maintenance activity. Visual inspections provide additional information concerning the accuracy of system mapping, the presence and degree of I/I problems, and the physical state-of-repair of the system. By observing the manhole directly and the incoming and outgoing lines with a mirror, it is possible to determine structural condition, the presence of roots, condition of joints, depth of debris in the line, and depth of flow. The reviewer should examine the records of visual inspections to ensure that the following information is recorded:



- Manhole identification number and location
- Cracks or breaks in the manhole or pipe (inspection sheets and/or logs should record   details on defects)
- Accumulations of grease, debris, or grit
- Wastewater flow characteristics (e.g., flowing freely or backed up)
- Inflow
- Infiltration (presence of clear water in or flowing through the manhole)
- Presence of corrosion
- Offsets or misalignments
- Condition of the frame
- Evidence of surcharge
- Atmospheric hazard measurements (especially hydrogen sulfide)
- If repair is necessary, a notation as to whether a work order has been issued

Damage to the sewer system infrastructure, such as this broken manhole cover allows stormwater into the sewer system (photo: Limno-Tech, Inc.)

Manholes should undergo routine inspection typically every one to five years. There should be a baseline for manhole inspections (e.g., once every two years) with problematic manholes being inspected more frequently. The reviewer should conduct visual observation at a small but representative number of manholes for the items listed above.

There are various pipeline inspection techniques, the most common include: lamping, camera inspection, sonar, and CCTV. These will be explained further in the following sections.

### 2.4.3.1 Sewer System Inspection Techniques

Sewer inspection is an important component of any maintenance program. There are a number of inspection techniques that may be employed to inspect a sewer system. The reviewer should determine if a inspection program includes frequency and schedule of inspections and procedures to record the results. Sewer system cleaning should always be considered before inspection is performed in order to provide adequate clearance and inspection results. Additionally, a reviewer should evaluate records maintained for inspection activities including if information is maintained on standardized logs and should include:

- Location and identification of line being inspected
- Pipe size and type
- Name of personnel performing inspection
- Distance inspected
- Cleanliness of the line
- Condition of the manhole with pipe defects identified by footage from the starting manhole
- Results of inspection, including estimates of I/I

**Lamping** involves lowering a still camera into a manhole. The camera is lined up with the centerline of the junction of the manhole frame and sewer. A picture is the taken down the pipe with a strobe-like flash. A disadvantage of this technique is that only the first 10-12 feet of the pipe can be inspected upstream and downstream of the access point. Additionally, it has limited use in small diameter sewers. The benefits of this technique include not requiring confined space entry and little equipment and set-up time is required.

**Camera inspection** is more comprehensive then lamping in that more of the sewer can be viewed. A still camera is mounted on a floatable raft and released into a pipe. The camera takes pictures with a strobe-like flash as it floats through the sewer pipe. This technique is often employed in larger lines where access points are far apart. Similarly to lamping, portions of the pipe may still be missed using this technique. Obviously, there also must be flow in the pipe for the raft to float. This technique also does not fully capture the invert of the pipe and its condition.

**Sonar** is a newer technology deployed similarly to CCTV cameras, described in more detail below. The sonar emits a pulse which bounces off the walls of the sewer. The time it takes for

this pulse to bounce back provides data providing an image of the interior of the pipe including its structural condition. A benefit of this technique is that it can be used in flooded or inaccessible sections of the sewer. The drawback is that the technique requires heavy and expensive equipment.

**Sewer scanner** and evaluation is an experimental technology where a 360 degree scanner produces a full digital picture of the interior of the pipe. This technique is similar to sonar in that a more complete image of a pipe can be made than with CCTV, but not all types of sewer defects may be identified as readily (i.e., infiltration, corrosion).

**Closed Circuit Television (CCTV)** inspections are a helpful tool for early detection of potential problems. This technique involves a closed-circuit camera with a light which is self-propelled or pulled down the pipe. As it moves it records the interior of the pipe. CCTV inspections may be done on a routine basis as part of the preventive maintenance program as well as part of an investigation into the cause of I/I. CCTV, however, eliminates the hazards associated with confined space entry. The output is displayed on a monitor and videotaped. A benefit of CCTV inspection is that a permanent visual record is captured for subsequent reviews.

