## IV. K.  Collection System Operation:  Engineering - Construction

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Who constructs new sewers?  If other than the owner or operator, does the owner or operator review and approve the design? | | | |
| Is there a document that describes the procedures that the owner or operator follows in conducting their construction inspection and testing program? | | | |
| Are there any standard forms that guide the owner or operator in conducting their construction inspection and testing program? | | | |
| Is new construction inspected by the owner or operator or others? | | | |
| What are the qualifications of the inspector(s)? | | | |
| What percentage of time is a construction inspector on site? | | | |
| Is inspection supervision provided by a registered professional engineer? | | | |
| How is the new gravity sewer construction tested? (Air, water, weirs, etc.) | | | |
| Are new manholes tested for inflow and infiltration? | | | |
| Are new gravity sewers televised? | | | |
| What tests are performed on pump stations? | | | |
| What tests are performed on force mains? | | | |
| Is new construction built to standard specifications established by the owner or operator and/or the State? | | | |
| Is there a warranty for new construction? If so, is there a warranty inspection done at the end of this period? | | | |

Comments:

# IV. L.  Collection System Operation:  Pump Station Operation

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How many pump stations are in the system? How many have backup power sources? | | | |
| Are enough trained personnel assigned to properly maintain pump stations? | | | |
| Are these personnel assigned full-time or part-time to pump station duties? | | | |
| Are there manned and un-manned pump stations in the system? How many of each? | | | |
| Is there a procedure for manipulating pump operations (manually or automatically during wet weather to increase in-line storage of wet weather flows? | | | |
| Are well-operating levels set to limit pump start/stops? | | | |
| Are the lead, lag, and backup pumps rotated regularly? | | | |

Comments:

## IV. L. 1.  Collection System Operation:  Pump Stations - Inspection

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How often are pump stations inspected? | | | |
| What work is accomplished during inspections? | | | |
| Is there a checklist? | | | |
| Are records maintained for each inspection? | | | |
| What are the average annual labor hours spent on pump station inspections? | | | |
| Are there Standard Operating Procedures (SOPs) and Standard Maintenance Procedures (SMPs) for each station? | | | |
| What are the critical operating characteristics maintained for each station?  Are the stations maintained within these criteria? | | | |

Comments:

# IV. L. 2. Collection System Operation: Pump Stations - Emergencies

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there an Emergency Operating Procedure for each pump station? | | | |
| Is there sufficient redundancy of equipment in all pump stations? | | | |
| Who responds to lift station failures and overflows? How are they notified? | | | |
| How is loss of power at a station dealt with? (i.e. on-site electrical generators, alternate power source, portable electric generator(s)) | | | |
| What equipment is available for pump station bypass? | | | |
| What process is used to investigate the cause of pump station failure and take necessary action to prevent future failures? | | | |

Comments:

# IV. L. 3. Collection System Operation: Pump Stations - Emergency Response and Monitoring

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How are lift stations monitored? | | | |
| If a SCADA system is used, what parameters are monitored? | | | |

Comments:

## IV. K.  Collection System Operation:  Engineering - Construction

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Who constructs new sewers? If other than the owner or operator, does the owner or operator review and approve the design? | | | |
| Is there a document that describes the procedures that the owner or operator follows in conducting their construction inspection and testing program? | | | |
| Are there any standard forms that guide the owner or operator in conducting their construction inspection and testing program? | | | |
| Is new construction inspected by the owner or operator or others? | | | |
| What are the qualifications of the inspector(s)? | | | |
| What percentage of time is a construction inspector on site? | | | |
| Is inspection supervision provided by a registered professional engineer? | | | |
| How is the new gravity sewer construction tested? (Air, water, weirs, etc.) | | | |
| Are new manholes tested for inflow and infiltration? | | | |
| Are new gravity sewers televised? | | | |
| What tests are performed on pump stations? | | | |
| What tests are performed on force mains? | | | |
| Is new construction built to standard specifications established by the owner or operator and/or the State? | | | |
| Is there a warranty for new construction? If so, is there a warranty inspection done at the end of this period? | | | |

Comments:

# IV. L.  Collection System Operation:  Pump Station Operation

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How many pump stations are in the system? How many have backup power sources? | | | |
| Are enough trained personnel assigned to properly maintain pump stations? | | | |
| Are these personnel assigned full-time or part-time to pump station duties? | | | |
| Are there manned and un-manned pump stations in the system? How many of each? | | | |
| Is there a procedure for manipulating pump operations (manually or automatically during wet weather to increase in-line storage of wet weather flows? | | | |
| Are well-operating levels set to limit pump start/stops? | | | |
| Are the lead, lag, and backup pumps rotated regularly? | | | |

Comments:

3-28

# IV. L. 1. Collection System Operation:  Pump Stations - Inspection

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How often are pump stations inspected? | | | |
| What work is accomplished during inspections? | | | |
| Is there a checklist? | | | |
| Are records maintained for each inspection? | | | |
| What are the average annual labor hours spent on pump station inspections? | | | |
| Are there Standard Operating Procedures (SOPs) and Standard Maintenance Procedures (SMPs) for each station? | | | |
| What are the critical operating characteristics maintained for each station?  Are the stations maintained within these criteria? | | | |

Comments:

# IV. L. 2.  Collection System Operation:  Pump Stations - Emergencies

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there an Emergency Operating Procedure for each pump station? | | | |
| Is there sufficient redundancy of equipment in all pump stations? | | | |
| Who responds to lift station failures and overflows? How are they notified? | | | |
| How is loss of power at a station dealt with? (i.e. on-site electrical generators, alternate power source, portable electric generator(s)) | | | |
| What equipment is available for pump station bypass? | | | |
| What process is used to investigate the cause of pump station failure and take necessary action to prevent future failures? | | | |

Comments:

3-30

# IV. L. 3.  Collection System Operation:  Pump Stations – Emergency Response and Monitoring

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How are lift stations monitored? | | | |
| If a SCADA system is used, what parameters are monitored? | | | |

