# APPENDIX  E

**Appendix E**

# Sewer Overflow Response Plan



The City of
JACKSON
MISSISSIPPI

Prepared By:
City of Jackson
Water/Sewer Utilities Division
200 S. President Street, Rm 405
P.O. Box 17
Jackson, MS 39205-0017
Voice: (601) 960-2090
Fax: (601) 968-3502
Submitted On: September 28, 2011
Approved On: October 10, 2011
Amended On: _____, 20___

Sewer Overflow Response Plan

**Sewer System Owner:**
City of Jackson
200 S. President Street, Room 405
PO Box 17
Jackson, MS 39205-0017

**Contact Persons:**
Harvey Johnson, Jr., Mayor
(601) 960-1084

Chris Mims, Director of Communications
Office of the Mayor
(601) 960-1084
Public Service Announcements

Dan Gaillet, Director of Public Works
(601) 960-2091
dgaillet@city.jackson.ms.us

David Willis, Deputy Director of Public Works
(601) 960-2090
dwillis@city.jackson.ms.us

Prentiss Guyton, Manager
W. Anthony Harkless, Wastewater Operations Engineer
Vacant, Wastewater Collections Engineer
Water/Sewer Utilities Division
(601) 960-2090
pguyton@city.jackson.ms.us
Cojanthony@yahoo.com
Terry "Butch" Mayfield, Superintendent
Sewer Maintenance Division
(601) 960-1868

**Regulatory Agencies to Receive Sewer Overflow Report:**

| | |
|---|---|
| MS Department of Environmental Quality | Hinds County Health Department |
| Office of Pollution Control | Environmental Health |
| P. O. Box 2261 | 539 E Beasley Road |
| Jackson, MS 39225 | PO Box 20 |
| Contact Person: | Jackson, MS 39205-0020 |
| Rusty Lyons, P.E., Manager, | Sherrie Payne, Regional Environmentalist |
| Compliance and Enforcement | Marvin Bolden, County Environmentalist |
| Phone: (601) 961-5588 | Lakeshia Paige, County Environmentalist |
| Fax: (601) 961-5674 | Phone: (601)-957-1026 |
| Email: rusty_lyons@deq.state.ms.us | Fax: (601)-957-1053 |
| | sherrie.payne@msdh.state.ms.us |
| | marvin.bolden@msdh.state.ms.us |
| | lakeshia.paige@msdh.state.ms.us |

## TABLE OF CONTENTS

I. AUTHORITY.................................................................................................................................1

II. GENERAL..................................................................................................................................1

III. OVERFLOW IDENTIFICATION AND RESPONSE PROCEDURE.................................................3

IV. BUILDING BACKUPS PROCEDURE........................................................................................11

V. PUBLIC ADVISORY PROCEDURE...........................................................................................12

VI. REGULATORY AGENCY NOTIFICATION PLAN.....................................................................15

VII. LONG TERM CORRECTIVE ACTION PROCEDURES.............................................................16

VIII. PERSONNEL TRAINING......................................................................................................17

IX. MAINTENANCE OF SORP.....................................................................................................18

X. APPENDICES..........................................................................................................................19

## I. AUTHORITY

This Sewer Overflow Response Plan (SORP) is prepared to facilitate proper incident reporting procedures outlined in MDEQ Agreed Order No **5823 10** and Section 750-2.7 Incident Reporting of the NPDES permits.

## II. GENERAL

The Sewer Overflow Response Plan (SORP) is designed to facilitate the proper response to sewer overflows to by the appropriate City of Jackson (COJ) personnel and the proper reporting of such overflows to State and Local Authorities. For the purpose of this plan the City of Jackson or City of Jackson personnel includes all contractors who provide labor, materials, services or any other resource to comply with all applicable regulations and goals. Quick response will minimize the effects of the overflow with respect to impacts on public health, the environment, beneficial uses and water quality of surface waters and on customer service. The SORP further includes provisions for safety pursuant to the directions provided by the Mississippi Department of Environmental Quality (MDEQ) and that notification and reporting is made to the MDEQ and the Hinds County Department of Health (HCDH) when applicable.

### A. Purpose

The purpose of the SORP is to:
1. Develop a proactive procedure to identify potential and actual sewer overflows;
2. Develop an immediate response plan to minimize health and environmental impacts from overflows;
3. Establish procedures to quickly eliminate the overflow;
4. Develop protocols to report SSOs to MDEQ and other agencies as appropriate; and
5. Develop public notification procedures to be used as appropriate.

"Sanitary Sewer Overflow" or "SSO" shall mean any discharge of wastewater to waters of the United States or the State from the City's Sewer System through a point source not specified in any NPDES permit, as well as any overflow, spill, or release of wastewater to public or private property from the Sewer System that may not have reached waters of the United States or the State, including all Building Backups.

The "POTENTIAL" SSO location is defined as the manhole or point at which an SSO is likely to occur in the event of a pump station failure. These were located by observing the lowest manhole (usually the closest to the pump station if not the pump station itself) by United Water and the City. These were visual observations only and not surveyed at this time.

This SORP is developed to address the fundamental types of SSOs:

### • Wet Weather Overflows

Wet weather overflows result from excessive flows during significant rain events and/or elevated ground and surface water conditions. They can be attributed to a number of factors, including, but not limited to, the following:

- Downspouts
- Footing drains
- Sump pumps
- Leaking service laterals
- System Infiltration
- Flooding from the stormwater system

### • Dry Weather Overflows

Overflows during dry weather are most often caused by flow restrictions or system disruptions. Dry weather SSOs can be attributed to a number of factors including, but not limited to, the following:

- Bottlenecks and/or blockages
- Grease
- Roots
- Debris
- Mechanical failures
- Sewer main breaks

Additionally, each of these types of SSO can lead to a discharge to either land, water of the U.S. or State, or within a building. The protocols outlined in the following sections describe the appropriate response to a SSO based on its location as shown on the following chart.



The SORP Long Term Corrective Actions Procedures (Section VII) discusses the type, location, destination, cause, impact, and containment and remediation requirements of SSO, as well as prevention measures.

The effective date of this plan is October 10, 2011.  All schedules/proposed deadlines within this plan begin on the effective date. A detailed implementation plan can be found in Appendix A.

## B. Organization of Plan

The key elements of the SORP are addressed individually as follows:

Section III      Overflow Identification and Response Procedure
Section IV       Building Backups Procedure
Section V        Public Advisory Procedure
Section VI       Regulatory Agency Notification Procedure
Section VII      Long Term Corrective Action Procedures
Section VIII     Personnel Training
Section IX       Maintenance of SORP
Section X        Appendices

## III. OVERFLOW IDENTIFICATION AND RESPONSE PROCEDURE

The Overflow Identification & Response Procedure presents a strategy for the COJ to identify and then mobilize labor, materials, tools and equipment to correct or repair conditions, which may cause or contribute to a sewer overflow. The plan considers a wide range of potential system failures that could create an overflow to surface waters, land or buildings.

### A. Receipt of Information Regarding an SSO

An overflow may be detected by COJ personnel or by others. COJ is diligent in attempting to identify SSOs before they become a public issue. After each significant rainfall event, COJ personnel shall remotely monitor or inspect potential and known SSO locations for problems. Significant rain events include those rain events that are known to be, or suspected of being, associated with, or contributing to SSO occurrences, regardless of the intensity, duration or measured rain gauge size of the event.  In addition, other public offices such as police and fire departments are to report any SSOs encountered. COJ personnel are responsible to act based on received notification of sewage overflow from the wastewater collection system, and to provide immediate response to investigate and/or correct reported sewer overflow. Generally, telephone calls from the public reporting sewer overflows are received at the public offices identified in Appendix B. If received by another public office, that office will alert Public Works.

The call taker (person who received notice of an SSO) obtains all relevant information available regarding the overflow including:

a. Time and date call was received;
b. Caller's name and phone number;
c. Specific location of problem;
d. Description of problem;
e. Time overflow was noticed by the caller;
f. Observations of the caller such as odor and duration; and
g. All relevant information that helps COJ personnel to quickly locate, assess and stop the overflow.

The call taker records initial information including their name in a Sewer System Work Order (Appendix C) and notifies Sewer Maintenance Division personnel. In addition to the Work Order form, which is used for sewer maintenance activities, reports of an overflow require additional information. Overflows are entered into a Wastewater SSO Assessment Form (Appendix C). In addition all information regarding a SSO is entered into the SSO database system.

## B. Dispatch of Personnel to Site of Reported Sewer Overflow

The COJ will dispatch maintenance personnel to confirm reported overflows as soon as reasonably possible of receiving notification of the overflow(s). During the normal business hours, the goal of the City is for this confirmation to take place in less than one hour of the notification. During non-business hours, this confirmation should normally take place within two hours of the notification. In addition, the COJ proposes to divide the City, using existing police precincts, into sewer response zones. Each zone will have personnel and equipment assigned and located within that zone for SSO response. These zone response teams should be in place within 24 months. In the interim, COJ will continue to respond from existing maintenance facilities within the proposed time frame. These zones are shown on an Exhibit in Appendix D. The City is using the police precinct zones since these zones were previously defined and provided for a reasonable response area for each team.         Until verified, the report of a possible spill will not be referred to as a "sewer overflow" only as a "maintenance activity". COJ personnel will complete the Wastewater SSO Assessment Form (Appendix C) within 24 hours of the reported activity and upon confirmation, provide the information orally to the MDEQ. The COJ Supervisor, Superintendent, Wastewater Collections engineer, or authorized designee is responsible for reviewing, updating and signing the final Sewage Overflow Report. Sewage overflow response internal notification and tracking protocol is summarized in Appendix D.

If the overflow will affect swimming areas during the swimming season, public drinking water intakes, or if it results in a fish kill, the COJ shall notify the MDEQ contact person and the HCHD contact person orally, immediately upon confirmation of the SSO. After business hours, any significant overflows should be reported to the MEMA 24 hour response number. An Exhibit showing the swimming areas can be found in Appendix D.

Failure of any element within the sanitary sewer collection system that threatens to cause or causes a SSO shall trigger an immediate response to isolate and correct the problem. Personnel and equipment shall be available to respond to any SSO locations. Additional maintenance personnel shall be "on call" in the event extra manpower is needed.

1. Dispatching Maintenance Personnel

   - When COJ personnel receive notification of a potential sewer overflow, the COJ will dispatch maintenance personnel with appropriate resources as required.
   - Maintenance personnel may be dispatched by telephone or radio or other means. The appropriate personnel, materials, supplies and equipment will be provided as needed.

2.  Maintenance Personnel Instructions

   *   The call taker must verify that the entire message has been received and acknowledged by the maintenance personnel who were dispatched. All personnel being dispatched to the site of an SSO will proceed immediately to the site of the overflow. Any delays or conflicts in assignments will be reported immediately for resolution.
   *   In all cases responding maintenance personnel shall report their findings, including possible damage to private and/or public property, to their supervisor immediately upon completing their investigation. If the supervisor has not received findings from the field crew within one (1) hour of dispatch the supervisor will contact the responding maintenance personnel to determine the status of the investigation. The call time, dispatch time, and arrival time will be shown on the Wastewater Overflow Form.

3.  Additional Resources

   Should the superintendent or the wastewater collections engineer receive requests for additional personnel, material, supplies, and equipment from maintenance personnel working at the site of a sewer overflow, the request will be immediately forwarded to the appropriate supervisory personnel.

4.  Preliminary Assessment of Damage to Private and Public Property

   COJ personnel will take photographs of the sewer overflow impacted area in order to thoroughly document the nature and extent of impacts.  Photographs will be retained for filing with the Overflow Report. COJ personnel shall only enter private property with permission from the property owner or tenant-in-possession.

5.  Field Supervision and Inspection

   *   The COJ Superintendent, Wastewater Collections engineer, or authorized designee shall be responsible for verbally notifying MDEQ and HCDH within the specified 24 hour time period and submitting the Overflow Report to MDEQ. The contact information and required reporting timeframe can be found in Appendix E.
   *   The COJ Superintendent or Wastewater Collections engineer shall visit the site of the sewer overflow during and/or after work to ensure that provisions of this Overflow Response Plan and other directives are met.

6. Coordination with Hazardous Materials Response

- Upon arrival at the scene of a sewer overflow, should a suspicious substance (e.g., oil sheen, foamy residue) be found on the ground surface, or should a suspicious odor (e.g., gasoline) not common to the sewer system be detected, the COJ sewer maintenance crew shall immediately contact the responsible supervisor for guidance before taking further action.
- Should the supervisor determine the need to alert the hazardous material response team, the maintenance personnel shall await the hazardous waste team response.
- Contact the MDEQ 24-hour Emergency Response after hours at 1-800-222-6362.
- Upon arrival of the Hazardous Material Response Team, the COJ sewer maintenance personnel will take direction from the person with the lead authority of that team. Only after that authority determines it is safe and appropriate, will the COJ sewer maintenance personnel proceed under the SORP with the containment, clean-up activities and correction.

## C. Overflow Correction, Containment, and Clean-Up

This section describes specific actions to be performed by COJ sewer maintenance personnel once a SSO has been identified and confirmed according to the procedures outlined in previous sections.

The objectives of these actions are:

- To protect public health, environment and property from sewage overflows and restore surrounding area back to normal as soon as possible;
- To establish perimeters and control zones with appropriate traffic cones and barricades, vehicles or use of natural topography (e.g. hills, berms);
- To promptly notify the regulatory agency with preliminary overflow information and potential impacts; and
- To contain the sewer overflow to the maximum extent possible including preventing the discharge of sewage into waters of the US and/or State.

1. Responsibilities of Maintenance Personnel Upon Arrival

It is the responsibility of the first personnel who arrive at the site of a sewer overflow to protect the health and safety of the public by mitigating the impact of the overflow to the maximum extent possible. If the overflow is not the responsibility of The City of Jackson, but there is imminent danger to public health, public or private property, or to the quality of waters of the state, then the COJ Supervisor, Superintendent, Wastewater Collections engineer, or authorized designee shall take prudent emergency action.

