IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE UNITED STATES OF AMERICA, *et al.*                    PLAINTIFFS

V.                                                                              Case No. 3:12cv790-TSL-MTP

THE CITY OF JACKSON, MISSISSIPPI                     DEFENDANT

ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

SO ORDERED this the 21st day of November, 2012.

                                                    s/ Michael T. Parker
                                                    United States Magistrate Judge