IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE UNITED STATES OF AMERICA,
and THE STATE OF MISSISSIPPI

               **PLAINTIFFS**

v.                                                       Cause No. 3:12CV00790TSL-JMR

THE CITY OF JACKSON, MISSISSIPPI              **DEFENDANT**

## NOTICE AND ENTRY OF APPEARANCE OF COUNSEL

**NOTICE** is hereby given that Lara E. Gill, Deputy City Attorney II, hereby enters her appearance as counsel of record for the City of Jackson, Mississippi,(referred to as "The City of Jackson Defendant"), and requests that all documents, pleadings and mailings be sent to her at the address identified herein for the Office of the City Attorney.

The undersigned retains the original of the above document as custodian thereof.

**THIS**, the __15TH__ day of __January__, 2013.

                                      Respectfully submitted,

                                      **CITY OF JACKSON, MISSISSIPPI**

                                      By: __/s/ Lara E. Gill__
                                           Lara E. Gill

**OF COUNSEL:**

Pieter Teeuwissen, City Attorney
Mississippi Bar No. 8777
Lara E. Gill, Deputy City Attorney II
Mississippi Bar No. 100061
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile
lgill@city.jackson.ms.us
*Attorneys for the City of Jackson,
Mississippi*

## CERTIFICATE OF SERVICE

I, Lara E. Gill, one of the attorneys for the City of Jackson, Mississippi, do hereby certify that I have this day delivered a true and correct copy of the above and foregoing document to the following:

> Gregory K. Davis, Esq.
> UNITED STATES ATTORNEY'S OFFICE
> 501. East Court Street, Suite 4.430
> Jackson, Mississippi 39201
> 601.965.4480 telephone
> Email:gregory.davis3@usdoj.gov
> *Attorney for Plaintiff, United States of America*
>
> Karl J. Fingerhood, Esq.
> U.S. DEPARTMENT OF JUSTICE
> Environmental Enforcement Section
> Post Office Box 7611
> Washington, D.C. 20044
> 202.514.7519 telephone
> 202.514.2583 facsimile
> Email:karl.fingerhood@usdoj.gov
> *Attorney for Plaintiff, United States of America*

>Samuel Lynn Murray, Esq.
>U.S. ATTORNEY'S OFFICE-JACKSON
>501 East Court Street, Suite 4.430
>Jackson, Mississippi 39201
>601.965.4480 telephone
>Email:lynn.murray@usdoj.gov
>*Attorney for Plaintiff, United States of America*
>
>Christopher G. Wells, Esq.
>MISSISSIPPI DEPARTMENT OF
>ENVIRONMENTAL QUALITY
>Post Office Box 2261
>Jackson, Mississippi 39225-2261
>601.965.5545 telephone
>601.961.5674 facsimile
>Email:chris_wells@deq.state.ms.us
>*Attorney for Plaintiff, State of Mississippi*

THIS, the __15th__ day of January ,2013.

>By: __/s/ Lara E. Gill__
>        Lara E. Gill