# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**THE UNITED STATES OF AMERICA,**
**ET AL**

<strong>PLAINTIFFS</strong>

**v.**                                                    Cause No. **3:12cv790 TSL-JMR**

**THE CITY OF JACKSON, MISSISSIPPI**                      **DEFENDANT**

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**NOTICE** is hereby given that Terrell S. Williamson, Legal Counsel for the City of Jackson, Mississippi, hereby enters his appearance as one of the counsel of record for the City of Jackson, Mississippi,  and requests that all  pleadings, mailings and other items be sent to him at the address for the Office of the City Attorney.

The undersigned retains the original of the above document as custodian thereof.

**THIS**, the   17th   day of  January   , 2013.

Respectfully submitted

**THE CITY OF JACKSON, MISSISSIPPI**

By:  /s/Terrell S. Williamson
            Terrell S. Williamson

Of Counsel:

Pieter Teeuwissen, City Attorney
Mississippi Bar No. 8777
Lara E. Gill, Deputy City Attorney II
Mississippi Bar No. 100061
Terrell S. Williamson, Legal Counsel
Mississippi Bar No. 8639

**OFFICE OF THE CITY ATTORNEY**
City of Jackson, Mississippi
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 (office)
601.960.1756 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I, Terrell S. Williamson, one of the attorneys for the City of Jackson, Mississippi, do hereby

certify that I have this day delivered a true and correct copy of the above and foregoing document

to the following:

| | |
|---|---|
| Gregory K. Davis<br>United States Attorney's Office<br>501 East Court Street, Suite 4.430<br>Jackson, Mississippi 39201<br>601.965.4480 (telephone)<br><u>gregory.davis3@usdoi.gov</u><br>*Attorney for Plaintiff* | Samuel Lynn Murray<br>U.S. ATTORNEY'S OFFICE - Jackson<br>501 East Court Street, Suite 4.430<br>Jackson, Mississippi 39201<br>601.973.2835<br>601.965.4409<br><u>lynn.murray@usdoi.gov</u><br>*Attorney for Plaintiff* |
| Karl J. Fingerhood<br>U.S. DEPARTMENT OF JUSTICE<br>Environmental Enforcement Section<br>Post Office Box 7611<br>Washington, DC 20044<br>202.514.7519 (telephone)<br>202.514.2583 (facsimile)<br><u>karl.fingerhood@usdoi.gov</u><br>*Attorney for Plaintiff* | Christopher G. Wells<br>MISSISSIPPI DEPARTMENT OF<br>ENVIRONMENTAL QUALITY<br>Post Office Box 2261<br>Jackson, Mississippi 39225-2261<br>601.965.5545<br>601.961.5674<br><u>chris_wells@deq.state.ms.us</u><br>*Attorney for Plaintiff* |

SO CERTIFIED, this the __17th__ day of _January_, 2013.


      /s/Terrell S. Williamson
         Terrell S. Williamson

2