**ALTERNATIVE SIX MONTH EXPEDITED CALENDAR**
**JUDGE JOHN ROPER**

1. Consent to trial by Magistrate Judge.

2. Estimated trial time no more than two (2) days.

3. Discovery deadline ninety (90) days from CMC.

4. Expert designation  - 30 days plaintiff and 60 days defendant.

5. All time limits under Federal or Local Rules reduced by 50%.

6. Dispositve and Daubert motions filed, briefed and decided 120 days from CMC. (Oral argument in most cases with Bench Ruling).

7. Pretrial and trial within six (6) months of CMC. (Jury or Non-Jury)

**This is an alternative procedure for certain cases in which both parties desire an expedited disposition.  The parties may still consent and follow full discovery and normal time limits.  (Jury or Non-Jury)**

EXHIBIT B