IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE UNITED STATES OF
AMERICA and THE STATE
OF MISSISSIPPI                                                              PLAINTIFFS

VS.                        CIVIL ACTION NUMBER **3:12-CV-00790TSL-JMR**

THE CITY OF JACKSON,
MISSISSIPPI                                                                 DEFENDANT

## ENTRY OF APPEARANCE

**COMES NOW** Pieter Teeuwissen, Esquire, and files this Entry of Appearance in the above-captioned matter as co-counsel for Defendant, and requests a copy of documents be forwarded to his attention as follows:

> Pieter Teeuwissen, Esq.
> 455 East Capitol Street
> Jackson, Mississippi 39201
> adwoodard@bellsouth.net

Respectfully submitted this the 24th day of January 2013.

/s/Pieter Teeuwissen_____
PIETER TEEUWISSEN, MSB #8777

OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Jackson, Mississippi 39201
Office:         601-960-1799
Facsimile:   601-960-1756

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has this day transmitted via electronic mail through ECF electronic filing a true and correct copy of the foregoing Entry of Appearance to the following:

Gregory K. Davis, Esq.
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
gregory.davis3@usdoj.gov

Karl J. Fingerhood, Esq.
United States Department of Justice
Environmental Enforcement Section
Post Office Box 7611
Washington, D.C. 20044
karl.fingerhood@usdoj.gov

Samuel L. Murray, Esq.
United States Attorney's Office-Jackson
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
lynn.murray@usdoj.gov

*Counsel for The United States of America*

Christopher G. Wells, Esq.
Mississippi Department of Environmental Quality
Post Office Box 2261
Jackson, Mississippi 39225-2261
chris_wells@deq.state.ms.us

*Counsel for The State of Mississippi*

Respectfully submitted this the 24th of January 2013.

/s/Pieter Teeuwissen
PIETER TEEUWISSEN, MSB #8777