IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Jackson Division)

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATE OF MISSISSIPPI,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>    Defendant. | Case No. 3:12-cv-790  TSL-JMR |

## JOINT MOTION TO ENTER CONSENT DECREE

COME NOW, the United States of America and the State of Mississippi, and hereby respectfully request that the court approve the proposed Consent Decree lodged in this matter on November 11, 2012 (Docket #2). The grounds for this Motion are set forth in the accompanying Memorandum in Support of Joint Motion to Enter Consent Decree being filed simultaneously herewith, and a copy of the previously lodged Consent Decree is being provided electronically to the Judge's chamber as well.

Dated: March 1, 2013

                                      Respectfully submitted,

                                      IGNACIA S. MORENO
                                      Assistant Attorney General
                                      United States Department of Justice
                                      Environment and Natural Resources Division

- 2 -

           */S/Karl J. Fingerhood*
KARL J. FINGERHOOD
Trial Attorney (PA Bar ID No. 63260)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C.  20044
    Telephone:  (202) 514-7519
    Facsimile:   (202) 514-009

karl.fingerhood@usdoj.gov

GREG DAVIS
United States Attorney
Southern District of Mississippi

SAMUEL LYNN MURRAY
(MS Bar ID No. 3690)
Assistant U.S. Attorney
Southern District of Mississippi
501 E. Court St., Ste. 4.430
Jackson, MS 39201
Tel: 601-973-2835
Fax: 601-965-4032

Of Counsel:

WILLIAM B. BUSH, JR.
Associate Regional Counsel
United States Environmental Protection Agency
Region 4
61 Forsyth Street
Atlanta, GA 30303
    Telephone: 404-562-9538
    Fax: 404-562-9486

        ATTORNEYS FOR PLAINTIFF
        UNITED STATES OF AMERICA

- 3 -

Dated: March 1, 2013

        */S/ Christopher G. Wells with permission by KJF*
CHRISTOPHER G. WELLS
Senior Attorney
Office of Pollution Control
Mississippi Department of Environmental Quality
P.O. Box 2261
Jackson, MS 39225
    Telephone: 601-961-5545
    Facsimile: 601-961-5674

Chris_Wells@deq.state.ms.us


ATTORNEY FOR PLAINTIFF STATE OF MISSISSIPPI BY AND THROUGH THE MISSISSIPPI COMMISSION ON ENVIRONMENTAL QUALITY AND THE MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY