## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**THE UNITED STATES OF**
**AMERICA and THE STATE**
**OF MISSISSIPPI**                                                     **PLAINTIFFS**

**VS.**             **CIVIL ACTION NUMBER 3:12-CV-00790-TSL-JMR**

**THE CITY OF JACKSON,**
**MISSISSIPPI**                                                                            **DEFENDANT**

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Pieter Teeuwissen in the above styled and numbered cause, and moves, pursuant to L.U.Civ.R. 83.1(b)(3) and other applicable authority, for leave of Court to allow Pieter Teeuwissen to withdraw as counsel of record. In support of this Motion, the undersigned would show the Court the following:

I.

The undersigned served as City Attorney of the City of Jackson when he filed his Notice of Appearance [MEC.] 7 on behalf of the City of Jackson, Mississippi on January 24, 2013. The undersigned separated employment from the City of Jackson in September 2013 and is no longer working on this matter. It recently came to undersigned's attention that he was still listed as one of the counsel for the City of Jackson.

II.

Withdrawal will not prejudice this matter, nor is it filed for delay. Withdrawal of counsel can be accomplished without any materially adverse effect

on the interest of the client. Attorney Terrell S. Williamson currently serves as counsel for the City of Jackson, Mississippi.

### III.

Pursuant to L.U.Civ.R. 83.1(b)(3), undersigned will duly notice this motion to all parties, including the client, and if necessary, present the judicial officer to whom the case is assigned a proposed order authorizing counsel's withdrawal.

**WHEREFORE, PREMISES CONSIDERED**, Pieter Teeuwissen prays this Honorable Court will consider said motion and upon consideration, relieve him as counsel of record. The undersigned further prays for such other and general relief as this Court deems appropriate.

Respectfully submitted this the 9th day of August, 2021.

/s/Pieter Teeuwissen
PIETER TEEUWISSEN, MSB # 8777

**SIMON & TEEUWISSEN, PLLC**
621 East Northside Drive
Jackson, Mississippi 39206
Office:		601-362-8400
Facsimile:	601-366-2292

### CERTIFICATE OF SERVICE

The undersigned certify that he has this day electronically filed the MOTION TO WITHDRAW with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys of record.

Respectfully submitted this the 9th day of August, 2021.

/s/Pieter Teeuwissen
PIETER TEEUWISSEN, MSB # 8777

2