# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

THE UNITED STATES OF AMERICA, **PLAINTIFFS**
ET AL.

v.   CASE NO. 3:12cv790-TSL-RPM

THE CITY OF JACKSON, MISSISSIPPI   **DEFENDANT**

## NOTICE OF APPEARANCE

The undersigned, Jennifer Case, Assistant United States Attorney, hereby enters her notice of appearance as counsel for Plaintiff United States of America.

Respectfully submitted,

DARREN J. LAMARCA
*United States Attorney for the*
*Southern District of Mississippi*

/s/ *Jennifer Case*
JENNIFER CASE
Mississippi Bar Number 104238
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi  39201
(601) 965-4480

Dated:  November 30, 2021   *Attorney for United States of America*