IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Jackson Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| and the STATE OF MISSISSIPPI, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:12-cv-790 TSL-RPM |
| | ) |
| v. | ) |
| | ) JOINT MOTION FOR |
| | ) ORDER FOR |
| THE CITY OF JACKSON, MISSISSIPPI, | ) CONFIDENTIALITY OF |
| | ) SETTLEMENT DISCUSSIONS |
| Defendant. | ) |
| | ) |

Plaintiffs, the United States of America, on behalf of and including the United States Environmental Protection Agency ("United States"), the State of Mississippi, by and through the Mississippi Commission of Environmental Quality, acting through the Mississippi Department of Environmental Quality (collectively, "MDEQ"); and Defendant, the City of Jackson, Mississippi (the "City"); and together with Plaintiffs, (collectively "the Movants"), submit this Motion for a Confidentiality Order. In support of their Motion the Movants submit the following:

1. The United States has civil claims ("Federal Claims") against the City related to the Consent Decree in *United States of America and the State of Mississippi v. City of Jackson, Mississippi*, Case No. 3:12-cv-790-TSL-RPM (USDC S.D. Miss.) ("CD")[Docket No. 10] and the Clean Water Act ("CWA") 33 U.S.C. § 1251, *et seq*. generally;

2. Mississippi has civil claims ("State Claims") against the City related to the CD and the Mississippi Air and Water Pollution Control Law, Miss. Code Ann. § 49-17-1 *et*

1

*seq.* ("MAWPCL");

3. Pursuant to Paragraph 101 of the CD, this Court has retained jurisdiction over this matter. *See*, Docket No. 10 at ¶ 101;

4. The United States and Mississippi share a close and common interest in the enforcement of the Federal Claims and State Claims and the believe that meaningful enforcement discussions will require information exchanges and other communications and accordingly agree that the sharing of information by their employees, consultants, agents, and counsel will further their common enforcement goals;

5. The United States and Mississippi recognize and agree that the written and oral communications between them related to negotiations with the City, enforcement, or any other matters related to potential enforcement actions, are being made in anticipation of litigation;

6. The City is aware of the Federal and State Claims in this matter ("Subject Claims") and wishes to avoid litigation and explore opportunities for settlement or compromise of the Subject Claims prior to the initiation of litigation;

7. The City has produced certain information to the United States as of November 1, 2021, and such information has not been shared with Mississippi;

8. The United States, Mississippi, and the City recognize that meaningful settlement negotiations will require the exchange of information and opinions, offers of settlement or compromise, and other communications among them;

9. The Movants agree that maintaining the confidentiality of Settlement Communications (as defined in the proposed Order on Confidentiality of Settlement

Discussions ("Order") would generally facilitate the free exchange of information, the expression of unvarnished opinions, and enhance the likelihood of a successful outcome;

10. The Movants wish to provide for appropriate protection covering any privilege that could be asserted and the confidentiality of exchanges occurring during the course of such discussions;

11. The Movants request relief from the obligation to file a memorandum brief in support of this motion. *See* L. U. Civ. R. 7(b)(4).

12. The Movants have reviewed and consent to the form of the proposed Order.

13. The Movants respectfully request the Court grant their motion for a Confidentiality Order.

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

DARREN J. LAMARCA
United States Attorney for the
Southern District of Mississippi

Dated: Nov. 30, 2021

 /s/ Jennifer Case (with permission by KJF)
JENNIFER CASE
Assistant United States Attorney
MS Bar No. 104238
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 965-4480
Fax: (601) 965-4409
Email: JCase2@usa.doj.gov

|  |  |
|---|---|
| | TODD KIM |
| | Assistant Attorney General |
| | Environment and Natural Resources Division |
| Dated: Nov. 30, 2021 | |
| | /S/ Karl J. Fingerhood |
| | KARL FINGERHOOD (PA Bar No. 63260) |
| | ANGELA MO (CA Bar No. 262113) |
| | Senior Counsel |
| | Environmental Enforcement Section |
| | Environment and Natural Resources Division |
| | United States Department of Justice |
| | P.O. Box 7611 |
| | Washington, DC 20044-7611 |
| | Telephone: (202) 514-7519 |
| | (202) 514-1707 |
| | E-mail:  Karl.Fingerhood@usdoj.gov |
| | Angela.mo@usdoj.gov |

Of Counsel:
MICHELE WETHERINGTON
Associate Regional Counsel
U.S. EPA Region 4
61 Forsyth St. SW
Atlanta, Georgia 30303

SUZANNE ARMOR
Associate Regional Counsel
U.S. EPA Region 4
61 Forsyth St. SW
Atlanta, Georgia 30303

**ATTORNEYS FOR STATE OF MISSISSIPPI:**

Dated: Nov. 30, 2021

/s/ Gretchen Zmitrovich (with permission by KJF)
GRETCHEN ZMITROVICH
(MS Bar No. 101470)
Senior Attorney
Mississippi Department of Environmental Quality
Post Office Box 2261
Jackson, Mississippi 39225-2261
Telephone: (601) 961-5050
Facsimile: (601) 961-5349
gzmitrovich@mdeq.ms.gov

**ATTORNEYS FOR CITY OF JACKSON, MISSISSIPPI:**

Dated: Nov. 30, 2021

    /s/ Terrell S. Williamson (with permission by KJF)
TERRELL S. WILLIAMSON (MB# 8639)
Legal Counsel
twilliamson@jacksonms.gov

    /s/ Catoria Martin (with permission by KJF)
CATORIA MARTIN (MB# 103938)
City Attorney
cmartin@jacksonms.gov

OF COUNSEL:
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 (office)
601.960.1756 (facsimile)