# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

THE UNITED STATES OF AMERICA,                                 PLAINTIFFS
ET AL.

v.                                              CASE NO. 3:12cv790-TSL-RPM

THE CITY OF JACKSON, MISSISSIPPI                           DEFENDANT

---

## ORDER REOPENING CASE

---

Upon consideration of the Joint Motion to Reopen Case, good cause

existing, the Clerk is hereby directed to re-open the above-referenced case.

SO ORDERED,  this 1st day of December,  2021.

/s/Tom S. Lee
U.S. DISTRICT JUDGE