# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**THE UNITED STATES OF AMERICA, ET AL**                                **PLAINTIFF**

**v.**                                                      **CASE NO. 3:12cv790-TSL-RPM**

**THE CITY OF JACKSON, MISSISSIPPI**                                **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Claire Barker, Special Assistant to the City Attorney, and enters her appearance, as one of the attorneys for the Defendant City of Jackson in the above styled and numbered civil action.

**RESPECTFULLY** submitted this the 18th day of January, 2022.

**CITY OF JACKSON, MISSISSIPPI**

By: /s/ Claire Barker
Claire Barker, MSB #101312
SPECIAL ASSISTANT TO THE CITY ATTORNEY

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: 601-960-1799
Facsimile: 601-960-1756
*Attorneys for the City of Jackson*

## **CERTIFICATE OF SERVICE**

I, Claire Barker, one of the attorneys for the Defendant, do hereby certify that I have served this day via Electronic Filing, a true and correct copy of the above and foregoing Notice of Appearance to all counsel of record.

So certified, this the 18th day of January 2022.

/s/ Claire Barker
Claire Barker