IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE UNITED STATES OF AMERICA, ET AL                  PLAINTIFF

v.                                                CASE NO. 3:12cv790-TSL-RPM

THE CITY OF JACKSON, MISSISSIPPI                     DEFENDANTS

## ENTRY OF APPEARANCE

**COMES NOW**, Catoria Martin, City Attorney, and enters her appearance, on behalf of the City of Jackson in the above styled and numbered civil action.

RESPECTFULLY submitted this the 5th day of December, 2022.

                                               CITY OF JACKSON, MISSISSIPPI

                                               By:     */s/Catoria Martin*
                                                                Catoria Martin, MSB # 103938
                                                                CITY ATTORNEY

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Catoria Martin, on behalf of the City of Jackson, do hereby certify that upon filing of the Entry of Appearance in the Court's electronic system, the clerk of the Court is anticipated to serve a true and correct copy of the above and foregoing *Entry of Appearance* to all counsel of record; therefore, a copy of the document need not be served personally.

Submitted this the 5th day of December, 2022.

> /s/ Catoria Martin
> Catoria Martin