# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO. 3:12-cv-790-TSL-RPM**

**THE CITY OF JACKON, MISSISSIPPI**                           **DEFENDANT**

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Angela Givens Williams, Assistant United States Attorney for the Southern District of Mississippi, substitutes for Jennifer Case, Assistant United States Attorney for the Southern District of Mississippi, as counsel of record for Plaintiff United States of America. Henceforth, AUSA Williams should be listed as counsel of record for Plaintiff United States of America and all other counsel of record should be removed from the case.

All CM/ECF transmissions should be directed to AUSA Williams.

Dated: December 19, 2022          Respectfully submitted,

                                        DARREN J. LAMARCA
                                        United States Attorney

                  By:          ANGELA GIVENS WILLIAMS
                                        *Assistant United States Attorney*
                                        MS Bar No. 102469
                                        United States Attorney's Office
                                        501 East Court Street, Suite 4.430
                                        Jackson, Mississippi 39201
                                        Telephone:   (601) 973-2820

Facsimile: (601) 965-4409
Email: angela.williams3@usdoj.gov

\

**CERTIFICATE OF SERVICE**

I, Angela Givens Williams, Assistant U.S. Attorney, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notice to all counsel of record.

Dated: December 19, 2022        /s/ *Angela Givens Williams*
                                Angela Givens Williams
                                Assistant United States Attorney