IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> and the STATE OF MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:12-cv-790 TSL-RPM <br><br> STIPULATION FOR AMENDED ORDER FOR CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS |

WHEREAS, the United States has civil claims ("Federal Claims") against the City related to the Consent Decree in this case ("CD") [Dkt. No. 10] and the Clean Water Act ("CWA") 33 U.S.C. § 1251, *et seq*. generally;

WHEREAS, Mississippi, through the Mississippi Department of Environmental Quality ("MDEQ"), has civil claims ("State Claims") against the City related to the CD and the Mississippi Air and Water Pollution Control Law, Miss. Code Ann. § 49-17-1 *et seq.* ("MAWPCL");

WHEREAS, on November 29, 2022, the United States filed a complaint against the City alleging civil claims for violations of the Safe Drinking Water Act ("SDWA"), 42. U.S.C. § 300f *et seq.*, in *United States v. City of Jackson, Mississippi*, Case No. 3:22-cv-00686-HTW-LGI (the "SDWA case") at Dkt. No. 1.  Also on November 29, 2022, Judge Henry T. Wingate in the SDWA case approved an Interim Stipulated Order that, among other things, appointed Edward "Ted" Henifin as the Interim Third-Party Manager (ITPM) over the City's drinking water system and Water/Sewer Business Administration Division. *United States v. City of Jackson,* Case No. 3:22-

1

cv-00686-HTW-LGI at Dkt. No. 6.  The State of Mississippi, through the Mississippi State Department of Health ("MSDH"), is a signatory to the Interim Stipulated Order.

WHEREAS, the ITPM will be engaged with the United States, the City, and the State of Mississippi in settlement discussions regarding the SDWA case.

WHEREAS, on February 17, 2023, Judge Wingate approved a Confidentiality Order for Settlement Discussions in the SDWA case. *United States v. City of Jackson,* Case No. 3:22-cv-00686-HTW-LGI at Dkt. No. 20.

WHEREAS, those discussions may include matters involving the CWA claims pending in this action.

WHEREAS, on December 13, 2021, this Court entered a Confidentiality Order [Dkt. No. 19], to, among other things, facilitate the free exchange of information, the expression of unvarnished opinions, and enhance the likelihood of a successful outcome; and provide for appropriate protection covering any privilege that could be asserted and the confidentiality of exchanges occurring during the course of such discussions.

WHEREAS, the signatories to this Stipulation stipulate and agree that the Confidentiality Order in this proceeding should be amended to extend to and include the ITPM and MSDH.

WHEREAS, the ITPM and MSDH have signed this Stipulation and consent to be bound by the Confidentiality Order and consent to the substance and form of the proposed Amended Order for Confidentiality of Settlement Discussions.

It is hereby STIPULATED AND AGREED that the Confidentiality Order should be amended to include the ITPM and MSDH.  A proposed Amended Order for Confidentiality of Settlement Discussions is being submitted simultaneously herewith.

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

<table>
<tr><td>Dated: March __7_, 2023</td><td>DARREN J. LAMARCA<br>United States Attorney for the<br>Southern District of Mississippi<br><br>_/s/ Angela Williams ( with permission by KF)___<br>ANGELA WILLIAMS<br>Assistant United States Attorney<br>MS Bar No. 102469<br>United States Attorney's Office<br>501 East Court Street, Suite 4.430<br>Jackson, Mississippi  39201<br>Tel: (601) 973-2820<br>Fax: (601) 965-4409<br>Email: angela.williams3@usdoj.gov</td></tr>
</table>

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

Dated: March _7_, 2023

*Karl Fingerhood*
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-7519
              (202) 514-1707
E-mail:   Karl.Fingerhood@usdoj.gov
              Angela.mo@usdoj.gov

Of Counsel:
MICHELE WETHERINGTON
Associate Regional Counsel
U.S. EPA Region 4
61 Forsyth St. SW
Atlanta, Georgia  30303

SUZANNE ARMOR
Associate Regional Counsel
U.S. EPA Region 4
61 Forsyth St. SW
Atlanta, Georgia  30303

**ATTORNEYS FOR STATE OF MISSISSIPPI:**

FOR THE MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY

Dated: March _____7, 2023

                                        /s/ Gretchen Zmitrovich (with permission by KF)
GRETCHEN ZMITROVICH
(MS Bar No. 101470)
Senior Attorney
Mississippi Department of Environmental Quality
Post Office Box 2261
Jackson, Mississippi  39225-2261
Telephone: (601) 961-5050
Facsimile: (601) 961-5349
gzmitrovich@mdeq.ms.gov

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:

Dated: March __7_, 2023              _____/s/ Christin B. Williams (with permission by KF)_____
CHRISTIN B. WILLIAMS (MS Bar No. 104533)
General Counsel
CASSANDRA WALTER (MS Bar No. 8441)
Attorney
Legal Counsel
Mississippi State Department of Health
P.O. Box 1700
Jackson, Mississippi 39215
Tel: (601) 576-7847
Fax: (601) 576-7805
Email:  Christin.Williams@msdh.ms.gov
          Cassandra.Walter@msdh.ms.gov

**ATTORNEYS FOR CITY OF JACKSON, MISSISSIPPI:**

Dated: March 6, 2023

TERRELL S. WILLIAMSON (MB# 8639)
Legal Counsel
twilliamson@jacksonms.gov

CATORIA MARTIN (MB# 103938)
City Attorney
cmartin@jacksonms.gov

OF COUNSEL:
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 (office)
601.960.1756 (facsimile)

**FOR THE INTERIM THIRD-PARTY MANAGER**:

Dated: March __7__, 2023                ___/s/ Edward Henifin  (with permission by KF)___
                                        EDWARD "TED" HENIFIN
                                        Interim Third-Party Manager – Operating as JXN Water
                                        P.O. Box 4505
                                        Jackson, Mississippi 39216
                                        Tel: (757) 274-7904
                                        Email: ted.henifin@gmail.com