UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MISSISSIPPI                                                                                           PLAINTIFFS

V.                                                                            CIVIL ACTION NO. 3:12-cv-790-TSL-RPM

THE CITY OF JACKSON, MISSISSIPPI                                                                   DEFENDANT

ORDER TO REASSIGN

By agreement of the judges, pursuant to authority of the United States District Court, Southern District of Mississippi, Internal Rule 1, as amended, and to assure prompt and expeditious handling of the court docket, the Court finds that the captioned case should be, and hereby is, reassigned to United States District Judge Henry T. Wingate and United States Magistrate Judge LaKeysha G. Isaac.

**SO ORDERED AND ADJUDGED** this the 18th day of April, 2023.

                                                s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE