IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,     PLAINTIFFS
and the STATE OF MISSISSIPPI,
v.     CIVIL ACTION NO. 3:12-cv-790 HTW-LGI

THE CITY OF JACKSON, MISSISSIPPI     DEFENDANT

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Gretchen Zmitrovich, Senior Attorney for the Mississippi Department of Environmental Quality, substitutes for Christopher G. Wells as counsel of record for Plaintiff the State of Mississippi, by and through the Mississippi Commission on Environmental Quality, acting through the Mississippi Department of Environmental Quality. Henceforth, Ms. Zmitrovich should be listed as counsel of record for Plaintiff the State of Mississippi and all other counsel of record should be removed from the case.

All CM/ECF transmissions should be directed to Ms. Zmitrovich.

Dated: April 28, 2023     Respectfully submitted,

GRETCHEN ZMITROVICH
MS Bar No. 101470
Senior Attorney
Mississippi Department of Environmental Quality
Post Office Box 2261
Jackson, Mississippi 39225-2261
Telephone: (601) 961-5050
Facsimile: (601) 961-5349
Email: gzmitrovich@mdeq.ms.gov

## CERTIFICATE OF SERVICE

I, Gretchen Zmitrovich, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notice to all counsel of record.

Dated:  April 28, 2023              */s/ Gretchen Zmitrovich*
                                                     Gretchen Zmitrovich