IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>and the STATE OF MISSISSIPPI, )<br>)<br>Plaintiffs, )<br>) Case No. 3:12-cv-790-HTW-LGI<br>)<br>v. )<br>)<br>) AMENDED ORDER FOR<br>THE CITY OF JACKSON, MISSISSIPPI, ) CONFIDENTIALITY OF<br>) SETTLEMENT DISCUSSIONS<br>Defendant. )<br>) | |

Having considered the Stipulation for Amended Order for Confidentiality of Settlement Discussions and to protect the confidentiality of certain information and facilitate information exchanges and resolution in this matter, for good cause appearing, and pursuant to the Court's inherent authority, Fed. R. Civ 26(c), the Stipulation [Dkt. No. 26] is GRANTED and the Court ORDERS that the Confidentiality Order entered in this action on December 13, 2021, [Dkt. No. 19] is amended to include the Mississippi State Department of Health, a signatory to the Interim Stipulated Order in *United States v. City of Jackson, Mississippi*, Case No. 3:22-cv-00686-HTW-LGI, and Edward "Ted" Henifin, the Interim Third-Party Manager appointed by the Court in *United States v. City of Jackson, Mississippi*, Case No. 3:22-cv-00686-HTW-LGI, and they are hereby bound thereto. Any trade secrets or commercial or financial information provided to the United States by the ITPM that the ITPM wishes to protect as confidential business information shall be provided and managed in accordance with 40 C.F.R. Part 2. Any trade secrets or other

1

commercial or financial information provided to Mississippi by the ITPM that the ITPM wishes to protect as confidential shall be provided and managed in accordance with Miss. Code Ann. § 49–17–39.  To the extent that such information is also claimed as a Settlement Communication pursuant to the Confidentiality Order, such information shall also be handled in accordance with Confidentiality Order.

    IT IS SO ORDERED.

DATE: **May 11, 2023**      **/s/HENRY T. WINGATE**
U.S. DISTRICT JUDGE