IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> and the STATE OF MISSISSIPPI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> THE CITY OF JACKSON, MISSISSIPPI, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:12-cv-790-HTW-LGI <br><br> **JOINT MOTION FOR** <br> **RELIEF FROM MAY 24, 2023 ORDER** |

Plaintiffs the United States of America and the State of Mississippi, acting through the Mississippi Commission on Environmental Quality and the Mississippi Department of Environmental Quality ("MDEQ"), and Defendant City of Jackson hereby jointly move for relief from the Court's May 24, 2023 Order, Dkt. No. 32 in *United States v. City of Jackson*, Case No. 3:22-cv-00686-HTW-LGI (S.D. Miss.). For the reasons explained in the accompanying memorandum of law, the Parties respectfully request that the Court relieve the Parties from the requirement to reach an agreement and submit a joint proposed order to the Court on or before June 6, 2023, and instead require the Parties to submit a joint status report or, if an agreement has been approved by the appropriate government officials with authority, a proposed agreement, on or before June 21, 2023.

Respectfully submitted,

**ATTORNEYS FOR UNITED STATES OF AMERICA:**

Dated: June 6, 2023

          TODD KIM
          Assistant Attorney General
          Environment and Natural Resources Division

          */s/ Karl J. Fingerhood*
          KARL FINGERHOOD (PA Bar No. 63260)
          ANGELA MO (CA Bar No. 262113)
          Senior Counsel
          Environmental Enforcement Section
          Environment and Natural Resources Division
          United States Department of Justice
          Post Office Box 7611
          Washington, DC 20044-7611
          Telephone: (202) 514-7519
                     (202) 514-1707
          E-mail:  Karl.Fingerhood@usdoj.gov
                     Angela.Mo@usdoj.gov

          DARREN J. LAMARCA
          United States Attorney for the Southern District of Mississippi

          ANGELA WILLIAMS
          Assistant United States Attorney
          MS Bar No. 102469
          United States Attorney's Office
          501 East Court Street, Suite 4.430
          Jackson, Mississippi 39201
          Tel: (601) 973-2820
          E-Mail: angela.williams3@usdoj.gov

Of Counsel:
MICHELE WETHERINGTON
Associate Regional Counsel
U.S. EPA Region 4
61 Forsyth St. SW
Atlanta, Georgia 30303

**FOR THE CITY OF JACKSON, MISSISSIPPI:**

Dated: June 6, 2023

CATORIA MARTIN (MS Bar No. 103938)
City Attorney
Email: cmartin@city.jackson.ms.us

/s/ Terrell S. Williamson (with permission by KF)
TERRY WILLIAMSON (MS Bar No. 8639)
Legal Counsel
Email: twilliamson@city.jackson.ms.us

OF COUNSEL:

OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Tel: (601) 960-1799
Fax: (601) 960-1756

**ATTORNEYS FOR STATE OF MISSISSIPPI:**

Dated: June 6, 2023

/s/ Gretchen Zmitrovich (with permission by KF)
GRETCHEN ZMITROVICH (MS Bar No. 101470)
DONNA J. HODGES (MS Bar No.  9561)
Senior Attorneys
Mississippi Department of Environmental Quality
Post Office Box 2261
Jackson, Mississippi 39225-2261
Telephone: (601) 961-5050
Facsimile: (601) 961-5349
E-mail:	gzmitrovich@mdeq.ms.gov
	dhodges@mdeq.ms.gov