IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF MISSISSIPPI | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:12-cv-790 HTW-LGI |
| THE CITY OF JACKSON, MISSISSIPPI | DEFENDANT |

**ENTRY OF APPEARANCE**

COMES NOW, Donna J. Hodges, Senior Counsel of the Mississippi Department of Environmental Quality (MDEQ), for Plaintiff the State of Mississippi, by and through the Mississippi Commission on Environmental Quality, acting through MDEQ, and enters her appearance in the above captioned matter.

RESPECTFULLY SUBMITTED, this the 8th day of June, 2023

                        By:    */s/ Donna J. Hodges*
                                Donna J. Hodges, MSB No. 9561
                                Senior Counsel, MDEQ

Mississippi Department of
Environmental Quality
Legal Division
P.O. Box 2261
Jackson, MS  39225-2261
Telephone:  (601) 961-5369
Facsimile:  (601) 961-5349
Email: dhodges@mdeq.ms.gov

1

## **CERTIFICATE OF SERVICE**

I, Donna J. Hodges, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notice to all counsel of record.

SUBMITTED, this the 8th day of June, 2023

>*/s/ Donna J. Hodges*
>Donna J. Hodges