IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA
and the STATE OF MISSISSIPPI                                             PLAINTIFFS

v.                                             CIVIL ACTION NO. 3:12-cv-790 HTW-LGI

THE CITY OF JACKSON, MISSISSIPPI                                    DEFENDANT

ENTRY OF APPEARANCE

COMES NOW, Roy Furrh, General Counsel of the Mississippi Department of Environmental Quality (MDEQ), for Plaintiff the State of Mississippi, by and through the Mississippi Commission on Environmental Quality, acting through MDEQ, and enters his appearance in the above captioned matter.

RESPECTFULLY SUBMITTED, this the 8th day of June, 2023

                        By:    */s/ Roy Furrh*
                              Roy Furrh, MSB No. 4321
                              General Counsel, MDEQ

Mississippi Department of
Environmental Quality
Legal Division
P.O. Box 2261
Jackson, MS  39225-2261
Telephone:  (601) 961-5260
Facsimile:  (601) 961-5349
Email: rfurrh@mdeq.ms.gov

## **CERTIFICATE OF SERVICE**

I, Roy Furrh, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notice to all counsel of record.

SUBMITTED, this the 8th day of June, 2023

*/s/ Roy Furrh*
Roy Furrh