IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| and the STATE OF MISSISSIPPI, ) | |
| Plaintiffs, ) | Case No. 3:12-cv-790-HTW-LGI |
| v. ) | **NOTICE OF LODGING** |
| ) | **[Proposed] STIPULATED ORDER** |
| THE CITY OF JACKSON, MISSISSIPPI, ) | |
| Defendant. ) | |

This Notice of Lodging is accompanied by the attached proposed Stipulated Order entered into by the United States of America, on behalf of its Environmental Protection Agency ("EPA"), the State of Mississippi, on behalf of its Department of Environmental Quality ("MDEQ"), and the City of Jackson, Mississippi ("City").

The proposed Stipulated Order puts the operation of the City's sewer system under the control of the Interim Third-Party Manager who is already overseeing the City's drinking water system. The Stipulated Order requires the Interim Third-Party Manager to perform substantial work to address problems plaguing the City's sewer system. The work required includes addressing more than 200 emergency sewer failure locations (many resulting in sanitary sewer overflows), prohibited bypasses of treatment prior to discharging water into the Pearl River, and implementation of Management, Operations, and Maintenance Programs. The Stipulated Order is intended to put the City on a pathway to compliance with the Clean Water Act and the

1

Mississippi Air and Water Pollution Control Law. The proposed Stipulated Order does not resolve any claims or non-compliance with the 2013 Clean Water Act Consent Decree.

The Parties do not seek any immediate action by the Court on this filing. The Justice Department will publish notice of this proposed Stipulated Order in the Federal Register, which will commence the public comment period. The public comment period will close August 31, 2023. Any comments must be submitted or post-marked by August 31, 2023.

At the conclusion of the public comment period, the United States will: (i) file with the Court any written comments received pertaining to the proposed Stipulation; and (ii) either notify the Court of its withdrawal of the proposed Stipulated Order or respond to comments received and file a Motion asking the Court to approve the stipulation embodied in the proposed Stipulated Order.

Respectfully submitted,

Dated: July 26, 2023

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*Karl J. Fingerhood*
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-7519
              (202) 514-1707
E-mail: Karl.Fingerhood@usdoj.gov
             Angela.Mo@usdoj.gov

2

          DARREN J. LAMARCA
          United States Attorney for the Southern District of Mississippi

          ANGELA WILLIAMS
          Assistant United States Attorney
          MS Bar No. 102469
          United States Attorney's Office
          501 East Court Street, Suite 4.430
          Jackson, Mississippi 39201
          Tel: (601) 973-2820
          E-Mail: angela.williams3@usdoj.gov

Of Counsel:
MICHELE WETHERINGTON
Associate Regional Counsel
U.S. EPA Region 4
61 Forsyth St. SW
Atlanta, Georgia 30303