# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **and the STATE OF MISSISSIPPI,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Case No. 3:12-cv-790-HTW-LGI** |
| ) | |
| **THE CITY OF JACKSON, MISSISSIPPI,** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

Please take notice that Malissa Wilson, with the law firm of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201, files this Entry of Appearance as counsel of record for JXN Water, the Interim Third-Party Manager of the Jackson Water System, in the above-styled matter. The undersigned requests that all pleadings, papers, and other matters be directed accordingly.

Respectfully submitted, this the 31st day of July, 2023.

**JXN WATER,**

/s/ *Malissa Wilson*
Malissa Wilson (MSB #100751)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
malissa.wilson@formanwatkins.com

*ITS ATTORNEY*