**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| and the STATE OF MISSISSIPPI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:12-cv-790-HTW-LGI |
| ) | |
| THE CITY OF JACKSON, MISSISSIPPI, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

Please take notice that Charles Mitchell McGuffey, with the law firm of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201, files this Entry of Appearance as counsel of record for JXN Water, the Interim Third-Party Manager of the Jackson Water System, in the above-styled matter. The undersigned requests that all pleadings, papers, and other matters be directed accordingly.

Respectfully submitted, this the 31st day of July, 2023.

**JXN WATER,**

/s/ *Charles Mitchell McGuffey*
Charles Mitchell McGuffey (MSB #104986)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
mitch.mcguffey@formanwatkins.com

*ITS ATTORNEY*