# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO. 3:12-cv-790-HTW-LGI**

**THE CITY OF JACKON, MISSISSIPPI**                                  **DEFENDANT**

## MOTION TO WITHDRAW

The undersigned attorney for the United States, Lynn Murray, files this Motion to Withdraw as co-counsel for the United States in this matter. The remaining attorneys will continue to represent the United States.

Dated: August 4, 2023                      Respectfully submitted,

                                                   DARREN J. LAMARCA
                                                   United States Attorney

                        By:    *s/ Lynn Murray*
                                                   LYNN MURRAY
                                                   Assistant United States Attorney
                                                   MS Bar No. 3690
                                                   United States Attorney's Office
                                                   501 East Court Street, Suite 4.430
                                                   Jackson, Mississippi 39201
                                                   Telephone:    (601) 965-4480
                                                   Facsimile:      (601) 965-4409
                                                   Email: lynn.murray@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on 4th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system notification of the "Motion to Withdraw" which notified electronically all counsel of record.

                                            *Lynn Murray*
                                            LYNN MURRAY
                                            Assistant U.S. Attorney