Form 6 (ND/SD Miss. Dec. 2016)

## United States District Court
## Southern District of Mississippi

UNITED STATES OF AMERICA     Plaintiff

v.                                                              Civil Action No.  3:12-cv-00790-HTW-LGI

CITY OF JACKSON, MISSISSIPP     Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Frank Paul Calamita

Firm Name: AquaLaw PLC

Office Address: 6 South 5th Street

City: Richmond   State: VA   Zip: 23219

Telephone: 804-716-9021   Fax: 804-716-9022

E-Mail: paul@aqualaw.com

(B) Client(s): Mr. Edward Henifin, JXN Water, Interim Third Party Manager

Address: P.O. Box 4505

City: Jackson   State: MS   Zip: 39216

Telephone: 757-274-7904   Fax: N/A

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes, I have represented Mr. Henifin (Owner of JXN Water) for approximately 15 years in his prior capacity as the General Manager of the Hampton Roads Sanitation District. My prior representation is not connected with this matter.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes, I have represented public water/ sewer utilities for approximately 30 years. My firm has extensive experience representing wastewater utilities and statewide wastewater utility associations. I have also assisted dozens of public utilities nationwide with federal consent decree matters such as the matter JXN Water is involved with.

(C) I am admitted to practice in the:



☑ State of Virginia

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

U.S. District Court, Eastern District of Virginia
701 E. Broad Street, Richmond, Virginia 23219
804-916-2220 (Clerk's Office, Civil Section)
http://www.vaed.uscourts.gov/Richmond

All other courts before which I have been admitted to practice:

2

| Jurisdiction | Admitted/ State Bar # |
|---|---|
| U.S. District Court – E.D. Virginia | 1992 (VA #34136) |
| U.S. District Court – Maryland | 1998 (MD #9712160099) |
| U.S. District Court – S.D. West Virginia | 2001 (WV #8789) |
| U.S. Supreme Court | 2006 |
| D.C. Circuit Court of Appeals | 2006 |
| U.S. District Court – D.C. Circuit | 2009 |
| U.S. District Court – W.D. Missouri | 2015 (MO #65398) |
| First Circuit Court of Appeals | 2016 |
| U.S. District Court – M.D. N. Carolina | 2018 (NC #42725) |
| U.S. District Court – South Carolina | 2018 (SC #72335) |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? |  | X |
|  | Have you had admission pro hac vice revoked in this state? |  | X |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made, and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? |  | X |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?   Yes ◯   No ●

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| U.S. District Court, S.D. Mississippi<br>Thad Cochran United States Courthouse<br>501 E. Court Street<br>Suite 2.500<br>Jackson, MS 39201 | 1/24/2023 | Approved |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| U.S. District Court, S.D. Mississippi<br>Thad Cochran United States Courthouse<br>501 E. Court Street<br>Suite 2.500<br>Jackson, MS 39201 | United States of America v. The City of Jackson, Mississippi<br>3:22-cv-00686 |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ● No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Malissa Wilson, 100751

Firm Name:   Forman Watkins & Krutz LLP

Office Address:   210 E. Capitol St., Suite 2200

City: Jackson   State: MS   Zip: 39201-2375

Telephone: 601-960-8600   Fax: 604-960-8613

Email address: malissa.wilson@formanwatkins.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

7/31/2023
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the  31st  day of  July , 20 23.

_____
Resident Attorney