# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT FRANK PAUL CALAMITA III IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. CALAMITA WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 1, 1992, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 7, 2023

DaVida M. Davis
Director of Regulatory Compliance

**Exhibit A**