# Exhibit 1
Federal Register Notice



**Federal Register** / Vol. 88, No. 146 / Tuesday, August 1, 2023 / Notices 50177

*If additional information is required contact:* Darwin Arceo, Department Clearance Officer, United States Department of Justice, Justice Management Division, Policy and Planning Staff, Two Constitution Square, 145 N Street NE, 4W–218, Washington, DC.

Dated: July 27, 2023.

**Darwin Arceo,**

*Department Clearance Officer for PRA, U.S. Department of Justice.*

[FR Doc. 2023–16289 Filed 7–31–23; 8:45 am]

**BILLING CODE P**

## DEPARTMENT OF JUSTICE

### Notice of Lodging of Proposed Stipulated Order Under the Clean Water Act

On July 26, 2023, the Department of Justice lodged a proposed Stipulated Order on Sewer System with the United States District Court for the Southern District of Mississippi in the lawsuit entitled *United States and State of Mississippi* v. *City of Jackson, Mississippi,* Civil Action No. 3:12–cv–790–HTW–LGI (S.D. Miss.) [Docket No. 36].

The proposed Stipulated Order places the operation of the sewer system of the City of Jackson, Mississippi ("City") under the control of an Interim Third-Party Manager. The proposed Stipulated Order requires the Interim Third-Party Manager to perform substantial work to address problems plaguing the City's sewer system. The work required includes addressing more than 200 emergency sewer failure locations (many resulting in sanitary sewer overflows), addressing prohibited bypasses of treatment prior to discharging wastewater into the Pearl River, and implementing Management, Operations, and Maintenance Programs. The proposed Stipulated Order does not resolve any claims against the City or any non-compliance with the 2013 consent decree in this case.

The publication of this notice opens a period for public comment on the Stipulated Order. Comments should be addressed to the Assistant Attorney General, Environment and Natural Resources Division, and should refer to entitled *United States and State of Mississippi* v. *City of Jackson, Mississippi,* Civil Action No. 3:12–cv–790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841. All comments must be submitted or postmarked by August 31, 2023. Comments may be submitted either by email or by mail:

| To submit comments: | Send them to: |
|---|---|
| By email | pubcomment-ees.enrd@usdoj.gov. |
| By mail | Assistant Attorney General, U.S. DOJ—ENRD, P.O. Box 7611, Washington, DC 20044–7611. |

During the public comment period, the Stipulated Order may be examined and downloaded at this Justice Department website: *https://www.justice.gov/enrd/consent-decrees.* We will provide a paper copy of the Stipulated Order upon written request and payment of reproduction costs. Please mail your request and payment to: Consent Decree Library, U.S. DOJ—ENRD, P.O. Box 7611, Washington, DC 20044–7611.

Please enclose a check or money order for $14.00 (25 cents per page reproduction cost) payable to the United States Treasury.

**Lori Jonas,**

*Assistant Section Chief, Environmental Enforcement Section, Environment and Natural Resources Division.*

[FR Doc. 2023–16261 Filed 7–31–23; 8:45 am]

**BILLING CODE 4410–05–P**

## DEPARTMENT OF JUSTICE

**[OMB Number 1105–0109]**

### Agency Information Collection Activities; Proposed eCollection eComments Requested; Extension of a Previously Approved Collection; Procurement Collusion Strike Force Complaint Form

**AGENCY:** U.S. Marshals Service, Department of Justice.

**ACTION:** 60-Day notice.

**SUMMARY:** The U.S. Marshals Service (USMS), Department of Justice (DOJ), will be submitting the following information collection request to the Office of Management and Budget (OMB) for review and approval in accordance with the Paperwork Reduction Act of 1995.

**DATES:** Comments are encouraged and will be accepted for 60 days until October 2, 2023.

**FOR FURTHER INFORMATION CONTACT:** If you have additional comments especially on the estimated public burden or associated response time, suggestions, or need a copy of the proposed information collection instrument with instructions or additional information, please contact Sarah Oldfield, Deputy Chief Legal Advisor—Criminal, U.S. Department of Justice, Antitrust Division, 950 Pennsylvania Ave. NW, Room 3311, Washington, DC 20530, email: *sarah.oldfield@usdoj.gov;* telephone: 202–305–8915.

**SUPPLEMENTARY INFORMATION:** Written comments and suggestions from the public and affected agencies concerning the proposed collection of information are encouraged. Your comments should address one or more of the following four points:

—Evaluate whether the proposed collection of information is necessary for the proper performance of the functions of the Bureau of Justice Statistics, including whether the information will have practical utility;
—Evaluate the accuracy of the agency's estimate of the burden of the proposed collection of information, including the validity of the methodology and assumptions used;
—Evaluate whether and if so how the quality, utility, and clarity of the information to be collected can be enhanced; and
—Minimize the burden of the collection of information on those who are to respond, including through the use of appropriate automated, electronic, mechanical, or other technological collection techniques or other forms of information technology, *e.g.,* permitting electronic submission of responses.

*Abstract:* The Department of Justice formed the Procurement Collusion Strike Force (PCSF) in 2019, to focus on deterring, detecting, investigating, and prosecuting antitrust crimes and related frauds involving government procurement, grants, and program funding. The PCSF members include the Department's Antitrust Division, multiple U.S. Attorneys' offices, the Federal Bureau of Investigation, and the Inspectors General for various Federal agencies. The collection of information through the PCSF complaint form facilitates reporting of information regarding potential antitrust crimes affecting government procurement.

### Overview of This Information Collection

1. *Type of Information Collection:* Extension of a previously approved collection.

2. *The Title of the Form/Collection:* Procurement Collusion Strike Force Complaint Form.

3. *The agency form number, if any, and the applicable component of the Department sponsoring the collection:* Form number: None. Component: U.S. Marshals Service, U.S. Department of Justice.