IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF JACKSON, MISSISSIPPI, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:22-cv-00686-HTW-LGI <br><br> **ORDER** |

THIS MATTER is before the Court on the *ore tenus* motion of the Interim Third Party Manager, d/b/a JXN Water, Inc. ("ITPM" or "JXN Water"), for an order requiring Entergy Mississippi LLC ("Entergy") to release to JXN Water the name, billing address, service address, home phone number and cell phone number of Entergy customers residing in the following zip codes:

- Jackson, MS – 39056, 39174, 39201, 39202, 39203, 39204, 39205, 39206, 39207, 39209, 39210, 39211, 39212, 39213, 39215, 39216, 39217, 39225, 39235, 39236, 39250, 39269, 39271, 39282, 39284, 39286, 39289, 39296, and 39298.

- Byron, MS – 39170, 39212 and 39727.

The requested information is needed in order for JXN Water to cross reference the active account information provided by Entergy against the account information for the City of Jackson Water and Sewer Business Administration. This is essential to updating and correcting the information contained in the City of Jackson's records of active and inactive water and sewer accounts. Updating the billing records is a fundamental responsibility of the ITPM to operate,

manage and control the City of Jackson's public drinking water systems, pursuant to the Interim Stipulated Order [Doc. No. 6].

For good cause shown, the Court finds that the *ore tenus* motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Entergy Mississippi LLC release to JXN Water the name, billing address, service address, home phone number and cell phone number of Entergy customers residing in the above-listed zip codes as expeditiously as possible but no later than thirty (30) days of entry of this Order.

SO ORDERED this the 21st day of August, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE