# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 3:12-cv-000790-HTW-LGI** |
| **THE CITY OF JACKSON, MISSISSIPPI** | **DEFENDANT** |

## NOTICE OF APPEARANCE

COMES NOW, Simon Bailey, with the law firm Bradley Arant Boult Cummings LLP, and hereby enters his appearance as counsel for Lakeland Seniors, LLC, in the above styled action, and requests that all pleadings and notices in the action be sent to him.

PLEASE TAKE NOTICE that Lakeland Seniors, LLC is an interested party in the above styled case and enters a special appearance for the limited purpose of moving the Court for leave to file suit against Jxn Water, Inc. Lakeland Seniors, LLC is not asserting any claims or subjecting itself to any claims in the above styled case.

Respectfully submitted this 11th day of September, 2023.

>  /s/ Simon T. Bailey
>  Simon T. Bailey (MBN 103925)
>  Michael C. Williams (MBN 104537)
>  Jonathan M. Barnes (MBN # 105659)
>  sbailey@bradley.com
>  mcwilliams@bradley.com
>  jbarnes@bradley.com
>
>  BRADLEY ARANT BOULT CUMMINGS LLP
>  Suite 1000, One Jackson Place
>  188 East Capitol Street
>  Post Office Box 1789
>  Jackson, MS 39215-1789
>  Telephone: (601) 948-8000
>  Facsimile: (601) 948-3000

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Simon T. Bailey*
Simon Bailey