F0008
Fee: $ 25

2023033021
Business ID: 1368792
Filed: 01/20/2023 04:46 AM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633


**Michael Watson**
SECRETARY OF STATE

**2023 Corporate Annual Report**

## Business Information

*Business ID:* 1368792
*State of Incorporation:* MS
*Phone:* (***)***-****
*FEIN:* **-*******

*Business Name:* JXN Water Inc
*Business Email:* ted.henifin@gmail.com

*Principal Address:* 802 Lakeland Drive, APT 414
Jackson, MS 39216

## Registered Agent

*Name:* Edward Henifin
*Address:* 802 Lakeland Drive, Apt 414
Jackson, MS 39216

## Officers

| Title/Name: | Address: | Director: |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

## Stocks

| Class: | Authorized: | Series: | Issued: |
|---|---|---|---|
| Common | 1 | | 1 |

## NAICS Code/Nature of Business

221310 - Water Supply and Irrigation Systems

EXHIBIT 2

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *01/20/2023*.

*Name:*  
Edward G Henifin  
*Director*

*Address:*  
802 Lakeland Drive, APT 414  
JACKSON, MS 39216

**Officers List**

*Name:*
Edward G Henifin
*Director*

*Address:*
802 Lakeland Drive, APT 414
JACKSON, MS 39216