# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, ) ) ) Plaintiffs, ) ) ) v. ) ) ) THE CITY OF JACKSON, MISSISSIPPI, ) ) Defendant. ) ) | Case No. 3:12-cv-790-HTW-LGI (Clean Water Act Case) |
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) ) v. ) ) ) ) THE CITY OF JACKSON, MISSISSIPPI, ) ) Defendant. ) ) | Case No. 3:22-cv-00686-HTW-LGI (Safe Drinking Water Act Case) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO LAKELAND SENIOR, LLC'S MOTION FOR LEAVE TO FILE SUIT (CLEAN WATER ACT CASE)

On September 11, 2023, Lakeland Seniors, LLC filed a Motion for Leave to File Suit against JXN Water, Inc. [*See* Doc. 50].[1] Pursuant to L.R. 7(b)(4), JXN Water's response was due on September 25, 2023. On Friday, September 22, counsel for Lakeland Seniors and counsel for

---

[1] Pursuant to this Court's Order consolidating the Clean Water Act [Doc. 45] and Safe Drinking Water Act Cases, JXN Water, Inc. files this Unopposed Motion and references docket numbers on the consolidate docket.

JXN Water reached an agreement to extend the deadline for response by four days. Accordingly, JXN Water respectfully requests this Court grant this Unopposed Motion for Extension of Time and reset the deadline for JXN Water's response to the Motion for Leave for **September 29, 2023**.

Respectfully submitted this the 22nd day of September, 2023.

/s/ *Mitch McGuffey*
Charles Mitchell McGuffey (MSB #104986)
Malissa Wilson (MSB # 100751)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 690-8600
Facsimile: (601) 960-8613
mitch.mcguffey@formanwatkins.com
malissa.wilson@formanwatkins.com

*Counsel for ITPM*

OF COUNSEL:

F. Paul Calamita, III (*admitted PHV*)
AQUALAW, PLC
6 South 5th Street
Richmond, VA 23219
Telephone: (804) 716-9021
Facsimile: (804) 716-9022
paul@aqualaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that I have served a true and correct copy of the above and foregoing document via the Court's CM/ECF filing system.

This, the 22nd day of September, 2023.

>  /s/ *Mitch McGuffey*
>  Charles Mitchell McGuffey