# EXHIBIT D-1

## Letter from Counsel for Plaintiff United States to Attorneys for Proposed Intervenors-Plaintiffs

## (Sept. 21, 2023)



U.S. Department of Justice

Environment and Natural Resources Division

---

*Environmental Enforcement Section*  *Telephone (202) 514-7519*
*P.O. Box 7611*  *Facsimile (202) 514-8865*
*Washington, DC  20044*  *Facsimile (202) 514-0097*

**VIA E-MAIL**

September 21, 2023

Emily Early, Esq.
The Center for Constitutional Rights
eearly@ccrjustice.org

Lori Sherman, Esq.
Forward Justice
lsherman@forwardjustice.org

Joshua Tom, Esq.
American Civil Liberties Union of Mississippi
jtom@aclu-ms.org

      Re:    United States of America v. City of Jackson, Mississippi
              Civil Action No. 3:22-cv-00686-HTW-LGI (USDC S.D. Miss)

Dear Counsel:

      Thank you for your e-mail of September 20, 2023, sharing your clients' [proposed] complaint in intervention as to certain claims asserted by the United States in its complaint against the City of Jackson (the United States' 4th, 5th, and 6th claims for relief).  The United States consents to your intervention as to these claims.

      However, please be on notice that we reserve all rights as to the role of the interveners in the lawsuit. For example, we are unlikely to agree that the stay should be lifted or that discovery or motion practice should commence, or that a trial date be set. We will likely oppose any attempts to conduct discovery or seek any other relief against the United States, the State of Mississippi, the Interim Third-Party Manager, or JXN Water.  And we reserve our rights to negotiate any of our claims with the Defendant as we see fit.

      We respectfully request that you attach a copy of this letter to the motion papers you file along with the complaint in intervention.

Sincerely,

*Karl Fingerhood*
Karl Fingerhood
Senior Counsel,
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice


cc by E-Mail:

      Angela Given Williams
      Civil Chief, U.S. Attorney's Office
      U.S. Attorney's Office for the Southern District of Mississippi

      Angela Mo,
      Senior Counsel.
      Environment & Natural Resources Division

      Catoria Martin,
      City Attorney, City of Jackson, Mississippi

      Terry Williamson,
      Attorney, Office of the City Attorney, Jackson, Mississippi

      Gerald Kucia
      Mississippi Attorney General's Office