# EXHIBIT D-2

**Email from Catoria Martin, Att'y for City of Jackson, to Emily Early, Att'y for Proposed Intervenors-Plaintiffs (Sept. 19, 2023)**

9/22/23, 10:00 AM
Center for Constitutional Rights Mail - Re: request for the City of Jackson's position on intervention in United States v. City of Jackson, Case No. 3:22-cv-00686-HTW-LGI

Case 3:12-cv-00790-HTW-LGI Document 55-5 Filed 09/25/23 Page 2 of 3



Emily Early <eearly@ccrjustice.org>

# Re: request for the City of Jackson's position on intervention in United States v. City of Jackson, Case No. 3:22-cv-00686-HTW-LGI

1 message

**Catoria P. Martin** <cmartin@city.jackson.ms.us>  Tue, Sep 19, 2023 at 12:16 AM
To: Emily Early <eearly@ccrjustice.org>
Cc: Lori Sherman <lsherman@forwardjustice.org>, Mikaila Hernández <mhernandez@ccrjustice.org>, "Leefatt, Kimberly" <KLeefatt@nrdc.org>, Joshua Tom <JTom@aclu-ms.org>

Good evening,

That is correct.

Kindest regards,

OFFICE OF THE CITY ATTORNEY

## Torri Martin

*City Attorney*
City of Jackson, Mississippi
P.O. Box 2779
Jackson, Mississippi  39207
(601) 960-1799
(601) 960-1756 (facsimile)
cmartin@city.jackson.ms.us

---

**From:** Emily Early <eearly@ccrjustice.org>
**Sent:** Monday, September 18, 2023 3:50 PM
**To:** Catoria P. Martin <cmartin@city.jackson.ms.us>
**Cc:** Lori Sherman <lsherman@forwardjustice.org>; Mikaila Hernández <mhernandez@ccrjustice.org>; Leefatt, Kimberly <KLeefatt@nrdc.org>; Joshua Tom <JTom@aclu-ms.org>
**Subject:** Re: request for the City of Jackson's position on intervention in United States v. City of Jackson, Case No. 3:22-cv-00686-HTW-LGI

Hi again Tori,

Thank you again for your time this afternoon chatting with Josh and me.  I'm following up to confirm in writing, for both of our records, that the City will **not** oppose our clients' Motion to Intervene, which we expect to file within the next few days.

9/22/23, 10:00 AM                Center for Constitutional Rights Mail - Re: request for the City of Jackson's position on intervention in United States v. City of Jackson, Case No. 3:22-cv-00686-HTW-LGI

Case 3:22-cv-00686-HTW-LGI   Document 55-5   Filed 09/25/23   Page 3 of 3

Best,

**Emily Early**
Associate Director, Southern Regional Office

**Center for Constitutional Rights**
| Justice takes a fight.

p: 212.614.6494
e:
eearly@ccrjustice.org

Pronouns: she, her, hers
ccrjustice.org
| facebook
| twitter
| instagram
| linkedin

On Mon, Sep 18, 2023 at 12:36 PM Catoria P. Martin <cmartin@city.jackson.ms.us> wrote:
> Sure, I'll be here in the office. If not, you can reach me on ▮▮▮▮▮▮▮▮▮▮▮.
>
> Thanks,
>
> OFFICE OF THE CITY ATTORNEY
>
> # Torri Martin
>
> *City Attorney*
> City of Jackson, Mississippi
> P.O. Box 2779
> Jackson, Mississippi  39207
> (601) 960-1799
> (601) 960-1756 (facsimile)
>
> cmartin@city.jackson.ms.us
>
> ---
>
> **From:** Emily Early <eearly@ccrjustice.org>
> **Sent:** Monday, September 18, 2023 11:04 AM
> **To:** Catoria P. Martin <cmartin@city.jackson.ms.us>
> **Cc:** Rukia Lumumba <rukia@peoplesadvocacyinstitute.com>; Danyelle Holmes <danyelle@poorpeoplescampaign.org>; Makani Themba <makani@highergroundstrategies.net>; Lori Sherman <lsherman@forwardjustice.org>; Mikaila Hernández <mhernandez@ccrjustice.org>; Brooke Floyd <brooke@peoplesadvocacyinstitute.com>; Leefatt, Kimberly <KLeefatt@nrdc.org>; Joshua Tom <JTom@aclu-ms.org>
> **Subject:** Re: request for the City of Jackson's position on intervention in United States v. City of Jackson, Case No. 3:22-cv-00686-HTW-LGI