IN THE UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>And THE STATE OF MISSISSIPPI,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case) |

**CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for the People's Advocacy Institute, certify that to the best of my knowledge and belief, the People's Advocacy Institute has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of its stock which have any outstanding securities in the hands of the public.

Dated: September 25, 2023          Respectfully Submitted,

/s/ Joshua Tom
Joshua Tom (MS Bar No. 105392)
American Civil Liberties Union of Mississippi
101 South Congress St.
Jackson, MS 39201
601.354.3408 ext. 112

jtom@aclu-ms.org

/s/ Emily Early
Emily Early (GA Bar No. 810206)*
Jessica Vosburgh (Ala. Bar No. 1710-A00Y)*
Mikaila Hernández (NY Bar No. 6048334)*
The Center for Constitutional Rights
666 Broadway Avenue, Floor 7
New York, New York 10012
(212) 614-6464
eearly@ccrjustice.org
jvosburgh@ccrjustice.org
mhernandez@ccrjustice.org

/s/ Lori Sherman
Lori Sherman, IN Bar No. 31102-53*
Kathleen Roblez, NC Bar No. 57039*
Ashley Mitchell, NC Bar No. 56889*
Caitlin Swain, NC Bar No. 57042*
Forward Justice
P.O. Box 1932
Durham, NC 27721
(919) 323-3889
lsherman@forwardjustice.org
kroblez@forwardjustice.org
amitchell@forwardjustice.org
cswain@forwardjustice.org

*PHV application forthcoming