IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| and the STATE OF MISSISSIPPI, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:12-cv-790-HTW-LGI |
| | ) | (Clean Water Act Case) |
| v. | ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:22-cv-00686-HTW-LGI |
| | ) | (Safe Drinking Water Act Case) |
| v. | ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**APPLICATION FOR ADMISSION PRO HAC VICE**

(A)

Name: Jessica Myers Vosburgh

Firm Name: The Center for Constitutional Rights

Office Address: 666 Broadway Avenue, Floor 7

City: New York   State: NY   Zip: 10012

Telephone: 212-614-6492   Fax:

E-Mail: jvosburgh@ccrjustice.org

(B) Client(s): People's Advocacy Institute; Poor People's Campaign-Mississippi

Address: P.O. Box 16109

City: Jackson   State: MS   Zip: 39236

Telephone: 601-885-3240   Fax:

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☑ State of California

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

350 McAllister St, Room 1295
San Francisco, CA 94102

Telephone: (415) 865-7000
Website: supreme.courts.ca.gov

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
| --- | --- |
| Bar of State of Alabama | 2014 |
| Supreme Court of Alabama | 2014 |
| U.S. District Court, Northern District of Alabama | 2014 |
| U.S. Court of Appeals, Second Circuit | 2014 |
| U.S. Court of Appeals, Ninth Circuit | 2015 |
| U.S. Court of Appeals, Eleventh Circuit | 2017 |

(D) Have you been denied admission pro hac vice in this state?  Yes ◯  No ◉

Have you had admission pro hac vice revoked in this state?  Yes ◯  No ◉

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?  Yes ◯  No ◉

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?  Yes ◯  No ◉

3

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

9/5/23
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __26th____ day of __September__, 2023__.

_____
Resident Attorney