**F0001**

**Fee: $ 50**



**2022430885**

Business ID: 1368792
Filed: 12/07/2022 11:54 AM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## Articles of Incorporation

### Business Information

*Business Type:*  Profit Corporation
*Business Name:*  JXN Water Inc
*Business Email:*  ted.henifin@gmail.com
*Period of Duration:*  2  Years

### NAICS Code/Nature of Business

221310 - Water Supply and Irrigation Systems

### Registered Agent

*Name:*  Edward Henifin

*Address:*  802 Lakeland Drive, Apt 414
Jackson, MS 39216

### Stock Information

| *Classes:* | *No. of Shares:* |
|---|---|
| Common | 1 |

### Signature

The undersigned certifies that:
1) he/she has notified the above-named registered agent of this appointment;
2) he/she has provided the agent an address for the company, and;
3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day  *12/06/2022*.

| *Name:* | *Address:* |
|---|---|
| Edward Henifin | 802 Lakeland Drive , Apt 414 |
| *Incorporator* | Jackson , MS 39216 |

**ITPM Exhibit 1**