IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and the STATE OF MISSISSIPPI,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>      Defendant. | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>      Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case) |

**JOINT STIPULATION TO PROVIDE CERTAIN PERSONALLY IDENTIFIABLE INFORMATION (PII) TO ITPM
AND FOR ENTRY OF AMENDED STIPULATED ORDER (CLEAN WATER ACT CASE)**

COME NOW the parties in the above referenced matters and hereby stipulate and agree as follows:

WHEREAS during the public comment period regarding the proposed Stipulated Order in Case No. 3:12-cv-790-HTW-LGI—referred to as the "Clean Water Act Case"— [Dkt. No. 36]

several commenters raised concerns about both sewer and water issues at their properties. The commenters' personal information (such as street addresses and personal contact information) has been redacted from the comments that will be filed with the Court.

WHEREAS, the United States wishes to provide these particular comments in unredacted form to the City and to Ted Henifin ("the ITPM"), as the proposed interim third-party manager of the City's sewer system and as the interim third-party manager of the City's drinking water system and Water/Sewer Business Administration Division (WSBA), so the ITPM may investigate the water/sewer issues.

WHEREAS, certain comments requested additional financial information be provided by the ITPM for additional accountability and transparency regarding the use of funds to pay for sewer-related expenses and/or work.

WHEREAS, in response to the concerns raised by the above-referenced comments, the Parties have agreed to require that additional financial information be reported in the Quarterly Status Reports and annual audited financial statements required of the ITPM under the Stipulated Order.

WHEREAS, the ITPM, through counsel, has reviewed the relief requested herein, and consents thereto.

IT is hereby STIPULATED and AGREED as follows:

1. The United States may provide comments in unredacted form to the City and the ITPM. The City and the ITPM may use this information as necessary to investigate the sewer/water issues at the commenter's property. Otherwise, the ITPM will use best efforts to keep the address information confidential. A proposed order ordering this relief shall be provided to Chambers pursuant to Local Rule 7(b)(2)(F).

2. Paragraph 17.a.vi. of the proposed Stipulated Order is revised as follows (redline indicates added text):

    An accounting of expenditures from, additions to, and remaining balance of the ITPM Professional Sewer Budget, the Sewer O&M Account, the Sewer Capital Improvements Account, the SEP escrow fund, WSBA accounts, and any other account used by the ITPM to receive, borrow, or spend funds for expenses and/or work related to the Sewer System and implementation of this Stipulated Order;

3. Paragraph 17.a.viii of the proposed Stipulated Order is revised as follows (redline indicates added text):

    In each Status Report filed in the month of January, an audited financial statement of the ITPM Professional Sewer Account, Sewer O&M Account, and Sewer Capital Improvements Account, the SEP escrow fund, WSBA accounts, and any other account used by the ITPM to receive, borrow, or spend funds for expenses and/or work related to the Sewer System and implementation of this Stipulated Order for the City's previous fiscal year. Any information revealing bank account numbers or constituting personally identifiable information shall be redacted;

4. A revised Stipulated Order reflecting these changes shall be provided to Chambers pursuant to Local Rule 7(b)(2)(F).

SO Stipulated:

FOR THE UNITED STATES OF AMERICA:

                              TODD KIM
                              Assistant Attorney General
                              Environment and Natural Resources Division
                              U.S. Department of Justice

Dated: Sept. 29, 2023

*Karl J. Fingerhood*
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Fax: (202) 616-2427
Email: Karl.Fingerhood@usdoj.gov
        Angela.Mo@usdoj.gov


DARREN J. LAMARCA
United States Attorney for the
Southern District of Mississippi

Dated: Sept. 29, 2023

/s/ Angela G. Williams (with permission by KF)
ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 965-4480

FOR THE CITY OF JACKSON, MISSISSIPPI:

        CATORIA MARTIN (MS Bar No. 103938)
        City Attorney
        Email: cmartin@city.jackson.ms.us

Dated: __Sept. 29_____, 2023    /s/ Terrell S. Williamson (with permission by KF)
        TERRY S. WILLIAMSON (MS Bar No. 8639)
        Legal Counsel
        Email: twilliamson@city.jackson.ms.us

OF COUNSEL:
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Tel: (601) 960-1799
Fax: (601) 960-1756

FOR THE STATE OF MISSISSIPPI, ACTING THROUGH THE MISSISSIPPI COMMISSION ON ENVIRONMENTAL QUALITY AND THE MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY:


Dated: __Sept. 29___, 2023           /s/ Gretchen Zmitrovich (with permission by KF)
                                                                                 GRETCHEN ZMITROVICH (MS Bar No. 101470)
                                                                                 DONNA J. HODGES (MS Bar No. 9561)
                                                                                 ROY FURRH (MS Bar No. 4321)
                                                                                 Senior Attorneys
                                                                                 Mississippi Department of Environmental Quality
                                                                                 Post Office Box 2261
                                                                                 Jackson, Mississippi 39225-2261
                                                                                 Tel: (601) 961-5050
                                                                                 Fax: (601) 961-5349
                                                                                 Email: gzmitrovich@mdeq.ms.gov
                                                                                              dhodges@mdeq.ms.gov
                                                                                              rfurrh@mdeq.ms.gov

FOR THE ITPM, as to the relief requested:

Dated:  Sept. 29   , 2023

/s/ Paul Calamita (with permission by KF)
_____
F. PAUL CALAMITA (appearing Pro Hac Vice)
AQUALAW, PLC
6 S. 5th Street
Richmond, VA 23219
804-716-9021
Fax: 804-716-9022
Email: paul@aqualaw.com