**Exhibit B**
Public Comments Submitted in Writing to the United States
(Part 1 of 2)

**From:** Elizabeth Abston
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841 and Docket Number is 36: Jackson, MS - support for Judge Wingate decree
**Date:** Monday, August 28, 2023 5:34:27 PM

To whom it may concern:

I am a resident of Jackson, Mississippi, and I write to give my complete support for the proposed decree to be signed by Judge Wingate appointing Mr. Henifin as the third party administrator to handle Jackson sewer system.

Sincerely,
Elizabeth Abston

| | |
|---|---|
| **From:** | Gayle Adams |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Friday, August 18, 2023 9:23:02 AM |

**I** **support** the court's order and the sewer system being managed by **Ted Henifin and JxnWater.**

Sincerely,
Gayle Adams

| | |
|---|---|
| **From:** | Holmes Adams |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Friday, August 18, 2023 10:06:31 AM |
| **Attachments:** | image299321.png |

I support the Court's Order and the sewer system being managed by Ted Henifin and
JxnWater

Holmes S Adams

███████████
███████████

Sent from my iPhone

███████████████   [?]
████

██████████████████████████████
██████████████████
██████████████████████████

**From:**      John Adams
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Ted Henifin
**Date:**      Friday, August 18, 2023 8:12:20 AM

I strongly support Ted Henefin for management of Jackson broken water sewer system. ███████████
John D Adams ████

Sent from my iPhone

**From:** John Adams
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 8:43:57 AM

I totally support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

John D Adams, Sr

| | |
|---|---|
| **From:** | Jason Agostinelli |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Ted Henifin Interim Third-Party Manager of the City Sewer System |
| **Date:** | Monday, August 21, 2023 5:29:35 PM |

To Whom It May Concern,

This email is in support of Ted Henifin being appointed the manager of the city sewer system. In the time that Ted has been the manager of the city water system we have seen vast improvements in everything from billing to customer service to water pressure. It only makes sense to look at our city's water and sewer issues holistically and Ted has the expertise to manage both.

Thank you,



Jason Agostinelli,

| | |
|---|---|
| **From:** | Benjamin Aldridge |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson Sewer Administration |
| **Date:** | Wednesday, August 16, 2023 11:12:20 AM |

Honorable Judge Wingate-

I am writing to strongly urge you to move control and administration of the City of Jackson's sewer system to JXN Water and/or Ted Henefin.  My family and I have lived in the City for over ▮ years, and have witnessed the downward spiral of most every City service, including the sewer system.  Citizens have become numb to raw sewage overflows, ungodly odors, and unsanitary conditions that could lead to illness.  Simply put, the City lacks the organizational structure, hiring practices, employees, accountability system or competence to manage the sewer system.  It's an embarrassing circumstance that has developed over time due to the City's mismanagement of resources.  This must stop and the course must be reversed.

It has been refreshing to have an experienced and competent manager running the City's water delivery system.   I am thankful for your control over this critical and necessary municipal function for the 150,000+ people that reside in Jackson.  Please remove the sewer system completely from the control of the City of Jackson.  Citizen's health and wellness depends on it.

Ben Aldridge
▮▮▮▮▮▮▮

**From:** Jane Alexander
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Docket #36
**Date:** Thursday, August 31, 2023 10:21:22 AM

I support Ted Henefin's court ordered appointment as manager of Jackson's water and sewer systems.

Jane Alexander

Sent from my iPad

**From:**       Comcast
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Support for Stipulated Order DJ# 90-5-1-1-09841 Docket #36
**Date:**       Monday, August 21, 2023 1:21:12 PM

I am writing to support the stipulated order for Sewer Repair which will place the City of Jackson's sewer system under the oversight of the Interim Third Party Manager, JXN Water.

Thank you.
Jane Alexander

| | |
|---|---|
| **From:** | David Allen |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 29, 2023 5:57:49 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Thank you for being a vital member of our community!

--
Best Regards,


David B. Allen

**From:** susie allen
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-09841 Docket Number36
**Date:** Friday, August 18, 2023 1:49:07 PM

I strongly support Ted Henifin in his management of the sewer system. He has made incredible improvements in a short time. Please allow him to continue. Thank you.

Susie Allen

Sent from Outlook

**From:**        Sidney Allen
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**        Monday, August 28, 2023 3:04:10 PM

To whom it may concern:

Thank you for allowing professionals to take over the management of the city of Jackson water system, specifically Mr. Henefin and his team. I hope you will see fit to allow his team to also take over the management of the sewer system as well. Thank you.

Sent from my iPhone

**From:**    Ben Allen
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Ted Henifin
**Date:**    Thursday, August 17, 2023 5:43:08 PM

Thank you President Biden, EPA, Judge Wingate and God for sending us Ted Henifin. I was on the city council for years and am well aware of the systemic breakdown of everything in our city over the past quarter century. Today, we can't even keep or stop lights working, much less our libraries, roads, zoo, airport, schools (loss of 13,000 students in a few years), police department, firemen on strike, sewer system, water system, murder rate leads the nation, fiscal budget, teenage violent crime, swimming pools....well literally everything the city is in charge of doesn't work.

Thank God federal law dictates clean water and sewers (I didn't mention the millions of gallons of raw sewage dumped straight into the Pearl River from the city sewers). Accordingly, the federal government has stepped in, and the predictable cadre of "Johnny Come Lately" complainers and "organizations" (THAT is a stretch) are predictably and loudly complaining. This is so apparent. They do not care that Mr. Henifin is doing major miracles.....they are ridiculously upset because THEY and our "Mayor" cannot control the process and the contracts. They simply and selfishly want the money. Shame on them and shame on the mayor.

Please do not change this process and Mr. Henifin...the only thing in this entire city that is actually working. He is good....really good, but happens to be a white guy that isn't from here, and the complainers don't have him in their fold.

Thank you,

Ben Allen

**From:** Betty Allin
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Wednesday, August 30, 2023 11:00:46 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Betty Allin

**From:** John Allin
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Wednesday, August 30, 2023 10:58:56 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNwater.

John Allin, Jr.

██████████████

Sent from my iPhone

**From:**      Jack Allin
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 10:21:13 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:

John M Allin III







**From:**     Cathy Ambrose
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Tuesday, August 22, 2023 11:10:16 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater**

Cathy Ambrose

'If God says it I believe it. That settles it!'

**From:**       Cathy Ambrose
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Tuesday, August 22, 2023 11:10:16 AM

---

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater**

Cathy Ambrose

██████████

'If God says it I believe it. That settles it!'

**From:**       Ann Anderson
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**       Thursday, August 31, 2023 11:51:17 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Ann L. Anderson

**From:** John Anderson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ #90-5-1-1-09841
**Date:** Friday, August 25, 2023 4:48:15 PM

I support the referenced order and for the continued management by Ted Henifin (aka JXN Water) of the sewer system.

**From:** Nick Anderson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 3:46:30 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.

Regards,
Nick Anderson

Employee working in the Jackson area

Note: If you receive a request via email to make a change to any of your account details and/or to transfer any funds, you must not respond to the email and must contact VFP immediately.

| | |
|---|---|
| **From:** | Pam Anglin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] 90-5-1-1-09841 |
| **Date:** | Tuesday, August 29, 2023 8:32:42 AM |

I am total support of Ted Hedifin!!  He is doing a great job!!

Pam Anglin

Sent from my iPhone

**From:**      John Applegate
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Wednesday, August 30, 2023 4:04:32 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

John Applegate

**From:** Bob Archer
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] We get ahead with Ted !period
**Date:** Tuesday, August 29, 2023 12:42:17 PM

Sent from my iPhone

**From:** Kay Archer
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 7:32:03 PM

---

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Kay Archer

Sent from my iPhone

| | |
|---|---|
| **From:** | Kay Archer |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Fwd: Support for Jackson Sewer System |
| **Date:** | Monday, August 28, 2023 7:26:12 PM |

Sent from my iPhone

Begin forwarded message:

**From:** Kay Archer <▮▮▮▮▮▮▮▮▮▮
**Date:** August 28, 2023 at 5:31:17 PM CDT
**To:** pubcommwnt-ees.wenrd@usdoj.gov
**Subject: Support for Jackson Sewer System**


DJ# 90-5-1-1-09841
Docket# 36

I support the court's order and the sewer system being managed by Ted Henifin
and Jackson Water!

 Thank you!!
Kay Archer
▮▮▮▮▮▮▮▮▮▮

Sent from my iPhone

**From:**      Tyler Archie
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ# 90-5-1-1-09841 / Docket # 36
**Date:**      Thursday, August 31, 2023 10:58:33 PM

I live in Jackson, MS. Over a year ago my neighbor reported a sewer leak at the corner of
████████████████. It was not fixed. Today, there is a fetid pool of water in the street,
feet away from where children play.

Sewage filled another neighbor's basement. (It would not surprise anyone to learn that the
sewer line breaks are not included in the 200 line breaks that this court is aware of.)

The people of Jackson need the court to promptly enter the proposed stipulated order placing
operation of the sewer system of the City of Jackson, Mississippi under the control of an
Interim Third-Party Manager.

Despite what the years of inaction might suggest, time is of the essence to start this work.

Thank you for your consideration.

Tyler Archie

**From:**     Laura Ashley
**To:**     ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ # 90-5-1-1-0984, Docket 36
**Date:**     Thursday, August 31, 2023 8:45:20 PM

To Whom It May Concern:

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Laura Ashley

Sent from my iPhone

| | |
|---|---|
| **From:** | Bahadur, Rosanna P. (VHAJAC) |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 docket 36 |
| **Date:** | Thursday, August 31, 2023 2:43:11 PM |

I am typing this statement in support of Ted Henifin's appointment to manage, operate, and maintain City of Jackson's sewer system. As a resident of a family neighborhood ██████, it is terrible that we have had open sewage leaking onto the streets where children play and neighbors walk with their pets and to come home to the pervasive smell of excrement with the high temperatures. As a health professional, the unsanitary conditions and threat to public safety/potential spread of disease are concerns as well. I filed a complaint with the city last March (every year in March actually) about an overflowing manhole cover from which raw sewage would trickle. Although the city workers were sympathetic and courteous, the city sewer truck and equipment remained inoperative until Ted Henefin took over and in the few weeks that he was allowed, a crew arrived to drain and mark the blockages. It is a shame that Jackson's Mayor and his friends who were appointed to head these services mismanaged monies to the point of this inability to make repairs. Just last week I called the after hours sewer line who then transferred me to Jackson Water – a very kind young lady answered and although I told her this was not an emergency, there was a gentleman who showed up a few hours later in the evening to check my water meter. He said he wanted to "stay ahead of the situation". How refreshing and this is exactly what is needed after falling behind for so many years.

Thank you
Rosanna Bahadur ██████

**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Refer to: DJ # 90-5-1-1-09841 / Docket # 36 The NEED for the Jackson MS sewer system to be TURNED over to the Jackson MS Water system- headed up by Ted Heneflin
**Date:** Tuesday, August 22, 2023 11:13:02 AM

I have been living in Jackson MS for over ████ years and I am embarrassed, troubled and saddened that the city of Jackson has let 4.7 billion gallons of sewage be dumped into the local Pearl River over the last two years and the current administration in Jackson has done nothing to report this tragedy or do anything about it.  We need for the Jackson MS sewer system to be turned over to the Jackson Water system which is now headed by Ted Heneflin- thanks to a court order by Judge Wingate.  The city of Jackson's current administration has proven they are inadequate to deal with this environment disaster.  Ted Heneflin's administration CAN handle this atrocious problem.

Sincerely

Mark Baird

**From:** Sarah Ballard
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:49:53 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Nate &  Sarah Ballard

Sent from my iPhone

**From:** ███████████████
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 9:03:51 PM

---

   Dear Sir,  please  show that Matt and Helen Ballew support the appointment of Ted Henifin being placed in charge of the Jackson Sewage system. Management of the Water, sewage and roads in Jackson by the current administration has been inept and irresponsible at best. The Capitol of Ms. Is beginning to look and operate like a third world  country. This is a blackeye for the state of Mississippi since many people visiting our state for business or pleasure will see only Jackson and then leave Jackson in shock with what they experience while here. The reports in the national news have led many of my friends that live all over the country to inquire about just how bad is it in Jackson??? For the sake of those of us who continue to support the city Please leave Henifin in charge.   Thank you for your consideration, Matt and Helen Ballew

**From:** Charles Barbour
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 2:15:53 PM

We support Judge Wingate's order entered on July 31, 2023, and correspondingly, for the continued management by Ted Henifin (aka JxnWater) of the sewer system.

Thank you.

Charles Barbour

_____

**Charles Frank Fair Barbour**

███████████████████████████

████████████████

███████████████████████████

████████████████

██████████████████

██████████████████████

_____
CONFIDENTIALITY NOTICE
This e-mail message from ███████████████████ is intended only for the individual or entity to which it is addressed.  This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 10:15:14 PM

Have the people of Jackson not suffered enough under the poor management of its leadership.  Clean drinking water should be a given for a major city in the United States. I support the order for our sewer system to be managed by Ted Henifin and JXNWater.

Signed:
Nicki Barbour
Sent from my iPhone

**From:** Laura Barbour
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 4:46:57 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you!  Laura Barbour.

Sent from my iPhone

**From:**     Mary Barker
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] 90-5-1-1-09841
**Date:**     Monday, August 21, 2023 9:53:13 AM

In re above subject, this is written in support of Mr. Ted Hennifen becoming the interim third-party manger of the Jackson Sewer System. His management of Jackson water is nothing short of a miracle and a true godsend to our city. That leaves little doubt that his management of the sewer system is much needed and would also be a success.

It is tragic that there are naysayers and ego driven groups that would pursue efforts to block this. Jackson is a wonderful city. I am asking that it be allowed to realize it's potential by appointing Mr. Hennifin.

I will add that before more to this state, I was employed by a water and sewer treatment firm thus I am aware of what is needed to be successful.

Many thanks to Judge Wingate for his awareness and sagicity.

Beth Barker

Sent from my iPhone

**From:** Ken Hall Barnett
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 12:56:51 PM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

**From:**     Kenneth Barraza
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Tuesday, August 29, 2023 9:28:50 PM

My wife and I fully support the court order for sewer management by Ted Henifin and JxnWater.
Thank you,
Kenneth R.Barraza

**From:**      David Barrett
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] JXN Water-Public Comment Period
**Date:**      Friday, August 18, 2023 12:06:54 PM

Good Morning, My name is David Barrett and I have lived in Jackson for roughly ■ years
and it is home. Both our water and sewer systems have been in very bad shape for many years
creating health hazards for all people in Jackson across all wards. Many people across the
entire city have become hopeless and lost complete confidence in both our water and sewer
system. The glimmer of hope that JXN Water and Ted Henifin have brought to this city has
been an amazing breath of fresh air to so many citizens across all wards! They have done an
amazing job in the short period of time that they have been working on the water system. It is
my sincere hope for all citizens of this city that JXN Water and Ted Henifin lead both our
water and sewer system into the future!

Thank you
David Barrett

**From:**       Jill barton
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Wednesday, August 23, 2023 3:01:05 PM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Jill Barton

Sent from my iPhone

**From:** Madonna Batte
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] 90-5-1-1-09841
**Date:** Thursday, August 31, 2023 5:51:07 PM

This is to let you know I do support Ted Henifin to continue running the sewer system   My address is ███
████████████████████ . Thanks

Madonna

**From:**       Gerald
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] City of Jackson, MS Sewer Systrem Consent Decree
**Date:**       Tuesday, August 29, 2023 1:09:51 PM

I think it would be wise to consider "next steps" after the third party manager has determined that he has completed his assigned task and is ready to
turn over the operation and financial management of both our water and wastewater system to his successors.
Having once been the ██████████████████
███████████████ some thirty years ago, I have a clear understanding of the challenges the third party manager faces. Sufficient time should be allotted
to develop an in-depth management continuation plan.  I have suggested for years (thirty or so in fact), that a public water/sewer authority be formed and
governed by an independent board comprised of individuals with utility and financial management experience charged with the responsibility of employing a
competent, full time, and responsive management team.  Private consulting firms have their place but employed management should report directly to the board.
The challenge as I see it is to develop a culture within the organization that serves the public need by developing a work force made up of individuals
who are trained to succeed and move-up within the organization: establishing institutional memory is crucial to success.

**From:**       Ryan Beckett
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Cc:**         ███████████████
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Thursday, August 17, 2023 5:28:17 PM

As long-time residents of the City of Jackson, we have been greatly troubled by its recent rapid decline.  It has been heartbreaking to watch.  We are residents and stakeholders in this community.  We very much support the Court's actions in turning over control of the City's water and sewer systems to Mr. Henefin.  Real progress is being made and there is more transparency now than at any point in recent memory. We support (and appreciate) the continued management of the sewer system by Mr. Henefin and the continued oversight by the Court.

P. Ryan Beckett and Sara K. Beckett
███████████

**From:**  Grant Beebe
**To:**  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**  Tuesday, August 22, 2023 4:36:28 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

**Signed**:
Grant Beebe

| | |
|---|---|
| **From:** | Samuel Begley |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Saturday, August 26, 2023 5:34:02 PM |

To U.S. Department of Justice,Environment and Natural Resources Division:

I reside at ██████████████████████

I support the appointment of Edward "Ted" Henifin as Interim Third-Party Manager of the City of Jackson Sewer System, under the terms set forth in the Stipulated Order entered on July 31, 2023 in *The United States of America v. The City of Jackson, Mississippi* (3:12-cv-00790; U.S. District Court, S.D. Mississippi).

--
**Samuel L. Begley**

████████████████████
████████████████████████
███████████████

██████████████████████
██████████████████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE:  This email and any attachments may be confidential and  protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any  attachment is prohibited.  If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:**       Lance Benefield
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Support
**Date:**       Monday, August 28, 2023 10:07:57 AM

Please accept this email as my support for the order and for the continued management by Ted Henifin (aka JxnWater) of the sewer system.

Sincerely,

Lance Benefield
Jackson Resident

Sent from my iPhone

| From: | Vicki Benefield |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Ted Henifin/JxnWater |
| Date: | Monday, August 28, 2023 10:16:01 AM |

Please accept this email as my support for the order and for the continued management by Ted Henifin (aka JxnWater) of the sewer system.

Vicki Benefield

▮▮▮▮▮▮▮▮▮▮

Sent from my iPhone

**From:** Sarah Bentley
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 22, 2023 2:08:09 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you,

Sarah Bentley

████████████████████████

--
Sarah Bentley

███████████

**From:** Mary Perkins Benton
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Support of Ted Henifin
**Date:** Thursday, August 31, 2023 8:59:49 AM

Hello,

I support the continued management of the Jackson sewer system by Ted Henifin,

Thank you,
May Benton

Sent from my iPhone

| From: | Sarah Berry |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] "Re: PUBLIC COMMENT/Case No. 3:12-cv-790-HTW-LGI/The United States of America, et al., versus The…" |
| Date: | Thursday, August 31, 2023 5:06:27 PM |

1. I won't waste time enumerating facts already in evidence. I will however recap my personal experience with the COJ's water/sewer systems and departments, an experience best described as a post-apocalyptic dystopian episode of some outrageous science fiction television series. Only the episode never ends. It repeats itself and returns to haunt me with astonishing frequency, to-wit:

- Sewer gas filled my home 2 to 3 times a day — EVERY DAY — for TWO YEARS. The fumes rose from the street and the sickening stench wafted throughout the neighborhood. (I bet that didn't make the quarterly reports)
- Multiple backups of raw sewage in my toilets and bathtubs, some up to 4 inches
- Pooling and flowing of raw sewage through my yard on numerous occasions

It should come as no surprise that I have paid plumbers thousands of dollars to diagnose and repair plumbing problems that I ultimately learned we're not mine. When tampons and other products which you do not use are backing up in the cleanout on your property, it is not your problem. ONLY, IN JACKSON, MISSISSIPPI, IT IS VERY MUCH YOU'RE PROBLEM because the Public Works Department is on life support and unable to respond. It has descended into such shocking levels of chaos, dysfunction, incompetence, that it might as well not exist.

Plumbers would give me relief for a month or two, then another month or two, and so on, for years. The main sewer line extending through 5 manholes had buckled, corroded, and collapsed.

I will forego to the horror story of Easter weekend 2022. It's all too much to relive.

2.  Compliance with the Section IV.5.b. requirement that the ITPM have weekly contact with the Director of Public Works could get tricky. The City has trouble keeping that position filled. The Mayor's sixth appointee (since 2020), Mr. Khalid Woods, was introduced in July 2023. He lasted ONE WEEK. Mr. Khalid reportedly had concerns about "the lack of data, including the lack of a capital improvement plan to outline the city's infrastructure needs." (WLBT, August 28, 2023.) But, alas, by some stroke of fortune, Mr. Khalid is apparently back on the job as of 3 days ago. No doubt he was presented one of the administration's cobbled together "improvement plans."

Lack of data and absence of proof of planning seems to be a recurrent theme with this administration. A few brief months ago, Congressman Bennie Thompson told a reporter that after two weeks and counting, if memory serves me, he still had not been granted access to the "comprehensive plan" of precisely how the City intended to operate the water system competently IF ONLY the reins of control were returned to it immediately.

CONCLUSION:
Not only are the health and welfare of the residents of Jackson, Mississippi, in the hands of the

federal government, but so is the future of the city itself.

There is both palpable relief and palpable anxiety amongst Jacksonians. Relief that the cavalry came to our rescue. Fear of impending doom should our only earthly hope come to a premature end.

It's a shameful thing that an angry and misguided faction of "activists" choose to sabotage rather than embrace the very real progress being made under the ITPM.

Open my shared note:



Re: PUBLIC COMMENT/The United States of America, et al., versus The…
Notes

Sent from my iPhone

**From:**  ██████████
**To:**  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Sewer
**Date:**  Thursday, August 31, 2023 8:49:35 AM

I support Ted Henefin being in charge of our sweet system.
Suzanne Best
Sent from my iPhone

**From:** Steve Bingham
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number
**Date:** Monday, August 28, 2023 10:19:42 AM

I strongly support the court's order and the sewer system being managed by Ted Henifin and JxnWater

**From:** Jeremy Birdsall
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 12:34:40 PM

Dear Judge Wingate,

I am a Jackson resident and moved here in 

I support **everything** you have done to improve Jackson's delivery of water and sewer services. **<u>PLEASE</u> allow Ted Henifin and JxnWater to continue the outstanding work they are doing for our city.** Whatever Mr. Henifin and his team are getting paid, it is not enough. The call center - which I called on one occasion - was responsive, professional, and timely addressed my concern.

Sincerely,
Jeremy Birdsall

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket No.36 |
| **Date:** | Monday, August 28, 2023 12:31:46 PM |

RE: DJ#90-5-1-1-09841 Docket Number 36

I'm writing to express my support of the proposed Stipulated Order and the sewer system of the City of Jackson, Miss., being managed by Interim Third Party Manager Ted Henifin and JxnWater.

Backhround

On July 26, 2023, the Department of Justice lodged a proposed Stipulated Order on Sewer System with the U.S. District Court of the Southern District of Mississippu in the lawsuit titled United States and State of Mississippi v. City of Jackson. Miss., civil action No. 3:12-cv-790-HTW-LGI (S.D. Miss.) [Docket Number 36].

The proposed Stipulated Order places the operation of the sewer system of the City of Jackson, Miss., under the control of an Interim Project Third-Party Manager. This is much needed to finally repair numerous leaks that over decades have resulted in hundreds of millions of gallons of untreated sewage flowing into the Pearl River, endangering humans & wildlife. I fully support this Stipulated Order.

Bobby Bishop

▮▮▮▮▮▮▮

Sent from AOL on Android

**From:**      Steve Bishop
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] I"m writing to express my support of the proposed Stipulated Order and the sewer system of the
               City of Jackson, Miss., being managed by Interim Third Party Manager Ted Henifin and JxnWater. Background:
               On July 26, 2023, the Department of J...
**Date:**      Monday, August 28, 2023 4:40:51 PM

Sent from my iPhone

**From:**      Connie Black
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 1:41:09 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.

Regards,
Connie Black

| From: | Blackwood, Jeffrey |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] DJ# 90-5-1-1-09841; Docket No. 36 |
| Date: | Monday, August 28, 2023 10:17:34 AM |
| Importance: | High |

Dear Sir or Madam,

I am a resident of the City of Jackson, and an owner in a business that is located in downtown Jackson. I write today in my capacity as a resident to comment on the proposed Stipulated Order placing the operation of the sewer system of the City of Jackson under the control of an Interim Third-Party Manager. The proposed Third-Party Manager is Ted Henifin, currently in charge of the City of Jackson Water System. **I offer my clear and unequivocal support of Mr. Henifin to be the Third-Party Manager charged with responsibility of the sewer system of the City of Jackson.**

In the relatively short time Mr. Henifin has been in charge of the Water System, there has been drastic and quick improvement of a system that is faced with years of neglect. Mr. Henifin and his team of professionals have been able to maintain consistent pressure to the water system, make countless repairs to the water treatment facilities, repair numerous leaks throughout the system (including many that have been identified for years without any action), and most of all provide the residents of Jackson with clean drinking water. Mr. Henifin and his team of professionals have provided stability, professionalism and transparency to a crisis that impacts hundreds of thousands of people. I have every reason to believe that Mr. Henifin will provide the same competency, stability, professionalism, and transparency to the Sewer System of the City of Jackson. Make no mistake, the condition of the Sewer System of the City of Jackson is a crisis that requires the same professional approach that Mr. Henifin is providing to the water system.

Jackson is a City that faces enormous problems on many fronts. The conditions of the Water System and Sewer System have led, in part, to numerous residents and businesses leaving the City of Jackson for suburbs where stability exists in these fundamental and necessary governmental services. Mr. Henifin's appointment has been one of the few positive steps taken to address and correct and improve these systems. I urge you to stick with a proven professional who has taken over in a time of crisis and shown substantive results.

If you have any questions, or I may provide any additional information, please let me know.

Sincerely,

Jeffrey R. Blackwood



LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

| | |
|---|---|
| **From:** | shannon blanks |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 1:08:40 PM |

My name is Shannon Blanks and I am a resident in ███████████████████████. I am in full support of Ted Henifin taking over the oversight and management of Jackson's sewer system and water!!! We need his experience and expertise in both departments! Thank you,

Shannon J. Blanks

**From:** Michael Boerner
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 4:54:10 PM

We are **in support of** the court's order and correspondingly, for the continued management by Ted Henifin (aka JxnWater) of the sewer system. Thanks!

Michael Boerner

--
**MICHAEL W. BOERNER,** ████████████████

████████



| | |
|---|---|
| **From:** | Bob Boteler |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Public Comment |
| **Date:** | Saturday, August 26, 2023 9:45:22 AM |

On behalf of the residents of ███████████ communities I would like to express our support of JXN Water/ Ted Henifin to be given the responsibility of sewer system management/repair. Mr. Henifin, his staff & competent contractors have proven themselves in managing & repairing the water system & will do the same for the sewer system.

Sent from my iPhone

| | |
|---|---|
| **From:** | Bonnie Bowley |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ███████ |
| **Subject:** | [EXTERNAL] Support for stipulated order to expedite sewer system repairs in City of Jackson |
| **Date:** | Thursday, August 31, 2023 2:05:31 PM |

I SUPPORT the stipulated order to expedite needed sewer system repairs in the City of Jackson.

I am a homeowner in Jackson, MS ████████████. Our property backs up to Eubanks Creek, where we have had raw sewage spilling into the creek for over two years. A broken sewage pipe crossing Eubanks Creek and pileup of creek debris was first reported in March and April of 2021, causing sewage backup in our house and making it necessary for us to remove the cap to our cleanout drain. Because of this, sewage now occasionally also spills into our yard.

No serious assessment or repair has ever been done in spite of our requests (work orders ██████████████████. We continue to pay our sewer bill every month even though we have received no practical sewer service for over two years! The value of our home is very adversely affected by the city's lack of action and concern.

Sincerely,

Bonnie (Bonita) Bowley
███████████████

**From:** Dea Bowling
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:22:56 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Dea and Michael Bowling

Sent from my iPhone

**From:**       Michael B
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Ted Henifin
**Date:**       Friday, August 25, 2023 3:19:50 PM

To Whom It May Concern,

I enthusiastically support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

Michael Bowling

Sent from my iPhone

**From:**      David Bowman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] 90-5-1-1-09841
**Date:**      Wednesday, August 23, 2023 8:58:32 PM

As a former City of Jackson employee of the engineering department and a customer, I whole heartily support Ted Henifin to be named the third party administrator to get our wastewater system to approved operation standards. I have lived in Jackson for over ███ years and have experience sanitary sewer overflows and other issues. I feel Ted's success with the water system should be grounds enough for him to manage the wastewater. Also the utilities are very similar and the collection and distribution lines are usually in the same area. Might as well fix them at same time.


Thanks
David Bowman



**From:**      Kate Bowman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS potential sewer take over
**Date:**      Saturday, August 26, 2023 5:18:37 PM

Hello,

I was born in Mississippi and have lived in the city of Jackson, MS,  Hinds county, for █ years raising my family.  We have seen the coming and going of various leaders and their staff.  Over time this city has lost the resources and revenue to make the public utilities and other vital necessities work properly.  I am thankful for the takeover but disappointed that the leaders and agencies of this community let it come to this.   I believe Ted Henifin is doing a great job and using good judgment and prioritizing the appropriate fixes to help this city back on track. Unfortunately Jackson had its chance to fix and repair these problems for years and failed miserably.   We as a city are in dire straights and we need the competence of companies that have the knowledge of such a complex system and process.   We had our chance and failed!

My family and I 100% support the appointed group working with our water system and support the addition of the sewer system be added.    I believe the entire city is being served fairly.   This is not a game.  This is a major part of one's quality of life and extremely complicated and expensive.   We need the Federal government's help and need the competence of the professional engineers and experts.

Once all the problems have been corrected, we will then need competent professionals to keep it running or it will all be in vain.

Sincerely,
Kate Bowman


--
Kate Bowman

**From:**      Guy Boyll
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 No. 36
**Date:**      Monday, August 21, 2023 9:54:01 AM

I support the court's order and the sewer system being managed by Ted Henifin and Jackson Water.

