**Exhibit B**
Public Comments Submitted in Writing to the United States
(Part 2 of 2)

**From:** ███████
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket 36
**Date:** Thursday, August 31, 2023 9:25:37 AM

I support Judge Wingate's order for the continued management of the City of Jackson's sewer system by Ted Henifin and JxnWater.
Sincerely
Judy and Ron Page


Sent from the all new AOL app for iOS

| From: | Billy Painter |
|-------|---------------|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket #36 |
| Date: | Tuesday, August 22, 2023 4:46:38 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Billy Painter

This email and its attachments are for the exclusive use of the intended recipients, and may contain proprietary information and trade secrets of ███████████████████████████████ This email may also contain information that is confidential, or otherwise protected from disclosure by contract or law. Any unauthorized use, disclosure, or distribution of this email and its attachments is prohibited. If you are not the intended recipient, let us know by reply email and then destroy all electronic and physical copies of this message and attachments. Nothing in this email or its attachments is intended to be legal, financial, or tax advice, and recipients are advised to consult with their appropriate advisors regarding any legal, financial, or tax implications.

**From:** Regan Painter
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket #36
**Date:** Thursday, August 24, 2023 7:25:21 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Regan Painter

Regan Marler Painter

**From:** William Painter
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 2:02:19 PM

We support the court's order and the sewer system being managed by Ted Henifin and JXNWater.


William and Beverly Painter

Sent from my iPad
William Painter

**From:**      Kathy Palmer
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#5-1-1-09841 Docket #36
**Date:**      Monday, August 21, 2023 4:10:54 PM

I support the court's order and the sewer system being managed by Ted Henifin and Jackson Water
Signed,
Kathy Palmer

Sent from my iPhone

**From:** David Palmer
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson water / sewage
**Date:** Thursday, August 17, 2023 8:01:32 PM

I am a resident of Jackson and completely support Mr. Henifin as the interim manager for both the water and sewer systems in Jackson. He is an extraordinarily competent and responsible manager.

Sincerely,
David Palmer


Sent from my iPhone

| | |
|---|---|
| **From:** | Barbara Park |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Water/sewer Jackson, MS |
| **Date:** | Thursday, August 31, 2023 9:06:06 PM |

I have been dealing with a sewer issue since at least 2019. There is a broken sewer pipe from my backyard neighbors' house. It runs across the ditch and into the sewer line on my side. They have flowing raw sewage leaving their house and going into the ditch. You can see the paper used and other debris in the water.

The ditch is also a major concern. It does not drain and has stagnant water sitting in it. It only moves when there is rain. Banks on both sides have been washing away over the years due to flooding and erosion.

We, along with other neighbors, can not enjoy our backyards due to the amount of mosquitoes and gnats that stay year round.

Barbara Park

**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-09841 docket number 36
**Date:** Friday, August 25, 2023 7:00:02 PM

Dear sirs, I am in support for the above order, I live in Jackson, MS and also support the continued management by Ted Henifin of our sewer system.
Thank you, Dr Roger B Parkes


Sent from AOL Mobile Mail

| | |
|---|---|
| **From:** | Doug Parkin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Stipulated Order on City of Jackson Sewer System Comment |
| **Date:** | Wednesday, August 30, 2023 10:24:10 PM |
| **Attachments:** | Spring Lake Jackson Sewer Overflow Outlet.png |

In regard to the Jackson, MS, Stipulated Order on Sewer System, Spring Lake Fishing and Outing Club (Spring Lake), ███████████████████████████████████████████ ███████████████████ The City of Jackson has installed an above-ground concrete sewer manhole tower . This structure once had a concrete cap which supported the iron manhole cover plate, but now the cap is off and sitting on the ground. When the capacity of the City of Jackson sewer system is exceeded, raw sewage, including feces and toilet paper, are overflowed onto Spring Lake property. This has contaminated the property and rendered it unfit for any use.

The City of Jackson is clearly aware of this issue, as they have installed a sign adjacent to this area which states "CAUTION SEWER OVERFLOW Avoid bodily contact with water. For More Information Contact City of Jackson (601) 960-1875." There is also an apparent radio or cellular transmitting device attached to the open concrete vertical sewer culvert. Please see attached image files. In the first picture, the open sewer culvert can be seen in the center of the picture. (1st Photo Credit: Google Earth; Others: Doug Parkin)

As Secretary/Treasurer of Spring Lake, and on behalf of the other members as authorized to me at a Spring Lake Membership meeting yesterday, it is our request that the United States Department of Justice, The United States Environmental Protection Agency, the appointed ITPM Mr. Ted Henifin, and the City of Jackson provide an immediate remedy to this abuse and unsanitary contamination of the Spring Lake property.

Doug Parkin
Secretary/Treasurer

███████████████████











**From:**
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Please keep Henifin!!!
**Date:**     Thursday, August 17, 2023 6:21:28 PM

Thank you so for sending Ted Henifin to Jackson, MS.

Before he came, I kept several gallons of water stored in my storeroom because I couldn't trust the water system.

Jackson is falling apart. Our sewage is polluting the Pearl River, crime is the worst in the country and no one cares

We finally get Mr. Henifin here to help and the very people that never have a damn about the water system are whining. They want their hands on that money so the water will be messed up again.

Please let us have ONE thing to be proud of in this city and don't let the mayor screw it up!!

Thank you

| From: | ██████████████████████ |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] DJ#90-5-1-1-09841 |
| Date: | Thursday, August 17, 2023 5:23:37 PM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.jpg |
| | image007.jpg |
| | image008.jpg |
| | image009.jpg |

I completely and confidently support the Court's Order and the sewer system being managed by Ted Henifin and Jxn Water.

Thank you.

*Click on my business card and its tabs to learn more.*



Cordially,

Donald Parsons

███████████████████████

████████████████████████████████████████████

███████████████████████████████████

To unsubscribe from marketing emails from:
• ███████████████████████████████████████████

"Unsubscribe" in the subject line.

- ██████████ and its affiliates: Unsubscribe at ██████████████████████████
██████

Neither of these actions will affect delivery of important service messages regarding your accounts that we may need to send you or preferences you may have previously set for other email services.

For additional information regarding our electronic communication policies, visit
████████████████████████████

██████████████████████████████████████████████████
██████

This email may be an advertisement or solicitation for products and services.

---

This email may be an advertisement or solicitation for products and services.  Opt-out from promotional emails.

**Investment and Insurance Products are:**
**• Not Insured by the FDIC or Any Federal Government Agency**
**• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Investment products and services are offered through ████████████████████████
████████████████████████████████████████████
██████████████████████████

View our Electronic communications guidelines.

**From:** Matt Peaster
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 2:18:04 PM

To Whom It May Concern,

I enthusiastically support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

--
Matt Peaster

**From:** Dawn Perkins
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer system
**Date:** Monday, August 28, 2023 3:14:21 PM

Ref: DJ#90-5-1-1-09841 Docket Number is 36
I support  the order and correspondingly, for the continue management by Ted Henifin (aka JXN Water)  of the sewer system.

Sent from my iPhone

**From:**     Deborah Perkins
**To:**       ENRD, OEJ-Jackson (ENRD)
**Cc:**       ████████████████████
**Subject:**  [EXTERNAL] Re: Jackson Sewer Overflow Public Comment Meetings - Thank you!
**Date:**     Thursday, August 31, 2023 10:10:24 PM

Yes, we would like to comment peacefully.



All three properties have sewage backing up issues. Coming up through man holds, backing in toilets.

Driveway cracked. Lost of rent. Streets flooding. Fence destroyed.

We have asked the **drainage ditch debris in pipes be blown cleared out** which would help a great deal.

There is a sewage drainage ditch between these streets which overflows with sewage and smells horrible.

We have spoken with Public Works - Bridges & Sewage Divisions many times, sent videos and pictures. They have come out, nothing done/completed. I'm sure they're doing their best. Very nice. PLEASE HELP!

Thank you kindly. We are simply trying to inspire the good.Lets work as a team.





On Thu, Aug 31, 2023 at 10:56 AM ENRD, OEJ-Jackson (ENRD) <OEJ-Jackson.ENRD@usdoj.gov> wrote:

> Good morning,
>
> Thank you for attending the United States' and MDEQ's public comment meetings regarding the Proposed Stipulated Order on the sewer overflow issues in Jackson on August 21st and 22nd, 2023.
>
> The comment period closes on August 31, 2023. If you would like to still comment please go to https://www.justice.gov/enrd/consent-decree/us-et-al-v-city-jackson-mississippi.
>
> Thank you,
>
> Office of Environmental Justice
>
> Environment and Natural Resources Division
>
> U.S. Department of Justice

| | |
|---|---|
| **From:** | James Perry |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Another try to get my comments into the record about this important issue. |
| **Date:** | Friday, September 1, 2023 1:24:17 AM |

I have been deeply involved in the issues of the infrastructure of the City of Jackosn Mississippi for many years.  I am first educated as a civil engineer and have significant experience (decades ago) in construction – so I don't enter this discussion without some degree of background.

I am currently a member of the 1% Municipal Sales Tax Commission that has responsibility for ensuring that the additional sales tax revenue received by the City of Jackson is spent appropriately according to a Master Plan created and approved by the Commission regarding the use of those funds.  (when created in 2014, the additional sales tax provided approximately $14 million per year to the city, and currently provides approximately 16 million.)

When the commission began to develop its Master Plan, the City of Jackson recommended to the commission that it not include water or sewer projects in its funding priorities, as water and sewer had its own funding sources available ( the income of the water sewer enterprise fund (WSEF) which at that time had a reserve balance of $59 million (+/-) balance and the roads/bridges/drainage issues had no outside funding.

The Commission included water and sewer projects in its Master Plan, but with the lowest priority, based on the City's recommendation.

But, by the fall of 2018, the City came to the Commission asking for a "loan" from the STC funds of $7 million to the WSEF because the reserve balance had been reduced to approximately $1 million and was out of compliance of its bond covenents.

The reason behind this depletion of the reserve fund was obvious but was outlines=d to the Commissioners – the City, in the fall of 2016, had instituted a moratorium on water service cut=offs for failure to pay one's water bill.  This action by the city of Jackson resulted in at that time almost 29,000 of its 55,000 customers not paying their water --- or their sewer --- or their garbage collection, bill.  This reduction of income to the WSEF from their normal $50 plus million a year to less than $20 million a year caused the utility to both deplete the reserve funds required to be maintained but also brought to a screetching halt routine maintenance, staffing, and supplying of the water operations and the sewer operations.

Because the city was no longer receiving adequate revenue to support normal maintenance, staffing, supplying of both the water operatons and the sewer operations – those functions required of the city basically came to a halt.  Not only were the reserve funds depleted, the city was  not providing the funds necessary to comply with the 2013 consent decree regarding the SSOs occurring throughout the city.   The City, in 2019,, came back to the 1% STC and asked for funding to pay the costs of the Consent Decree Management – not just for 2019 but as it turned out, for 2018 as well (found during an audit of the expenditure of the funds, the City had not paid the almost $3 million per month for the previous year – money spent only to try to renegotiate the terms of the decree, not to 'fix anything')

This happened again --- but I am getting into weeds that don't matter.  The problem is clear from what the City did === and didn't do.

The City has done NOTHING for the entire 10 years of the Consent Decree regarding the massive number of SSOs throughtut the city – except to spend money on engineers and lawyers trying to renegotiate the terms of the Consent Decree – not to FIX ANYTHING.

I write to strongly suggest that the City of Jackson HAS FAILED.  ABSOLUTELY AND COMPLETELY in its operations of the sewer collection and treatment systems.  Just as it has failed COMPLETELY AND ABOLUTELY in the operation of its water treatment and distributioa

I do not support the long term solution of leaving a TPA in place of the operation of this essential utility – I think a regional water/sewer utility distric would be the solution over the decades to come.  BUT in the short term, the only solution available that will provide any meaningful benefit for the residents of Jackson ---- and the residents of downstream Pearl River – is for the absolute and complete control of the sewer collection and treatment system previously managed by the (incompetent) administrative department of the City of Jackson be transferred to the Third Party Administrator appointed by the Honorable Judge Wingate of the Southern District of Mississippi.
Ed aequae re
Sent from Mail for Windows

**From:** Courtney Peters
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Water / sewer
**Date:** Thursday, August 31, 2023 11:24:30 PM

I feel as if Mr. Henifin seems to ja be a good plan , and financially stable.
I am definitely for new leadership in Mr. Henifin, a change is necessary for our city.
Thank you,
C Peters
I am a resident and a small business owner  in the city of Jackson.


Sent from my iPhone

| From: | |
|---|---|
| To: | ENRD, PUBCOMMENT-EES (ENRD) |
| Subject: | [EXTERNAL] DJ# 90-5-1-1-09841, United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.) [Docket No. 36] |
| Date: | Friday, September 1, 2023 12:23:17 AM |

**Dear Assistant Attorney General, Environment and Natural Resources Division:**

**I am a lifelong Jacksonian with a home and businesses that have been adversely impacted by the city's malfunctioning water and sewer systems.**

**I am commenting in full support of the Stipulated Order placing Ted Henifin and JXN Water in the role of Interim Third Party Manager (ITPM) of the City of Jackson's wastewater system. I respectfully request that you ask the Court to enter the Stipulated Order as written.**

**Mr. Henifin has proven to be capable and responsible in his role as ITPM for the clean water system. He has made rapid progress toward his goals and has been transparent and forthright in all of his public communication. His background indicates he has even more expertise with wastewater systems. Nothing could be more beneficial to Jacksonians than fully functional infrastructure. All of the resources appropriated to or generated by the system should be dedicated to repairing and restoring the system.**

**I am grateful to all parties and agencies who have been working to bring this relief to Jackson. Thank you for your consideration.**

**Respectfully submitted,**

**David Pharr**



**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841, United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.) [Docket No. 36]
**Date:** Friday, September 1, 2023 12:23:17 AM

**Dear Assistant Attorney General, Environment and Natural Resources Division:**

**I am a lifelong Jacksonian with a home and businesses that have been adversely impacted by the city's malfunctioning water and sewer systems.**

**I am commenting in full support of the Stipulated Order placing Ted Henifin and JXN Water in the role of Interim Third Party Manager (ITPM) of the City of Jackson's wastewater system. I respectfully request that you ask the Court to enter the Stipulated Order as written.**

**Mr. Henifin has proven to be capable and responsible in his role as ITPM for the clean water system. He has made rapid progress toward his goals and has been transparent and forthright in all of his public communication. His background indicates he has even more expertise with wastewater systems. Nothing could be more beneficial to Jacksonians than fully functional infrastructure. All of the resources appropriated to or generated by the system should be dedicated to repairing and restoring the system.**

**I am grateful to all parties and agencies who have been working to bring this relief to Jackson. Thank you for your consideration.**

**Respectfully submitted,**

**David Pharr**



**From:**   Brian Phillips
**To:**   ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Dj#90-5-1-1-09841 docket 36
**Date:**   Wednesday, August 30, 2023 10:10:22 PM

We want Henifin to be in charge of water

Brian Phillips

████████

**From:**       Elisa Phillips
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ# 90-5-1-1-09841, Docket Number is 36.
**Date:**       Wednesday, August 30, 2023 10:28:51 PM

Please accept this email as my support of the above referenced order and also to support the appointment of Ted Henifin to manage, operate and maintain the City of Jackson's sewer system.

Thank you
Elisa Phillips

**From:** Lori Phillips
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 9:25:18 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXN water.

Signed,
Lori Phillips
█████████████

**From:** Beth Pickering
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Transfer of Jackson sewer to JXN water
**Date:** Tuesday, August 15, 2023 10:25:32 PM

Dear DOJ and Judge Wingate,

1) The Jackson Sewer System, over the past two years, dumped/discharged over 4.7 Billion gallons into the creeks, streets of Jackson, into homes - many in low income neighborhoods- and into the Pearl River.
2) the City of Jackson currently has over 250 open sewer discharges.
3) the scale of the human health risk and environmental damage due to sewer discharges in Jackson is far greater than any City in the United States.
4) the City has been unable to repair and maintain its sewer system and has been in violation of EPA standards and consent decrees for years.
5) To remedy this long standing crisis, we ask the DoJ and Judge Wingate to support the full transfer of Jackson Sewer to the EPA's third party administrator, JXN Water, under the leadership of Ted Henefin.
It has been encouraging to see the recent progress that has been made. We need to continue making progress for all of our citizens. It would be devastating for our city to return to the old water leadership.
Thank you for all you do.

Sincerely,
Beth Pickering

Sent from my C Spire iPhone

| | |
|---|---|
| **From:** | George Pickett |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson"s water and sewer issues |
| **Date:** | Wednesday, August 23, 2023 6:40:28 PM |

These systems have been badly mismanaged by the City of Jackson for the past 20 or more years. The water disaster that resulted a year ago was a predictable result of the mismanagement.

Since the new management has been  put in place under the order of the court, an incredible amount of progress has been made. We are totally supportive of the Court's appointed management, under the leadership of Mr. Ted Henifin.  We are pleased that management of the sewer system has also been assigned to the same team.

