**Exhibit C**
Transcript of Public Comment Meeting
(Aug. 21, 2023, 6:00 p.m. meeting held at JSU E-Center)

1

2

3

4

5

6

7

8

9          Transcript of Audio File:

10               PUBLIC COMMENTS

11     STIPULATED ORDER FOR THE CITY OF

12            JACKSON, MISSISSIPPI

13              SEWER SYSTEM

14

15         MONDAY, AUGUST 21, 2023

16

17   Audio Runtime:  52 minutes 21 seconds

18

19

20

21

22

23

24

25

```
 1
 2   SPEAKERS
 3   Ronnie Crudup
 4   Jeff Good
 5   Monica Butler
 6   Andy Hilton
 7   Dorsey Carson
 8   Alfrenett Johnson
 9   John Wade
10   Sandy Carter
11   Jimmie Sandifer
12   Scott Crawford
13   J.C. Johnson, Jr.
14   Jennifer West
15   Brent Bailey
16   Scott Crawford - 2nd Comment
17   Ernest McBride
18   Deborah Perkins
19   Monica Butler - 2nd Comment
20   Shirley Richardson
21   Jeff Good - 2nd Comment
22
23
24
25
```

```
 1                    (Beginning of Audio Recording.)

 2                    MR. CRUDUP:  Good afternoon.  I'm Ronnie

 3     Crudup Jr., State Representative for District 71, but

 4     I'm also a South Jackson resident, and I work for New

 5     Horizon Ministries, Inc., which is a nonprofit where we

 6     serve the community.  We've been dealing with the

 7     issues of water and sewage for a long time.

 8                    And so I come today to -- really in support

 9     of, you know, turning this over to Mr. Henifin.  One of

10     the things as a public official, I've seen for a number

11     of years, trying to be able to serve my community,

12     serve my constituents.  It's been difficult sometimes

13     to get somebody on the phone with the City of Jackson,

14     whether there are sewer issues, whether it's water

15     issues, and I can say since the water part has been

16     taken over, it's been a lot easier to get that process

17     done.

18                    In my neighborhood right now, I live in ██

19     ██████, I have a number of neighbors.  Anytime it rains,

20     they're having sewage that overflows in their house.

21     We've dealt with this; they've dealt with this for over

22     a year.  We've made calls to the city, we've made calls

23     to other people, but a lot of times there's no relief.

24     And so they are not here today, but I'm here to speak

25     on their behalf of trying to be able to serve them in
```

1    any way possible.

2           It's been so bad that they have tried to

3    sell their properties, their homes, for a little of

4    nothing.  And they can't even get investment to buy the

5    house because they say it's -- we can't buy it in the

6    condition it's in because there's -- anytime it does

7    rain, they are getting sewage backed up in the house.

8           And so like I said, I'm here just to say,

9    I'm in favor of trying, you know, to turn this over to

10   Mr. Henifin to try to get some relief as -- as fast as

11   possible, not only for my constituents, but also a lot

12   of residents in Jackson.

13          UNIDENTIFIED SPEAKER:  Thank you.

14          Next?

15          MR. GOOD:  Good evening, I -- I'm honored to

16   go after Representative Crudup, a fantastic state

17   representative, a representative for our city.  Mitzi

18   knows me well, anyone in here that knows me knows I

19   talk too much so I'm going to read straight from some

20   notes I made.  I moved to Jackson ███████████████

21   ████████████████████.

22          UNIDENTIFIED SPEAKER:  Tell us your name.

23          MR. GOOD:  Oh, I'm so sorry, I'm Jeff Good.

24   I moved to Jackson in ████████████████████████████,

25   was a senior at that year at ████████████ and then went

```
1    to ████████.  At that point in time, Jackson was
2    202,000 citizens, and our enrollment at ███ was 33,000
3    students.  I went to -- to ████████████████████████
4    ██████████████████████████████████████████████
5    ████████████████████████████████████████████
6    ██████████
7              After eight years of selling computers, I
8    decided I wanted to go into business for myself.  And
9    calling my best friend from high school that I met at
10   ██████  that one year who was living in ████████████,
11   who was a chef, I convinced him to come home, we opened
12   restaurants, B████  ████████████████████████████████
13   ████████████████████████████████████████████
14   ██████████.  All three restaurants here in Jackson,
15   and most importantly, I am here in Jackson, and have
16   been since moving here as a teenager ████████████████
17              Since opening ████████████, I have been a
18   businessperson in Jackson through nine mayors, nine
19   different administrations.  We had two deaths in
20   office, which meant that we had temporary mayors for
21   three months during the election process.  Elections do
22   have consequences, during that second three-month
23   period, that's when the Siemens deal was signed.  So
24   just -- I'm not trying to be silly, I'm being serious
25   about the -- about the number of administrations and
```

1    decisions that were made here.

2           I was keenly aware in 2013 when Mayor

3    Johnson negotiated for the City of Jackson a masterful

4    plan to have the stipulated order in place, because we

5    had no money in 2013, and he got us out of a crack to

6    be able to move forward and try to start fixing things.

7    Ten years later, we're here and nothing has been fixed.

8    Ten years later things are far worse.  And 10 years

9    later, we now have 145,000 citizens and 18,000 students

10   at ███.

11          Our city does not have a lot of oomph, it

12   does not have a lot of manpower within the city

13   administration, and we saw that all happen as the water

14   system melted down.  The sewer system has been the

15   thing that is much larger than the water system in

16   terms of threats to public safety and health.  It is

17   also an economic driver that must be addressed if we're

18   ever going to get any economic activity again.