## 2.5    Sewer System Rehabilitation

The collection system owner or operator should have a sewer rehabilitation program. The objective of sewer rehabilitation is to maintain the overall viability of a collection system. This is done in three ways: (1) ensuring its structural integrity; (2) limiting the loss of conveyance and wastewater treatment capacity due to excessive I/I; and (3) limiting the potential for groundwater contamination by controlling exfiltration from the pipe network. The rehabilitation program should build on information obtained as a result of all forms of maintenance and observations made as part of the capacity evaluation and asset inventory to assure the continued ability of the system to provide sales and service at the least cost. The reviewer should try to gain a sense of how rehabilitation is prioritorized. Priorities may be stated in the written program or may be determined through interviews with system personnel.

There are many rehabilitation methods. The choice of methods depends on pipe size, type, location, dimensional changes, sewer flow, material deposition, surface conditions, severity of I/I, and other physical factors. Non-structural repairs typically involve the sealing of leaking joints in otherwise sound pipe.

Structural repairs involve either the replacement of all or a portion of a sewer line, or the lining of the sewer. These repairs can be carried out by excavating usually for repairs limited to one or two pipe segments (these are known as point repairs) or by trenchless technologies (in which repair is carried out via existing manholes or a limited number of access excavations).

The rehabilitation program should identify the methods that have been used in the past, their success rating and methods to be used in the future. An reviewer who wants further guidance on methods of rehabilitation may consult:

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

- Technology Description from 2004 Report to Congress (EPA 2004)
- *Operation and Maintenance of Wastewater Collection Systems,* Volumes I and II (CSU Sacramento 1996 and 1998)
- *Existing Sewer Evaluation and Rehabilitation* (WEF 1994)



The reviewer should determine the owner's or operator's policies regarding service lateral rehabilitation since service laterals can constitute a serious source of I/I. Manholes should not be neglected in the rehabilitation program. Manhole covers can allow significant inflow to enter the system because they are often located in the path of surface runoff. Manholes themselves can also be a significant source of infiltration from cracks in the barrel of the manhole.

The owner or operator should be able to produce documentation on the location and methods used for sewer rehabilitation. The reviewer should compare the rehabilitation accomplished with that recommended by the capacity evaluation program. When examining the collection system rehabilitation program, the reviewer should be able to answer the following questions:

- Is rehabilitation taking place before it becomes emergency maintenance?
- Are recommendations made as a result of the previously described inspections?
- Does the rehabilitation program take into account the age and condition of the sewers?

# CHAPTER 3.  CHECKLIST FOR CONDUCTING EVALUATIONS OF WASTEWATER COLLECTION SYSTEM CAPACITY, MANAGEMENT, OPERATION, AND MAINTENANCE (CMOM) PROGRAMS

The following is a comprehensive checklist available for use in the review process. The checklist consists of a series of questions organized by major categories and sub-categories. The major category is followed by a brief statement describing the category. Following the sub-category is a brief clarifying statement. References are then given.

Questions are provided in a table format that includes the question, response, and documentation available.

Response is completed by using information and data acquired from the data and information request, onsite interviews, and site reviews. An alternative to this process is to transmit the entire checklist to the collection system owner or operator to complete and return electronically.