Comments:

3-31

## IV. L. 4.  Collection System Operation:  Pump Stations - Recordkeeping

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Are operations logs maintained for all pump stations? | | | |
| Are manufacturer's specifications and equipment manuals available for all equipment? | | | |
| Are pump run times maintained for all pumps? | | | |
| Are elapsed time meters used to assess performance? | | | |

Comments:

# IV. L. 5.  Collection System Operation:  Pump Stations - Force Mains and Air/Vacuum Valves

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator regularly inspect the route of force mains? | | | |
| Does the owner or operator have a program to regularly assess force main condition? | | | |
| Is there a process in place to investigate the cause of force main failures? | | | |
| Does the owner or operator have a regular maintenance/inspection program for air/vacuum valves? | | | |
| Have force main failures been caused by water hammer? | | | |

Comments:

# V. A. Equipment and Collection System Maintenance: Maintenance Budgeting

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How does the collection system owner or operator track yearly maintenance costs? | | | |
| Is there a maintenance cost control system? | | | |
| Are maintenance costs developed from past cost records? | | | |
| How does the owner or operator categorize costs? Preventive? Corrective? Projected Costs? Projected Repair? | | | |
| How does the owner or operator control expenditures? | | | |

Comments:

## V. B. Equipment and Collection System Maintenance:  Planned Maintenance

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Are preventive maintenance tasks and frequencies established for all pump stations and equipment? | | | |
| How were preventive maintenance frequencies established? | | | |
| What percentage of the operator's time is devoted to planned as opposed to unplanned maintenance? | | | |
| What predictive maintenance techniques are used as part of PM program? | | | |
| Is there a formal procedure to repair or replace pump stations and equipment when useful life is reached? | | | |
| Has an energy audit been performed on pump station electrical usage? | | | |
| Is an adequate parts inventory maintained for all equipment? | | | |
| Is there a sufficient number of trained personnel to properly maintain all stations? | | | |
| Who performs mechanical and electrical maintenance? | | | |
| Are there Standard Maintenance Procedures (SMPs) for each station? | | | |

Comments:

## V. C. Equipment and Collection System Maintenance:  Maintenance Scheduling

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator plan and schedule preventive and corrective maintenance activities? | | | |
| Is there an established priority system?  Who sets priorities for maintenance? | | | |
| Is a maintenance card or record kept for each piece of mechanical equipment within the collection system? | | | |
| Do equipment maintenance records include the following information: □ maintenance recommendations, □ instructions on conducting the specific maintenance activity, □ other observations on the equipment, □ maintenance schedule, □ a record of maintenance on the equipment to date. | | | |
| Are dated tags used to show out-of-service equipment? | | | |
| Is maintenance backlog tracked? | | | |
| How is O&M performance tracked and measured? | | | |
| What percent of repair finds are spent on emergency repairs? | | | |
| Are corrective repair work orders backlogged more than six months? | | | |
| Is maintenance performed for other public works divisions? | | | |
| How are priorities determined for this work? | | | |
| How is this work funded? | | | |
| Are maintenance logs maintained for all pump stations? | | | |

Comments:

# V. D. Equipment and Collection System Maintenance: Maintenance Right-of-Way

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator perform scheduled maintenance on Rights-of-Way and Easements? | | | |
| Does the owner or operator monitor street paving projects? | | | |
| Does the owner or operator have a program to locate and raise manholes (air valves, etc) as needed? | | | |
| How are priorities determined? | | | |
| How is the effectiveness of the maintenance schedule measured? | | | |

Comments:

# V. E.   Equipment and Collection System Maintenance:  Sewer Cleaning

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there a routine schedule for cleaning sewer lines on a system wide basis, e.g., at the rate of once every seven to twelve years or a rate of between 8% and 14% per year? | | | |
| What is the owner or operator's goals for annual system cleaning? | | | |
| What percent of the sewer lines are cleaned, even high/repeat cleaning trouble spots, during the past year? | | | |
| Is there a program to identify sewer line segments that have chronic problems and should be cleaned on a more frequent schedule? | | | |
| What is the average number of stoppages experienced per mile of sewer pipe per year? | | | |
| Has the number of stoppages increased, decreased, or stayed the same over the past five years? | | | |
| Are stoppages diagnosed to determine the cause? | | | |
| Are stoppages plotted on maps and correlated with other data such as pipe size and material, or location? | | | |
| Do the sewer cleaning records include the following information: ☐ date and time, ☐ cause of stoppage, ☐ method of cleaning, location of stoppage or routine cleaning activity, ☐ identity of cleaning crew, ☐ further actions necessary/initiated? | | | |
| If sewer cleaning is done by a contractor are videos taken of before and after cleaning? | | | |

Comments:

3-38

# V. E. 1. Equipment and Collection System Maintenance: Sewer Cleaning - Cleaning Equipment

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What type of cleaning equipment does the owner or operator use? | | | |
| How many cleaning units of each type does the owner or operator have? What is the age of each? | | | |
| How many cleaning crews and shifts does the owner or operator employ? | | | |
| How many cleaning crews are dedicated to preventive maintenance cleaning? | | | |
| How many cleaning crews are dedicated to corrective maintenance cleaning? | | | |
| What has the owner or operator's experience been regarding pipe damage caused by mechanical equipment? | | | |
| Where is the equipment stationed? | | | |

Comments:

# V. E. 2. Equipment and Collection System Maintenance: Sewer Cleaning - Chemical Cleaning and Root Removal

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have a root control program? | | | |
| Does the owner or operator have a FOG program? | | | |
| Are chemical cleaners used? | | | |
| What types of chemical cleaners are used? | | | |
| How often are they applied? | | | |
| How are the chemical cleaners applied? | | | |
| What results are achieved through the use of chemical cleaners? | | | |

Comments:

# V. F. Equipment and Collection System Maintenance:  Parts Inventory

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have a central location for the storage of spare parts? | | | |
| Have critical spare parts been identified? | | | |
| Are adequate supplies on hand to allow for two point repairs in any part if the system? | | | |
| Is there a parts standardization policy in place? | | | |
| Does the owner or operator maintain a stock of spare parts on its maintenance vehicles? | | | |
| What method(s) does the owner or operator employ to keep track of the location, usage, and ordering of spare parts? Are parts logged out when taken by maintenance personnel for use? | | | |
| Does the owner or operator salvage specific equipment parts when equipment is placed out-of-service and not replaced? | | | |
| How often does the owner or operator conduct a check of the inventory of parts to ensure that their tracking system is working? | | | |
| Who has the responsibility of tracking the inventory? | | | |
| For those parts which are not kept in inventory, does the owner or operator have a readily available source or supplier? | | | |

Comments:

# V. G.  Equipment and Collection System Maintenance:  Equipment and Tools Management

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Is there a list of equipment and tools used for operation and maintenance? | | | |
| Do personnel feel they have access to the necessary equipment and tools to do all aspects of operation and maintenance of the collection system? | | | |
| Is there access to suitable equipment if the owner or operator's equipment is down for repair? | | | |
| Does the owner or operator own or have access to portable generators? | | | |
| Where does the owner or operator store its equipment? | | | |
| Is a detailed equipment maintenance log kept? | | | |
| Are written equipment maintenance procedures available? | | | |
| What is the procedure for equipment replacement? | | | |
| Are the services of an in-house vehicle and equipment maintenance services used? | | | |
| What is the typical turnaround time for equipment and vehicle maintenance? | | | |

Comments:

## VI. Management Information Systems: Performance Indicators

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| How many sanitary sewer overflows (SSOs) have occurred in the last 5 years? How many less than 1,000 gallons? | | | |
| Does the owner or operator document and report all SSOs regardless of size? | | | |
| Does the owner or operator document basement backups? | | | |
| Are there areas that experience basement or street flooding? | | | |
| How many SSOs have reached "Waters of the US"? Is there a record? | | | |
| Approximately, what percent of SSOs discharge were from each of the following in the last 5 years: manholes, pump stations, main and trunk sewers, lateral and branch sewers, structural bypasses? | | | |
| What is the per capita wastewater flow for the maximum month and maximum week or day? | | | |
| What is average annual influent BOD? | | | |
| What is the ratio of maximum wet weather flow to average dry weather flow? | | | |
| Approximately, what percent of SSO discharge were caused by the following in the last 5 years: debris buildup, collapsed pipe, root intrusion, capacity limitations, excessive infiltration and inflow, FOG, vandalism? | | | |
| What percent of SSOs were released to: soil; surface water; basements; paved areas; coastal, ocean, or beach areas; rivers, lakes or streams? | | | |
| For surface water releases, what percent are to surface waters that could affect: contact recreation, shellfish growing areas, drinking water sources? | | | |
| How many chronic SSO locations are in the collection system? | | | |

| | | | |
|---|---|---|---|
| Are pipes with chronic SSOs being monitored for sufficient capacity and/or structural condition? | | | |
| Prior to collapse, are structurally deteriorating pipelines being monitored for renewal or replacement? | | | |
| What is the annual number of mainline sewer cave-ins? What was the cause (i.e. pipe corrosion, leaks, etc.) | | | |
| What other types of performance indicators does the owner or operator use? | | | |

Comments:

## VII. A.  Sewer System Capacity Evaluation (SSES):  Internal TV Inspection

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator use internal T.V. inspection? If so please describe the program. | | | |
| Do the internal TV record logs include the following: ☐ pipe size, type, length, and joint spacing; ☐ distance recorded by internal TV; ☐ results of the internal TV inspection; ☐ internal TV operator name; ☐ cleanliness of the line; ☐ location and identification of line being televised by manholes? | | | |
| Is a rating system used to determine the severity of the defects found during the inspection process? | | | |
| Is there documentation explaining the codes used for internal TV results reporting? | | | |
| Approximately what percent of the total defects determined by TV inspection during the past 5 years were the following: | | | |
| Are main line and lateral repairs checked by internal TV inspection after the repair(s) have been made? | | | |

Comments:

3-45

## VII. B.  SSES:  Survey and Rehabilitation (general)

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Have SSES's been performed in the past? If so, is documentation available? | | | |
| Has any sewer rehabilitation work been done in the past 15 years? If so, please describe? | | | |
| Does the owner or operator have standard procedures for performing SSES work? | | | |
| Do the SSES reports include recommendations for rehabilitation, replacement, and repair? | | | |
| Were defects identified in the SSES repaired? | | | |
| Does the owner or operator have a multi-year Capital Improvements Program that includes rehabilitation, replacement, and repair? | | | |
| How are priorities established for rehabilitation, replacement, and repair? | | | |
| Has the owner or operator established schedules for performing recommended rehabilitation, both short term and long term? | | | |
| Has funding been approved for the recommended rehabilitation? | | | |
| Is post rehabilitation flow monitoring used to assess the success of the rehabilitation? | | | |

Comments:

# VII. C. SSES: Sewer Cleaning Related to I/I Reduction

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Are sewers cleaned prior to flow monitoring? | | | |
| Are sewers cleaned prior to internal T.V. inspection? | | | |
| When cleaning, is debris removed from the system? | | | |

Comments:

## VII. D.  SSES:  Flow Monitoring

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have a flow monitoring program? If so, please describe. | | | |
| Does the owner or operator have a comprehensive capacity assessment and planning program? | | | |
| Are flows measured prior to allowing new connections? | | | |
| Number of permanent meters? Number of temporary meters? | | | |
| What type(s) of meters are used? | | | |
| Number of rain gauges? | | | |
| How frequently are flow meters checked? | | | |
| Do the flow meter checks include: ☐ independent water level, checking the desiccant, ☐ velocity reading, ☐ cleaning away debris, ☐ downloading data, ☐ battery condition? | | | |
| Are records maintained for each inspection? | | | |
| Do the flow monitoring records include: ☐ descriptive location of flow meter, ☐ type of flow meter, ☐ frequency of flow meter inspection, ☐ frequency of flow meter calibration? | | | |
| Are flow data used for billing, capacity analysis, and/or I/I investigations? | | | |
| What is the ratio of peak wet weather flow to average dry weather flow at the wastewater treatment plant? | | | |
| Does the owner or operator have any wet weather capacity problems? | | | |
| Are low points or flood-plain areas monitored during rain events? | | | |
| Does the owner or operator have any dry weather capacity problems? | | | |