Upon arrival at a SSO, the COJ sewer maintenance personnel perform the following:

- Determines the cause of the overflow, e.g. sewer line blockage, pump station mechanical or electrical failure, sewer line break, etc.;
- Takes immediate steps to stop the overflow, e.g. relieves pipeline blockage, manually operates pump station controls, utilize portable by-pass pump system, repairs pipe, etc. Extraordinary steps may be considered where overflows from private property threaten public health and safety (e.g., an overflow running off of private property into the public right-of-way). Record what the blockage material is. For example: grease, rags, etc.;
- Requests additional personnel, materials, supplies, or equipment that will expedite and minimize the impact of the overflow; and
- If needed, identifies and requests assistance or additional resources to correct the overflow or to assist in determination of its cause.

2. Initial Measures for Containment

When possible, initiate measures to contain the overflowing sewage and recover sewage that has already been discharged. Take all steps necessary to minimize the impact to public health and the environment

- Determine the immediate destination of the overflow, e.g. storm drain, street curb gutter, body of water, stream bed, inside building, etc.;
- Identify and request the necessary materials and equipment to contain or isolate the overflow, if not readily available;
- Establish control zones to help prevent public access using appropriate signs and barricades; and
- Take immediate steps to contain the overflow, e.g., block or bag storm drains, recover through vacuum truck, divert into downstream manhole, etc.

3. Additional Measures Under Potentially Prolonged Overflow Conditions

In the event of a prolonged sewer line blockage or a sewer line collapse, set up a portable by-pass pumping operation around the obstruction.

- Take appropriate measures to determine the proper size and number of pumps required to effectively handle the sewage flow.
- Implement continuous or periodic monitoring of the by-pass pumping operation as required.
- Address regulatory agency issues in conjunction with emergency repairs.

Pump Station Emergency Procedures

Numerous pump stations throughout COJ's system have a pump station bypass into the force main. If the SSO is caused by pump failure at one of these stations, maintenance personnel should call for a portable by-pass pump system to be brought to the pump station so the station can utilize the bypass into the force main and continue to function while the station is being repaired. If the SSO occurs at a pump station without a pump station bypass into the force main a detailed plan for avoiding an additional SSO during the repair period will be included in the detailed resource plan for the SSO which is submitted to MDEQ. For example, COJ could utilize a temporary HDPE force main to transfer flow to the gravity system.

In addition, the COJ will conduct an evaluation and analysis to determine the storage volume and pump around procedures for each pump station. The COJ is currently reviewing existing documents to determine the extent of field work required to adequately estimate the storage volume for each pump station. The pump station emergency operations plan and volume inventory shall be completed within 180 days of MDEQ's approval of this SORP. This inventory will also include which stations have an emergency bypass into the force main. For those stations without a bypass a schedule will be submitted for the construction of the needed bypass within 12 months of the completed inventory. Appendix C contains a table of the potential overflow location for each pump station. These sites are shown on the included map as well.

4. Cleanup

Sewer overflow sites shall be cleaned thoroughly after an overflow, so that no sewage related residue (e.g., sewage solids, papers, rags, plastics, and rubber products) remains.

- Whenever possible digital photos should be taken of the area before and after cleanup.
- Where practical, thoroughly flush the area clear of any sewage or wash-down water. Solids and debris are to be flushed, swept, raked, picked-up, and transported for proper disposal. Next the area shall be thoroughly flushed clear of any sewage or wash-down water.
- Secure the overflow area to prevent contact by members of the public until the site has been thoroughly cleaned.
- Where appropriate, disinfect and deodorize the overflow site.
- Where sewage has resulted in ponding, pump the pond dry and dispose of the residue in accordance with applicable regulations and policies.
- If a ponded area contains sewage, which cannot be pumped dry, it may be treated with lime and aerated. If sewage has discharged into a body of water that may contain fish or other aquatic life, do not use bleach. Contact the MDEQ for specific instructions. See Appendix E for contact information.
- When backup is in a building, follow the procedures outlined in Section IV.

5. Minimize Transmitted Flows

Minimize the volume of untreated wastewater transmitted (via gravity or force main) into the portion of the sewer system impacted by the events precipitating the SSO.

- When an area is experiencing an SSO, determine the upstream (or tributary) areas that are contributing to the overflow and utilize the collection system for temporary storage. This may include temporary plugs in the gravity main or by manually controlling lift station pumps so as to pump on a delayed basis.
- When possible, utilize temporary pumps and force main to pump around the affected area.
- In extreme situations, it may be necessary to shut down commercial or industrial facilities that contribute high volumes of wastewater or to request the general public to limit water use. This action should only be performed by the Director of Public Works.

**D. Sewage Overflow Report**

The Wastewater SSO Assessment Form in Appendix C contains information which is required to be reported to MDEQ and possibly to HCDH depending upon the nature of the spill. The SSO Assessment Form will be provided to MDEQ within 5 days of the SSO. The COJ maintenance crew leader completes a Wastewater SSO Assessment Form then promptly notifies the COJ Water/Sewer Utilities Division and MDEQ when the overflow is eliminated. Along with the Assessment Form, when the corrective action is not a permanent one, the Superintendent, Wastewater Collections engineer, or authorized designee will prepare a detailed resource plan and milestone schedule for long term corrective action for the cause of the SSO. This plan and schedule will be submitted with the SSO Assessment form. Monitoring of compliance with the plan and schedule milestones will be conducted quarterly after the original occurrence.

If the overflow will affect swimming areas during the swimming season, public drinking water intakes, or results in a fish kill the COJ shall notify the MDEQ contact person and the HCDH contact person immediately upon confirming the discharge. See Appendix E for contact information.

In addition to the Assessment Form all information regarding a SSO will be entered into a Work Order and SSO database system which will be purchased and maintained by the City. This database system will allow the City to maintain long term records including, but not limited to, location, cause, date, volume, and corrective actions taken for SSOs throughout the City. The Work Order and SSO database will retain a minimum of five years of data. The City is purchasing and implementing a new data management system. This system shall be in place within 9-12 months of MDEQ's approval of this SORP In the interim, the City will have all data entered into a MS Office database system by a contractor. At this time, the proposed contractor for data entry is WEI-AJA, LLC. Both the City and contractor will have access to the data. This data will be transferred to the new system once it is implemented. Information regarding the sewer overflow includes the following:

- Determination if the sewage overflow had reached waters of the State and/or waters of the US, i.e., all overflows where sewage was observed running to such waters, or there was obvious indication (e.g. sewage residue) that sewage flowed to these waters;

- Determination that the sewage overflow had not reached surface waters by describing conditions at the sewage overflow, which support this determination.

- Determination of the start date and time of the sewer overflow by one of the following methods:
    1. Date and time information received and/or reported to have begun and later substantiated by COJ sewer maintenance personnel; or
    2. Visual observation;

- Determination of the stop date and time of the sewer overflow by one of the following methods:
    1. When the blockage is cleared and/or flow is controlled or contained; or
    2. The arrival time of the COJ sewer maintenance personnel, if the overflow stopped between the time it was reported and the time of arrival.

- Determination of the volume of the sewer overflow using the "San Diego Method". This method uses image of overflowing manholes to provide a visual comparison. COJ shall complete its own image inventory for various flows within 180 days of MDEQ's approval of this SORP. Until the COJ image inventory is complete, the EPA provided images will be used.

- Photograph the event, when possible.

- Assessment of any damage to the exterior areas of public/private property. COJ sewer maintenance personnel shall not enter private property for purposes of estimating damage to structures, floor and wall coverings, and other personal property without authorization from their supervisor. Procedures for SSOs within an existing building are outlined in Section IV.

### E. Customer Satisfaction

COJ personnel will follow up in person or by telephone with the entity who was reporting the overflow within five working days after work is complete. The cause of the overflow and its resolution will be disclosed.

## IV. BUILDING BACKUPS PROCEDURE

### A. Communication Plan

SSOs that backup into a building may be reported by any member of the public or customer served by the COJ's Wastewater Collection and Treatment System including homeowners, tenants in rental properties or personnel who work in commercial, industrial or institutional properties. Points of contact and phone numbers to call in the event of a building backup during normal working hours, Monday through Friday from 8:00 AM to 5:00 PM, are listed in the telephone directory. Customers can call the Utilities Division at 601-960-1189 or the Sewer Maintenance Division at 601-960-1875 to report building backups. After hours and on weekends, citizens should call the emergency number at 601-960-1875. In order to make customers aware of these numbers, the following will be added to all water/sewer bills: "To Report a Sewer Problem – Call 601-960-1189 or 601-960-1875 after business hours"

### B. Response Process

Upon notification of a building backup, representatives of the COJ's Sewer Department will follow the timeframes and processes outlined in Section III of this plan entitled "Overflow Response Procedure". The personnel flow chart for this response can be found in Appendix D. Accordingly, COJ personnel will conduct a site investigation within the timelines outlined previously for business and non-business hours to determine if the cause is a problem in the COJ system or if it has occurred as a result of a failure on the customer's (private) side of the system.

If the building backup is found to be caused by a collection system failure on the public main, the COJ will immediately begin the response process to correct the problem and, in addition, will provide the property owner, property owner's representative or tenant with the names and contact information for authorized independent cleaning contractors who they may contact to clean and sanitize all indoor areas affected by the building backup. The independent cleaning contractor will use measures consistent with the standards in that industry to remove all waste and disinfect the affected areas. The work of the independent cleaning contractor is limited to cleaning the waste from the affected areas indoors and disinfecting those areas. The independent cleaning contractor will not be authorized to perform any services to repair or restore private property or the structure affected by the building backup. By providing the names of authorized independent cleaning contractors, the City does not assume responsibility for damages to the private property or structure affected by the building backup and will only pay the authorized independent cleaning contractor for costs associated with cleaning the waste from the affected building and for disinfecting the affected areas within the building. Neither this provision nor any other provision of the Sewer Overflow Response Plan shall be construed to create any private claim or cause of action against the City or other governmental entity, or to require the City or other governmental entity to compensate any private party for any loss or damage alleged to arise from or relate to a sanitary sewer overflow or building backup.

As part of the advanced planning and preparation, the Public Works Department will ensure that a list of authorized private contractors are maintained and that any such authorized

contractors are fully equipped to respond to building back-up events and perform various clean-up measures caused by sewage contamination. Those meetings will be conducted within 90 days of the adoption of the SORP. A list of authorized contractors will be created within 90 days after the completion of the interview process. Only contractors equipped to fully and quickly respond to a building backup will be included on the list of responding contractors. The City will expect all authorized contractors to respond as quickly as possible, but in no case longer than 6 hours, unless circumstances warrant and are documented. A list of authorized contractors can be found in Appendix B.

If a building backup is found to be caused by a private service lateral failure, the customer will be advised that the public collection system is functional and that they should seek the services of a plumber/professional cleaning service to remedy the problem at their expense.

## C. System Repair Process

The materials and construction procedures to be used to correct or repair conditions in the COJ Sewer System will be in accordance with all applicable federal, state and local laws and regulations. No safety regulations, materials requirements or quality of construction craftsmanship will be compromised in the interest of getting the problem repaired quickly. The repair process will follow the procedures outlined in Section III.

## D. Response Follow-Up

Measures taken to correct or repair conditions in the COJ sewer system that caused the building backup will be in accordance with those described in Section VII of this plan entitled "Long Term Corrective Actions Procedures". In addition, COJ personnel will follow up in person or by telephone with the entity who reported the overflow within five working days after cleaning work is complete. The cause of the overflow and its resolution will be discussed along with the adequacy of the clean-up. The City will annually review the effectiveness and timeliness of each contractor's performance in responding to building backups to determine whether the contractor should remain on the authorized list. Should the City receive any complaints about a contractor's performance, or should the contractor not respond within 6 hours of notification the City will immediately investigate and review the contractor's performance to determine whether the contractor should remain on the authorized list.

# V. PUBLIC ADVISORY PROCEDURE

This section describes the actions the City of Jackson will take, in cooperation with the MDEQ and/or HCDH, to limit public access to areas potentially impacted by sewer overflows from the wastewater collection system.

When evaluating the potential impact of an SSO on public health and the environment, sensitivity factors will be evaluated. These factors will determine the level of public notification and clean up activity required. These sensitivity factors include proximity or impact to:

- Streams, rivers, creeks, and other natural waterways
- Heavy pedestrian or inhabited areas
- Special facilities such as schools, public parks, walking trails, etc.
- Swimming Areas
- Drinking Water Intakes

### A. Control Zones

The first COJ personnel on site will attempt to prevent public access by establishing a control zone around the perimeter of the affected surface area using appropriate signs and barricading practices. The temporary signs and barricades will warn passersby to avoid contact with this area. Barricading practices will include, but be not limited to, cones, warning tape, barrels, barricades, etc. The limits, duration, and most appropriate control zone plan will vary on a case-by-case situation.

### 1. Location of Control Zones

Although the location of temporary signs and barricades will vary for each site, the goal will always be to warn the public to avoid contact until the cleanup is complete. When possible, the control zone will be posted:
- Just beyond the limits of the impacted surface area
- Near high pedestrian and/or vehicular traffic areas
- Other appropriate locations.

### 2. Duration of Control Zones

Signs and barricades will be posted as soon as the overflow is confirmed and they will remain in place until clean up activities are complete. The timeframe may vary depending on the extent of the response activities, which may include significant mitigation and cleanup requirements. Example signs can be found in Appendix B.

### 3. Public Information

The Public Works Director or their designee will answer questions from customers about COJ response to SSOs and, when necessary, will respond to the customer reporting the SSO to explain COJ's response. The control zone signs also include the contact number {(601)-960-1875} for the public to call for additional information. Contact information for public offices to be notified can be found in Appendix B. When deemed appropriate, the Public Works Director or his designee will issue a news release to warn customers about the SSO.