Guy L. Boyll

███████████

Sent from my iPhone

| | |
|---|---|
| **From:** | Abby Braman |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Pearl Riverkeeper public comment |
| **Date:** | Thursday, August 31, 2023 1:57:57 PM |
| **Attachments:** | PRKJacksonSewerComments2023.pdf |

Please see attached public comment re: United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790– HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841 [Docket No. 36], proposed Stipulated Order on Sewer System with the United States District Court for the Southern District of Mississippi.



30 August 2023

**Delivered by Electronic Mail to**: *pubcomment-ees.enrd@usdoj.gov*.

Assistant Attorney General
U.S. DOJ—ENRD
P.O. Box 7611
Washington, DC 20044–7611.

RE: ***United States and State of Mississippi** v. **City of Jackson, Mississippi,** Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841*

Pearl Riverkeeper, a grassroots non-profit and licensed member of Water Alliance, whose mission is to protect everyone's right to clean water, submits these comments during the public comment period for the proposed Stipulated Order on Sewer System with the United States District Court for the Southern District of Mississippi in the lawsuit entitled *United States and State of Mississippi* v. *City of Jackson, Mississippi,* Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.) [Docket No. 36]. **Pearl Riverkeeper and our members are strongly in support of the proposed Stipulated Order placing the operation of the sewer system of the City of Jackson, Mississippi under the control of an Interim Third-Party Manager.**

Pearl Riverkeeper is thankful that Judge Wingate has recognized the extremity of the City of Jackson's sewer situation and that continuing along the current path will prolong the suffering. Last year, the City experienced its 2nd highest amount of sewage released since the consent decree with the EPA in 2012.  216 million gallons of untreated sewage were released in our community. The City sewage issue has become exponentially worse, not better, in the last 5 years, increasing in both volume and frequency. This sewage affects our health, quality of life, property values, and livelihoods.

The worsening sewer situation in Jackson has significantly impacted the environment for residents and business owners.

- In May 2019, due to Jackson's ongoing Sanitary Sewer Overflows (SSO), MDEQ issued a Water Contact Advisory recommending that people avoid water contact activities such as swimming, wading, and fishing and that people should also avoid eating fish or anything else taken from these waters until further notice. After several updates, MDEQ's Water Contact Advisory now covers 20 miles of the Pearl River and a dozen Jackson creeks. This Advisory is still in place and is going on its 5th year. The Pearl River is the premier Jackson-area natural resource for hundreds

of thousands of residents and visitors and a source of subsistence fishing for locals, but it has been rendered virtually unusable by City sewer overflows.

- The "Jackson segment" of the Pearl River is the source water for the JH Fewell drinking water plant. When the water quality in the river is compromised by ongoing sewage leaks, drinking water treatment challenges and costs rise.

- Residents of Jackson have reported having to leave their homes and incurring high costs from hotel stays and sewer damage repairs. Property values have been impacted, and businesses are leaving the City.

- All of Jackson's Pearl River tributaries are sewage impaired. In September 2021, Eubanks Creek, a Jackson tributary near Lakeland Drive, became eutrophic and supported an algae bloom when a leaking sewage interceptor line spilled into it. When the algae in these blooms eventually die off, their decomposition can create a "dead zone" or fish kill when there is insufficient oxygen in the water to sustain life.



In addition to the prioritization of repairs to the City's 200 ongoing sewer spills, Pearl Riverkeeper urges the Interim Third-Party Manager to consider inadequate City Public Works Department staffing and complete lack of City sewer spill public notification.

Pearl Riverkeeper hopes that the Interim Third-Party Manager will alleviate some of the significant staffing issues faced by the City. The City Public Works Dept is completely hollowed out. Upper-level management positions have either gone vacant for years or are filled with interim or temporary fills, and there are few remaining skilled workers to operate equipment such as sewer vacuum trucks. The City of Jackson consent decree webpage listed a Water Sewer Utilities Division organizational chart that included a Utility Manager, Wastewater Facilities Manager, Wastewater Operations Engineer, Wastewater Collection System Engineer, and Sewer Systems Superintendent. It is unknown if any of those positions are currently filled.

PUBLIC NOTIFICATION

Public notification procedures are woefully inadequate for the extremity of the City sewer situation. Public notification is virtually nonexistent. The Interim Third-Party Manager should be aware that the "Jackson segment" of the Pearl River is being utilized despite known problems with City sewer. Residents go to Belhaven Beach to walk their dogs, teenagers and families using river sandbars for relaxing and swimming, daily fishing occurs at waterworks curve, and kayakers float the river from the Ross Barnett Reservoir Spillway Dam to LeFleur's Bluff State Park. Residents must be made aware of sewer spills of "significant volume" or "significant impact to human health", as required in the City Sewer Overflow Response Plan.

Although MDEQ's Water Contact Advisory issued May 2019, updated June 2019, and updated again in May 2021 remains published on the MDEQ website, the public does not receive periodic reminders of the Advisory, and no Water Contact Advisory signs exist at any Pearl River waterways.

Per the City's consent decree-mandated Sewer Overflow Response plan, the City is required to report any time there is a spill of "significant volume" or "significant hazard to human health". The City is not complying with their consent decree required reporting. For example, in Quarter 1, 2022, the City reported:

- 259 Sanitary Sewer Overflows (SSOs)
- 142 ongoing unresolved SSOs
- 52,006,560 gallons of raw sewage released from collection system
- 14 separate SSOs that released more than one million gallons of raw sewage

In this one quarter, the City of Jackson sewer system released more sewage than the total released during the entire years of 2018 and 2019 combined. During this quarter, the City did not release any Public Notifications.

In 2019, Pearl Riverkeeper asked MDEQ to help the City quantify the meaning of "significant volume" or "significant hazard to human health". Removing the subjective nature of the requirement and adding a

concrete number to the volume (10,000 gallons or 100,000 gallons) could simplify reporting. MDEQ declined to pursue this suggestion.

Currently, the public has no way to be informed of significant, hazardous sewage spills in their community. The only way for a member of the public to find out about a City SSO is to wait one month after the end of the last quarter, access the City of Jackson consent decree website, and read the last Quarterly Report.

 In neighboring Alabama, the Alabama Department of Environmental Management (ADEM) maintains an online map of state SSOs updated daily (https://gis.adem.alabama.gov/sso/index.html). SSO information remains on the map for 10 days after SSO ceased. ADEM also operates an opt-in email and text alert system. Within 15 mins of getting an SSO report, ADEM releases electronic notification. This type of communication would ease calls to MDEQ/City of Jackson and the Jackson 311 system. The City of Jackson has a Sanitary Sewer Overflow (Heat Map) website (https://jacksongis.maps.arcgis.com/apps/View/index.html?appid=9db306bbde6a4e4381f314d968db0349), but it is not currently being updated. Utilizing the Heat Map website and issuing required public notifications should be a priority of the Interim Third-Party Manager.

Citizens need a better way to be notified about these SSOs, not only to protect their health but also so that they can knowledgeably execute some of the responsibilities of a good citizen, such as voting, writing letters to their legislators, advocating for more funding, and speaking at City Council meetings.

Pearl Riverkeeper urges the Department of Justice to place the operation of the sewer system of the City of Jackson, Mississippi under the control of an Interim Third-Party Manager.

Sincerely,

Abby Braman
Executive Director, Pearl Riverkeeper

**From:**        Jason Branning
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**        Thursday, August 17, 2023 6:42:59 PM

To Whom It may Concern:

I want to offer my support for the order and correspondingly, for the continued management by
Ted Henifin of JxnWater and the sewer system.

Thank you,
Jason Branning

████████████████████████
--
Jason K. Branning
███████████████

**From:** Ladd Bratcher
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Cc:** ██████████
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number
**Date:** Friday, August 18, 2023 10:56:00 AM
**Attachments:** image001.jpg
image002.jpg

I fully support the water and sewer system being managed by Ted Heflin and Jxnwater.

Thanks,



Ladd Bratcher

**From:**       Sheila Bratcher
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number
**Date:**       Thursday, August 17, 2023 5:23:01 PM

As a lifelong and very concerned citizen of Jackson, MS, Hinds County, I support the appointment of Ted Henifin as the interim third-party manager of Jackson's sewer system.  I support the court's order and the sewer system being managed by Ted Henifin.
Thank you,


Sheila Bratcher

| | |
|---|---|
| **From:** | Kim Breese |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Dkt # 36 |
| **Date:** | Monday, August 28, 2023 10:46:53 AM |

I am a resident of Jackson MS.  The DOJ issued a proposed Stipulated Order placing the operation of the city's sewer system under the control of the Third-Party Manager, Ted Henifin.

Mr. Henifin has done a superb job as "water czar" and, I'm certain, will do an excellent job as "sewer czar."  Leaving the system in the hands of a city administration that has proved, at least since since 2013, that it does not have the competence to maintain the sewer system would be devastating for the city.

I fully support the DOJ's stipulated order.

Frank "Kim" Breese, III

**From:** Brister, Bill
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson MS Sewer
**Date:** Thursday, August 31, 2023 8:29:11 PM

To Whom It May Concern:

I have lived and worked in Jackson, MS. for ██ years.  It is my home.  We raised our children here and we enjoy our community and friends and neighbors.  However, the City has infrastructure problems- water, sewer, roads, etc.  Our City leaders have failed to repair and operate our water and sewer system in an acceptable manner.  It appears that the water system is on the way to repair and create an efficient operation since the third-party conservatorship.

Now we need to fix the sewer system.  There is open sewage running through parts of our city.  Again, our City leaders seem incapable of fixing the problems.  Please allow the third party-party conservatorship to extend to the sewer system along with the water system.  We need your help.

Thank You,

Bill M. Brister ████
████████████
███████████
██████████

| | |
|---|---|
| **From:** | Liz Brister |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Sewer in Jackson, MS |
| **Date:** | Thursday, August 31, 2023 8:36:19 PM |

To whom it may concern:

I have lived in Jackson most of my adult life and in the same house at ▮▮▮▮▮▮▮ for ▮ years. We are part of a small, low to modest-income community where most of the homes date back to the 1950s. There is a creek behind our home that is a tributary to Eubanks Creek, which flows into the Pearl River. Since 2005, the creek behind our home has been full of sewage from sewage line breaks and overflows. We do get periods of respite from the sewage, but most of these 18 years we have been challenged with raw sewage in our backyard! We have filed complaints with the state Dept. of Environmental Quality and the EPA. I have personal relationships with some of our city council leaders and have summoned them to help fix this problem. The city of Jackson has had its chance to fix this over 18 years! Please do not abandon us in our time of need. We have lost treasured neighbors, friends and quality of life because the entire community smells of sewage frequently. While I have had some success in being vocal and getting attention to severe overflows (unbearable stench and unsanitary conditions), my neighbors only two blocks away have had raw sewage from an overflow or break for more than a decade. They have filed numerous cases with the city and it has never been remedied. (The creek behind ▮▮▮▮▮▮▮ and other homes that back up to the creek). The city has had its chance and we have begged and pleaded for help for years. I support a third-party conservatorship to restore decent,sanitary conditions for all of Jackson's citizens. Many of Jackson's citizens are among the most vulnerable in our country. Poverty and racial/economic inequities are common. We do not have a chance to create prosperity in this city and close the racial wealth gap without basic human services. Since securing the Water system for the city, our third party conservator (JXN Water led by Ted Henefin) has delivered marked improvements. There is a 24/7 call center. I have personally called in leaky meters, water breaks and other issues. What used to take years and a lot of political capital is getting resolved in an orderly ticketed fashion. There is no greater hardship you can place on a poor city of mostly black citizens than to make them live without basic city services.

This is the truth. Please support a third-party conservatorship for the city of Jackson sewer. I have confidence in the current leadership of Ted Henefin and the team he has assembled.

Thank you,

Liz Brister
▮▮▮▮▮▮▮▮▮

**From:**      Jeff Brown
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:**      Thursday, August 31, 2023 9:17:16 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Jeff Brown

**From:** Turner Brown
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:11:15 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Turner Brown

**From:**      Wes Brown
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Ted Henifin
**Date:**      Monday, August 28, 2023 10:26:40 AM

PLEASE ALLOW TED HENIFIN TO TAKE OVER JACKSON'S SEWER SYSTEM.

**From:**     Kim Brown
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:**     Wednesday, August 30, 2023 10:03:17 PM

I support the court's order and the sewer system
being managed by Ted Henifin and JXNWater.

Kim Brown

████████████████████████████

**From:** Billy Browne
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 17, 2023 6:15:16 PM

I am in support of the court's order and the sewer system being managed by Ted Henifin and JxnWater

Sincerely,

William Browne

█████████████

(Sent from my iSometimes a phone)

**From:** Brooks Gmail
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Re: Jackson Sewer System
**Date:** Tuesday, August 15, 2023 6:30:21 PM

The City of Jackson should NOT run the sewer system for our city!  It is critical that JXN Water take over and manage our sewer system once and for all.  Enough is enough, as the City of Jackson has proven to be totally incompetent in the past and incapable of managing the sewer system any better in the future. Please, for the good of all citizens of Jackson and surrounding areas, put JXN Water in charge!
>>
>> Thank you!!!!
>>
>> Brooks Buchanan
>> ███████████

| | |
|---|---|
| **From:** | Jason Buckley |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Case No. 3:12-cv-790-HTW-LGI-STIPULATED ORDER ON SEWER SYSTEM |
| **Date:** | Thursday, August 31, 2023 5:32:32 PM |

I am writing in **SUPPORT** of removing the control and management of the sanitary sewer system from the City of Jackson and placing it in the hands of Ted Henifin's group.

From my perspective, the competency and responsiveness has greatly improved since their involvement with the water system.

The city, has proven to be unable and/or unwilling to competently take measures to correct issues on this and many fronts.

Sanitary Sewer, Water, Crime, Trash disposal come to mind instantly.

Please place someone in control that can and will accomplish this task.

Thank you.

| | |
|---|---|
| **From:** | Amy Bush |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 29, 2023 7:12:51 AM |

==**We support the court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater.**==

Sincerely,
Amy and Bill Bush



**From:**       Glen Bush
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-5-5-09841 Docket #36
**Date:**       Thursday, August 31, 2023 9:34:42 AM

I am a resident of the City of Jackson. I strongly support the Jackson sewer system being managed by Ted Henifin and JxnWater.  Since he took over the water system, water supply and pressure has been vastly improved.  It is critical that he manage the sewer system.
--

*CONFIDENTIALITY NOTICE:* This e-mail and any attachments may be
confidential and protected by legal privilege. If you are not the intended
recipient, be aware that any disclosure, copying, distribution or use of
the e-mail or any attachment is prohibited. If you have received this
e-mail in error, please notify us immediately by replying to the sender and
deleting this copy and the reply from your system. Thank you for your
cooperation.

**From:**      Jean Bush
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson water sewer
**Date:**      Thursday, August 17, 2023 10:25:01 PM

---

I fully support the interim appointment of a third party administrator for the water/ sewer system in Jackson.
He has done a great job since assuming the position. He must be more qualified for the position than prior folks that have held the job.

Sent from my iPhone

**From:** Frances Bussey
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 1:38:47 PM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Thanks!
Frances Bussey

| | |
|---|---|
| **From:** | John Bussey |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 4:07:00 PM |

I am a Jackson, MS resident and what has become of our water and sewer systems is unacceptable.  The progress Mr. Ted Henefin has made is encouraging and I fully support him and JxnWater's efforts to get the City of Jackson water and sewer systems under control.

Thank you,

John Bussey

**From:** Bryant Butler
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:** Monday, August 28, 2023 10:29:37 AM

To Assistant Attorney General, Environment and Natural Resources Division,

I support the EPA's proposed order placing Jackson's sewer system under Ted Henifin's management. The city of Jackson has been given plenty of time and resources to resolve the issues. They have not used the resources they have been given and allocated/reallocated the funds they currently have to resolve an issue that they have no choice but to fix. The city does not have the resolve to collect the money owed nor the correct attitude to address the issue. In the ▇ years I have lived in this state, the city of Jackson has not made wise decisions or demonstrated the will necessary to restore the city's water. In fact, they have ignored  state and federal orders and in doing so communicated a disregard for all walks of life, the law, and even the city's education. Water is a well-spring of life—and, therefore, fundamental to the pursuit of liberty and happiness. I feel something else is more important to the city of Jackson than these and believe they should forfeit their management privileges.

Appreciative,
--Bryant Butler

| | |
|---|---|
| **From:** | Kelly Butler |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] supporting Jackson water/sewer |
| **Date:** | Monday, August 21, 2023 5:43:55 PM |

A properly working sewer system is critical to our community and health. I strongly support Judge Wingate's order to appoint Ted Henifin as the interim third-party manager of Jackson's sewer system.

Kelly Butler

**From:**       Rebecca Butz
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Wednesday, August 23, 2023 3:06:41 PM

I support the courts order and the sewer system being managed by Ted Henifin and JXNWater

Thanks,
Rebecca Butz
Jackson resident
██████████████████████

Sent from my iPhone

**From:**    Elizabeth Buyan
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**    Wednesday, August 30, 2023 12:29:45 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed,

Elizabeth Buyan

| | |
|---|---|
| **From:** | Tracy Byrd |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Thursday, August 17, 2023 5:39:15 PM |

Tracy Byrd



I support for the order and correspondingly, for the continued management by Ted Henifin (aka JxnWater) of the sewer system.

**From:** Nancy Campbell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Support for Ted Henifin
**Date:** Monday, August 28, 2023 12:31:54 PM

I live on [redacted] and would like to voice my support for Ted Henifin. He has done a remarkable job so far and I hope that he can remain in Jackson as the head of both the water and sewer systems. Thank you for your attention to this issue,

Nancy Campbell

| | |
|---|---|
| **From:** | Campbell, Roy |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 1:33:11 PM |

**I write to register my support of Judge Wingate's recent order directing that Ted Henifin and JXNWater be vested with authority to manage Jackson's sewer system. They are doing excellent work with Jackson's water system.**

**Thank you.**

**Roy and Nancy Campbell**

████████████

Sent from my iPhone

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**From:**      Don Cannada
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number
**Date:**      Thursday, August 17, 2023 5:40:26 PM

As a resident of ████████████████████████████, I **strongly support** the court's order and the management of the sewer system by Ted Henifin and JxnWater.

**Don B. Cannada**



**From:**       Cindy Caracci
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 DC# 36
**Date:**       Monday, August 21, 2023 12:13:21 PM

Judge Wingate,

I live in the city limits of Jackson MS and DO support the courts order and the sewer system to continue to be
managed by Ted Henifin.


Cindy Caracci

**From:**       K CARLLEY
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] I support the federal takeover of the Jackson MS sewer system
**Date:**       Thursday, August 31, 2023 7:08:55 PM

This email is written to express my opinion as a citizen of Jackson MS regarding my strong support of having the Jackson MS sewer system placed under federal jurisdiction.

**From:**      Rachel Carson
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] es Division, and should refer to entitled United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:**      Monday, August 28, 2023 5:27:53 PM

The City of Jackson is totally negligent and criminal in their pollution of the environment. There actions constitute one of the worst Environmental Justice occurences in the entire southeast. They have polluted the Pearl River system with millions of gallons of wastewater. If this was a white owned company they would be on national news every single night for their crimes. Please do not extend their deadlines any further. Make them comply immediately and seek justice against the COJ administration as the Environmental Justice polluters they are to this community. Their actions create health impacts to hundreds of thousands of residents in Jackson and downstream.

Forming a "Procurement Collusion Strike Forse" is a total waste of time and another bureaucracy to waste money. When COJ has reported as the requirements of the previous consent decrees it has been false information. Please do not let this go on another day. Prosecute them for wire fraud for submitting false information as well.

What is the COJ's justification for continuing to ignore previous consent decrees and why would DOJ continue to let them thumb their noses at justice? I think there is a EJ disproportionate impact to the residents of Hinds, Rankin and every county that touches the Pearl River due to DOJ and COJ continuing to ignore the problem. Where is the outcry like their is against Chevron in Jackson County. Their EPA and others are persecuting a private company with much less documented pollution and impacts than occurs with every rain event by the COJ. Please hold them accountable.



**From:** Rachel Carson
**Sent:** Monday, August 28, 2023 5:16 PM
**To:** ENRD, OEJ-Jackson (ENRD) <OEJ-Jackson.ENRD@usdoj.gov>
**Subject:** [EXTERNAL] Re: Jackson Sewer Overflow Public Comment Meetings Next Week

I could not attend but it is terrible that the City of Jackson has been able to ignore
the previous orders and continue to let leaks, failures and poor operations release
millions of gallons of untreated wastewater into the environment. If this was a
private company they would be prosecuted criminally. The DOJ prosecuted Gold
Coast in Brandon MS for much much less pollution. The COJ is willfully doing this

and I think they should be prosecuted civilly and criminally for their actions. The drinking water system failure has garnered all the attention but the wastewater situation is a much worse problem in my opinion as it affects all the citizens of Jackson and all those downstream as well.

Please quit letting the COJ get by with polluting the environment and immediately require them to comply with the environmental regulations like others are required. Do not give them any more extensions and prosecute those responsible.

On Fri, Aug 18, 2023 at 8:05 AM ENRD, OEJ-Jackson (ENRD) <OEJ-Jackson.ENRD@usdoj.gov> wrote:

> This a reminder for the U.S. Department of Justice (DOJ), the U.S. Environmental Protection Agency (EPA), and the Mississippi Department of Environmental Quality (MDEQ) public comment meetings on the recent Stipulated Order related to sewer overflow issues in Jackson. DOJ, EPA, and MDEQ also want to hear your public comments on the Stipulated Order. The meetings will be held at the following times:
>
>   - **Aug 21, 6 - 8 p.m.** at Jackson State University, E-Center located at 1230 Raymond Rd in Jackson, MS 39204
>
>   - **Aug 22, 10 a.m. – 12 p.m.** at Tougaloo College, Bennie G. Thompson Academic Center in Tougaloo, MS 39174
>
>   - **Aug 22, 6 - 8 p.m.** at Tougaloo College, Bennie G. Thompson Academic Center in Tougaloo, MS 39174
>
> **Please share this information with others who are affected or interested.**
>
> For more information, there is a fact sheet about what is in the Stipulated Order attached to this email. Please also visit www.epa.gov/ms/jackson-ms-sewer-system for more information and to register for the meetings. Registration is encouraged but not required.  If you or someone you know would like to request Spanish language or ASL interpretation services, please do so when registering.
>
> Thank you and we hope to see you at a public meeting.

**Office of Environmental Justice**

**Environment and National Resources Division**

**U.S. Department of Justice**



-----Original Message-----
From: █████████████████████████
Sent: Thursday, August 31, 2023 9:24 PM
To: ENRD, WebContentMgr (ENRD) <WebContentMgr.ENRD@usdoj.gov>
Subject: [EXTERNAL] Jackson Sewer Overflow Public Comment Period

Please find my comment for the Jackson, MS sewer system below:


In all employment situations, additional work and/or a promotion is only awarded when a person has shown an exceptional aptitude for the current and potential job. At present, Ted Henefin has not displayed any exceptional ability when it comes to Jackson's water issue. If anything, he has shown that he is not able to provide sufficient updates to the public or visible improvements.

Only after the public comment meetings, did I myself see Jackson Water trucks out working to fix issues with the water and/or sewer. However, these trucks were only seen in a majority white affluent area, and not in the South Jackson areas in most need of improvements and water.

For these reasons, I believe Ted Henefin should not be granted authority over the Jackson sewer system. I welcome the opportunity to speak further on this issue and can be reached by email or phone.


J Carter


**From:**    william carter
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson Sewer public comments
**Date:**    Tuesday, August 15, 2023 6:12:46 PM

Dear DOJ:

I have lived in Jackson for ▇ years and have never been more concerned about our city and water/sewer systems as now.  Ted Henefin has done an OUTSTANDING job with our broken water system and I know he will do the same for the sewer issues facing Jackson.

On my property in Jackson, over the past several years, I have experienced 4 different situations with the sewer backed up and overflowed directly into Eubanks Creek. Eubanks Creek runs beside my home.  I can't tell you the number of times I reported this to the city but nothing was ever done until I called MIssissippi's  Department of Environmental Quality and reported this to them.  The issue was resolved for a short period of time for the first couple of years but ultimately was fixed last year when the DEQ had to step in once again.  There were two sewer manholes flowing endlessly from an apartment complex to my east.  At times, it even flooded the adjacent street and caused quite an unpleasant order and mess.

I am a bike rider.  Last winter as I was riding on a heavily traveled street in Jackson and a car passed me which covered me in raw sewer. It was awful and sickening.  It was so bad, my wife had to hose me off in our yard since I could not come into my home covered in you know what!  Additionally, Jackson built a bike path last year which was very welcome.  The first time I rode the 2 mile path, I encountered 4 raw sewage pools in that short of a ride. How disappointing and dangerous.

Finally, whenever it rains, the sewage overflows on Crane Boulevard.  It is not uncommon to see all kinds of stuff in the pools left by the overflow.

All this being said, I believe that Ted Henefin is our ONLY hope of getting this pressing issue corrected. It is my understanding that 4.7 BILLION gallons of sewer was released by Jackson in the Pearl River over the past 2 years.  THIS IS EXTREMELY CONCERNING in that this amount would not include the flows into the creeks as I have described in this email.

PLEASE TURN OVER THE SEWER TO TED HENEFIN and let this city start to heal.  I, as well as others, got used to boil water notices and sewer postings in the past but this cannot continue.  I have faith in the water system since Ted has taken over and I have faith he can correct both these issues and save money at the same time.

Please do not let the loud politicians in Jackson, who only speak for a few, squander this once-in-a- lifetime chance to fix these pressing problems.  I would like to speak at the public forums if you have time for me.  My cell is ▇▇▇▇▇▇ if you need to contact me.

Thanks for looking into these issues and helping Jackson to recover,

William Sanders Carter

| | |
|---|---|
| **From:** | Yahoo |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Ted Henefin |
| **Date:** | Monday, August 28, 2023 11:15:25 AM |

Please keep Mr Henefin here! He's the best thing that's happened to Jackson in years. He is actually working at the job and knows what he's doing. We need educated engineers who want to fix things so badly here! And they need the freedom and latitude to do their work without political interference!

Sent from my iPhone

**From:** Chris Champion
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 22, 2023 10:41:47 AM

To Whom It May Concern,

I write today to support the court order which allows Mr. Ted Henifin and JXNWater to manage the water and sewer system for the City of Jackson, MS.

Having personally experienced a water issue having to call JXNWater for support, I found them to be professional and responsible. The same can not be said about previous experiences with the Jackson water administration. Before JXNWater took over the operation of the system, the water at my residence was discolored and experienced low pressure. I have seen drastic improvements under new management and anticipate the same with JXNWater taking over sewer administration.

The incompetence of the previous administration was beyond belief and has caused generational harm to the economics of the City of Jackson. My peer group has faith in JXNWater, the same can not be said about the previous administration.

Chris Champion

**From:** Katie Jo Chane
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 9:42:01 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

-katie jo chane



**From:** Greg Chinchar
**To:** Greg Chinchar; ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Fwd: ITPM - Jackson, MS Sewer System
**Date:** Tuesday, August 22, 2023 1:37:46 PM

Dear Sir/Madam,

I attended the public comments meeting at Tougaloo College on the morning of 22 August 2023.  The meeting was held for the purpose of discussing the appointment of Mr. Ted Henefin to serve as the interim third-party manager of the Jackson, MS sewer system.

I whole-heartedly support the appointment of Mr. Henefin as the ITPM to oversee the Jackson sewer system.  Since his appointment as the ITPM overseeing the city's water system marked progress has been made, and I anticipate that progress will continue as he oversees both systems.

I note that while other issues were discussed by various participants the issue at hand focused only on the sewer system.  Issues such as work force training, needed to maintain progress after the termination of the consent decree, and storm water run-off are clearly important, but are for discussion at another forum.

V Gregory Chinchar ██████

██████████████████████

I am a ████ year resident of the city of Jackson

| | |
|---|---|
| **From:** | Greg Chinchar |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Re: Automatic reply: [EXTERNAL] Fwd: ITPM - Jackson, MS Sewer System |
| **Date:** | Wednesday, August 23, 2023 2:34:18 PM |

Just a follow up on my endorsement in favor of Mr. Henefin assuming the role of ITPM for the Jackson sewer system.

The moderator of the meeting did a very good job in handling the public comments.  While many remarks were focused on the question of an ITPM for the sewer system, other comments that did not address that issue, e.g., water quality, were also brought up.  All speakers were afforded their allotted time and were treated respectfully.

VG Chinchar
Jackson, MS

On Tue, Aug 22, 2023 at 12:37 PM ENRD, PUBCOMMENT-EES (ENRD) <PUBCOMMENT-EES.ENRD@usdoj.gov> wrote:

> Please accept this automatic reply as acknowledgment of receipt of written comments relating to this proposed Consent Decree.  Your comments will be reviewed by the attorney handling the case.  Thanks!

**From:** Mark Chinn
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson Water Sewer
**Date:** Tuesday, August 22, 2023 2:01:51 PM
**Attachments:** image011.png
image013.png



I own a building in Jackson.  DO NOT LET THE CITY OF JACKSON MANAGE ANYTHING!  As a matter of fact, I think the Mayor and pertinent city officials should be indicted for their malfeasance in regard to public safety, sewerage and the Clean Water Act.



**From:**      Marty Clapton
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson Mississippi Sewer
**Date:**      Wednesday, August 16, 2023 12:24:45 PM

Please help the City of Jackson by taking over our sewer system. I lost my business/restaurant during the water crisis 1/4/23 and I've seen how incompetent the city is at maintaining our utilities. Please help.

Marty Clapton

Sent from my iPhone

| | |
|---|---|
| **From:** | Clark, David |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Sewer system management |
| **Date:** | Saturday, August 26, 2023 4:06:45 PM |

Yes, we definitely support Mr. Henifin and JXN Water's taking over Jackson's sewer system as well as water system.  He has shown his capability, and his ability to listen to all segments of the community.

David and Victoria Clark



Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

| | |
|---|---|
| **From:** | Janie Clarke |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 3:09:18 PM |

To Whom it May Concern:

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed ,
Janie L. Clarke

▮▮▮▮▮▮▮▮▮▮

Sent from my iPhone

**From:**       Alice Clement
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] All praise for Henefin
**Date:**       Sunday, August 20, 2023 7:30:51 PM

---

We are Jackson homeowners who are most pleased with and thankful for Ted Henefin's efforts on our behalf. We extend those sentiments to include President Biden, the EPA and Judge Wingate for their roles in getting the Jackson water system on firmer ground. Please don't let Henefin's momentum come to a halt now! We need to keep him on the job as long as possible (and never allow our City government to duplicate this fiasco).
Thank you.
Alice Clement

███████████

Sent from my iPhone

**From:** Rod Clement
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Sunday, August 27, 2023 6:46:48 AM

I support the continued management of the City of Jackson's sewer system by Ted Henifin and JXN Water.