I believe that vocal criticism of the water system management is unjustifiable complaining from persons who had positions of influence with City Hall prior Mr. Henifin's appointment by the court. I believe those vocal critics had been hired by the City to perform work on the water and sewer systems which was faulty and ineffective and led to the failure of the system. I believe they are more concerned about their loss of business from the City than they are about the effectiveness of these systems, which are functioning far better today than they were a year ago. These are my opinions based on personal observation, conversations with informed persons, and my experience as a graduate of ███████████████████████████

I am a lifelong resident of Jackson ███████████████████████
████████████████████████████████████████

Very sincerely yours,
George Pickett.


George B. Pickett

████████████████

**From:** George Pickett
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number - Jackson MS sewer system
**Date:** Saturday, August 26, 2023 11:31:20 AM

I strongly support naming JXN Water head Ted Henifin to head up efforts to manage sewer issues in the City of Jackson.

I am a lifelong resident of Jackson.  Until Mr. Henifin was named head of JXN Water, the water operations in this city had never been worse. They have gotten much better under his leadership.

George B. Pickett 

| | |
|---|---|
| **From:** | Crymes M. Pittman |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 11:57:22 AM |
| **Attachments:** | image001.png |

To whom it may concern:

As resident of Jackson, Mississippi, and as a business owner in Jackson, I wish to express my support for the Court's Order and the management of the water and sewer system by Ted Henifin and JxnWater.

Sincerely,

Crymes M. Pittman



**From:**     JAMES PITTS
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Public Comment for Jackson Mississippi Sewer Decree
**Date:**     Monday, August 28, 2023 12:35:13 PM

My only comment is that whoever is in charge of the actions to correct the sewer problems here in Jackson must ensure that everyone (private residence, rental residence, commercial entity, or government entity) is paying their sewerage fees. Everyone must contribute to this endeavor!

I have been a resident of Jackson since ███████████████████████ and was born and raised in Jackson.

James M.C. Pitts

████████████████

"And all will turn to silver glass
 A light on the water
 Grey ships pass into the west."

| | |
|---|---|
| **From:** | Phoebe Smith Porter |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Tuesday, August 29, 2023 11:35:21 AM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sincerely,

Phoebe Smith Porter

██████████████████████

**From:** Karen Powell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket #36
**Date:** Tuesday, August 22, 2023 5:36:06 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed
Karen Powell

**From:** Joe Powell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 10:33:05 AM

To whom it may concern,

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.


Joe Powell

| | |
|---|---|
| **From:** | William Presson |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-1-09841 Docket 36 |
| **Date:** | Monday, August 28, 2023 6:04:40 PM |

Yes, please authorize JXN Water and Ted Henefin to assume responsibility for the City of Jackson's sewer system.

**William R. Presson**



**From:** Sharon Prestridge
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841, Docket Number 36
**Date:** Sunday, August 27, 2023 9:07:35 PM

I support the appointment of Ted Henifin to oversee the sewer works for Jackson Mississippi. He is a proven administrator who addresses issues quickly and thoroughly with highly competent workers.

Sharon Prestridge

**From:** Greg Price
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL]
**Date:** Thursday, August 31, 2023 9:39:30 PM

Take the system over.

**From:**     Julie Propst
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Cc:**       █████████
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Monday, August 21, 2023 11:48:39 PM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Julie Propst**



**ROBERT M. PUGH, MPH**

████████ ████████

████████ ████

████████████████

████████████████████t

## Jackson, MS Public Comments Meeting on Sewer System

*Date: August 22, 2023*

## Comments

Good evening and my name is Robert Pugh and I'm a resident of Jackson, MS. I'm very grateful to the DOJ, EPA, MDEQ and other public officials for scheduling this comment meeting series, as you all continue to gather input from the citizens of Jackson, many of whom like me have been and or affected by water system issues, water quality, drainage problems, sewer overflow, and massive soil erosion of Creeks, Tributaries, as well as street/manhole flooding problems. Specifically, I want to share with you that I am experiencing the above-mentioned problems with my home and property located at ████ ████████ ██ ███ ████████ ████████, ███ █ ████████, ██ ████████. I've been reaching out to our city leadership on this since 2019 and have not gotten any substantive responses. The current work order (wo) # assigned to my issues is: ████████. This includes an earlier combined wo # ██████.

Recently (June 2023), ████ ████ ████████ from Jackson Public Works came to my property to mark a tree in my front yard that needed to be removed before some of the repair could begin. He informed me that the City has finally obtained the funds to address the sewer overflow, collapsed drains and soil erosion problems damaging my property and this work should begin sometime in late summer/early fall. I look forward to this and am cautiously optimistic.

I also want to call to your attention that these infrastructure problems are not unique to my property but meander throughout my entire neighborhood and this city. I am an active member of our community homeowner's association, and through working with our association leaders, I've learned firsthand from many residents that they too are experiencing similar infrastructure issues.

I have a few photos of the damage to my property and would be willing to share as appropriate. Again, I appreciate the opportunity to present a few comments on this matter and am very grateful for your needed leadership.



Photo #1

Photo #2   another view from sewer overflow
in Photo #1



Photo #3

Photo #4 R. Pugh's BACKYARD DRAIN Collapse
& Rotten Pipe, with Soil erosion Collapse



Photo #5   R. Pugh's Soil erosion caused BY
Rotten & Collasped Drains. Also
erosion of Creek.



Photo #6 another view, as Associated with
Photo # 4 & 5



Photo # 9

| | |
|---|---|
| **From:** | Billy Quin |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number |
| **Date:** | Thursday, August 17, 2023 6:03:24 PM |
| **Attachments:** | image001.jpg |

I own the home located at ███████████████████████

I support the court's July 31, 2023, order and the appointment of Ted Heflin as the interim third-party manager of Jackson's sewer system. The city is in desperate need of competent, good-faith management of its water and sewer systems that is free of politics. Mr. Heflin seems to be a competent, honest, and well-qualified individual. He has my support and the support of my wife, ███████████.

**William M. Quin II**



| | |
|---|---|
| **From:** | |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] U.S., et al. v. City of Jackson, Mississippi |
| **Date:** | Monday, August 28, 2023 11:46:01 AM |

Assistant Attorney General
Environment and Natural Resources Division

*United States and State of Mississippi* v. *City of Jackson, Mississippi,*
Civil Action No. 3:12–cv–790–HTW–LGI (S.D. Miss.),
D.J. Ref. No. 90–5–1–1–09841.
Docket Number is 36.0–5–1–1–09841

As a business owner located in the city limits of Jackson, MS, we have faced multiple issues with disruptions in water service, affecting a significant majority of the businesses and homeowners.   Although the water crisis that Jackson has experienced is years in the making, the present administration for the City of Jackson has performed dismally in providing an effective and reasonable solution.  The appointment of a third party administrator working under the watchful eyes of the federal government has been the most productive and expedient solution to this long standing issue.  The City of Jackson has shown through its negligence that it is not capable of providing an adequate and properly managed water supply solution to its business and residents.

In order for the City of Jackson to continue to receive safe and well managed water supply, I would hope and ask that the water as well as the sewer system continue under the administration of a third party administrator outside the City of Jackson.

DANIEL QUON 

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above.  if you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and delete or destroy all copies and attachments of the original message from your system.

**From:** linda raff
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Heflin
**Date:** Thursday, August 31, 2023 10:04:59 AM

Heflin is the best thing that has happened to Jackson in a very very long time. He has my full support.

Sent from my iPhone

| | |
|---|---|
| **From:** | Elizabeth Randall |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Wednesday, August 23, 2023 5:26:29 PM |
| **Attachments:** | Public Comment - City of Jackson Proposed Stipulated Order - Sewer.pdf |

To Whom It May Concern:

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. Please see further commentary for your consideration attached.

Thank you,

Elizabeth Randall

█████████████████

*United States and State of Mississippi v. City of Jackson, Mississippi*, Civil Action No. 3:12–cv– 790–HTW– LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841

To Whom It May Concern:

In summary, **I support the court's proposed stipulated order and the sewer system being managed by Ted Henifin and JXNWater**. I've explained why that is the case in more detail below.

I was born, raised and currently reside in Jackson, and while we have dealt with the occasional boil water notice due to line breaks, etc. for as long as I can remember, the state of the water system in the 3-4 years leading up to Ted Henifin taking over was worse than ever, and completely inexcusable. It's unquestionable that funding for major water/sewer projects became an issue, which was exacerbated by collecting less than half of the annual revenue owed for water, sewer, and garbage collection services in the years following the Siemens debacle. While these are admittedly huge challenges to address, it felt as though the City viewed these mounting issues as too overwhelming for them to do anything about, so even standard maintenance-type activities that they should've been able to continue to perform at low cost were seemingly ignored due to staffing shortages that were not properly addressed.[1] [2]

**Since the appointment of the ITPM and creation of JXNWater, I have seen more progress and importantly, more transparency and requests for public input, than I saw in the last 3-4 years combined**, despite what the Mayor (and certain non-profit orgs with ties to the Mayor and/or his sister) are insinuating through public complaints.[3] The customer experience is worlds better, going from a wait time of up to 4+ hours to speak to someone in the water department about your bill, to wait times of 1-2 minutes, if any! When you report a water leak or meter issue now, they send people out to take a look that day or week, depending on severity, and let you know how/when they plan to address if they are unable to do so immediately. This NEVER happened before. I gave up even calling the water department when it was under the City, because the last few years, even after hours long wait times, you would never get any action or answer to your question. **The benefits we have already seen, as well as others that are happening behind the scenes or still in progress, FAR outweigh the (often petty) grievances these organizations have brought up, however the ITPM has responded to each in a professional manner, and has made adjustments or plans to address any valid complaints.**

Despite all of the recent progress with the water system, the sewer system has remained like a dark cloud overhead, with seemingly no real plan or initiative being taken by the City to get away from what has become the status quo. When city councilmembers would ask the administration for updates related to our compliance with the sewer consent decree, the response by the Mayor sounded like a variety of excuses as to why he wanted to renegotiate the order, rather an a real answer on where we stood.

---

[1] https://www.wlbt.com/2021/04/13/mayor-says-epa-order-not-about-water-quality-copy-order-seems-say-different/
[2] https://www.wlbt.com/2022/08/18/exclusive-emails-reveal-staffing-shortage-threatened-shut-down-water-treatment-plants/
[3] https://www.wlbt.com/2023/07/23/clearly-man-job-judge-stands-behind-third-party-water-manager/

**In the meantime, the sewer issues have been getting far worse instead of better.[4] It is sad that we've gotten to the point where residents (and what's left of our visitors) are now accustomed to finding nasty, smelly sewer overflows around what feels like every other corner. Most residents don't even bother to report them anymore, as action is rarely taken unless the overflow is impacting a major roadway.** If you are lucky, you might eventually get an orange barrel placed in a sinkhole to avoid liability (until it is swallowed up and another barrel added to the hole). Some of these barrels have been on my street for YEARS. The "potholes" that do get repaired on major streets reappear within several months because the root cause of some sort of sewer or water leak beneath the street was not addressed. It says a lot that our most recent public works director quit after only 11 days on the job.[5]

In the last couple of years, I began watching the recordings of City Council meetings and was appalled at the fact that for several months, the City had its ONLY sewer vacuum trucks held up in a repair shop because we simply didn't pay the invoices to get them out. We had the money to pay, they just supposedly didn't submit it through claims properly. A few months later, we bought a 3rd or 4th sewer vacuum truck, but still only had 2 licensed operators. The City Council can't properly assess the proposed budgets during budget season because the City's annual audit is never completed on time, and multiple department heads tell the councilmembers that they won't know whether they ended up in a surplus or deficit the previous year until "after the auditor tells them what other entries they need to book." The City's audit for the fiscal year ended 9/30/21 was not completed until 2/20/23, about 17 months after year-end, and 6 months after the FY23 budget had to be approved.[6]

**At this point, I have lost all confidence that the City has the willingness and/or resources to take meaningful action to comply with the sewer consent decree, and I am grateful that common sense prevailed in letting the ITPM handle Jackson's sewer issues as well (and that he is willing to do so).**

**In the short time since the re-negotiated sewer order (briefly) went into effect a few weeks ago, Mr. Henifin has spoken at several community meetings and clearly described his plans to begin chipping away at the sewer issues (several SSOs have already been fixed since he took over), discussed several low to no-cost processes/projects he was already implementing to put us in a better position to respond to issues as they occur, as well as his plans for the larger projects and overflows that have been in existence for multiple years in some cases. I heard more of a plan from his 30 minute Q&A than I have seen from the City in the last 5 years, and importantly, a genuine passion for finding a way to help the citizens of Jackson.**

Mayor Lumumba commonly brings up the importance of transparency during press conferences and other public events as though he is practicing what he preaches, but his administration did not even disclose the existence of the EPA's March 2020 Emergency Administrative Order to the city council until over a year later. He continued to downplay its significance (and the City's failure to act on the items within) to both the council and the public following its discovery by local media.[7] This lack of transparency has surfaced in other areas of City government as well, with the detailed crime statistics being removed during this administration after a Jackson news outlets reported on their investigation

---

[4] https://www.wlbt.com/2020/06/25/city-jackson-dealing-with-backlog-over-sewer-related-issues/

[5] https://www.clarionledger.com/story/news/local/2023/07/28/jackson-ms-public-works-director-khalid-woods-resigns/70489783007/

[6] https://www.wlbt.com/2023/03/07/audit-reveals-176m-shortfall-water-sewer-38m-shortfall-sanitation/

[7] http://kingfish1935.blogspot.com/2021/04/mayor-city-council-refuse-to-discuss.html

into some pretty egregious discrepancies in the crime statistics reported to the public.[8] [9] **I am all for the portion of the stipulated order requiring the ITPM to respond to public records requests unless they would prevent performing the work under the order, however I would also like the public to have insight into who is taking advantage of that provision and how frequently, as I would not want it to become another mechanism by which the Mayor or the organizations mentioned above undermine the work of the ITPM or become a hinderance to the progress that is being made, simply because they want more control over who is hired to perform the work on these projects.[10]**

I truly believe I speak for the majority of Jackson residents when I say **as long as we are seeing continuous improvement in the water and sewer systems, I could care less who we are hiring to do the work, and I am glad that Mr. Henifin is given the flexibility to enter into contracts without having to go through the standard procurement process or oversight from City (or State) officials**. There is a great deal of mistrust in the City of Jackson, and given the significance of the Siemens debacle (where the City alleged there were numerous sham subcontractors inflating contract costs without performing meaningful work, among other issues[11]), **I am very thankful that the ITPM is independent of both the City and the State, and appears to be doing a great job of making neutral but thoughtful/informed decisions as to who to hire for these projects.**

I think that it is great that Mr. Henifin has expressed a desire to get more local and minority participation in these contracts wherever it makes sense, and growing those numbers over time, but to his point, why would we spend time and money building up a new call center in Jackson (as suggested by the Mayor) when we can't even fully staff our existing City departments and there is a perfectly good call center down the road in Pearl? The same goes for Jacobs and other contractors the ITPM has hired. **In my opinion, the most important issue at hand is getting the water and sewer systems functioning at an acceptable level as expeditiously as possible, and I am glad that Mr. Henifin has not lost sight of that goal despite numerous distractions. I look forward to having his leadership over the sewer system as well, should the proposed stipulated order go into effect as written.**

Thank you for your consideration and the work you are doing for the citizens of Jackson.

Elizabeth Randall



---

[8] https://www.wlbt.com/2019/02/09/links-crime-stats-removed-jacksons-website-days-after-oys-investigation-into-jpds-crime-stats/

[9] https://www.wlbt.com/2019/01/31/your-side-investigates-pattern-secrecy/

[10] https://www.wlbt.com/2023/07/11/water-system-improves-jackson-leaders-wants-greater-say-who-third-party-manager-hires/

[11] https://www.jacksonfreepress.com/news/2019/jun/11/jackson-sues-siemens-local-businessmen-bait-and-sw/

**From:**      Joe Rankin
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Tuesday, August 22, 2023 3:50:17 PM

I support the court's order for the sewer system being managed by Ted Henifin and JxnWater.

Thank you,
Joe Rankin

Sent from my iPhone

**From:**      Judy Rankin
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5--1-1-09841 Docket Number 36
**Date:**      Tuesday, August 22, 2023 3:50:06 PM

To Whom It May Concern:

I support the court's order for the sewer system being managed by Ted Henifin and JxnWater.

Sincerely,

Judy Rankin

**From:** Tedrick Ratcliff
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 2:19:06 PM

District Judge Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water currently managed by Ted Henifin.  As someone who works in the Jackson area daily, I appreciate the strides Mr. Henifin and his team have made toward improving the water system.  I look forward to seeing the same improvements to the towns wastewater.

thanks

J. Tedrick Ratcliff Jr.
Employee in the Jackson Area

**From:**       Beverly Ray
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Thursday, August 31, 2023 11:32:47 PM

I am a resident of Jackson. I am writing to share that I support the court's order and I support Ted Henifin managing the city's sewer system.