19          I will say that last week was budget

20   hearings with the City Council and the current

21   administration.  And during that time, it was uncovered

22   that the City of Jackson has had their property and

23   casualty insurance canceled by their long-term carrier

24   for our failure to be able to answer the risk

25   assessments that have been put in place for our

```
1    property, so they will not underwrite us again.  A
2    higher risk company has offered up a plan and it was
3    announced that it's going to be another $2 million
4    additional premium.  The city does not have those
5    funds, and so now we've gone into an ask by the
6    administration for another tax increase.
7            The bottom line is our city does not have
8    any resources.  I would think that turning this over to
9    the third-party administrator who has proven to be
10   incredibly competent, as the representative just said,
11   would alleviate one more stressor to the city so we can
12   focus on the things that we need to focus on and
13   finally start to grow Jackson again.
14           Thank you.
15           UNIDENTIFIED SPEAKER:  Thank you, Mr. Good.
16           MS. BUTLER:  Hi, my name is Monica Butler
17   and, you know, I, like the two people before me, can't
18   speak about one issue without talking about the other.
19   In the ████████ community in Jackson, we have seen the
20   positives with the third-party management of the water
21   system, particularly with our senior citizens.  Prior
22   to the transition, we were constantly going out
23   purchasing cases of water just so they could take
24   medication, and we were doing this as a nonprofit on
25   our own.  In addition to that, we saw multiple
```

```
 1   childcare centers in our community budgets get almost
 2   alleviated (sic), just -- just diminished from having
 3   to purchase Kentwood five-gallon jugs just to stay in
 4   business so people could continue to work and have
 5   somewhere for their children to come.
 6            And since the transition -- and I must say,
 7   and I got to pause and say this, you know, I was there
 8   when he had the open meeting for minority businesses,
 9   you know, to come and to hear about opportunities to be
10   a part of the work.  I -- I -- I was there at that
11   meeting, I just went as -- you know, as just being
12   curious.  It was very detailed, it was very thorough,
13   he even spoke of ways where they can break down jobs so
14   people could qualify in order to take advantage of
15   those business opportunities.
16            So I have been as -- as well as many
17   residents and stakeholders in our community, we have
18   been very pleased with what we've seen thus far.  And
19   we have also been pleased with the response when we've
20   called or inquired or e-mailed, you know, the response
21   time has been very efficient, very quick.
22            Now, let's move on to the sewer issue, and
23   particularly Mill Street and this railroad track.  You
24   know, we got -- we got a -- a -- a plus over here and
25   then we turn over here.  So we've been dealing with
```

1   this issue for many moons, I know over a decade, with

2   Mill Street and the -- and the system crumbling

3   underneath the railroad.

4           Now, years ago, we were told that they could

5   not -- they had approached the railroad, the railroad

6   was not necessarily willing for the city to go

7   underneath.  Recently, ████████  informed us that they

8   were applying for the ARPA -- let me make sure I got

9   that right because I got the news article here where he

10  said, "Jackson to use ARPA funding to repair Mill."

11          So recently, when they -- when they were

12  applying, he came and he -- he spoke to us.  He said,

13  we've got a workaround, we don't have to go under the

14  railroad to repair, we can go down, we can cut it here,

15  go down Mill, and tie in into the other part that's not

16  crumbling.  We were very excited, everybody was

17  excited, businesses, artists, the residents, everybody

18  was excited because so many people are being impacted

19  by the sewages backing up into their businesses and

20  houses.

21          When the application was submitted and

22  approved, the one-to-one match and all that, we went to

23  him, we went to the One Percent Commission meeting.  I

24  talked to him outside that meeting, I talked to him

25  outside of the City Council meeting, I talked to him

1   outside of a Citizen's Agenda meeting at the City Hall,

2   and we started to feel like we were getting back in the

3   stall system again.

4           UNIDENTIFIED SPEAKER:  Ms. Butler, your time

5   is up.

6           MS. BUTLER:  Okay.

7           UNIDENTIFIED SPEAKER:  But if you want to

8   stick around and come back, okay?  Thank you.  That's

9   the worst part of the job.

10          Someone else?

11          MR. HILTON:  Hi, my -- my name is Andy

12  Hilton, I'm a lifelong Jackson resident.  I'll try to

13  pick up where Monica left off because I'm -- I have a

14  business in the same neighborhood.  Well, I'll back up.

15          As a child growing up in Jackson, a major

16  source of entertainment for me was playing in the Pearl

17  River, swimming, fishing, all that stuff.  That's out

18  of the question now, it has been for three or four

19  years, probably longer than we were aware.  You know,

20  children grow up in Jackson, can't touch the creeks,

21  they can't catch tadpoles or frogs, it's -- you know,

22  it's -- it's criminal.

23          Fast-forward to today, I have a business in

24  the ███████ neighborhood.  For the past two years there

25  has been a -- overflow doesn't do it justice, there's a

1  gusher, a perennial flow, probably the equivalent of an

2  open fire hydrant of sewer that runs down the street

3  where people park in front of my business, my

4  neighbor's children are playing, riding their bikes.

5          As I understood it from the local news, Mr.

6  Henifin was briefly in charge of our sewer system,

7  thanks to Judge Wingate.  I don't understand all the

8  details, but after years of complaining to the city,

9  DEQ, EPA and without response, I thought I'd take a

10  shot after hearing he was in charge, I sent him an e-

11  mail.  I don't know how he did it, but I came out

12  there, the manhole was back on it, the sewer wasn't

13  flowing.

14          So to me, that is a -- a resounding

15  endorsement of what he and his team is capable of.  I -

16  - I'm assuming they -- I've seen them running the

17  vacuum trucks around, you know, Jackson lost its vacuum

18  trucks because they weren't making the payments on it.