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

# Table of Contents

I.   General Information - Collection System Description .......................... 3-4
II.  Continuing Sewer Assessment Plan  .................................. 3-5
III. Collection System Management  ..................................  3-6
   A. Organizational Structure ........................................  3-6
   B. Training ...................................................  3-7
   C. Communication and Customer Service .............................  3-8
   D. Management Information Systems ................................. 3-10
   E. SSO Notification Program .................................... 3-11
   F. Legal Authority ........................................... 3-12
IV.  Collection System Operation ..................................... 3-14
   A. Budgeting ................................................ 3-14
   B. Compliance .............................................. 3-16
   C. Water Quality Monitoring .................................... 3-17
   D. Hydrogen Sulfide Monitoring and Control ........................ 3-18
   E. Safety .................................................. 3-19
   F. Emergency Preparedness and Response ........................... 3-21
   G. Modeling ............................................... 3-23
   H. Engineering - System Mapping and As-built Plans (Record Drawings) ....... 3-24
   I.  Engineering - Design ....................................... 3-25
   J.  Engineering - Capacity ..................................... 3-26
   K. Engineering - Construction .................................. 3-27
   L. Pump Station Operation ..................................... 3-28
      1. Pump Stations - Inspection ............................ 3-29
      2. Pump Stations - Emergencies  ......................... 3-30
      3. Pump Stations - Emergency Response and Monitoring ............. 3-31
      4. Pump Stations - Recordkeeping ......................... 3-32
      5. Pump Stations - Force Mains and Air/Vacuum Valves ............. 3-33
V.   Collection System Maintenance  ................................. 3-34
   A. Maintenance Budgeting ...................................... 3-34
   B. Planned Maintenance ....................................... 3-35
   C. Maintenance Scheduling  .................................... 3-36
   D. Maintenance Right-of-Way .................................... 3-37
   E. Sewer Cleaning .......................................... 3-38
      1. Sewer Cleaning - Cleaning Equipment ...................... 3-39
      2. Sewer Cleaning - Chemical Cleaning and Root Removal ............ 3-40
   F. Parts Inventory .......................................... 3-41
   G. Equipment and Tools Management ............................... 3-42
VI.  Management Information Systems: Performance Indicators ................. 3-43
VII. Sewer System Capacity Evaluation (SSES) ........................... 3-45
   A. Internal TV Inspection ..................................... 3-45
   B. Survey and Rehabilitation (general) ............................ 3-46
   C. Sewer Cleaning Related to I/I Reduction ......................... 3-47
   D. Flow Monitoring .......................................... 3-48
   E. Smoke Testing and Dyed Water Flooding .......................... 3-49

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

F. Manhole Inspection ................................................. 3-50

VIII. Rehabilitation ........................................................ 3-52

A. Manhole Repairs .................................................. 3-52

B. Mainline Sewers ................................................... 3-53

*Guide for Evaluating CMOM Programs at Sanitary Sewer Collection Systems*

# I. General Information - Collection System Description

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Size of service area (acres). | | | |
| Population of service area. | | | |
| Number of pump stations. | | | |
| Feet (or miles) of sewer. | | | |
| Age of system (e.g., 30% over 30 years, 20% over 50 years, etc.). | | | |

Comments:

## II. Continuing Sewer Assessment Plan

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the collection system experience problems related to I/I? How do these problems manifest themselves? (Manhole overflows, basement flooding, structure, SSOs) | | | |
| How does the owner or operator prioritize investigation, repairs and rehabilitation related to I/I? | | | |
| What methods are considered to remedy hydraulic deficiencies? | | | |
| Does the plan include a schedule for investigative activities? | | | |
| Is the plan regularly updated? | | | |

Comments:

## III. A.  Collection System Management:  Organizational Structure

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is an organizational chart available that shows the overall personnel structure for the collection system, including operation and maintenance staff? | | | |
| Are there organizational charts that show functional groups and classifications? | | | |
| Are up to date job descriptions available that delineate responsibilities and authority for each position? | | | |
| Are the following items discussed in the job descriptions: ☐ nature of work to be performed, ☐ minimum requirements for the position, ☐ necessary special qualifications or certifications, ☐ examples of the types of work, ☐ list of licences required for the position, ☐ performance measures or promotional potential? | | | |
| Does the organizational chart indicate how many positions are budgeted as opposed to actually filled? | | | |
| On average, how long do positions remain vacant? | | | |
| Are collection system staff responsible for any other duties, (e.g., road repair or maintenance, O&M of the storm water collection system)? | | | |

Comments:

## III. B.  Collection System Management:  Training

| Question | Response | Documentation Available Yes | No |
|---|---|---|---|
| Is there a documented formal training program? | | | |
| Does the training program address the fundamental mission, goals, and policies of the collection system owner or operator? | | | |
| Does the owner or operator provide training in the following areas: □ safety, □ routine line maintenance, □ confined space entry, □ traffic control, □ record keeping, □ electrical and instrumentation, □ pipe repair, □ bursting CIPP, □ public relations, □ SSO/emergency response, □ pump station operations and maintenance, □ CCTV and trench/shoring, □ other? | | | |
| Which of these programs have formal curriculums? | | | |
| Does On-the-Job (OJT) training use Standard Operating and Standard Maintenance Procedures (SOPs & SMPs)? | | | |
| Is OJT progress and performance measured? | | | |
| Does the owner or operator have mandatory training requirements identified for key employees? | | | |
| What percentage of employees met or exceeded their annual training goals during the past year? | | | |
| Which of the following methods are used to assess the effectiveness of the training: □ periodic testing, □ drills, □ demonstration, □ none? | | | |
| What percentage of the training offered by the owner or operator is in the form of the following: manufacturer training, on-the-job training, in-house classroom training, industry-wide training? | | | |