3-48

# VII. E. SSES:  Smoke Testing and Dyed Water Flooding

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have a smoke testing program to identify sources of inflow and infiltration into the system including private service laterals and illegal connections? If so please describe. | | | |
| Are there written procedures for the frequency and schedule of smoke testing? | | | |
| Is there a documented procedure for isolating line segments? | | | |
| Is there a documented procedure for notifying local residents that smoke testing will be conducted in the area? | | | |
| What is the guideline for the maximum amount of line to be tested at one time? | | | |
| Are there guidelines for the weather conditions under which smoke testing should be conducted? | | | |
| Do the written records contain location, address, and description of the smoking element that produced a positive result? | | | |
| What follow-up occurs as a result of positive results for smoke or dye testing? | | | |
| Is there a goal for the percent of the system smoke tested each year? | | | |
| What percent of the system has been smoke tested over the past year? | | | |
| Does the owner or operator have a dyed water flooding program If so please describe. | | | |
| Is there a goal for the percent of the system dye tested each year? | | | |
| What percent of the system has been dye tested over the past year? | | | |
| Does the owner or operator share smoke and dye testing equipment with another owner or operator? | | | |

Comments:

3-49

## VII. F.  SSES:  Manhole Inspection

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Does the owner or operator have a routine manhole inspection and assessment program? | | | |
| What is the purpose of the inspection program? | | | |
| Does the owner or operator have a goal for the number of manholes inspected annually? | | | |
| How many manholes were inspected during the past year? | | | |
| Do the records for manhole/pipe inspection include the following: ☐ conditions of the frame and cover; ☐ evidence of surcharge; offsets or misalignments; ☐ atmospheric hazards measurements; ☐ details on the root cause of cracks or breaks in the manhole or pope including blockages; ☐ recording conditions of corbel, walls, bench, trough, and pipe seals; ☐ presence of corrosion, if repair is necessary; ☐ manhole identifying number/location; wastewater flow characteristics; ☐ accumulations of grease, debris, or grit; presence of infiltration, location, and estimated quantity; ☐ inflow from manhole covers? | | | |
| Are manholes susceptible to inflow identified and inspected on a regular frequency? | | | |
| Is there a data management system for tracking manhole inspection activities? | | | |
| What triggers whether a manhole needs rehabilitation? | | | |
| Does the owner or operator have a multi-year Capital Improvements Program that includes rehabilitation, replacement, and repair of manholes? | | | |
| How are priorities established for rehabilitation, replacement, and repair of manholes? | | | |
| Has the owner or operator established schedules for performing rehabilitation, both short term and long term of manholes? | | | |

3-50

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| Has funding been approved for the rehabilitation of manholes? | | | |
| Does the owner or operator have a grouting program? | | | |

Comments:

# VIII. A.  Rehabilitation:  Manhole Repairs

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What rehabilitation techniques are used for manhole repairs? | | | |
| How are priorities determined for manhole repairs? | | | |
| What type of documentation is kept? | | | |
| Does the owner or operator use manhole inserts? | | | |
| Are they used system wide or only on low lying manholes? | | | |

Comments:

## VIII. B. Rehabilitation:  Mainline Sewers

| Question | Response | Documentation Available | |
|---|---|---|---|
| | | Yes | No |
| What type of main line repairs has the owner or operator used in the past? | | | |
| Does the owner or operator currently use any of above techniques for main line repairs?   What other techniques is the owner or operator presently using? | | | |
| How are priorities established for main line repairs? | | | |
| What type of follow-up is performed after the repair (e.g., CCTV)? | | | |

Comments:

3-53

**Appendix A**

**EXAMPLE**
**COLLECTION SYSTEM PERFORMANCE**
**INDICATOR DATA**
**COLLECTION FORM**

# EXAMPLE
# COLLECTION SYSTEM PERFORMANCE INDICATOR DATA COLLECTION FORM

I. **General Information**
  - A.  Agency Name _____
  - B.  Agency Address
       Street _____
       City _____ State _____ Zip _____
  - C.  Contact Person _____
  - D.  Telephone: Voice _____ Fax _____ Email _____
  - E.  Data provided for latest fiscal/calendar year, 20___

II. **Collection System Description**
  - A.  Service Area _____ Square miles
  - B.  Population Served _____
  - C.  System Inventory

| Miles of gravity sewer | Miles of force main | Number of maintenance access structures | Number of pump stations | Number of siphons | Number of air, vacuum, or air/vacuum relief valves |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

  - D.  Number of Service Connections:
       Residential _____ Commercial _____ Industrial _____ Total _____
  - E.  Lateral Responsibility (check one)
       1. At main line connection only _____
       2. From main line to property line or easement/cleanout _____
       3. Beyond property line/cleanout _____
       4. Other _____
  - F.  System combined (storm and sanitary)? Yes ___ No ___ If yes, % combined ____
  - G.  Average Annual Precipitation _____ inches
  - H.  System Flow Characteristics (total for service area)

| Peak Dry Weather Flow (MGD) | Peak Wet Weather Flow (MGD) | Average Daily Flow (MGD) |
|---|---|---|
|  |  |  |

A-1

**III.    Special Conditions**

    A.    Indicate local conditions that are accounted for during design, construction, operation, and maintenance of the collection system.