#### News Release [See Appendix B]
COJ maintains a standard news release on SSOs that can be quickly adapted to the particular situation and issued if COJ determines there is a significant threat to

public health. Contact information for media outlets can also be found in Appendix A.

**Customer Letters [See Appendix B]**

In situations where a service line issue has been identified, COJ sends letters to residential and commercial customers in the affected area. The letters advises the customer of their service line condition and their responsibility in alleviating future SSO by removing roots, extraneous water, disposing of grease and other materials properly and including a brochure on proper disposal.

**Public Notification Decision Matrix**

| Event | Action |
|-------|--------|
| Overflow into streams | COJ will place temporary signs along the stream at public access points unless posted otherwise. Additional notification will be considered in conjunction with MDEQ and HCHD. |
| Overflow in a residential or high traffic area, such as a school or public park. | COJ will place temporary signs in the area of the overflow. Additional notification will be considered in conjunction with MDEQ and HCHD. |
| **Overflow creating a significant health hazard or significant volume has reached waters of the US and/or State** | COJ will issue a news release and place temporary signs in the area of the overflow. Additional notification will be considered in conjunction with MDEQ and HCHD. |

# VI. REGULATORY AGENCY NOTIFICATION PLAN

The Regulatory Agency Notification Plan establishes procedures that the City of Jackson follows to provide formal notice to the MDEQ in the event of a SSO. Agency notifications will be performed in parallel with other internal notifications. Internal notification and mobilization of COJ sewer maintenance personnel are established in Section III - Overflow Response Procedure.

Using data supplied during the verification process and updates from the maintenance personnel, the Sewer Maintenance Superintendent prepares initial and final Overflow/Bypass Reports. Initial report will be provided orally to the MDEQ and if necessary the HCDH within 24 hours from the time the COJ became aware of the SSO. If the overflow will affect swimming areas during the swimming season, public drinking water intakes, or results in a fish kill the COJ shall notify the MDEQ contact person and the HCDH contact person orally, or MEMA, if after business hours, immediately upon confirming the discharge. Contact information can be found in Appendix E.

COJ shall prepare and provide the written final report (digital or hard copy) to the regulatory agency within five (5) days after the COJ becomes aware of the overflow. The wastewater collections engineer is responsible for meeting the notification requirement. The superintendent prepares written notification to the appropriate regulatory agency of any confirmed overflows. The wastewater collections engineer signs these notifications. In addition, the detailed resource plan and milestone schedule for long term corrective action regarding SSOs will be submitted with the written report. Regardless of other notifications, a Report of Noncompliance form is required to be submitted with the monthly Discharge Monitoring Report.

### A. Immediate Notification

If the overflow will affect swimming areas during the swimming season, public drinking water intakes, or results in a fish kill, the COJ shall notify the MDEQ contact person and the HCDH contact person orally, or MEMA if after business hours, immediately upon confirming the discharge.

COJ shall fax the initial and any updated Wastewater SSO Assessment Form to:

**MDEQ**
| | |
|---|---|
| **Attn:** | **Environmental Compliance and Enforcement Division** |
| | **Municipal and Private Facilities** |
| **Telephone:** | **(601) 961-5171** |
| **Fax:** | **(601) 961-5674** |

**B. Secondary Notification**

Wastewater collections engineer, Superintendent, or authorized designee may contact other agencies, as necessary, as well as other interested and possibly impacted parties.

Hinds County Health Department
Environmental Health
539 E Beasley Road
PO Box 20
Jackson, MS 39205-0020
Contact Person:

Sherri Payne, Regional Environmentalist
Marvin Bolden, County Environmentalist
Lakeshia Paige, County Environmentalist
Phone: (601)-957-1026
Fax: (601)-957-1053
sherrie.payne@msdh.state.ms.us
marvin.bolden@msdh.state.ms.us
lakeshia.paige@msdh.state.ms.us

## VII. LONG TERM CORRECTIVE ACTION PROCEDURES

The type of mitigation and remediation will vary depending on the cause of the SSO. Wet weather SSO are usually caused by inflow and infiltration (I/I), not by blockages or other problems in the system. Mitigation of wet weather overflows may not be possible until the overflow subsides, but when it does, the City will implement all necessary steps to clean up and disinfect the overflow site.

In addition, the City will remotely monitor or establish routine inspection routes to be completed after each significant rain event. Significant rain events include those rain events that are known to be, or suspected of being, associated with, or contributing to SSO occurrences, regardless of the intensity, duration or measured rain gauge size of the event. This inspection will look for visual signs of a SSO at locations having more than one SSO in the past two years and all pump stations not on a central monitoring system. A map of these locations and sample inspection form can be found in Appendix C. As the City begins these inspections, the most efficient inspection routes will be determined. The inspection program will be maintained by the City with the assistance of a contractor if needed. The City will supply the results of the inspection to the contractor to add to the appropriate database. The City will use the established rain gauges throughout the City to determine the intensity and duration of the rain event. The location of the rain gauges provides adequate coverage for each Police Precinct and is shown on the SSO Inspection Map in Appendix C. Initially, all sites will be inspected following each significant rain event. As rainfall information and inspection results are collected, these results will allow the COJ to evaluate the inspection list and determine when each site should be inspected based on rainfall intensity and duration. In addition any new sites where multiple SSOs have occurred will be added and those sites where permanent corrective action has been completed and SSOs are no longer occurring will be removed after demonstrating that the previously identified SSO is shown not to overflow during an average 2 year, 24 hour intensity rain storm. The Utility Manager will be responsible for the management of the inspection program. The SSO list will be reviewed monthly by the contractor to determine the appropriate status of each SSO.

Dry weather events will be addressed using several methods. COJ field professionals will identify the most effective method or combination of methods to return service to the system. Field crews will use television inspection to determine the most effective way to resolve any service disruption. CCTV inspection will identify the cause and location of the blockage and the necessary techniques needed to eliminate it. The following summarizes common abatement resolution activities. These resolution techniques can be used independently or combined based on field conditions and CCTV inspection.

- **Roots/Grease**
  Combination cleaner/flusher equipment is used to remove any grease, roots, or other obstructions from the line. A root cutter attachment may be necessary to remove the obstruction. Heavy roots and related pipeline integrity problems (through CCTV inspections) are reviewed for replacement and/or rehabilitation. Heavy cleaning may also be achieved through third party services as appropriate.

- **Collapsed Pipe/Sewer Breaks**
  An emergency pipe repair will be required to replace the defective or collapsed pipe. A work order will be initiated immediately and necessary containment and diversion procedures will be in place until the appropriate repairs are completed.

- **Mechanical Failures/Treatment Facility Malfunctions**
  Portable by-pass pumping systems may be used until the repairs are completed at collapsed pipe, the pump station or treatment facility. The responding crews will notify their maintenance supervisor to acquire additional support from construction crews as soon as the emergency repairs are identified.

- **Remove I/I**
  The City will evaluate systemic wet weather SSO and implement corrective measures as part of the Overflow Abatement Program. Currently the City is engaged in a program of I/I identification and repair as an ongoing SSES program.

The City's Work Order and SSO database tracking system will also be used to identify recurring problems within the system so each problem can be addressed properly.

## VIII. PERSONNEL TRAINING

COJ personnel will conduct training for the appropriate response crews and support staff to ensure their compliance with the SORP. These training sessions will be organized based on the latest SORP, as well as other reference materials. Training sessions will be supplemented with a practical hands-on field component to prepare response personnel for anticipated situations.

The Utility Manager will be responsible for management of the training program. This will include signing off on completed training as well as reviewing required and future training needs. The training will be conducted by the City's chosen training contractor. The first training sessions were conducted by WEI-AJA, LLC in December 2010.

Also, COJ will conduct refresher sessions annually or when changes are made to the SORP to ensure the same results. COJ will oversee the SORP to ensure that the established procedures are being followed during implementation and field operation.

A detailed training plan is included in Appendix F. Appropriate training materials are being prepared separately.

## IX. MAINTENANCE OF SORP

COJ will review the SORP during the first quarter of each year and amend it as appropriate. Any changes or amendments to this SORP shall be sent to MDEQ by April 30 after each annual review. The review shall be conducted by the Public Works Director or his designee. Review shall include, at a minimum, the following activities:

- Conduct workshop with managers and key personnel to review response activities and gather suggestions for new or revised procedures
- Review all contact lists and update as necessary
- Update the SORP as needed in regard to updated regulatory requirements

## X. APPENDICES

Appendix A – Detailed Implementation Plan

Appendix B - Public Offices, Media Contact, and Authorized Cleanup Contractors Contact Information

Appendix C – Wastewater SSO Assessment Forms & Maps

Appendix D - Sewer Overflow Response Internal Notification & Tracking Protocol

Appendix E – Regulatory Agency Contact Information and Notification Period

Appendix F – Personnel Training Documents

SORP Implementation Plan

1. Personnel – Advertise all vacant positions within the Sewer Division – 31 Positions (See Attached Personnel Schedule). Positions will be advertised within 60 days of SORP adoption. (See Attached Crew Description for the general description of crew responsibilities regarding SORP).

2. Training – COJ and its subcontractors will begin preparing training materials to begin SORP Training Classes for all relevant personnel within 60 days.

3. PS Evaluation - COJ will begin an inspection of each pump station to determine the capacity and needed improvements. The storage capacity of each station will be determined within 180 days.

4. Post Rainfall Inspection – COJ will begin inspecting known and potential overflow locations after each rainfall immediately upon adoption of the SORP. Until all staffing needs are met, COJ will use subcontractors to complete these inspections.

5. Recordkeeping and Reporting - COJ will immediately begin sending all SSO reports to subcontractor for entry into a MS Office database. This system will be utilized until the new data management system is online.

6. Response Zones – Within 24 months, the COJ will establish response teams within each police precinct to respond to any SSO's. In the interim, existing staff and subcontractors will respond to all SSO's.

7. Equipment Needs – Existing aging equipment will have to be replaced in order for sewer crews to adequately perform. COJ will evaluate existing equipment and prioritize needed equipment purchases within 60 days.

Sewer Division Crew Description

Construction Crews

The sewer division will include one superintendent and four-field supervisors. The field supervisors will manage eight construction crews. Each supervisor will manage one precinct with two construction crews. Each construction crew will include a crew leader, one heavy equipment operator II, two heavy equipment operators I, one equipment operator II, three maintenance workers II and two maintenance workers I. These crews will install paid taps, repair main lines, repair cave-ins, raise manholes top, etc.

SORP Crews

The supervisor will also manage two Sewer Overflow Response Crews. Each crew will include a crew leader, one heavy equipment operator II, two maintenance workers II, and a maintenance worker I. These crews will responds to any SSO reports, clean main lines, and televise main lines, locate manholes, smoke test, dye test, and inspect manholes.

Equipment Assignments:

Each Construction crew will need one crew/ tool truck, two 14 yd. dump trucks, one backhoe, one air compressor, small pumps 2-inch to 3-inch, pipe saws, backhoe trailer, and other construction equipment.
Each SORP Response Crew will need one tv truck, one combination jet truck, laptop, pumps, plugs, etc.

Two track excavators, two rubber tire backhoes (for back filling), and one bulldozer, will support all eight construction crews.

# CURRENT PERSONNEL SCHEDULE

| COST CENTER / OCCUPATION CODE | POSITION TITLES | FSLA | RANGE | 2003 BUDGET | 2004 BUDGET | 2005 BUDGET | 2006 BUDGET | 2007 BUDGET | 2008 BUDGET | 2009 BUDGET | 2010 BUDGET | 2011 BUDGET | VACANT POSITIONS as of 11-15-2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5210 SEWER ADMINISTRATION** | | | | | | | | | | | | | |
| 0083-0-01 | SENIOR CIVIL ENGINEER | E | 031 | 0 | 0 | | | 1 | 1 | 1 | 1 | 1 | 0 |
| 0081-0-01 | CIVIL ENGINEER II | E | 026 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0080-0-01 | CIVIL ENGINEER I | E | 027 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 |
| 8602-0-01 | PROJECT/CONSTRUCTION MANAGER | NE | 026 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6578-0-01 | ENGINEERING GRADUATE | E | 025 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| 0315-0-01 | SEWER SYSTEMS SUPERINTENDENT | NE | 024 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6577-0-01 | ENGINEERING TECHNICIAN | NE | 020 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 0495-0-01 | METERING STATION TECHNICIAN | NE | 019 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0112-0-01 | ENGINEERING INSPECTOR | NE | 014 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0497-0-01 | DRAFTING TECHNICIAN | NE | 014 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 3 | 1 |
| 0086-0-01 | ADMINISTRATIVE SECRETARY | NE | 014 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 0270-0-01 | SECRETARY | NE | 012 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0333-0-01 | SEWER METER MAINTENANCE WORKER | S | 020 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| | *Total Full-Time* | | | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 3 |
| | *Total Allotted Positions* | | | | | | | | | | | | 3 |
| **5215 MAINTENANCE SUPPLY** | | | | | | | | | | | | | |
| 0245-0-01 | PURCHASING MANAGER | E | 026 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0256-0-01 | PURCHASING SUPERVISOR | E | 023 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0160-0-01 | INVENTORY CONTROLLER | NE | 018 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0432-0-01 | OFFICE COORDINATOR | NE | 012 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0146-0-01 | HEAVY EQUIPMENT OPERATOR I | S | 012 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0326-0-01 | STOREKEEPER | NE | 010 | 0 | 0 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 0 |
| 0175-0-01 | MAINTENANCE WORKER II | W | 009 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| | *Total Full-Time* | | | 0 | 0 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 0 |
| | *Total Allotted Positions* | | | | | | | | | | | | 0 |
| **5220 SEWER OPERATIONS & MAINTENANCE** | | | | | | | | | | | | | |
| 0310-0-01 | SEWER SYSTEMS SUPERINTENDENT | E | 025 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 0424-0-01 | OFFICE COORDINATOR | E | 018 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 0311-0-01 | SEWER SYSTEMS SUPERVISOR | NE | 018 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 1 |
| 0074-0-01 | CREW LEADER | NE | 014 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 3 |
| 0009-0-01 | ADMINISTRATIVE SECRETARY | NE | 014 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 0155-0-01 | HEAVY EQUIPMENT OPERATOR II | NE | 012 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0117-0-01 | EQUIPMENT OPERATOR II | NE | 012 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 0148-0-01 | HEAVY EQUIPMENT OPERATOR I | NE | 012 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 0 |
| 0270-0-01 | SECRETARY | NE | 011 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0247-0-01 | PUBLIC SERVICE DISPATCHER | NE | 011 | 5 | 5 | 6 | 5 | 5 | 5 | 5 | 6 | 6 | 6 |
| 0116-0-01 | EQUIPMENT OPERATOR I | NE | 009 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 0253-0-01 | SENIOR MAINTENANCE WORKER | W | 011 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 |
| 0179-0-01 | MAINTENANCE WORKER II | W | 009 | 23 | 23 | 23 | 23 | 23 | 22 | 22 | 22 | 17 | 2 |
| 0175-0-01 | MAINTENANCE WORKER I | W | 002 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 7 | 1 |
| 0284-0-01 | SENIOR CUSTODIAN | W | 007 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| | *Total Full-Time* | | | 60 | 60 | 60 | 60 | 60 | 59 | 58 | 58 | 55 | 21 |
| | *Total Allotted Positions* | | | | | | | | | | | | 21 |
| **5225 SEWER EVALUATION SERVICE** | | | | | | | | | | | | | |
| 0311-0-01 | SEWER SYSTEMS SUPERVISOR | E | 018 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0074-0-01 | CREW LEADER | NE | 016 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0270-0-01 | SECRETARY | NE | 012 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 0148-0-01 | HEAVY EQUIPMENT OPERATOR I | NE | 012 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 0252-0-01 | SENIOR MAINTENANCE WORKER | W | 011 | | | | 0 | 0 | 0 | 0 | 0 | | 0 |
| 0173-0-01 | MAINTENANCE WORKER II | W | 009 | | | | 12 | 12 | 12 | 9 | 12 | | 6 |
| | *Total Full-Time* | | | 12 | 12 | 12 | 12 | 12 | 12 | 9 | 12 | 11 | 7 |
| | *Total Allotted Positions* | | | | | | | | | | | | 7 |
| | **SEWER DEPARTMENT TOTAL FULL-TIME** | | | 92 | 92 | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 31 |