I was born in Jackson and have lived and worked here for ███ years.

Rod Clement

| | |
|---|---|
| **From:** | Charles Clericuzio |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] City of Jackson, Mississippi, Sewer System Management(DJ# 90-5-1-1-09841, Docket Number 36) |
| **Date:** | Monday, August 28, 2023 9:35:31 AM |

I am writing in support of interim third-party manager, Ted Henifin, to manage, operate, and maintain the City of Jackson's sewer system.

As a resident of the City of Jackson for over ▮ years and a practicing physician for ▮ years, who was intimately concerned with the health and well-being of many of our residents, it is time for not only safe and potable water to be available daily to every citizen of our city, but also a reliable sewer system free of breaks and leaks which negatively impacts the health and well-being of our citizens.

As acknowledged in the stipulated order from the U.S. Department of Justice and EPA, the City of Jackson " failed to achieve significant progress under a 2013 settlement among the parties that was entered by the federal court as a consent decree, and that the sewer system has further deteriorated over the last 10 years, resulting in violations of the settlement."

As previously reported, currently the City of Jackson has over 250 "sanitary spills" in which raw sewage leaks from a neglected pipe system contaminating ground, streets, houses, and eventually polluting the Pearl River from runoff. This potential health crisis parallels the estimate that 40% of water processed by the city is lost due to broken and inefficient water service lines.

Our city's water system was originally constructed in 1888, and for over 70 years now replacing sewer lines have been a focus for infrastructure improvements by city officials.  However, these improvements have not occurred, largely due to the incompetency and lack of experience in water and sewer management by succeeding city administrations, as well as their political grandstanding and lack of transparency.  The response of the current city administration to Mr. Henifin is once again based purely on racism and a failure to acknowledge their own failures in assuring the citizens that their health and well-being is paramount.  As a consequence of this, and the global failure of the city to address all infrastructure needs (water, sewer, roads), as well as crime, an exodus of white and middle class residents continues, making Jackson the fastest shrinking city in the latest U.S. Census Bureau data.

Charles P. Clericuzio ▮

Sent from my iPad

| | |
|---|---|
| **From:** | Charles Clericuzio |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] City of Jackson, Mississippi, Sewer System Management(DJ# 90-5-1-1-09841, Docket Number 36) |
| **Date:** | Monday, August 28, 2023 9:16:30 AM |

I am writing in support of interim third-party manager, Ted Henifin, to manage, operate, and maintain the City of Jackson's sewer system.

As a resident of the City of Jackson for over ██ years and a practicing physician for ██ years, who was intimately concerned with the health and well-being of many of our residents, it is time for not only safe and potable water to be available daily to every citizen of our city, but also a reliable sewer system free of breaks and leaks which negatively impacts the health and well-being of our citizens.

As acknowledged in the stipulated order from the U.S. Department of Justice and EPA, the City of Jackson " failed to achieve significant progress under a 2013 settlement among the parties that was entered by the federal court as a consent decree, and that the sewer system has further deteriorated over the last 10 years, resulting in violations of the settlement."

As previously reported, currently the City of Jackson has over 250 "sanitary spills" in which raw sewage leaks from a neglected pipe system contaminating ground, streets, houses, and eventually polluting the Pearl River from runoff. This potential health crisis parallels the estimate that 40% of water processed by the city is lost due to broken and inefficient water service lines.

Our city's water system was originally constructed in 1888, and for over 70 years now replacing sewer lines have been a focus for infrastructure improvements by city officials. However, these improvements have not occurred, largely due to the incompetency and lack of experience in water and sewer management by succeeding city administrations, as well as their political grandstanding and lack of transparency. The response of the current city administration to Mr. Henifin is once again based purely on racism and a failure to acknowledge their own failures in assuring the citizens that their health and well-being is paramount. As a consequence of this, and the global failure of the city to address all infrastructure needs (water, sewer, roads), as well as crime, an exodus of white and middle class residents continues, making Jackson the fastest shrinking city in the latest U.S. Census Bureau data.


Sent from my iPad

**From:**     georgia cohran
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Sewer
**Date:**     Sunday, September 3, 2023 2:05:56 PM

Greetings,
No, I do not understand the sewer issues enough to agree to a merger with the water situation.
Nothing should be financially attached to the water issue. Pipes are pipes! There should be
grants available for sewer.

Sincerely,
Georgia Cohran

| | |
|---|---|
| **From:** | Larry Collins MD |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 |
| **Date:** | Monday, August 28, 2023 6:32:47 PM |

To whom it may concern:

I fully support the court's order and the sewer system being managed by Mr Henefin and his group
Jxn Water.

                    Sincerely
                    Larry Collins

**From:**      Will
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS Sewer
**Date:**      Monday, August 21, 2023 2:53:03 PM

Hello,

I have lived in Jackson my entire life, (

Nothing would make me happier than to see the sewer system taken over by Mr. Henifin. He has already done a stellar job with the water, and I have 100% faith in him to run the sewer system as well.

Thank you

Sent from my iPhone

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ # 90-5-1-1-09841 Docket #36 |
| **Date:** | Tuesday, August 22, 2023 9:42:47 AM |

Re: Appointment of Ted Henifin as 3rd-party manager of Jackson's sewer system

I heartily support the appointment of Ted Henifin as 3rd-party manager of Jackson's sewer system.  I think he is doing a good job of managing the water system.  If he is willing to take on the additional challenge of correcting the great problems in the city's sewer system, the city would undoubtedly benefit.
Jeanne Wells Cook

**From:**      Jay Cooke
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 12:55:02 PM

I support the courts order and the sewer system being managed by TED Henefin and JXNWater!

Jay Cooke



--
Jay Cooke

**From:**     kathryn cotten
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Thursday, August 31, 2023 9:03:41 AM

To whom it may concern:
I **support the court's order and the sewer system being managed by Ted Henifin and JxnWater.**
**Thank you,**
**Kathryn Cotten**



**From:** Dr. Reid Cotten
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments
**Date:** Thursday, August 31, 2023 12:54:34 PM

To whom it may concern:
I **support the court's order and the sewer system being managed by Ted Henifin and JxnWater.**
**Thank you,**
**Reid Cotten**



**From:** William Craig
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ #90-5-1-1-09841 Docket Number 36
**Date:** Friday, August 18, 2023 10:52:21 AM

To Whom It May Concern,

I fully support the court's order and the sewer system being managed by Ted Henifin and JXN Water. The City of Jackson and the Lumumba administration have demonstrated time and time again a lack of understanding of basic financial and economic principles, a propensity to hide information from the public (e.g. EPA notices concerning the failing water system), and a brazen disregard for the wellbeing of the citizens of Jackson.

--
William Craig

| | |
|---|---|
| **From:** | Mary Frances |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments |
| **Date:** | Thursday, August 31, 2023 9:22:05 PM |

DJ#90~5~1~1~09841
Docket Number 36

We strongly support Ted Henifin and JxnWater as managers of our sewer system.
John and Mary Frances Crawford

███████████

Sent from my iPhone

**From:**       libby crawford
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Wednesday, August 30, 2023 9:12:19 PM

I live in Jackson and am in support of the stipulated order from United States District Judge
Henry T. Wingate, which includes the appointment of Ted Henifin as the interim third-party
manager of Jackson's sewer system.

The order, entered on July 31, 2023, was a provisional course of action to facilitate our much-
needed sewer repairs, and to address pervasive raw sewage spills in Jackson homes,
businesses, waterways, etc., until such time as the parties (the United States Department of
Justice, the EPA, the Mississippi Department of Environmental Quality and the City of Jackson)
could negotiate modifications to the federal consent decree addressing our sewer system's
long-term compliance with federal and state law.

Mr. Henifin has my total support!


Thank you,

Libby Crawford

| | |
|---|---|
| **From:** | SCOTT CRAWFORD |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ████████████████████████████████ |
| **Subject:** | [EXTERNAL] Public comment in SUPPORT of Ted Henifin managing the Jackson Sewer System. |
| **Date:** | Monday, August 21, 2023 10:12:59 AM |
| **Attachments:** | SMC_4564.jpeg |
| **Importance:** | High |

To whom it may concern:

I live in ████████████████ ) in a flood zone and have voiced many concerns over the years about how flash flooding mixes with sewage, contaminating some of the houses on our street and almost all of our yards, crawlspaces, and foundations.  We want to elevate this concern moving forward because we believe it is a direct threat to the community's health and welfare.

(August 12th, 2018)



That being said, I believe Ted Henifin will do a good job (better than previous administrators) in overseeing our sewer system, and want to voice my SUPPORT for his appointment.

Thank you for your time,

Scott M Crawford ████



| | |
|---|---|
| **From:** | SCOTT CRAWFORD |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | |
| **Subject:** | [EXTERNAL] Public comment in SUPPORT of Ted Henifin managing the Jackson Sewer System. |
| **Date:** | Monday, August 21, 2023 10:12:59 AM |
| **Importance:** | High |

To whom it may concern:

I live in ▓▓▓▓▓▓▓▓▓▓ a flood zone and have voiced many concerns over the years about how flash flooding mixes with sewage, contaminating some of the houses on our street and almost all of our yards, crawlspaces, and foundations   We want to elevate this concern moving forward because we believe it is a direct threat to the community's health and welfare

(August 12th, 2018)



That being said, I believe Ted Henifin will do a good job (better than previous administrators) in overseeing our sewer system, and want to voice my SUPPORT for his appointment

Thank you for your time,

Scott M Crawford ▓▓▓▓



| | |
|---|---|
| **From:** | Reginald Crear |
| **To:** | ENRD, OEJ-Jackson (ENRD) |
| **Cc:** | ENRD, WebContentMgr (ENRD) |
| **Subject:** | [EXTERNAL] Re: Jackson Sewer Overflow Public Comment Meetings - Thank you! |
| **Date:** | Thursday, August 31, 2023 3:52:25 PM |

When I clicked the link,  I didn't see a place to comment,  so I'll make my comment below.

Regarding the subject order, there should be a DBE/ Small Business Requirement in order to make the repairs more equitable among capable,  local, small, disadvantaged firms.    We had a ███ engineering design contract for the sewer distribution design repair contract with the City if Jackson prior to the 3rd party manager,  now we're being told that contract in null and void.   It hurts our business tremendously because we staffed to fulfill the contract requirements now we're not able to bill one dime towards said contract.  We also had 2 local DBE subs that were receiving 25% of the contract.

National Firms like Stantec,  AECOM, HDR, etc. are receiving the lions share of the work on the water side and we're afraid the same will happen on the sewer side due to NO DBE requirements.


Reginald

---

**From:** ENRD, OEJ-Jackson (ENRD) <OEJ-Jackson.ENRD@usdoj.gov>
**Sent:** Thursday, August 31, 2023 11:55:52 AM
**Subject:** Jackson Sewer Overflow Public Comment Meetings - Thank you!

Good morning,

Thank you for attending the United States' and MDEQ's public comment meetings regarding the Proposed Stipulated Order on the sewer overflow issues in Jackson on August 21st and 22nd, 2023.

The comment period closes on August 31, 2023. If you would like to still comment please go to https://www.justice.gov/enrd/consent-decree/us-et-al-v-city-jackson-mississippi.

Thank you,
Office of Environmental Justice
Environment and Natural Resources Division
U.S. Department of Justice

**From:**        Casey Creasey
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:**        Thursday, August 31, 2023 9:17:36 AM

I support the court's order and the sewer system being managed by Ted Henifin and
JXNWater.


Signed:
Casey Creasey


Sent from Mail for Windows

**From:** Sam Creasey x7304
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:33:51 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

**Sam Creasey**
Attorney
My Bio



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:**      Katy Sanderson Creath
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 2:53:13 PM

To whom it may concern:

**I am 100% in favor of the court's order** and the sewer system being managed by Ted
Henifin and JxnWater.


Katy Sanderson Creath

| | |
|---|---|
| **From:** | Nelson Creath |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ▇▇▇▇▇▇▇ |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 1:42:35 PM |

To Whom it may Concern: As a resident of Jackson, MS for over ▇ years, <u>I firmly support the Federal Judge's Order to appoint Ted Henifin and JxnWater to oversee the stabilization and improvements to the City's sewer system</u>. It is critical that the sewer system receive the same level of attention that the water system has only recently experienced. JxnWater has made great progress under Mr. Henifin's leadership despite local efforts to undermine confidence in the water quality and contracting process. I urge the EPA and the DOJ to also support this Order and continue to make sure that the taxpayers' dollars are spent responsibly. Further, I urge the Federal Court, the EPA and the DOJ to form an entity, separate from the City of Jackson, to oversee and maintain the water and sewer services in perpetuity and to assure that the systems remain financially self-sufficient enterprises.

Respectfully,

Nelson Creath
Jackson, MS
--
▇▇▇▇

**From:** Margaret Cupples
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 9:23:57 AM

Dear Judge Wingate,

I'm a resident of ███████████████████) and strongly support JXN Water and Ted Henifin's continued management of the water and sewer system.

JXN Water communicates with stakeholders, is fixing long-standing problems, and has excellent customer service. He is working to fix breaks, straighten out the billing mess, and has successfully stabilized water treatment operations.

I would not have said any of those things about the prior managers; customer service was rude and unresponsive most of the time, maintenance issues were often deferred for months or years, and there was no communication at all with account-holders beyond legally required notices.

Ted Henifin and his team are doing an amazing job.

Thank you for considering these comments.

Margaret Cupples
███████████████████

**From:**

**To:**       ENRD, PUBCOMMENT-EES (ENRD)

**Subject:**  [EXTERNAL] Jackson MS Water & Sewer

**Date:**     Thursday, August 17, 2023 10:11:59 AM

Both Judge Wingate and appointed 3rd party manager Ted Hennifin have been making important recent improvements in our infrastructure, long neglected by current, recent and past Mayors who have been more interested in steering contracts to their friends than in resolving our water and sewer issues.

In fact, the current Mayor, his activist sister and his administration are incompetent or worse in all endeavors aside from obfuscation.

Thank you for your attention to our plight.

Patrick Darnall, property owner, Jackson MS

Sent from AOL on Android

| | |
|---|---|
| **From:** | Kenneth Davis |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Ted Henefin - Jackson, MS Water and Sewer |
| **Date:** | Thursday, August 31, 2023 2:37:05 PM |

Good afternoon,

My name is Ken Davis and I'm a resident of the ███████ neighborhood in Jackson, Mississippi. I have lived in the neighborhood since ████ and purchased my first home there in 2023. During my time living in ██████, and in Jackson in general, I've seen my fair share of dysfunction regarding City utilities. Since the arrival of Ted Henefin, I feel that the level of transparency and responsiveness has increased dramatically.

I'm not sure what Mr. Henefin is doing differently than previous administrators, but I certainly have less qualms about the quality of our water than before. If Mr. Henefin is being considered for a long-term position overseeing the water and sewage of the City of Jackson, I think he would be a wonderful choice.

On a side note, I live in Jackson but, like many in the area, I work in the neighboring, more affluent Madison County. I was fortunate enough to have my pick of where to live in the Jackson Metro area and chose Jackson because I consider it my home. Mr. Henefin and his team have been a breath of fresh air (and water).

Thank you,

**Ken Davis**

**From:** Paul Davis
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 9:10:47 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Paul and Maren Davis

Sent from my iPhone

**From:**      carla dazet
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] JXN Water in Jackson Ms
**Date:**      Thursday, August 17, 2023 8:38:31 PM

I think that JXN Water is doing a fine job keeping water flowing in the City. As a former city employee, I heard the complaints of sewer backing into peoples homes and the City didn't do anything about it. Please get a list of the 311 calls that came in over the past 5 years. You would be astounded. Please give Mr Henifin the sewer!

Thanks,

Carla Dazet

| | |
|---|---|
| **From:** | Default Owner |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments regarding City of Jackson, MS water/sewer management - DJ# 90-5-1-1-09841 -- Docket Number 36 |
| **Date:** | Sunday, August 27, 2023 7:38:33 PM |

Re: Comments regarding City of Jackson, MS water/sewer management - DJ# 90-5-1-1-09841 -- Docket Number 36

Dear Assistant Attorney General,

I am writing as having been a ██ year resident of Jackson, MS and who currently works in the city.
I have watched the water and sewer system deteriorate over the last decade or more, and has been exacerbated by numerous failures under the most thoroughly corrupt and incompetent current city leadership in memory.

Prior to the takeover of the Jackson's water system by third party manager Ted Henifin, offices have been closed and bottled water and portable toilets installed to attempt to overcome the numerous water and sewer failures each year.
Billions of gallons of untreated sewage has been draining into the Pearl River and into residential neighborhoods.

Whether it's water and sewer, trash collection, street light repair, city police, the evidence of failure and graft extend as far as the eye can see, courtesy of the current administration.

Interim third-party water manager Ted Henifin and the honorable Henry T. Wingate may be the only two individuals that are working to improve the water/sewer system for the citizens of Jackson.

https://www.clarionledger.com/story/news/2022/12/01/jackson-water-system-called-utility-industry-elon-musk/69688444007/

Their work is being interrupted and sabotaged by certain groups within Jackson that would benefit from federal funding and related contracts.

https://www.youtube.com/watch?v=-sHeHr67j68

This unsavory method of business is nothing new and has been occurring repeatedly with the current City of Jackson administration.
They have used every excuse, including racially-oriented ones, to ensure the flow of taxpayer dollars continues to go into their pockets, and with little or nothing to show for the funding.

The national news has presented a very biased viewpoint of these issues and one that paints the administration in an inappropriately favorable light to fit a political narrative..

Please take the time to read this very careful analysis and history of the water/sewer system by a local blogger and resident.
It will paint the picture of Jackson's water and sewer issues much better than I can.
https://kingfish1935.blogspot.com/2022/09/how-jacksons-water-system-collapsed.html

Jackson's water and sewer systems do not need to be left in the hands of the city of Jackson elected officials and administration. The only change for its citizens will be for the worse, as history has already shown.

Thank you for your time.

A concerned citizen.

| | |
|---|---|
| **From:** | Erin Dehon |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 22, 2023 11:27:43 AM |

I support the courts order and the sewer system being managed by Ted Henifin and JXN Water.

Erin Dehon
██████████████████

Individuals who have received this information in error or are not authorized to receive it must promptly return or dispose of the information and notify the sender. Those individuals are hereby notified that they are strictly prohibited from reviewing, forwarding, printing, copying, distributing or using this information in any way.

**From:**     Dominic DeLeo
**To:**     ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] My comments regarding DJ # 90-5-1-1-09841 Docket 36
**Date:**     Thursday, August 31, 2023 4:49:29 PM
**Attachments:**     Dominic DeLeo-Comments on DJ 90-5-1-1-09841 DOCKET 36.pdf

See attached comments.

Thanks,
Dominic

*Dominic DeLeo*

█████████

Name: Dominic DeLeo
Email Address ███████████████████████
I am: Individual

My comments on the Stipulated Order for the City of Jackson Sewer System.
In reference to: DJ # 90-5-1-1-09841, Docket Number 36

I attended the third public comment session held at Tougaloo College on Aug. 22nd. These written comments are intended to supplement the comments I made at that session.

At the August 22nd session, I listened to citizens describe the challenges of living in Jackson and confronting the failure of our water and sewer infrastructure. The stories told by these citizens are of "government" that has failed them, citizens who through no fault of their own had sewage backing up into their homes, who had to temporarily leave their homes or who spent their own funds in an attempt to prevent a recurrence of the problem. As a fellow resident of the city, and as a human being, I empathize with them. We deserve better.

We want drinkable water to come out of our faucets when we turn it on, we want to have our waste and wastewater be taken away by the sewer system, never to return, and we want our garbage to be picked up regularly. And we want citizen voice and local administration and control over these services.

It has been our recent experience that "government", at every level, has failed us. I do not mean only the city government and the present administration, for they are not the only government actors who failed. There is plenty of blame to go around, and the blame should be shared by the state government and federal government, and the previous city administrations going back over the past 30 years. And when I say the state government, I don't only mean the governor, but also the state agencies that are involved in protecting and guaranteeing Jackson's citizens rights to clean drinking water and an effective sewer system. And by federal, I mean the federal agencies (the EPA and the DOJ) that are tasked with guaranteeing and enforcing those same rights.

Where were all of you when this slowly unfolding disaster was happening?

The question is, from my point of view, what is the remedy for the citizens of Jackson for the failure by all levels of government to provide adequate water and sewer services? And as importantly, who should be involved in crafting a just and equitable remedy?

As I commented at the public session, I believe that the EPA (and other entities) have wrongly judged the city of Jackson residents, all 150,000+ of us at the present time, to be at fault. I believe that the EPA and other entities, rather than examine decades of disinvestment and mismanagement at the local, state and federal levels, has taken the rights and the power of the citizens of Jackson to govern themselves on these matters away, and handed total control and

power to Judge Wingate, and by extension the ITPM, total control over Jackson's infrastructure, for the immediate present and the near future.

What gave you (the EPA) the right to do that? Who were you acting for? Where is the voice and the rights of the citizens of Jackson to govern themselves? How did we lose those rights? Why are we, the citizens of Jackson, being excluded from this process when it was our elected leaders, local, state and federal, over the past 30 years, who made the decisions that led to where we are today? Why are we in effect being punished and prosecuted by these agencies and the courts, and excluded from the discussions and decisions that will greatly affect our future?

I do not argue that there **was** a serious public health emergency which needed to be addressed quickly and by those who had the experience and the court ordered authority to begin immediate remedies and repairs so that the water system, and going forward the sewer system, would be stabilized and function as engineered. I am grateful, as I think all Jackson residents are, that the intervention that happened last year occurred and resulted in the stabilization of the water system. While some of the comments I have made here may seem antagonistic, I must stress that I sincerely thank all the parties, local, state and federal, including the EPA, for getting involved and helping us through the public health emergency.

But I do not understand how or why the voices of the citizens of Jackson have been excluded in this process, especially in the discussion of what our infrastructure will look like going forward. How did that happen? Did our elected city leaders (the mayor and city council) sign away our rights? Did they have a choice or was the intervention and the funding contingent upon agreeing to both the water and sewer orders? Or is Judge Wingate solely and completely in charge of this process?

While I have a great deal of respect for the professionalism and capabilities of the ITPM, Mr. Henefin, why should he decide what the medium and long-term future and operation of the water and sewer systems should be? And I believe that some of his actions and refusal to meaningfully engage with the community has caused some of the ill will and distrust that has become apparent over the last six months. That could have been avoided.

It is clear to me that Mr. Henefin will leave Jackson in the very near future, having made decisions whose impact will last years if not decades. How did the voice of Jackson residents get excluded from those decisions, either as embodied by our city elected officials or more directly by the residents themselves? As I said to the EPA representatives at the public session, I feel that you have neutered our elected officials and that the EPA has signed off on the stipulated orders (both water and sewer) that take our self-determination out of the equation and essentially transfers it to Judge Wingate.

And my own personal experience in Judge Wingate's court, when he allowed public comment and input, is that he has already judged the city guilty, especially the present administration, and that anyone who disagrees with that assessment has some ulterior motive or is not interested in seeing the issue resolved. And I believe that the DOJ and the EPA gave that power

to Judge Wingate, and now neither of you has the power to take any or all of it back. I hope I am wrong about that, and that the comments you have heard at the public sessions that pleaded for meaningful citizen input into the rebuilding of the city's infrastructure cause you to rethink and reassess how the two orders are implemented.

I thank you for the opportunity to submit these comments.

Respectfully,

Dominic DeLeo ███████████

Note: I have one more question that I hope can be answered perhaps in a separate email, which relates to the order itself.

Question: **Does this stipulated order mandate or legally require the ITPM to use consumption data as the only allowable basis for billing customers? Does this order prohibit any of the other methods (assessed value) that the ITPM has previously proposed**?

This text is taken from the proposed stipulated order. See italicized and bolded text.

"Water/Sewer Business Administration Division" or "WSBA" shall mean the division within the Department of Public Works responsible for all aspects of billing customers for and collecting payments from customers for water, sewer, and sanitation services, which currently includes the responsibility for (i) establishing customer service agreements and setting up the associated account(s), including, where necessary, the setting and commissioning of new meters; (ii) *collecting water and sewer consumption data using meters and an advanced metering infrastructure system and, where necessary, obtaining manual meter reads; (iii) processing the collected data using a billing software system; (iv)* **generating bills for water and sewer services based directly on the consumption data and the associated volumetric rate** *and for sanitation services based on a flat charge;* (v) causing bills to be mailed to customers, including coordination with the Water/Sewer Utilities Division in mailing out required notices; (vi) responding to customer issues about bills; (vii) collecting and processing customer payments; and (viii) providing administrative hearings to customers for billing disputes and representing the interests of the Water/Sewer Utilities Division in such administrative hearings and any appeals of the decision of the hearing officer.

**From:**      Mary Ellen Dillard
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 11:02:44 AM

I absolutely SUPPORT the COURT'S ORDER and the sewer system being managed by Ted Henifin and
JxnWater.
He has done a great job!  Mayor Lumumba doesn't know how to run anything and should not be
given any money to fix anything.
Ted Henifin has been a Godsend to Jackson Mississippi's ongoing water problem that has been
mishandled under this Mayor's serious lack of leadership and ineptitude to fix ANYTHING since he
became mayor.


Sincerely,
Mary Ellen Dillard

**From:** Gail Doty
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL]
**Date:** Saturday, August 19, 2023 1:58:37 PM

In our opinion, the Jackson sewer system AND water system need to be under the same administration, with Ted Henefin in charge of both !!
Art and Gail Doty


Sent from my iPad

**From:** Walker Dowell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 10:17:26 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Walker Dowell



**From:** Gay Drake
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 7:25:51 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Bethna Drake

**From:**      Joe Drake
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments dj#90-5-1-1-09841 docket number 36
**Date:**      Monday, August 28, 2023 4:33:26 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Joe Drake



Sent from my iPhone

| | |
|---|---|
| **From:** | Thomas Dunbar |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Support Henifin |
| **Date:** | Sunday, August 20, 2023 3:44:26 PM |

Hello, the purpose of this email is to show my support for the stipulated order by Judge Henry Wingate which includes the appointment of Ted Henifin (aka JxnWater) as the interim third party manager of the Jackson MS sewer system.

Henifin has proven to be a real asset for Jackson. Jackson's sewer system has been problematic for decades and our historical city leadership has proven to be ineffective in resolving the problem. Henifin has proven he can resolve the issue and put the city back on the right track. This matter is of great importance to our citizens' and visitors' health and safety.

Thank you for your consideration.

Thomas Dunbar

| | |
|---|---|
| **From:** | Mary |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Saturday, August 19, 2023 9:39:46 AM |

Good Morning,

The purpose of this email is to show our support for the stipulated order by Judge Henry Wingate which includes the appointment of Ted Henifin (aka JxnWater) as the interim third party manager of the Jackson MS sewer system.

Our city is in decline. This matter is of great importance to our citizens' health and those that visit our city. Our property values are in decline thus school funding is lowered. Our people need this. The survival of our city is in question.

Thank you for your consideration and support.

Tom Dunbar
Mary Dunbar
███████████████
██████

**From:**       Mallie Earl
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ #90-5-1-1-09841 docker #36
**Date:**       Thursday, August 31, 2023 6:31:26 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Mallie Earl

Sent from my iPhone

**From:**      pamela eastman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Docket #36
**Date:**      Tuesday, August 22, 2023 8:27:09 AM

I fully support Judge Wingate's decision on JXN WATER and Ted Henifin as interim director. I have personally witnessed prompt service after one phone call, in relating issues.

██ years in business, please and thank you.

Sent from my iPhone

**From:**      pamela eastman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841. Docket#36
**Date:**      Tuesday, August 22, 2023 8:19:22 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

Please and thank you
Sent from my iPhone

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 22, 2023 4:35:20 PM |
| **Importance:** | High |

## I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Infrastructure is key to the survival of the City of Jackson and Ted has and will continue to do a GREAT job!!

Please do not allow the system to fall back on a failing program as it was before Ted took charge!

Regards,


Timothy S. Eastman



**From:** Kent Edgecombe
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 29, 2023 8:55:47 AM

Gentlemen,

I do support the court order mandating the sewer system management to be the responsibility of Ted Henifin and JxnWater.  He and his team have made significant progress with the water department and the sewer system needs the same management team involved in the solution.

Thank you
Kent Edgecombe

**From:**       Sarah Elizabeth Elkin
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DK#90-5-1-1-09841 Docket Number 36
**Date:**       Monday, August 21, 2023 3:22:51 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater

Sincerely,
James and Sarah Elizabeth Elkin
████████████████

**From:**       Debra Ellis
**To:**           ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Re: JACKSON WATER/SEWER - CORRECTION
**Date:**       Thursday, August 31, 2023 4:09:43 PM

Debra W. Ellis

██████████

On Thu, Aug 31, 2023, 3:05 PM Debra Ellis ████████████ wrote:

> Ted Henefin is our ONLY hope for the betterment of our water/sewer issues. The State and
> City officials have proven that they don't have Jackson's best interest in their hearts or
> minds. A fellow once said " if you don't love the people,  you will betray the people".
> Jackson has been betrayed!
>
>
> Debra W. Ellis
>
> ██████████

| | |
|---|---|
| **From:** | Debra Ellis |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] JACKSON WATER/SEWER |
| **Date:** | Thursday, August 31, 2023 4:07:17 PM |

Ted Henefin is our ONLY hope for the betterment of our water/sewer issues. The State and City officials have proven that they don't have Jackson's best interest in the hearts or minds. A fellow once said " if you don't love the people,  you will betray the people".  Jackson has been betrayed!

Debra W. Ellis

**From:** Cindy Emery
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-109841 Docket 36
**Date:** Monday, August 28, 2023 12:55:41 PM

I am in FULL support of the court's order and the sewer system being mangage by Ted Henifin.
This is a very positive move for our City.
Cindy Emery

**From:**      Jesse Emling
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 10:00:17 AM

I support the court's order and the sewer system being managed by Ted Henifin and
JXNWater.