**Beverly A. Ray**

**From:** Ray, Dyanne
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 11:41:13 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Dyanne Ray

**From:**

**To:** ENRD, PUBCOMMENT-EES (ENRD)

**Subject:** [EXTERNAL] Comments DJ #90-5-1-1-09841 Docket Number 36

**Date:** Monday, August 21, 2023 7:18:35 AM

I am writing in support of the July 31, 2023, Court Order issued by U.S. District Court Judge Henry T. Wingate providing a provisional course of action to facilitate sewer repairs as well as address raw sewage spills in the city of Jackson, Mississippi.

I am also writing in support of  of the appointment of Ted Henifin as the interim third party manager of Jackson's sewer system.

Thank you for this opportunity to express concern about this critically important issue for our city and for the leadership of Judge Wingate.

Sincerely,
Karen Redhead

**From:**     William Reed
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] DJ# 90-5-1-1-09841, Docker #36
**Date:**     Monday, August 28, 2023 11:56:14 AM

The City of Jackson is not capable of properly managing or maintaining the sewer system. Any assistance the federal government can provide will be welcomed.

Thank you, Bill Reed

**From:** Brad Reeves
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 9:56:55 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Brad Reeves**

--
Brad

**From:**       Sharon Rhoden
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 Docket# 36
**Date:**       Sunday, August 20, 2023 8:02:06 PM

I wish to express my support of the court's order making Water Manager Ted Henifin in charge of the Jackson Water Department and also the plan to make Ted Henifin in charge of the Sewer Department.

We have a sewer problem on our street that requires daily maintenance  because of neglect in the past. I believe Ted Henifin has the ability to give Jackson a functional water and sewer system.

Sharon Rhoden

**From:**      Sharon Rhoden
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 Docket# 36
**Date:**      Sunday, August 20, 2023 8:02:06 PM

I wish to express my support of the court's order making Water Manager Ted Henifin in charge of the Jackson Water Department and also the plan to make Ted Henifin in charge of the Sewer Department.

We have a sewer problem on our street that requires daily maintenance  because of neglect in the past. I believe Ted Henifin has the ability to give Jackson a functional water and sewer system.

Sharon Rhoden

**From:** Tom Rhoden
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Sunday, August 20, 2023 7:06:22 PM

I support the continued management of the Jackson sewer system by Mr. Ted Henifin.  My residence is serviced by a sewage lift station that ███ must pump out daily to prevent sewage from backing up into our home.  This situation is due to a collapsed discharge pipe that has been a problem for months.  It is the City's responsibility to repair the pipe and despite repeated requests it remains in a dysfunctional state.  I believe this problem will be addressed by Mr. Henifin.
Sincerely,
Tom Rhoden
Get Outlook for iOS

| | |
|---|---|
| **From:** | Patsy Ricks |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson, MS water |
| **Date:** | Tuesday, August 29, 2023 6:17:21 PM |

**Assistant Attorney General**
**U.S. DOJ – ERND,**
**P.O. Box 7611**
**Washington, DC 20044-7611**

**Ref.: DJ# 90-5-1-1-09841 and Docket Number is 36**

To whom it may concern,

Regarding public comments related to the appointment of Ted Henifin as an interim third-party manager to manage, operate and maintain the City of Jackson's sewer system, please find my comments below.

I have lived in Jackson, Mississippi for over ████ years.  During that time I have seen the City's ability to provide safe, dependable water service grind to a halt.  Under the present mayor there has been no plan to improve the system even when a flood caused the water to be unavailable to most of its citizens.  No plan; no oversight—that is what the citizens have had to endure.  Now we are offered Ted Henifin as a third-party manager and hope for the future. I urge you to grant Mr. Henifin the oversight of the water problems in Jackson.  Under the present mayor many people do not pay water bills, repairs are not being made in a timely manner, and the public water system in not regulated.

Sincerely,
Patsy Ricks

**From:** lauren ridgway
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 11:29:05 AM

I support the court's order and the sewer system being managed by Ted Henefin and JxnWater.

--
lauren ridgway

**From:** melissa ridgway
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Water
**Date:** Thursday, August 31, 2023 8:39:32 AM

We support and appreciate Ted and all of his diligent and successful hard work. Keep him forever!!!! Thank you.
Sent from my iPhone

**From:** George Ritter
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 9:57:13 AM

To the Court and DOJ,

I have had the honor of appearing before Judge Wingate in court for many years.  Today, however, I am writing as a citizen of Jackson, Mississippi, and not as an attorney.  I strongly **support the court's order and the sewer system being managed by Ted Henifin and JxnWater.**  I have read the reports of sewage discharge into homes, neighborhoods and waterways with great sadness. While I am sure that there are many dedicated City employees, the status quo is not acceptable. Therefore, assuming that this action is within the Court's jurisdiction, which I believe is correct, the order placing Ted Henifin and JxnWater over the management of this system is the only option that I see at this time.  I am a life-long Jackson resident. I was educated in the Jackson public school system, graduating from ████████████████, and then returned here after college and law school to make Jackson my home for the remainder of my ██ years. I would like to remain a Jackson citizen but for that to happen, a solution to our water and sewer problems must be found.

Thank you very much for your attention to this problem and consideration of these comments.

Sincerely,
George Ritter

**GEORGE H. RITTER**
SHAREHOLDER



The preceding e-mail is privileged and confidential and is intended only for the named addressee.  If you received this message in error, please delete it and notify the sender by return e-mail or by phone at the numbers noted above.

**From:** Josh Roberts
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket number 36
**Date:** Wednesday, August 23, 2023 11:41:39 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Josh Roberts
Jackson, MS

**From:** Jess Roberts
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer management
**Date:** Thursday, August 31, 2023 6:33:59 PM

We support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Jess and Misty Roberts

**From:** Eastover Director
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 1:43:27 PM

I would like to express my support for the US District Court's order granting the management of the City of Jackson's water and sewer departments to JxnWater and Ted Henifin.

Thank you for your consideration of this message.

Sincerely,
Dana Robertson
--



| | |
|---|---|
| **From:** | Anne Robertson |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36. |
| **Date:** | Wednesday, August 30, 2023 7:52:40 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Anne Robertson

**From:**     Erin Scheiwe Rockwell
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**     Friday, September 1, 2023 9:12:10 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Erin Scheiwe Rockwell

**From:**      Owen Rockwell
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:**      Friday, September 1, 2023 1:46:29 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Owen Rockwell

**From:** Kathryn Rodenmeyer
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 1:47:26 PM

I support the court's order and the sewer system being managed by Ten Henifin and JXNWater.

Kathryn Rodenmeyer

███████████████

--
Kathryn Rodenmeyer ██████

███████████████

**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments on DJ#90-5-1-1-09841 Docket 36
**Date:** Sunday, August 27, 2023 4:22:41 PM

To whom it may concern,

Ted Henifen is an excellent choice for managing, operating, and maintaining the sewer system in Jackson, Mississippi.  As a resident of Jackson since ███ I am expressing my full and enthusiastic support for Mr. Henifin in this role.

Kay Rone

Sent from my iPad

**From:** Francis Rullan
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Cc:** francis rullan
**Subject:** [EXTERNAL] RE: DJ# 90-5-1-1-09841 and Docket Number 36.
**Date:** Sunday, August 27, 2023 11:02:35 AM

Dear Assistant Attorney General,
I hope this public comment finds you well and prospering. My wife and I have lived in Jackson, Mississippi for well over ■ years. Currently, we have seen our fragile water/sewer system devolve into almost total and complete failure. We support Ted Henifin's to correct our sewer system based on his remarkable performance as the interim third-party manager of our water system. It was in total failure until he turned it around. Thank you for your most appreciated consideration of this matter.


*Francis and RhuEtta Rullan*

Francis Rullan



August 26, 2023

Assistant Attorney General,
U.S. DOJ – ERND,
P.O. Box 7611, Washington,
DC 20044-7611.

RE: DJ# 90-5-1-1-09841 and Docket Number 36.

Dear Assistant Attorney General,
I hope this public comment finds you well and prospering. My wife and I have lived in Jackson,
Mississippi for well over ██ years. Currently, we have seen our fragile water/sewer system devolve into
almost total and complete failure. We support Ted Henifin in correcting our sewer system based on his
remarkable performance as the interim third-party manager of our water system. It was in total failure
until he turned it around. Thank you for your most appreciated consideration of this matter.

Sincerely,

Francis Rullan

Comments can be emailed to pubcomment-ees.enrd@usdoj.gov or mailed to
Assistant Attorney General, U.S. DOJ – ERND, P.O. Box 7611, Washington,DC 20044-7611.

1

**From:** Weston Russ
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 10:09:20 PM

To whom it may concern:

Our household supports the courts order from Judge Henry T. Wingate appointing Ted Henifin as the interim third-party manager of Jackson's sewer system and for the continued management by Ted Henifin of Jackson's sewer system.

Thanks,

Weston Russ

R. Weston Russ, Jr.



**From:**      Will Russell
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ# 90-5-1-1-09841, Docket #36
**Date:**      Thursday, August 31, 2023 8:54:20 AM

Dear Sir or Madam:

Our family supports the Court's order to have the Jackson, Mississippi sewer system managed by Mr. Ted Henifin and JxnWater.

Sincerely,
Will Russell

**William (Will) H. Russell**

███████████

███████████████████
████████████████████████████████
████████████████████████
█████████████████ | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:**     David Russell
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comment DJ #90-5-1-1-09841
**Date:**     Friday, August 18, 2023 12:08:42 PM

Gentlemen:

This letter is in support of the order of Judge Wingate's appointment of Ten Henefin as interim third-party manager of the Jackson sewer system.

Thank you.

David Russell

**From:**       Jennifer Salvo
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Monday, August 28, 2023 10:28:40 AM

I am a long time resident of Jackson, Mississippi and I fully support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Jennifer Salvo

**From:** Kathryn Sams
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson Sewer system
**Date:** Tuesday, August 15, 2023 7:17:04 PM

Dear Department of Justice,

I am writing you to plead my case that the sewer system needs to be transferred to Jackson Water under Ted Henefins management. He is doing a great job with the water and needs to fix our sewer system as well. I believe the current government has been pouring sewage into the Pearl River and that is not good for anyone. The current government has had years to fix this  and things have only gotten worse. Please put the sewer system under Ted Henefins control. Give him a chance, Do it for your family. Do it for all of us.

Thank you, Kathryn Sams

**From:** Aaron Samuels
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 1:42:10 PM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

S. Aaron Samuels



**From:**     Mary s Scanlon
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841
**Date:**     Monday, August 28, 2023 3:00:25 PM

I am in support of Judge Wingate's court order and the Jackson Mississippi  sewer system being managed by Ted Henifin and his organization JxnWater.
Mary Scanlon

Sent from my iPhone

**From:**    John Scarbrough
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson Sewer System
**Date:**    Saturday, August 26, 2023 11:23:05 AM

I own a business in Jackson. Before Jackson water existed the City of Jackson maintained our system. We had a sewer leak outside the entrance of our business that the city failed to repair for over a year and a half. There were permanent orange barrels outside my dealership  inhibiting customers from entering. Fast forward to last week and Jackson water had a leaking fire hydrant issue outside my dealership lot. They came out a day after the leak began. I checked on the crew as I got off work. It was 6:20.  They were all still working after being out there all day. They said they would be done that night and we should have water in the morning.  I have to tell you that I'm impressed with those guys. The leak began sometime Sunday night and just 48 hours later they were getting close to getting it fixed. That is a much different response than our experience with the other hole we had on ███████ for so many months.  These guys are all employed by Jackson Water. They were eager to answer my questions and worked their tails off.  One guy stood in chest deep water for two hours as he successfully disconnected the old hydrant. Just when you thought your job was hard.  Ted Henefin needs to continue overseeing this operation, not the mayor!

John Scarbrough
Sent from my iPhone

**From:**      Dustin Seanor
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 10:50:52 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

--
Dustin M. Seanor
█████████████████████

**From:**      Avery Carlisle Shannon
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson MS water/sewer management
**Date:**      Monday, August 28, 2023 9:57:38 AM

To whom it may concern:

I have lived and worked in the City of Jackson since ███    Since then, I have witnessed city officials fight against every opportunity to help the city thrive. It is mind blowing and disappointing, to say the least. Crime is rampant, schools are failing, infrastructure is steadily crumbling, sanitation services are unreliable, and the water is undrinkable and unreliable.

The one glimmer of hope has been Ted Henifen's management of the water and sewage system. I live on a busy road that has numerous water breaks. Instead of waiting days or weeks for a repair, I have seen water crews repair breaks within hours. This is unprecedented in the city!

Based on my observations during my time in Jackson, it's practically guaranteed that if the city has any say or role in managing the water and sewage system, services will start breaking down. City officials deny any corruption or mismanagement, but it's truly hard to believe that anymore.

Please give Jackson a chance to thrive for once, and keep Ted Henifen in charge of the water/sewage system.

Avery Shannon
--
Avery Shannon

**From:** Stacie Sharp
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 1:12:55 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Stacie Sharp

████████████████

Sent from my iPhone

| | |
|---|---|
| **From:** | |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Jackson Sewer Issues |
| **Date:** | Wednesday, August 30, 2023 2:38:12 PM |

To whom it may concern -

As a citizen of Jackson, MS, I understand the financial issues we have with declining tax base and increasingly aging infrastructure. I believe our city has done their best over the past decade with the skills and funding available but unfortunately it is just not enough.

What we need at this moment is experienced operation and oversight from Ted Henefin as well as directed federal funding to accelerate the repair of our water and sewer infrastructure. If decisive action and leadership is not provided by federal agencies and regulators, we will fall to the same fate as Flint, MI and so many other old cities with crumbling infrastructure.

Thank you for your consideration.

Jason Shearer

**From:** Jason Shearer
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson, MS Water & Sewer
**Date:** Tuesday, August 15, 2023 7:56:20 PM

To whom it may concern -

As a citizen of Jackson, MS, I understand the financial issues we have with declining tax base and increasingly aging infrastructure. I believe our city has done their best over the past decade with the skills and funding available but unfortunately it is just not enough.

What we need at this moment is experienced operation and oversight from Ted Henefin as well as directed federal funding to accelerate the repair of our water and sewer infrastructure. If decisive action and leadership is not provided by federal agencies and regulators, we will fall to the same fate as Flint, MI and so many other old cities with crumbling infrastructure.

Thank you for your consideration.

Jason Shearer

**From:**    Jerry Sheppard
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**    Friday, September 1, 2023 12:03:27 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Jerry Sheppard

| | |
|---|---|
| **From:** | Lori Sherman |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Jackson Legal Team; ███████████████████████████████ |
| | ██████████ |
| **Subject:** | [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12-cv-790-HTW-LGI (S.D. Miss.), D.J. Ref. No. 90-5-1-1-09841 |
| **Date:** | Thursday, August 31, 2023 5:08:43 PM |
| **Attachments:** | Comment on Stipulated Order on Sewer System (2).pdf |

Assistant Attorney General—Environment and Natural Resources Division,

Attached please find written Comments on behalf of our clients, People's Advocacy Institute and the Mississippi Poor People's Campaign. If you have any questions related to their written comments or if you have trouble opening the document, do not hesitate to contact me.

Sincerely,

Forward Justice, Natural Resources Defense Council, Center for Constitutional Rights and ACLU-Mississippi

**Lori Sherman**
*Attorney*
Forward Justice
████████████████████████
██████████████████
███████████████████████
██████████████

***Submitted via email***: pubcomment-ees.enrd@ usdoj.gov
August 30, 2023

Assistant Attorney General
Environment and Natural Resources Division
U.S. DOJ—ENRD
P.O. Box 7611
Washington, DC 20044–7611

**Re: Stipulated Order on Sewer System under the Clean Water Act in *United States and State of Mississippi v. City of Jackson, Mississippi*, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841**


To Whom It May Concern,

Thank you for the opportunity to comment on the proposed Stipulated Order on Sewer System issued on July 26, 2023.[1] This comment is submitted on behalf of concerned citizens of the City of Jackson, Mississippi; the People's Advocacy Institute; and the Mississippi Poor People's Campaign. Collectively, we are community groups and nonprofit organizations seeking to ensure that all Jackson residents have freedom from polluted and hazardous sewage waste, access to real-time information about the state of the water contained in the city's sewer systems, and that those most affected by the water and sewer systems' problems are central to the crafting of long-term solutions. The People's Advocacy Institute (PAI) is a resource and training incubator for transformative justice in the South. Mississippi Poor People's Campaign (Mississippi PPC) is the state chapter of the national Poor People's Campaign and is dedicated to uniting people across Mississippi to challenge the evils of systemic racism, poverty, the war economy, ecological devastation, and religious nationalism.

The proposed Stipulated Order on Sewer System ("Order") in ***United States and State of Mississippi v. City of Jackson*** presents grave concerns. It is an inappropriate, improper and inadequate attempt to address the urgency of the sewer system crisis in the City of Jackson.[2] This written comment will outline the full range of major issues in the sections below.