19  I see the management of a city like Jackson, it's kind

20  of like taking care of your house.  You feel a little

21  sorry for, say your roof is leaking, that's very

22  expensive, if you're poor, you know, that's tough luck.

23  But if your roof is leaking because you didn't clean

24  your gutters, that's really on you.

25          And that's what I see happening in Jackson,

1  we're not even doing the basic level of maintenance to

2  keep the system working.  So I am in total support of

3  Ted Henifin taking over the system.

4          Thank you.

5          UNIDENTIFIED SPEAKER:  Thank you.  What's

6  the name of your business?

7          MR. HILTON:  It's a studio rental business

8  on ███████████.

9          MR. CARSON:  Hey, I'm Dorsey Carson.  Can

10 you hear me?  Is this --

11         UNIDENTIFIED SPEAKER:  Yes.

12         MR. CARSON:  I -- I grew up here, I was born

13 in ████ here in Jackson, and have spent most of my life

14 here.  I'm a construction lawyer and a government

15 procurement lawyer, and I get calls, not only from the

16 clients of mine that have done work for the City in the

17 past, but many of them won't do work for the City

18 anymore, because of poor contract administration and

19 things like that, and I have clients that won't bid.  I

20 also get calls from people whose -- both businesses and

21 individuals whose -- who have sewer coming into their

22 businesses, regularly wanting me to sue the city.

23         And -- and so, first of all, kudos, they're

24 -- the, you know, for whatever reason, maybe the house

25 is burned down so bad that everybody's ready to rebuild

1   it.  So kudos for -- for showing the initiative and --

2   and driving to get this to -- to a point where maybe we

3   can see some action.  I do -- and I -- I don't know,

4   you-all -- you-all might have said it before I got in

5   here, I'm not sure exactly who is footing the bill.  I

6   -- I reviewed the consent decree enough to -- to see

7   that there's 125 million that looks to be through the

8   Corps of Engineers, but I'm not sure.

9          But I will say this, that I think it's very

10  important that we minimize emergency contracts, no bid

11  contracts, that we have fair, open competition for

12  these things.  Because I think in the long run, we will

13  save money and get more out of what limited funds that

14  we have.  And I've seen that way too long in Jackson,

15  that we spend money, no big contracts, emergency

16  repairs, and it costs us two or three times more than

17  it should.

18          So that's my public comment, I've got a lot

19  of other things that I think, but I'm going to leave

20  that to everybody else.  Thank you-all.

21          UNIDENTIFIED SPEAKER:  Thank you.

22          Next?

23          MS. JOHNSON:  Hello, I'm Afranette

24  (phonetic) Johnson, and I'm a lifelong resident, my

25  children grew up in South Jackson, we grew up in South

1  Jackson, we have no intentions of leaving South

2  Jackson.  Now, we have not had lots of problems where I

3  live with sewer, but when I talk with some of my

4  friends and then some of the others, I mean, they're

5  just disgusted.  So I -- first of all, let me say,

6  thank you-all for having a meeting and it doesn't

7  appear to be hostile.  Now, maybe you-all did the

8  hostility stuff before I got here, but I don't know,

9  but -- but it does not -- it does not appear to be

10  hostile.

11          So we are here to have conversations about

12  how you-all can help us make our lives better, and then

13  how -- what we can do to help make our own lives

14  better.  But if we have sewerage and no water and this

15  running in our houses and in our neighborhood, there's

16  nothing we can do but try to keep our children safe and

17  out of the way.

18          So I want to commend you-all.  Now, I'm the

19  kind of person who will give you a chance and I'm going

20  to watch you, and just -- just to be honest.  And then

21  if it does not happen -- now, one person on that podium

22  knows me real well, and if it does not happens, you

23  know, I come to you and say, this is what we expected,

24  this is what you led us to believe.

25          So all we are asking is, we know you can't

```
 1   do everything at once, but do what you can and do it
 2   well and don't patch today and then you got to come
 3   back in two weeks and patch again.  Fix, so we can move
 4   on with our lives and so you can move on with your
 5   life.
 6            So all we are saying is we -- we are
 7   thankful that you are all here, we are thankful that
 8   you-all are listening.  And when you get through
 9   listening and Judge Wingate -- Wingate makes his
10   decision, let's move forward and move Jackson forward,
11   and the best way to do that is get our water and our
12   infrastructure and stuff in order.
13            Thank you.
14            UNIDENTIFIED SPEAKER:  Thank you.  Good to
15   see you.
16            MS. JOHNSON:  Good to see you.
17            MR. WADE:  Hi, my name is John Wade.  I
18   first want to thank you-all for being here, we really
19   do appreciate it.  When I went out there to sign up,
20   I've had two or three people ask me what group I'm
21   with.  I -- I'm with no group, I -- I was born in
22   Jackson, I've lived my entire life in Jackson with my
23   wife.  My -- my children live in Jackson, my grandkids
24   live in Jackson, my father-in-law lives in Jackson, I
25   work in Jackson, I -- I'm committed to Jackson.
```

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
**Public Comments**

1           Briefly as to the water, I mean, Ted Henifin

2    has done an outstanding job.  As Judge Wingate said in

3    his order, he's clearly the man for the job.  We used

4    to get boil water notices weekly, we haven't had one of

5    those in -- in months.  And now we move on to the

6    sewer, and it's -- it's very unfortunate that -- that

7    our city has continued to violate the Clean Water Act

8    to the point where we have allowed 4.4 billion gallons

9    of untreated wastewater to pour into the Pearl River.