Comments:

3-7

## III. C.  Collection System Management: Communication and Customer Service

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What type of public education/outreach programs does the owner or operator have about user rates? | | | |
| Do these programs include communication with groups such as local governments, community groups, the media, schools, youth organizations, senior citizens? List applicable groups. | | | |
| Is there a public relations program in place? | | | |
| Are the employees of the collection system trained in public relations? | | | |
| Are there sample correspondence or "scripts" to help guide staff through written or oral responses to customers? | | | |
| What methods are used to notify the public of major construction or maintenance work: □ door hangers, □ newspaper, □ fliers, □ signs, □ other, □ none? | | | |
| Is the homeowner notified prior to construction that his/her property may be affected? | | | |
| Is information provided to residents on cleanup procedures following basement backups and overflows from manholes when they occur? | | | |
| Which of the following methods are used to communicate with system staff: □ regular meetings, □ bulletin boards, □ e-mail, □ other? | | | |
| How often are staff meetings held (e.g., daily, weekly, monthly)? | | | |
| Are incentives offered to employees for performance improvements? | | | |
| Does the owner or operator have an "Employee of the Month/Quarter/Year" program? | | | |

3-8

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How often are performance reviews conducted (e.g., semi-annually, annually, etc.)? | | | |
| Does the owner or operator regularly communicate with other municipal departments? | | | |
| Does the owner or operator have a formal procedure in place to evaluate and respond to complaints? | | | |
| What are the common complaints received? | | | |
| Does the owner or operator have a process for customer evaluation of the services provided? | | | |
| Do customer service records include the following information: □ personnel who received the complaint or request, □ nature of complaint or request, □ to whom the follow-up action was assigned, □ date of the complaint or request, □ date the complaint or request was resolved, □ customer contact information, □ location of the problem, □ date the follow-up action was assigned, □ cause of the problem, □ feedback to customer? | | | |
| Does the owner or operator have a goal for how quickly customer complaints (or emergency calls) are resolved? | | | |
| What percentage of customer complaints (or emergency calls) are resolved within the timeline goals? | | | |
| How are complaint records maintained? (i.e., computerized) Is this information used as the basis for other activities such as routine preventative maintenance? | | | |

Comments:

# III. D.  Collection System Management:  Management Information Systems

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What types of work reports are prepared by the O&M Staff? | | | |
| Do the work reports include enough information? (See example report forms) | | | |
| How are records kept? | | | |
| Are records maintained for a period of at least three years? | | | |
| Are the records able to distinguish activities taken in response to an overflow event? | | | |
| Does the owner or operator use computer technology for its management information system? (Computer Based Maintenance Management Systems, spreadsheets, data bases, SCADA, etc). If so, what type of system(s) is used? | | | |
| Are there written instructions for managing and tracking the following information: ☐ complaint work orders, ☐ scheduled work orders, ☐ customer service, ☐ scheduled preventative maintenance, ☐ scheduled inspections, ☐ sewer system inventory, ☐ safety incidents, ☐ scheduled monitoring/sampling, ☐ compliance/overflow tracking, ☐ equipment/tools tracking, ☐ parts inventory? | | | |
| Do the written instructions for tracking procedures include the following information: ☐ accessing data and information, ☐ instructions for using the tracking system, ☐ updating the MIS, ☐ developing and printing reports? | | | |
| How often is the management information system updated (immediately, within one week of the incident, monthly as time permits)? | | | |

Comments:

3-10

## III. E.  Collection System Management:  SSO Notification Program

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have standard procedures for notifying state agencies, health agencies, the regulatory authority, and the drinking water purveyor of overflow events? | | | |
| Are above notification procedures dependent on the size or location of the overflow?  If so, describe this procedure. | | | |
| Is there a Standard form for recording overflow events?  Does it include location, type, receiving water, estimated volume, cause? | | | |
| Are chronic SSO locations posted? | | | |

Comments:

## III. F.  Collection System Management:  Legal Authority

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the collection system receive flow from satellite communities? | | | |
| What is the total area from satellite communities that contribute flow to the collection system (acres or square miles)? | | | |
| Does the owner or operator require satellite communities to enter into an agreement? | | | |
| Does the agreement include the requirements listed in the sewer use ordinance (SUO)? | | | |
| Do the agreements have a date of termination and allow for renewal under different terms? | | | |
| Does the owner or operator maintain the legal authority to control the maximum flow introduced into the collection system from satellite communities? | | | |
| Are standards, inspections, and approval for new connections clearly documented in a SUO? | | | |
| Does the SUO require satellite communities to adopt the same industrial and commercial regulator discharge limits as the owner or operator? | | | |
| Does the SUO require satellite communities to adopt the same inspection and sampling schedules as required by the pretreatment ordinance? | | | |
| Does the SUO require the satellite communities or the owner or operator to issue control permits for significant industrial users? | | | |
| Does the SUO contain provisions for addressing overstrength wastewater from satellite communities? | | | |
| Does the SUO contain procedures for the following: inspection standards, pretreatment requirements, building/sewer permit issues? | | | |

| | | |
|---|---|---|
| | | |
| Does the SUO contain general prohibitions of the following materials: ☐ fire and explosion hazards, ☐ oils or petroleum, ☐ corrosive materials, ☐ materials which may cause interference at the wastewater treatment plant, ☐ obstructive materials? | | |
| Does the SUO contain procedures and enforcement actions for the following: ☐ fats, oils, and grease (FOG); ☐ I/I; building structures over the sewer lines; ☐ storm water connections to sanitary lines; ☐ defects in service laterals located on private property; ☐ sump pumps, air conditioner? | | |

Comments:

3-13

# IV. A.  Collection System Operation:  Budgeting

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What are the owner or operator's current rates? | | | |
| What is the average annual fee for residential users? | | | |
| How are user rates calculated? | | | |
| How often are user charges evaluated and adjusted based on that evaluation? | | | |
| How many rate changes have there been in the last 10 years and what were they? | | | |
| Does the owner or operator receive sufficient funding from its revenues? | | | |
| Are collection system enterprise funds used for non-enterprise fund activities? | | | |
| Is there a budget for annual operating costs? | | | |
| Does the budget provide sufficient line item detail for labor, materials and equipment? | | | |
| Are costs for collection system O&M separated from other utility services, i.e., water, storm water and treatment plants? | | | |
| Do O&M managers have current O&M budget data? | | | |
| What is the collection system's average annual O&M budget? | | | |
| What percentage of the collection system's overall budget is allocated to maintenance of the collection system? | | | |
| Does the owner or operator have a Capital Improvement Plan (CIP) that provides for system repair/replacement on a prioritized basis? | | | |
| What is the collection system's average annual CIP budget? | | | |

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What percentage of the maintenance budget is allotted to the following maintenance: Predictive maintenance (tracking design, life span, and scheduled parts replacement), preventative maintenance (identifying and fixing system weakness which, if left unaddressed, could lead to overflows), corrective maintenance (fixing system components that are functioning but not at 100% capacity/efficiency), emergency maintenance (reactive maintenance, overflows, equipment breakdowns). | | | |
| Does the owner or operator have a budgeted program for the replacement of under-capacity pipes? | | | |
| Does the owner or operator have a budgeted program for the replacement of over-capacity pipes? | | | |
| Are O&M staff involved in O&M budget preparation? | | | |
| How are priorities determined for budgeting for O&M during the budget process? | | | |
| Does the owner or operator maintain a fund for future equipment and infrastructure replacement? | | | |
| How is new work typically financed? | | | |

Comments:

3-15

## IV. B.  Collection System Operation:  Compliance

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have inter-jurisdictional or inter-municipal agreements? | Already asked | | |
| Is there a sewer-use and a grease ordinance? | | | |
| Is there a process in place for enforcing sewer and grease ordinances? | | | |
| Are all grease traps inspected regularly? | | | |
| How does the owner or operator learn of new or existing unknown grease traps? | | | |
| Who is responsible for enforcing the sewer ordinance and grease ordinance? Does this party communicate with the utility department on a regular basis? | | | |
| Are there any significant industrial dischargers to the system? | | | |
| Is there a pretreatment program in place? If so, please describe. | | | |
| Is there an ordinance dealing with private service laterals? | | | |
| Is there an ordinance dealing with storm water connections or requirements to remove storm water connections? | | | |