        1.    Precipitation: Yes _____ No _____ If yes, provide brief explanation _____

                _____

        2.    Terrain:  Yes _____ No _____ If yes, provide brief explanation_____

                _____

        3.    Soils:  Yes _____ No _____ If yes, provide brief explanation _____

                _____

        4.    Temperature: Yes _____ No _____ If yes, provide brief explanation _____

                _____

        5.    Groundwater: Yes _____ No _____ If yes, provide brief explanation _____

                _____

        6.    Geology: Yes _____ No _____ If yes, provide brief explanation _____

                _____

        7.    Other: _____

                _____

    B.    Is corrosion a significant problem?            Yes _____ No _____

        •    Is there a corrosion control program in place?    Yes _____ No _____

    C.    Is odor a significant problem?               Yes _____ No _____

        •    Is there an odor control program in place?    Yes _____ No _____

    D.    Is grease a significant problem?             Yes _____ No _____

        •    Is there a grease control program in place?    Yes _____ No _____

    E.    Are roots a significant problem?             Yes _____ No _____

        •    Is there a root control program in place?    Yes _____ No _____

**IV.    Age Distribution of Collection System**

| Age | Gravity Sewer, miles | Force Mains, miles or feet | Number of Pump Stations |
|---|---|---|---|
| 0 - 25 years | | | |
| 26 - 50 years | | | |
| 51 - 75 years | | | |
| > 76 years | | | |

## V.      Size Distribution of Collection System

| Diameter in inches | Gravity Sewer, miles | Force Mains, miles or feet |
|---|---|---|
| 8 inches or less | | |
| 9 - 18 inches | | |
| 19 - 36 inches | | |
| > 36 inches | | |

## VI.     Distribution of Gravity Sewer By Material

|   |   |   |   |
|---|---|---|---|
| A. | Vitrified Clay Pipe (VCP) | _____ | Miles |
| B. | Reinforced Concrete Pipe (RCP) | _____ | Miles |
| C. | Unreinforced Concrete Pipe (CP) | _____ | Miles |
| D. | Plastic (all types) | _____ | Miles |
| E. | Brick | _____ | Miles |
| F. | Other | _____ | Miles |
| G. | Other | _____ | Miles |
| H. | Other | _____ | Miles |

## VII.    Distribution of Force Mains By Material                    (circle one)

|   |   |   |   |
|---|---|---|---|
| A. | Reinforced Concrete Pipe (RCP) | _____ | miles or feet |
| B. | Prestressed Concrete Cylinder Pipe (PCCP) | _____ | miles or feet |
| C. | Asbestos Cement Pipe (ACP) | _____ | miles or feet |
| D. | Polyvinyl Chloride (PVC) | _____ | miles or feet |
| E. | Steel | _____ | miles or feet |
| F. | Ductile Iron | _____ | miles or feet |
| G. | Cast Iron | _____ | miles or feet |
| H. | Techite (RPMP) | _____ | miles or feet |
| I. | High Density Polyethylene (HDPE) | _____ | miles or feet |
| J. | Fiberglass Reinforced Plastic (FRP) | _____ | miles or feet |
| K. | Other | _____ | miles or feet |

## VIII.   Preventive Maintenance of System

### A.   Physical Inspection of Collection System, Preventive Maintenance

| Inspection Activity | Total Annual Labor Hours Expended for This Activity | Total Completed (Miles of Pipe or Manholes Inspected Annually) | Crew Size (s) |
|---|---|---|---|
| CCTV | | | |
| Visual Manhole Inspection, Surface Only | | | |
| Visual Manhole Inspection, Remove Cover | | | |
| Visual Gravity Line Inspection, Surface Only | | | |
| Visual Force Main Inspection, Surface Only | | | |
| Other (Sonar, etc.) | | | |

### B.   Mechanical and Hydraulic Cleaning, Preventive Maintenance

| Cleaning Activity | Total Annual Labor Hours Expended for This Activity | Total Annual Labor Hours Expended for Scheduled PM | Total Miles Cleaned Annually | Crew Size (s) | Range of Pipe Diameters Cleaned |
|---|---|---|---|---|---|
| Hydraulic Jet | | | | | |
| Bails, Kites, Scooters | | | | | |
| Combination Machines | | | | | |
| Rod Machines | | | | | |
| Hand Rodding | | | | | |
| Bucket Machines | | | | | |
| Chemical Root Control | | | | | |
| Chemical or Biological Grease Control | | | | | |

**IX.    Dry Weather Stoppages**
- A.    Number of stoppages, annually _____
- B.    Average time to clear stoppage _____
- C.    Number of stoppages resulting in overflows and/or backups annually _____
- D.    Total quantity of overflow(s) _____
- E.    Is there an established procedure for problem diagnosis? Yes _____ No _____
- F.    Are future preventive measures initiated based on diagnosis? Yes _____ No _____
- G.    What equipment is available for emergency response? _____

**X.    Repairs and Rehabilitation, Proactive**
- A.    Number of annual spot repairs identified _____
- B.    Number of annual spot repairs completed _____
- C.    Percent of spot repairs contracted _____
- D.    Number of manholes identified for rehabilitation _____
- E.    Number of manholes rehabilitated annually _____
- F.    Percent of manhole repairs contracted _____
- G.    Feet of main line needing rehabilitation _____
- H.    Feet of main line rehabilitated _____
- I.    Percent of main line rehabilitation contracted _____
- J.    Number of manholes scheduled for rehabilitation under Capital Improvement Program (s) _____
- K.    Feet of main line scheduled for rehabilitation under Capital Improvement Program (s) _____

**XI.    Repairs and Rehabilitation, Reactive**
- A.    Number of annual line features _____
- B.    Number of line repairs _____

**XII.    Pump Stations**
- A.    Number of pump stations inspected _____
  - •    Frequency of inspections _____ (daily, every other day, weekly)
- B.    Number of inpsection crews _____
- C.    Crew size _____
- D.    Number of pump stations with pump capacity redundancy _____
- E.    Number of pump stations with backup power sources _____
- F.    Number of pump stations with dry weather capacity limitations _____
- G.    Number of pump stations with wet weather capacity limitations _____
- H.    Number of pump stations calibrated annually _____
- I.    Number of pump stations with permanent flowmeters _____
- J.    Number of pump stations with remote status monitoring _____
- K.    Number of pump stations with running time meters _____
- L.    Number of mechanical maintenance staff assigned to mechanical maintenance _____
- M.    Number of electrical maintenance staff assigned to electrical maintenance _____
- N.    Total labor hours scheduled annually for electrical and mechanical PM tasks _____
- O.    Total labor hours expended annually for electrical and mechanical PM tasks _____

**XIII.    Pump Station Failures, Dry Weather**
- A.    Number of failures resulting in overflows/bypass or backup, annually _____
- B.    Total quantity of overflow/bypass _____ Gallons or MG
- C.    Average time to restore operational capability _____ hours
- D.    Total labor hours expended for electrical and mechanical corrective maintenance tasks _____
- E.    Is failure mode and effect diagnosed?  Yes ____ No ____
- F.    Are future preventive measures initiated based on diagnosis?  Yes ____ No ____
- G.    What equipment is available for emergency response? _____

**XIV. Force Mains**

    A.    Force mains inspected annually _____ miles or feet (visual surface inspection of alignment)

    B.    Force mains monitored annually _____ miles or feet (pressure profile, capacity)

    C.    Number of force main failures annually _____

    D.    Cause(s) of force main failures _____

_____

**XV. Air Relief/Vacuum Valves**

    A.    What is frequency of valve inspections? _____

    B.    What is frequency of PM (backflushing, etc)? _____

    C.    Number of annual valve failures _____

    D.    Cause(s) of valve failures _____

_____

**XVI. System Operation and Maintenance Efficiency**

    A.    Total full time or full time equivalent staff assigned to O & M (excluding administration staff but including line managers, supervisors) _____

    B.    Total estimated labor hours actually expended for active O & M tasks (this is the total above less hours for sick, vacation, holidays, training, breaks, etc., not directly related to performing O & M tasks) _____

**XVII. Level of Service**

    A.    Average annual rate for residential users _____

    B.    Rate based on: water consumption _____ Flat rate _____ Other _____

    C.    Number of complaints annually _____

    D.    Number of complaints that are agency responsibility _____

    E.    Number of public health or other warnings issued annually _____

    F.    Number of claims for damages due to backups annually _____

    G.    Total cost of claims settled annually _____

**XVIII. Financial**

    A.    Total annual revenue received from wastewater _____

        1.    % of revenue for long-term debt _____

        2.    % of revenue for treatment and disposal _____

        3.    % of revenue for collection and conveyance _____

    B.    Current value of collection system assets _____

    C.    Annual O & M expenditure _____

    D.    Annual CIP expenditure for repair, replacement, or rehabilitation _____

    E.    Annual O & M training budget _____

    F.    Total number of O & M personnel (including administrative in O & M department) _____

    G.    Number of personnel with collection system certification _____

    H.    Number of personnel qualified for collection system certification _____

    I.    Amount of O & M budget allocated for contracted services _____

    J.    Hydroflush cost per foot _____

    K.    Rodding cost per foot _____

    L.    Bucketing cost per foot _____

    M.    CCTV cost per foot _____

    N.    Spot repairs, cost each _____

**XIX. Safety**

    A.    Total labor hours assigned to O & M _____

    B.    Number of lost time injuries _____

    C.    Total lost time days _____

    D.    Total cost of lost time injuries _____

**XX.   Regulatory**

   A.    Total number of violations issued annually _____

   B.    Total cost of fines paid annually _____

   C.    What is minimum reportable quantity in gallons? _____

   D.    What is time reporting requirement? _____

   E.    Number of annual WWTP upsets due to wet weather flow _____

**XXI.   General**

   A.    Has SSES been performed on system?  Yes _____ No _____

   B.    Total O & M positions currently budgetd _____

   C.    Total O & M positions currently filled _____

   D.    Is computerized maintenance management system (s) used for O & M managing? Yes ____ No ___

   E.    Is GIS system used for O & M managing?  Yes _____ No _____

**XXII.   Procedures or Other Documentation Available**

   A.    Overflow, bypass and containment Yes _____ No _____

   B.    Problem evaluation and solution Yes _____ No _____

   C.    Cleanup procedure Yes _____ No _____

   D.    Failure mode and effect procedure Yes _____ No _____

   E.    O & M budget process Yes _____ No _____

   F.    O & M budget with line item detail Yes _____ No _____

   G.    Long-range CIP planning for system expansion, rehabilitation, and replacement Yes ____ No ____

   H.    Is there a written procedure for cleanup to mitigate effect of overflow? Yes _____ No _____

   I.    Is there a written procedure for containing overflows and bypasses? Yes _____ No _____

   J.    Is there an established procedure for containing overflows and bypasses? Yes _____ No _____

   K.    Is there an established procedure for problem evaluation and solution? Yes _____ No _____

   L.    Is there an established procedure for cleanup to mitigate effect of overflow? Yes _____ No _____

   M.    Is there a grease control program? Yes _____ No _____

   N.    Is there a pretreatment program? Yes _____ No _____

   O.    Is there a private source I/I reduction program? Yes _____ No _____

   P.    Do you have chronic O & M problems that are designed into your system? Yes _____ No _____
          If yes, provide brief description _____

   Q.    Do you have chronic O & M problems that are constructed into your system? Yes _____ No _____
          If yes, provide brief description _____

   R.    How would you rate your construction inspection program?
          Very effective _____ Needs improvement _____ Poor _____

**XXIII.   Definitions/Clarifications**

   A.    Maintenance access structures, most commonly manholes, in your system that are incorporated into your O & M program.

   B.    Pump capacity redundancy is the ability to maintain pumping at design capacity with the largest pump out of service.

   C.    Remote status monitoring is any remote monitoring system such as alarm telemetry or SCADA that provides remote pump station status information.

   D.    You will notice that in the section on stoppages and pump station failures, we are asking for dry weather incidents only.  Dry weather system performance is a good indicator or effectiveness of O & M program.  If you have wet weather information that you wish to provide also, please do.

   E.    Under the Special Conditions sections we are identifying conditions that are present in your system that require consideration during design, construction, and O & M of your system.

F.   Any of the questions dealing with labor hours are designed to determine total labor hours irrespective of crew size or crews that are only assigned to cleaning, for example, less than full time.

G.   Our goal is to obtain data that can be or are standardized and that are accurate. We also realize that some data may not be available; however, data can be accurately estimated. If you estimate data please follow with an (E).

H.   If data is not available please indicate "NA." If data does not apply to your system, please indicate by "DNA."

I.   Failure mode and effect refers to any established procedure you have to diagnose system failures to determine the cause and effect of the failure. This can apply to crews clearing stoppages or to pump station failures.

J.   Pump station inspection (XII) means scheduled inspection by operators to verify station operation and perform PM. It excludes electrical or mechanical craft maintenance.

K.   Stoppage in section IX refers only to stoppages other than pump stations. Pump stations are covered in Section XIII. Backup in this case refers to a basement or other structure backup as opposed to main line sewer backup.

## XXIV.   Additional Comments

_____

_____

_____

## Appendix B

# EXAMPLE INTERVIEW SCHEDULE
# AND TOPICS

# EXAMPLE INTERVIEW SCHEDULE AND TOPICS

## Days 1 and 2 Interviews

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time, and Location |
|---|---|---|---|---|
| Senior Management | Discuss project expectations, report review and comment process.<br><br>Overview of organizational structure and "culture".<br><br>Identify sensitive issues and how to approach.<br><br>Schedule | | | |
| Project Kick off Meeting | Overview and purpose of project.<br><br>Interview and field assessment process.<br><br>Report content and review process.<br><br>Questions and answers | None | | |
| Physical Inspection and Testing – Gravity sewer system | Visual Inspection, pipe alignment.<br><br>CCTV<br><br>Smoke and Dye Testing<br><br>Other | Reports, inspection forms, performance data, inspection strategy, crew assignments and schedules, equipment available, current expenditures and budgeted amounts, area maps, Standard Operating Procedures, field maps. | | |

B - 1

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time, and Location |
|---|---|---|---|---|
| Preventive Maintenance - Mechanical and hydraulic cleaning | High velocity jets and combination machines. Other hydraulic methods Rodding Machines Bucket Machines | Reports, performance data, preventive maintenance cleaning strategy, crew assignments and schedules, equipment available, current and budgeted, problem areas, Standard Operating Procedures, Standard Maintenance Procedures, problem diagnosis | | |
| Chemical and biological cleaning | Root control Grease control Odor control Corrosion control | Grease control ordinance, enforcement, odor and corrosion control strategy, root control program, design for O&M considerations, materials used (MSDS), reports, performance data, preventive maintenance cleaning strategy, crew assignments and schedules, equipment available, current and budgeted, problem areas, Standard Operating Procedures, Standard Maintenance Procedures, problem diagnosis, public education, enforcement | | |
| Pump Stations | Routine inspection Electrical and mechanical maintenance SCADA Standby/emergency systems Valves Forcemains | Logs, inspection sheets, Standard Maintenance Procedures, Standard Operating procedures, pump station inventory and attribute data base, spares inventory, Reports, performance data, preventive maintenance strategy, crew assignments and schedules, equipment available, current and budgeted, critical pump stations, Standard Operating Procedures, Standard Maintenance Procedures, problem diagnosis, preventive and predictive maintenance methods, maintenance tasks and frequencies, O&M manuals, capacity issues | | |

B - 2

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time, and Location |
|---|---|---|---|---|
| Training and Certification | Training program, technical, supervisory and management.<br><br>Certification program | Knowledge, skills and abilities, basic skills, career paths, minimum qualifications, certification, educational assistance program, internal and external training, OJT, training budget | | |
| Work Management | Planning and scheduling work<br><br>Materials management<br><br>Priority<br><br>Backlog management<br><br>Procurement<br><br>Manual or Computer Maintenance Management System (CMMS) | Complaints and emergencies normal hours and after hours.<br>Corrective, preventive and predictive maintenance work orders, work backlog, labor utilization, reports, | | |

B - 3

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time, and Location |
|---|---|---|---|---|
| Safety | Safety committee<br><br>Safety meetings<br><br>Safety enforcement<br><br>Documentation of comprehensive safety training<br><br>Compliance with safety regulations<br><br>Documentation of effectiveness of safety program (e.g., reduction of accidents)<br><br>Documentation of attendance and learning at safety training sessions | Policy and procedures for trenching, confined space, lockout tagout, PPE. Safety manual, formal training, tracking, accident investigation | | |
| Financial | Annual O&M Budget<br><br>Rates<br><br>CIP for rehabilitation/rehab<br><br>Non-enterprise fund allocations | O&M budget process, line item accounts, five year CIP plan, repair, rehabilitation, replacement strategy for pipes and pump stations | | |

B - 4

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time, and Location |
|---|---|---|---|---|
| Construction and Repair | Emergency repair<br><br>Spot repairs, gravity system<br><br>Rehabilitation<br><br>Lateral installation<br><br>Inspection<br><br>New Construction<br><br>Testing | Reports, inspection forms, performance data, inspection strategy, crew assignments and schedules, equipment available, current and budgeted, area maps, Standard Operating Procedures, field maps, | | |
| Fleet Management | Maintenance<br><br>Replacement<br><br>Availability<br><br>Budgeting | Inventory, repair and replacement process, maintenance turn around time, preventive maintenance, Standard Operating Procedures, Standard Maintenance Procedures, CMMS, | | |

B - 5

# Day 3 - Field

## *Pump Stations*

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time and Location |
|---|---|---|---|---|
| Pump Station Maintenance | Submersible | Logs, O&M manuals, on-site procedures, vehicles and equipment, SCADA, Supervisory controls, electrical systems, flow meters, HVAC, variable speed systems, chronic problems, pumps and hydraulic systems. | | |
| | Cast in place wet well dry well | | | |
| | Prefabricated | | | |
| | Grinder/Low Pressure System | | | |

# Day 4 – Field

*Facilities and Crews*

| Work Practice or Maintenance Function | Description | Examples of Discussion Topics and Supporting Documents | Name | Interview Date, Time and Location |
|---|---|---|---|---|
| Facilities | Electrical and mechanical repair shops and equipment<br><br>Warehouse and equipment storage areas<br><br>Vehicle maintenance shops<br><br>Crew areas; locker rooms, training areas, dispatch areas | Logs, O&M manuals, on-site procedures, vehicles and equipment, SCADA, Supervisory controls, electrical systems, flow meters, HVAC, variable speed systems, chronic problems, pumps and hydraulic systems, | | |
| Crews | CCTV<br><br>Cleaning<br><br>Construction Repair<br><br>Overview of findings for week | N/A<br><br>None | | |
| Exit Interview | | | | |

# Appendix C

# INFORMATION SOURCES

**Information Sources**
(Updated November 2004)

<u>**WEBSITES**</u>      (water and/or wastewater-oriented; financial related)

| | |
|---|---|
| EPA National Compliance Assistance Clearinghouse | www.epa.gov/clearinghouse |
| Compliance Assistance Centers | http://www.assistancecenters.net |
| Construction Industry Compliance Assistance Center | www.cicacenter.org |
| EPA NPDES website | http://www.epa.gov/npdes |
| EPA Operator On-Site Technical Assistance Program–104(g)<br>(hands-on assistance to small municipal WWTP operators at no cost to community) | www.epa.gov/owm/mab/smcomm/104g/sstc.htm |
| EPA Office of Wastewater Management | www.epa.gov/owm |
| EPA Clean Water Tribal Grant Program | www.epa.gov/owm/mab/indian/cwisa.htm |
| EPA Colonias Program | www.epa.gov/owm/mab/mexican |
| EPA Clean Water State Revolving Loan Fund Program | www.epa.gov/owm/cwfinance/cwsrf |
| EPA Website (Headquarters & Regions) | www.epa.gov/ |
| EPA Small Business Gateway | http://www.epa.gov/smallbusiness |
| Environmental Finance Center | http://sspa.boisestate.edu/efc |
| National Environmental Services Center/WV University | www.nesc.wvu.edu |
| Local Govt. Environmental Assistance Network | www.lgean.org |
| Rural Community Assistance Program (RCAP) | www.rcap.org |
| Water Environment Federation (WEF) | www.wef.org |
| AMSA | www.amsa-cleanwater.org/pubs/ |
| American Water Works Assoc. (AWWA) | http://www.awwa.org/ |
| National Association of Towns & Townships (NATAT) | http://www.natat.org/ |

<u>**PUBLICATIONS /TRAINING VIDEOS /NEWSLETTERS, etc.**</u>

<u>EPA National Service Center For Environmental Publications (NSCEP)</u>
USEPA/NSCEP
PO Box 42419
Cincinnati, OH 45242
Tele: 1-800-490-9198 or 513-489-8190 (fax: 513-489-8695)

<u>EPA Office of Water Resource Center</u>
Tele: 202-566-1729 (24 hours)
center.water-resources@epa.gov

National Environmental Services Center (formerly the National Small Flows Clearinghouse)
West Virginia University Small Business Gateway
P.O. Box 6064
Morgantown, WV 26506
Tele: 1-800-624-8301

California State University - Sacremento
Tele: 916-278-6142
(training videos, etc.)

List Compiled by Sharie Centilla, USEPA/OECA
centilla.sharie@epa.gov
33

# REFERENCES

California State University (CSU) Sacramento.1996. Operation and Maintenance of Wastewater Collection Systems. Volume I, Fifth Ed. Prepared for EPA, Office of Water Programs Operations. Sacramento, CA: California State University, Sacramento Foundation.

California State University (CSU) Sacramento. 1998. Operation and Maintenance of Wastewater Collection Systems. Volume II, Fifth Ed. Prepared for EPA, Office of Water Programs Operations. Sacramento, CA: California State University, Sacramento Foundation.

U.S. EPA National Enforcement Investigations Center (NEIC). 1992. Multi-media Investigations Manual. EPA-330/9-89-003-R.

U.S. Environmental Protection Agency.  1974. "Process Design Manual for Sulfide Control in Sanitary Sewerage Systems." Prepared for the Technology Transfer Office of the U.S. Environmental Protection Agency.  EPA 625/1-74-005. pg. 3-27.

U.S. EPA Office of Water. 1973. *Manpower Requirements for Wastewater Collection Systems in Cities and Towns of up to 150,000 Population.* EPA-832-R-73-104.

U. S. EPA Office of Water. 1974. *Manpower Requirements for Wastewater Collection Systems in Cities of 150,000 to 500,000 Population.* EPA-832-R-74-102.

U.S. EPA Office of Water. 1983. *Procedures Manual for Reviewing a POTW Pretreatment Program Submission. EPA*-833-B-83-200.

U.S. EPA Office of Water. 1985. *Design Manual: Odor and Corrosion Control in Sanitary Sewerage Systems and Treatment Plants.* EPA-625-1-85-018.

U.S. EPA Office of Water. 2004. NPDES Compliance Inspection Manual. EPA-305-X-03-004.

U.S. EPA Office of Water. 2004. *Report to Congress: Impacts and Controls on CSOs and SSOs.* EPA-833-R-04-001.

Water Environment Federation. 1994. *Existing Sewer Evaluation & Rehabilitation*: WEF Manual of Practice FD-6, ASCE Manuals and Reports on Engineering Practice No. 62. Alexandria, VA: WEF.