22

**APPENDIX B-** PUBLIC OFFICES, MEDIA CONTRACT, AUTHORIZED CLEANUP
CONTRACTORS CONTACT INFORMATION

| Contact Name | Telephone |
|---|---|
| City of Jackson Water/Sewer Utilities Division: | (601) 960-2090 |
| City of Jackson Sewer Maintenance Division: | (601) 960-1875 |
| JWP Project Manager: | (601) 421 0610 |
| Savanna Street Wastewater Treatment Plant (SSWWTP): | (601) 372-3439 |
| Fire Department: | 911 emergency or (601) 960-1234 |
| COJ Police: | 911 emergency or (601) 960-1234 |
| Hinds County Health Department | (601)-957-1026 |

MDEQ

    During Normal Operating Hours – 8:00 a.m. – 5:00 p.m.

    MDEQ Operator – 601-961-5171
    MDEQ ECED Municipal & Private Facilities Branch Manager – 601-961-5588
    MDEQ ECED Engineer for Jackson – 601-961-5319

    After Normal Operating Hours (non-emergency)

    (Voice Mail)
    MDEQ ECED Municipal & Private Facilities Branch Manager – 601-961-5588
    MDEQ ECED Engineer for Jackson – 601-961-5319

    After Normal Operating Hours (emergency)

    MEMA 24-hour State Warning Point – 1-800-222-6362

## LIST OF MEDIA CONTACTS TO REPORT OVERFLOW

| Contact Name | Telephone |
|---|---|
| Clarion Ledger: | (601) 961-7250 |
| WLBT: | (601) 948-3333 |
| WJTV: | (601) 372-6311 |
| WAPT: | (601) 922-1607 |

STANDARD PRESS RELEASE

COJ maintains a standard press release on SSO that can be quickly adapted to the particular situation and issued if COJ determines there is a significant threat to public health.

**NEWS RELEASE**
DATE XXXXXXXXX
For Immediate Release

For More Information
Contact: Public Works Director
601-960-2091

## COJ Alerts Customers to Sanitary Sewer Overflow

COJ issued an alert today to people in the [insert area(s)] concerning a sanitary sewer overflow. "The overflow occurred as a result of [significant rain event/ a blockage/ or other]," said Public Works Director or Authorized Designee. "COJ responds to overflows in a manner consistent with state and federal standards. We warn passersby to avoid contact by posting signs and using barricades, and we disinfect the area after the overflow stops."

- Location of overflow (by street address or other appropriate method)

- Cause of the SSO

- Destination of the SSO flow (e.g. waterbody, name of receiving water, MS4 system, etc.)

- Estimated Volume

Note: Use this paragraph if the overflow is in a recreational area or significantly affects a stream etc. The signs do not necessarily prohibit use of recreational areas, unless posted otherwise. The Mississippi Department of Environment (MDEQ) determines whether to post nearby waterways that may have been affected if water quality testing indicates a need.

Overflows pose hazards similar to those in public restrooms or even your own bathroom. If you, your family, or your pets do have contact with the overflow, wash thoroughly with soap and water. Remember: Washing your hands carefully and often is the best defense against illness carried by animal or human waste.

If you have questions or need to report an overflow, please call COJ at (601)-960-1875.

CUSTOMER NOTIFICATION LETTER

**Maintenance of Sewer Service Connection**
**These letters will be modified by the author per specific location and condition**
**FIRST NOTIFICATION**

Date: XXXXX
Name: XXXXXXX
Address: XXXXXX

RE: Notice of collection system non-compliance

The Municipal Code of the City of Jackson requires that owners maintain their sewer service line "in such a condition as to safeguard the property, life and health of others". Specifically this means that excess ground water overloading the public system through joint leaks, sump pumps, roof drain or surface water inlets or sewer line blockages due to root intrusion, grease and/or debris from the service line is prohibited.

The City has determined that your sewer service line is impacting the operating condition of the public system. In accordance with City Code, you must take action to ensure that your service line is in proper operating condition.

The City fully recognizes that you may not have been aware of problems in your service line and that you may not have experienced any service problem. Taking the necessary corrective action to restore your service line to its intended operating condition will protect your interests as well as the public.

In order to provide adequate time for you to address these service line problems, the City will reinvestigate the public main serving your property on or about _____ (sixty (60) days) from the date of this letter. If there is evidence that the condition affecting the public system is not corrected, the City will take appropriate action that may include interruption of water service to this address until such time as the sewer service line problem(s) is corrected. There may also be additional charges for water service disconnection and reinstatement.

COJ is willing to work with you to the extent possible on the correction of your service lateral problems. You may call to make an appointment to discuss by calling (601)-960-1875 and speak to the dispatcher on duty.

SAMPLE SEWER OVERFLOW SIGN

# CAUTION!

## SEWER OVERFLOW

### Avoid Bodily Contact With Water

### For More Information Contact

### City of Jackson- (601)-960-1875

## APPENDIX C – WASTEWATER ASSESSMENT FORMS & MAPS



**CITY OF JACKSON, MISSISSIPPI**
**SEWER SYSTEM WORK ORDER FORM**

City Of Jackson, MS
Dept. Of Public Works
P.O. Box 17
Jackson, MS 39205
601-960-2091

Date: _____     Complaint #: _____     Utility Locate #: _____

Reported By: _____     Owners Name: _____

House #: _____     Street: _____     Phone #: _____

Serviced By: _____     Plumber On Site: _____     Time In: _____     Time Out: _____

**Complaint Type**
- ☐ Sewer Stopped Up
- ☐ Check Sewer Odor
- ☐ Sewer Leak
- ☐ Sewer In House
- ☐ Toilet Overflows
- ☐ Sewer In Tub
- ☐ Sewer In Yard
- ☐ Cleanout Overflow
- ☐ Manhole Overflow
- ☐ Sewer In Ditch
- ☐ Sewer In Creek

- ☐ Sewer In Street
- ☐ Sewer In Storm Drain
- ☐ Roots In Line
- ☐ Hole In Street/Ground
- ☐ Cave In In Yard
- ☐ Cave In at Stub
- ☐ Cave In at Manhole
- ☐ Cave In In Street
- ☐ Cave In In Easements/Woods
- ☐ Repair/Replace Cleanout
- ☐ Install New Sewer Cleanout

- ☐ Clean Sewer Line
- ☐ Repair Service Line
- ☐ Repair Main Line
- ☐ Install New Sewer Line
- ☐ Repair Sewer Tap
- ☐ Install New Sewer Tap
- ☐ Locate Manhole
- ☐ Uncover Manhole
- ☐ Raise/Lower Manhole
- ☐ Repair MH
- ☐ MH Ring Broken

- ☐ MH Lid Broken
- ☐ MH Lid Missing
- ☐ Seal Down MH Lid
- ☐ Check For Available Sewer Line
- ☐ Disconnect Service Line
- ☐ Plug/Disconnect Abandon Sewer
- ☐ TV Sewer Line
- ☐ Smoke Test Sewer Line
- ☐ Check Air Release Valve
- ☐ Check Stream Crossing

- ☐ Maintain Row/Easement
- ☐ Clean/Dress-Up Yard
- ☐ Disinfect/Flush Yard
- ☐ Flush Out Ditch
- ☐ Savanna Street WWTP
- ☐ Assist Other Department
- ☐ Other

**Account Type**
- ☐ Residential
- ☐ Business
- ☐ Gov. Federal
- ☐ Gov. State
- ☐ Gov. County
- ☐ Gov. City
- ☐ Other

**Location**
- ☐ In House
- ☐ Under Bldg.
- ☐ Front Yard
- ☐ Back Yard
- ☐ Cleanout
- ☐ Manhole
- ☐ Storm Drain
- ☐ Ditch/Creek
- ☐ Other

- ☐ Driveway
- ☐ In Street
- ☐ Edge of Street
- ☐ Turn Out
- ☐ Easement
- ☐ ROW
- ☐ Woods

**Problem Type**
- ☐ Sewer Main
- ☐ Sewer Tap
- ☐ Manhole
- ☐ Service Line
- ☐ Pump Station
- ☐ Force Main
- ☐ Others

**No City Problem**
- ☐ Main Line OK   ☐ Service Line OK
- ☐ Advised Customer Needs Plumber

**Service Line Problem**
- ☐ City ROW   ☐ Customer

**Weather**
Tap Goes To Manhole: ☐ No   ☐ Yes
Existing City Cleanout: ☐ No   ☐ Yes

**Description of Repairs**
- ☐ Checked Sewer Odor
- ☐ Unstopped Sewer Main
- ☐ Unstopped Service Line
- ☐ Unstopped Main and Service
- ☐ Rodded Service Line
- ☐ Cleaned Main Line
- ☐ Point Repaired Sewer Line
- ☐ Replaced Section of Line
- ☐ Replaced Entire Line
- ☐ Installed New Sewer Line

- ☐ Repaired/Replaced Cleanout
- ☐ Install New Cleanout
- ☐ Repaired/Replaced Sewer Tap
- ☐ Installed New Sewer Tap
- ☐ Located Manhole
- ☐ Uncovered Manhole
- ☐ Raised/Lowered Manhole
- ☐ Replaced MH Ring
- ☐ Replaced MH Lid
- ☐ Sealed MH Lid

- ☐ Repaired MH Comp/Wall
- ☐ Repaired MH Invert
- ☐ Put Surricate At Hole
- ☐ Put Dirt/Asphalt In Hole
- ☐ Televised Sewer Lines
- ☐ Smoke Tapped Sewer Lines
- ☐ Checked Air Release Valve
- ☐ Checked Steam Crossing
- ☐ Located Sewer Line
- ☐ Checked If Sewer Available

- ☐ Regot/Removed Abandoned Sewer
- ☐ Maintained ROW/Easement
- ☐ Cleaned/Dressed Up Yard
- ☐ Disinfected/Flushed Yard/Ditch
- ☐ Put Tag On Door
- ☐ Assisted Other Dept.
- ☐ No Action
- ☐ Other (explain below)

**Pipe Material:**  ☐ Concrete   ☐ PVC   ☐ CIP   ☐ DIP   ☐ TRUSS   ☐ HDPE   ☐ Other: _____

**Pipe Size:** _____ ins     **Pipe Depth:** _____ ft     **MH Size:** _____ ft     **MH Depth:** _____ ft

**Other Needs/Explanation of Repairs:** _____

_____

_____

_____

Crew Leader _____     Supervisor _____     Complainant's Signature _____     Date _____

28



**City of Jackson, Mississippi**
**Wastewater Overflow Assessment Form**

City of Jackson, Mississippi
Department Of Public Works
Post Office Box 17
Jackson, MS 39205
601-960-2091

---

Notification Date _____ Time _____ AM PM  Sewer Complaint # _____

Name of Person Reporting Overflow _____

House Number _____ Street _____ Phone _____

House Number of Overflow _____ Street _____

SSO Location _____ Dispatch Date _____ Time _____ AM PM

Arrival Date _____ Time _____ AM PM  Verification Date _____ Time _____ AM PM

Latitude _____ Longitude _____ Precinct _____

NPDES System Area (circle)   Savanna St.   Trahon   Presidential Hills
                             ( MS9024295 )  ( MS9044059 )  ( MS9026295 )

Receiving      Belhaven      Caney      Hanging Moss    Purple        Trahon
Waterway:      Big Creek     Eastover   Hardy           Three Mile    White Oak
(circle)       Bogue Chitto  Eubanks    Lynch           Town

Did overflow reach waterway? ☐ Yes ☐ No       Line Ownership: ☐ Municipal   ☐ Private

Overflow Source  ☐ Manhole   ☐ Constructed Bypass        ☐ Pump Station
                 ☐ Ground Surface (defective pipe underground)   ☐ Cleanout
                 ☐ Other _____

Date/Time Overflow Began _____ (circle) AM PM  Date /Time Overflow End _____ AM PM

Estimated Volume of Discharge _____ Gallons   Estimation Method _____

Cause of Overflow: ☐ Grease   ☐ Roots   ☐ Solids        ☐ Collapsed Pipe
                   ☐ Pump Station Failure   ☐ Excessive Flow   ☐ Undersized Line
                   ☐ Other (Describe) _____

Temporary Corrective Action: (see Attached Photos) _____

---

MDEQ Notification Date _____ Time _____ AM PM

Number of Overflows at this Location within Past 12 Months (Including Dates of Overflows):

_____

Actions taken to minimize environmental impact (See Attached Photos) _____

_____

If Overflow Cause Due to Rainfall, Number of Inches of Rain _____

Planned Permanent Corrective Action – If Applicable – (Itemization and Schedule) – See attached
Detailed Resource Report and Schedule          Work Order No.: _____

Public Notification: ☐ Yes   ☐ No  If yes -  ☐ Signs  ☐ News Release  ☐ Other

Customer Satisfaction Response/Additional Comments – If applicable, see Attached.

_____                          _____
Signature of City Respondent          Signature of Authorized Supervisor

*This section to be completed in the field.*

*This section to be completed by supervisor.*



**City Of Jackson, Mississippi**
**Sewer System Overflow Inspection Form**

City of Jackson, Mississippi
Department Of Public Works
Fire Office Box 17
Jackson, MS 39205
601-960-2091

| # | Address | | | | | SIR | Receiving Stream | Within Pipeline | Complaint No. | |
|---|---------|---|---|---|---|-----|------------------|-----------------|---------------|---|
| 1 | 15 South | | | | | PS | Hardy Creek | 1 | | |
| 2 | Amanda Lane | | | | | PS | Big Creek | 1 | | |
| 3 | Brookshollow Drive L 160 | | | | | PE | Trahon Creek | 1 | | |
| 4 | 8675 Hwy 18 | | | | | PS | Trahon Creek | 1 | | |
| 5 | 2102 Thousand Oak | | | | | PS | Trahon Creek | 1 | | |
| 6 | Bodonia Cove | | | | | PE | Trahon Creek | 1 | | |
| 7 | 461 Greenmount Drive | | | | | PS | Trahon Creek | 1 | | |
| 8 | 201 Cedarwood Drive | | | | | PS | Trahon Creek | 1 | | |
| 9 | 140 Chestwood Avenue | | | | | PS | Trahon Creek | 1 | | |
| 10 | 3452 Country Club Drive | | | | | PS | Bogue Chitto Creek | 3 | | |
| 11 | 125 Delray Avenue | | | | | PS | Caney Creek | 1 | | |
| 12 | 185 Dunnville Drive | | | | | PS | Trahon Creek | 1 | | |
| 13 | 553 Eden Downs | | | | | PS | Traboe Creek | 1 | | |
| 14 | 1-55 Frontage Road | | | | | PS | Caney Creek | 1 | | |
| 15 | 297 Elton Road | | | | | PS | Caney Creek | 1 | | |
| 16 | I-55 Water Plant | | | | | PS | Bulltavon Creek | 1 | | |
| 17 | 767 Flag Chapel Road | | | | | PS | Bogue Chitto Creek | 2 | | |
| 18 | 992 Flag Chapel Road | | | | | PS | Bogue Chitto Creek | 3 | | |
| 19 | 1851 Forest Avenue | | | | | PS | Fisheries Creek | 1 | | |
| 20 | 155 Forest Hill Drive | | | | | PS | Trahon Creek | 1 | | |
| 21 | 3557 Forest Hill Road | | | | | PS | Trahon Creek | 1 | | |
| 22 | 2303 Forest Park Drive | | | | | PS | Trahon Creek | 1 | | |
| 23 | Greenwing Court | | | | | PS | Purple Creek | 1 | | |
| 24 | 2150 Hickory Drive | | | | | PS | Caney Creek | 1 | | |
| 25 | 561 Hollandale Drive | | | | | PS | Trahon Creek | 1 | | |
| 26 | 174 Lakeshore Road | | | | | PS | Trahon Creek | 1 | | |
| 27 | 4095 Venus Avenue | | | | | PS | Trahon Creek | 1 | | |
| 28 | 4391 Terry Road | | | | | PS | Caney Creek | 1 | | |
| 29 | 201 Red Hill Drive | | | | | PS | Trahon Creek | 1 | | |
| 30 | 360 Marshall Avenue | | | | | PS | Trahon Creek | 1 | | |
| 31 | Holly Hills Drive | | | | | PS | Trahon Creek | 1 | | |
| 32 | Robinwood Drive | | | | | PS | Trahon Creek | 1 | | |
| 33 | 500 McCluer Road | | | | | PS | Caney Creek | 1 | | |
| 34 | 3890 McCluer Road | | | | | PS | Caney Creek | 1 | | |
| 35 | 687 McCluer Road | | | | | PS | Trahon Creek | 1 | | |
| 36 | 1073 McCluer Road | | | | | PS | Trahon Creek | 1 | | |
| 37 | 1665 McCluer Road | | | | | PS | Trahon Creek | 1 | | |
| 38 | 2694 Moore Drive | | | | | PS | Caney Creek | 1 | | |
| 39 | 135 Hillview | | | | | PS | Caney Creek | 1 | | |
| 40 | 4810 McRaven Road | | | | | PS | Lynch Creek | 2 | | |
| 41 | 4607 McRaven mal | | | | | PS | Lynch Creek | 2 | | |
| 42 | 5180 McRaven road | | | | | PS | Lynch Creek | 2 | | |
| 43 | 600 McRaven road | | | | | PS | Lynch Creek | 2 | | |
| 44 | 6113 Floral Drive | | | | | PS | Hanging Moss Creek | 1 | | |
| 45 | 3700 W. Northside Drive | | | | | PS | Bogue Chitto Creek | 3 | | |
| 46 | 4835 Old Byram Road | | | | | PS | Trahon Creek | 1 | | |
| 47 | 4681 Old Byram Road | | | | | PS | Trahon Creek | 1 | | |
| 48 | Patton Street | | | | | PS | Bogue Chino Creek | 3 | | |
| 49 | Plantation Court | | | | | PS | White Oak Creek | 4 | | |
| 50 | 155 Postwood Drive | | | | | PS | Trahon Creek | 1 | | |
| 51 | 2103 Raymond Road | | | | | PS | Caney Creek | 1 | | |
| 52 | 3440 River Thames Road | | | | | PS | White Oak Creek | 4 | | |
| 53 | 3407 River Thames Road | | | | | PS | White Oak Creek | 4 | | |
| 54 | 3293 Robinson Road | | | | | PS | Caney Creek | 1 | | |
| 55 | 10 Rob Lane | | | | | PS | Trahon Creek | 1 | | |
| 56 | 2236 Sheffield Drive | | | | | PS | Hanging Moss Creek | 4 | | |
| 57 | 6340 Country Club | | | | | PS | Bogue Chitto Creek | 3 | | |
| 58 | 255 S. Shelrock | | | | | PS | Bogue Chino Creek | 3 | | |
| 59 | 3458 Dinton Sykes Road | | | | | PS | Bogue Chitto Creek | 3 | | |
| 60 | 1465 Short Avenue | | | | | PS | Trahon Creek | 1 | | |
| 61 | 4095 Siwell Road | | | | | PS | Big Creek | 1 | | |
| 62 | 4071 Siwell Road | | | | | PS | Trahon Creek | 1 | | |
| 63 | 139 Stratford Drive | | | | | PS | Trahon Creek | 1 | | |
| 64 | 6085 Clinton Boulevard | | | | | PS | Lynch Creek | 1 | | |
| 65 | 151 Sylvan Trail | | | | | PS | Lynch Creek | 3 | | |
| 66 | 351 Sylvan Trail | | | | | PS | Lynch Creek | 3 | | |
| 67 | 498 Sylvan Trail | | | | | PS | Trahon Creek | 3 | | |
| 68 | 4640 Terry Road | | | | | PS | Trahon Creek | 1 | | |
| 69 | 6115 Hwy 18 | | | | | PS | Trahon Creek | 1 | | |
| 70 | 132 Timberlawn Road | | | | | PS | Trahon Creek | 1 | | |
| 71 | 6193 US Hwy 49 North | | | | | PS | Bogue Chitto Creek | 3 | | |
| 72 | Weecret Kills Drive | | | | | PS | Trahon Creek | 1 | | |
| 73 | 1900 Wallace Street | | | | | PS | Lynch Creek | 1 | | |
| 74 | 1790 Wallace Street | | | | | PS | Lynch Creek | 2 | | |
| 75 | 1851 Wallace Street | | | | | PS | Lynch Creek | 2 | | |
| 76 | 1914 US Hwy. 80 West | | | | | PS | Lynch Creek | 2 | | |
| 77 | 4210 Church Circle | | | | | PS | Lynch Creek | 2 | | |
| 78 | 500 E. Browning Drive | | | | | PS | Lynch Creek | 2 | | |
| 79 | 1239 Zephyr Street | | | | | PS | Lynch Creek | 2 | | |
| 80 | 6515 Yarbrough Street | | | | | PS | Lynch Creek | 2 | | |
| 81 | 4180 Whitehall Road | | | | | PS | Lynch Creek | 2 | | |
| 82 | Whitestone Road | | | | | PS | Hanging Moss Creek | 3 | | |
| 83 | Sharonodale Drive | | | | | PS | Trahon Creek | 1 | | |
| 84 | 3855 Yazoo | | | | | PS | Lynch Creek | 2 | | |
| 85 | R. River Place | | | | | PS | Belhaven Creek | 2 | | |



## City Of Jackson, Mississippi
## Sewer System Overflow Inspection Form

City of Jackson, Mississippi
Department of Public Works
Post Office Box 17
Jackson, MS 39205
601-960-3009

| # | Location | | | | | | |
|---|---|---|---|---|---|---|---|
| 86 | Old River Place | | | | PS | Belhaven Creek | 2 |
| 87 | Apache Road #1 | | | | PS | Big Creek | 1 |
| 88 | Apache Road #2 | | | | PS | Big Creek | 1 |
| 89 | Presidential Hills | | | | PS | Bogue Chitto Creek | 3 |
| 90 | 3910 Chadwick Drive | | | | PS | Caney Creek | 1 |
| 91 | 1233 Echelon Parkway | | | | PS | Hanging Moss Creek | 1 |
| 92 | 577 Woody Dr, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 93 | 475 Woody Dr, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 94 | 136 Shiloh Dr, Jackson, MS 39212 | | | | EPA List | Hardy Creek | 1 |
| 95 | 130 Shiloh Dr, Jackson MS 39212 | | | | EPA List | Hardy Creek | 1 |
| 96 | 5400 Interstate 55 Frontage Rd, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 97 | 5400 Interstate 55 Frontage Rd, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 98 | 4026 Old Byram Rd, Jackson, MS 39212 | | | | EPA List | Trahon Creek | 1 |
| 99 | 855 Rouren St 8/26/2010 | | | | posted | Hardy Creek | 1 | 2010 1 |
| 100 | Morante & Carlisle 8/5/2010 | | | | posted | Belhaven Creek | 4 | 2010 2 |
| 101 | 159 Holly Hill Dr, Jackson, MS 39212 | | | | EPA List | Trahon Creek | 1 |
| 102 | Hanging Moss Creek crossing near IA 9/29/2010 | | | | paved | Hanging Moss Creek | 4 | 2010 3 |
| 103 | Hwy 80 near Wiggins Rd & Shaw Rd | | | | posted | Lynch Creek | 3 | 2010 4 |
| 104 | 155 Holly Hill Dr, Jackson, MS 39212 | | | | EPA List | Trahon Creek | 1 |
| 105 | Military Ave behind the Grace Homes 10/11/2010 | | | | posted | Town Creek | 4 | 2010 5 |
| 106 | 701 Country Club Dr. | | | | posted | Lynch Creek | 3 | 2010 6 |
| 107 | 2407 Wheatley St, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 108 | 1725 Jayne Ave. | | | | posted | Lynch Creek | 1 | 2010 7 |
| 109 | 4507 Rudney Dr, 10/19/2010 | | | | posted | Lynch Creek | 2 | 2010 8 |
| 110 | 2984 Marydale Dr, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 111 | Bridery & Hollan St 10/20/2010 | | | | posted | Lynch Creek | 2 | 2010 9 |
| 112 | Galvin & South Dr, 10/20/2010 | | | | posted | Lynch Creek | 2 | 2010 10 |
| 113 | 2937 Marydale Dr, Jackson, MS 39212 | | | | EPA List | Caney Creek | 1 |
| 114 | Jayne & Sanford St, 10/25/2010 | | | | posted | Lynch Creek | 2 | 2010 11 |
| 115 | 2936 Greenwood Ave, 10/20/2010 | | | | posted | Rowdy Creek | 1 | 2010 5420 |
| 116 | 2982 Names St, 10/20/2010 | | | | posted | Robenhu Creek | 4 | 2010 5422 |
| 117 | 2410 Belvedere Dr, 10/20/2010 | | | | posted | Three Mile Creek | 1 | 2010 5430 |
| 118 | 825 Carver St, 10/25/2010 | | | | posted | Town Creek | 3 | 2010 5506 |
| 119 | 1425 Topp Ave 19/25/2010 | | | | posted | Lynch Creek | 3 | 2010 5510 |
| 120 | 2424 Belvedere Dr, Jackson, MS 38204 | | | | EPA List | Three Mile Creek | 1 |
| 121 | 1295 Pabayut St, 10/26/2010 | | | | posted | Town Creek | 3 | 2010 5542 |
| 122 | 763 Dellwood Dr, 10/26/2010 | | | | posted | Caney Creek | 1 | 2010 5543 |
| 123 | 2334 Belvedere Dr, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 124 | 1540 Houston Ave, 10/8/2010 | | | | posted | Lynch Creek | 2 | 2010 5595 |
| 125 | 2111 East Dr, Jackson, MS 38204 | | | | EPA List | Three Mile Creek | 1 |
| 126 | 150 Lowell Worth Dr, 10/29/2010 | | | | posted | Caney Creek | 1 | 2010 5559 |
| 127 | 2101 East Dr, Jackson, MS 38204 | | | | EPA List | Three Mile Creek | 1 |
| 128 | Alla Woods Blvd, 10/29/2010 | | | | posted | Three Mile Creek | 1 | 2010 5562 |
| 129 | 3984 Skyline Dr, 10/30/2010 | | | | posted | Town Creek | 3 | 2010 5585 |
| 130 | 2012 Willow Way, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 131 | 4540 Woodland Ave, 10/30/2010 | | | | posted | Robenhu Creek | 3 | 2010 5587 |
| 132 | 2014 Willow Way, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 133 | 6135 Raed St, 10/30/2010 | | | | posted | Hanging Moss Creek | 3 | 2010 5591 |
| 134 | 511 Ford Ave, 10/30/2010 | | | | posted | Town Creek | 3 | 2010 5592 |
| 135 | 4153 South Dr, 10/30/2010 | | | | posted | Lynch Creek | 3 | 2010 5600 |
| 136 | 735 Alhaase Dr, 11/1/2010 | | | | posted | Hanging Moss Creek | 4 | 2010 5612 |
| 137 | 2131 East Dr, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 138 | 1942 O'Bannon Dr, 11/1/2010 | | | | posted | Town Creek | 3 | 2010 5611 |
| 139 | 1877 Avenue H 11/1/2010 | | | | posted | Town Creek | 3 | 2010 5617 |
| 140 | 3724 Rollingwood Dr, 11/1/2010 | | | | posted | Hanging Moss Creek | 4 | 2010 5629 |
| 141 | 2352 Coronel Pl, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 142 | 124 Rollingwood Dr, 11/2/2010 | | | | posted | Hanging Moss Creek | 4 | 2010 5634 |
| 143 | 2346 Coronel Pl, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 144 | 4961 Maryland Dr, 11/2/2010 | | | | posted | Lynch Creek | 3 | 2010 5636 |
| 145 | 2261 Belvedele Dr, Jackson, MS 39204 | | | | EPA List | Three Mile Creek | 1 |
| 146 | 1253 Woodvillage Dr, 11/2/2010 | | | | posted | Lynch Creek | 2 | 2010 5639 |
| 147 | 619 Forest Ave. | | | | posted | Robenhu Creek | 3 | 2010 5641 |
| 148 | 3123 Nashville St. | | | | posted | Town Creek | 3 | 2010 5643 |
| 149 | 3813 Garmull St, 11/4/2010 | | | | posted | Town Creek | 3 | 2010 5673 |
| 150 | 3142 Sage St, 11/4/2010 | | | | posted | Town Creek | 3 | 2010 5680 |
| 151 | 124 Sevenno Dr, 11/5/2010 | | | | posted | Lynch Creek | 2 | 2010 5708 |
| 152 | 2231 Forest Glen 11/5/2010 | | | | posted | Eubanks Creek | 3 | 2010 5721 |
| 153 | Briarwood Dr, & Suite St, 11/6/2010 | | | | posted | Hanging Moss Creek | 4 | 2010 5723 |
| 154 | 1543 Maria Dr, Jackson, MS 39204 | | | | EPA List | Hardy Creek | 1 |
| 155 | 6247 Menahse Dr, 11/6/2010 | | | | posted | Purple Creek | 4 | 2010 5725 |
| 156 | Maria Dr, Jackson, MS 39204 | | | | EPA List | Caney Creek | 1 |
| 157 | 3984 Skyline Dr, 11/6/2010 | | | | posted | Town Creek | 3 | 2010 5726 |
| 158 | 306 Sheila Dr, 11/6/2010 | | | | posted | Lynch Creek | 2 | 2010 5731 |
| 159 | 314 Rollingwood Dr, 11/6/2010 | | | | posted | Hanging Moss Creek | 4 | 2010 5733 |
| 160 | 340 Briarcliff Cir, 11/7/2010 | | | | posted | Caney Creek | 1 | 2010 5738 |
| 161 | 197 Grover Cleveland Cir, 11/7/2010 | | | | posted | Bogue Chitto Creek | 3 | 2010 5745 |
| 162 | 5598 Queen Christina Ln, 11/7/2010 | | | | posted | Lynch Creek | 3 | 2010 5750 |
| 163 | 3898 Skyview Dr. | | | | posted | Town Creek | 3 | 2010 5758 |
| 164 | 4586 Old Canton Rd | | | | posted | Belhaven Creek | 4 | 2010 5759 |
| 165 | 311 Gutt St, Jackson, MS 39201-6300 11/8/2010 | | | | posted | Lynch Creek | 3 | 2010 5769 |
| 166 | 845 Monterey St, 6/2009 | | | | posted | Three Mile Creek | 1 | 2010 5771 |
| 167 | Hardy Ave & Poner St, 11/8/2010 | | | | posted | Lynch Creek | 2 | 2010 5771 |
| 168 | 145 Lorena Blvd, 11/9/2010 | | | | posted | Town Creek | 4 | 2010 5781 |
| 169 | 1724 Gibraltar Dr, 11/9/2010 | | | | posted | Lynch Creek | 1 | 2010 5783 |
| 170 | 1516 Main St, 11/9/2010 | | | | posted | Town Creek | 3 | 2010 5793 |



## City Of Jackson, Mississippi
## Sewer System Overflow Inspection Form



**City Of Jackson, Mississippi**
**Sewer System Overflow Inspection Form**

City of Jackson, Mississippi
Department of Public Works
Post Office Box 17
Jackson, MS 39205
601-960-1691

| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 3430 Albemarle Rd. 12/13/2010 | | | | | posted | Town Creek | 3 | 2010 6577 | |
| 257 | 354 St. Andrews Dr. 12/14/2010 | | | | | posted | Purple Creek | 4 | 2010 6582 | |
| 258 | 485 Woody Dr. 12/20/2010 | | | | | posted | Hardy Creek | | 2010 6613 | |
| 259 | 3244 St. L. King Dr. 12/20/2010 | | | | | posted | Town Creek | 3 | 2010 6614 | |
| 260 | Austas Dr. & Winnell Rd. 12/20/2010 | | | | | posted | Eubanks Creek | 3 | 2010 6630 | |
| 261 | 1263 Woodhillage Dr. 12/21/2010 | | | | | posted | Lynch Creek | | 2010 6649 | |
| 262 | 550 Hawthen Ave. 12/21/2010 | | | | | posted | Lynch Creek | 2 | 2010 6655 | |
| 263 | McDonnell Road Ext. (NO ADDRESS GIVEN) 12/23/2010 | | | | | posted | Caney Creek | 1 | 2010 6653 | |
| 264 | 2900 St. Charles St & Culbertson Ave 12/24/2010 | | | | | posted | Lynch Creek | 2 | 2010 6737 | |
| 265 | 595 Cedar Springs Rd. 12/28/2010 | | | | | posted | Trahon Creek | 2 | 2010 6817 | |
| 266 | Dead end Four Orchard Pl 12/29/2010 | | | | | posted | Purple Creek | 4 | 2010 6818 | |
| 267 | Holly Hill Dr 12/29/2010 | | | | | posted | Trahon Creek | 1 | 2010 6822 | |
| 268 | 1058 Combs St. 12/29/2010 | | | | | posted | Hardy Creek | 1 | 2010 6782 | |
| 269 | 168 Chelsea Dr 1/1/2011 | | | | | posted | Caney Creek | 1 | 2010 6901 | |
| 270 | 1734 Bream Dr. 1/3/2011 | | | | | posted | Eastover Creek | 4 | 2010 6942 | |
| 271 | 508 Will O Wisp Way 1/4/2011 | | | | | posted | Three Mile Creek | 1 | 2010 6973 | |
| 272 | 618 Lowder Dr 1/4/2011 | | | | | posted | Lynch Creek | 3 | 2010 6979 | |
| 273 | 840 Briarcliff Cir. 1/5/2011 | | | | | posted | Caney Creek | 1 | 2010 7003 | |
| 274 | 1734 Breem Dr. 12/27/2010 | | | | | posted | Eastover Creek | 4 | 2010 6969 | |
| 275 | 1800 Walnut Dutch Welsh Dr. 1/4/2011 | | | | | posted | Town Creek | 3 | 2010 6971 | |
| 276 | 5102 Waynboul Dr. 1/6/2011 | | | | | posted | Hanging Moss Creek | 4 | 2010 6976 | |
| 277 | 415 Aunour Dr. 1/5/2011 | | | | | posted | Hanging Moss Creek | 4 | 2011 8 | |
| 278 | 120 Colonial Dr. 1/6/2011 | | | | | posted | Three Mile Creek | 1 | 2011 8 | |
| 279 | 3875 I 55 S Timber Ridge Alts. 1/6/2011 | | | | | posted | Caney Creek | 1 | 2011 14 | |
| 280 | Belvedere Dr. & Firemont St. 1/6/2011 | | | | | posted | Hardy Creek | 1 | 2011 43 | |
| 281 | 2625 Belvedere Dr. 1/7/2011 | | | | | posted | Hardy Creek | 1 | 2011 52 | |
| 282 | 4893 State Highway 18 1/7/2011 | | | | | posted | Caney Creek | 1 | 2011 62 | |
| 283 | 5349 Queen Christina Ln. 1/10/2011 | | | | | posted | Lynch Creek | 3 | 2011 128 | |
| 284 | 540 Briarcliff Cir. 1/10/2011 | | | | | posted | Caney Creek | 1 | 2011 129 | |
| 285 | McWillie Dr. & Curvin St. 1/11/2011 | | | | | posted | Hanging Moss Creek | 4 | 2011 156 | |
| 286 | Beechwood Dr. 1/13/2011 | | | | | posted | Hanging Moss Creek | 3 | 2011 166 | |
| 287 | 500 Wilmaa St. 1/13/2011 | | | | | posted | Lynch Creek | 2 | 2011 189 | |
| 288 | 2981 McDowell DR 1/14/2011 | | | | | posted | Caney Creek | 1 | 2011 201 | |
| 289 | Bailey Ave. & Woodrow Wilson Ave. 1/15/2011 | | | | | posted | Town Creek | 3 | 2011 216 | |
| 290 | 5349 Queen Christina Ln 1/17/2011 | | | | | posted | Lynch Creek | 3 | 2011 241 | |
| 291 | 431 Allen St. 1/19/2011 | | | | | posted | Town Creek | 2 | 2011 281 | |
| 292 | Bailey Ave. & Woodrow Wilson Ave. 1/20/2011 | | | | | posted | Town Creek | 3 | 2011 713 | |
| 293 | 4859 Sheridan Dr. 1/20/2011 | | | | | posted | Eubanks Creek | 4 | 2011 324 | |
| 294 | 104 Dignes St. 1/25/2011 | | | | | posted | Lynch Creek | 3 | 2011 472 | |
| 295 | 838 Combs St. 1/28/2011 | | | | | posted | Three Mile Creek | 1 | 2011 503 | |
| 296 | 540 Briarcliff Cir. 1/31/2011 | | | | | posted | Caney Creek | 1 | 2011 559 | |
| 297 | 2424 Banks Ave. 2/1/2011 | | | | | posted | Town Creek | 3 | 2011 592 | |
| 298 | 714 Raymond Rd. 2/2/2011 | | | | | posted | Three Mile Creek | 1 | 2011 616 | |
| 299 | 462 Floyd Ave. 2/2/2011 | | | | | posted | Hardy Creek | 1 | 2011 617 | |
| 300 | 4025 Markham St. Jackson, MS 39209 | | | | | EPA List | Town Creek | 3 | | |
| 301 | 2971 McDowell Rd. 2/3/2011 | | | | | posted | Caney Creek | 1 | 2011 633 | |
| 302 | 450 Browning St. 2/7/2011 | | | | | posted | Lynch Creek | 3 | 2011 636 | |
| 303 | 31 Northaven Rd 2/8/2011 | | | | | posted | Purple Creek | 4 | 2011 702 | |
| 304 | 313 Queen Isabella Ln, Jackson, MS 39206 | | | | | EPA List | Lynch Creek | 3 | | |
| 305 | 301 Etion Rd. 2/9/2011 | | | | | posted | Caney Creek | 1 | 2011 722 | |
| 306 | 1077 Cooper Rd. 2/11/2011 | | | | | posted | Caney Creek | 1 | 2011 776 | |
| 307 | 425 Marigold St (In the park) 2/16/2011 | | | | | posted | Three Mile Creek | 1 | 2011 888 | |
| 308 | 2455 Queen Mary Ln. Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 309 | 1119 McLean St. 2/17/2011 | | | | | posted | Lynch Creek | 2 | 2011 989 | |
| 310 | 319 Queen Juliana Ln, Jackson, MS 39206 | | | | | EPA List | Lynch Creek | 3 | | |
| 311 | 3915 Jayne Ave. | | | | | posted | Lynch Creek | 2 | 2011 947 | |
| 312 | 691 Tifton Drive 2/2/2011 | | | | | posted | Caney Creek | 1 | 2011 1024 | |
| 313 | 2408 Queen Mary Ln. Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 314 | 207 Houston Ave. 2/22/2011 | | | | | posted | Lynch Creek | 2 | 2011 1038 | |
| 315 | 3340 Sunset Drive 2/28/2011 | | | | | posted | Town Creek | 3 | 2011 1141 | |
| 316 | 2113 Lincoln Ave. 2/28/2011 | | | | | posted | Lynch Creek | 3 | 2011 1137 | |
| 317 | 240 Briarcliff Cir. 2/25/2011 | | | | | posted | Caney Creek | 1 | 2011 1161 | |
| 318 | Garvin St. & McWillie Dr. 2/25/2011 | | | | | posted | Hanging Moss Creek | 4 | 2011 1099 | |
| 319 | 2877 Marydale Dr. 2/24/2011 | | | | | posted | Caney Creek | 1 | 2011 1068 | |
| 320 | 415 E. Capitol St 2/24/2011 | | | | | posted | Town Creek | 2 | 2011 1080 | |
| 321 | 117 Clinton Park Dr. 2/23/2011 | | | | | posted | Lynch Creek | 3 | 2011 1044 | |
| 322 | 5134 Queen Eleanor Ln Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 323 | West Bank Interceptor Dead End of N Cheryl Dr. 3/24/2011 | | | | | posted | Hanging Moss Creek | 4 | 2011 1169 | |
| 324 | 5144 Queen Eleanor Ln, Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 325 | 5349 Queen Christina Lane 3/1/2011 | | | | | posted | Lynch Creek | 3 | 2011 1155 | |
| 326 | 125 Taylor Street 1/2/2011 | | | | | posted | Town Creek | 3 | 2011 1193 | |
| 327 | 417 Windsor Dr. Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 328 | 109 Glen Erin St. 3/2/2011 | | | | | posted | Caney Creek | 1 | 2011 1185 | |
| 329 | Behind ballfield on Lakeland Dr. 3/8/2011 | | | | | posted | Eubanks Creek | 4 | 2011 1374 | |
| 330 | 360 Colebrook Ave. Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 331 | 225 Meadowbrook Rd. 3/10/2011 | | | | | posted | Eubanks Creek | 4 | 2011 1394 | |
| 332 | 259 Colebrook Ave. Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 333 | 901 Frontage Rd. 3/16/2011 | | | | | posted | Three Mile Creek | 1 | 2011 1494 | |
| 334 | Dean end of N Cheryl (West Bank Interceptor) 3/21/2011 | | | | | posted | Hanging Moss Creek | 4 | 2011 1590 | |
| 335 | 207 Country Club Dr, Jackson, MS 39209 | | | | | EPA List | Lynch Creek | 3 | | |
| 336 | 154 Houston Ave. 3/23/2011 | | | | | posted | Lynch Creek | 2 | 2011 1635 | |
| 337 | Country Club Dr, Jackson, MS | | | | | EPA List | Rogue Chitto Creek | 3 | | |
| 338 | 4210 Broad Oak Dr. 3/28/2011 | | | | | posted | Purple Creek | 4 | 2011 1700 | |
| 339 | Country Club Dr/Woleta, Jackson, MS | | | | | EPA List | Lynch Creek | 3 | | |
| 340 | 1728 Bailey Ave. 3/29/2011 | | | | | posted | Flown Creek | 3 | 2011 1723 | |



# City Of Jackson, Mississippi
## Sewer System Overflow Inspection Form

City Of Jackson, Mississippi

Sewer System Overflow Inspection Form


35



**City Of Jackson, Mississippi**
**Sewer System Overflow Inspection Form**



**City Of Jackson, Mississippi**
**Sewer System Overflow Inspection Form**



City of Jackson, MS
Sewer System
SSO Inspection Locations



## City Of Jackson, Mississippi
## Pump Station Potential Overflow Locations

City of Jackson, Mississippi
Department Of Public Works
Post Office Box 17
Jackson, MS 39205
601-960-2091

| No. | Address / Pump Station Location | Pump Sta. No. | Downstream Location | Type | Waterway | Rating Priority |
|---|---|---|---|---|---|---|
| 1 | 3539 Shellrock Drive | PS61 | 255 S. Shellrock | Potential | Bogue Chitto Creek | 3 |
| 2 | Cynthia Road | PS93 | Presidential Hills | Potential | Bogue Chitto Creek | 3 |
| 3 | 966 Flag Chapel Road | PS18 | 992 Flag Chapel Road | Potential | Bogue Chitto Creek | 3 |
| 4 | 1820 Greenway Drive | PS39 | 2694 Moore Drive | Potential | Caney Creek | 1 |
| 5 | 150 Hillview Drive | PS40 | 155 Hillview | Potential | Caney Creek | 1 |
| 6 | 2117 Hickory Drive | PS24 | 2130 Hickory Drive | Potential | Caney Creek | 1 |
| 7 | 2101 Raymond Road | PS53 | 2108 Raymond Road | Potential | Caney Creek | 1 |
| 8 | 150 Timberlawn Road | PS75 | 132 Timberlawn Road | Potential | Trahon Creek | 1 |
| 9 | Highway 18 | PS72 | 6115 Hwy. 18 | Potential | Trahon Creek | 1 |
| 10 | 120 Delray Drive | PS12 | 125 Delray Avenue | Potential | Caney Creek | 1 |
| 11 | 1405 Canterbury Lane | PS87 | Shannondale Drive | Potential | Trahon Creek | 1 |
| 12 | 430 McCluer Road | PS34 | 500 McCluer Road | Potential | Caney Creek | 1 |
| 13 | 4318 Lake Vista | PS15B | 207 Elton Road | Potential | Caney Creek | 1 |
| 14 | 893 Winthrop Circle | PS86 | Whitestone Road | Potential | Hanging Moss Creek | 5 |
| 15 | 6054 Floral Drive | PS46 | 6112 Floral Drive | Potential | Hanging Moss Creek | 3 |
| 16 | 1396 Forest Avenue | PS19 | 1851 Forest Avenue | Potential | Eubanks Creek | 3 |
| 17 | 2248 Sheffield Drive | PS59 | 2238 Sheffield Drive | Potential | Hanging Moss Creek | 4 |
| 18 | 2 Old River Place | PS90 | Old River Place | Potential | Belhaven Creek | 2 |
| 19 | 1236 Zephyr Road | PS83 | 1914 US Hwy. 80 West | Potential | Lynch Creek | 2 |
| 20 | 5551 Shaw Road | PS82 | 500 E. Browning Drive | Potential | Lynch Creek | 2 |
| 21 | Yarbrough Road | PS84 | 6325 Yarbrough Street | Potential | Lynch Creek | 2 |
| 22 | 4218 Church Circle | PS81 | 4210 Church Circle | Potential | Lynch Creek | 2 |
| 23 | 1801 Wallace Street | PS78 | 1790 Wallace Street | Potential | Lynch Creek | 2 |
| 24 | 1885 Wallace Street | PS77 | 1900 Wallace Street | Potential | Lynch Creek | 2 |
| 25 | 1911 Siwell Road | PS43 | 6186 McRaven Road | Potential | Lynch Creek | 2 |
| 26 | 4862 McRaven Road | PS41 | 4813 McRaven Road | Potential | Lynch Creek | 2 |
| 27 | 4706 McRaven Road | PS42 | 4660 McRaven Road | Potential | Lynch Creek | 2 |
| 29 | 1139 Plantation Court | PS51 | Plantation Court | Potential | White Oak Creek | 4 |
| 30 | 10 Greenwing Court | PS23 | Greenwing Court | Potential | Purple Creek | 4 |
| 31 | 1728 Brookhollow Circle | PS4 | 6675 Hwy 18 | Potential | Trahon Creek | 1 |
| 32 | 313 Woodcliff Drive | PS8 | 201 Cedarwood Drive | Potential | Trahon Creek | 1 |
| 33 | 255 Western Hills Drive | PS25 | 561 Hillandale Drive | Potential | Trahon Creek | 1 |
| 34 | 170 Duranville | PS13 | 185 Duranville Drive | Potential | Trahon Creek | 1 |
| 35 | 135 Stratford Drive | PS66A | 139 Stratford Drive | Potential | Trahon Creek | 1 |
| 36 | 132 Marshal Drive | PS31 | 160 Marshall Avenue | Potential | Trahon Creek | 1 |
| 37 | 15 Nelson Circle | PS38 | 1665 McCluer | Potential | Trahon Creek | 1 |
| 38 | 883 McCluer | PS36 | 887 McCluer | Potential | Trahon Creek | 1 |
| 39 | 1074 McCluer | PS37 | 1077 McCluer | Potential | Trahon Creek | 1 |
| 40 | 4052 Cenus Drive | PS27 | 4058 Venus Avenue | Potential | Trahon Creek | 1 |
| 41 | 201 Red Hill | PS29 | 201 Red Hill Drive | Potential | Trahon Creek | 1 |
| 42 | 176 Lakeshore Drive | PS26 | 174 Lakeshor Road | Potential | Trahon Creek | 1 |
| 71 | 4630 Terry Road | PS71 | 174 Lakeshor Road | Potential | Trahon Creek | 1 |
| 44 | 154 Holly Hill Drive | PS32 | Holly Hill Drive | Potential | Trahon Creek | 1 |
| 45 | 4338 Old Byram | PS48 | 4837 Old Byram Road | Potential | Trahon Creek | 1 |
| 46 | 113 Scottdale Drive | PS57 | 112 Scottdale Drive | Potential | Trahon Creek | 1 |
| 47 | 7 Rob Lane | PS58 | 10 Rob Lane | Potential | Trahon Creek | 1 |
| 48 | 342 Amanda Lane | PS2 | Amanda Lane | Potential | Big Creek | 1 |
| 49 | 837 Robinwood Drive | PS33 | Robinwood Drive | Potential | Trahon Creek | 1 |
| 50 | 4351 Pataun Street | PS50 | Pataun Street | Potential | Bogue Chitto Creek | 3 |
| 51 | 3844 Northside Drive | PS47 | 3700 W. Northside Drive | Potential | Bogue Chitto Creek | 3 |
| 52 | 1205 Country Club Drive | PS11 | 1452 Country Club Drive | Potential | Bogue Chitto Creek | 3 |
| 53 | 15 South | TP1 | 15 South | TP | Hardy Creek | 1 |
| 54 | Amanda Lane | PS2 | Amanda Lane | PS | Big Creek | 1 |
| 55 | Brookhollow Drive L 160 | PS3 | Brookhollow Drive L 160 | PS | Trahon Creek | 1 |
| 56 | 6675 Hwy 18 | PS4 | 6675 Hwy 18 | PS | Trahon Creek | 1 |
| 57 | 2102 Thousand Oak | PS5 | 2102 Thousand Oak | PS | Trahon Creek | 1 |
| 58 | Robway Cove | PS6A | Robway Cove | PS | Trahon Creek | 1 |
| 59 | 201 Cedarwood Drive | PS6B | 201 Cedarwood Drive | PS | Trahon Creek | 1 |
| 60 | 461 Greenmount Drive | PS7 | 461 Greenmount Drive | PS | Trahon Creek | 1 |
| 61 | 201 Cedarwood Drive | PS8 | 201 Cedarwood Drive | PS | Trahon Creek | 1 |
| 62 | 140 Chasewood Avenue | PS9 | 140 Chasewood Avenue | PS | Trahon Creek | 1 |



## City Of Jackson, Mississippi
## Pump Station Potential Overflow Locations

City of Jackson, Mississippi
Department Of Public Works
Post Office Box 17
Jackson, MS 39205
601-960-2300

| No. | Pump Station Address | PS No. | Pump Station Location | Type | Receiving Waterway (Basin) | Public Notice |
|---|---|---|---|---|---|---|
| 63 | 1452 Country Club Drive | PS11 | 1452 Country Club Drive | PS | Bogue Chitto Creek | 3 |
| 64 | 125 Delray Avenue | PS12 | 125 Delray Avenue | PS | Caney Creek | 1 |
| 65 | 185 Duronville Drive | PS13 | 185 Duronville Drive | PS | Trahon Creek | 1 |
| 66 | 553 Eden Downs | PS14 | 553 Eden Downs | PS | Trahon Creek | 1 |
| 67 | I-55 Frontage Road | PS15A | I-55 Frontage Road | PS | Caney Creek | 1 |
| 68 | 207 Elton Road | PS15B | 207 Elton Road | PS | Caney Creek | 1 |
| 69 | I-55 Water Plant | PS16 | I-55 Water Plant | PS | Belhaven Creek | 4 |
| 70 | 717 Flag Chapel Road | PS17 | 717 Flag Chapel Road | PS | Bogue Chitto Creek | 3 |
| 71 | 992 Flag Chapel Road | PS18 | 992 Flag Chapel Road | PS | Bogue Chitto Creek | 3 |
| 72 | 1851 Forest Avenue | PS19 | 1851 Forest Avenue | PS | Eubanks Creek | 3 |
| 73 | 155 Forest Hill Drive | PS20 | 155 Forest Hill Drive | PS | Toshoo Creek | 1 |
| 74 | 3557 Forest Hill Road | PS21 | 3557 Forest Hill Road | PS | Trahon Creek | 1 |
| 75 | 2285 Forest Park Drive | PS22 | 2285 Forest Park Drive | PS | Trahon Creek | 1 |
| 76 | Greenwing Court | PS23 | Greenwing Court | PS | Purple Creek | 4 |
| 77 | 2130 Hickory Drive | PS24 | 2130 Hickory Drive | PS | Caney Creek | 1 |
| 78 | 561 Hillandale Drive | PS25 | 561 Hillandale Drive | PS | Trahon Creek | 1 |
| 79 | 174 Lakeshor Road | PS26 | 174 Lakeshor Road | PS | Trahon Creek | 1 |
| 80 | 4058 Venus Avenue | PS27 | 4058 Venus Avenue | PS | Trahon Creek | 1 |
| 81 | 4393 Terry Road | PS28 | 4393 Terry Road | PS | Caney Creek | 1 |
| 82 | 201 Red Hill Drive | PS29 | 201 Red Hill Drive | PS | Trahon Creek | 1 |
| 83 | 160 Marshall Avenue | PS31 | 160 Marshall Avenue | PS | Trahon Creek | 1 |
| 84 | Holly Hills Drive | PS32 | Holly Hills Drive | PS | Trahon Creek | 1 |
| 85 | Robinwood Drive | PS33 | Robinwood Drive | PS | Trahon Creek | 1 |
| 86 | 500 McCluer Road | PS34 | 500 McCluer Road | PS | Caney Creek | 1 |
| 87 | 3890 McCluer Road | PS35 | 3890 McCluer Road | PS | Caney Creek | 1 |
| 88 | 887 McCluer Road | PS36 | 887 McCluer Road | PS | Trahon Creek | 1 |
| 89 | 1077 McCluer Road | PS37 | 1077 McCluer Road | PS | Trahon Creek | 1 |
| 90 | 1665 McCluer Road | PS38 | 1665 McCluer Road | PS | Trahon Creek | 1 |
| 91 | 2694 Moore Drive | PS39 | 2694 Moore Drive | PS | Caney Creek | 1 |
| 92 | 155 Hillview | PS40 | 155 Hillview | PS | Caney Creek | 1 |
| 93 | 4813 McRaven Road | PS41 | 4813 McRaven Road | PS | Lynch Creek | 2 |
| 94 | 4660 McRaven Road | PS42 | 4660 McRaven Road | PS | Lynch Creek | 2 |
| 95 | 6186 McRaven Road | PS43 | 6186 McRaven Road | PS | Lynch Creek | 2 |
| 96 | 600 McRaven Road | PS44 | 600 McRaven Road | PS | Lynch Creek | 2 |
| 97 | 6112 Floral Drive | PS46 | 6112 Floral Drive | PS | Hanging Moss Creek | 3 |
| 98 | 3700 W. Northside Drive | PS47 | 3700 W. Northside Drive | PS | Bogue Chitto Creek | 3 |
| 99 | 4837 Old Byram Road | PS48 | 4837 Old Byram Road | PS | Trahon Creek | 1 |
| 100 | 4681 Old Byram Road | PS49 | 4681 Old Byram Road | PS | Trahon Creek | 1 |
| 101 | Palana Street | PS50 | Palana Street | PS | Bogue Chitto Creek | 3 |
| 102 | Plantation Court | PS51 | Plantation Court | PS | White Oak Creek | 4 |
| 103 | 155 Portwood Drive | PS52 | 155 Portwood Drive | PS | Trahon Creek | 1 |
| 104 | 2108 Raymond Road | PS53 | 2108 Raymond Road | PS | Caney Creek | 1 |
| 105 | 5440 River Thames Road | PS54 | 5440 River Thames Road | PS | White Oak Creek | 4 |
| 106 | 5407 River Thames Road | PS55 | 5407 River Thames Road | PS | White Oak Creek | 4 |
| 107 | 5297 Robinson Road | PS56 | 5297 Robinson Road | PS | Caney Creek | 1 |
| 108 | 112 Scottdale Drive | PS57 | 112 Scottdale Drive | PS | Trahon Creek | 1 |
| 109 | 10 Rob Lane | PS58 | 10 Rob Lane | PS | Trahon Creek | 1 |
| 110 | 2238 Sheffield Drive | PS59 | 2238 Sheffield Drive | PS | Hanging Moss Creek | 4 |
| 111 | 6340 Country Club | PS60 | 6340 Country Club | PS | Bogue Chitto Creek | 3 |
| 112 | 255 S. Shellrock | PS61 | 255 S. Shellrock | PS | Bogue Chitto Creek | 3 |
| 113 | 3458 Dixino Sylen Road | PS62 | 3458 Dixion Sylen Road | PS | Bogue Chitto Creek | 3 |
| 114 | 1465 Short Avenue | PS63 | 1465 Short Avenue | PS | Trahon Creek | 1 |
| 115 | 4095 Sewell Road | PS64 | 4095 Sewell Road | PS | Big Creek | 1 |
| 116 | 4071 Sewell Road | PS65 | 4071 Sewell Road | PS | Trahon Creek | 1 |
| 117 | 139 Stratford Drive | PS66A | 139 Stratford Drive | PS | Trahon Creek | 1 |
| 118 | 2010 Chadwick Drive | PS66B | 2010 Chadwick Drive | PS | Caney Creek | 1 |
| 119 | 6065 Clinton Boulevard | PS67 | 6065 Clinton Boulevard | PS | Lynch Creek | 3 |
| 120 | 151 Sylvan Trail | PS68 | 151 Sylvan Trail | PS | Lynch Creek | 3 |
| 121 | 151 Sylvan Trail | PS69 | 351 Sylvan Trail | PS | Lynch Creek | 3 |
| 122 | 498 Sylvan Trail | PS70 | 498 Sylvan Trail | PS | Trahon Creek | 3 |
| 123 | 4640 Terry Road | PS71 | 4640 Terry Road | PS | Trahon Creek | 1 |



### City Of Jackson, Mississippi
### Pump Station Potential Overflow Locations

City of Jackson, Mississippi
Department Of Public Works
Post Office Box 17
Jackson, MS 39205
601-981-2091

| No. | Potential Overflow Location | PS No. | Pump Station Location | Type | Receiving Waterway (Bayou) | Police Precinct |
|---|---|---|---|---|---|---|
| 124 | 6115 Hwy. 18 | PS72 | 6115 Hwy. 18 | PS | Trahon Creek | 1 |
| 125 | 132 Timberlawn Road | PS73 | 132 Timberlawn Road | PS | Trahon Creek | 1 |
| 126 | 6159 US Hwy. 49 North | PS74 | 6159 US Hwy. 49 North | PS | Bogue Chitto Creek | 3 |
| 127 | Western Hills Drive | PS75 | Western Hills Drive | PS | Trahon Creek | 1 |
| 128 | 1900 Wallace Street | PS76 | 1900 Wallace Street | PS | Lynch Creek | 1 |
| 129 | 1790 Wallace Street | PS77 | 1790 Wallace Street | PS | Lynch Creek | 2 |
| 130 | 1651 Wallace Street | PS78 | 1651 Wallace Street | PS | Lynch Creek | 2 |
| 131 | 1914 US Hwy. 80 West | PS79 | 1914 US Hwy. 80 West | PS | Lynch Creek | 2 |
| 132 | 4210 Church Circle | PS80 | 4210 Church Circle | PS | Lynch Creek | 2 |
| 133 | 500 E. Browning Drive | PS81 | 500 E. Browning Drive | PS | Lynch Creek | 2 |
| 134 | 1238 Zephyr Street | PS82 | 1238 Zephyr Street | PS | Lynch Creek | 2 |
| 135 | 6325 Yarbrough Street | PS83 | 6325 Yarbrough Street | PS | Lynch Creek | 2 |
| 136 | 4180 Whitehall Road | PS84 | 4180 Whitehall Road | PS | Lynch Creek | 2 |
| 137 | Whitestone Road | PS85 | Whitestone Road | PS | Hanging Moss Creek | 2 |
| 138 | Shannondale Drive | PS86 | Shannondale Drive | PS | Trahon Creek | 3 |
| 139 | 3855 Yarbro | PS88 | 3855 Yarbro | PS | Lynch Creek | 2 |
| 140 | E. River Place | PS89 | E. River Place | PS | Belhaven Creek | 2 |
| 141 | Old River Place | PS90 | Old River Place | PS | Belhaven Creek | 2 |
| 142 | Apache Road #1 | PS91 | Apache Road #1 | PS | Big Creek | 1 |
| 143 | Apache Road #2 | PS92 | Apache Road #2 | PS | Big Creek | 1 |
| 144 | Presidential Hills | PS93 | Presidential Hills | PS | Bogue Chitto Creek | 3 |
| 145 | 1235 Echelon Parkway | PS95 | 1235 Echelon Parkway | PS | Hanging Moss Creek | 3 |



**APPENDIX D – SEWER OVERFLOW RESPONSE INTERNAL NOTIFICATION AND TRACKING PROTOCOL**

**SEWER OVERFLOW INTERNAL NOTIFICATION FLOW CHART**



**SEWER OVERFLOW (SSO) RESPONSE TRACKING PROTOCOL**

1. Report of possible SSO received by the COJ personnel.

2. COJ dispatch office deploys maintenance personnel to confirm reported SSO.

3. Maintenance personnel report back to the supervisor the significance of the overflow.

4. The COJ Superintendent, Wastewater Collections Engineer or authorized designee shall provide oral report to MDEQ within 24 hours. MDEQ becomes aware of the SSO notifying them of the location by street address or any other appropriate method (i.e. latitude-longitude)

5. If the overflow will affect recreational areas, public drinking water intakes, or results in a fish kill the COJ shall notify the MDEQ contact person and the HCDH contact person orally, and MEMA if after normal business hours, immediately upon confirming the discharge.

6. Within 5 days the COJ Superintendent, Wastewater Collections Engineer or authorized designee prepares the Wastewater SSO Assessment Form. The Utilities Manager is responsible for submission to MDEQ.

7. Data from Wastewater SSO Assessment Form are entered into a permanent record on file at the Sewer Maintenance Division. Records are maintained for a minimum of five years.

8. Detailed resource plan and milestone schedule for permanent corrective action are submitted with the monthly Discharge Monitoring Report.





**APPENDIX E - REGULATORY AGENCY CONTACT INFORMATION AND NOTIFICATION PERIOD**

**Overflows requiring 24-Hour Verbal Notification (MDEQ, HCDH, & MEMA)**
- impact or closure of swimming area during swimming season
- impact of closure of public drinking water intake
- results in a fish kill

**Overflows Requiring 24-Hour Verbal Notification (MDEQ only)**
- gravity sewer manhole
- pump station
- sewer siphon
- treatment plant bypass

**MDEQ**

During Normal Operating Hours – 8:00 a.m. – 5:00 p.m.

MDEQ Operator – 601-961-5171
MDEQ ECED Municipal & Private Facilities Branch Manager – 601-961-5588
MDEQ ECED Engineer for Jackson – 601-961-5319

After Normal Operating Hours (non-emergency)

(Voice Mail)
MDEQ ECED Municipal & Private Facilities Branch Manager – 601-961-5588
MDEQ ECED Engineer for Jackson – 601-961-5319

After Normal Operating Hours (emergency)

MEMA 24-hour State Warning Point – 1-800-222-6362

**HCDH**

Hinds County Health Department
Environmental Health
539 E Beasley Road
PO Box 20
Jackson, MS 39205-0020
Phone: (601)-957-1026
Fax: (601)-957-1053
Sherrie Payne, Regional Environmentalist
sherrie.payne@msdh.state.ms.us
Marvin Bolden, County Environmentalist
Lakeshia Paige, County Environmentalist
marvin.bolden@msdh.state.ms.us
lakeshia.paige@msdh.state.ms.us

Emergency Contact Numbers:
- Mississippi Department of Environmental Quality (MDEQ): - (601) 961 5171
- Entergy (Power Loss); Customer service and emergencies: 1-800-368-3749 (1-800-ENTERGY). Power outages: 1-800-968-8243 (1-800-9OUTAGE).
- Highway Patrol & Fire Department: - 911
- United States Environmental Services (USES): - (601) 372 3232
- Hinds County  - (601)957-1026

City of Jackson
- Wastewater Operations Engineer: Anthony Harkless: – (601) 720-5944
- Wastewater Collections Engineer: Vacant
- Sewer Maintenance Superintendent: Butch Mayfield – (601)-960-1875

United Water
- Project Manager: - Jerry Jones - (317) 490-6854
- Operations Manager:  Ralph Gorenflo - (601) 340-2803
- Maintenance Manager: - Jackie Kiser -  (601) 287-6116
- Maintenance Assistant Manager: - Darnell Gray    (601) 896-6365
- Lift Station Supervisor: - Willie Wilson    (601) 896-6380

## APPENDIX F – PERSONNEL TRAINING DOCUMENTS

# *Sewer Overflow Response Plan (SORP) Training Plan*

## *Training Topics*

I.  What are Sanitary Sewer Overflows?

II.  Why do Sewers Overflow?

    1.  Infiltration and Inflow
    2.  Undersized Systems
    3.  Pipe Failures
    4.  Equipment Failures
    5.  Lack of Maintenance
    6.  Deteriorating Sewer System

III.  Why Control Sanitary Sewer Overflows?

    1.  Environmental Concerns and Health Risk
        A.  Contaminated Drinking Water Supply
        B.  Contaminated Fish and Shellfish
        C.  Direct Contact
            -  Recreation Activities in Contaminated Waters
            -  Sewer Backups in Homes
            -  SSOs in Streets and Public Access Areas (e.g. Parks, Schoolyards, etc.)
        D.  Natural Resources Impacted
            -  Waterways
            -  Aquatic Life

IV.  What is SORP?

V.  Who needs SORP Training?

VI.  SORP Requirements

    1.  Preventive Maintenance
        A.  Collection System Maintenance
        B.  Equipment Maintenance

    2.  Overflow Response, Containment, and Recovery
        A.  Sewer Overflow Response Tracking Protocol
        B.  Directions for Completing Wastewater Assessment Forms
            ▪  Sewer System Work Order Form
            •  Wastewater Overflow Assessment Form

    C.   Estimating Sanitary Sewer Overflow Volume
- San Diego Method
- Measured Volume
    i.   Units
    ii.   Conversion factors
    iii.   Wastewater Formulas (Area, Volume, Flow, etc.)
- Duration and Flow

3.  Reporting and Record Keeping
    A.   Notification – When, Who, and How?
    B.   Importance of Proper Record Keeping

### *Training Sessions*

4 Hr Session Covering Overflow Response Procedures

2 Hr Session Covering Reporting Procedures

Training Sessions shall begin within 60 days of MDEQ's approval of this SORP

### *Training Attendees*

The attached personnel chart shows all positions in the Wastewater Division. All employees from Public Works Director to Crew Leader will receive SORP Training.