Thank you,

Jesse Emling

**From:** Wyatt Emmerich
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson water
**Date:** Monday, August 28, 2023 9:05:29 AM

Ted Henifin is doing a great job. He should manage sewer too.

| | |
|---|---|
| **From:** | Mary Elizabeth Evans |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 22, 2023 5:51:36 PM |

Good afternoon,

I am a resident of Jackson, MS and I am writing to state that I strongly support the sewer system being managed by Ted Henifin and JXNWater.

Thank you,
Mary Elizabeth Evans

**From:**       EVAUS
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DOJ JACKSON MS WATER SYSTEM
**Date:**       Thursday, August 31, 2023 10:56:09 PM

I still do not' have a clear understanding about what really is going to happen next year of the rest of this year

| | |
|---|---|
| **From:** | ▮▮▮ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson MS Sewer System |
| **Date:** | Thursday, August 31, 2023 1:48:41 PM |

I am a longtime resident of Jackson, Mississippi (since ▮▮▮ and my husband is a lifelong resident (since ▮▮▮. We both agree that a federal takeover is imperative to insure that the sewer problems will be addressed properly. There have already been significant improvements to the water system since Mr. Henifin took charge. The current city administration and previous administrations have proven to be ineffective. Therefore, drastic measures must be taken.

Thank you,

Judy and Sam Everett

▮▮▮

Sent from Proton Mail mobile

| | |
|---|---|
| **From:** | Hotmail |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson Mississippi city sewer system |
| **Date:** | Thursday, August 31, 2023 2:43:06 PM |

I'm writing to voice my frustrations, concerns, and desire for the federal government to take over the Jackson Mississippi city sewer system. Why did it take 10 years to continue to address what is already not being done efficiently? We pay taxes and pay water bills so we should not have to purchase clean water. This literally has become a third-world country in the city of Jackson. The right to free clean water is needed now. We can't wait for someone to fix a long-term crumbled infrastructure problem

Karen Evers
Sent from my iPhone

**From:**
**To:**      ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**    Wednesday, August 23, 2023 4:30:12 PM

We have a major sewer problem here in Jackson, MS.  The city does not have the money or ability to fix this problem.  I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Fred R. Ezelle

**From:** Ken Ezelle
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson water
**Date:** Saturday, August 26, 2023 10:43:12 PM

Please keep Ted Henifin as head of the Jackson water and sewage dept. He is the most competent person the city has had in that position in years.

Sent from my iPhone

**From:**       Virginia Ezelle
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#---- Docket Number 36
**Date:**       Wednesday, August 30, 2023 2:10:00 PM

I support the court's order and the sewer system being managed by Ted Henifin and Jackson Water.

Virginia Ezelle

**From:**       Bailey Fair
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson MS Water/Sewer | Ted Henefin
**Date:**       Monday, August 21, 2023 2:57:42 PM

Good afternoon.

I am a resident of ███████████████, and I am writing to express my strong support for
the work performed by Ted Henefin as the person running the city's water and now sewer
department. I believe Judge Henry T. Wingate of the U.S. District Court for the Southern
District of Mississippi made a wise decision in appointing Mr. Henefin as the interim director
of the city's sewer system recently. Henefin has made a lot of progress in all areas under his
direction so far, and I hope he continues.

Sincerely,

Bailey Fair

**From:**      Bailey Fair
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS Water/Sewer | Ted Henefin
**Date:**      Monday, August 21, 2023 2:57:42 PM

Good afternoon.

I am a resident of ████████████████, and I am writing to express my strong support for
the work performed by Ted Henefin as the person running the city's water and now sewer
department. I believe Judge Henry T. Wingate of the U.S. District Court for the Southern
District of Mississippi made a wise decision in appointing Mr. Henefin as the interim director
of the city's sewer system recently. Henefin has made a lot of progress in all areas under his
direction so far, and I hope he continues.

Sincerely,

Bailey Fair

| | |
|---|---|
| **From:** | Bette Fair |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 3:17:20 PM |

 I support the court's order and the sewer system
being managed by Ted Henifin and JXNWater.
Signed:

Bette Fair

████████████████

**From:** George Fair
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 3:28:35 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

George R. Fair

**From:**      Beth Farmer
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 4:49:45 AM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Thank you for being a vital member of our community!

Sincerely,

Beth Farmer

**From:** Rob Farr
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:41:50 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Robert Farr

████████████████
████████████████

Sent from Mail for Windows

**From:** Robert Farr
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 10:30:51 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. As someone who lives in Jackson and is raising a family here, JXNWater is the only way that I can justify keeping my family here. The raw sewage overflowing in my street for two years has yet to be fixed.

Robert Farr

██████████████████████

--
Robert Farr

████████████████
████████████

**From:**       Robert Farr
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ# 90-5–1-1-0984 Docket Number 36
**Date:**       Thursday, August 31, 2023 10:24:59 AM

I support the the court's order and sewer system being managed by Ted Henifin and JAX Water
Rob Farr

Sent from my iPhone

| | |
|---|---|
| **From:** | Rob Farr |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36. |
| **Date:** | Thursday, August 31, 2023 9:35:07 AM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. The JXNWATER team is the only successful effort we have had in addressing the City of Jacksons issues with providing basic services.
Please help our city by making the correct discussion and placing the sewer systemin the hands of competent people

We have to stop dumping raw untreated sewage into the waters of the US at the Pearl River . while the sewer system being under JAXWATER is not the entire solution it is an enormous step to bring competency to a critical situation.

Please make the correct decisions for the citizens of our entire state and the environment


**Robert E. Farr, II**



**From:** Tech
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841 Docket Number 36
**Date:** Sunday, August 27, 2023 3:35:27 PM

The City of Jackson has been allowed to run the water and sewer system into the ground for far too long. The fact that the water was filthy and undrinkable for YEARS and that for YEARS the sewer system has been illegally dumping waste into local waterways is a disgrace. The leaders of CoJ including the Mayor need to be brought up on charges for allowing this to happen and need to be banned from ever being allowed to hold a public office again.

The sewer system of Jackson SHOULD BE taken over immediately and removed from the hands of incompetent politicians.

**From:** Arty Finkelberg
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Sunday, August 27, 2023 9:07:53 AM
**Attachments:** image001.png

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Arty Finkelberg ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**ARTY FINKELBERG** ▮▮▮▮▮





**From:**    Amy Finkelberg
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 Number 36
**Date:**    Thursday, August 31, 2023 11:07:33 AM

To Whom It May Concern,

I absolutely support the court order that the Jackson sewer system be managed by Ted Henifin and JXNWater.

Henifin knows what he's doing, and Jackson need him!!!

Amy Finkelberg

**From:** Ginny Folk
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Re: Automatic reply: [EXTERNAL] 90-5-1-1-09841
**Date:** Monday, August 28, 2023 7:07:12 PM

Yes

Ginny Folk

> On Aug 28, 2023, at 4:50 PM, ENRD, PUBCOMMENT-EES (ENRD)
> <PUBCOMMENT-EES.ENRD@usdoj.gov> wrote:
>
>
> Please accept this automatic reply as acknowledgment of receipt of written comments
> relating to this proposed Consent Decree.  Your comments will be reviewed by the
> attorney handling the case.  Thanks!

**From:**      Ginny Folk
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] 90-5-1-1-09841
**Date:**      Monday, August 28, 2023 5:50:19 PM

We support Ted Henifin and do not wish to continue the status quo.
Russell Folk
Ginny Folk

**From:** Paul Forster
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson Water and Sewer Receivership
**Date:** Tuesday, August 22, 2023 1:49:06 PM

To whom it may concern,

The citizens of the city of Jackson, and any other water customers on that system, have benefited immensely already from the receivership placed on the water system. It is clear that the management of the system has improved greatly, even in the past six months. We support the receivership wholeheartedly, and thank Ted Henifin for his efforts and diligence.

Thanks

Paul Forster

**From:** Donald Fortenberry
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DS#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 6:30:07 PM

I wish to enter my support for Ted Henefin's being placed in charge of the sewer system for the city of Jackson.

Don Fortenberry

| | |
|---|---|
| **From:** | Ted Fortenberry |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson Sewer System |
| **Date:** | Wednesday, August 23, 2023 2:44:32 PM |
| **Attachments:** | image001.png |

Jackson Sewer System Comment Representative:

I am writing as the senior manager at ████████████████████████████ . Over the past few years ████ has experienced loss of water pressure numerous times, which resulted in the inability of the more than 100 people employed at this campus to use our restroom facilities. This situation culminated one year ago with water issues lasting nearly two months. We had to bring in porta-potties for our team and provide pallets of bottled water. If not for the state coming in as part of a state of emergency, we would have experienced a complete collapse of the Jackson water treatment plant and water delivery system. It would have been catastrophic. Since the water system was turned over to Ted Henifin in late 2022, we have not experienced any water pressure issues. In addition, there were several water leaks on ████████████ within a few hundred yards of ████ We reported those leaks to the city for at least two years and there was never any action to fix them. Because of the continuous water leaks, the streets experienced significant decay and extremely large potholes developed, causing damage to many cars, including our employees and our station fleet of vehicles. Not only were the leaks repaired in a matter of months after Ted Henifin and his team took over, the damaged streets were also paved and now there are no leaks or dangerous potholes.

The city sewer system is equally in need of a major upgrade. The JXN Water Team has proven more than qualified to handle the improvements and have accomplished more in eight months than has been accomplished in decades. Having the same organization that is repairing the water system handle repairing the sewer system is a no-brainer and will ultimately result in a better outcome and save money. Those two critical infrastructure operations work hand-in-hand and it requires tremendous teamwork. If there were issues with the water upgrades since it was turned over, that's a different story. The water operation overhaul could not have been managed better.

Please help Jackson get back on the right track and assign the sewer to the same organization so the improvements can begin immediately.

Thanks for taking the time to review these comments and recommendations.

Ted



| | |
|---|---|
| **From:** | Allison Fracchia |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841/ Docket #36 |
| **Date:** | Wednesday, August 30, 2023 9:55:23 PM |
| **Attachments:** | image014322.png |

Please support DJ# located in the subject line. As a long time citizen of Jackson MS, I am respectfully asking for you to allow continued management of the sewer system to be directed by Ted Henifin (aka JXN Water).  Sewage and water are basic necessities. Ted is already serving us in this area and has gotten more done in the short period of time that he has been in leadership than I have seen done in the past many years.

**Allison Fracchia**



**From:** Anna Frame
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841 and Docket Number is 36: Jackson, MS - support for Judge Wingate decree
**Date:** Thursday, August 31, 2023 9:37:32 PM

To whom it may concern:

I am a resident of Jackson, Mississippi, and I write to give my complete support for the proposed decree to be signed by Judge Wingate appointing Mr. Henifin as the third party administrator to handle Jackson sewer system.

Sincerely,

Anna Frame
███████████████
████████████

**From:** Susan Frazier
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841; Docket Number 36.
**Date:** Monday, August 28, 2023 2:45:28 PM

Please consider this as a sincere show of support for the work being done by Ted Henefin, the Third Party Manager of the Jackson, Mississippi, water system.  There is clear progress with his administration and renewed hope that this debacle can be reversed with strong leadership.

Susan Frazier

**From:** Betty Lynn Freeman
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 22, 2023 3:31:50 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXN Water.

Rod & Betty Lynn Freeman

**From:**      Rod Freeman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Tuesday, August 29, 2023 3:36:40 PM

I'm in total support of the court's order for the sewer system being managed by Ted Henifin and JxnWater.

Rod Freeman

**From:** Ann Fry
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 5:34:38 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you,

Ann Fry

████████████████████████

**From:**      Davis Frye
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Wednesday, August 23, 2023 2:55:30 PM

I am writing as a resident of Jackson in support of our City's sewer system to be managed by Ted Henifin and JXNWater.

Thanks,
Davis Frye

| | |
|---|---|
| **From:** | Jim Galloway |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841 |
| **Date:** | Sunday, August 27, 2023 5:24:20 PM |

I am a resident of Jackson, Mississippi, who has been directly impacted by a sewer overflow in my neighborhood, which went unaddressed for more than 2 years. Raw sewage was flowing into my residential street from a manhole and into a surface drainage facility that ran past scores of houses. The governing authorities in Jackson for decades has been unable (or unwilling) to address this problem and hundreds - if not thousands - just like it. The Pearl River has been turned into a flowing cesspool as a result. The proposed Independent Third - Party Manager has done a magnificent job of rescuing Jackson's drinking water system, and should be given immediate authority to do the same with the sewage system. Public health demands it.

Jim Galloway

**From:**          Libby Garland
**To:**            ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**       [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**          Thursday, August 31, 2023 10:31:30 AM

I would like Judge Henry Wingate's order for the continued management by Ted Henifin (Jxn Water) of the City of Jackson's sewer system.     Thank you.

Libby Garland

**From:**      ███████
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Public Comment City of Jackson
**Date:**       Monday, August 28, 2023 2:17:05 PM

I support the public sewer system be managed by Ted Henifin; DJ#90-5-1-1-09841. Docket number 36
Helen Garner
Jackson resident.
Sent from AOL on Android

**From:**      Rachael Garner
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 2:27:13 PM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Signed:Rachael Garner**

**From:**       Susan Garrard
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ: 90-5-1-1-0984
**Date:**       Thursday, August 31, 2023 10:46:23 PM

---

I support the court's order and the sewer system being managed by Ted
Henifin and JXN Water.  Our city has a crisis of over 100 broken and/ or exposed sewer lines. These sewer
discharges into our streets and our rivers and streams are an immediate threat to the safety and health of our
citizens.  JXN Water has a proven track record of repair and remediation in an emergency situation.

Signed:
Susan E. Garrard
█████████████

Sent from my iPad

**From:** Rebecca Garrison
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 17, 2023 5:41:33 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Rebecca Garrison

**From:** Anne Toy Gathings
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Wednesday, August 23, 2023 11:05:10 AM

I support the court's order and the sewer system being managed by Ted Heifinn and JXNWater.

Anne Toy Gathings

**From:**      Susangault
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-2-1-09841 docket number 36
**Date:**      Friday, August 18, 2023 8:38:25 AM

Please, please keep Ted Henifin as the manager of Jackson's Sewer System.
He has done an amazing job!
Let's save Jackson
Susan Gault
Sent from my iPhone

**From:** James Geary
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket#36
**Date:** Saturday, August 26, 2023 9:29:39 AM

**Please allow this email to support Ted Henefin continuing to manage our Jackson, MS water and sewage system. After 15 plus years we finally**
**have someone that can fix the problems that have existed for way too long..  Please know, we are more than pleased  with his work and success.**

**Thanks and………….**

**Godspeed,**

**James Geary**



**From:**      Kysia Geary
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 Docket#36
**Date:**      Saturday, August 26, 2023 9:19:25 AM

We would like Ted Henifin to continue to manage our water and sewer system. We are very pleased with his work.
Thank you, Kysia Geary

Sent from my iPhone

**From:**      Bobby Gill
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Sunday, August 27, 2023 3:50:48 PM

███████████████ has experienced raw sewage in the drainage ditch adjacent to our building for two years.  We have contacted all responsible parties on 10 occasions with no results.

Please help.  Thanks, Bobby Gill.

Bobby Gill

**From:**
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Jackson, MS water/sewer
**Date:**        Sunday, August 27, 2023 10:07:11 PM

As a resident of Jackson for nearly ██ years, I'm begging you to please do not allow any official within Jackson, MS to regain control of water/sewer services. Clearly, they are not capable of handling this service. Jackson, MS local officials are not capable of running a lemonade stand, much less water/sewer services. Please, oh lord, please...do not allow political pressure or race to overcome logic in this matter. If you need specific examples beyond what you have, I'm happy to answer and provide you more details.

Sincerely,

**Derek Ginn**

**From:** Barbara Glasper
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL]
**Date:** Friday, September 1, 2023 12:39:29 AM

Federal government should definitely take over this problem. This is the only way the state can move forward.

| | |
|---|---|
| **From:** | Wesley Goings |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841 and Docket Number is 36 (Jackson, MS - Assignment of Management of Sewer System to TPA Ted Henifin) |
| **Date:** | Friday, August 25, 2023 2:51:34 PM |

**Assistant Attorney General**
**U.S. DOJ – ERND,**
**P.O. Box 7611**
**Washington, DC 20044-7611**

**Ref.: DJ# 90-5-1-1-09841 and Docket Number is 36**

To whom it may concern,

I am writing regarding public comments related to the appointment of Ted Henifin as an interim third-party manager to manage, operate and maintain the City of Jackson's sewer system.

I have resided in the City of Jackson since ███ . I have no faith whatsoever in the current administration of the City of Jackson to be able to properly manage the water and sewer systems. The only chance that the city has to make improvements is to have it managed by a third-party.

Many of our friends have moved out of the City of Jackson over the years, citing water and sewer issues (amongst others) as leading factors.   My family has considered this similar action, but really wants to continue to live within the city limits.  However, if the assignment of management to TPA Ted Henifin  does not occur, we may be forced to move after all, again having no faith that the existing administration can manage such a system.

Sincerely,

Wesley Goings
City of Jackson resident
███████████

**From:** John Gomez
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson MS Stipulated Order
**Date:** Thursday, August 31, 2023 11:43:33 AM
**Attachments:** image001.png
image002.png
image003.png

Good Morning,

As a resident of ▇▇▇▇▇ and advocate for the Downtown Jackson, I support the efforts to place the City of Jackson's sewer under the authority of Ted Henifin. In order to keep residents and businesses as well as to attract new people and businesses to Jackson, we need a working sewer system and placing the system under the interim third-party manager is the appropriate thing to do.

Henifin has been able to make the water system function properly again which hasn't been the case for many years. Stabilizing the water system and making the necessary repairs to the water system wouldn't have occurred if the third-party manager wasn't in charge.

I believe it will take the appointment of Henifin to ensure Jackson's sewer system operates properly, and I believe he will bring transparency during the process that has been missing.

Sincerely,
John

**John Gomez**



**From:** Debbie Good
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 12:32:20 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Debbie Good

**From:**       Cathy Gos
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Federal control of Jackson sewer system
**Date:**       Thursday, August 31, 2023 6:38:31 PM

Since Ted Henifen has taken over water system Jackson residents are being lied to and billed for water as he chooses.  God help us if he bills what he wants for sewer.

What will protect consumers and control his billing?

I am a retired disabled senior citizen whose home is paid for.  In June I called water department and asked why water bills stated est (estimated).  I was told they could read them from the office -- a Lie.

I am being billed for usage.  Added to this is service fee of ▇▇▇▇▇▇▇▇▇▇

I generally shower once a week unless mow grass.  I wash full load of laundry as needed.  I use rain water to water my plants and to wash my car.  I rarely cook to dirty dishes.  I don't use that much water, but my bill is the same as neighbor with four active people in household.

| | |
|---|---|
| **From:** | Camille Grady |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 11:35:07 AM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Camille Grady

**From:** LEIGH GRADY
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 10:54:30 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Leigh Grady**

**From:** Bobby L. Graham ██
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 24, 2023 3:47:37 PM

  I would like to express my strong support for US District Judge Henry T. Wingate's provisional order appointing Ted Henifin as the interim third-party manager of Jackson's sewer system. Mr. Henifin has done an excellent job with our water system and there is every reason to believe he can do the same with our sewer problems. Thank you.

Bobby Graham ██ .

**From:** Beth Graham
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 2:38:31 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.


Signed
Beth Graham

**From:**       Rebekah Gregory
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Thursday, August 31, 2023 6:20:22 PM

To Whom it May Concern:

Please be advised that I am a Jackson resident and homeowner and have a vested interest in the above mentioned case, DJ#90-5-1-1-09841 Docket Number 36.  I would like to set forth my opinion that Judge Wingate's provisional order allowing Ted Henefin to operate and manage the Jackson City Waste and Water Systems to remain in place for the foreseeable future, if not permanently.

In the many years I have resided in Jackson, this is the first time that we, as tax-paying citizens, have had reliable sewage and water services.  The historical abject failure and gross negligence or complacency of the City in maintaining running and potable water and operational sewage systems (that are not deposited into waterways thus harming the environment) is both undeniable and inexcusable. For our Capital City to be in such disrepair and without functioning systems in place or working administrations to fix said systems is an absolute outrage.

At last we have someone willing to ensure that the water and sewage systems function. Thus far, he has also ensured that in the event those systems fail, we have designated offices and people to contact that will expeditiously and properly fix the problems without financial or other waste. This has not been the case up until now.

Please do not take this away from us. This City is losing residents and businesses left and right  The tax base is shrinking exponentially each year - in part because we often do not have basic necessities such as potable, running water and functioning sewage systems. I beg you to extend this order, permanently if possible, such that businesses and residents alike may have confidence in at least those two areas of City-monopolized utilities.

Best regards,

Rebekah Gregory

**From:**     amanda griffin
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Monday, August 21, 2023 9:38:10 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Amanda Griffin

| From: | Adam Griffin |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| Date: | Thursday, August 17, 2023 5:31:55 PM |

To Whom It May Concern,
I write in **support** of the continuation of Ted Henfin as administrator of the Jackson,
Mississippi sewer system.

The City's inept leadership has demonstrated without question they are not qualified to operate
the sewer system.

At one point this year there were three (3) active sewer leaks within a few blocks of my house
in Jackson. These were all reported to the City who did nothing. I could not go outside without
smelling raw sewage. We had to make sure our children stayed away from it while playing
outside, lest they become ill. I wrote to the MDEQ and the EPA, who helpfully came and
walked the neighborhood with me and looked at the issues. Again, the City did nothing.

Why could the City not clear the lines and resolve the issues? Because they lost two of their
sewer trucks due to nonpayment: https://www.wlbt.com/2022/08/11/contractor-picks-up-2-
jackson-vacuum-trucks-after-city-falls-behind-invoices/.

This is no way to operate a City (or any other entity for that matter). Those in "leadership" at
the City are not qualified to run a lemonade stand, much less a capital city.

Please continue Mr. Henefin's role as the manager for the sewer system, and do not return it to
the incompetent hands of the City.

Perhaps next we can find a path for the appointment of a receiver for the underpaid and
overworked police department, unkempt parks, dilapidated streets, and the zoo.


Sincerely,
Adam Griffin

**From:** Allison Grubbs
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 11:37:53 PM

To whom it may concern,

I am in support of the stipulated order from United States District Judge Henry T. Wingate, which includes the appointment of Ted Henifin as the interim third-party manager of Jackson's sewer system.

Thank you,
Allison Grubbs

**From:** Lee Grubbs
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 9:13:43 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JxnWater. I also believe the Mayor and the Jackson CIty council are incapable of doing their jobs properly and I believe neighborhoods should be able to leave the city of Jackson due to the inability of Jackson to properly provide the basic essential services that are required by a city.**

**From:**      Thomas Guillot
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Sewer System
**Date:**      Monday, August 21, 2023 12:24:46 PM

I support the court order from Judge Wingate placing Ted Heneflin and JXN Water in charge of the Jackson Sewer
System.
Thank you
Thomas E Guillot Jr



Sent from my iPhone

**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 22, 2023 12:56:44 AM

I support the court's order and the sewer system being managed by Ted Heflin and JXN Water.

Deborah Haick

Sent from my iPhone

**From:** [Pat Hall](#)
**To:** [ENRD, PUBCOMMENT-EES (ENRD)](#)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 4:33:37 PM

---

I believe Ted Henifin and his group have been doing a wonderful job with the water situation.
I fully support his being in charge of the seale system, also.

Pat Hall



Sent from my iPhone

**From:**      J. Hammett
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS sewer system repair - US and MS v. Jackson MS, Civil Action No. 3:12–cv– 790–HTW–
               LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:**      Sunday, August 27, 2023 4:53:31 PM

I was born and brought up in Jackson, MS and my family roots here extend back ██████. I love Jackson and want to see it return to being a fully functional, successful, growing city. It is my fervent hope that the Jackson sewer system will be placed under the competent management of Ted Henifin. He has demonstrated stellar capabilities in his work to right the sinking ship that was Jackson's water system. In the 2 weeks he was allowed to run the Jackson sewer system, he made progress the likes of which had not been seen in several years. I am thankful he is willing to take the job. Please give it to him before he changes his mind.
Thank you.
Jan Hammett

Sent from my iPad

**From:**      William Hammett
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS sewer system repair - US and MS v. Jackson MS, Civil Action No. 3:12–cv– 790–HTW–
               LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:**      Sunday, August 27, 2023 3:24:41 PM

---

There are a lot of hard decisions in the world.  Having Ted Henifin fix the Jackson MS sewer system is not one of them.  Ted will get the job done.  Efficiently.  Effectively.  Expeditiously.  Without prejudice or favor.  With the public interest being his polestar.  Hand the assignment to Ted, and move on to harder problems.
-- William Hammett

**From:** Clare Hanlon
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Friday, August 25, 2023 4:51:12 PM

I support the Court's Order and the sewer system being managed by Ted Henifin and JxnWater.

Clare Hanlon
Jackson, Mississippi

| | |
|---|---|
| **From:** | Tim Hanlon |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 docket number 36 |
| **Date:** | Saturday, August 26, 2023 8:19:57 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater

Tim Hanlon

**From:** Anna Haralson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 1:43:10 PM

I am in full support of the court's order and the sewer system being managed by Ted Henifin and JxnWater. Please help save this mess we are in!

Anna Haralson
Sent from my iPhone

**From:** Emily Harbarger
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] JXN Water
**Date:** Thursday, August 31, 2023 10:10:19 PM

I support the court's order and the sewer system being managed by Ted Henefin and JXN Water.

Sincerely,
Emily Harbarger

Sent from my iPhone

**From:**      Rachel Harbarger
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**      Thursday, August 31, 2023 8:18:38 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

I am a resident of Jackson and have some first hand experience with the issue at hand as within the last year we were significantly affected by ongoing city sewer work.  The city began work on the sewer system on one of the streets bordering our house to the extent that we were literally unable to use our driveway for 2 months and that section of the street for 3 months.  We were without water on multiple occasions when the ongoing sewer work caused damage to the water system.   I have pictures from that time I can provide as well.  It eventually required Ted Henifin and his JXNWater team being brought in to complete repairs.   They were finished with the project in under 2 weeks.  I feel fairly confident that had they not been assigned to take over the street would still be blocked off and torn up with no completion of project.


Signed:
Rachel Harbarger
██████████████████

**From:**     Rebecca Hardy
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**     Wednesday, August 30, 2023 7:21:38 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Rebecca Hardy

Get Outlook for iOS

| | |
|---|---|
| **From:** | Matt Harkey |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson Sewer |
| **Date:** | Wednesday, August 23, 2023 10:56:29 AM |

I'm very much in favor of Heflin taking charge of the Jackson sewer operations. He has demonstrated wonderful leadership and change with the water situation.

Matt Harkey

Sent from my iPhone

**From:**       Bridget Harkins
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 docket#36
**Date:**       Monday, August 21, 2023 8:55:50 PM

---

I support the court's order that puts Ted Henefin and JXN Water in charge of Jackson's sewer system
Bridget Harkins
███████████████████████

Sent from my iPhone

**From:**    Richard Harrell
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:**    Monday, August 28, 2023 5:15:25 PM

It is terrible that the City of Jackson has been able to ignore the previous orders and continue to let leaks, failures and poor operations release millions of gallons of untreated wastewater into the environment. If this was a private company they would be prosecuted criminally. The DOJ prosecuted Gold Coast in Brandon MS for much much less pollution. The COJ is willfully doing this and I think they should prosecuted civilly and criminally for their actions. The drinking water system failure has garnered all the attention but the wastewater situation is a much worse problem in my opinion as it affects all the citizens of Jackson and all those downstream as well.

Please quit letting the COJ get by with polluting the environment and immediately require them to comply with the environmental regulations like others are required. Do not give them any more extensions and prosecute those responsible.

**From:** William Harris
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 11:57:44 AM

To whom it may concern:

As a ▮ year resident of the Jackson, MS metropolitan area, I use, and am billed for, Jackson sewer services. This vital area of public infrastructure has been mismanaged and neglected for years under the current and past leadership of the City of Jackson.

 I **fully support** the court's order and request that the sewer system be managed by Ted Henifin and JxnWater.

Thank you for being a vital member of our community!

Sincerely,

William Harris

▮▮▮▮▮▮▮

**From:** Jack
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 17, 2023 9:15:17 PM

I support Ted Heflin managing the Jackson Ms sewer system.

Thanks,
Jack Harris

Sent from my iPhone

**From:** Dan Hart
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL]
**Date:** Monday, August 28, 2023 8:18:08 AM

I support Ted Henefin and Jackson water incorporating the sewage department.

**From:**      Susan Hart
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 7:56:00 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Susan S. Hart

██████████████

--
**Susan S. Hart**

**From:**      Ed Hartman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**      Thursday, August 31, 2023 9:16:19 PM

To whom it may concern,

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sincerely,

Edward Hartman

**From:** ████████
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 8:35:41 PM

Paste in the body: I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed: Emily Hartman ████████

Sent from my iPhone

**From:**      L. H
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 11:27:32 AM

Given the abysmal performance of the mayor and his staff , i support moving the control of sewerage and water to JXNWATER and Mr Henifin.


Landall Hathorn

**From:** Casey Hawes
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 8:51:50 AM

**I am in support of the court's order and the sewer system being managed by Ted Henifin and JxnWater.**

Thank you
Casey hawes

Sent from my iPhone

**From:** Tami Hawes
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer management
**Date:** Thursday, August 17, 2023 8:02:33 PM

Hello,
    I support Tim Hefinin for the management of the sewer system in Jackson, MS.
Thank you,
Tami

Sent from my iPhone


Sent from my iPhone

**From:**      RUSTY HAYDEL
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Head of Sewer - Ted Henifin
**Date:**      Saturday, August 26, 2023 3:11:36 PM

We need his experience in straighten out our sewer privy; he has got us going in right way on our water. We need him just as bad on the sewer and we need to support him in his efforts and be thankful he is here.
Rusty Haydel

Sent from my iPhone

| | |
|---|---|
| **From:** | Reid Haygood |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson, MS Resident Public Comment |
| **Date:** | Thursday, August 31, 2023 6:34:26 PM |

Good afternoon,

I am writing in reference to DJ# 90-5-1-1-09841, Docket Number 36. I am a resident of Jackson, MS. I own and live in the house located at ███████████ ███. I am in favor of the court's Stipulated Order for Sewer Repair. I have low confidence in the City of Jackson's ability to make substantial progress addressing our failing sewer system. This is clearly seen considering the lack of progress made during the last 10 years. The City's leadership has not been able to maintain enough competent engineering or managerial staff in the Public Works Department. Even if the City were to be given the funds to fix the sewer system itself, I do not believe they have enough staff to adequately oversee the administration of such construction projects. Eastover Creek runs near my house and it regularly smells of sewage. There has also been a sewage leak on my street for the past 10 months that the City has failed to address. It is not safe to swim in the Pearl River, which makes me sad. Allowing the sewer system to be maintained by the City of Jackson is irresponsible.

I am very encouraged by the progress ITPM Ted Henefin has made through JXN Water. I believe having Ted Henefin as the ITPM for the sewer system is a responsible choice for the Department of Justice.

Sincerely,
Reid Haygood ███
███████████████

| | |
|---|---|
| **From:** | Janelle Hederman |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson, MS Sewer System- Stipulated Order |
| **Date:** | Monday, August 21, 2023 1:05:42 PM |

Good morning,

I live ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and have been astounded at the deterioration of my hometown.   It has only fallen into further despair after water crisis, garbage crisis, and the sewer crisis-- most of which has been ongoing issues for decades.   The city and its current administration are NOT CAPABLE of handling the sewer situation. Please appoint Ted Henifin to take over the sewer system. Since he has has taken over the water system a few months ago, leaks are being fixed overnight, fire hydrants opened and closed properly, water treatment plants functioning and overall clean water for everybody.  The city didn't do anything to help it at all or prevent this.  The same with the sewer.... they will not hire the trained individuals to remedy and work on these problems, nor will they pay the contractors in a timely manner, (unless they were handpicked to just take the paycheck and not do work which is part of what got us in this mess in the first place).  It's a proven fact repeatedly that this administration is not capable of handling any responsibility. It's all talk and no action.   Let's remember that this same administration tried to keep the original EPA order a secret for a year in 2016. Didn't try to remedy it, just tried to bury it in paperwork until a reporter found it and told the public.  So please, do not trust the fate of 150,000 people to incompetency and apathy.  Please keep Ted Henifin in charge of this sewer system-- he is capable and he has proven himself able to get things done. Our town won't make it without him, especially after the hope he's given everybody by just tackling the water problems in such a short amount of time.

Thank you,

Janelle Hederman

**From:** CECIL HEIDELBERG
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Ted Henifin
**Date:** Saturday, August 26, 2023 10:40:07 PM

Definitely in favor of Ted Henifin being in charge of our sewer system.

Sent from my iPhone

**From:**      Stacey Hendrix
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 4:50:31 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.

Regards,

Stacey S. Hendrix, ████
████████

**From:**     Brian Hendry
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Jackson MS Sewer
**Date:**     Monday, August 28, 2023 9:42:10 AM

I am in favor of the 3rd party solution (Ted Henefin) to repairi the sanitary sewer system in Jackson, MS.

The city of Jackson has shown a pattern of irresponsibility when it comes to this.

Thanks,  Brian

| | |
|---|---|
| **From:** | John Henegan |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841; Docket No. 36 |
| **Date:** | Friday, August 25, 2023 9:24:16 PM |

I have been a resident of the city of Jackson, Mississippi since ████.  During  that period I have watched the city's water and sewage system become progressively worse until it completely and utterly failed.

  I am grateful that the department of justice intervened and made needed corrective measures with respect to the water system and its infrastructure, including addressing spills of raw untreated sewage throughout the commercial and residential areas of Jackson. I am in favor of the proposed order between the federal government and the City of Jackson, which is intended to address those issues, and to improve the city's water and isewage system.

I am also in favor of a continuing  to use the services of Ted Henifin, the interim third-party manager for the system, and to have him appointed and continue to serve in his present capacity. He is knowledgeable, experienced, and has impressed a substantial number of local residents with his energy and his professionalism in addressing these issues. They as I do believe he has the best interests of the people of Jackson at heart as he tackles these issues.

Thank you for taking my comments into consideration.

With respect,

John C. Henegan
████████████████
--
John C. Henegan
████████████████

**From:**      Morella Henegan
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS sewer
**Date:**      Friday, August 25, 2023 3:08:59 PM

I support the work being done by Ted Henifin. I support order DJ# 90-5-1-1-09841. Docket number is 36. My city is struggling and Mr. Henifin has made progress to fix some important areas.
Thank you,
Morella Henegan

Sent from my iPhone

**From:**      Katie Hester
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] I support Ted Hanefin being appointed in charge of the Jackson MS sewer system
**Date:**      Wednesday, August 30, 2023 7:29:29 PM

Ted is doing an exemplary job on the water system and we would be lucky to have him working on the sewer system as well.

Kathryn H. Hester

**From:** Mara Hartmann-Hicks
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 22, 2023 1:52:02 PM

We support the court's order and the sewer system being managed by Ted
Henifin and JXN/Water.


Mara and Patrick Hicks

███████████

██████████████

**From:** Breck Hines
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 2:08:58 PM

Dear Sir or Madam,

This email is to show support for the court's order and the sewer system being managed by Ted Henifin and JxnWater.  Mr. Henifin/JxnWater have done a great job thus far rescuing the water system from inept stewardship, and we have faith and trust his group would successfully handle the failed sewer system operation with organization, responsiveness and professionalism (all things that have been missing…).   We are in desperate need of help!

Sincerely,

Breck Hines



**From:** Lyn Hines
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 3:50:53 PM

I full heartedly agree to the court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater. The city of Jackson has failed to maintain the sewer in our neighborhood and it is unacceptable!  Thank you.

Lyn Hines


Sent from my iPhone

| | |
|---|---|
| **From:** | Scott Hines |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Breck Hines |
| **Subject:** | [EXTERNAL] pubcommentDJ#90-5-1-1-09841 Docket #36 |
| **Date:** | Monday, August 28, 2023 1:13:35 PM |

Gentlemen:  This email is to state my support of the

Court's  order and the Sewer System being managed by Ted Henifin and his organization, Jxn Water.  Thank you, Scott Hines

███████████████

**From:** Kirby Hobbs
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841
**Date:** Thursday, August 17, 2023 9:37:16 PM

I support Ted Heflin.

This city needs continued competent management for our water and sewer.

**From:**      Donna Hodges
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 2:13:14 PM

US District Judge Henry T. Wingate,

I would like to express my support for the Federal Court order placing control of the Jackson, MS Sewer management of Jackson Water which is managed by Ted Henifin.

Regards,

Donna Hodges
Employee Working in the Jackson Area.

| | |
|---|---|
| **From:** | Mark Hodges |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] JxnWater and Jackson Sewer Issues |
| **Date:** | Sunday, August 27, 2023 2:33:53 PM |
| **Attachments:** | image001.png |

To Judge Wingate and Whom It May Concern.

I am writing to express my support for the plan to entrust JxnWater with the repair of the Jackson, Mississippi sewer system.  We have lived in Jackson ▉▉▉▉▉▉▉▉▉ and are all too familiar with the numerous infrastructure challenges in the city.  Although we could easily afford to move to the suburbs, we have remained committed to Jackson, where we work, live and attend church.  The poor city leadership in recent years has tested our resolve to remain, especially over the last several months when the mayor and certain of his allies have failed to support the efforts (or acknowledge the results) of JxnWater.

Please consider our family among those who are grateful for the work of JxnWater, the remarkable results they have obtained to this point, and the conscientious work of Judge Wingate and his staff in sorting through and debunking the political and racial attacks made against JxnWater and Mr. Henifin.  We believe the results obtained thus far with the water system fully justify entrusting the sewer work to JxnWater, and we write to voice our support for that plan.

Thank you for your consideration.





The preceding e-mail is privileged and confidential and is intended only for the named addressee.  If you received this message in error, please delete it and notify the sender by return e-mail or by phone at the numbers noted above.

**From:**       Reed Hogan
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Thursday, August 31, 2023 8:44:04 PM

I strongly support continued management by Ted Henifin of the water system and would support extension into the sewage system.  Our city is incompetent and needs help.

Reed B. Hogan III

**From:** Cornelia Holland
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments:DJ #90-5-1-1-09841Docket Number 36
**Date:** Monday, August 28, 2023 1:48:23 PM

I support appointment of Ted Henifin as manager of Jackson sewer system
 Signed- Cornelia Holland- Jackson, Ms
Sent from my iPhone

**From:**      Eric Holland
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson sewage
**Date:**      Thursday, August 31, 2023 10:02:31 PM

Hi

My name is Eric.  I live at ███████████. I bought my house 2 1/2 years ago. The first year I was here; I had no problems. This past year and a half, the smell of sewage has kept me inside more times than not.  It has made the mosquito problem so much worse. The standing water smells and is a health hazard. We need resolution and we need this fixed. I live in the ████ ██████ neighborhood. I love my neighborhood. I just don't love the smell. Please take our concerns seriously and help us fix these problems.

Thank you Eric

**From:** George Hollingsworth
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Ted Henifin
**Date:** Saturday, August 26, 2023 7:40:20 PM

I want to express my support for Ted Henifin. He has done an excellent job handling Jackson's water crisis so far and I feel confident he will do equally well dealing with the sewer problems in the city.

Thank you,
George Hollingsworth

| | |
|---|---|
| **From:** | rosie holmes |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Federal Takeover |
| **Date:** | Thursday, August 31, 2023 8:38:09 PM |

Please consider Federal takeover. We have been dealing with this problem for years. I'm more than willing to share my experiences with you. We finally had our issue resolved this year after dealing with raw sewage backup in our backyard since 2019. I have documentation from the beginning to the end. We need leadership in this matter and I believe Mr. Henifin is the best person for the job. The residents of Jackson deserve better.


Sent from my iPhone

**From:**      Brittany Holtmann
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 4:58:28 PM

To Whom It may Concern:

I want to offer my support for the order and correspondingly, for the continued management by Ted Henifin of JxnWater and the sewer system.

Thank you,
Brittany

| From: | Cheryl |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Citizen comment RE: DJ# 90-5-1-1-09841, Docket Number 36 |
| Date: | Monday, August 28, 2023 11:47:16 PM |

August 28, 2023

Assistant Attorney General
U.S. DOJ – ERND
P.O. Box 7611
Washington, DC 20044-7611

Dear sir or madam,

This letter is in support of the EPA's proposed order placing Jackson's sewer system under Ted Henifin's management.

It has been app. 15 years since my property was annexed by the City of Jackson. For longer than that, serious neglect of basic city services has been apparent, but the dereliction of duty has been absolutely profound during the current mayor's administration. In the past 6 years, taxes continue to climb and fees have increased, yet no effort is given to basic managerial duties such as refilling vacant positions, collecting fees from service users, and paying suppliers.

The result was a total - and totally predictable - collapse of the system, leaving citizens without running water for weeks. EPA warnings were concealed by the mayor, who knew that facilities were out of compliance with sanitizing requirements yet stayed silent and allowed vulnerable citizens to drink the water anyway. This is completely inexcusable and has many of us wondering why the mayor is not held to account for his actions.

My own property was annexed by the City of Jackson around 15 years ago, and is located on Trahon creek. When traveling across my property 2-3 years ago, the stench of sewage was overwhelming, and I saw that our creek was filled with dark, odiferous sewage waste. We learned that a damaged sewage main at Henderson and McCluer Rd was to blame, and to this day it is rare to see any fish in the creek. Recreation in the Pearl River below Savannah Street is unadvisable due to sewage contamination from the CoJ. Although my property taxes literally doubled after our annexation and continued to increase thereafter, I am actually glad the city has made no effort to extend sanitary sewer service to my property. Although I must bear the cost of maintaining our private system, at least I have control and can prevent sewer waste from backing up into my home and yard, which is the situation many CoJ residents have been forced to bear.

Ted Henifin has proven to be a competent leader and is our only hope of maintaining functional basic services. Too many citizens have lost hope and feel voting for better leadership is just a waste of time. Sadly, "better leadership" only occurs when better leaders decide to run for office, and that hasn't happened for several CoJ mayoral elections.

If management of water and sewer services reverts to the current mayor, Lumumba, the future is dire. It won't be long before the national news media is reporting on our latest crisis again. The generous investment of federal monies will have been wasted, as mismanagement once again becomes the rule of the day and money disappears into thin air... and into certain pockets.

I support the proposed order to put the Jackson sewer system under Ted Henifin's management.

Sincerely,

Cheryl Holyfield
Jackson, MS

**From:**     Paula Hood
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Jackson Sewer System
**Date:**     Tuesday, August 15, 2023 6:16:01 PM

I am in support of Ted Henefin and his takeover of the Jackson Sewer System. Please do not return the management of it to the City of Jackson.  Mr. Henefin has done an outstanding job managing the Jackson Water System, in contrast to the City of Jackson's failure to manage the water and other services of the city.

I am a resident of Jackson, my ██ sons and their wives and their ██ children are residents, and my sons and husband all office and work in Jackson with their own private businesses.  We are committed and want to stay in Jackson but are very discouraged.  We all wholeheartedly support Mr. Henefin's appointment to manage the Jackson sewer system as well as the water system.

Paula Hood
████████████████

Sent from my iPhone

**From:** Jeannie Hood
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson Sewer System
**Date:** Friday, August 18, 2023 11:20:33 AM

I support Ted Henifin in taking over the Jackson Sewer System. Please do not return the management of it to the City of Jackson. Mr. Henifin has done an outstanding job managing the Jackson Water System and we need his help with the Sewer System.

Jeannie Hood

| | |
|---|---|
| **From:** | Wilson Hood |
| **Cc:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 2:45:08 PM |

To Whom It May Concern,

I enthusiastically support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

Wilson & Carter Hood

**From:**     James W Hood
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Jackson Sewer appointment of Ted Henefin
**Date:**     Tuesday, August 15, 2023 6:18:20 PM

Please accept this short note endorsing the transfer of the Jackson, MS sewer system to to JXN Water, Mr. Ted Henefin.  I am pleased with the progress he is making with the Jackson Water system, which was so poorly managed for many year by the City of Jackson, and most recently by Mayor Chokwe Lumumba.  I am hopeful that Mr. Henefin will enjoy equal success with the sewer such as he has with the water.  Please do not let the City of Jackson regain control as they have proven over and over again, their inadequacy to manage anything.
I am a Jackson homeowner.  My ▮▮ adult sons are Jackson homeowners. I, and all my sons office and work in the city of Jackson.  We have chosen to stay in Jackson and hope to see Jackson reverse its downward spiral.
Sincerely,
James W. Hood
▮▮▮▮▮▮▮▮▮▮▮▮

Sent from my iPhone

**From:**       John Horhn
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] City of Jackson's Wastewater/Sewer Treatment Facilities
**Date:**       Thursday, August 31, 2023 1:31:06 PM

To Whom It May Concern:

I fully support U.S. District Judge Henry Wingate's stated intention to transfer control of the City of Jackson's wastewater/sewer treatment program to Ted Henifin, the Interim Third Party Manager designated by the federal government, for the purposes of retuning the system to EPA/DEQ compliance and resolving the Consent Decree issued in 2013.

I believe that Mr. Henifin and his staff possess the expertise and skill-set to return the system to full functionality at a time when the City of Jackson lacks the capacity to do so.

Sincerely,

Senator John Horhn

Mississippi Senate District 26

Sent from my iPad

**From:** Lynn Hosemann
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841. Docket 36
**Date:** Thursday, August 31, 2023 8:33:28 AM

I live in Jackson and I am in full support of Judge Wingate's recent ruling.  I think Ted Henefin should be in charge of the Jackson sewer system and Jackson water.   Thank you for your consideration.  Lynn Hosemann
Sent from my iPhone

**From:**    Larry Houchins
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] :Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**    Monday, August 28, 2023 1:14:02 PM

We are writing in support of the Court's order that Ted Henifin and JXN Water manage Jackson's sewer system. The City of Jackson seems unable or unwilling to properly manage the city's sewer system. We have been impressed with Mr Henifin's work with the city's water system and fully support his management of the city's sewer system.

Pamela and Larry Houchins

**From:** James House
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer
**Date:** Thursday, August 31, 2023 8:33:39 AM

Please continue sewer oversight by JXN water and Mr Heneflin!  I live on ███████████ . I've lived in Jackson for over ██ years

| | |
|---|---|
| **From:** | Susan House |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Support for Judge Wingate's Order RE Jackson Water |
| **Date:** | Thursday, August 31, 2023 10:58:43 AM |

*To Whom it May Concern:*

*I am wholeheartedly in support of Judge Wingate's order for the continued management of the City of Jackson's sewer system by Ted Henifin (aka JxnWater).*

*Thank you,*

*Susan House*

**From:**  carolyne howard
**To:**  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Mr. Henefin and Water/Sewage Aid to Jackson, Mississippi
**Date:**  Friday, August 18, 2023 7:14:56 PM

To Whom It May Concern:

With great thanksgiving I write to thank you for the appointment of Mr. Ted Henefin as head of water/sewage repairs in our city.  We collectively breathe a sigh of relief for his desire to repair and his expertise in so doing.

Sincerely,
Carolyn Howard

Sent from my iPad

| | |
|---|---|
| **From:** | Susan Howell |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 9:14:56 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

Susan Howell

**From:**     Haden Hughes
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] DJ# 90-5-1-1-09841
**Date:**     Monday, August 28, 2023 8:05:54 PM

Please allow Ted Henifin to manage Jackson's sewer as well as water. The city is incapable of managing it.

Sent from my iPhone

**From:**       TISH HUGHES
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Judge Wingate's Order
**Date:**       Monday, August 21, 2023 9:53:57 AM

I am strongly in favor of the judge's stipulated order and the continued management by Ted Henifin of the Jackson water and sewer system.

Mary Letitia Hughes

███████████████████████

Sent from my iPhone

**From:**    Barbra Hughes
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Sewage
**Date:**    Friday, August 18, 2023 10:41:10 AM

I continue to support Mr Henifin in his efforts to help our system in Jackson Barbara Hughes

Sent from my iPhone

**From:**       Matt Humphreys
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Thursday, August 31, 2023 1:45:15 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer
in management of JXN Water which is managed by Ted Henifin.


Regards,
Matt Humphreys


Matt Humphreys 

**From:** Andrew Humphries
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 2:43:52 PM

I support the court's order and the sewer system being managed by Ted Henifin and
JXNWater.

Signed:

Andrew Humphries

**From:**      Jay Hutton
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number
**Date:**      Thursday, August 31, 2023 2:34:09 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.

Regards,
Jason Hutton
Jackson, MS Resident

**From:** lauren smith
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Wednesday, August 23, 2023 9:50:32 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Signed:

Stephen and Lauren Ingram


Sent from my iPhone

| From: | |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| Date: | Monday, August 28, 2023 3:14:32 PM |
| Attachments: | image001.png |

This is Steven Inzinna, I have owned both Personal and commercial property in the Jackson city limits since ▮▮▮▮ I SUPPORT Mr. Henifin to work with the BOTH the water and Sewer System and to improve its infrastructure, cleanliness of the sewer system and long term viability.

It is obvious that the Jackson city managers are unable to operate efficiently and I agree with the court order to let Mr. Hinifin and JXNWATER take over the Sewer portion of the City of Jackson as well.

Thanks,


**Steven Inzinna**



| | |
|---|---|
| **From:** | Lisa Ireland |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Lisa Ireland |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Docket #36 |
| **Date:** | Tuesday, August 22, 2023 8:23:51 AM |

To Whom it may Concern:

At the very least, I feel I should begin this email with a hearty thank you to Judge Wingate and Ted Henifin for all they gave done for Jackson. Through the decisiveness and swiftness of Judge Wingate's judicial orders; to the clarity and simplicity of Henifin's administrative decisions, Jacksonians have reliable water.

Through this razor focus commitment to the "real"concerns of the citizens, they have done more for Jackson in the past few months than others have done for decades. Thank you! Thank you for being bold and your leadership, and clear and unwavering in your commitment to repair our water and sewer problems.

It is hard to imagine a civilized state, let along the Capital of a State in the United States of America, where its citizens cannot turn on their water and feel confident anything will come out. Many people take this simple act for granted, but Jacksonians did not until just a short time ago.

Our water and sewer system has been decaying and in disrepair, and our leadership has been in denial. For many years, they chose to fund other projects instead of the basic maintenance of our water and sewer system.

Under Henifin leadership to manage our water and sewer, the citizens are beginning to reestablish the trust necessary to live their lives. We can recruit new residents, retain the ones we have, and most importantly, bring back and protect our businesses in the area. How can anyone open a restaurant without water, how can you run a business without proper sewage? How can our students go to school or be prepared to learn? How can our elderly continue to lug expensive and VERY heavy cases of water for their basic necessities? They cannot! And should not!  Henifin has understood this from his first day, and has worked quickly and tirelessly, without the political pressures and bureaucratic headaches that often come with making large changes or overcoming challenges.

I urge you to please continue to direct your orders and keep our sewer system under the leadership of Ted Henifin. He has been a miracle worker, but our problems are not over. We still have so much to do and they need the freedom to make difficult decisions and they need the professional knowledge to get the job done. They also need (and deserve) the trust of the citizens, knowing that they are making decisions that is best for all citizens. That our taxpayer dollars are being used wisely and efficiently.

Thank you again, and I support the court's order and urge the court to keep the sewer system under the management of JXNWater and Ted Henifin's leadership.  Please continue to direct resources and responsibility to the third-party administrator. He has proven to be capable, fair, and committed to helping Jackson through this difficult time. He has no personal agenda, except to give the citizenry clean water, and a working sewer system. That is what is needed at this time.

Lisa Ireland

**From:**      Hannah Ivison
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Friday, August 18, 2023 2:44:23 PM

To Whom It May Concern,

My husband, ███ and I, are avid supporters of the court's order and the sewer system being managed by Ted Henifin and JxnWater. We, along with many of our neighbors within ██████ have been very pleased with the progress that JxnWater has made and will continue to make.

Warmly,
Hannah Ivison
██████████

**From:** ████████████
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 17, 2023 6:32:53 PM

**I am IN FAVOR of Ted Heglin running Jackson water and sewer.  He is doing a great job.**


**Thank you,**
**R. Ivison**

**From:** Zachary James
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Public Comment_United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.) [Docket No. 36]
**Date:** Monday, August 28, 2023 10:08:08 AM

Hi as a resident of Jackson MS, I have been relieved that he Federal government has taken stewardship of the Jackson water system. The current city administration is allegedly corrupt and assuredly incompetent. My only critique of the federal stewardship is Judge Wingate's recent decision compelling Entergy to give up customer information in order to cross reference for Jackson Water Billing. I am very uncomfortable with the idea that a separate entity could be compelled to give up personal information.

Zachary James
Jackson MS

**From:** Ben James
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] US, et al v. City of Jackson, Mississippi - JXN Water
**Date:** Friday, August 18, 2023 11:44:30 AM

Good morning

My name is Ben James, and I have lived in Jackson for almost ██ years of my life.  Over that time, I have seen infrastructure (water/sewer/streets) in Jackson deteriorate to the point where there was little hope left that it could ever be fixed.  There are a multitude of reasons for why we got to that point, but those are in the past and don't necessarily matter anymore.  What matters now is that for the first time in decades, Jackson has a glimmer of hope to have some of these major infrastructure needs met.  I could not be more impressed with what Ted Henefin and JXN Water have done to this point to develop a plan and begin executing that plan as it pertains to the water crisis.  JXN Water has been thoughtful on how they have reached out to the community, communicated the issues, analyzed the system, and put forth a reasonable plan to responsibly use the Federal money while also fixing the billing system.

When it comes to the sewer system, it sometimes feels like this issue is more of a crisis than the water.  Millions of gallons of sewage are unintentionally released into the Pearl River each year. Numerous sewage leaks in neighborhoods across the City where elderly and children reside. Ongoing no-contact notices for the Pearl River and its tributaries due to sewage.  It's a problem that had no solution and the citizens of Jackson had begun feeling hopeless…..that is until the Federal Government and EPA stepped in.  Ted Henefin and JXN Water clearly have the capability and expertise to oversee the sewage crisis in Jackson, and it makes sense to tackle both water and sewer at the same time.  They have contacts across the country that allow them to hire the most qualified, capable contractors to get the work done in a professional and expedient manner.

Please put the sewer system under the control of JXN Water so that we can repair the sewer system, repair the billing system, and restore trust in the process.

Thank you
Ben James

**From:**       Peggy Jeanes
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ# 90-5-1-1-098-41 and Docket #36
**Date:**       Sunday, August 27, 2023 7:37:05 AM

I fully support a stipulated order to expedite needed sewer system repairs to the city of Jackson, Mississippi, and for the continued management by Ted Henifin (aka JXN Water) of the sewer system.

Peggy Jeanes

████████████

Sent from my iPad

**From:** Joshua Jenkins
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer Comments
**Date:** Monday, August 21, 2023 2:03:42 PM

Hi,

Please allow the sewer system to be managed by JXN Water and Ted Henifin. He has done a solid job stabilizing the water system.  The City of Jackson "leadership" has proven it is incapable of managing City assets like the water and sewer systems, and the City of Jackson voters have proven themselves to be incapable of voting out these incompetent "leaders" over and over.


Thanks,
Joshua Jenkins
███████████████████████

**From:**    ████████████
**To:**      ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer
**Date:**    Monday, August 28, 2023 1:18:03 AM

I have total confidence in Ted to run the water and sewer.

I do not trust the mayor or any of his family members. Just look at the mess they made with garbage pickup and water already.

I wish that Ted would take over as mayor too. He seems to be honest and gets things done.

Jim


Sent from the all new AOL app for iOS

**From:** <u>Bettie Ruth Johnson</u>
**To:** <u>ENRD, PUBCOMMENT-EES (ENRD)</u>
**Subject:** [EXTERNAL] Jackson
**Date:** Monday, August 21, 2023 6:26:23 PM

Jxn water has demonstrated its competency to clean Jackson water. Because the present administration cannot abide by the consent order and has actually worsened situation over the last six years, I strongly support. Jxn water, taking charge of the sewer system. Raw sewage in the pearl river from Jackson must be stopped.

Bettie Ruth Johnson
Sent from my iPhone

**From:**      Fred Johnson jr
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Sewer problems
**Date:**      Thursday, August 31, 2023 5:19:40 PM

   My name is Fred Johnson Jr. ███ years of age and a life long resident of Jackson,MS and I know that the best decision for our sewer system problems are to let it be handled by who Judge Wingate has recommended.

   I have a problem with the people who are going against Judge Wingate decision because they have not complained once about the sewer system. Wow the current mayor had the power to address the sewer problem and he never done anything.

   I'm a former plumbers helper and I don't know how serious the sewer system problem is in our city. The naysayers are only interested in who gets the contracts. Bottom line they only want money.

Sent from Yahoo Mail for iPhone

**From:**        Harvey Johnson Jr
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Comments on City of Jackson Sewer Consent Decree
**Date:**        Thursday, August 31, 2023 1:13:46 PM
**Attachments:** COMMENTS on Jackson Sewer Consent Decree.docx

I have attached comments regarding the sewer consent decree for the City of Jackson, Mississippi. I have limited my comments to one page; however, I will gladly address any questions or provide additional information. I can be reached at ███████ . Thank you for providing the opportunity to offer comments.

Harvey Johnson, Jr.

COMMENTS
ON
CITY OF JACKSON SEWER CONSENT DECREE

I served as Mayor of the City of Jackson for three terms (1997-2005 and 2009-2013). Between 1997 and 2011, the City expended approximately $225,000,000 on water and wastewater improvements, with the vast majority of the expenditures being paid for by ratepayers. Approximately $75,000,000 was for wastewater improvements.

These local government expenditures were made not only to improve the quality of life of Jackson residents, but also to carry out the responsibility of local government to comply with the policy mandates of the federal government; namely the Safe Drinking Water Act and the Clean Water Act. The imposition of mandated compliance with these policies without appropriate federal funding assistance has long been a point of contention between the federal government and resource-poor local governments. The $600,000,000 recently allocated by the federal government to make improvements to the City of Jackson water system is a commendable step in addressing this critical issue.

However, I have watched with a degree of disgust as the mandated responsibility of duly elected local officials and the control of the resources to carry out mandated federal government policies have been placed in the hands of a single, appointed individual. The right to vote to elect public officials to oversee the affairs of local government was not available to a great majority of the citizens of Jackson a few decades ago. This basic tenet of democratic government has been set aside by the creation of Jxn Water.  And now, the federal government is contemplating the same for making improvements to the sewer system.

The 2013 consent decree was negotiated during my administration; so, I fully understand and appreciate the need for its successful implementation. I realize that if the implementation schedule is not working, some modifications to the 2013 decree must be made. However, I do not agree with the "infrastructure czar" model as an implementation strategy. Duly elected officials must be involved in the process, since voters will ultimately hold them accountable.

The expenditure of the $600,000,000 on water system improvements, and the expenditure of untold millions on sewer system improvements over the next 10, 15, 20 years represent an economic development opportunity that must not exclude local residents and local businesses, particularly black-owned businesses. It would be a travesty for a population that is 80% black, and over 25% impoverished, not to receive some economic benefit. An Equal Business Opportunity program, similar to the one that was in place when the fore mentioned $225,000,000 was expended on infrastructure improvements, must be put in place, no matter what implementation model is pursued for sewer system improvements. And, a skills training component for local residents should also be considered. Similar efforts need to be established for improvements funded through Jxn Water.

Submitted By: Harvey Johnson, Jr.

COMMENTS
ON
CITY OF JACKSON SEWER CONSENT DECREE

I served as Mayor of the City of Jackson for three terms (1997-2005 and 2009-2013). Between 1997 and 2011, the City expended approximately $225,000,000 on water and wastewater improvements, with the vast majority of the expenditures being paid for by ratepayers. Approximately $75,000,000 was for wastewater improvements.

These local government expenditures were made not only to improve the quality of life of Jackson residents, but also to carry out the responsibility of local government to comply with the policy mandates of the federal government; namely the Safe Drinking Water Act and the Clean Water Act. The imposition of mandated compliance with these policies without appropriate federal funding assistance has long been a point of contention between the federal government and resource-poor local governments. The $600,000,000 recently allocated by the federal government to make improvements to the City of Jackson water system is a commendable step in addressing this critical issue.

However, I have watched with a degree of disgust as the mandated responsibility of duly elected local officials and the control of the resources to carry out mandated federal government policies have been placed in the hands of a single, appointed individual. The right to vote to elect public officials to oversee the affairs of local government was not available to a great majority of the citizens of Jackson a few decades ago. This basic tenet of democratic government has been set aside by the creation of Jxn Water.  And now, the federal government is contemplating the same for making improvements to the sewer system.

The 2013 consent decree was negotiated during my administration; so, I fully understand and appreciate the need for its successful implementation. I realize that if the implementation schedule is not working, some modifications to the 2013 decree must be made. However, I do not agree with the "infrastructure czar" model as an implementation strategy. Duly elected officials must be involved in the process, since voters will ultimately hold them accountable.

The expenditure of the $600,000,000 on water system improvements, and the expenditure of untold millions on sewer system improvements over the next 10, 15, 20 years represent an economic development opportunity that must not exclude local residents and local businesses, particularly black-owned businesses. It would be a travesty for a population that is 80% black, and over 25% impoverished, not to receive some economic benefit. An Equal Business Opportunity program, similar to the one that was in place when the fore mentioned $225,000,000 was expended on infrastructure improvements, must be put in place, no matter what implementation model is pursued for sewer system improvements. And, a skills training component for local residents should also be considered. Similar efforts need to be established for improvements funded through Jxn Water.

Submitted By: Harvey Johnson, Jr.

| | |
|---|---|
| **From:** | Meredith Johnson |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 |
| **Date:** | Sunday, August 27, 2023 8:30:25 PM |

DJ#90-5-1-1-09841 Docket #36

I support this order - and the continued management of Ted Henifin (akaJXN Water) of the sewer system.

Meredith Johnson

Sent from my iPhone

**From:**      Sara Margaret Johnson
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**      Thursday, August 31, 2023 10:13:53 PM

I support the court's order and the sewer system being managed by Ted Henifin and
JXNWater.

*Sara Margaret Johnson*

**From:**      Edley Jones
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson, MS - support for Judge Wingate decree
**Date:**      Thursday, August 17, 2023 12:28:03 PM

To whom it may concern:

I am a resident of Jackson Mississippi and I write to give my complete support for the proposed decree to be signed by Judge Wingate appointing Mr. Henifin has the third party administrator to handle Jackson sewer system. Judge Wingate has acted swiftly and prudently to protect the vital sanitary interests of the city long ignored by past and the current administration. This decree represents nothing short of a last hope for Jackson to revive, and this decree is an important step for Jackson to regain its viability has a city.  The views I express here are shared by the silent majority of citizens who are grateful that Jackson has been given this incredible opportunity to move forward.

Furthermore, there have been complaints by a small minority who wish to exercise an advisory or watchdog capacity over the efforts of Judge Wingate and Mr. Henifin. This is completely unnecessary, as the Judge and Mr. Henifin have amply demonstrated the ability to get the job done as demonstrated by the material improvements to the water system.  These groups have presented absolutely no proof or other evidence that a advisory role would do anything but slow the process and present opportunities for questionable attempts to direct funds to contractors who are less than qualified.

Sincerely,
Edley Jones

**From:**    Edley Jones
**To:**      ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] to DJ# 90-5-1-1-09841 and Docket Number is 36: Jackson, MS - support for Judge Wingate decree
**Date:**    Monday, August 28, 2023 9:14:15 AM

> To whom it may concern:
> I am a resident of Jackson Mississippi and I write to give my complete support for the proposed decree to be signed by Judge Wingate appointing Mr. Henifin has the third party administrator to handle Jackson sewer system. Judge Wingate has acted swiftly and prudently to protect the vital sanitary interests of the city long ignored by past and the current administration. This decree represents nothing short of a last hope for Jackson to revive, and this decree is an important step for Jackson to regain its viability has a city.  The views I express here are shared by the silent majority of citizens who are grateful that Jackson has been given this incredible opportunity to move forward.
>
> Furthermore, there have been complaints by a small minority who wish to exercise an advisory or watchdog capacity over the efforts of Judge Wingate and Mr. Henifin. This is completely unnecessary, as the Judge and Mr. Henifin have amply demonstrated the ability to get the job done as demonstrated by the material improvements to the water system.  These groups have presented absolutely no proof or other evidence that a advisory role would do anything but slow the process and present opportunities for questionable attempts to direct funds to contractors who are less than qualified.
>
> Sincerely,
> Edley Jones
> ███████████
> ███████
>
>
>
>

**From:**     Harper Jones
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Thursday, August 17, 2023 5:26:07 PM

**Comments DJ#90-5-1-1-09841Docket Number 36**

   I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.
Thank you
Harper Wise Jones

DJ# 90-5-1-1-09841
Docket 36

Dear Sir,
I was unable to attend the meetings that was scheduled for the residents of Jackson to voice the issues with the Sewer & Water problems in Jackson because I was illd with Covis.

Enclosed are pictures of the sewer draining down ████████ in the ██████████ in Jackson Miss, Especially when it rain the sewage run down the street and peddle in front of my property and beyond and back up into my bathroom which I am not able to use the Commode shower the tub, and it comes out unto the floor. I have that bath room Toilet cut off because when it rain it Buerflow my toilet. The City said that I would have to get a plummer but the problem is coming from the seiuage back up and not draining. The sewage is puddling in front of my property and beyond and it puddle at the Corner of Franklin Rooseuelt and Flag Chapel Road.
I was told that the drains were to be cleaned out by the City. I see where the City haue paid residents for their hardship with these problems

and ▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓ and habe not
been able to afford extra
expenses as this, because of the
back up of the sewage drainage.
after the city clean the drain
and there is yet a back up, will
the City Compensate me for my
expenses that I will incur as
you have done others)
my property address is ▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Enclose also is the Drainage ditch
that runs through presidentail
▓▓▓▓▓▓▓▓▓▓▓ that is grown up with
bushes that have grown into trees
and Covering the Concrete Drainage
ditch that runs through the Neighburhood
it needs to be Cleaned out, I have
gone around other Neighborhood
and the ditches are Cleaned out
Why is it Our Neighborhood is
being neglected We are tax paying
Citizen too

Marie Jones

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓













































**From:** Susan Jones
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Public Comment in Support of Court Order
**Date:** Monday, August 21, 2023 4:17:25 PM

I would like to submit this comment in support of the Court's recent order on the management of the City of Jackson sewer system by Ted Henifin . ███████████████████████████████ . Mr . Henifin and his staff have done an excellent job with water issues in our neighborhood . He has come to speak to the ████████████████████ ██████ and has been very responsive . Things have been better since Mr . Henifin came .
It makes sense to have his group handle the sewer issues as well .
Thank you for the opportunity to comment .

Susan Shands Jones
████████████████

Sent from my iPhone

| | |
|---|---|
| **From:** | Joe Keeling, Jr. |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL ████████████ |
| **Date:** | Wednesday, August 16, 2023 2:35:48 PM |

pubcomment-ees.enrd@usdoj.gov <pubcomment-ees.enrd@usdoj.gov>;

Our property at above address has an 8 " sanitary sewer line that crosses it.  We have a sinkhole in our parking lot which lines up with this line. The representatives of the city sewer system tell us it is our responsibility , they have told us the line Is abandoned and not their responsibility . Who can confirm this ?
--
Joe Keeling Jr



**From:**      Quinn Kellum
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 17, 2023 5:39:16 PM

I do support the court's order and the sewer system being managed by Ted Henifin and JxnWater

**From:** Quinn Kellum
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 17, 2023 5:39:16 PM

I do support the court's order and the sewer system being managed by Ted Henifin and JxnWater

| | |
|---|---|
| **From:** | Thomas Kelly |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ██████████ |
| **Subject:** | [EXTERNAL] U.S., et al. v. City of Jackson, Mississippi |
| **Date:** | Saturday, August 26, 2023 1:19:03 PM |

https://www.justice.gov/enrd/consent-decree/us-et-al-v-city-jackson-mississippi

This will confirm my support for the stipulated order in
DJ#90-5-1-1-09841 under Docket No. 36.

Means we approve of the continued management of the Jackson City
 Sewer System by Ted Henifin, JXN Water.

Thomas M. Kelly , resident
████████████████████████████████

**From:**     Alec Kerr
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson Water
**Date:**      Tuesday, August 22, 2023 5:35:40 PM

I live in Jackson, Mississippi.

I really appreciate the work of Ted Henifin and his team.

The Mayor of Jackson and the City of Jackson shouldn't be allowed to be in charge of the water and sewer systems in Jackson.

I've lived in Jackson off and on since ███ and my wife and I live in a home we bought here in ██ . I first experienced a major water issue in Jackson in January 2009 or 2010. The City had another major water problem in January 2017 or 2018. Since becoming Mayor, the Mayor has done things to where he seems oblivious to past major water issues in Jackson. For example, he made it to where people didn't have to pay a water bill. Why would anyone do that when Jackson needs all the money it can get to fix its water system?

The Mayor has allowed Jackson to go way downhill. Of course, that's my subjective opinion, but Jackson has the biggest percentage population decrease in the country for major and "mid" sized cities, so my view can't be based off of nothing. Why else would so many people be leaving?

Jackson's highest murder rates have all been under the current Mayor's leadership. We had just under 100 in 100,000 murders a couple years ago. The neighborhood I live in had dozens and dozens of armed carjackings in late 2021 and early 2022. I'm not sure if the neighborhood I live in would've survived if it weren't for the the State of Mississippi expanding the Capitol Police Department. Something the Mayor tries to link to Jim Crow while he lives on a gated street.

The Mayor appeared to get rid of Waste Management as our garbage pickup provider just to give his buddy an IT job that pays a lot through a garbage company named Richards Disposal. A pipe that Mr. Ted and his team have since fixed was leaking millions of water a day and people were dealing with Jackson crime while the Mayor wasted money, time, and energy on switching the garbage pickup to Richards Disposal.

The Mayor is not a good person in my subjective opinion, nor is his sister.

Remember the Mayor hid a letter from the EPA about Jackson's drinking water from the public for a year until after his most recent primary win.

Also, I see water sometimes where I wonder if it's sewage while around town.

Thank you for y'all's time and help,
Alexander Kerr


Sent from my iPhone

| | |
|---|---|
| **From:** | Janeah Kerr |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | |
| **Subject:** | [EXTERNAL] public comments |
| **Date:** | Tuesday, August 22, 2023 12:30:55 PM |

Good morning!

PLEASE APPOINT TED HENIFIN TO TAKE CHARGE OF OUR SEWER SYSTEM. I have lived here for ██ years and cannot stay here much longer if we do not get someone in charge of the sewer system that knows what he/she is doing. There are so many places within my ██████ neighborhood where raw sewage is rising up through the streets. Instead of fixing the issue, we now have signs warning us not to go near it. This is not right.

The people of Jackson do not deserve "raw boo boo" in their yards and homes. The city cannot handle maintenance of the sewer system just like it cannot handle maintenance of our water system.

I agree with appointing Ted to takeover the sewer system indefinitely.

**Janeah Sakalaukus Kerr**



**From:** Christy K
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:10:42 PM

To Whom It May Concern,

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you,

Christy Ketchum

**From:** Mack
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] It has sure been nice to at least feel safe using ice. Keep up the good work!
**Date:** Sunday, August 20, 2023 5:30:22 PM

Sent from my iPhone

| | |
|---|---|
| **From:** | Jason Kirschberg |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790– HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841 |
| **Date:** | Thursday, August 31, 2023 10:16:07 PM |

I support the court's order keeping Ted Henifin and his organization, JxnWater, in charge of water in Jackson, Mississippi. The City of Jackson has failed for decades to do anything about the problem. Once Mr. Henifin's organization took over, I immediately began noticing improvements throughout Jackson. He seems like the only shot Jackson has.

Sincerely,

Jason Kirschberg

| | |
|---|---|
| **From:** | |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 12:52:23 PM |
| **Attachments:** | image001.png |

I wholeheartedly and without reservation SUPPORT the court's order and the City of Jackson, Mississippi's sewer system being managed by Ted Henifin and his organization, JxnWater. The City of Jackson is either unwilling or unable to repair the multiple sewer leaks that have existed in my neighborhood (the ▉▉▉▉▉▉▉▉▉▉▉ neighborhood) for nearly a year. It's completely unacceptable and a public danger, as it has required the closing of a portion of the road leading to the Country Club, making a high-traffic area with multiple cars driving through, and into the Country Club, using only one lane. The City of Jackson has done nothing about this problem, despite pleas from our HOA for nearly a year. Wholly unacceptable. When Mr. Henifin's organization took over, I immediately began noticing improvements throughout Jackson. He is our only hope to fix these problems, as the City of Jackson seems uninterested in these issues.

Respectfully,

**Jason M. Kirschberg, Esq.***



**From:**     Lauren Kirschberg
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Tuesday, August 29, 2023 1:48:09 PM

I am in total support of the court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater.

Thank you,
Lauren Kirschberg



**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson, MS water
**Date:** Friday, August 18, 2023 8:45:23 AM

I am writing to express my praise and confidence in Ted Henifin and the current efforts to improve the Jackson water system. Continued efforts are imperative.

Thank you,
Donna Knight
Jackson resident
Sent from my iPad

| | |
|---|---|
| **From:** | Meredith Kochtitzky |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson, MS sewer system |
| **Date:** | Monday, August 21, 2023 1:48:40 PM |

I fully support the decision to have Ted Henifin take over control of the Jackson, MS sewer system.

Thank you,

███████████████
███████████████████████

**From:**        Kathryn Koury
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**        Monday, August 28, 2023 1:55:57 PM

I SUPPORT the court's order and the sewer system being managed by Ted Henifin and JxnWater.
Kathryn C. Koury

Sent from my iPhone

| | |
|---|---|
| **From:** | Matthew Koury |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 3:02:25 PM |

Dear Assistant Attorney General and Environment and Natural Resources Division,

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.  In the short time Mr. Henifin has taken over the water system he has made great strides in repairing the structure and reputation of the department. I believe he will do the same with the sewer system.  The City of Jackson needs his leadership at this time.

Sincerely,

Matthew B. Koury

**From:**
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Sewer system of Jackson
**Date:**        Monday, August 28, 2023 2:43:25 PM

---

Please continue to have Ted Henifin manage the water and sewer connections in Jackson. I support him fully thank you, Phoebe Kruger

Sent from my iPhone

**From:**      Jeff Lamb
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson sewer system
**Date:**      Thursday, August 31, 2023 11:02:19 AM

I am a resident at ███████████████████████.

I would like to support Judge Wingate's decision to continue w Mr Heflin's and Jackson to repair and complete our sewer system. Too much disposable sewage had been disbursed into the Pearl River and Mr Heflin is the best to help address this.

Jeff Lamb

██████████████████

Sent from my iPhone

| | |
|---|---|
| **From:** | Jeff Lamb |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Benefit |
| **Date:** | Thursday, August 31, 2023 11:04:33 AM |

Sorry I just sent email in support of Mr Henefin and email was correcting to Heflin.

As a resident of Jackson, ███████████, Mr Henefin and city of Jackson are best to address our sewer system issues. I support judge Wingates order.

Jeff Lamb

████████████████

Sent from my iPhone

**From:**      Lisa Lamb
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] #DJ90-5-1-1-09841
**Date:**      Thursday, August 31, 2023 9:36:00 AM

To Whom It May Concern:

I am writing this email in support of the court's order and the sewer system being managed by Ted Henifin and JxnWater. He has done an excellent job and we need his continued leadership.

Thank you for your attention to this matter.

Lisa Lamb

Sent from my iPhone

**From:** ███████████
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] FW: Dj # 90-5-1-1-09841 docket #36
**Date:** Thursday, August 17, 2023 9:17:19 PM

I support the order and support Ted Henifin for his management of Jackson's water sewer system.

Scott Lamb

███████████

Sent from my T-Mobile 5G Device

**From:** Gail Lamb
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Dj # 90-5-1-1-09841 docket #36
**Date:** Thursday, August 17, 2023 5:38:26 PM

---

I fully support the order and support Ted Henifin for his management of Jackson's water sewer system.
Sincerely,
Gail Lamb

Sent from my iPhone

| | |
|---|---|
| **From:** | Neal Lancaster |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Public Comment Notice- United States and State of Mississippi v. City of Jackson, Civil Action No. 3:12-cv-790- HTW-LGI (S.D. Miss) |
| **Date:** | Thursday, August 31, 2023 2:49:15 PM |
| **Attachments:** | image001.png |

To the Assistant Attorney General at the Environmental and Natural Resources Division,

First of all, I would like to commend Mr. Ted Henefin for all of his great work that he has done as the Third Party Administrator. Under his leadership, Jackson's water system is in the best shape it has been in decades. Mr. Henefin has taken a whole rounded approach to tackling infrastructure issues and the operations issues that the City of Jackson has struggled to do for years.

Mr. Henefin has listened and consulted with all the proper communities and leaders about the future of Jackson water. He has hired competent contractors and services to have the support that we need to be successful.

The City of Jackson desperately needs Mr. Henefin to also be in charge of sewer services as well. To hear that the city has hundreds of open raw sewage sites across the city is disheartening and appalling.

Stating that the City of Jackson has been woefully inefficient and unsuccessful would be an understatement.

Mr. Henefin needs to be able to have the autonomy, funding, and authority to do what he needs to do get all of our basic civil services to an appropriate level. I don't see how any person in this community could criticize Mr. Henefin and his efforts to get Jackson's water and sewer back on track.



**From:**       John
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] JXN Water
**Date:**       Thursday, August 17, 2023 7:10:32 PM

Please continue to keep our water and sewer system on the right track by keeping Ted Henifin in his role with JXN Water and sewer. He has made huge strides in fixing our dilapidated water system, and I know he will do a great job with the sewer as well. I have lived in Jackson my entire life and I am happy to see someone in charge who has the knowledge and the ability to fix our broken system. Thanks for your consideration.

John B. Lauderdale ██
████████████████
Sent from my iPad

| | |
|---|---|
| **From:** | Loretta Lawson |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Water Line Breaks |
| **Date:** | Saturday, August 19, 2023 9:19:10 PM |

To whom it may concern:

I agree it's good to see the repairs being done. My main concern is once the repairs are done why is it they leave behind an unfinished street.

After they repair the damage line they don't fill the holes back with asphalt. They are patching the hole with mud and rocks when in fact they open the hole it was asphalt there from the beginning.

Why are they not putting asphalt back in place? My concerns are it's making a mess with the rocks. It's more potholes in the street. The rocks are becoming a hazard to drive over.

They repaired the broken line on Hanging Moss, and they put the asphalt back and pressed it into down evenly with the street, which is a smooth surface to drive over.

At Hanging Moss and Forest Ave. they have repaired this same spot 3 times. It's so bad your your vehicle drop off and a hole. It needs major repairs you cannot drive in that lane,

do not replace the asphalt with rocks.

Bailey Ave near Northside Dr., the City put rocks down. It's a hurdle to jump over the rocks and your vehicle.

Edward Ave., between Warren Street and Gentry Street you have to drive in the ditch to get off Edward Ave.

Please address this issues we have called numerous times about Warren Street and Edward Street. They take the information down on the hotline but to no avail you get help out to this location.

Thank you in advance,

Loretta Lawson

Sent from my iPhone

| | |
|---|---|
| **From:** | ███████ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 5:15:43 PM |

I wholeheartedly support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sincerely,

Nannette Leffler

**From:** ████████ r
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 5:18:18 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sincerely,

Marc E. Leffler

████████████████

| From: | Sean Lenard |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Fwd: Letter to DOJ and EPA |
| Date: | Sunday, August 27, 2023 9:35:34 PM |
| Attachments: | EPA and DOJ Write Up.docx |

To whom it may concern:

The following information refers to DJ# 90-5-1-1-09841 and the Docket Number is 36. Attached is a copy of my comments including pictures capturing my concerns with the water and sewage departments respectively with the City of Jackson. Please let me know if there is additional information needed. If so please do not hesitate to contact me at ███████████ or by email at ████████████████

Respectfully,

Dr. Sean Lenard
████████████
████████████

To whom it may concern:

My name is Dr. Sean Lenard, I reside at ███████████████████████
██████████████████████████ I have lived at this residence for the last ███
years. My problem is dual in nature. I have been charged with excessive water bill
charge(s), low water pressure and boil water alerts for the last 5 ½ years of
residency. My subdivision has still not been able to pass a water quality test to
date. Moreover, if this is not enough, I have raw sewage spewing out of my
driveway consistently and I have been reporting this problem for the last 5 years to
the Mississippi Department of Environmental Quality (MDEQ), Environmental
Protection Agency Region 4 Enforcement and Compliance and Esurance Division,
City of Jackson Waste and Sewer and Water Departments (over 30 times), Bufkin
Mechanical, Inc., I have voiced my concern at a Homeowners Association
meetings with elected officials that included the City of Jackson Mayor, Chokwe
Antar Lumumba, City of Jackson Council Member, Angelique Lee, Hinds County
Supervisor District 1, Robert Graham, and Hinds County Tax Assessor, Eddie Fair,
and the Executive Board of the ██████████████████████ and members.

I pay ████████ a year in taxes and have not been receiving adequate public health
utilities in these two aforementioned areas for the last five years or more. The
impact of this ongoing neglect has caused my soil to erode, my driveway to crack
up and sink, the emittance of toxic gas fumes and the sludge I have to drive my
vehicles through daily. The cost to replace my entire drive way will cost roughly
████████ dollars and to replace the sewer line on the City of Jackson ride away will
cost roughly ████████ The total rough estimate of the job paid out of pocket will
cost ████████ The City of Jackson has acknowledged the problem by placing a red
and white sign on my property that states, "Caution Sewer Overflow Avoid Bodily
Contact with Water." This sign has been in my yard for the last 6 months and
nothing has been done to rectify the problem. Poor performance on a job for an
extensive period of time would be a cause for termination. These elected officials
and agencies should be held accountable for their egregious abuse and neglect
toward the citizens of the City of Jackson.

**I have attached a letter that I sent to the ██████████████████████
██████████████ President for consideration. The compliant email as follows:**

Good Morning ██████████████

The City of Jackson has a 60 ft ride away. The street is 28 ft wide and 16 ft on each
side of the street (measured from the curb to city property line). The sewer line is

on the south side of the street and it runs from the south side to the homeowner's property and ties into the sewer lines. The City of Jackson sewer line has pulled out/away from the homeowner's line. When the pumps are pumping there is a constant flow of sewage running down the curb and running into the storm drain causing a serious public health crisis and concern. I have identified that the leak begins at ▇▇▇▇▇▇▇▇ (in the middle of the driveway curb). It is prevalent and very visible during/after it has rained. When the sewer line gets full of water when it is raining it spills over and there is toxic waste sewage in my driveway, in the street and ravines behind the houses in the neighborhood. The City of Jackson Sewer and Waste division has not serviced the sewer lines since (recommended every 18 to 22 months) I have been a resident. The city worker could not even identify the man holes on my street. He located one and had to dig it out due to it being covered up by the lawn (adjacent to my home).

**▇▇▇▇▇▇▇▇Detailed Questionnaire**

Name: Dr. Sean Lenard
Address: ▇▇▇▇▇▇▇▇

How long has the problem existed to your knowledge? The problem has existed for 10 years prior to me occupying the home and was reported by my aunt, ▇▇▇▇▇▇▇▇ I moved into the home in ▇▇▇▇▇▇▇▇. I started reporting this problem the same month.

To whom have I spoken to regarding this complaint? I have spoken to many people about the problem regarding the sewage over the last 3 1/2 years. I spoke to Mississippi Department of Environmental Quality (MDEQ), Environmental Protection Agency, City of Jackson Waste and Sewer Department (numerous times), Water Department, Bufkin Mechanical, Inc., I voiced my concern at a Homeowners Association meeting to the elected officials that included the Mayor, Chokwe Antar Lumumba and Council Member, Angelique Lee, Hinds County Supervisor District 1, Robert Graham, and Hinds County Tax Assessor, Eddie Fair.

I have filed a report with MDEQ. My complaint number was/is ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ assigned to the case. I never heard anything from this agency or this representative. I contacted and filed a complaint with the Environmental Protection Agency Region 4 in Atlanta, GA. My complaint was

routed through the Enforcement and Compliance Assurance Division. I was instructed that this office would assign an Inspector and contact the City of Jackson Water Sewage Department and MDEQ. I was notified by an EPA representative that both governmental agencies did not respond to their request on May 24, 2021. The EPA dropped the ball by not pursuing this issue any further for some reason and now the problem is excessive.

Listed below are some of the individuals I have filed a complaint with are as follows:

1. I have called the City of Jackson Action Line, Water Department, City Waste Department (30 times). I have filed a complaint MDEQ and the EPA Region 4 referenced above.

Any promises? I have spoken to different workers who have promised to place my information on the sewage Supervisors door and he will contact me. I was called back twice and notified that a crew would be at my home to fix the problem. No one ever showed up and when I called the number back the young lady didn't work for that department anymore. Six months ago, a City of Jackson employee from the Water Sewage Department posted a contamination sign in my yard nothing has happened as a result.

Who said it originated from the ███████? Please see the answer above. I am saying it originates from this point because when it rains you can see where the running water begins. I have a video recording of this and will forward it to you. Also, the next time it rains could you please meet me in front of the home so you can verify this finding.

### The Dangers Associated with Toxic Sewage Water Contamination
#### Sewage overflows at home

Sewage contains harmful microorganisms such as bacteria, viruses and protozoa, which can cause illnesses like gastritis.
Sewage overflows can be caused by damaged or blocked plumbing, sewerage system backflow, septic tank damage and flood water.
If your home has an overflow, protecting yourself and your family should be your top priority.
Avoid direct contact with sewage and any contaminated surfaces.
Thoroughly disinfect every surface touched by sewage.

Make sure you wear protective clothing when cleaning and disinfecting, including rubber gloves, boots and eye protection. Use an uncontaminated water supply when cleaning – do not use your own water supply if you are unsure of its quality. If a sewage disposal system is not properly maintained it will not be able to get rid of the sewage safely. Proper maintenance of a sewerage system means all faulty (blocked, damaged, broken or worn-out) parts must be repaired as soon as possible after they stop working correctly.

## Public Health Advice

- Practice good hygiene and wash your hands frequently, especially after touching contaminated surfaces and before preparing food.
- Clean and disinfect all contaminated areas.
- Keep children and pets away from contaminated objects and areas until they have been disinfected.
- Contact a plumber if you suspect your plumbing or septic tank system is damaged.
- Clean out silt and debris from septic tanks. This should be pumped out by a professional as soon as possible once it is safe for the vehicle to access your tank. Refer to your local business directory to arrange a septic tank pumping service by a licensed contractor.
- Contact your local water business or local council if sewage is leaking outside your property boundary. Your local water business can access the problem. Depending on the leak's location, this could either be the water business or the householder's responsibility.
- If your private water has been contaminated, use bottled or boiled water for non-drinking uses instead, such as washing dishes and brushing your teeth.
- Seek medical advice if you become ill or injured.

## The Effects of Toxic Waste on Soil Contamination

### Long-Term Effects

The long-term effects include signs of mutation in animals, cancer and other

diseases in humans, trash in our waterways and green spaces, and the destruction

of many natural resources. Populations of insects such as bees, which are crucial to

preserving the fertility of plant life, are dying off faster than they can repopulate due to human pollution. Even if spills are quickly contained, the chemicals can seep into soil, interrupting plants' normal growth processes. Another long-term impact of hazardous waste is the danger it poses to our water table. Chemicals can soak through soil and enter underground aquifers. What may have been a spill that occurred in a small area can quickly grow to impact an extremely large area. Even more frightening, the true impact of this can go undetected for a long period of time.

The nature of this problem has caused extensive damage to my driveway and has caused erosion on my property with the constant pressure from the sewage. In this community there is a high rate of cancer due to the high levels of contamination found in the ravines behind the homes (picture enclosed) and in the storm drains.

Respectfully,

Dr. Sean Lenard

Case 3:12-cv-00790-HTW-LGI   Document 67-2   Filed 09/29/23   Page 359 of 483









| | |
|---|---|
| **From:** | kathe levanway |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Fwd: Automatic reply: [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 I support the court"s order and the sewer system being managed by Ted Henifin and JXNWater. |
| **Date:** | Monday, August 21, 2023 5:37:52 PM |

Kathryn Levanway

Sent from my iPhone

Begin forwarded message:

> **From:** "ENRD, PUBCOMMENT-EES (ENRD)" <PUBCOMMENT-EES.ENRD@usdoj.gov>
> **Date:** August 21, 2023 at 4:09:05 PM CDT
> **To:** >
> **Subject: Automatic reply: [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36  Body: I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. Signed: your name and address**

Please accept this automatic reply as acknowledgment of receipt of written comments relating to this proposed Consent Decree.  Your comments will be reviewed by the attorney handling the case.  Thanks!

| | |
|---|---|
| **From:** | kathe levanway |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 5:55:30 PM |

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

Kathryn Levanway

Sent from my iPhone

**From:**       kathe levanway
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 Body: I support the court"s order and the sewer
                system being managed by Ted Henifin and JXNWater. Signed: your name and address
**Date:**       Monday, August 21, 2023 5:09:01 PM

I wholeheartedly support the court's order and the sewer system being managed by Ted Henifen and JXN Water.

Kathryn Levanway

Sent from my iPhone

**From:** Clara Lewis
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer System Control, Jackson, MS
**Date:** Thursday, August 31, 2023 9:47:47 PM

I am concerned about the current employees, what will their status be if this takeover should take place. Before the Jackson Waterworks/City of Jackson, I think that was what it was called there were employees doing the job. After Mr. Henifin contracted out their jobs, they were told they could apply for jobs with the contractor he had chosen. Some had worked for the city for twenty plus years and making that choice would cost them their retirement benefits. Which was a terrible position they were put in. I don't know what has happened to them. They suffered in the water crisis as well as the rest of the citizens then to have this happen to them. Mr. Henifen should have showed more consideration for these people.

I am also concerned about contracts being awarded to companies outside of Jackson and the money that has been awarded to the city of Jackson is going to go outside of the city to neighboring counties and surrounding cities. That kind of  action is what contributed to the failure of the water/sewer system. I said contributed to the failure not  necessarily caused the failure. We do not need an administrator who some see as taking resources out of a city that is more in need of those resources than counties and cities that are adequately funded by the legislature.
Then say there aren't any qualified people for these jobs is something that I don't believe is completely true. Maybe he should ask try other sources for information other than city officials. I have lived in the city for decades and until this year we've had a payment center. Now we have to travel outside of Jackson to pay our water bills. Truly a scary thought since there is a group of law enforcement officers called the "Goon Squad" terrorizing black people in that county.

I hope careful consideration is given to the people that would be affected by this takeover as well as all the citizens of Jackson.

**From:**       Helen Lewis
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 docket number 36
**Date:**       Monday, August 21, 2023 6:15:01 PM

I support the court's order putting the sewer system under the management of Ted Henifin and JXNWater.

Helen Lewis

| From: | Lloyd_Erica |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| Date: | Monday, August 28, 2023 1:57:29 PM |
| Attachments: | image001.png |

Good afternoon,

My name is Erica Lloyd, and I reside at ███████████████████. I am in support of the Court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater.

Thank you,
Erica



| | |
|---|---|
| **From:** | Courtney Love |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Sewage |
| **Date:** | Tuesday, August 15, 2023 9:24:09 PM |

I think mr.  Henefin has done a good job with the water system and believe he'd be the right choice to handle the sewage problem too. It gives me hope  for jackson to know someone who can handle the job would be in charge. Thanks for your time.

C Love

Sent from my iPhone

**From:** Ann Lowry
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 22, 2023 9:23:20 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Ann C. Lowry

███████████████████████
████████████████

**From:**      BUZ LOWRY
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841
**Date:**      Tuesday, August 22, 2023 4:54:00 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Wiley P. Lowry, Jr. (Buz)

**From:** Mary Allyson Lowry
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 5:21:47 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Mary Allyson Lowry

**From:** Toni Lucas
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-0984 Docket Number 36
**Date:** Thursday, August 31, 2023 8:19:08 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Toni Lucas

| | |
|---|---|
| **From:** | John Lucas |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 9:55:43 AM |
| **Attachments:** | image001.jpg |
| | image002.gif |
| | image003.gif |
| | image004.gif |
| | image005.gif |
| | image006.gif |

To Whom It May Concern:

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Kind Regards,

John Lucas



**John Lucas**



**From:** jenice Luckett
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL]
**Date:** Friday, August 18, 2023 10:12:09 AM
**Attachments:** 20230718_170835.jpg
20230718_170750.jpg
20230718_170845.jpg

---

My name is Jenice Luckett. I live at ████████████.  My insurance has been cancelled because of sewage and meter damage to my yard in the front yard (facial damage).  I have a huge hole in my yard that is getting larger everyday it rains.  A car hit the hole coming around the corner to fast and totalled out two automobiles. Also my house was badly damaged. There's sewage problems behind my neighbors and my home...  We have had sewage problems over 20 years.  It has been reported with EPA.  Water is running down the street of ████ block on ██████████████.  HELP!!! HELP!!!  Thank you!!!







**From:**      Lauren Ludwig
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ# 90-5-1-1-09841
**Date:**      Friday, August 25, 2023 11:03:55 AM

Docket Number 36

Please allow for the continued management of the Jackson MS sewer system under Ted Henifin. The current administration of Jackson is incapable of handling it.

Lauren Ludwig (Jackson resident)

Sent from my iPhone

**From:** Poteat Lutken
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 9:45:29 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

**Poteat Lutken**



**From:**     Sarah Lutz
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Wednesday, August 30, 2023 12:03:34 PM

**To whom it may concern,**

**This email is in support of the court order for Ted Henifin and his organization, JxnWater, to continue to manage the city of Jackson's water and sewer system.**

**To provide some color on why I support Mr. Henifin - I moved from one area of Jackson to another in April of this year. During this period of time I had to shut off the water in my old home and turn on the water at my new residence. I believe during this period of time the water department was transitioning to the JxnWater organization. It took me multiple attempts to contact the old water association to have my water turned off at my old residence. It took me more than a month, and multiple calls to the old number, one of which I stayed on hold for hours, to have the water transferred to my name at my new residence. It was only when I contacted JxnWater through their new process that I was able to talk to someone and finally have the water transferred to my name at my new home. I can speak from experience, the customer experience with Mr. Henifin's group is far superior to the old group. We need more people like him to take charge in the City of Jackson so basic services are consistently provided to the city's residents.**

Sarah Lutz

| | |
|---|---|
| **From:** | Tommy Lyle |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 22, 2023 10:06:04 AM |

Judge Wingate,

I am a citizen of Jackson, MS. I live on ███████████ . I would like to express my full support of the court's order for City of Jackson Water and Sewer System to be managed by Mr. Ted Henifin. I have experienced first hand, numerous problems and issues over the last five years, including service and billing issues. Finally my bill is being sent on a monthly basis and our water issues have improved tremendously. We have not had to purchase bottled water as we did in the past. I know you face difficult issues daily, and I thank you for your hard work, service, and commitment to our District and community.

Sent from my iPhone

**From:** ████████
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 8:02:40 AM

I am in support of the court's order and wish for Ted Henifin to continue to manage the sewer and Jackson water systems.

*Elizabeth Lyle*

| From: | Phillip Macon |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Ted Henifin as the interim third-party manager of Jackson"s sewer system. |
| Date: | Monday, August 21, 2023 11:02:51 AM |
| Attachments: | image009.png |
| | image010.jpg |
| | image011.jpg |
| | image012.jpg |
| Importance: | High |

We whole heartily support Judge Wingate's order which appoints Ted Henifin as the interim third-party manager of Jackson's sewer system.

The present leadership of the City of Jackson has failed measurably, for years, to address many public service concerns.  Our sewer system is one of them.

Businesses in the City of Jackson must insist our tax dollars are spent and invested wisely to solve public service issue.  The citizens of Mississippi have a right to expect their Capital City is safe, clean and our various public services work.  If not, we may as well move the Capital City to Starkville, Gulfport, Vicksburg, Meridian, etc.

Mr. Henifin has already proven his ability to address the City of Jackson's water crisis.  He should be capable of addressing this issue also.

**Thank you,**

**John P. Macon,** ███████████████████████



Cell: ███████████



****************** INTERNET <u>EMAIL CONFIDENTIALITY NOTICE</u> ******************
    **This email message, and attachments, may contain Privileged and Confidential information intended solely for the use of the addressee.  It is covered by the Electronic Communications Privacy Act, 19 USC Sections 2510-2521.**

    The receipt of this email, by any persons or entities that are not the intended readers does not constitute a waiver of any applicable legal privilege.  If you are not the intended recipient please destroy it.  Any disclosure, copying, distribution, or any action taken, or omitted to be taken, in reliance on it, is prohibited and may be unlawful.
Address any question to ██████████████.

| | |
|---|---|
| **From:** | Phillip Macon~Netdoor |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Ted Henifin as the interim third-party manager of Jackson"s sewer system. |
| **Date:** | Monday, August 21, 2023 11:04:38 AM |
| **Importance:** | High |

I whole heartily support Judge Wingate's order which appoints Ted Henifin as the interim third-party manager of Jackson's sewer system.

The present leadership of the City of Jackson has failed measurably, for years, to address many public service concerns.  Our sewer system is one of them.

Citizens of the City of Jackson must insist our tax dollars are spent and invested wisely to solve public service issue.  The citizens of Mississippi have a right to expect their Capital City is safe, clean and our various public services work.  If not, we may as well move the Capital City to Starkville, Gulfport, Vicksburg, Meridian, etc.

Mr. Henifin has already proven his ability to address the City of Jackson's water crisis.  He should be capable of addressing this issue also.


**Thank you,**

**John Phillip Macon**



**From:**      Drew Maddox
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] JXN Water
**Date:**      Thursday, August 31, 2023 2:25:21 PM

My name is Drew Maddox and I live at ████████ in Jackson.  Due to negligence on the part of
the City, my house was flooded on December 20, 2022.  All of our Christmas presents were lost, the
entire first floor of our house was flooded with 3 ft of raw sewage, and the city took 8 hours just to
stop the water from flowing in the house.

Over the next 6 weeks, I watched as city crews came to my house every day to work on the water
line on ████████ .  For 6 weeks, we had no water (we have two toddlers).  Once Ted and Jordan
got involved, the water line, the sewer line, and the street were all fixed and repaved in 3 days.

___

**Drew Maddox**



**From:**      Cassidy Turnage
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 4:24:13 PM

I agree with the court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater.

Best,
Cassidy Turnage Majure

**From:** Darri Mansel
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] 90-5-1-1-0984
**Date:** Thursday, August 31, 2023 10:29:07 AM

90-5-1-1-0984
Doc# 36

My husband and I support
The courts order and sewer system being managed by Ted Henifin and JXNWater.
Darri & Keith Mansel


Sent from my iPhone

| | |
|---|---|
| **From:** | Mark Markow_CIC_RHU® |
| **To:** | ENRD_PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841 Docket # 36 - City of Jackson Water Receiver |
| **Date:** | Monday, August 28, 2023 7:57:46 AM |

I'm writing to comment on the proposed order placing the City of Jackson (MS) under Ted Henefin's management. For decades, prior to Mr. Henefin's appointment, the City of Jackson's utility infrastructure had been ignored and left in a state of disrepair.  Since Mr. Henefin's appointment more progress has been made to the Jackson Water System than at any other point in my adult life (I'm ██ years old and have lived and/or worked in Jackson my entire life, outside of college).  Past administrations, and certainly the current administration for the City of Jackson, have proven unable to complete the type of work that Mr. Henefin has done in a short period of time.  I encourage you to enact this proposed order.



PRIVILEGED AND CONFIDENTIAL: This communication, including attachments, is for the exclusive use of recipient(s) and may contain proprietary, confidential, privileged and/or protected health information that is subject to use and disclosure restrictions under federal law. the recipient must take care to protect the privacy of such information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender by replying to this message, delete this e-mail immediately, and destroy all copies. ██████ ██████ accepts no liability for any damage caused by any virus transmitted by this e-mail.

**From:**
**To:**      ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**    Monday, August 28, 2023 9:52:04 AM

To whom It may concern;

I support the court's order appointing a third party manager (Ted Henifin) to manage the Jackson Sewer System. Ted Henifin has already proven that he is well organized and will develop a plan for repairing the sewer system.  Mr. Henifin also has Jackson's residents best interests in mind and will without a doubt correct the issues that have plagued Jackson, Mississippi for the past 15 years.

Thanks for allowing comments.

Peter Marks

| | |
|---|---|
| **From:** | David Marsh |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ # 90-5-1-1-09841 Docket Number 38 |
| **Date:** | Monday, August 28, 2023 11:53:01 AM |
| **Attachments:** | image001.png |

Please allow this email to express my support for Ted Henifin to administer management of the sewer repair requirements for Jackson. Mr. Henifin is on the right path and we need him to continue his work and expertise to correct the dire situation we have in Jackson.

Sincerely,

**David Marsh,** ████████

████████████████████████

████████████████████

████████████████

██████ ████████████

███ ████████████

███ ██████████████

████████ ████████████████

███████████████████



**From:**       Ann Marshall
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841
**Date:**       Monday, August 21, 2023 2:38:18 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Ann Marshall

**From:**     Constance Martin
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Third Party Administrator - City of Jackson - Public Comment
**Date:**     Thursday, August 31, 2023 3:52:20 PM

08/31/2023

Department of Environmental

As a citizen (homeowner and taxpayer) of Jackson, MS, for many years, I have never witnessed the condition of our beloved City of Jackson as I have within the last few years. The city's state often appears dismal due to a lack of proper administrative oversight, personnel and financial resources.

Moreover, I believe it will take enormous time, funding/resources, and the right personnel to return the city to a good place where the citizens receive the services (clean water, proper waste disposal, removal of dilapidated and abandoned houses/businesses, and other needed city services) they require and deserve.

As soon as these urgent problems are remedied, I'm confident that every Jacksonian will be pleased to call the city their home, and Jackson will reclaim its title as the **"Capital City,"** the **"City with Soul**." Seeing raw human waste overflowing from the utility holes is disheartening, sickening, and unsanitary.

The city <u>must</u> be an excellent place to live, work, and raise our family. Therefore, I support the third-party administration to oversee the sewer system in the City of Jackson, MS.

Regards,
Constance N. Martin

| | |
|---|---|
| **From:** | Maudelle Martin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Docket #36 |
| **Date:** | Tuesday, August 29, 2023 6:30:47 PM |

I am writing to agree with the Stipulated Order regarding the operation of the sewer system of the City of Jackson, Mississippi to be put under the control of an Interim Third-Party Manager.
I am a resident of Jackson and a registered voter.

Maudelle Martin

| | |
|---|---|
| **From:** | Janet Martin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson"s sewer take over |
| **Date:** | Monday, August 21, 2023 12:08:55 PM |

Sir –

I am in favor of Judge Wingate's decision to have our water and sewer systems under Federal government control. I support Ted Henifin in his role to make our city a safer place to live.

Thank you,
Janet K. Martin



**Janet K. Martin**



Confidentiality Note: The Mississippi Development Authority (MDA) is committed to ensuring complete confidentiality of information for our customers. To this end, the information contained in this e-mail and/or document(s) attached is for the exclusive use by the individual named above and/or their organization and may contain confidential, privileged and non-disclosable information. If you are not the intended recipient, please refrain from reading, photocopying, distributing or otherwise using this e-mail or its contents in any way. If you have received this transmission in error, please notify me immediately. {MDA-2012}

| From: | Harrison Matheny |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] JXNWater support |
| Date: | Monday, August 21, 2023 3:51:04 PM |

To Whom It May Concern,

I enthusiastically support the court's order and the sewer system being managed by Mr. Ted Henifin and JXNWater.

The current City administration has proven itself time and again to be incompetent, lawless, and small-minded.

Mr. Henifin has shown himself to be qualified, honest, and creative. He has the skill set and integrity necessary to resolve the issues currently faced by Jackson's residents.


Thank you.

Very Respectfully,
Harrison W. Matheny

| | |
|---|---|
| **From:** | Lyle McAllister |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Friday, August 25, 2023 3:07:54 PM |
| **Attachments:** | image001.png |

This letter is in SUPPORT of the above referenced stipulated order.

We are in SUPPORT for the continued management by Ted Henifin of the sewer system.

Thank you,

Lyle McAllister



| | |
|---|---|
| **From:** | ████████ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841 Docket Number 36 |
| **Date:** | Friday, August 25, 2023 3:26:42 PM |
| **Attachments:** | image001.png |

Hello,

This letter is in SUPPORT of the above referenced stipulated order.

We are in SUPPORT of the continued management by Ted Henifin of the sewer system in the city of Jackson, MS.

Thank you,

Mac McAllister ████████





| | |
|---|---|
| **From:** | Susan McAllister |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Wednesday, August 30, 2023 10:09:50 PM |

 I support the court's order and the sewer system being managed by Ted Henifin and JXNWater

Thank you,
Susan McAllister

███████████████

Sent from my iPhone

**From:** Susan McAllister
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841Docket Number 36
**Date:** Monday, August 21, 2023 7:01:12 PM

**I support the court's order and the sewer system being managed by Ted Henifin and
JXNWater.**

Yours sincerely,

Susan McAllister

 my iPhone

**From:** Mike McBride
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 10:26:34 AM

As a citizen of Jackson, Mississippi, I am writing in support of Ted Henefin in his efforts to manage the Jackson water system and its vast number of problems.

Regards,

Michael D. McBride, Architect


Sent from Mail for Windows

**From:**            ██████████

**To:**              ENRD, PUBCOMMENT-EES (ENRD)

**Subject:**         [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36

**Date:**            Monday, August 21, 2023 11:25:10 AM

---

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater..

Laurie McCarthy

Small business owner and resident in ███████████

██████████

**From:**      Leesa Crim McCharen
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 10:34:14 PM

I wholeheartedly support Ted Henifin in his efforts to correct our water and sewer systems.

Thank you,

Leesa McCharen


Sent from my iPad
Leesa Crim McCharen

**From:** Sterling McCool
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 9:55:47 AM

I am a Jackson resident living in the ████████ neighborhood and I have lived and owned a house in Jackson for around nine years. I strongly support the stipulated order from United States District Judge Henry T. Wingate to appoint Ted Henifin as the interim third-party manager of Jackson's sewer system. The city of Jackson is wholly incompetent in providing basic civil services to its constituents and Ted Henifin has done a wonderful job with the water system and I am confident that he will do so with the sewer system, as well.

Sincerely,

**Sterling McCool**


**From:** Alex McCord
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984 Docket #36
**Date:** Thursday, August 31, 2023 10:21:08 PM

Hi. As a longtime resident of Jackson, I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

Alex McCord


Sent from my iPhone

**From:**      Harry McCumber x7318
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] 90-5-1-1-09841
**Date:**      Saturday, August 19, 2023 4:53:43 PM

I am writing about my support for Mr. Heflin as manager over Jackson, Mississippi's water system. As a resident, I have seen firsthand how much better the city's water issues have been dealt with and is running more efficiently.

Sent from my iPhone

**Harry McCumber**



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Doug McDaniel
**To:** ENRD_PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 7:31:00 PM

I support the court's order and the sewer system being managed by Ted Henifin and Jackson, MS water.



DOUGLAS M. MCDANIEL

**From:** Fred McEwen
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841; Docket Number 36
**Date:** Saturday, August 26, 2023 10:44:58 AM

I want to speak on behalf of Ted Henefin, the current interim third-party manager for the drinking water system of the City of Jackson, MS. I wholeheartedly agree with Federal Judge Henry Wingate's appointment of Mr. Henefin to manage the City of Jackson's sewer system. I think he has done an amazing job with the water system in a very short period of time. I believe he would do the same good work with the sewer system.

Fred McEwen

Former water plant superintendent for the City of Jackson, MS

 Virus-free.www.avg.com

**From:**       Diane McGowan
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] D J#90-5-1-1-09841
**Date:**       Sunday, August 27, 2023 11:21:57 AM

Jackson needs Ted Heflin appointment by Judge Wingate to run and repair Jackson's sewer system
D J #90-5-1-1-09841
Docket 36

Diane West McGowan

███████████████

Sent from my iPhone

**From:**     Renda McGowan
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Sewer
**Date:**     Wednesday, August 16, 2023 5:28:07 PM

Need Ted Henefin to take over sewer issues.

Sent from my iPhone

| | |
|---|---|
| **From:** | Sean McGuinness |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841 ;Docket Number 36. |
| **Date:** | Sunday, August 27, 2023 3:53:17 PM |

To Whom It May Concern,

I am in favor of Ted Henefin taking over management of the City of Jackson's sewer system. He has done great work with our water system since he took control of that and has exhibited a commitment to excellence and integrity.  The City unfortunately essentially ruined both our water and sewer systems by neglect and incompetence.  Leaving the sewer system with the City would just maintain the unacceptable status quo and likely will result in further deterioration of the system.  It makes sense to place the sewer system under Mr. Henefin as well.  Thank you.

Sean McGuinness

**From:**      Vicki McGuinness
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ# 90-5-1-1-09841 ;Docket Number 36
**Date:**      Sunday, August 27, 2023 7:50:01 PM

To Whom It May Concern,

I am in favor of Ted Henefin taking over management of the City of Jackson's sewer system.  He has done great work with our water system since he took control of that and has exhibited a commitment to excellence and integrity.  The City unfortunately essentially ruined both our water and sewer systems by neglect and incompetence.  Leaving the sewer system with the City would just maintain the unacceptable status quo and likely will result in further deterioration of the system.  It makes sense to place the sewer system under Mr. Henefin as well.  Thank you.

Vicki McGuinness

**From:** cricket mcilwaine
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Wednesday, August 30, 2023 2:42:37 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
Signed:

Cricket McIlwaine



| | |
|---|---|
| **From:** | Barbara McLaughlin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Dpclet Number 36 |
| **Date:** | Thursday, August 24, 2023 7:13:08 AM |

I support the courts order and the sewer system being managed by Ted Henifen and JXN water.

Barbara N. McLaughlin

**From:** Matthew McLaughlin
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Cc:** Matthew McLaughlin
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 8:03:06 PM

Honorable Judge Wingate,

I support the court's order and the sewer system being managed by Ted Henifin and JXN Water.

My wife and I own more than 30,000 s/f of commercial real estate in ████ as well as our primary residence in ██████. We have also invested more than ████████████████████████████ in the ████ Neighborhood.

As a property owner and a business owner in the City of Jackson, it has become increasingly frustrating at the lack of attention, leadership, vision, and aptitude to address basic civic functions.

I am writing you to strongly urge you to move control and administration of the Jackson sewer system to JXN Water and/or Ted Henefin. The City of Jackson and its current administration are not equipped and lack competency to manage any public service, including the sewer system.

The City of Jackson's resources are strained almost to the point of collapse and allowing the current administration to manage and control the sewer system is irresponsible.

I am encouraged at the progress that has been made with respect to the water system and am grateful for your continued oversight of the same on behalf of all the citizens of Jackson.

Regards,

Matthew McLaughlin

| | |
|---|---|
| **From:** | Shannon McLaughlin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Shannon Mclaughlin |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 3:36:05 PM |

Dear Judge Wingate -

I am writing in support of the court's order and the sewer system being managed by Ted Henifin and JXNWater. I have primarily lived in Jackson since ███ and have seen the quality of life decrease with the water and sewer situations. Ted Henifin has been a true blessing to the water situation and has turned things around in such a short time. He does not place blame or make excuses. He researches the problems and finds ways to fix them. He is exactly what the people of Jackson needed to take over the water and he is exactly what we need for the sewer system.

There is an ongoing sewer leak and crumbling road in front of my house in Fondren. It has been reported for six years. They never fixed it, but paved over it. So once again, the road is failing and waste water pours out of the street. I have no doubt that with Ted Henifin in place, this situation will finally be resolved. We need Ted Henifin to be in charge of the sewer department so that it can turn around like the water department. The people in the City of Jackson deserve to have basic physiological needs including clean and running water as well as proper waste control i.e. sewage.

My husband and I are tied to 6 properties within Jackson. **We own our house, own four commercial properties and rent a commercial property**. We need the sewer system to be reliable and to have some in place that not only cares about the people of Jackson, but also has the knowledge and skillset to be in this position. We need someone to turn this department around and give Jacksonians back their quality of life. Ted Henifin is this person.

Thank you,
Shannon McLaughlin
████████████████████

--
████████████████████

**From:**     Susan McNamara
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Sewer/Water
**Date:**     Thursday, August 31, 2023 10:18:59 AM

---

*I support the decision  of Judge Wingate's order for the continued management of the City of Jackson's sewer system by Ted Henifin. Thank you, Susan*

Susan McNamara

**From:**      Susan
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] DJ#9-5-1-0984 Docket Number 36
**Date:**      Wednesday, August 30, 2023 9:24:24 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater

Susan McNease ████████████████████

Sent from Mail for Windows

| | |
|---|---|
| **From:** | Richard McNeel |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number |
| **Date:** | Friday, August 25, 2023 5:32:11 PM |
| **Attachments:** | image001.png |

To whom it may concern:

I am writing to provide my support of the courts order pertaining to the sewer systems being managed by Mr. Ted Henifin and JxnWater.

I am a professional Architect who has lived in the City for ▇ years and the much-needed sewer repairs are having a huge economic affect on our entire community. As someone who lives in the world of compliance of all types of rules and regulations as part of our business and I get to see how other city's address their systems.  As the Capital City of Mississippi, we should be the leader for our state and region, but we are far from that currently and we can do much better.

Therefore, my family is in full support of the stipulated order from United States District Judge Henry T. Wingate, which includes the appointment of Ted Henifin as the interim third-party manager of Jackson's sewer system.



*Richard McNeel,*

**From:** Manning McPhillips
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson Sewer Comment
**Date:** Thursday, August 31, 2023 4:33:35 PM

My name is Manning McPhillips and I live at ████████████████ in Jackson.  We moved into this house in ████.  For the past 2 years, we have repeatedly faced sewer problems in our part of the neighborhood.  There was a collapse in the sewer main that had gone unresolved for years by the city.  That led to sewage backing up in my next door neighbor's home causing them to move out of the home for the safety of their █ children.

The same issue led to us not being able to flush our toilets for days at a time.  This would happen about every other week for about 18 months.  The city never took any action to address this public health problem.

In the 1st quarter of this year, the water main a block from our house broke and poured water into the street and down a nearby storm drain for weeks.  This water break eventually eroded the soil to the point that the sewer line collapsed causing a sanitary sewer overflow (SSO).  Raw sewer gushed into the free-flowing water that was already pouring down our street.  That contaminated water went into the storm drain and ultimately into the Pearl River.

There are 11 small children that live on this block.  At one point there was a 6-foot deep and 10-foot wide hole in the street full of this contaminated water that we were told was jokingly referred to as "Lake Belhaven" by city staff.  We do not think this was a laughing matter.

I contacted my city councilwoman and the mayor.  Neither acted like it was within their power to deal with this problem.

When the JXN Water team was brought into the discussions, they quickly identified the problem and developed a solution.  Within a week, both lines were repaired, the hole was covered, and the street was repaired.  This public health hazard and safety problem, that the city was utterly incapable of addressing, was fixed in about a week by the competent team at JXN Water.

I strongly support the stipulated order and request that JXN Water be made responsible for the sewer system as well.  My children's health and safety were put in jeopardy for months by the city's unlawful neglect and inaction.  The EPA and DOJ have a duty to protect our health and right to safety.  These federal agencies have a duty to stop the discharge of billions of gallons of sewage into the Pearl River.

I have full faith and confidence in JXN Water to protect our family and the environment and support them taking on the sewer system.

| | |
|---|---|
| **From:** | Margaret McPhillips |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 1:39:58 PM |

To Whom It May Concern:

I am a resident of Jackson, MS and I am writing in support of the court's order and believe the city's sewer system should be managed by Ted Henifin and JXNWater. I am so thankful for the work Mr. Henifin has already done with the water system and we desperately need help with the sewer system as well.

Sincerely,

Margaret McPhillips

| | |
|---|---|
| **From:** | Nora Frances McRae |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 6:56:10 PM |

Your Honor:

I support the court's order and the Jackson sewer system being managed by Ted Henifin and JXNWater.

Nora-Frances McRae

██████████████

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮ |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1 Docket#36 |
| **Date:** | Monday, August 21, 2023 7:20:16 PM |

I am a resident of Jackson, Mississippi. I support the order of Judge Wingate and the federal court for JXN Water to manage the Jackson, Mississippi sewer system. The company has done a great job with the water system and an aggressive new management of the sewer system is needed in order to repair the miles of broken sewer pipe now draining into the Pearl River.

Thank you very much.

Vaughan W. McRae

| | |
|---|---|
| **From:** | Tim Meeks |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 12:41:05 PM |

Dear Honorable Judge Wingate,

Jackson has suffered much too long from poor water and sewer infrastructure, especially to those most vulnerable, such as those with lower incomes, the elderly, handicapped and race. While I appreciate good communication, we just need to make right these long standing wrongs. I just want someone to use the funding appropriately and fix the issue ASAP.

Therefore, **I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

Sincerely,

Tim Meeks

███████████████

--

**From:** Ashley Meena
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] 90-5-1-1-09841 docket 36
**Date:** Thursday, August 31, 2023 4:07:58 PM

Please keep Ted Henifen in charge of the water and sewer in Jackson MS. No one has given a rip in all these years. The system has been terrible and it is without excuse. Please do not put back into the hands of people who don't care about our water and sewer. Just looking for their kick back. Please help us keep getting better by keeping an outside expert in control.

Sent from my iPad

**From:** Hu Meena
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson sewer
**Date:** Thursday, August 31, 2023 9:21:33 AM

**We wholeheartedly support the court's order of the sewer system being managed by Ted Henifin and JxnWater.**

Hu Meena

| | |
|---|---|
| **From:** | Ashley Meena |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Fwd: Jackson Ms Water |
| **Date:** | Tuesday, August 15, 2023 6:16:41 PM |

Sent from my iPad

Begin forwarded message:

> **From:** Ashley Meena ████████████████
> **Date:** August 15, 2023 at 1:46:05 PM CDT
> **To:** pubcomment-ess.enrd@usdoj.gov
> **Subject: Jackson Ms Water**
>
>
> Please keep Ted Henefin in charge of Jackson MS water system. We have
> suffered too long under mismanagement. The environment is suffering from
> sewage water being dumped into our rivers. The people are being poisoned by
> water that is not properly treated. People of color are suffering by being exposed
> to disease causing chemicals in the water. We have someone who is making
> progress. Why would anyone stop the process??  Please keep the process moving
> forward. Thank you for making Jackson a healthier place for people and the
> environment. Ashley Meena
>
> Sent from my iPhone

| | |
|---|---|
| **From:** | Carol Anne Miconi |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 10:03:14 AM |

Hello,

I'm writing to express my support of the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Thank you much,
Carol Anne Miconi

**From:**       Warren Miconi
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL]
**Date:**       Monday, August 28, 2023 10:21:08 AM

To who it may concern,

I would like to express my thankfulness for the current status of the water and sewer system in Jackson, MS. I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Thank you,
Warren Miconi

**From:**      Joy Milam
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Support of Ted Henifin
**Date:**      Friday, August 18, 2023 1:07:58 PM

Kenny and I support the court order and the continued management of Ted Henifin over Jackson's sewer system.
Joy and Kenny Milam


Sent from my iPhone

| | |
|---|---|
| **From:** | David Miller |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ Ref No. 90-5-1-1-09841, Jackson, MS |
| **Date:** | Monday, August 28, 2023 5:27:24 PM |
| **Attachments:** | Sewer letter.pdf |

Please find attached my letter concerning the proposed Stipulated Order.

David W. Miller

**DAVID W. MILLER**

████████████████

August 28, 2023

Assistant Attorney General
Environment and Natural Resources Division
U.S. DOJ - ENRD
P. O. Box 7611
Washington, DC 20044-7611

Re:     United States and State of Mississippi v. City of Jackson, Mississippi
        Civil Action No. 3:12-cv-790-HTW-LGI (S.D. Miss.)
        D.J. Ref. No. 90-5-1-1-09841

To Whom It May Concern:

I applaud the proposed Stipulated Order requiring an Interim Third-Party Manager to perform substantial work to address the problems plaguing the City's sewer system and hope that final approval will be granted.

I own several properties in the city of Jackson, and the city has failed miserably in the care and maintenance of every sector of infrastructure located within its boundaries.  The administration for this city has proven time and again that it is incapable of providing and maintaining the infrastructure withing in the city including but not limited to the sewer system, water system, and roads.

I plead with you to strive to have the proposed Stipulated Order approved for an Interim Third-Party Manager, and the Interim Manager should not have to answer to, be accountable to, or report to the administration of the City of Jackson on any actions that it performs

Yours very truly,

David W. Miller

Emailed to:  pubcomment-ees.enrd@usdoj.gov

**From:**      Kent Miller
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 12:44:59 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Kent Miller

| | |
|---|---|
| **From:** | Matt Milner |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson, MS Sewer and Water |
| **Date:** | Friday, September 1, 2023 12:26:12 AM |

To Whom It May Concern,

Ted Henifin has done an outstanding job with the sewer situation here in Jackson, MS.

I, and most of my neighbors, would like to see him take over the water situation here in Jackson. We do not have potable water and is not safe to drink on a consistent basis.

Having his guidance and wisdom would do us well. Our city is rife with incompetence and corruption (allegedly) where you cannot trust that any federal funds will be in the hands of a responsible custodian.

Thank you for your consideration,

Matt

**From:** Mack Mitchell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 3:28:41 PM

To Whom It may Concern:

I want to offer my support for the order and correspondingly, for the continued management by Ted Henifin of JxnWater and the sewer system.

Thank you,
Thomas M. Mitchell

Resident of the City of Jackson, MS
And Business Owner in the City of Jackson, MS

_____
**Mack Mitchell**



**From:**     Moeller, Armin
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Ted Hennifin Takeover of Sewer System
**Date:**     Monday, August 28, 2023 12:54:41 PM

As a ██ year resident of the City of Jackson I fully support Jackson Water's takeover of the sewer system.  The City has abysmally failed to properly operate the sewer and water system.  The City exhibits neither the leadership or resources to properly operate the sewer system.  I have been waiting for a response to my communicating to the City in 2016 and earlier, the failed storm water drainage system and subsequent  street failures without receiving any response.


Armin Moeller



---

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

**From:** Anne Mollere
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 - Docket Number 36
**Date:** Tuesday, August 22, 2023 11:05:05 AM

---

> I fully support the Court's order and the Jackson sewer system being managed by Ted Henifin.
>
> Anne N. Mollere
> 
>
>
>
> Sent from my iPhone

**From:**     RONNIE MOLLERE
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] DJ#90-5-1-1-09841 - Docket Number 36
**Date:**     Wednesday, August 23, 2023 7:40:59 PM

I support the court's order and the Jackson Sewer System being managed by Ted Henifin.

Ronnie Mollere

| From: | Clark Monroe |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| Date: | Thursday, August 24, 2023 10:57 51 AM |
| Attachments: | image001.png |

Dear DOJ:

I am a resident of Jackson, Mississippi. My residence address is ███████████████████. I support the court's Order and the sewer system being managed by Ted Henifin and JXNWater.

Let me be very clear that I do not support placing the City of Jackson Public Works division in charge and certainly not this Mayor, who along with his supporters and cronies has been identified in the record as a racist by Judge Wingate. Putting the City in charge will condemn all residents, black and white, to poor service, dangerous water, and continuing contamination of our natural resources simply because this administration is intent on discriminating against a white manger who is very competently doing his job in all ways, except he failed to be black.

Further, Judge Wingate this week ordered Entergy of MS to turn over its customer list so JXNWater can cross check for water thieves by comparing power customers to water customers, a simple no brainer step. This Mayor and his administration have actively allowed theft of the water from the City and its taxpayers for years when it could have sought the same list years ago.

Please remember your job is to support the residents of the City and the people in this state all of whom are impacted by the sewer dumping filth into the Pearl River and other water sources, the interruption of water in the City and the failure of the most basic of City services. The DOJ's job is not to support the racial politics of Mayor Lumumba.

Again, I support Ted Henifin, clean water, and competent leadership in the City of Jackson.

Sincerely,
Clark Monroe





**From:**     John Moody
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Placement of City of Jackson, MS. under interim third-party manager
**Date:**     Saturday, August 12, 2023 11:04:02 AM

My name is John Moody. I live at ████████████████████████. My phone number is
████████████. I am in full support of the receiver taking on the sewer issues as well as the
water system.

Thank you,

John Moody

**From:**      Ben Moore
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 28, 2023 11:25:27 AM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Ben Moore

**From:**     Finney Moore
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Thursday, August 17, 2023 7:46:07 PM

I am in favor of everything Ted Henifen is doing ! I've heard him speak and read many articles and I'm very impressed
Finney Moore

Sent from my iPad

| | |
|---|---|
| **From:** | Amy Moremen |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 5:06:25 PM |

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

Sincerely,
Amy and Jacob Moremen

Sent from my iPhone

**From:**      DOUG & S W MORGAN
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] 90-5-1-1-09841
**Date:**      Thursday, August 31, 2023 11:35:25 PM

We are in favor of Ted Henefin taking over the management of the Jackson sewer system.  He has done an amazing job with the water system and know he will do a great job with this also.

SW Morgan

Sent from my iPhone

| | |
|---|---|
| **From:** | JOSEPH L MORRIS |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ███████████ |
| **Subject:** | [EXTERNAL] Water and Sewer Administrator |
| **Date:** | Thursday, August 24, 2023 1:01:25 PM |

I'm in favor of Ten Henifin to be in charge of our sewer administration; he has helped solve water issues and I feel he can do the same for our sewer issues. We need good and dedicated individuals running our city if we want to attract new business and individuals to our capital city. Thank you. Joe Morris

Sent from my iPhone

**From:** Morris, William
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson, MS. water and sewer
**Date:** Saturday, August 26, 2023 3:12:08 PM

I fully support the assistance from the federal government in assisting Jackson with a problem it appears we were incapable of fixing on our own. I support the appointment of a person from the Federal government to take charge of this problem. My family history here goes back to the founding of this city ████ ████████ .



*This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies.*

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies.

Registered Representative of and securities offered through ████████████. Transactions may not be accepted by e-mail, fax, or voicemail

| | |
|---|---|
| **From:** | Frances Morrison |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] We Support Ted Henefin |
| **Date:** | Monday, August 28, 2023 2:15:36 PM |

This email is in support of Henifin's appointment to manage Jackson's sewer system.

Frances Morrison

█████████████

Sent from my iPhone

**From:**       Cooper Morrison
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Ted Henifin Good Job
**Date:**       Thursday, August 17, 2023 12:55:16 PM

I strongly urge Judge Wingate to approve assignment of responsibility for operation of the City of Jackson Sewer System to Ted Henifin and any organization established under his control and leadership.
Sincerely,
Cooper Morrison

Sent from my iPhone

| | |
|---|---|
| **From:** | EUGENE MORSE |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 11:06:47 AM |

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

Eugene & Lynda Morse

| | |
|---|---|
| **From:** | Mosby, Rush |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] CCJ sewer |
| **Date:** | Monday, August 28, 2023 1:57:31 PM |
| **Attachments:** | disclaim.txt |

I support Ted Henifen and his organization to take over the sewer system at CCJ.

Thanks,


Bill Rush Mosby, III



| | |
|---|---|
| **From:** | Mosby, Will |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 3:17:01 PM |
| **Attachments:** | disclaim.txt |

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater

William R. Mosby



| | |
|---|---|
| **From:** | Brooks Mosley |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD); ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] #secureTed Henefin |
| **Date:** | Friday, August 25, 2023 12:19:30 PM |
| **Attachments:** | image001.png |

    I am in FULL SUPPORT of the court's order and having Ted Henefin and JXN Water manage the sewer system.  This is vital to keep Jackson from deteriorating ! Henefin and JXN water have done an amazing job.

Thank you,

**Brooks Mosley**



Important Confidentiality and Limited Liability Notice. This email and attachments may be confidential and protected by law. If you are not the intended recipient, be aware that any disclosure, copying, distr bution or use of the email or any attachments is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy. Please note that any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ▓▓▓▓▓▓▓▓▓▓. The recipient should check this email and any attachments for the presence of viruses. Thank you for your cooperation.

| | |
|---|---|
| **From:** | Sherry Mosley |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Friday, August 25, 2023 11:52:11 AM |

I am in FULL SUPPORT of the court's order and having Ted Henefin and JXN Water manage the sewer system.  This is vital to keep Jackson from deteriorating!  Henefin and JXN water have done an amazing job.

Thank you,

Sherry Mosley

**From:** Matthew Moss
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 1:07:52 PM

**I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.**

**-Matthew Moss**
███████████ **resident**

**From:**      Nina Moss
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 10:08:40 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed
Nina Moss

Sent from my iPhone

| | |
|---|---|
| **From:** | ████████████████ |
| **To:** | ████████ |
| **Cc:** | ENRD, PUBCOMMENT-EES (ENRD); ████████████████ |
| **Subject:** | [EXTERNAL] Re: DJ#90-511-09841 Docket Number 36 and Support of Order and Ted Henefin (JXN Water) to manage Sewage for Jackson |
| **Date:** | Thursday, August 31, 2023 10:47:12 AM |

> As a concerned Jackson resident with children here, it is so important that management of repairing and operations of the Jackson Sewer system be taken away from the city's incompetent leadership and permanently placed under the competent management of JXN Water.
>
> I have witnessed first hand the tremendous amount of pollution to the Pearl River caused by Jackson Public Works incompetence. It is an environmental tragedy and shocking that the federal government has not stepped in before now.
>
> Thanks,

> Callie B.  Mounger

| | |
|---|---|
| **From:** | Billy Mounger |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Billy Mounger ████████████ |
| **Subject:** | [EXTERNAL] DJ#90-511-09841 Docket Number 36 and Support of Order and Ted Henefin (JXN Water) to manage Sewage for Jackson |
| **Date:** | Thursday, August 31, 2023 9:50:35 AM |

Greetings,

As a long time Jackson resident and one concerned about the environment, it is crucially important that management of repairing and operations of the Jackson Sewer system be taken away from the city's incompetent leadership and permanently placed under the competent management of JXN Water.

I have witnessed first hand the tremendous amount of pollution to the Pearl River ecosystem caused by Jackson Public Works incompetence. It is an environmental tragedy and shocking that the federal government has not stepped in before now.

Best regards,

William M. Mounger, II

Sent from my iPad

**From:**       Virginia Munford
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson MS sewer project
**Date:**       Wednesday, August 23, 2023 1:56:30 PM

---

Re:  Comments DJ # 90-5-1-1-09841
       Docket no. 36

        We SUPPORT continuing Ted Henefin's appointment to manage the necessary sewer
operations for the City of Jackson MS until we have resolved the critical problems now
plaguing our system.  We have met and spent time with Mr. Henefin and found him to be not
only an experienced and knowledgeable professional but also a person sensitive to the
particular needs and nature of our city.  We have talked with local personnel who have worked
with Mr. Henefin and they confirm that he is not only competent but also collaborative in
dealings with people in Jackson who are participating in or affected  by his work.
        Mr. Henefin's qualification and experience speak for themselves.  The fact that he has
broad-based experience and contacts with other cities and professionals across the country can
only inure to our benefit as he pursues options for managing our problems.  He has
demonstrated respect for local officials and the public.  He understands that a public
assignment requires evaluating local capabilities and finances, and balancing those with
outside expertise when necessary, to design a well functioning longterm system for Jackson.
We trust his professional judgment.  We understand he is a hardworking on-the-job type
manager.  We are fortunate he is willing to take on this challenging job.  We hope he is able to
continue until we have a well designed and functional system we can operate locally.
        Thank you.
        Luther and Ginnie Munford

**From:**      Ted Murkerson
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Take Over if Jackson Water/sewer system.
**Date:**      Thursday, August 31, 2023 7:08:34 PM

Good evening,

Please take over the Jackson water and sewer system! We need your help. These systems are horribly managed and needs to be cleaned up!

Thank you,

Ted R Murkerson
████████████████

Sent from my iPhone

**From:**      Susan Murphy
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Tuesday, August 22, 2023 6:09:07 PM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater. Please make this happen for the sake of our city!

Susan Murphy

**From:**     Jude Muse
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Sewer system
**Date:**     Tuesday, August 15, 2023 9:22:02 PM

---

Please do not let the sewer system be turned over to Jackson water .. too much dumping has been done. Let Ted
Henefin take over .
Sent from my iPhone

| | |
|---|---|
| **From:** | Muthiah Nachiappan |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] PUBLIC COMMENT RE: 5866 KINDER DRIVE, JACKSON, MS 39211 |
| **Date:** | Saturday, August 26, 2023 7:42:03 PM |
| **Attachments:** | 7-29-22 MUTHIAH NACHIAPPAN CA-YG6-FTC Letter to City of Jackson by ███████████ |

**PUBLIC COMMENT RE:** ████████████████████████████████████████

I am an out of state investor and owner of the above referenced property.

I want to bring to your attention that the city's sewer line has been broken for the past 2 years and is backed up causing a backflow into my rental property at ████████████ ████████████████████   I have complained numerous times to the city including the mayor's office and engaging a lawyer to send a letter to the city on July 29, 2022 (see attached letter). The city essentially ignored the lawyer's letter and has still not repaired the sewage line. **As a result of the city's failure, I have not been able to rent the property for more than a year causing me considerable stress and financial harm**. I have lost more than one- and one-half years of rent and spent money on plumber's bills and cleanups that exceed ████████.

I have also reached out to Ted Hennefin, who was appointed as the third-party administrator to manage and repair the city's sewer system. I have not received any response from him either. I am happy to provide additional information including receipts of bills paid. I want to conclude by stating emphatically that the city's repeated neglect to repair the sewer system has made my rental property completely uninhabitable for more than a year and has caused me to not receive any rents. The city deliberately ignores the fact that I still have monthly carrying costs in mortgage, insurance and tax payments.

Please treat this matter with the extreme urgency that it demands. Thank you.


Thank you.

Best,

Muthiah Nachiappan

████████████████████

████████████████████



**JULY 29, 2022**

**WATER/SEWER UTILITIES 2**
**00 S. PRESIDENT STREET**
**JACKSON, MS 39205**

**RE:** ▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

**TO WHOM IT MAY CONCERN:**

MY CLIENT, ▮▮▮▮▮▮▮▮, HAS INFORMED ME THAT THE CITY OF JACKSON HAS REPEATEDLY REFUSED TO REPAIR A SEWAGE LINE THAT HAS CAUSED SIGNIFICANT DAMAGE TO HIS PROPERTY LOCATED AT THE ABOVE REFERENCED ADDRESS. THE PROPERTY IS OWNED BY ▮▮▮▮▮▮▮▮. THE SEWER LINE IS CAUSING SEVERE SEWAGE BACKUP AND FLOODS TO OCCUR IN THE HOUSE. THE SEWER LINE HAS BEEN DAMAGING ▮▮▮▮▮▮ PROPERTY FOR APPROXIMATELY TWO YEARS. AS A RESULT ▮▮▮▮▮▮ HAS BEEN UNABLE TO FIND A TENANT WHO WILL RENT THE PROPERTY, AS IT IS UNINHABITABLE. THIS HAS CAUSED ▮▮▮▮▮▮ TO LOSE OUT ON SUBSTANTIAL REVENUE WHICH HE WOULD HAVE COLLECTED, HAD IT NOT BEEN FOR THE DAMAGED LINE AND THE CITY'S FAILURE TO ADDRESS THE PROBLEM. MULTIPLE TENANTS HAVE ALSO MOVED OUT OF THE PROPERTY AND ▮▮▮▮▮▮ HAS INCURRED SUBSTANTIAL EXPENSES DUE TO THIS ISSUE BEING IGNORED BY THE CITY.

▮▮▮▮▮▮ HAS SPOKEN WITH AN EMPLOYEE OF THE CITY NAMED ▮▮▮ WHO ADMITTED THAT A BREAK IN THE LINE HAD BEEN DETECTED. ON ANOTHER OCCASION AN EMPLOYEE TOLD ▮▮▮▮▮▮ THAT THEY WERE GOING TO SEND OUT A JET TRUCK TO ALLEVIATE THE CLOG IN THE MAIN LINE. THIS WAS DUE TO THE FACT THAT THE DAMAGED LINE WAS AFFECTING SEVERAL OTHER LOCATIONS AS WELL. HOWEVER, THIS DID NOT OCCUR. ▮▮▮▮▮▮ WAS ALSO TOLD THAT ▮▮▮▮▮▮, HAD BEEN MADE AWARE OF THE PROBLEM. ▮▮▮▮▮▮ ALSO SPOKE TO A DISPATCHER NAMED ▮▮▮. ▮▮▮▮ STATED THAT SHE WAS GOING TO FORWARD ▮▮▮▮▮▮ CONCERNS TO HER SUPERVISOR. ▮▮▮▮▮▮ SPOKE TO J▮▮▮ AGAIN LATER AND SHE GAVE HIM THE NUMBER FOR THE MAYOR'S ACTION LINE SO THAT HE COULD FILE A COMPLAINT. DURING THIS CALL ▮▮▮▮▮▮ REMINDED HER OF THE CONVERSATION THEY HAD 1 1/2 MONTHS PRIOR TO THIS CALL. ▮▮▮▮ REPLIED BY SAYING THERE WAS NOTHING SHE COULD DO. ▮▮▮

████████████ AND HIS PROPERTY MANAGER, ████████████, HAVE CONTACTED THE CITY MANY TIMES REGARDING THIS ISSUE. ████████████ ALSO RECENTLY WROTE A LETTER TO THE WATER AND SEWER DEPARTMENT REGARDING THIS ISSUE AND LISTED IN THE LETTER THREE PLUMBING CONTRACTORS AND MAINTENANCE COMPANIES WHO DETERMINED THAT THE MANHOLE OWNED BY THE CITY WAS STOPPED UP AND FULL OF WATER AND THAT THE LINE LEADING TO THE HOME WAS UNABLE TO FLOW OUT. HOWEVER, THAT LETTER WAS ALSO IGNORED.

EACH TIME ████████████ CALLS THE CITY, THE EMPLOYEES HE SPEAKS WITH ADMIT THAT THE SEWER LINE IS BROKEN AND TELLS THE MEMBER THAT A TRUCK HAS BEEN SENT OUT TO FIX THE LINE. ████████████ HAD TO EXPLAIN THAT THE MAIN SEWER LINE IS BROKEN. ████. ████████████ WAS ALSO TOLD THE SUPERVISOR WOULD BE CONTACTED AND THAT THE SUPERVISOR WOULD RESOLVE THE ISSUE. HOWEVER AS OF THE DATE OF THIS LETTER, THE LINE HAS BEEN NOT BEEN REPAIRED AND THE BACKUP AND FLOODS CONTINUE TO OCCUR. THESE DELAYS AND COMPLETE UNWILLINGNESS TO ASSIST AN OWNER OF PROPERTY LOCATED IN THE CITY ARE UNACCEPTABLE AND WILL NOT BE TOLERATED. THE CITY HAS A DUTY TO PROPERTY OWNERS TO SEE THAT PROBLEMS OF THIS NATURE ARE RECTIFIED, AND IN THIS CASE THE CITY HAS ABJECTLY REFUSED TO PERFORM THAT DUTY.

████████████ HAS OBTAINED SEVERAL REPORTS FROM PLUMBERS WHICH ALL STATE THAT THE FAULT IN THIS MATTER LIES WITH THE CITY OF JACKSON. ████████████ CONTINUES TO LOSE MONEY EVERY DAY THE PROPERTY IS NOT RENTED. ████████████ IS THEREFORE DEMANDING THAT THE CITY OF JACKSON REPAIR THE SEWAGE LINE. HE IS ALSO DEMANDING THAT THE CITY REIMBURSE HIM FOR THE COSTS OF ALL DAMAGES INCLUDING REPAIR BILLS AND LOSS OF RENTS. PLEASE CONTACT ████████████ OR MYSELF TO ARRANGE FOR REPAIR OF THE LINE AND FOR PAYMENT OF THESE COSTS. ████████████ CAN BE REACHED AT ████████████ AND I CAN BE REACHED AT THE NUMBER ABOVE FOR THE MISSISSIPPI OFFICE OR AT ████████████ SHOULD YOU FAIL TO DO SO I WILL HAVE NO CHOICE BUT TO ADVISE ████████████ OF ALL LEGAL OPTIONS AVAILABLE TO HIM INCLUDING FILING SUIT AGAINST THE CITY OF JACKSON. YOUR PROMPT ATTENTION TO THIS MATTER WOULD BE GREATLY APPRECIATED.

SINCERELY,

████████████

████████████

**From:**
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Jackson sewer system must be run by Mr Henefin
**Date:**        Sunday, August 20, 2023 5:43:53 AM

Good morning!
I give my 100 % TOTAL SUPPORT to Mr Ted  Henifin to run our city's sewer system along with our water
system.  He has proven to be a professional and a very competent manager .

HE MUST STAY.  I have been a resident of Jackson for the last ▮ years .

Our city CANNOT & MUST NOT manage our water or sewer.  I will move out of Jackson if the city gets these
services back. City of Jackson needs to focus on reducing crime and improving our streets.

Savita G Nair

Sent from my iPhone

**From:** sally nash
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number36
**Date:** Monday, August 21, 2023 7:22:41 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNwater.

Sally Nash

**From:** Neely, Walter
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 11:12:07 PM

---

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Signed:**

**Walter p neely**

███████████████

Sent from my iPhone

**From:**     Neely, Walter
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Monday, August 21, 2023 11:13:19 PM

**I support the court's order and the sewer system being managed by Ted
Henifin and JXNWater.**

**Signed:**

**Walter p neely**

Sent from my iPhone

**From:**     Frances Jean Neely
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Wednesday, August 23, 2023 10:07:28 AM

I support the courts order  and the sewer system being managed by Ted henefin and JXNWater.
Signed
Frances Jean Neely
██████████

Sent from my iPad

**From:**      Barbara Neil
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Ted Henefin must be placed in charge of the sewer system
**Date:**      Friday, August 18, 2023 1:42:44 PM

The City of Jackson has proven through years of mismanagement, no plans to solve issues, just excuses and a lack of professional accountability that it's incapable of managing either the water system or the sewer system. The problems with the water system have been addressed and systematically improved under the management of Ted Henefin. PLEASE keep him in charge-he's actually making the water system better after years of incompetency.
Thank-you,
Barbara Neil
Resident of Jackson for ▉ years

Sent from my iPad

| | |
|---|---|
| **From:** | Bronson Newburger |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841 and Docket Number is 36 (Jackson, MS - Assignment of Management of Sewer System to TPA Ted Henifin) |
| **Date:** | Monday, August 21, 2023 4:01:58 PM |

## Assistant Attorney General
## U.S. DOJ – ERND,
## P.O. Box 7611
## Washington, DC 20044-7611

### Ref.: DJ# 90-5-1-1-09841 and Docket Number is 36

To whom it may concern,

Regarding public comments related to the appointment of Ted Henifin as an interim third-party manager to manage, operate and maintain the City of Jackson's sewer system, please find my comments below.

Our business, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   In the past decade, Water and Sewer issues in the area immediately around our business have caused problems for the daily operations of our business.   Such issues, if not addressed, will likely force us to move our business out of the City of Jackson.  Many businesses have already left the area.

Similarly, water and sewer issues at my residence in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇ neighborhood, are causing my family to consider leaving the City of Jackson, where I have lived ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  At the link below you will find a video of a raw sewage leak that has been sending effluent into Belhaven Creek (and thus the Pearl River) for over a year.  I, and many of my neighbors, have reported this leak to the City of Jackson and MDEQ, to no avail.  Sewage is flowing today in the 102 degree heat, from the manhole, down the gutter, and directly into Belhaven Creek, just a short distance from the Pearl River. The stench alone is a public nuisance, degrading quality of life and property values.  Many residents have already left the area.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Raw Sewage Leak (16 months old)

Jackson, MS was recently shown to have the title of fastest shrinking population of all US cities.  The complete collapse of the water and sewer infrastructure is a main factor in Jackson winning this unflattering title.

For the reasons stated above, and because the City of Jackson has been unable to manage the municipal water and sewer systems in acceptable operating order, I enthusiastically support the order that put the management of the Jackson sewer system under the management of TPA Ted Henifin.  All of my neighbors and friends who still live and/or work in the city support this welcome development.

Regards,

Bronson E. Newburger



*"Travel is fatal to prejudice, bigotry, and narrow-mindedness, and many of our people need it sorely on these accounts. Broad, wholesome, charitable views of men and things cannot be acquired by vegetating in one little corner of the earth all one's lifetime."*
*-Mark Twain*

| From: | Taylor Nicholas |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Cc: | Taylor Nicholas |
| Subject: | [EXTERNAL] Comment Submission: United States and State of Mississippi v. City of Jackson, Mississippi; Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841 |
| Date: | Thursday, August 31, 2023 6:17:15 PM |
| Attachments: | GCF_Public Comment.docx |

Submission is also attached to this message in Microsoft Word Doc format.


TO:          Assistant Attorney General, Environment and Natural Resources Division
SUBJECT:  United States and State of Mississippi v. City of Jackson, Mississippi
                 Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841

COMMENT:

The purpose of this written comment is to express support for the proposed Stipulated Order that places the operation of the sewer system of the City of Jackson, Mississippi under the control of an Interim Third Party Manager (ITPM).

The Great City Mississippi Foundation represents local Jackson business leaders and community members who share a common goal:  the desire to see the City of Jackson grow and thrive.  We believe the City's best days are before us.  In order for Jackson to achieve growth and progress in the near and long-term, it is imperative that the sewer system be repaired as soon as possible and appropriately maintained.

The issue of faulty wastewater collection and treatment has plagued our community for far too long.  As stated by the Stipulated Order, the Wastewater Collection and Transmission System "experiences recurring Sanitary Sewer Overflows ("SSOs") and/or sewer failures that spill raw sewage into homes, businesses, streets, yards, waterways, and other properties and the Savanna Street WWTP repeatedly engages in Prohibited Bypasses of wastewater by releasing untreated or under-treated wastewater into the Pearl River" and these longstanding, perpetual failures have resulted in more than "4,465,590,000 gallons of untreated or under-treated wastewater" being discharged into the Pearl River.

Current conditions are unacceptable.  These issues must be addressed as soon as possible.  The appointment of an Interim Third Party Manager to lead necessary repair efforts is the most expeditious and effective path forward.  We strongly encourage this action and look forward to much needed progress in the future.


Sincerely,
Taylor Nicholas
Great City Mississippi Foundation

TO:   Assistant Attorney General, Environment and Natural Resources Division
DATE:  August 30, 2023
SUBJECT: United States and State of Mississippi v. City of Jackson, Mississippi
     Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841

<u>COMMENT</u>:

The purpose of this written comment is to express support for the proposed Stipulated Order that places the operation of the sewer system of the City of Jackson, Mississippi under the control of an Interim Third Party Manager (ITPM).

The Great City Mississippi Foundation represents local Jackson business leaders and community members who share a common goal:  the desire to see the City of Jackson grow and thrive.  We believe the City's best days are before us.  In order for Jackson to achieve growth and progress in the near and long-term, it is imperative that the sewer system be repaired as soon as possible and appropriately maintained.

The issue of faulty wastewater collection and treatment has plagued our community for far too long.  As stated by the Stipulated Order, the Wastewater Collection and Transmission System "experiences recurring Sanitary Sewer Overflows ("SSOs") and/or sewer failures that spill raw sewage into homes, businesses, streets, yards, waterways, and other properties and the Savanna Street WWTP repeatedly engages in Prohibited Bypasses of wastewater by releasing untreated or under-treated wastewater into the Pearl River" and these longstanding, perpetual failures have resulted in more than "4,465,590,000 gallons of untreated or under-treated wastewater" being discharged into the Pearl River.

Current conditions are unacceptable.  These issues must be addressed as soon as possible.  The appointment of an Interim Third Party Manager to lead necessary repair efforts is the most expeditious and effective path forward.  We strongly encourage this action and look forward to much needed progress in the future.

Sincerely,
Taylor Nicholas
Great City Mississippi Foundation

TO:        Assistant Attorney General, Environment and Natural Resources Division
DATE:     August 30, 2023
SUBJECT: United States and State of Mississippi v. City of Jackson, Mississippi
           Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841

COMMENT:

The purpose of this written comment is to express support for the proposed Stipulated Order that places the operation of the sewer system of the City of Jackson, Mississippi under the control of an Interim Third Party Manager (ITPM).

The Great City Mississippi Foundation represents local Jackson business leaders and community members who share a common goal:  the desire to see the City of Jackson grow and thrive.  We believe the City's best days are before us.  In order for Jackson to achieve growth and progress in the near and long-term, it is imperative that the sewer system be repaired as soon as possible and appropriately maintained.

The issue of faulty wastewater collection and treatment has plagued our community for far too long.  As stated by the Stipulated Order, the Wastewater Collection and Transmission System "experiences recurring Sanitary Sewer Overflows ("SSOs") and/or sewer failures that spill raw sewage into homes, businesses, streets, yards, waterways, and other properties and the Savanna Street WWTP repeatedly engages in Prohibited Bypasses of wastewater by releasing untreated or under-treated wastewater into the Pearl River" and these longstanding, perpetual failures have resulted in more than "4,465,590,000 gallons of untreated or under-treated wastewater" being discharged into the Pearl River.

Current conditions are unacceptable.  These issues must be addressed as soon as possible.  The appointment of an Interim Third Party Manager to lead necessary repair efforts is the most expeditious and effective path forward.  We strongly encourage this action and look forward to much needed progress in the future.

Sincerely,
Taylor Nicholas
Great City Mississippi Foundation

| | |
|---|---|
| **From:** | Don Nichols |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 29, 2023 11:58:39 AM |

As a resident of the City of Jackson, I strongly support the Court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater. Respectfully submitted, Don Nichols

**W. McDonald Nichols**

.com

The preceding e-mail is privileged and confidential and is intended only for the named addressee.  If you received this message in error, please delete it and notify the sender by return e-mail or by phone at the numbers noted above.

| | |
|---|---|
| **From:** | DARDEN NORTH |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ████████████ |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Friday, August 18, 2023 7:05:00 AM |

I support the court order of continued management of the Jackson MS water/sewer department by Ted Henifin of JxnWater.

Thank you.

Darden North

**From:** Jo Ann Nowell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 11:25:04 AM

>> I support the court's order and the sewage being managed by Ted Henifin and JXNWater

>> Jo Ann Nowell

Sent from my iPhone

**From:**      Ric Nowell
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 11:15:55 AM

I support the court's order and the sewage being managed by Ted Henifin and JXNWater

Ric Nowell

Sent from my iPhone

**From:**          Luther Ott
**To:**            ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**       [EXTERNAL] Comments DJ#90-5-1-109841 Docket number 36
**Date:**          Tuesday, August 22, 2023 9:30:45 AM

We support Ted Henifin and JaxnWater.

Luther and Janet Ott, ██████████████████

Sent from my iPhone

**From:**  ████████████
**To:**  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Jackson Sewer System
**Date:**  Thursday, August 31, 2023 11:40:40 PM

I am in favor of Ted Henifin, third party manager taking over the Jackson sewer system.


Felicia Owens

Sent from my iPhone