## PROCEDURAL BACKGROUND:

As citizens of Jackson, we are concerned about the circumstances that led to this Order: specifically that the process to appoint Ted Henifin as the Interim Third Party Manager (hereinafter "ITPM") and enter the Order in the CWA case was initiated by Mr. Henifin, who serves as the ITPM in the Safe Drinking Water Act ("SDWA") case, ***United States v. City of***

---

[1] *U.S. v. City of Jackson,* No. 3:12-cv-790-HTW-LGI (S.D. Miss.), ECF No. 36-1, Jul. 26, 2023 ("Stipulated Order on Sewer System"). And notwithstanding our gratitude, we would request that the public be provided a written summary, in plain terms, of what the Order seeks to accomplish, given the Order's extreme length and complexity of terms, so they can easily understand the Order's content.

[2] Under the Order the U.S. may "withdraw or withhold its consent if the comments regarding this Stipulated Order disclose facts or considerations indicating that the Stipulated Order is inappropriate, improper or inadequate." Stipulated Order on Sewer System, at 40.

***Jackson, Mississippi,*** Case No. 3:12-cv-790-HTW-LGI .[3] Additionally, we are concerned that many of the problematic provisions of the Interim Stipulation Order that appointed the ITPM in the SDWA case have been duplicated in this Order.

On or about May 9, 2023, a status hearing was held in the SDWA litigation.[4] The Court reported that the ITPM approached him and suggested that the SDWA case and the Clean Water Act case (hereinafter "CWA") be combined.[5] The Court acknowledged that some of the parties to the CWA lawsuit were not present and orally ordered the cases be administratively combined.[6] Parties were instructed to appoint the ITPM from the SDWA case to the CWA case. During the hearing, Counsel for the ITPM requested that any new order extend the same protections to the ITPM that the Interim Stipulated Order ("ISO") in the SDWA case contained.[7] The Court later denied a request from the Parties in the CWA lawsuit that requested the Court rescind its order to consolidate.[8]

This proposed Order was subsequently filed in the CWA case; and is identical to the SDWA ISO in many respects.[9] This is problematic for community members because the procedural background leading to this Order calls into question the neutrality of the receivership, and the present Order extends the same troublesome provisions of the SDWA ISO. We believe that the deliberation and implementation process of the Order at hand was improper due to its questionable procedural history.

As members of the community, we implore the United States to review and seriously consider the major concerns that we have with the Order, outlined below, and to withdraw its consent to the Order based on the Order's impropriety, inadequacy, and inappropriateness, per Section IX of the Order. Alternatively, we respectfully request that the Order be modified to correct these serious issues pursuant to Section VII of the Order.

### ISSUE # 1: THE ORDER IMPROPERLY GIVES THE ITPM EXCESSIVE POWER OVER A PUBLIC SYSTEM WITH NO PUBLIC OVERSIGHT.

The Order surrenders to the ITPM and his agents all responsibilities, functions, duties, powers, and authorities of the city as related to the sewer system.[10] As a result, the ITPM obtains access, without limitations, to the staff, documents, books, records, electronic data, and facilities of the city deemed necessary by the ITPM for carrying out the stipulated order.[11]

---

[3] *U.S. v. Jackson,* No. 3:22-cv-686-HTW-LGI (S.D. Miss. filed Nov. 29, 2022).
[4] Tr. Status Conference at 1, *U.S. v. Jackson,* No. 3:22-cv-686-HTW-LGI (S.D. Miss.).
[5] *Id. a*t 19, 71.
[6] *Id.*
[7] *Id.* at 78.
[8] *U.S. v. Jackson,* No. 3:12-cv-790-HTW-LGI (S.D. Miss.), ECF No. 32, May 24, 2023 ("Order").
[9] *See U.S. v. Jackson,* No. 3:12-cv-790-HTW-LGI (S.D. Miss.), ECF No. 6, Nov. 29, 2022 ("Interim Stipulated Order") and Stipulated Order on Sewer System.
[10] Stipulated Order on Sewer System, at 5.
[11] *Id.* at 10-11.

Additionally, the ITPM is responsible for implementing procedures and practices for customer complaints.[12] He does not have to consult with the community about how this should be done. Moreover, he is to create and oversee the transitional plan of the sewer system.[13]

These provisions are highly concerning because they, among others, grant the ITPM full authority over the public sewer system with absolutely no oversight from the public. While the ITPM is subject to the oversight of the Court,[14] the ITPM is an officer and agent of the court and is therefore vested with the same immunities as the Court itself.[15] Furthermore, "[n]o suit shall be filed against the ITPM or ITPM Agents without leave of this Court."[16] and the City shall indemnify, hold harmless, and defend the ITPM and ITPM Agents from any claim asserted by a third-party with respect to actions taken in their official capacity within the scope of the Order, with the exception of any gross negligence or willful misconduct, including conduct that constitutes fraud, malice, libel, slander, defamation, or any criminal offense.[17] This essentially provides no public recourse for accountability or liability from the ITPM.

Not only is the ITPM shielded by judicial immunity, but he also does not have to comply with public record requests. The Order requires the ITPM to use his "best efforts" to respond to requests from the public for documents.[18] In effect, these terms do not actually place any responsibility on the ITPM to provide records to the public. It is improper to allow the ITPM to evade compliance with open record requests, so the public cannot access records to address their inquiries regarding the ITPM's work on the sewer system.

### ISSUE # 2: THE ORDER INAPPROPRIATELY AND IMPROPERLY PLACES PUBLIC MONEY INTO PRIVATE HANDS WITHOUT OVERSIGHT OR ACCOUNTABILITY.

The Order authorizes the ITPM, a private entity, to manage public funds without public oversight, including effectuating increases on residents' payments for sewage services.[19] Under the Order, the ITPM has unilateral control over the financial enterprise of Jackson's sewage system improvement projects, including management of accounts,[20] contracts, budgets, and financial implementation of the projects.[21] Though the order defines three specific accounts under the ITPM's control, it also allows him to create additional accounts.[22] The Order does not require or provide any auditing or external scrutiny of these accounts.

---

[12] *Id.* at 20.
[13] *Id.* at 25.
[14] *Id.* at 14.
[15] *Id.* at 22.
[16] *Id.*
[17] *Id.*
[18] *Id.* at 26.
[19] *Id.* at 17.
[20] *Id.* at 29.
[21] *Id.* at 12.
[22] *Id.* at 28.

Not only does the Order bestow financial authority on the implementation of these projects upon the ITPM, but it also gives him full authority to manage the outstanding city debts related to the sewer system, including refinancing by way of entering into agreements with banks and other enterprises with pecuniary interests.[23] Again, limited public or external oversight is embedded into the management of these debts, despite the fact that the ITPM will be managing millions of dollars of federal and state funds.[24] Though the Order provides that the Court will settle disputes between the City of Jackson and the ITPM, this dispute resolution is insufficient and improper given the fact that the Order simultaneously appoints the ITPM an agent of the Court. This puts the arbiter, the Court, in a prejudicial position as both decision-maker and supervisor of the ITPM's actions.[25] In addition, such a structure raises serious separation of powers questions.

Under the Order, the ITPM has authority to hire personnel, determine their salaries,[26] make purchases, manage and enter into contracts with whomever he deems necessary for the performance of administrative, financial, advisory, legal, technical, accounting or other services.[27] The fact that the ITPM under this Order will have unchecked power over the management of millions of dollars of public funds, including funding related to staffing and contracting is alarming and disturbing for the people of Jackson.

Furthermore, though the order explicitly prevents the ITPM from transferring ownership of any Sewer System assets from the City of Jackson to any other governance structure or operating entity unless ordered by the Court, it does not explicitly prohibit him from transferring assets to a private entity, such as another profit-driven corporation. Also, it gives the ITPM, an agent of the court, the ability to make modifications if the Court approves. Currently the ITPM has unlimited access to the Court because he is not a party to either SDWA or CWA and ex parte communications do not apply to him.

Perhaps most disturbing is the fact that the Order vests power in the ITPM to change the Sewer Service Charge Structure and increase public fees for sewage treatment, again with no public input or oversight.[29] Although the Order requires the ITPM to consult with Jackson's mayor and city council, ultimately if the publicly elected officials do not agree with his recommendations, he still has the power to implement the fee increases that he deems necessary despite their disagreement. This check on his power that is written in the Order is nothing but a symbolic gesture because he still has the final say on what the fee structure will be.

This Order effectively allows for millions of dollars of public money to go into accounts over which a private third-party, operating through a corporation and with immunity, has unlimited

---

[23] *Id.* at 13.
[24] The sources of funding include SRF loans, Municipality and County Water Infrastructure Grants, Water Resources Development Act Section 219 matching funding, $8 million in American Rescue Plan Act funds, and $125 million authorized by the U.S. Corps of Engineers, which are all public funds but there's no public oversight of the administration of these funds.
[25] Stipulated Order on Sewer System. at 13.
[26] *Id.* at 19.
[27] *Id.* at 15.
[29] Stipulated Order on Sewer System, at 17.

power and control. This is an utterly improper, inadequate and inappropriate way to manage an ongoing public health crisis and increasingly deteriorating public sewage infrastructure in the City of Jackson.

The only way to create a financially responsible and ethical solution to the sewer system crisis in Jackson is to create a transparent and community-invested improvement infrastructure.

## ISSUE #3 THE ORDER IS INADEQUATE DUE TO ITS LACK OF COMMUNITY INPUT.

The people of Jackson are those most directly impacted by the Order. As the Order is written, the people of Jackson have little to no say in the identification or prioritization of the projects provided in the Order. The Order states that the parties to the lawsuit, the United States, the State of Mississippi, and the City of Jackson, "mutually identified certain capital projects, repairs, and improvements."[30] This provision excludes the voices of the people and local businesses.

Not only do the people of Jackson lack a voice in identifying prioritization of projects, but the Order fails to require transparency in the ITPM's decision making process. Instead, the ITPM is to use his "reasonable judgment" to determine what reports and information to share on the public website to inform the people of Jackson on the progress of the sewer system projects.[31] As indicated above, the ITPM does not have to comply with record requests and is only required to submit quarterly reports. This is insufficient considering the urgency of the crisis that continues to face the sewage system.

The Order grants the parties, not the people, wide discretion to modify the terms of the Consent Decree.[32] No public input, oversight, or public accountability requirement is considered to modify the Consent Decree. Furthermore, there are no provisions in the Order that keep the parties from perpetually modifying the terms of the consent decree if the City does not reach compliance.[33]

The Order provides no immediate relief to the people of Jackson who are experiencing sewage leaks into their homes, unsafe living environments, exposure to hazardous waste, and other public health concerns.[34] The Order lacks any specificity as to the amount of time required to complete these projects and by whom they will be completed demonstrating an ambiguous inadequacy. The Order states they will be completed in a "relatively short time compared to the full compliance with the Consent Decree,"[35] but no specific parameters are imposed on the parties despite the urgency of the situation.

---

[30] *Id.* at 3.
[31] *Id.* at 34.
[32] *Id.* at 5.
[33] *Id.* at 5.
[34] *Id.* at 2.
[35] *Id.* at 3.

## ISSUE #4 THE PROPOSED ORDER UNDULY DELAYS COMPLETE IMPLEMENTATION OF THE REQUIRED SUPPLEMENTAL ENVIRONMENTAL PROJECT

The proposed stipulated order unduly delays implementation of the Supplemental Environmental Project ("SEP") the City agreed to begin a decade ago. Section IV, Paragraph 5(jj) states that the ITPM shall "[m]ake best efforts" to implement the SEP over a four-year period, to the "extent of the balance remaining in the City's escrow fund for the SEP."[36] The SEP calls for the City to spend $850,000 to repair or replace nearly 400 private sewer laterals that are defective.[37] The benefit to the community—repair of sewer laterals connected to homes—should be prioritized more than a hard-to-enforce "best efforts" requirement. The City agreed to implement this project in 2013, and the community should obtain the benefits of this funding as soon as possible. The ITPM should also be required to disclose how much funding remains in the SEP escrow account, and be required to report on his progress to implement this project in each quarterly report.

## NECESSARY MODIFICATIONS TO THE ORDER

The people of Jackson have always been and remain the experts of our own lived experiences and we deserve to have meaningful opportunities to provide input and obtain information about improvements to the sewage system that will affect our city for generations to come.

In this comment we identified some of our greatest concerns regarding the Stipulated Order on Sewer System. We also demand a formalized seat at the table in all decision-making processes related to Jackson's sewage system improvement plans, full financial transparency, and an institutionalized power and accountability checking system placed upon the ITPM. **We request the following modifications to the Order:**

1.  The Order must add a provision that requires the ITPM to comply with Public Record Requests. Amend Section IV, Paragraph 18(a) to provide that the ITPM will disclose records if requested by the public within 21 days of receiving such a request, unless the records would be otherwise exempt from disclosure pursuant to the Mississippi Public Records Act, Miss. Code Ann. §§ 25-61-1 et seq.

2.  Amend Paragraph 6 by striking "*unless otherwise ordered by the Court.*" There should be no way the ITPM can request to sell the City's assets or privatize the sewer system.

3.  Amend Paragraph 5(gg) by adding a clause that requires customer complaints to be processed with a local independent source separate from the ITPM. Amend Paragraph 5(gg) to require that the procedures to receive and respond to customer complaints be implemented by a date certain, within 60 days of entry of the stipulated order.

---

[36] *Id.* at 21.
[37] *See* Appendix F to Consent Decree, *United States v. City of Jackson*, No. 3:12-cv-790 (S.D. Miss. Nov. 20, 2012), ECF No. 2-1, available at https://www.epa.gov/sites/default/files/documents/jacksonmississippi-cd_0.pdf (pdf pages 379-83) (last visited Aug. 29, 2023).

4. Amend Paragraph 18(b) to include:
   a. A clear definition of what "reasonable judgment" is based upon;
   b. provide a specific requirement for how often the website should be updated. *We recommend weekly updates, considering the urgency of the crisis.*
   c. The ITPM must post to the public website all notices and other information required to be submitted to MDEQ pursuant to the CWA and the wastewater system's NPDES permit, including but not limited to required SSO Assessment Forms pursuant to the City's Sewer Overflow Response Plan, and copies of all official correspondence concerning Notices of Violation, reporting, or inspections under the CWA.

5. We demand full transparency.
   a. We request that Section IV, Paragraph 17(a) be changed from "Quarterly Status Reports" to "Monthly Status Reports." These issues affecting the daily health of residents are too important to only receive updates about the ITPM's activities every 3 months.
   b. Similarly, we request that Section IV, Paragraph 17(c) be changed from a requirement for the ITPM to hold a quarterly public meeting to a monthly or bi-monthly public meeting.
   c. We also request that the City's information-retention obligations under Paragraphs 86 to 88 of the Consent Decree be placed on the ITPM and JXN Water. This includes the obligation to "retain, and … instruct its contractors and agents to preserve, all non-identical copies of all documents, records, or other information … that come into its or its contractors' or agents' possession or control, and that relate in any manner" to the ITPM's performance of its obligations under the Stipulated Order.[38]

6. We demand that the Order be modified to include the immediate appointment and hiring of a public representative, an ombudsperson, to serve as the liaison between the Parties to the suit, the ITPM and the people of Jackson.
   a. This ombudsperson must be hired by the ITPM and should serve as the link to a public accountability oversight board, which should have regular input into the prioritization and implementation of sewage system improvement projects.

7. Jackson should benefit from the rebuilding and repair of sewer system infrastructure including fair access to jobs and contracts.
   a. Demand that Order require the hiring of all employees for the sewage system improvement projects be first prioritized to residents of Jackson and all business contracts and accounts be first offered to local businesses and companies.
   b. Require the ITPM or the decision maker to explain why they are not hiring local partners and residents.

8. We need a clear, transparent bid process for contracts. Contractors should also be accountable to community benefits agreements including hiring and local contracting

---

[38] *See* Consent Decree ¶ 86, ECF No. 10.

goals. Include a clause that requires the ITPM to prioritize businesses and companies that agree to engage in Community Benefits Agreement.

9. We also demand an institutionalized community input process into how money on the sewer system is spent.

10. Amend Paragraph 5(w) by removing all provisions that give the ITPM unilateral control over rate changes.

11. Transparent public monitoring of the financial management of sewage system improvement projects. The Order must require the ITPM to report all accounts, balances, payments, contracts, and other financial interests to the people.

12. Amend Paragraph 5(q) to include a clause that requires the ITPM to disclose contracts and agreements. Provide upfront transparency about them because they will affect residents and local businesses.

13. We request that monthly written reports of project implementation and progress as well as project accounting and financials be shared with the people.

14. Amend Paragraph (J) to include a requirement that the ITPM make public all responses to notices of violations from the local, state and federal governments.


Sincerely,

/s/ Danyelle Holmes
Danyelle Holmes
███████████████████████
MISSISSIPPI POOR PEOPLE'S CAMPAIGN
Jackson, Mississippi


/s/ Brooke Floyd
Brooke Floyd
Rukia Lumumba████████████████
THE PEOPLE'S ADVOCACY INSTITUTE
Jackson, Mississippi

**From:** Hayes Singleton
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 2:13:52 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.

Regards,

Hayes Singleton

Employee working in the Jackson area.

Thanks,

**Hayes Singleton**



**Note: If you receive a request via email to make a change to any of your account details and/or to transfer any funds, you must not respond to the email and must contact ▇▇ immediately.**

Note: If you receive a request via email to make a change to any of your account details and/or to transfer any funds, you must not respond to the email and must contact ▇▇ immediately.

**From:**          Dale & Gale Sisulak
**To:**            ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**       [EXTERNAL] United States and State of,Mississippi v. City of Jackson,,Mississippi, Civil Action No. 3:12–cv–,790–
                   HTW–LGI (S.D. Miss.), D.J. Ref. No.,90–5–1–1–09841.
**Date:**          Saturday, August 26, 2023 11:35:29 AM

We write in regard to the above referenced Stipulated Order.  We are
completely in agreement with wastewater/sewer department of Public
Works, Jackson, MS, being placed under the direction of the current
Interim Third-Party Manager, Mr. Edward "Ted" Henifin .  His excellent
management of the Water Department in Jackson more than qualifies him to
bring the Sewer Department, and all related departments, to stability
and proper working order.

Furthermore, it is our opinion that management of Water & Sewer services
in Jackson, MS, should not be under the control of the City of Jackson
once proper service has been restored.  After more than three decades of
dysfunction,  the City has proven it is incapable of such
responsibility.  The expression "throwing good money after bad"
immediately comes to mind.  We are thankful for Judge Wingate's
oversight of this disaster and pray for his continued presence.

Thank you,

Mr. & Mrs. Dale Sisulak

**From:** Sarah Skelton
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 9:36:52 AM
**Attachments:** image001.png

I wholeheartedly support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sarah Skelton



**From:**       Skipper, Jennifer
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Monday, August 21, 2023 10:07:47 PM

As a citizen of Jackson, Mississippi who works in Jackson, lives in Jackson, goes to church in Jackson, and sends my children to school in Jackson I support Ted Henifin managing the Jackson sewer system as there needs to be something different done as the current system is not working.


Thank you –
Jennifer Skipper



CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

**From:**      Bill Smith
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] City of Jackson, Ms. Sewer System
**Date:**      Thursday, August 31, 2023 7:07:52 PM

To Whom It May Concern: I am a retired physician and resident of Jackson for the past ▮ years. My practice was here, my children were all born and raised here, and two of them along with ▮ of my grandchildren still live here. I am amazed at the progress that has been made in the Jackson water system since Mr. Henifin has been in charge, and I am excited at the prospect of him also being in charge of the sewer system as well. This is not an issue of race, and I pray that it race will not be used as a reason for rescinding the previous order. Politicians' mouths water when they see money available from the federal government, and my fear is that those currently in charge will squander those funds in any way they can for their personal benefit. Please allow Me. Henifin to continue his excellent work here by placing him in charge of the sewer system as well as the water system. Thank you for your consideration. William H. Smith, Jr.

Sent from Yahoo Mail on Android

**From:**      George Smith
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson Sewer System
**Date:**      Thursday, August 31, 2023 12:50:45 PM

Gentlemen
I am a ▉ year resident of Jackson and homeowner.   I believe City of Jackson mayor and city council are not capable of making the proper decisions regarding our water and sewer systems.  There I am fully in agreement to have the third party manager take control of the sewer system as well
Sincerely


George S Smith

| | |
|---|---|
| **From:** | Margaret Smith |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket # 36 |
| **Date:** | Tuesday, August 22, 2023 12:27:14 PM |

To whom it may concern,

I have been a lifelong Jackson resident (minus 4+ years in college). I am saddened to see it deteriorate to such a devastating level due to poor leadership. Ted Henifin, his team, Judge Wingate, and the assistance from the federal government have been answered prayers. It has been so promising to see such a competent and efficient leader running our drinking water system.

Our family 100% supports Ted Henifin be appointed as the interim third-party manager of Jackson's sewer system. The City of Jackson cannot handle operations of our sewer system. There are numerous places, including my neighborhood, where raw sewage was leaking into the ground/creeks/land. Once reported, the city's response was to put a yard sign nearby that said something to the effect of "raw sewage leaking. please avoid." this is unacceptable as common sense and reason understands that raw sewage is a serious and immediate public health issue.

As Jackson citizens, we fully support Ted Henifin to run our sewer system.

thank you,

Margaret and Peyton Smith

**From:**
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 Docket Number 36
**Date:** Friday, August 18, 2023 8:22:24 PM

I am writing in support of the court's order and also in support of
Ted Henefin taking control of the Jackson water and sewer
departments.


Thank you,
Norwood Smith

**From:**      Taylor Smith
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Friday, August 18, 2023 6:21:25 PM

I would like to voice my utmost support for this order and for Ted Henifin's leadership in the Jackson Water and hopefully sewer department.  Under his brief period of leadership, more has been done to stabilize and improve our water department than has been done in decades.  Thank you.

Taylor Smith
███████████

Sent from my iPhone

**From:** Bill Smith
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] City of Jackson, Ms. Sewer System
**Date:** Thursday, August 31, 2023 7:07:52 PM

To Whom It May Concern: I am a retired physician and resident of Jackson for the past ███ years. My practice was here, my children were all born and raised here, and two of them along with █ of my grandchildren still live here. I am amazed at the progress that has been made in the Jackson water system since Mr. Henifin has been in charge, and I am excited at the prospect of him also being in charge of the sewer system as well. This is not an issue of race, and I pray that it race will not be used as a reason for rescinding the previous order. Politicians' mouths water when they see money available from the federal government, and my fear is that those currently in charge will squander those funds in any way they can for their personal benefit. Please allow Me. Henifin to continue his excellent work here by placing him in charge of the sewer system as well as the water system. Thank you for your consideration. William H. Smith, Jr.

Sent from Yahoo Mail on Android

**From:**      Smith, Bill
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Sewer takeover Jackson, Ms.
**Date:**      Monday, August 28, 2023 1:00:42 PM

I very much support the federal court order in Jackson, Ms. placing the City of Jackson's sewer system under the control of  Mr Heflin.  For many years the city has been unable to correctly operate the sewer system.  We have sewer leaks in our neighborhood the city has been ignoring for years. Calls to the city have for years received no response

Mr Heflin has brought in professionals to get the water system straightened out and I am confident he will do the same with the sewer system.

Sincerely
William L Smith

Sent from my iPhone



**From:** Robin Smith
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ#90-5-1-1-09841 DOCKET NUMBER 36
**Date:** Thursday, August 17, 2023 8:09:56 PM

In regard to public comments in the matter of the Jackson Sewer System management:

I support and appreciate the order provisional of Judge Wingate to put the third party administrator Ted Henefin (JXN Water) in charge of Jackson's sewer system. I believe that this provisional order should be made permanent. It just makes sense that water and sewer systems are closely connected - and both need fixing. Thank you Judge Wingate.

As a long time resident of Jackson, it has been very disappointing to see the erosion of our city functions - garbage collection fiasco earlier this year, not enough law enforcement/high crime, unsafe water and unreliable sewer. These are basic services! If the people who are supposed to be running the city continue to run the sewer system it will continue to be the same mess.

 We need help to bring us up to a functioning city that people want to live in.

Sincerely,
Robin Smith


Sent from my iPad

| | |
|---|---|
| **From:** | Camille Allen Snyder |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] DJ# 90-5-1-1-09841 - Docket Number 36 |
| **Date:** | Wednesday, August 30, 2023 12:31:57 PM |

I am a Jackson resident. I am in support of the sewer system being managed by Ted Henifin and JxnWater.

Ted Henifin is an excellent leader and the city of Jackson needs him.

Best regards,
Camille Snyder

--

Camille Allen Snyder

| | |
|---|---|
| **From:** | Sondgeroth, SrDorothea |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5----1-1-09841 |
| **Date:** | Wednesday, August 23, 2023 4:29:28 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sister M. Dorothea Sondgeroth

████████████████
████████████████

---

Important Notice: ████████████████ or any of its affiliates will never send e-mails that require you to send account or personal information to us via public e-mail.

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product, highly confidential, or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distr bution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender by reply e-mail, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:**       Keyla Spankovich
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Water Supervision
**Date:**       Thursday, August 31, 2023 7:01:03 PM

To whom it may concern,

I am wholeheartedly in support of Judge Wingate's order for the continued management of the City of Jackson's sewer system by Ted Henifin (aka JxnWater).

Best regards,
Keyla Spankovich
███████ resident

| | |
|---|---|
| **From:** | Karen Spencer |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Karen Spencer |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-109841 Docket #36 |
| **Date:** | Monday, August 28, 2023 2:44:51 PM |

**Send email to: pubcomment-ees.enrd@usdoj.gov**
**Subject line: Comments DJ#90-5-1-09841 Docket Number 36**
**Body of Email: State your support (if you agree) with the court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater.**


Dear Sir:

I believe the Jackson Mississippi sewer system **should be managed by Ted Henifin** and his organization JxnWater.

Thank you,

Karen H. Spencer

Karen H. Spencer
████████████████
██████████████████
████████████

| | |
|---|---|
| **From:** | Rachel Spivey |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number |
| **Date:** | Sunday, August 27, 2023 11:59:27 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

I support the court order for our sewer system being run by Ted Henifin and JxnWater. Please continue!

Thank you,
Rachel D Spivey



CONFIDENTIALITY NOTICE: The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Immediately notify the sender by reply e-mail if you have received this communication in error. Please delete this communication and any copies thereof. This email (including attachments) is covered by the Electronic Communications Privacy Act, 19 USC Sections 2510-2521

I support the order for the continue management by Ted Henifin of the sewer system.
He is The Best person for this and has done great with the JXN water system.
Thank you
Hannah Stanley,
Jackson, MS

**From:** Laura Stansell
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 3:46:32 PM

I support the court order for water and sewage to be led by Ted Henifin and JxnWater
Thank you!
Laura

**From:**      Tommy Stansell
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 11:59:55 AM

I wanted to express my **support** for the federal court order placing control of the Jackson, MS sewer management under JXN Water that is managed by Ted Henifin.

Thank you,

Tommy Stansell
Jackson, MS Resident

**From:**      John Stanton
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 4:05:43 PM

To the Honorable Henry T. Wingate, US D.J.,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.

Since moving here in ████ and opening our first business here in ████ Ted Henifin's tenure has been, by far, the most stable period of water supply we have seen, and I am confident he will do an equally good job in this role.


Regards,
Jack Stanton

Jackson, MS Resident

████████████████████████████


John ("Jack") B. Stanton

**From:** Rebecca Gilbert
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 12:58:35 PM

I support Judge Wingates order that appoints Ted Henifin as the interim third party manager of the Jackson sewage system

Rebecca Starling

**From:**       Anna Fiser
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ#90-5-1-1-09841 doc number 36
**Date:**       Friday, August 25, 2023 11:39:47 AM

I support the court's order and sewer system being managed by Ted Henifin and JXNwater.

Anna Stephens

Sent from my iPhone

**From:**      Sarah Sterling
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Re Civil Action No 3:12-cv-790-HTW-LGI
**Date:**      Thursday, August 31, 2023 5:02:20 PM

United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv–790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841.

To the Honorable Judge Winegate and the Assistant Attorney General, Environment and Natural Resources Division:

As a long time citizen of Jackson, I urge you to move sewer system management and administration to Jxn Water and Ted Henifin. The current leadership of the City of Jackson has proven it is incapable of managing this basic system, similar to the water system, garbage collection system, and many other city services.

Last year, my family had a sewage leak in our front yard. Tampons, toilet paper, condoms, and human waste flowed in our yard, onto our street, and into the creek across the street ███████. My husband and I, along with our neighbors, made multiple calls to the city to report the leak and request assistance on multiple days. After several days, the leak was temporarily fixed, only to start overflowing again after a rain. After several more phone calls and a prolonged delay, the leak was fixed again. As a mother and a physician, I was shocked by the lack of concerned of those in charge with raw sewage overflowing for days upon days.

The leaders of our city are and have been aware of the sewer system failures, yet they have chosen inaction and denial. It is embarrassing and distressing that such a simple city service cannot be provided, especially one that can cause such detrimental effects to health and well-being when improperly managed. The water system shows dramatic change is possible. The contrast in the water system since Jxn Water has assumed control is remarkable. Call staff are responsive and polite, call and wait times notably improved, repair times are drastically improved, and boil water notices are significantly reduced.

Jxn Water offers hope to the citizens of Jackson, who deserve a functional, safe sewer system. The current leadership in the City of Jackson cannot provide these services. Instead, it seems some leaders refuse to take any meaningful action, and instead are more interested in criticizing the efforts of others and making baseless, racially charged accusations.

I implore you to assist us. The City of Jackson's leadership has failed its citizens. Please remove control of the sewer system from the City of Jackson and move it to Jxn Water.

Sincerely,
Sarah Sterling
████████████

**From:**      Cary Stockett
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] I support the Wingate ruling; DJ#90-5-1-1-09841; Docket 36
**Date:**      Wednesday, August 23, 2023 9:42:05 PM

---

I strongly support the ruling of Judge Wingate, making Mr Ted Henefin as the 3rd-party administrator of the Jackson, Ms sewer system.  Mr Henefin  is not caught up in the blaming and wrangling between the city and state, and has already accomplished more for our water and sewer systems in a few months than we've seen in years.
Respectfully,
Rev.  Cary Stockett

Sent from my iPhone

**From:** Mechelle Stockett
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ 90-5-1-1-09841 Docket 36
**Date:** Wednesday, August 23, 2023 9:53:23 PM

I fully support Judge Wingate's decision to put the sewer system under the supervision of Ted Henefin. He has done so much for our water system. In a short amount of time, he has proven himself more capable than our city or state officials regarding such matters.

Jackson needs help. Let's not let "political territorialism" block the basic infrastructure needs of our community.

Sincerely,
Mechelle Stockett

**From:**       DANNY STORY
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson sewer
**Date:**       Thursday, August 31, 2023 10:50:58 AM

Please keep Judge Wingate's order for Ted Henefin to oversee the Jackson sewer system repairs!  Thanks!  Danny Story

**From:**        GRAVES STUBBLEFIELD
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] Comments Dj#90-5-1-109841 Docket Number 36
**Date:**        Sunday, August 27, 2023 10:19:58 PM

I Support the court's order and the sewer being managed by Ted Henifin and JxnWater.
Sincerely,  Dr G. C. Stubblefield. ████████████████████
Sent from my iPad

**From:** Erica Skelton Stutzman
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Wednesday, August 23, 2023 9:05:49 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

Erica Stutzman

**From:**        Sharron E. Sullivan
**To:**          ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] WATER/SEWER COMMENT
**Date:**        Thursday, August 24, 2023 11:51:12 AM

I am a citizen of Jackson Ms. I would like to comment about the lack of service me and my family have received from Jackson Water. The call center will only take a concern after you give them the last 4 of your social even tho I was only calling to report a water break where water was gushing up and flooding the street.
I am in support of let us all work together to get to the best water delivery and drinking water for Jackson.

I am extremely frustrated with the service center I have had to call them a few times regarding water odor, color and low water pressure and each time I have called it has been a encounter of craziness. The operators literally want a ton of information before you can report the concern. Let me also state I have no past due bill in fact I have a credit as I pay something before I even get my billing statement. Im not against the questions but it is a long process and I have spoken with ███████████ at the call center numerous times and whew is she mean. I even tried reaching out directly to Mr. Henefin office directly and was told they have no control or concern regarding the call center and OH WELL.

I don't know what we will end up with regarding all this new and hopefully great oversight but right now its now looking great.


Thank you for listening

Ms. S. Sullivan

**From:**       Vicki Swayze
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Yes to Ted Henifin
**Date:**       Sunday, August 27, 2023 7:49:21 PM

The city of Jackson desperately needs to continue management by Ted Henifin.

Vicki Swayze

**From:** Jimmye Sweat
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 21, 2023 12:18:13 PM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Jimmye Sweat**

Jimmye Sweat



| | |
|---|---|
| **From:** | Carol Taff |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Wednesday, August 30, 2023 7:11:26 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. We desperately need this work to go forward as rapidly and efficiently as possible.

Carol Taff

**From:**       Dionne Taylor
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jxn water sewer
**Date:**       Tuesday, August 29, 2023 9:31:00 AM

Good morning, I live in Jackson,Ms. I'm in agreement with Mr. Henifin taking over the water sewer. However, there needs to transparency and  updates given periodically.  I've lived in Jackson almost ▆ years. If it takes an outside contractor to lead the water sewer to get things in order then so be it. We deserve to live in a city that's thriving and not wasting away.

Sent from my iPhone

**From:**      Melanie Taylor
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 3:26:01 PM

I support the court's order and the sewer system being  managed by Ted Henifin and
JXNWater.

Melanie Taylor ███████████
███████████████████

**From:**  Linda Templeton
**To:**  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**  Monday, August 28, 2023 11:03:52 AM

I fully support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Sincerely,
Linda Templeton

Please submit your comments below on the Stipulated Order for the **City of Jackson Sewer System** by the Department of Justice, Environmental Protection Agency, and the Mississippi Department of Environmental Quality. Please submit comments via email to pubcomment-ees.enrd@usdoj.gov or by mail to Assistant Attorney General, U.S. DOJ – ERND, P.O. Box 7611, Washington, DC 20044-7611. Comments must be received on or before **August 31, 2023**. Comments should refer to DJ# 90-5-1-1-09841 and Docket Number is 36.

I'm not good with words so here are my thoughts as best as I can enote them.
Stated Bioed here ████████████████ the streets were always nice. Never flooded.
Clean running water. Three times a year our drains were cleaned and ditches
cut back and clear. I have never had to have flood insurance because flooding
was never an issue. Now were snakes, mosquetos galore, fleas, spiders, roaches etc.
In a short time, say five years, everything has gone to the dogs, literally.
Every rain 4' to Hell floods. My yard and neighbors are sinking, flooding severely
this hard earned $$ that were invested in our yards and homes. Some
The water is changing our stable homes and effecting our health.
This is with serious health conditions, diabetics can't live like this anymore.
I can't get flood insurance now. Noone will even discuss a flood policy.
What will we do if we lose our homes to water? I'm disabled. I can't
move, my 93 year old mother can't move. But we are slowly being swept away
by flood, poor conditions of our city, bugs, snakes, wild animals (we're over population
of animals and their mess.)
White Creek and Pearl river are at our back doors. I just don't know
how else to point out the issues that are detrimental to my and
my neighbors homes and health. It's heart breaking to have had such a
wonderful town turn to a cess pool so quickly. I am worried about
where and what will I do when the town is completely abandoned and left to
the things and deep to wallow in. It's not possible for most to face
these issues. If I am needed I can be called at anytime. Because I
speak better face to face than writing my thoughts and problems down on paper.

NAME: (Optional) _Amanda Terral_

████████████████████████████████

Email Address (Optional) ████████████████████████████████

Tell us about yourself! I am: ✓ An Individual    ◯ An Organization    ◯ Anonymous

*If you or another person is the author*    *A company, organization, or government agency*    *If you do not want an entity associated with the comment*

For more information about the Stipulated Order, visit https://www.epa.gov/ms/jackson-ms-sewer-system

roviding personally identifiable information (PII) such as your name or email address is entirely optional. Your comments will be considered with or thout such information. The contents of any comments you submit, including any PII you provide, may be filed in whole or in part on the public court ocket without notice to you. If you provide an email address, the Department of Justice's Environment and Natural Resources Division or the vironmental Protection Agency may contact you regarding any future opportunities for public comment in this matter.

**From:**      Austin Terry
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Tuesday, August 22, 2023 10:19:04 PM

To Whom it May Concern

I support consolidation of the sewer system under Ted Henefin and JXN Water's management.

The water system has been untrustworthy all ███ years of my time in Jackson.

That changed over the past 12-18 months.

In my opinion, the positive impact Ted Henefin and JXN Water have had on Jackson's water system is tangible and undeniable.

While I do not agree with all of JXN Water's proposed ideas, I am grateful for their leadership and strongly support expanding their scope to include the sewer system.

Austin Terry
███████████

Sent from my iPhone

**From:**       Geraldyn Terry
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] DJ# 90-5-1-1-09841 Doc # 36
**Date:**       Tuesday, August 29, 2023 11:18:29 AM

Please make sure there is integrity and accountability. Incompetentcy runs rampant here. I have no problem with minority participation as long as they are qualified. We have seen for the last 25 years or so, awarding contracts to unqualified minority contractors who then engage the qualified subcontractor. This has inflated the price of contract for personal gain at the expense of taxpayers and citizens. Moreover, nothing gets completed and all the funds are gone.

Do not allow this and other proven incompetent and greedy, persons or administrations get their hands on any money or have control over any faucet of this project!

Regards,
Geraldyn Terry

Sent from AT&T Yahoo Mail on Android

**From:**     SUZANNAH MCGOWAN
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ# 90-5-1-1-09841
**Date:**      Friday, August 25, 2023 9:24:57 PM

I live along ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which all come together along my property. This past Spring the odor of sewage was so bad that no one living in this area could go outside without gaging. I learned about the sewage leaking into ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ much later due to no full disclosure. There is no excuse. Children play along the creek as well as all the animals and wildlife. Even though my pets are on a hidden electric fence, the spring waters over flow their banks into a small oxbow on my property. These waters overflow all along their banks from their origination to their destination of the Pearl River.  All 7 of my pets and my daughter's pets had to be treated for gastric issues with multiple trips to the vet. The health hazard to all is astounding. All had to take metronidazole for diarrhoea caused by protozoal parasites such as giardiasis and bacterial infections which come from fences contaminated water. The fact that it was not addressed and allowed to go on for so long is disgusting. I also live on a major sewer line easement for the City of Jackson.  I reported a sewage leak several years ago that had I not it would have not been taken care of due to the fact that no one checks this area. There is a major pipe that crosses from the easement over White Oak Creek towards the McLeod area. Several neighbourhoods lines cross on this property coming from Old Canton Road. I definitely support this order and appointing Ted Henifin to manage, operate, and maintain the City of Jackson's sewer system.

I personally think it is time that The City of Jackson file for bankruptcy and a conservatorship put in place to get the affairs in the City of Jackson back in check as well as bring accountability.

Sincerely,

Suzannah Thames

▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

**From:**    Judy Thames
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson sewage
**Date:**    Thursday, August 17, 2023 9:20:38 PM

Please allow Ted Henifen to continue in his position over the sewage system in Jackson.  He has already repaired issues that the city of Jackson has been unable or unwilling to address.

Also, can he take over the repair of city streets as well?

Judith F Thames

**From:** Mary Alex Thigpen
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL]
**Date:** Thursday, August 31, 2023 10:15:03 PM

I support Ted Hennefin continuing to oversee Jackson water and sewer system.

**From:** Ivy Thomas
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:** Thursday, August 31, 2023 9:47:30 AM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.


SIGNED:
IVY THOMAS

**From:**  Philip Thomas
**To:**  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] DJ# 90-5-1-1-09841; docket no. 36 - City of Jackson, MS sewer system
**Date:**  Monday, August 28, 2023 6:55:25 PM

To whom it may concern,

I have lived and owned a home in Jackson, Mississippi since ███ . I fully support the continued management of the Jackson sewer and water systems by Ted Henifin and his team.

Over the ████████ years I have lived in Jackson, the water and sewer systems continually deteriorated before Mr. Henifin took over management. As an example, on my street, for over a decade during heavy rains raw sewage leaked from the sewer system onto the street and into Eubanks Creek, which drains into the Pearl River. Repeated pleas by myself and my neighbors to the City of Jackson resulted in zero repairs or even repair attempts. The mindset within the City's administration appeared to be that the City was incapable of repairing the sewer and water system for various reasons.

Since Mr. Henifin took over management of the water system, residents have seen steady improvements. Perhaps equally important for resident morale, we now see genuine concern and effort. It is now common to see work being done to the system. In the past, work was only done when main water lines ruptured. Residents are becoming optimistic that the downward trajectory has reversed. Credit for this must go to Mr. Henifin and his team.

I am grateful for Judge Henry Wingate's oversight and rulings related to Jackson's water and sewer systems. Based on the results I am seeing, I have complete confidence that Judge Wingate's orders are correct and best for the City and its residents. I hope that Judge Wingate oversees the receivership indefinitely and that Mr. Henifin continues to manage the systems for as long as possible.

In my opinion, any residents who are not grateful and supportive of Mr. Henfin's management represent a very small percentage of Jacksonians. I have heard no valid criticism or spoken with any residents who are not impressed and happy with Mr. Henifin's work. He is a tremendous asset to the City who should be used to his full potential.

Thank you for receiving this comment.


Philip Thomas

**From:**     t
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Jackson ms water
**Date:**     Friday, September 1, 2023 8:42:39 AM

Last year the city sewer backed up into my house through an old abandoned sewer line and we had to pump over 1000 gallons of sewage out of the basement. The city claimed this wasn't their issue so it cost me about $10,000 to have the pipe filled in.

My father in law has a sink hole in the street leaking sewage into his yard for the last 3 months so his grandkids can't go out in the front yard. The city only filled the hole with gravel and put up barrels. The leak continues.

A few streets away from us the sewage drains right out of the manhole down the street 25 yards until it empties into the creek and runs into the Pearl River. The city just put up a sign saying beware of the sewage.

**From:** Sally Todd
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-0984
**Date:** Thursday, August 31, 2023 1:28:38 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:
Sally Todd

Sent from my iPad

**From:**    Brad Tompkins
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:**

---

*To the Assistant Attorney General, Environment and Natural Resources Division,*

*Please accept this as a public comment regarding the entitled United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841.*

*Third-Party Manager, Ted Henefin, has done a fantastic job in such a short period. As a resident of Jackson, MS I can attest to the improvement of the water system, as well as the sewer system now that has been placed under his umbrella. There are certain factions of Jackson, that would love to regain control of the water and sewer system for their own benefit and the detriment of the system as a whole. Please do NOT allow that to occur. The water and sewer should be placed under an independent water board and run by a competent manager like Mr. Henefin.*

*Thank you,*
*Bradley Tompkins*



**From:** MARILYN TRIPLETT
**To:** ENRD, OEJ-Jackson (ENRD)
**Subject:** [EXTERNAL] Comment
**Date:** Thursday, August 31, 2023 2:12:27 PM

I would like for my comment to be considered.  I attended the meeting at the Jackson e-Center.  One person spoke and suggested that rather than have all equipment and services be concentrated in one area of the city, that equipment and improvements be performed in several areas of the city at the same time.  He suggested four areas at the same time.  I agree with his suggestion or some form of his suggestion. I ask that his suggestion be given serious consideration. This type of service could possibly minimize citizens from feeling distrust and anxiety that some type of favoritism could be occurring in a particular area of the city while other areas are being neglected. The whole city experiences water/sewer difficulties.

Thank you

**From:**   MARILYN TRIPLETT
**To:**   ENRD, OEJ-Jackson (ENRD)
**Subject:**   [EXTERNAL] Comment
**Date:**   Thursday, August 31, 2023 2:12:27 PM

I would like for my comment to be considered.  I attended the meeting at the Jackson e-Center.  One person spoke and suggested that rather than have all equipment and services be concentrated in one area of the city, that equipment and improvements be performed in several areas of the city at the same time.  He suggested four areas at the same time.  I agree with his suggestion or some form of his suggestion. I ask that his suggestion be given serious consideration. This type of service could possibly minimize citizens from feeling distrust and anxiety that some type of favoritism could be occurring in a particular area of the city while other areas are being neglected. The whole city experiences water/sewer difficulties.

Thank you

**From:**      MARILYN TRIPLETT
**To:**        ENRD, OEJ-Jackson (ENRD)
**Subject:**   [EXTERNAL] Comment
**Date:**      Thursday, August 31, 2023 2:12:27 PM

I would like for my comment to be considered.  I attended the meeting at the Jackson e-Center.  One person spoke and suggested that rather than have all equipment and services be concentrated in one area of the city, that equipment and improvements be performed in several areas of the city at the same time.  He suggested four areas at the same time.  I agree with his suggestion or some form of his suggestion. I ask that his suggestion be given serious consideration. This type of service could possibly minimize citizens from feeling distrust and anxiety that some type of favoritism could be occurring in a particular area of the city while other areas are being neglected. The whole city experiences water/sewer difficulties.

Thank you

**From:** Sandra Tucker
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Docket 36I
**Date:** Sunday, September 3, 2023 6:33:59 PM

I support the court"s order appointing   TED HENFIN  over Jackson's sewer system.

Sandra Tucker

**From:** Sandra Tucker
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Docket 36
**Date:** Sunday, September 3, 2023 6:33:58 PM

I support the court's order appointing Ted Henifin head of Jackson's sewer system.

Sandra Tucker

| | |
|---|---|
| **From:** | Ben Turnage |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | ███████████ |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 |
| **Date:** | Wednesday, August 23, 2023 3:46:07 PM |

Thank you, Judge Wingate for appointing Ted Henifin to oversee and manage the City of Jackson water system.  Please allow him the Authority and Opportunity to also oversee the City's sewer system.

I write as a current ██ + year resident of the City of Jackson. The City of Jackson is incapable of managing its affairs and is incompetent to say the least, although they always have a plethora of excuses for their abject failures. Raw sewage has been allowed to run into our streets, lakes and water supply sources for too long – with no consequences whatsoever to the City's Administration.

Mr. Henifin understands how to correct these horrendous problems in a timely manner.  He is responsive, efficient and effective – something the City of Jackson Administration knows nothing about.

Mr. Henifin is adequately transparent and only needs to answer to this Court – those calling for transparency were nowhere to be found when the City of Jackson was "in charge".  Finally, please do not burden Henifin with any minority set aside requirements – please allow him to select the best service and equipment for value offered, regardless of vendor. Mr. Henifin is a true professional and Jackson (and those down the river) should be proud to have him and thank him every day – and thank you sir for putting him in charge.

**From:**      Amy turner
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Ted Hennefin
**Date:**      Thursday, August 31, 2023 9:07:57 PM

I support Ted for Public Works help with the sewer department. Jackson needs more people like him.

Sent from my iPhone

**From:**      David Turner
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Ted Henifin Jxn Sewer
**Date:**      Saturday, August 26, 2023 8:12:28 PM

---

I am a developer in city of jackson. We do commercial and residential development and have seen great improvement in the water dept in our restaurants and residences since Ted henefin has taken over. I'm in full support of Ted taking sewer as well. I would encourage you to allow him to take this over for the betterment of city of Jackson.

David Turner
Maybe sent from my iPhone
So please disregard any typos

**From:** Jon Turner
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson MS Sewer System
**Date:** Friday, September 1, 2023 12:58:56 AM

DOJ:

My city of Jackson Mississippi desperately needs Ted Henefin to be responsible for our sewer system repairs and renovations with the available federal funds. He has worked miracles with our water system. City government has proven to be incapable of managing either water or sewer.

Thank you,



**From:**       Aol Mail
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson"s water woes
**Date:**       Thursday, August 31, 2023 7:45:26 PM

Hello,

Please allow Federal intervention in the Jackson sewer woes.  As you know, this has been an ongoing problem, with little to no results from the City of Jackson.  Mr. Ted Henifin was making progress, and I ask you to give the responsibility back to Mr. Henifin or someone of his caliber.

Thank you,

Phyllis Tutor

**From:**      dolores ulmer
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 docket number 36
**Date:**      Thursday, August 31, 2023 4:02:23 PM

I strongly support the court's order and the seer system being managed by Ted Henifin and

Dolores Ulmer

████████████████████████

--
*Dolores*

Please submit your comments below on the Stipulated Order for the **City of Jackson Sewer System** by the Department of Justice, Environmental Protection Agency, and the Mississippi Department of Environmental Quality**. Please submit comments via email to pubcomment-ees.enrd@usdoj.gov** or by mail to Assistant Attorney General, U.S. DOJ – ERND, P.O. Box 7611, Washington, DC 20044-7611. Comments must be received on or before **August 31, 2023**. Comments should refer to DJ# 90-5-1-1-09841 and Docket Number is 36.

We believe that it would be ill advised for the EPA to be removed from from an oversight role and leave procurement up to the Interim Third Party Manage and the Judge.

They have shown by their handling of the drinking water Stipulated Order that they have disregarded any procurement standard which addressed the Presidents Justice 40 initiatives or any serious efforts to conduct business with local Minority businesses,

It would be shameful to spend all of this grant money in Jackson and not allow it to create any local wealth.

If the order is approved, it should include an implementation plan which required minority participation in all elements including professional hires in the office of the ITPM.

: (Optional) _____

Email Address (Optional) _____

**Tell us about yourself! I am:** ◯ An Individual      ◯ An Organization      ◯ Anonymous

*If you or another person is the author*    *A company, organization, or government agency*    *If you do not want an entity associated with the comment*

For more information about the Stipulated Order, visit https://www.epa.gov/ms/jackson-ms-sewer-system

Providing personally identifiable information (PII) such as your name or email address is entirely optional. Your comments will be considered with or without such information. The contents of any comments you submit, including any PII you provide, may be filed in whole or in part on the public court docket without notice to you. If you provide an email address, the Department of Justice's Environment and Natural Resources Division or the Environmental Protection Agency may contact you regarding any future opportunities for public comment in this matter.

**From:**  Micah Usry
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-09841
**Date:** Monday, August 28, 2023 10:09:31 AM

I am writing this email considering the current and past mismanagement of the City of Jackson's water systems. I am strongly advocating for the water system to be placed under the administration of Ted Henefin.

Micah Usry



**From:**       Alec Valentine
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comment on Ted Henefin
**Date:**       Saturday, August 26, 2023 2:06:45 PM

I am in favor of Ted Henefin continuing the work he has been doing and also taking on the sewage issue.  The City of Jackson has not shown itself able to handle the problem.

Alec Valentine

| | |
|---|---|
| **From:** | William J. VanDevender |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 2:43:21 PM |

The Honorable Judge Henry T. Wingate,

I want to thank you for letting us show our support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.  We are a Jackson business that is constantly trying to grow and improve our opportunities here in Mississippi. We need Mr. Heflin to operate our sewer system because we think it is equally important for Jackson to have a sound, successful, operating sewer system along with our water system. He has been a game changer for business success here in Jackson and we need this stability to grow our business.

Thanks for your consideration in this matter.


William J Van Devender

*Billy Van Devender*


Jackson, MS Resident

**From:**
**To:**     ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ# 90-5-1-1-09841, Docket #36
**Date:**   Tuesday, August 29, 2023 10:02:06 PM

Dear Sir or Madam:

Our family supports the Court's order to have the Jackson, Mississippi sewer system managed by Mr. Ted Henifin and JxnWater.

Mr. Henifin and JxnWater have done an excellent job overseeing the City's water system problems and we need their expertise and management skills to oversee the City's sewer system.

Thank you for allowing me to comment on this critical matter.


Sincerely,
Clare Van Loon

**From:** Gilbert Van Loon
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Fwd: DJ# 90-5-1-1-09841, Docket #36
**Date:** Wednesday, August 30, 2023 10:36:42 PM

Subject: DJ# 90-5-1-1-09841, Docket #36

Dear Sir or Madam:

Our family supports the Court's order to have the Jackson, Mississippi sewer system managed by Mr. Ted Henifin and JxnWater.

Mr. Henifin and JxnWater have done an excellent job overseeing the City's water system problems and we need their expertise and management skills to oversee the City's sewer system. In the short time they have been in charge of the water system, they have reversed years of neglect to the system.

Thank you for considering my comment.


Sincerely,
Gilbert C. Van Loon
███████████████

**From:**      Ward VanSkiver
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-109841 Docket Number 36
**Date:**      Sunday, August 27, 2023 12:08:31 PM

As a member of the ███████████████████████, I am in strong support of the Court Order of July 31 st to have the Jackson Water Department, under the direction of Mr. Ted Henifin, take over the management of the Jackson Sewer Department.

Sincerely,

Ward W. Van Skiver, Sr.

**From:** Jon
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 9:01:00 AM

As a Jackson resident and supporter of this city, I full support our sewer system being managed by Ted Henifin and JxnWater. They're doing a great job restoring our water system.

Thank you,

Jon V


Sent from my iPhone

**From:**     Laura Alice VanderSteeg
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841Docket Number 36
**Date:**     Tuesday, August 29, 2023 10:40:07 PM

**We support Ted Henifin and his organization, JxnWater!!!**

Thank you!

Laura Alice VanderSteeg

██████████

| | |
|---|---|
| **From:** | Lindsay Varnadoe x7303 |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 9:58:25 AM |

To Whom It May Concern:

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sincerely,

Lindsay Varnadoe



**Lindsay Varnadoe**
Attorney
My Bio

*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

| | |
|---|---|
| **From:** | Jody Varner |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 28, 2023 4:40:05 PM |

To Whom it may Concern-

I am 100% in support of the stipulated order from United States District Judge Henry T. Wingate, which includes the appointment of Ted Henifin as the interim third-party manager of Jackson's sewer system. In addition, I 100% support the idea that the sewer system be managed by Ted Henifin and his organization, JxnWater.

Jody Varner

## Joseph E. Varner III



**From:** Michelle Varner
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841
**Date:** Monday, August 28, 2023 12:53:52 PM

I support the court's order and the sewer system being managed by Ted Henifin and his organization, JxnWater. He has done a great job with water and I know he will with the sewer.

Michelle Varner

**From:** GLORIA WALKER
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Water problem in Jackson
**Date:** Saturday, August 19, 2023 1:07:07 PM

Ted Henefin gets my vote to overhaul the Sewer and Water systems in Jackson MS. Local authorities have had their chance and failed miserably!  It is time for a radical change in leadership!!!!   Gloria Walker

Sent from the road

**From:** Marc Walker
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841Docket Number 36
**Date:** Thursday, August 17, 2023 5:36:18 PM

Body of Email: State whether or not you support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

I support the Courts order for third party management of City of Jackson Mississippi water and sewer system managed by Ted Henifin and JxnWater.

We need help!

Marc E. Walker ███████████

Sent from my iPhone

**From:** Carla Wall
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 1:44:20 PM

As residents and tax payers of the city of Jackson we support the court's order and sewer system being managed by Ted Henifin and JxnWater.
They are doing a good job.

Randall and Carla Wall



**From:**          Tina L. Wallace
**To:**            ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**       [EXTERNAL] Jackson, MS Sewer System. Comment
**Date:**          Thursday, August 31, 2023 10:59:54 PM
**Importance:**    High

Sir/Madam,

I am writing to ensure that it is perfectly understood that the groups that have spoken against Interim Third-Party Manager Ted Henifin receiving control of the city's sewer system do NOT represent or speak for all African American citizens in the City of Jackson, MS. The current administration has had ample opportunity to be concerned about our water and sewer system for almost two terms now, yet matters have  only gotten worse.

Many of us are sick and tired of the continuous antics of this current administration to further divide the Capital City by playing the  race card. Enough is Enough! It is my prayer that Mr. Henifin is afforded the opportunity to provide the quality service WE as Jacksonians deserve.

There are more with Mr. Henifin taking over the water and sewer system than against it. Honestly, it would be best if he had complete control of  the whole Public Works Department.

Bottom line …. We deserve far better than what we've gotten since July 1, 2017. There are only two positions to consider: (1) Part of the PROBLEM or (2) Part of the SOLUTION. Mr. Henifin is clearly Thee SOLUTION to this devastating and embarrasing state of our water and sewer system.


**We are One City with One Aim and One Destiny! I  wholeheartedly support the transfer for the betterment of ALL citizens and visitors of Jackson, MS .**

Thank you,

Tina L. Wallace

███████████████

Sent via the ████████████████████████ smartphone

**From:**

**To:**        ENRD, PUBCOMMENT-EES (ENRD)

**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36

**Date:**      Thursday, August 17, 2023 11:05:26 PM

Dear Sir or Madam,

Please see that I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.  We desperately need a professional, experienced person, Ted Henifin, to repair the sewer system and, since the billing is part of the water billing system, it makes sense to combine the efforts into one manager.  This will simplify and probably reduce the cost of both the water and the sewer efforts and help avoid the environmental discharge and other issues that have long plagued  the city .

Thank you,

Ben Walton

**From:** Marita Walton
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 17, 2023 10:32:57 PM

Dear Judge Wingate or others to whom this may be directed with appropriate oversight over the matter of the water and sewer services in Jackson, Mississippi:

**I wholeheartedly support the court's order** in the matter referenced above and want to underscore my unreserved commendation of Mr. Ted Henifin for the job he has been doing under extremely difficult circumstances for many months. I urge consideration of his continued management of JxnWater.

Mr. Henifin's efforts have brought a welcome and heretofore-unseen level of professionalism in management and expertise across the many facets of water and sewer administration. I applaud this court's decision above and the tenacity to resist all distractions being offered to the contrary.

We have lived in the City of Jackson since the ▮▮▮▮ and have experienced over recent years an appalling disregard for even a modicum of accountability by city officials as well as an utter lack of transparency in city management as we suffered over a period of years through numerous days and weeks without basic water for restaurants, hospitals and residential consumers. The billing for the sub-par services has ranged from random to overpriced to none at all -- with no explanations. We have been calling the City to address accounts and correct billing on water/sewer billing matters for many years now and have as recently as two weeks ago finally gotten a meeting with someone who is knowledgeable under Mr. Henifin's management team!

In summary, I want to go on record as fully supporting the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Respectfully submitted,

Marita P. Walton

**From:** Cecile Wardlaw
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comment DJ#90-5-1-1-09841 docket number 36
**Date:** Wednesday, August 23, 2023 10:59:42 AM

I strongly support the court's order and the seer system being managed by Ted Henifin and JXNWater
Cecile Wardlaw

Sent from my iPad,
Cecile Wardlaw

**From:** Tom Washburn
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson sewer
**Date:** Tuesday, August 15, 2023 9:38:25 PM

Please, dear judge, let Jackson water take control of the mess that the city of Jackson has made of the sewer system. The current mayor is totally incompetent to handle the situation that we are in with our sewer system JXN Water. Has done wonders with her water system. Please let them try to fix the sewer. Also respectfully submitted a Tom Washburn ███████████████████████

Sent from my iPhone

**From:**    Laney Watkins
**To:**    ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**    Tuesday, August 22, 2023 12:14:05 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. Our neighborhood desperately wants to not continually have raw sewage in our creek. It is right in my yard.

Thank you,

Lane Watkins

**From:** Paige Watson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841
**Date:** Monday, August 28, 2023 10:45:38 AM

It is incomprehensible that the present Mayor of Jackson MS (and the last 3-4) have been allowed to ruin the infrastructure to the current state of horrors.

Without a receivership (Ted Henifin) Chokwe Lumumba and his band of corrupt, lying contractor buddies...the criminal neglect will continue unabated.

The anti-white racism will never be addressed. I have accepted that hating me for my white skin is just encouraged from the highest ranks of city government.

But you are FAILING the most impoverished minorities if you do not remove all power from the mayor. I know that nobody cares about poor whites here, But if you care about the poverty stricken black people in the City of Jackson...YOU WILL TAKE ALL FUNDS AWAY FROM THE MAYOR AND HIS PALS.

**From:**      Willa Watson
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson, MS Water Crisis
**Date:**      Thursday, August 31, 2023 6:29:38 PM

TO WHOM IT MAY CONCERN:

Like many Jacksonians, I believe the City can best be served if the same person was not in charge of the drinking water and water sewer systems.  There must be checks and balances to any system.  Just like in the banking system where there are general accounting procedures in place, there must be similar procedures in place with the water systems.

Also,  the residents of City of Jackson deserve to be in charge of their own water system.  To place it in the hands of a third party or single judge leaves the residents feeling inadequate and incapable of operating and maintaining their own water system.  Adequate resources must be provided to the City of Jackson to enable leadership to supply residents and businesses with clean drinking water and an operable sewer system. Every resident in the community should be a stakeholder and have ownership in their own water system.

Sincerely,
Willa Watson

| | |
|---|---|
| **From:** | Weaver, Ginger |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Wednesday, August 30, 2023 7:20:16 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Sincerely,

Ginger Weaver

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

**From:**     John Weaver
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**     Wednesday, August 30, 2023 7:42:39 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed: John Weaver





**From:** Bonnie Lewis
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:** Thursday, August 31, 2023 9:07:49 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:

Bonnie Webb

| | |
|---|---|
| **From:** | Thomas Webb |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 9:02:22 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Signed:

Thomas Webb

**From:**      Sara Weisenberger
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Re: Sewer repair and maintenance jackson ms
**Date:**      Monday, August 21, 2023 10:36:46 AM

████████████████████████████

Get Outlook for iOS

---

**From:** ENRD, PUBCOMMENT-EES (ENRD) <PUBCOMMENT-EES.ENRD@usdoj.gov>
**Sent:** Monday, August 21, 2023 8:41:10 AM
**To:** Sara Weisenberger █████████████████████████████
**Subject:** Automatic reply: Sewer repair and maintenance jackson ms

Please accept this automatic reply as acknowledgment of receipt of written comments relating to this proposed Consent Decree.  Your comments will be reviewed by the attorney handling the case.  Thanks!

**From:** Sara Weisenberger
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer repair and maintenance jackson ms
**Date:** Monday, August 21, 2023 9:41:10 AM

The present process for repair and maintenance is woefully inadequate
In our neighborhood ███████ I have reported leaks into the creeks and seen sewer overflow signs that are able to be addressed
I know of one leak into ███████ that has been present for several years
I fully support this new process and have full confidence in Jxn Water and it's leadership team
Sara weisenberger

Get Outlook for iOS

**From:**   Cal Wells (3302)
**To:**   ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] FW: Concerns regarding City of Jackson Water and Sewer Systems
**Date:**   Friday, August 18, 2023 10:58:08 AM

To Whom It May Concern:

It is my understanding that a decision is being made as to whether or not the City of Jackson should keep control of the sewer system.

My family has lived in Jackson for over ███ years, and I personally have lived in the city limits for the last ██ years.  It is tragic to see what has happened to our city, and the mismanagement has created issues regarding water, sewer, roads, crime, etc.  My friends have repeatedly encouraged me to leave the city and given the current state of affairs, it is very tempting to do so.  I was very pleased to see action finally taken so as to remove the responsibility for our water system from the City of Jackson and place it in the hands of someone who appears to be truly trying to correct a terrible situation.  Likewise, when I heard that the sewer system was also being removed, I was encouraged that perhaps we would finally see some results.  It is my understanding that the City of Jackson is fighting to keep control of this, and I beg you not to put anything back in their hands since it will continue to result in a total failure.  Please, please, please keep JXN Water in charge of the water and sewer systems as this is the only chance we will ever have to get this mess corrected.

Sincerely,

Calvin Wells

**From:**
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Paste in the subject line: Comments DJ# 90-5-1-1-0984, Docket Number 36.
**Date:**      Thursday, August 31, 2023 3:20:32 PM

I support Ted Heflin  to be in charge of the water and sewer administration aspects for the city of Jackson

Katherine Wells

Sent from the all new AOL app for iOS

**From:**       Nathan Wells
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**       Thursday, August 17, 2023 5:38:42 PM

---

I fully support the water and sewer system of Jackson, Mississippi being managed by Ted Henifin and JxnWater.

The City of Jackson is not in the place to manage the system, it has been neglected for too long.  The need for a third party to be in place to address the issues is extremely important for the future of the city and for the health and welfare of its citizens.

Nathan Wells

███████████

Sent from my iPad

**From:**

**To:** ENRD, PUBCOMMENT-EES (ENRD)

**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36

**Date:** Monday, August 21, 2023 10:06:36 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

My  observation over decades is that Ted Henifin is the best that's happened to/for Jackson! We NEED his expertise and leadership.

NancyKay Wessman

**From:** Lydia West
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Wednesday, August 23, 2023 11:08:32 AM

To whom it may concern:
I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.
thank you -
Lydia West ███████████████████

**From:**      Emily Whitaker
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Tuesday, August 22, 2023 8:27:32 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Emily Whitaker**

| | |
|---|---|
| **From:** | Caroline Morrison |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Thursday, August 24, 2023 9:19:57 AM |

I just wanted to send a quick comment to state for the record that I support the court's order and the sewer system being managed by Ted Henefin and JxnWater.

Thank you,

Caroline White

████████████

Sent from my iPhone

| | |
|---|---|
| **From:** | Donny White |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ # 90-5-1-1-09841 Docket no. 36 |
| **Date:** | Thursday, August 24, 2023 3:11:03 PM |

Judge Wingate,

  I support continuing Ted Henefin's appointment to manage the necessary sewer operations for the City of Jackson. I have been so impressed with his knowledge and expertise in running the water system. From all I have observed he has the skills necessary to manage the sewer operations. My neighborhood has experienced several sewer issues these past few years which took quite some time to fix and we had to endure the stench.

Jackson needs Ted Henefin's oversight in the management of our sewer system. Thank you,

Donny White



| From: | |
|-------|--|
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Sunday, August 20, 2023 7:31:12 PM |

Judge Wingate,

Jackson has been my home for ███ years, and I have followed Jackson's water and sewer issues for the last several years. I am in full support of your order and the continued management of the sewer system by Ted Henifin.  I hope you will make your order permanent.

Mary Alice White

*Mary Alice Welty White*

**From:**      Cleve Whitley
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 12:38:32 AM

I support the court's order and the sewer system being managed by Ted Henifin and JxnWater.

Thank you,

Cleve Whitley

**From:** Will
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson MS Sewer
**Date:** Monday, August 21, 2023 2:53:03 PM

Hello,

I have lived in Jackson my entire life, █ years).

Nothing would make me happier than to see the sewer system taken over by Mr. Henifin. He has already done a stellar job with the water, and I have 100% faith in him to run the sewer system as well.

Thank you

Sent from my iPhone

**From:** Leigh Ann Wilkins
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] DJ# 90-5-1-1-0984,Docket Number 36
**Date:** Thursday, August 31, 2023 9:50:46 PM

To Whom It May Concern,

I cannot begin to tell how impressed I am with Ted Henefin and the excellent job he is doing with JXN Water. Please allow Mr. Henefin to continue to lead us out of this crisis. We are lucky to have him.

Kindly,

Leigh Ann Wilkins


Sent from my iPhone

**From:** Kent Wilkinson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 29, 2023 3:36:35 PM

I am supportive of the court's order and the sewer system being managed by Ted Henifin and his organization, Jackson Water.

**KENT WILKINSON**

Sent from my iPhone

**From:** Mary Watkins-Wilkinson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Saturday, August 26, 2023 6:04:14 PM

This is to advise we support the court's order and the sewer system being managed by Ted Hanifin and Jackson, MS water.

Your consideration is greatly appreciated for Ted Hanifin to handle both the water and sewer in Jackson, MS.

Mary Wilkinson
Jackson, MS
█████████████

| | |
|---|---|
| **From:** | Suzanne Wilkinson |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Henifin |
| **Date:** | Monday, August 28, 2023 7:30:01 PM |

I strongly support Ted Henifin taking over the sewer system as well as water system

Sent from my iPad

**From:** Jim Wilkirson
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Thursday, August 31, 2023 8:30:51 AM

I would like to formally state that I support Judge Wingate's order for a third party manager for the City of Jackson's sewer system and wish for this system to be managed by Ted Henifin and JxnWater until a further resolve and modifications can be made.  Thank you in advance

--

**Jim Wilkirson**



**From:**      M"lee Williams
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] DJ#90-5-1-1-09841 Docket 36
**Date:**      Friday, August 18, 2023 10:15:21 AM

To whom it may concern,

I am in support of Ted Henifin continuing to manage JxnWater and the sewer system!  Thank you for bringing Tim to us!  Very thankful for his leadership!!!

M'lee Williams

Get Outlook for iOS

**From:**       Nason Williams
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Jackson Water/Comments DJ#90-5-1-1-09841
**Date:**       Thursday, August 17, 2023 5:22:08 PM

To whom it may concern:

I am in support the courts order and believe Mr. Henifin is doing an excellent job.

Nason Williams

███████████████

Sent with Chuck for iOS

**From:**      Beau Wilson
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Monday, August 21, 2023 11:07:47 AM

**I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.**

**Beau Wilson**
████████████████████

**From:**      Rosemary Winstead
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Thursday, August 31, 2023 5:09:25 PM

US District Judge Henry T. Wingate,

I wanted to express my support for the federal court order placing control of the Jackson, MS sewer in management of JXN Water which is managed by Ted Henifin.


Regards,

*Rosemary Winstead*

Rosemary Winstead

████████████████████████

**From:** Benjamin Wise
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841.
**Date:** Tuesday, August 22, 2023 12:58:23 PM

Public Comment regarding:

United States and State of Mississippi v. City of Jackson, Mississippi, Civil Action No. 3:12–cv– 790–HTW–LGI (S.D. Miss.), D.J. Ref. No. 90–5–1–1–09841.

Attention:  Assistant Attorney General, Environment and Natural Resources Division

 Ladies and Gentlemen:

I fully support the appointment of Edward "Ted" Henifin  as Interim Third-Party Manager of the Sewer System.  Certain City o Jackson officials have objected and tried to obstruct the appointment of Mr. Henifin; however, their objections are not founded in fact. Mr. Henifin has proven himself a very effective manager and I his efforts to repair the water and sewer systems.

I am a ████ hear resident of the ██████████████████ and in that time I have heard excuse after excuse from city of Jackson offices as to why the water system cannot be repaired.  Mr. Henifin has proven himself an effective and, more importantly, an independent figure.

Sincerely,

Benjamin. Z. Wise

**From:**      Joe Wise
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**      Tuesday, August 22, 2023 1:06:44 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Mr. & Mrs. Joseph P. Wise

**From:**
**To:** ████████  ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] RE: Comments DJ#90-5-1-1-09841 Docket Number
**Date:** Friday, August 18, 2023 11:12:13 AM
**Attachments:** image001.jpg

That was excellent!

Robin Wise

████████

████████

**From:** ████████
**Sent:** Friday, August 18, 2023 8:57 AM
**To:** pubcomment-ees.enrd@usdoj.gov
**Subject:** Comments DJ#90-5-1-1-09841 Docket Number

Dear Judge Wingate

I write in full and enthusiastic support of the Court's Order naming Mr. Henifin as Manager of the City of Jackson Water and Sewer operations.  These departments have been woefully mismanaged for years and are a significant threat to the health, safety, and economic success of Jackson and its residents.  It appears to us that Mr. Henifin is doing an excellent job in a very difficult environment and should be commended (and well compensated) for his heroic efforts to turn this situation around.  The Court's Stipulated Order is our last hope for a successful resolution to this matter.  Please stay the course.

Richard and Robin Wise



**From:** Rick Wise
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number
**Date:** Friday, August 18, 2023 9:57:13 AM
**Attachments:** image001.jpg

Dear Judge Wingate

I write in full and enthusiastic support of the Court's Order naming Mr. Henifin as Manager of the City of Jackson Water and Sewer operations. These departments have been woefully mismanaged for years and are a significant threat to the health, safety, and economic success of Jackson and its residents. It appears to us that Mr. Henifin is doing an excellent job in a very difficult environment and should be commended (and well compensated) for his heroic efforts to turn this situation around. The Court's Stipulated Order is our last hope for a successful resolution to this matter. Please stay the course.

Richard and Robin Wise



| | |
|---|---|
| **From:** | Neal Wise |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number |
| **Date:** | Friday, August 18, 2023 11:27:13 AM |

I write in full support of the nomination of Ted Henifin as manager of Jackson Water and Sewer. In his short time, Mr. Henifin has demonstrated a remarkable ability to stabilize the deteriorating Jackson water system. He would be a tremendous asset for the citizens of Jackson, MS.

**Neal Wise**

**From:** Janet Wofford
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Tuesday, August 29, 2023 10:45:01 AM

We support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you,
Jan and John Wofford
████████████████

**From:**       Laura Wofford
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36
**Date:**       Thursday, August 31, 2023 8:35:43 PM

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. I'm tired of so much sewage seeping onto our streets and especially despise running and walking through my neighborhood and having to smell it and avoid stepping or running in it. And then, to look over and see a sign that has been printed and distributed by the city saying "caution, sewage overflow - avoid bodily contact with water". And who knows how much money and time and man power has been spent printing and distributing these signs throughout the city! What a waste of tax dollars to put a bandaid on a problem that requires major surgery!

Sincerely,

Laura Wofford
Sent from my iPhone

| | |
|---|---|
| **From:** | Laura Wofford |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ# 90-5-1-1-0984, Docket Number 36 |
| **Date:** | Thursday, August 31, 2023 9:08:30 PM |

I support the court's order and the sewer system being managed by Ted Henifin and JXNWater. I'm tired of so much sewage seeping onto our streets and especially despise running and walking through my neighborhood and having to smell it and avoid stepping or running in it. And then, to look over and see a sign that has been printed and distributed by the city saying "caution, sewage overflow - avoid bodily contact with water". And who knows how much money and time and man power has been spent printing and distributing these signs throughout the city! What a waste of tax dollars to put a bandaid on a problem that requires major surgery!

Sincerely,

**Laura Wofford**

Sent from my iPhone

**From:** Jay Woods
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] City of Jackson, MS - Sewer - Stipulated Order
**Date:** Thursday, August 31, 2023 4:56:27 PM

To whom it may concern,

I am writing to support the stipulated order removing the City of Jackson's authority over the sewer system and placing under the control of an interim third party manager.  I am ■ year resident of the City and have watched and experienced the integrity of the system's deterioration.  After many years of failures under the City's authority I have no confidence that the system will improve.  As is well known, sewer pipe failures have a cascading effect not the least of which damage to streets.  Obviously, such continuing disrepair adversely affects our property values and our overall quality of life.

Thank you.

Jay Woods
Resident of the City of Jackson

Sent from my iPhone

| | |
|---|---|
| **From:** | Lynda Wright |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] 90-5-1-1-0984 |
| **Date:** | Thursday, August 31, 2023 6:16:33 PM |

I approve and support the court order giving Ted Henefin responsibility for Jackson water/sewer.

Sent from my iPhone
Lynda R.Wright

**From:**      Christopher Wyatt
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Support Ted
**Date:**      Wednesday, August 16, 2023 10:13:41 AM

I have been a property owner(taxpayer) and resident of the city of Jackson since ███   I live, work, go to church, and send children to school all in the COJ.  I enjoy all of the many gear things the city has to offer.

However, from the multilevel debacle of the current city management as well as previous administrations, it is apparent that our city is in dire need of outside help to fix its most urgent and amazingly basic problems.  These issues, (clean water, adequate garbage disposal, road repair, police protection) are an embarrassing list of mismanagement.  This is especially egregious in a city that is the state capitol.

Ted Henefin has done nothing but wage an organized, focused, and purposeful war to bring the City of Jackson water supply back into compliance.  This started with simply ensuring people had clean safe water.  There have been no boil water alerts since he has begun his work.  Despite battling frivolous and frequent legal haggling with the current municipal government, he has made huge strides. He is clear in his objectives and communications.  He is willing to meet with any group of residents and discuss current matters as well as review the terrain already covered as it relates to the water plant.  Frankly, he does an amazing job of remaining positive in the face of divisive local politics.

I support him 100% and recommend he be allowed to continue and expand his management of the water and sewage management.

Chris Wyatt

**From:** William Wymond
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Sewer Issure
**Date:** Saturday, August 26, 2023 2:00:30 PM

I support the continued leadership of our sewer department by
Ted Henifin (JXNWater). We are in desperate need of competent
leadership for that department to help our city to have the repairs
to make the system function adequately.

William Wymond


**William Wymond**
████████████

**From:**     Frank York
**To:**       ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**  [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:**     Monday, August 21, 2023 2:49:03 PM

To Whom It May Concern,

I enthusiastically support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

Frank York

███████████████████████████

**From:** John York
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36
**Date:** Monday, August 28, 2023 1:04:34 PM

All, being a resident of Jackson, MS, I wanted to voice my support of the 3rd party manager taking over our sewer system.  The management and customer service in the past has been terrible, to say the least.

Let's move in a positive direction by getting this done!



**From:**         Woody York
**To:**              ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**     [EXTERNAL] FW: Comments-DJ#90-5-1-1-09841 Docket Number 36- Request to finalize Order to retain Ted Henifin as third party manager of Jackson, Ms. water system
**Date:**          Monday, August 28, 2023 2:43:06 PM

Please see our e-mail below in support of Mr. Ted Henifin

**From:** Woody York
**Sent:** Monday, August 28, 2023 1:32 PM
**To:** publiccomment-ees.enrd@usdol.gov
**Subject:** Comments-DJ#90-5-1-1-09841 Docket Number 36- Request to finalize Order to retain Ted Henifin as third party manager of Jackson, Ms. water system

Dear sir or Madam
As a long time Jackson resident, my wife and I have watched the gradual deterioration of both the water and sewer system in our fine city. The Jackson Mayor and his administration along with prior administrations have not made improvements to the sewer and water systems of Jackson a priority in either funding or experienced manpower. As a result our current sewer system is in need of extensive repair just to stop the sewer leaks currently not fixed.

We sincerely hope the Court will rule that Ted Henifin will be instated as the man to lead Jackson out of this bad sewer situation. He has certainly gained our confidence with his handling of the water system during his short tenure as head of the water system. We are confident Ted will do the same as head of the sewer system.
Sincerely
Woody and Myra York
Jackson residents.


Woody York



| | |
|---|---|
| **From:** | John Harrison York |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-1-09841 Docket Number 36 |
| **Date:** | Monday, August 21, 2023 1:05:16 PM |

To Whom It May Concern,

I enthusiastically support the court's order and the sewer system being managed by Ted Henifin and JXNWater.

Thank you.

John Harrison York
█████████████

| | |
|---|---|
| **From:** | Jimmy Young |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Cc:** | Ann Young |
| **Subject:** | [EXTERNAL] Comments DJ#90-5-1-09841 Docket # 36 |
| **Date:** | Wednesday, August 30, 2023 10:39:08 AM |

**<u>We support the court's order and the sewer system being managed by Ted Henifin and JXNWater.</u>**

My wife age ███ is a long time citizen of Jackson, and I (age ███) have been a resident of Jackson since █████████████████████████████████████████████████████████████████████████████ We love old houses and the fellowship of our diverse neighbors.  We keep our yard and home in tip-top shape, and they have been in magazines and the garden on tours.  It has not been easy with the water and sewer problems, as well as crime. We have twice the amount invested in our home than we can likely sell it for, yet we continue to keep it well maintained.  Our former and current neighbors have had sewage that backed up from other houses into their toilets.  And the houses across the street from our current home have had serious stinky sewage problems for ten plus years (hopefully they were recently repaired, but am not sure).  And while living in ███████, we had to huge sewer rats come into our  home from our downstairs toilet – most traumatic experiences!

██████████████████████████████████████████████████, and we are fine with that but often feel like second class citizens. We have wanted to be part of the solution and not part of the problem by moving to more stable suburban cities.  But it is more expensive to live in Jackson than surrounding cities.  Not only do we pay higher property taxes and car tags, but we pay ████ a month for neighborhood private security and for a water purification system.   And we installed tall fences, locked gates and a security system to deter crime.   Plus buying water bottles at the grocery store is expensive.

We greatly appreciate the recent rulings and court opinions of Judge Wingate and the fantastic job Ted Henifin has done and is doing w/ the city water system.  We hope he will also be assigned oversight of Jackson's sewer system.

Respectfully submitted,

**R. James "Jimmy" Young** – ████████████████████





NOTICE: THIS MESSAGE AND ANY ATTACHMENTS MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND/OR
CONFIDENTIAL. YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING OR OTHERWISE USING THIS INFORMATION, IF YOU
ARE NOT THE INTENDED RECIPIENT. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY
RETURN E-MAIL OR PHONE, AND PERMANENTLY DELETE THIS E-MAIL AND ANY ATTACHMENTS FROM YOUR SYSTEM.

**From:**      Lavon Young
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Jackson, Mississippi Water and Sewer System
**Date:**      Thursday, August 24, 2023 5:38:34 PM

I am Lavon Young, a long time resident of Jackson, MS.  I have seen the city spiral downward. The blame is multi-causal.  It ranges from incompetence of city leaders (Mayor, Council Members, Supervisors, Law Enforcement, Educators, Parents, and mainly the closed minded confederate loving governors for the past 20 years.

1. The Federal Government should STOP sending money to the state without stipulations and oversite.  DO NOT THINK  states are doing what is best for the citizens. NO, a lot of these governors are using federal dollars as weapons; and their own slush funds to give their friends and political supporters jobs and contracts.  There should be much more stipulation on these funds and long jail time should be on the table.  Jackson has been begging the state for assistance for decades, and because of racism and political party affiliation this is what has happen. It is unfortunate, that this country no longer see people as humans, but political parties that are unwilling to meet across the isle.

2. When and if the city of Jackson gets money, there should be federal oversite. Everything has to be justified and accounted for.  If documents are  **falsified**  there should be jail time involved.  Unfortunately, most of Jackson city leaders are incapable of sourcing a garbage contract, led along running a sewage system. The leaders can not be stewards over millions of federal dollars. This is not to say that they are not at the table.  There should be transparency and they should have a voice.  The city should be present at every meeting, funchtion and decision making.  They need to see how the process works and hopefully this will add value to them and help them become better leaders.  Also, Jackson leaders will bring a different prospective to the table.

3. EPA need to have greater authority. If you know cities and townships are struggling; stop fining them and roll your sleeves up and figue out what the provlems are and help them solve them.  Most of the times it is because of lack of funds.  Give cities and towns money with stipulations.  There should be federal boots on the ground watching over the money, the work and approving it.  You can not trust politicilans to do the right thing. Buracurates need to run this.

God Bless and PLEASE help Jackson, MS.

--
Lavon Young

**From:** Khrys Young
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Jackson sewer proposal
**Date:** Friday, September 1, 2023 12:23:41 AM

I say yes. The federal government should take over the repairs to the sewer system. Jackson leaders have showed on numerous occasions that they are unable to agree on any matter and the city continues to suffer amd decay. This is the capital city and I can't think of one good thing to say about us. The entire water system is failing the government is failing. There needs to be a major federal reform for this city to thrive again

**From:** Bo Zimmerman
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] Water
**Date:** Thursday, August 31, 2023 4:33:37 PM

I have confidence in Mr. Henefin

I do not have confidence in our city leadership

Sent from my iPhone

**From:**      Hilary Zimmerman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] 90-5-1-1-0984
**Date:**      Wednesday, August 30, 2023 8:19:23 PM

I support the court's order and I want to keep Ted Henefin in charge of water/sewer and Jackson water.

Hilary J Zimmerman

████████████

Sent from my iPhone

**From:**      Hilary Zimmerman
**To:**        ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**   [EXTERNAL] Ted Henefin
**Date:**      Wednesday, August 30, 2023 8:16:02 PM

I want to keep Ted Henefin in charge of water/sewer for the city of Jackson.

Hilary Zimmerman

Sent from my iPhone

**From:**       Mary Zimmerman
**To:**         ENRD, PUBCOMMENT-EES (ENRD)
**Subject:**    [EXTERNAL] 90-5-1-1-0984
**Date:**       Thursday, August 31, 2023 9:08:44 AM

---

I want to support the court order and the water/sewer system under Ted Henefin.

Mary B Zimmerman

███████████

Sent from my iPhone

**From:** John Zupko
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** [EXTERNAL] STIPULATED ORDER ON JACKSON MS SEWER SYSTEM
**Date:** Thursday, August 31, 2023 6:41:14 PM

To Whom it May Concern:

   My wife and I are submitting this email to render our approval for the transfer of Jackson, Mississippi sewer system to federal (or state) control.  The city of Jackson has consistently demonstrated that the city administration and employees are unable to manage any viable entity (with perhaps the exception of the Fire Department).  Evidence of ineptness, graft, corruption, and crime run rampart in the city administration despite the best efforts of the City Council who are stymied by political structure of the city.  Many of the city's water and sewer connections (residential and business) have not been recorded or billed because of reasons no one is supposed to understand or question.

   The State of Mississippi has taken the first step in restoring integrity to the water and sewage service and now this has been handed over to federal oversight.  Please allow that to continue to happen so the city of Jackson can restore its integrity and fairness to ALL.

John and Patricia Zupko
Jackson MS