10          I had to read that two or three times.  I --

11    I said, no, it has to be millions, billions.  That --

12    anyway, that -- that's incredible.  It's clear and --

13    and it hurts me to say this, but that -- that our city

14    is incapable presently of operating a sewer system.

15          Ted Henifin is -- is the man for the job, I

16    hope that he gets appointed, and that outside

17    influences, many who have a political agenda, aren't

18    allowed to interfere with -- with what he's capable of

19    doing.  I know the long-term solution is further down

20    the road, but just in my view, based on what's been

21    going on the last 10 years, absent some significant

22    changes, I -- I don't see any way that -- that the

23    people of Jackson will feel comfortable turning over

24    the operation of our water and sewer system to the City

25    of -- of Jackson.  I think Ted Henifin is the man, and

```
 1    we appreciate all he's done, and we appreciate that --
 2    y'all's time today.
 3             Thank you.
 4             UNIDENTIFIED SPEAKER:  Thank you.
 5             Next?
 6             MR. CARTER:  Hello, my name is Sandy Carter,
 7    I've lived in Jackson for about ██ years.  I have
 8    unique experience of working on the water sewer bond
 9    for about the last 20 years with Jackson.  So I've
10    seen, over the last 20 years, I did -- really the last
11    10 years specifically, a real deterioration of what's
12    going on with our sewer system, the budgets, the things
13    along those lines, the collections that have been
14    coming in.
15             So I retired last year and, as my wife says,
16    I have way too much time on my hands, so I've gone to a
17    lot of these meetings.  I've been -- this is my fifth
18    one.  I've been to Judge Wingate's meetings, I've been
19    to as many meetings as I -- that I would know about and
20    go to, and I want to say that Ted Henifin has listened
21    patiently for hours about what's going on in Jackson
22    and how he can fix it.  He's taken -- I've seen him
23    take bottles of water that people brought, take their
24    name, and said, I will have somebody at your house
25    tomorrow to fix it.
```

```
 1              We had a major water break on Meadowbrook, I

 2   live in ████████, so we had a major water break in

 3   ████████ two weeks ago.  Four hours he had it fixed,

 4   that would have been four months, four days.  I mean,

 5   it would have been forever before he got it fixed, but

 6   he got it fixed and our water is back on.  No boil

 7   water notice, we're -- we're up and running.

 8              I live due west of an apartment complex.

 9   For months and months of the last two years before --

10   starting in December, there -- I have two manholes in -

11   - in my backyard, those manholes were flowing raw sewer

12   for months.  I would call the city, no response.  No

13   response for months and months and months.  I finally

14   called the DEQ, and DEQ, to their credit, came out,

15   looked at it with me and in months they got it fixed.

16   So that's not good because all that raw sewer was

17   flowing directly into Eubanks Creek, that creek flows

18   directly into the Pearl.

19              So that's what we're facing here in Jackson.

20   I'm an avid bike rider, I don't look like it, but

21   that's the exercise I get.  Twice in the last two

22   years, I've been riding on public streets and been

23   splashed so badly with the raw sewer that I have to go

24   home, and I can't even go in my house, my wife has to

25   hose me off outside and throw my clothes away, it is
```

1    that bad.

2              So with what Ted has done for us with the

3    water system, I'm begging you to please let him take

4    over the sewer system and get us going back.  It's been

5    a long road, and this is the first time I'll say that

6    I, in the last 10 years, have seen some hope that we

7    could maybe get the system and the city back running

8    again.  And we are not going to have to boil our water,

9    and we're not going to have to worry about what we're

10   drinking.

11             And I want to say, thank you so much for

12   coming, thank you for the millions and millions of

13   dollars that the government sent us.  This is a unique

14   opportunity, and we certainly don't want squander it.

15   Thank you very much.

16             UNIDENTIFIED SPEAKER:  Thank you.

17             Yes, sir.

18             MR. SANDIFER:  Good afternoon, everyone, my

19   name is Jimmie Sandifer.  I'm a realtor.  I'm a CPA.

20   I'm also a -- a local investor.  My family and I have

21   several commercial buildings and businesses on ████

22   █████████████████████████████████████████████

23             And I wished I had the luck that this

24   gentleman just had because I've had issues at home,

25   I've had issues at buildings I own, and I can't hardly

1    ever get someone to show up.  When -- before this

2    Henderson (sic) guy came to town, I got a lot of lies,

3    when you called the city sewer department, well, the

4    truck's out.  Then I have had sewage backing up at home

5    and at work, and you never could get anyone to really

6    show up and do anything.

7            So I just pray and hope that we can continue

8    to make some progress because interest rates have gone

9    up, most of the grocery stores have left town, and most

10   people don't have the assets to invest in this city, in

11   our community.  But I do have, and my family does have,

12   and we've been trying to close one commercial building

13   since this time last year.

14           And we ended up closing a couple of them,

15   but we did it with cash, we couldn't get any further

16   because of the sewer problem.  And they were saying

17   that it was an EPA problem and contaminated, even

18   though one of the buildings was -- all three of the

19   building had separate parcels of real estate, but we

20   still haven't got one of them closed yet.

21           And we just want to get through so that we

22   can go on about our lives.  And if you-all can help us,

23   I certainly would appreciate it, because again, that --

24   this is a city that have a lot of potential.

25           I -- I'm a graduate of ███████████, I came

1    to Jackson in █████, I got a degree in accounting, and

2    an MBA, and I passed the CPA exam here, and I've been

3    in the real estate business for about ██ years.  And I

4    know a lot of people that can afford that would love to

5    invest but, you know, it's killing our community.

6    School districts are going down, economic bases are

7    going down, and the people downtown don't seem to get

8    it.

9            And you can e-mail a person, you go down to

10   City Council, you see someone, you talk to them, then

11   you can't ever contact that person again because they

12   won't respond to your e-mail.  You go down there; they

13   won't let you see them.

14           So you-all pray for us.  Thank you.

15           UNIDENTIFIED SPEAKER:  Thank you.

16           Scott?

17           MR. CRAWFORD:  Thank you.  Hi, Scott

18   Crawford, I live near ████████████████████████, and

19   I've been back in Jackson since ██████.  And I lived here

20   before and I'm going to stay, and like everyone else, I

21   care a lot about Jackson, and I want it to be the best

22   it can be.

23           I just wanted to add that I'm speaking on

24   behalf of my neighbors who experience flash flooding.

25   And, you know, whenever the sewers back up, it backs up

1    into their homes and they get sewage inside their

2    homes.  And I -- I -- I -- you know, that's just an --

3    an environmental disaster.  I've got mold under my

4    house and, you know, again, flash flooding.

5           And as a wheelchair user, I -- I need to

6    point out that, you know, wheelchairs are our legs, and

7    we don't -- we don't get to leave them outside.  We

8    have to -- you know, we have to roll through everything

9    that's on our streets and it gets brought into our

10   houses inevitably every day.

11          And -- and I'm lucky.  I've got a power

12   wheelchair.  I have friends who are in manual

13   wheelchairs.  I'm thinking about them, they have to

14   touch their wheels.  Think about this, they're pushing

15   manual wheelchairs through filth, and they have to

16   carry it home.  So I just wanted -- I -- I want

17   everyone to be considerate of that.

18          Thank you.

19          UNIDENTIFIED SPEAKER:  Thank you.

20          Yes?

21          MR. JOHNSON:  Good evening, my name is JC

22   Johnson, Jr.  I am a lifelong resident of Jackson,

23   Mississippi, I also graduated from ██████.  I love

24   Jackson.  I defend Jackson.

25          What I'd like to say today is that during

1  the water crisis in -- take transporting waters to the

2  communities and so forth, one incident that touched my

3  heart so deeply was I was riding through a neighborhood

4  and a young man, his -- they had just had a newborn

5  baby and I gave them a case of water and he so

6  pitifully said, may I have some more because we have a

7  newborn baby, for their to -- their baby needs, and so

8  forth.

9          We have problems, true enough, and I'm

10  thankful for this opportunity to be able to speak

11  today, and I would also note that -- to offer a

12  proposal.  And one being that if we were to divide the

13  city of Jackson into quadrants and provide those vacuum

14  trucks for each quadrant, each sector of the quadrant,

15  and therefore you would have a vacuum truck available

16  to that area specifically that can help clean up the

17  sewer that's flowing on the streets, that's flowing

18  into people's yards.  That they won't have to wait so

19  long to -- to -- for assistance.  And it would also

20  diminish the time frame in getting stuff done and

21  helping the citizens to be -- to live in a healthy

22  state.

23          I have gone from one end of this country to

24  the other, there is no place in the United States of

25  America that I would rather live than Jackson,

1    Mississippi.  And I am of the persuasion and the belief

2    that Jackson is going to bounce back because the people

3    here love our city, we love where we live.

4              And the -- the -- the other thing is that

5    when it comes to the infrastructure, the water pipes

6    and sewer lines, that we provide that same measurement

7    of quadrants and get contractors for each quadrant,

8    they can be working simultaneously.  Because no matter

9    where you start, if you start in one area and not the

10   other, somebody is going to be unhappy and they're

11   going to think that somebody is more prevalent than the

12   other.  So if we were to have contractors working in

13   each sector at the same time, it would -- it would

14   minimize the time frame.

15             You know, the situation that we have today

16   didn't just start yesterday, it -- it goes all the way

17   back to 1821.  I bet you can go and find some pipes

18   that they've laid then still in the ground that water's

19   flowing through.  So we have an issue, true enough, and

20   I appreciate this opportunity to be able to express how

21   I feel, and offer some suggestions as to how we can

22   possibly make things happen.

23             Thank you.

24             UNIDENTIFIED SPEAKER:  Thank you so much.

25             MS. WEST:  Good evening, my name is Jennifer

1   West.

2              UNIDENTIFIED SPEAKER:  Hold on.

3              MS. WEST:  Oh.  My name is Jennifer West,

4    and I am from the ███████ community as well.  As a

5    citizen in that neighborhood -- or a person in that

6    neighborhood, we are really grateful for the

7    opportunity that the third party has come in with the

8    quality of service that they have given to our people.

9              It's a ripple effect for us, in that we are

10   in the center of a lot that goes on downtown.  We have

11   economic development around us and as several of my

12   neighbors have already stated, they have businesses

13   there.  There are more people that want to come to our

14   neighborhood and want to come to the city.  But if the

15   infrastructure is not done correctly, they're not going

16   to come.  And we're at a point where we see all of this

17   development happening and we want to be a part of it,

18   but we need help.

19             The fact that there is money involved helps

20   boost that improvement quicker.  And at the end of the

21   day, everybody that lives in the neighborhood wants

22   safe drinking water, they want to be able to trust a

23   system again and be able to say, okay, I can invest

24   back in my neighborhood, because once you invest and

25   you buy property, that means you're on the tax roll,

1    that means that money goes back into your communities.

2    And at the end of the day, the money that we get will

3    come back to the city of Jackson, so it's a circle of

4    that economy dollar staying in this area.

5              So we're thrilled at what you-all are doing,

6    we're excited to be a part of that process.  And we

7    hope that all of these comments today are taken to

8    heart and that they are used in the best way we

9    possibly can.

10             Thank you.

11             UNIDENTIFIED SPEAKER:  Thank you so much.

12             Anyone else?

13             MR. BAILEY:  Good evening.  Hey, my name is

14   Brent Bailey.  I'm the Public Service Commissioner for

15   the Central District of Mississippi.  I wanted to stand

16   back and allow the citizens and those who live in

17   Jackson to really speak up and talk about the

18   experiences they're having.  I don't live in the city

19   of Jackson, but I do have a lot of friends and family

20   that do live here.

21             As a public service commissioner, the

22   question is also often asked of our office, why aren't

23   we engaged?  Why aren't we doing something more

24   proactive to help resolve these water and sewer issues,

25   because we are the regulators of utilities in the

1  state?  Unfortunately by state law and multiple

2  passages -- passages in the authorizing statutes, Title

3  77 of State Law, the Public Service Commission is

4  prohibited from regulating the rates and service,

5  quality of service, of utilities services offered and

6  provided by municipalities.  So it really ties our

7  hands into certain things that we can and cannot do.

8           However, we do, on a daily basis, receive

9  calls from customers throughout Jackson who are angry,

10  dissatisfied, and -- and really trying to cope with the

11  impacts of the -- of the failing water and sewer

12  system.  And I've been out to homes, been out to these

13  areas, and seen for myself the impacts it's having on

14  the local community, homes, businesses and others.

15           We've had the opportunity to sit down and

16  have multiple conversations with Ted Henifin and -- and

17  I -- and his staff and contractors and others

18  throughout their adoption and acceptance of the -- the

19  water situation.  And we certainly have confidence with

20  the right resources provided to him, he can do the same

21  thing in helping rebound and rebuild the sewer side.

22  So we certainly give an endorsement, I guess you could

23  say, to the work he's done to date on the water side.

24  Understanding he still has a long road ahead of him in

25  -- in reviving these issues, and turning the system

1    around.

2              And we know there's equal, if not greater,

3    challenges ahead on the sewer side.  So we hope with

4    open mind and certainly the resources necessary to

5    invest in these systems, that we can help rebuild the

6    communities and systems that the -- and the services

7    are provided to help not just rebound economically, but

8    a quality of life and a standard of living we all

9    accept, but also reverse the ecological challenges that

10   we see are happening around the city as well.  So I

11   just want to thank you for the opportunity to speak

12   with you.

13             Thank you for hosting these forums, and it's

14   certainly important to hear from the citizens of the

15   city of Jackson and those who stepped up this evening

16   about their personal experiences, the impacts on their

17   business, and their communities.

18             Thank you.

19             UNIDENTIFIED SPEAKER:  Thank you so much.

20             MR. CRAWFORD:  Scott Crawford, just one more

21   comment or question.  Would --

22             UNIDENTIFIED SPEAKER:  Scott, one second,

23   please.  Thank you.

24             MR. CRAWFORD:  I -- I forgot to mention that

25   I am wholly in support of Ted Henifin taking over, I --

1    I forgot to mention that.

2         But -- but -- but it seemed to me like a

3    good idea if -- if we all -- those of us who favor Ted

4    Henifin taking over the sewer system, temporarily,

5    would you please raise your hands?  I'm in favor.

6    Okay.  Okay.  Thank you.

7         MR. MCBRIDE:  Good evening.  Good evening.

8    My name is Earnest McBride, I'm with the ███████

9    ██████████████████  here.  And there's a question that's

10   been in my mind since the last hearing on the water

11   situation.  And that was when the -- when the community

12   complaints came up, there seemed to have been two

13   choices.  Take Ted Henifin and what -- and the

14   stipulated order, or EPA and all the other deals are

15   going to be swept off the table and everything is going

16   to be dropped back into the lap of Jackson taking care

17   of that $600 million, $800 million whatever it is, and

18   that EPA is going to walk away and then the -- the

19   consent decree from 2013 would be put back into play.

20        It's -- there seems to be some suggestion of

21   that in the stipulated order on the sewer also.  I was

22   reading it in a hurry and it -- there seemed to have

23   been a -- a -- a -- a -- something to the effect that

24   this order will be in play, basically, unless the

25   courts decide that it is no longer acceptable or

1  agreeable.

2        But I was just concerned about whether there

3  is -- its take it or Jackson has to be responsible --

4  Jackson and the people of Jackson are going to have to

5  be responsible for going back to the original consent

6  decree of 2013 and paying all the bills, you know, in

7  addition to all the other problems that we have here.

8        Thank you.

9        I wish we could get some answers.

10        MS. PERKINS:  Hi, I am Deborah Perkins.  I

11  serve with the John & Vera Mae Perkins Foundation in

12  West Jackson.  And blocks of -- the 1900 blocks of

13  Robinson Street and the 1900 blocks of Central Street,

14  between those two, there's a sewage drainage ditch.

15  And when those flash floods happen, the drainage ditch

16  overflows.  The sewage department have said that the

17  drainage ditch clogs, so therefore the water cannot go

18  through.

19        When those drainage ditch overflows, two

20  houses on Central -- the 900 block -- 1900 block of

21  Central Street there, they flood, they receive drainage

22  inside their house underneath it, so therefore the

23  foundation and all that is happening.  Plus it goes all

24  the way across the street, so anyone who has tried to

25  drive up and down Central -- the 1900 block of Central

```
1    Street, they have to go through this sewage issue.  So
2    I'm just asking if something can be done at the 1900
3    block of Robertson Street and the 1900 block of Central
4    Street that -- with the drainage ditch that's flowing
5    in-between.
6              Thank you.
7              UNIDENTIFIED SPEAKER:  Thank you, ma'am.
8              Any other comments?
9              Ms. Butler, you coming back?
10             MS. BUTLER:  Well, I think Mr. Crawford
11   opened the doorway, so I'm going to walk through it
12   with him.
13             The other thing I wanted to mention is, in
14   my daily work, I work with the most vulnerable
15   populations, our senior citizens and our youth.  Many
16   of the families in our -- in ███████community, there's
17   three generations in a household.  So back in 2007, our
18   community went through an intensive master planning
19   process.  At that time, one of the main goals that we
20   put into that master planning document was we want to
21   diversify the housing stock in ███████.
22             We did that a couple of years ago with a $10
23   million affordable housing development.  Most of the
24   people who entered those houses for the first time, or
25   those townhouses and homes, are still there.  We're
```

1  going through the process now and actually getting

2  ready to break ground on another $10 million housing

3  development.  We're talking about 30-something homes,

4  affordable homes.  And we've probably got calls four

5  times that number for people -- from people inside

6  Jackson and outside Jackson wanting to come.

7        The problem is, it's on Mill, Bell, Noel,

8  right there where the infrastructure is already

9  crumbling.  We also have a loft development in the --

10  in the creative economy district, the artist district,

11  that's about to be finished.  So I'm saying all this to

12  say -- but that's not -- that's not our development.

13        But I'm saying all this to say, we want

14  housing development, we want economic development, we

15  lost a business in ████ because the -- the -- the

16  young man invested his money, got a loan, purchased a

17  building and -- and sewage just flooded the building.

18  And he couldn't even make the notes because he couldn't

19  open a business, and so we lost that business.

20  Luckily, he went to ████, you know, luckily, he

21  stayed in the city, is what I'm saying, but we know

22  other businesses that left the city.

23        I'm saying all this to say, Mill Street is a

24  critical, critical thoroughfare for the city of

25  Jackson.  We've got to -- we've been dealing with that

1 particular issue way too long, we're talking about

2 decades.  We've got to deal with that, otherwise,

3 eventually it's going to be a problem.

4       If it's crumbling under the railroad now,

5 eventually, it's going to impact the railroad.  But

6 more importantly, it is causing so much sewage back up

7 into houses and businesses in that community.  And we

8 are trying to add additional roofs in the neighborhood,

9 we -- we invested about $200,000 in tearing down over

10 20 dilapidated properties.  So we're trying to help

11 build up our community.  But we -- if we add more roofs

12 already on a crumbling infrastructure, we're just going

13 to compound the problem.

14       So it is critical, you know, I remember as a

15 little girl sitting on Mill Street watching people

16 drive to the federal building to work, because it was

17 one of the -- one of the few places, you know, it is

18 not that many traffic lights, so you can get there

19 quickly downtown.  And I remember the people waving at

20 us and they -- we were waving at them.  But we've got

21 to bring that back, we've got to bring Mill Street

22 back, and we've got to bring back other parts of the

23 city where those thoroughfares are critical to

24 communities and families.

25       So thank you-all again.  I'm in support of

1    Mr. Henifin and what he's done.  And I just hope that

2    we add into the stipulated order, not only an initial

3    year or so, but the option to add additional time if

4    needed, because this is not going to be an easy fix.

5              Thank you.

6              UNIDENTIFIED SPEAKER:  Thank you so much.

7              Any other comments?

8              MS. RICHARDSON:  Good evening, my name is

9    Shirley Richardson, and I've been living in the city of

10   Jackson for over ███ years.

11             My main concern is that there was not a MOU,

12   a measurable outcome of understanding, given to the

13   residents of Jackson.  Two days ago there was a study

14   done that Jackson is the fastest-decreasing city in the

15   United States of America.  We lost 49,000 people, but

16   we have the largest hospitals, we have the largest

17   schools, we have a better community.

18             But no one said the measurable outcome of

19   what this water crisis has done to our homes, our

20   schools, and our neighborhood.  We also did not get a

21   scope of service.  We were told when we call in, report

22   all this, but no one shows you how to report it.  So

23   you can put a Band-Aid on a surface wound but if you

24   don't teach a person how to do the surgery, you still

25   got the illness.

1           So there was no information given in any

2   communities, how to report the sewage.  There was

3   nothing given of feedback of how it's going to be cut

4   within the hours.  And even on today, when I asked

5   where this meeting was, and I called down to the

6   office, they said, we don't know which room it's going

7   to be in.  So the communication for these type of

8   meetings is going to have to be a little better because

9   the statistical data in the summer where we're looking

10  at is we're getting taxation without representation.

11          Our bills are going up three times with

12  sewers, just within the last two years.  But a

13  percentage of the people that live in Jackson are

14  paying for it, but there's a greater percentage that

15  work in Jackson and in the surrounding areas and come

16  here but they take advantage of this water system, but

17  they don't live in Jackson.  They don't live in Jackson

18  to do the plumbing system.

19          So my question is with the measurable

20  outcome, should there be a memorandum of understanding

21  to go into the community of how this situation should

22  work and how the community should be able to support

23  and report this information for justification of a

24  summary?

25          UNIDENTIFIED SPEAKER:  Thank you.

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
Public Comments

1          Are there any -- any other comments --

2  commenters?

3          MR. GOOD:  Jeff Good again, and I was

4  pausing to make this second comment, but based on my

5  fellow Jackson resident that just spoke, she -- she

6  changed my narrative.

7          I was about to ask, first of all, thank you,

8  as everyone has said, thank you for taking the time and

9  the attention and what I felt was a really

10  extraordinary amount of communication, to let us know

11  where, when and how.  I received four e-mails on this,

12  I -- I came to a previous event, and I'm on the e-mail

13  list, but I also saw it in the news, I saw it on social

14  media.  I saw -- I've seen it in -- in a number of --

15  of places, how we're doing this.  And I think that it

16  seems that you are going through extraordinary efforts

17  to get feedback.

18          I would also say it's very interesting that

19  almost unanimously our friend from the press here, and

20  perhaps the -- the former speaker, other than that

21  everyone who has spoken has been wildly in favor of the

22  transfer of the sewer system to the third-party

23  administrator.  Not because of any animus, but because

24  we're all overwhelmed, tired, exhausted and we can't

25  take much more.  That the city is as -- as many

1   speakers spoke to, it's -- there's a lot of -- of just

2   real deterioration.

3           And this is an opportunity because we've

4   seen, in seven months, tremendous change.  There's a

5   saying, you know, who are you going to believe, me or

6   your lying eyes?

7           The reality is that -- and I don't think Ted

8   Henifin is a -- is the second coming, but I think that

9   what process that this -- this administrator has put

10  together and the -- and the procedure is doing amazing

11  things in the city of Jackson, things we've never seen.

12  We've never seen someone saw cut or utility cut.  When

13  a -- when one of -- one of these water mains break now,

14  the contractors bring out a saw and they make a

15  rectangle.

16          Why is that important?  Because when you

17  just jump in with a backhoe and start ripping up

18  asphalt, it breaks all the asphalt all the way around

19  it.  And so when it's filled, which previously we did

20  not fill potholes, we would leave rocks in them because

21  we were limited in our resources, water infiltrates

22  everywhere and the whole roadbed goes, and we have more

23  problems.

24          So what we're seeing is some services --

25  I've used the -- the -- the -- the seven-digit number,

1  I've called in a service complaint.  I had three water

2  outages at Broad Street, you-all know me about Broad

3  Street and running -- closing down.  You-all haven't

4  heard a thing because, much like one of the former

5  speakers said, a water main break, a major one got

6  fixed in four hours, so we kept on going.

7          I would just -- just -- it really -- I think

8  that -- that it seems almost unanimous that our city is

9  ready for this.  I know that there are many in our city

10 that have questions, and there are some that have --

11 there -- there's some movement to -- to derail this.

12 And I would just simply ask, what you've heard here and

13 what you're going to hear in the next couple of

14 sessions, and all the letters, it seems to me that

15 there's -- that we are ready for fundamental change in

16 our city.  And that perhaps this is the opportunity for

17 doing so.

18          Thank you.

19          UNIDENTIFIED SPEAKER:  Anyone else?  Going

20 once, going twice?  Okay.

21          All right.  So I think we've now come to the

22 end of our public comment period, and I want to thank

23 you-all so much for your heartfelt comments.  It is

24 heartwarming as a resident of the city of Jackson to

25 hear and see other people who live in Jackson, who want

1    to see Jackson thrive.  And this is our city, this is

2    an opportunity, and we thank you-all for taking the

3    time to come out tonight and give us your input.

4              We want to also thank our federal and our

5    state speakers for participating, and for sharing the

6    agent -- their agency's perspectives.  And if you

7    should think of something you wish that you'd said

8    tonight and you didn't, you still have the opportunity

9    to go on the website and submit your public comment,

10   either by mail or by e-mail.

11             Scattered around the room, you'll see some

12   QR codes, and on the tables.  There are -- they're

13   there -- and those QR codes will direct you to the

14   federal register that's going to tell you again how to

15   submit your comments.  You can also find a copy -- a

16   complete copy of the stipulated order there.  So if you

17   would, take a -- a picture of the QR code to share that

18   with others.

19             We're going to send you a thank you e-mail

20   to thank you for your attendance, and we'll include

21   that QR code in that e-mail as well.  And you-all

22   should have the fact sheet that was available, and

23   appendices that were available, to share for each of

24   you.

25             We are thankful for our ███████████

1  ████████████████████████████████████████████████

2  ███████████████████████████.  Thank you so

3  much for being here with us and for rendering your

4  services.

5           Now, we're going to ask you-all to do us a

6  favor, and that is that you came tonight.  There's

7  still two other opportunities for people to come

8  tomorrow to give their comments.  We will be at

9  Tougaloo College from 10:00 to 12:00 and from 6:00 to

10 8:00 tomorrow in the Bennie G.  Thompson Auditorium.

11 So call somebody that you know has been impacted, and

12 ask them to please come and give us their comments.

13          Please know that DOJ, EPA, and MDEQ will

14 continue to provide updates when there is further

15 information about enforcement progress that we're able

16 to share publicly.  We look forward to having future

17 conversations with you and other community leaders and

18 members as we continue to work together for what has

19 been a theme tonight, the good of the city of Jackson.

20 Thank you for all you-all have done individually.

21 Thank you for what you continue to do for our Jackson

22 community.

23          And we wish you-all safe travels and have a

24 great evening.  Thank you.

25          (MEETING CONCLUDED)

**STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM**
**Public Comments**

```
1              CERTIFICATE OF TRANSCRIPTIONIST

2

3              I, Doug Yarborough, a transcriptionist

4    located in Charlotte, North Carolina, hereby certify:

5

6              That the foregoing is a complete and accurate

7    transcript of the digital audio recording of the

8    proceeding in the above-entitled matter, all to the

9    best of my skills and ability.
10
11             I further certify that I am not related to any
12   of the parties to this action by blood or marriage and
13   that I am in no way interested in the outcome of this
14   matter.
15
16             IN WITNESS THEREOF, I have hereunto set my hand
17   this 24th day of August, 2023.
18
19   _____
20
21
22
23
24
25
```