Comments:

3-16

## IV. C.  Collection System Operation:  Water Quality Monitoring

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there a water quality monitoring program in the service areas? | | | |
| If so, who performs the monitoring? | | | |
| How many locations are monitored? | | | |
| What parameters are monitored and how often? | | | |
| Is water quality monitored after an SSO event? | | | |
| Are there written standard sampling procedures available? | | | |
| Is analysis performed in-house or by a contract laboratory? | | | |
| Are chain-of-custody forms used? | | | |

Comments:

3-17

# IV. D.  Collection System Operation:  Hydrogen Sulfide Monitoring and Control

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Are odors a frequent source of complaints? How many? | | | |
| Are the locations of the frequent odor complaints documented? | | | |
| What is the typical sewer slope? Does the owner or operator take hydrogen sulfide corrosion into consideration when designing sewers? | | | |
| Does the collection system owner or operator have a hydrogen sulfide problem, and if so, does it have in place corrosion control programs? What are the major elements of the program? | | | |
| Does the owner or operator have written procedures for the application of chemical dosages? | | | |
| Are chemical dosages, dates, and locations documented? | | | |
| Does the owner or operator have a program in place for renewing or replacing severely corroded sewer lines to prevent collapse? | | | |
| Are the following methods used for hydrogen sulfide control: ☐ aeration, ☐ iron salts, ☐ enzymes, ☐ activated charcoal canisters, ☐ chlorine, ☐ sodium hydroxide, ☐ hydrogen peroxide, ☐ potassium permanganate, ☐ biofiltration, ☐ others? | | | |
| Does the system contain air relief valves at the high points of the force main system? | | | |
| How often are th valves maintained and inspected (weekly, monthly, etc.)? | | | |
| Does the owner or operator enforce pretreatment requirements? | | | |

Comments:

## IV. E.  Collection System Operation:  Safety

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there a documented safety program supported by the top administration official? | | | |
| Is there a Safety Department that provides training, equipment, and an evaluation of procedures? | | | |
| If not, who provides safety training? | | | |
| Does the owner or operator have written procedures for the following: ☐ lockout/tagout, ☐ MSDS, ☐ chemical handling, ☐ confined spaces permit program, ☐ trenching and excavations, ☐ biological hazards in wastewater, ☐ traffic control and work site safety, ☐ electrical and mechanical systems, ☐ pneumatic and hydraulic systems safety? | | | |
| What is the agency's lost-time injury rate(percent or in hours)? | | | |
| Is there a permit required confined space entry procedure for manholes, wetwells, etc.?  Are confined spaces clearly marked? | | | |
| Are the following equipment items available and in adequate supply: ☐ rubber/disposable gloves; ☐ confined space ventilation equipment; ☐ hard hats, ☐ safety glasses, ☐ rubber boots; ☐ antibacterial soap and first aid kit; ☐ tripods or non-entry rescue equipment; ☐ fire extinguishers; ☐ equipment to enter manholes; ☐ portable crane/hoist; ☐ atmospheric testing equipment and gas detectors; ☐ oxygen sensors; ☐ H₂S monitors; ☐ full body harness; ☐ protective clothing; ☐ traffic/public access control equipment; ☐ 5-minute escape breathing devices; ☐ life preservers for lagoons; ☐ safety buoy at activated sludge plants; ☐ fiberglass or wooden ladders for electrical work; ☐ respirators and/or self-contained breathing apparatus; ☐ methane gas or OVA analyzer; ☐ LEL metering? | | | |
| Are safety monitors clearly identified? | | | |
| How often are safety procedures reviewed and revised? | | | |

3-19

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Are workplace accidents investigated? | | | |
| How does the Administration communicate with field personnel on safety procedures; memo, direct communication, video, etc.? | | | |
| Is there a Safety Committee with participation by O&M staff? How often does it meet? | | | |
| Is there a formal Safety Training Program?  Are records of training maintained? | | | |

Comments:

3-20

## IV. F.  Collection System Operation:  Emergency Preparedness and Response

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have an emergency response plan? A contingency plan? | | | |
| How often is the plan reviewed and updated? What was the date it was last updated? | | | |
| Does the plan take into consideration vulnerable points in the system, severe natural events, failure of critical system components, vandalism or other third party events, and a root cause analysis protocol? | | | |
| Are staff trained and drilled to respond to emergency situations? Are responsibilities detailed for all personnel who respond to emergencies? | | | |
| Are there emergency operation procedures for equipment and processes? | | | |
| Does the owner or operator have standard procedures for notifying state agencies, local health departments, the regulatory authority, and drinking water authorities of significant overflow events? | | | |
| Does the procedure include an up-to-date list of the names, titles, phone numbers, and responsibilities of all personnel involved? | | | |
| Do work crews have immediate access to tools and equipment during emergencies? | | | |
| Is there a public notification plan?  If so, does it cover both regular business hours and off-hours? | | | |
| Does the owner or operator have procedures to limit public access to and contact with areas affected with SSOs? | | | |
| Does the owner or operator use containment techniques to protect the storm drainage systems? | | | |

| | | | |
|---|---|---|---|
| Do the overflow records include the following information: ☐ date and time, ☐ cause(s), ☐ names of affected receiving water(s), ☐ location, ☐ how it was stopped, ☐ any remediation efforts, ☐ estimated flow/volume discharged, ☐ duration of overflow? | | | |
| Does the owner or operator have signage to keep public from affected area? | | | |
| Is there a hazard classification system? Where is it located? | | | |
| Does the owner or operator conduct vulnerability analyses? | | | |
| Are risk assessments performed? How often? | | | |

Comments:

3-22

# IV. G.  Collection System Operation:  Modeling

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have a hydraulic model of the collection system including pump stations? What model is used? | | | |
| What uses does the model serve (predicting flow capacity, peak flows, force main pressures, etc.)? | | | |
| Does the model produce results consistent with observed conditions? | | | |
| Is the model kept up to date with respect to new construction and repairs that may affect hydraulic capacity? | | | |

Comments:

IV. H.  Collection System Operation:  Engineering – System Mapping and As-built Plans (Record Drawings)

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What type of mapping/inventory system is used? | | | |
| Is the mapping tied to a GPS system? | | | |
| Are "as-built" plans (record drawings) or maps available for use by field crews in the office and in the field? | | | |
| Do field crews record changes or inaccuracies and is there a process in place to update "as built" plans (record drawings)? | | | |
| Do the maps show the date the map was drafted and the date of the last revision? | | | |
| Do the sewer line maps include the following: ☐ scale; ☐ north arrow; ☐ date the map was drafted; ☐ date of the last revision; service area boundaries; ☐ property lines; ☐ other landmarks; manhole and other access points; ☐ location of building laterals; street names; ☐ SSOs/CSOs; ☐ flow monitors; ☐ force mains; pump stations; ☐ lined sewers; ☐ main, trunk, and interceptor sewers; ☐ easement lines and dimensions; ☐ pipe material; ☐ pipe diameter; ☐ pipe diameter; ☐ installation date; ☐ slope; ☐ manhole rim elevation; ☐ manhole coordinates; ☐ manhole invert elevation; ☐ distance between manholes? | | | |
| Are the following sewer attributes recorded: ☐ size, ☐ shape, ☐ invert elevation, ☐ material, ☐ separate/combined sewer, installation date? | | | |
| Are the following manhole attributes recorded: ☐ shape, ☐ type, ☐ depth, ☐ age, ☐ material? | | | |
| Is there a systematic numbering and identification method/system established to identify sewer system manhole, sewer lines, and other items (pump stations, etc.)? | | | |

Comments:

# IV. I.  Collection System Operation:  Engineering – Design

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there a document which details design criteria and standard construction details? | | | |
| Is life cycle cost analysis performed as part of the design process? | | | |
| Is there a document that describes the procedures that the owner or operator follows in conducting design review? Are there any standard forms that are used as a guide? | | | |
| Are O&M staff involved in the design review process? | | | |
| Does the owner or operator have documentation on private service lateral design and inspection standards? | | | |
| Does the owner or operator attempt to standardize equipment and sewer system components? | | | |

Comments:

3-25

# IV. J. Collection System Operation:  Engineering - Capacity

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What procedures are used in determining whether the capacity of existing gravity sewer system, pump stations and force mains are adequate for new connections? | | | |
| Is any metering of flow performed prior to allowing new connections? | | | |
| Is there a hydraulic model of the system used to predict the effects of new connections? | | | |
| Is there any certification as to the adequacy of the sewer system to carry additional flow from new connections required? | | | |

Comments: