**Exhibit D**
Transcript of Public Comment Meeting
(Aug. 22, 2023, 10:00 a.m. meeting held at Tougaloo College)

1

2

3

4

5

6

7

8

9        Transcript of Audio File:

10            PUBLIC COMMENTS

11   STIPULATED ORDER FOR THE CITY OF

12         JACKSON, MISSISSIPPI

13          SEWER SYSTEM

14

15       TUESDAY, AUGUST 22, 2023

16          10:00 A.M.

17

    Audio Runtime:  56 minutes 04 seconds

18

19

20

21

22

23

24

25

```
 1   Present:

 2        Ms. Carol Kempker
          Ms. Mitzi Paige
 3        Mr. Karl Fingerhood
          Mr. Anthony Moore
 4        Mr. Martin McGee
          Mr. Michael Maris
 5        Mr. Johnny Leeson
          Mr. Warren Goddard
 6        Mr. Dimitri Asimov
          Mr. Blake Sandals
 7        Mr. John Morgan
          Mr. Sandy Carter
 8        Ms. LaChassity Jackson
          Ms. Sheila Thomas
 9        Ms. Gwen Smith
          Mr. Larry Travis
10        Mr. James Jones
          Mr. Lauren Goddard
11        Mr. Anthony Moore
          Ms. Monickey Marie McDuffy
12        Ms. Loretta Sutton, American Sign Language
          Interpreter
13        Ms. Veronica Turner, American Sign Language
          Interpreter
14        Ms. Soni Asali, Spanish Interpreter

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (Beginning of audio recording.)

 2               MR. MOORE:  Hello everyone.  My name is

 3   Anthony Moore.  I'm ██ years old.  I'm a lifelong

 4   resident of Jackson, multi-generational resident of

 5   Jackson.  And I would first like to start by saying,

 6   thank you-all for being here for this meeting.

 7               My first issue of concern, number one, is

 8   the accountability that Jacksonians held prior to this

 9   order and the -- the previous order concerning the

10   water.  I think it is a mistake for Jacksonians to --

11   to just sit quietly while our abilities to affect who

12   controls our utilities in our city, in our

13   municipality, is deconstructing right before our eyes.

14               I don't think that we recognize the impact

15   that this will have long term.  I'm concerned about the

16   ongoing operations post this consent decree -- this

17   order.  I think there is a very clear -- there's a very

18   clear deconstruction of the workforce here in Jackson.

19   We have to be able to maintain our own water posts this

20   order.  We have to be able to maintain our own sewer

21   lines.  That's the first issue that I have.

22               Secondly, I think there's been a failure on

23   the federal government's part, the state's -- the state

24   government, MDEQ, EPA, I am from a middle class, legacy

25   Black community.  It was founded as a Black American
```

1    community.  And we have been thoroughly oppressed and

2    neglected since its inception.  It's not a mistake.

3    It's not something that can be questioned.  It's the

4    truth.

5            And I -- I have an issue with accepting that

6    we're going to now not have any accountability to my

7    neighborhood through our home for however long of the

8    period, number one.  And number two, I'm not certain

9    that my neighborhood and communities like mine are

10   going to be prioritized throughout this process.

11   Jackson is a medium-sized city, and we have a lot of

12   niche communities that are often overlooked because

13   they don't have the affluence, they don't have the

14   wealth that will allow them to come into spaces like

15   this and articulate their needs.  And most often, they

16   don't have an advocate on the part of the government to

17   be concerned for their needs.

18           The city has put a bypass in my neighborhood

19   that pumps sewage from my neighborhood into a Pearl

20   River tributary town creek right beside of Hawkins

21   Field Airport.  I live there.  We smell the sewage.

22   We've been breathing it in for several years.  We've

23   called the EPA.  We've called MDEQ, and we don't think

24   this response is effective or efficient enough.

25           We don't believe that giving Jackson a slap

1   on the wrist is going to allow them to learn from this

2   mistake.  They have not been held accountable.  And

3   taking their responsibility of maintaining this from

4   them, does not correct that problem.  We want to see

5   that our city will have the capacity to provide us good

6   sources and good water utilities.  I yield my time.

7   Thank you.

8           UNIDENTIFIED SPEAKER:  Thank you.  Yes, sir.

9           MR. MCGEE:  Also, pretty much a lifelong

10  resident of Jackson, born and raised.  Been gone for a

11  little while but have been back for the last ▇ years.

12          UNIDENTIFIED SPEAKER:  And what's your name?

13          MR. MCGEE:  My name is Martin McGee.  I -- I

14  want to speak to the support for Ted Henifin to have

15  consent decree.  In the -- in the few months that he

16  has had control over the water system, there has been

17  dramatic improvement in the water system.  That's not

18  his area of expertise.  As you said, his -- his

19  expertise is in sewer systems.  His ability to affect

20  the water -- the sewer system, I think would be a great

21  opportunity for the city of Jackson to get it under

22  control.

23          I do have a concern about the long-term

24  operation of the system.  You know, this has not been

25  here or gotten here quickly.  It's been over a -- a

1   period of decades.  So it's not the current

2   administration's fault.  It's -- it's a combination of

3   years of neglect.

4           So, I want to make sure that going forward,

5   there are things put in place that will, again,

6   maintain accountability to the city if they take over

7   the water and sewer system, again.  That it is

8   maintained and operated in a -- in a means that is

9   sustainable for the future.  Thank you.

10          UNIDENTIFIED SPEAKER:  Thank you.

11          MR. MARIS:  My name is Michael Maris.  Thank

12  you for this opportunity.  Two comments.  And I agree

13  with both of the other speakers.  First, the consent or

14  information that I saw, talked a lot about the

15  solutions.  But I wasn't real clear on what got us to

16  this.  So hopefully there'll be some issues in terms

17  of, was it resources or management that got us to where

18  we are?  Because if we don't solve it going forward,

19  then we perpetuate the system -- situation that brought

20  us to where we are.  So tactful, or whatever's

21  politically correct, we also need to be specific about

22  how we got to where we are.

23          Secondly, with both of the projects, in the

24  sewer project as well as in the water project, while

25  those are important projects.  But I noticed what's

1   significantly missing was nothing that addressed how do

2   we also move our workforce forward?  Because unless we

3   develop a workforce that can not only repair problems,

4   but monitor and, in a sense, be proactive, ongoing.

5   We're not going to get to the point where we'll have an

6   ongoing functioning system.

7           My dad told me a long time ago, he says, you

8   know, for the black version, you got to do a lot with a

9   little bit.  We've been doing too much with almost

10  nothing.  But at the same time, how do we move forward?

11  And how do we have the people we have learn how to do

12  these things?

13          And I don't see any of that in any of the

14  documentation, which means that there's not a path

15  forward for that ultimate re-control of our local

16  system, by the local people, because it's not part of

17  the plan.  Those infrastructure products -- projects

18  are important, but I saw nothing that addressed the

19  people improvement part of it.  And if we don't do

20  that, we're just going to be perpetuating the

21  situation, or we will never have control of our water

22  system again.

23          UNIDENTIFIED SPEAKER:  Thank you, sir.  Yes,

24  sir?

25          MR. LEESON:  I'm going to tell you -- oh,

1   okay.  Good morning to you.  My name is Johnny Leeson

2   (phonetic).  I'm a transplant.  I've been here in

3   Jackson since '████    Came and graduated.  And I

4   have literally seen our city deteriorate over a number

5   of years.  Recently, when Mr. Henifin came in to take

6   over the water, and now hopefully the sewer, that was

7   the only bright spot or the only positive thing that I

8   saw happening in Jackson.  Either things remained the

9   same, or they got worse.

10          So I'm all for short term fixes, short term

11   -- the main thing now is to correct the problem in as

12   much as he can.  Correct the problem in as much as he

13   can right now.  We will worry about the long-term fixes

14   down the road.  I believe that -- that -- that if you

15   bite off more than you can chew, sometimes you get

16   choked on it.  But if you bite off enough, just a

17   nibble, nibble, nibble, nibble, next thing you know,

18   you've been successful at what you started to do.

19          I just want to really, in conclusion, say

20   that I hope -- I thank Judge Wingate for the insight to

21   see.  The fact that Ted Henifin came in doing what he

22   is now doing was needed.  Some people called it, it was

23   a race thing.  It had nothing to do with race.  It has

24   something to do with fixing and correcting the problem.

25          And Ted Henifin was the right person for the

1   right job at the right time.  So I just want to sing

2   his praises for doing that and -- and -- and having the

3   boldness of doing that.  And George Wingate for having

4   the boldness to stand up and appoint this man and say,

5   hey, look Jackson is here in your own volition as far

6   as water and as far as sewer is concerned.

7             UNIDENTIFIED SPEAKER:  Thank you, Mr.

8   Leeson.  Sir?

9             And -- and as he's coming, I do want to

10  remind you that if there are any Spanish speakers, we

11  do have the interpreter here.  She's ready to work.

12  Just let somebody with a name tag know that you need

13  the interpretation.  She'll be happy to stand up and

14  transcribe the -- the comments in Spanish.

15            And is there anybody that wants to speak

16  from up at the top?  Can you wave your hand, and she'll

17  bring the microphone to you?  Okay.  All right.  Sir,

18  to my left.

19            MR. GODDARD:  Warren Goddard (phonetic), as

20  a longtime policy analyst, prompted by the previous

21  comment.  It would be very helpful to have a report on

22  who is subcontracting, who's working for it by race and

23  by location.  So that we have the information we need

24  to develop the subcontractors within Jackson and

25  employees within Jackson itself to handle this long

1    term.  To be a sustainable part of the solution, not

2    just for a few years, but long term.

3              UNIDENTIFIED SPEAKER:  In the back, sir?

4              MR. ASIMOV:  Yeah.  My name is Dimitri

5    Asimov.  I'm a -- actually just here at -- in the

6    capacity as -- as a citizen.  I've been a transplant

7    for about ██ years here.  And kind of to piggyback on

8    what the gentleman in the -- in the blue suit said.

9    I'm kind of concerned about the short-term and long-

10   term conversations that we're having regarding our

11   systems and getting them into, you know, functioning

12   states.

13             The one topic that I -- I don't see talked

14   about, or have not seen talked about or addressed yet,

15   is how storm water is impacting our sewer systems and

16   exacerbating the decay of our already aging

17   infrastructure.

18             UNIDENTIFIED SPEAKER:  Okay.

19             MR. SANDALS:  Good morning.  I'm Blake

20   Sandals (phonetic).  I'm actually the Tougaloo College

21   SGA President, but I'm also a resident of Jackson.  And

22   so my -- my issue is when I read over the information,

23   the initial presentation mentioned the -- the consent

24   order or the consent decree from 2013.  And now we're

25   in 2023.  And part of the issue was that in 2013, the

```
 1   job was not being completed efficiently.  And so in a
 2   10-year span, we're just now addressing the fact that
 3   it was not being done efficiently?  When in 2013, when
 4   the initial decree was presented, it wasn't being
 5   performed efficiently.  Why did it take 10 years for us
 6   to continue to address what was already not being done
 7   efficiently?
 8            And so being that it did take 10 years for
 9   us to even begin to address it again, how can we really
10   have faith in what's being presented now.  When
11   initially when it was addressed and now we're
12   addressing it again, it took a 10-year span.  And we're
13   still fumbling around, trying to see exactly how we're
14   going to address the issue.  So where's the
15   accountability piece?  We're not understanding exactly
16   who was responsible for it, and who do we hold
17   accountable now, and who do we ensure is continuously
18   accountable?
19            And then we also want to make sure that, as
20   -- as my brother mentioned previously, that we are
21   working on the infrastructure of Jackson, and we're not
22   taking control away from the people of Jackson.  We
23   want to make sure that we have maintained that because
24   it has been systematically dismantled.  And we see it
25   in a lot of other ways.  So we don't want to continue
```

1    to take pieces away from Jackson until there is no

2    longer a Jackson left.  So I am all for reaching a

3    reasonable solution and conclusion, but I want to make

4    sure that it is Jackson first.

5              UNIDENTIFIED SPEAKER:  Thank you.  Yes,

6    ma'am.  She has the mic.

7              UNIDENTIFIED SPEAKER:  Good morning.  I'm a

8    long-term resident of Jackson.  I am also a school

9    student.  I have some real concerns because I have

10   personal knowledge of the research that I put in to

11   doing a lot at Jackson State and Tougaloo.  And it's

12   very alarming because in 2008, we had our first

13   situation where we were distributing water to

14   residents.  And that was 2008.  Okay.  At the Metro

15   Center.  And then in 2018, we're dealing with sewage.

16   And that was on a 10-year span.  In July of 2010, I'm

17   doing the research.  I published this in a journal.

18   These articles have been published by my professors at

19   Jackson State and myself, about the water, about the

20   concerns with the water that we tested at Jackson

21   State.

22              And so when the EPA first came here with

23   Eric Holder was April of 2012.  I had delivered my

24   daughter at UNC, and I was trying to get to that

25   meeting at the JSE Center because they were here.  But

1    I felt like if they didn't know what I knew about the

2    water and some other people that should have been at

3    the table for that meeting, maybe we wouldn't be in the

4    situation that we're in now.

5            To address the water, and then we have the

6    sewer.  So the water was already tainted way before

7    2008.  I know I moved back here from the coast in ███.

8    ████████████████████████████████████  So they were

9    having some issues with the water because I didn't get

10   over there for a job, trying to secure one at the water

11   treatment facility, both locations.  I didn't get

12   hired.  I didn't get an interview.  I didn't get

13   anything.  Okay.  I'll leave it alone.

14           Here we are now, after COVID, and I'm

15   living, too, here.  So when COVID were -- people were

16   shuttered in their homes and not able to go anywhere,

17   sheltering in place.  Well, we have an issue with water

18   because we didn't have any water at our residence.  So

19   we were forced to take shelter in a hotel for those

20   months when everybody was sheltering in their homes

21   because our water was not even flowing.  So for months

22   we were there and maintaining.

23           And so here we are in 2023, and we're

24   dealing with the sewage problem.  So now, I have a

25   bill, but I still can't get no help with it now that I

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
**Public Comments**

1  have one.  And I'm just like, okay, is this a phantom

2  situation here?  I mean, what is really going on?  I

3  mean, you put the information out there for people, but

4  when you try to access it -- it's not accessible.

5          So I'm wondering, you know, from 2008 with

6  the water to 2013 with the sewer.  And I remember when

7  I was living out on Raymond Road, I'm looking at all

8  the addresses that you-all have listed on this book,

9  appendix.  I'm noting every address that I've lived at

10  in the time span since I did my research, and we were

11  warning them, I know, in 2018, about the sewage problem

12  when I was out on Raymond Road.

13          UNIDENTIFIED SPEAKER:  So your time is up.

14  Did you want to give your name?

15          UNIDENTIFIED SPEAKER:  Sure.

16          UNIDENTIFIED SPEAKER:  Okay.  Thank you.

17  And if there's time, if you have something -- if

18  anybody has anything they want to say, they can come

19  back up.  I hate to cut people off.

20          DR. LENARD:  Thank you so much.  My name is

21  Dr. Sean Lenard (phonetic), and I have raw sewage

22  coming up in my driveway.  I live probably less than a

23  mile away from here.  But I guess I've been sitting and

24  gathering my thoughts and trying to figure out, how did

25  we get here?  Really, like, seriously.  Where are we?

1   This literally has become a Third World Country in the

2   city of Jackson.  I'm sorry.  I just that's -- how I

3   feel.

4            You know, I'm -- I'm curious to know because

5   I'm pretty sure there's been earmarked money that went

6   for these projects.  I -- I'm pretty sure.  If we're

7   going to do accountability, let's go back and see where

8   the money went for the projects that didn't get done to

9   fix the infrastructure.  Then when we figure that out,

10  how about trying to partner with the governor, the

11  city, and our local officials to say, okay, why is the

12  money not getting to every area of Jackson,

13  Mississippi?  Why is it stopping at Fine?  Why is it

14  stopping at Bella Haven?  Why is it not reaching to the

15  Black community?

16           I -- I seriously have a problem with this.

17  You know, I -- my tax monies -- they -- they -- they

18  govern my tax monies, too.  You know, the average tax

19  property in ██████████ is $2,500, and I can't even get

20  my trash taken out.  If we're arguing about who's going

21  to take the trash.  Now, that's not your issue.  We got

22  enough issues.  I get it.

23           But I just want you-all to really consider

24  what you're doing.  Because I look at Flint, Michigan.

25  I don't want to be in Flint, Michigan, but I feel like

1   we're already there.  I mean, so I'm -- that's just my

2   little bit, and I know you guys can't respond back, but

3   I just wanted to share.

4           UNIDENTIFIED SPEAKER:  Thank you for

5   sharing, Dr. Lenard.  Did someone else have comments?

6   Okay.  We will come back, but I think I see somebody

7   else up here that raised their hand that wanted a mic

8   brought to them?  Nobody up here?

9           Okay.  Well to my left.  Sir, come on down.

10          MR. MORGAN:  Now?

11          UNIDENTIFIED SPEAKER:  Yes.

12          MR. MORGAN:  My name's John Morgan.  I'm a

13  realtor, property managed company over 500 units in

14  Jackson.  Resident almost all my life in Jackson.  I

15  can piggyback on all the comments, but what I wanted to

16  piggyback most is the storm water drain off the

17  gentleman mentioned earlier.  That is one of the

18  easiest things we can fix.  The ditches are not being

19  cleaned.  The culverts are not being cleaned.  The city

20  used to do this.  The county used to do this for years.

21  Nobody is cleaning up the ditches.

22          When it rains, they fill up.  It flows into

23  the street.  It flows into the sewer.  Eventually, it

24  gets into the sewer.  That puts a -- a bigger tax on

25  your sewer system.  That is the easiest thing we can

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
Public Comments

1   fix.  It will take some money.  There's no expertise.

2   We just need to clean the ditches, and that will give

3   us some relief right now.

4           I think anybody will agree, that's a big

5   problem.  We have houses flooding, flash flooding.  All

6   this water goes into the sewer system when it -- it

7   can't drain off.  I can take you to numerous culverts

8   that have been full for years where the water cannot,

9   and the street fills up with water, goes into the

10  manhole, which is the sewer system.

11          I would also like to mention, if there is a

12  compensation problem for people who have been damaged

13  from sewer lines not being fixed, they can't sell their

14  houses, they can't collect the rent, they sit there for

15  months and months being vandalized.  I've not seen

16  anything of any kind of a compensation program or

17  action to take on that, other than a private attorney,

18  which we've also are seeking legal action through

19  private attorneys.  But I'd like to see some kind of

20  comments on if there is an avenue to seek restitution

21  if you've been damaged by this system.  Thank you.

22          UNIDENTIFIED SPEAKER:  Thank you.

23          MR. CARTER:  Hello.  My name's Sandy Carter.

24  I spoke last night, and I wanted to thank you again.

25  But last night, we were all on the same page that we

1  thought Ted had done a great job.  And I didn't give

2  you my reasons why I supported Ted.  But today, I hear

3  that there's some, maybe some problems with Ted and --

4  and -- and the things that I heard today that really

5  made me think that I need to speak again.  I completely

6  agree that we need a long term plan.  We need to know

7  what's going to happen after Ted leaves, after the

8  four-year period is up.  We need to know what's going

9  to happen because we don't want it to get back to where

10  it is.

11        We've -- we have a unique opportunity right

12  here with the money that's been given to us by the

13  federal government to fix these problems and -- and we

14  need to do that.  But the reason that I'm saying that

15  we need Ted to step in, in almost an emergency

16  situation, is that we had 4.7 billion gallons of

17  wastewater put into the -- in the last two years. 4.7

18  billion gallons in two years.  City of Jackson has had

19  six public works directors in two years.  The last one

20  stayed 10 days.

21        So we need to figure out who we're hiring,

22  or we need to figure out what the problems are, or why

23  these people are leaving.  So I -- I -- I agree with

24  the people that are here today, this is -- this is

25  tough.  But I don't think it's a racial issue for us,

 1   to all of us, people who live and ponder.  I have sewer

 2   flowing in my yard.  So I want to say that it's not a

 3   racial issue for us to have clean water.  We want to

 4   have -- we want to have streets that are -- don't have

 5   sewer flow on.  We want to have -- be able to drive

 6   down our streets without getting flat tires, and we

 7   want to be safe.  Those aren't racial issues.  That's

 8   issues that everybody wants.  So I appreciate you-all,

 9   and I appreciate you giving me the chance to speak.

10             UNIDENTIFIED SPEAKER:  Thank you.  Anybody

11   up top?  I see someone coming down.  Anybody up top?

12             MS. JACKSON:  Good morning.

13             UNIDENTIFIED SPEAKER:  Good morning.

14             MS. JACKSON:  My name is LaChassity Jackson.

15   I'm a student at Tougaloo College, and I serve as the

16   91st Student Government Association Vice President.  I

17   want to come up and note that many individuals have

18   talked about the standpoint of a homeowner, but I also

19   want to talk about it from a college standpoint.  We

20   had the water issue.  We had many students at the

21   surrounding colleges from Jackson State, for example,

22   who were displaced, and they didn't have water to even

23   bathe.

24             Water is a basic human necessity.  We were

25   offering students water.  We were offering them to come

```
 1   over here and take care of themselves.  But overall,
 2   it's an economic issue because how can we expect
 3   parents to send their students, their children, to a
 4   school where they don't even have water?  How are we
 5   going to expect them to perform properly and become the
 6   next citizens of America, to change the world and sit
 7   in your seat, if they don't even have water?
 8            So while we talk about the four-year plan
 9   and we talk about things that have happened since 2013,
10   we need to imagine what we're doing for the future in
11   order to make this a safe place, not only for
12   homeowners, but for college students.  So we have
13   people that want to stay here in Jackson and continue
14   to help with the issue long term, but also to make sure
15   they want to stay here to even finish their college
16   education because that's an economic standpoint of
17   Jackson, and we need those dollars.  Thank you.
18            UNIDENTIFIED SPEAKER:  Thank you.
19            MS. THOMAS:  Hello, my name is Sheila
20   Thomas.  I'm a longtime resident of Jackson.  I live
21   off ███████████████████.  The Hanging Moss
22   Creek runs right beside my home.  In all the years I've
23   been over there, I've been there since ████, I have not
24   seen anyone come over and ever clean the -- the -- the
25   drainage or the creek, the ditch beside my home.
```

1          And I am happy that Mr. Henifin took over

2     the water system.  My water has improved tremendously.

3     But the sewage, we definitely need help with that.  And

4     it is not a racial problem for me.  It's not a

5     political problem for me, but it is for -- for -- for

6     every, you know, a lot of other people.  I just want to

7     see it fixed.

8          We need to get together and work together

9     and hold our officials accountable.  When we go to the

10    poll and vote, we need to stop voting for people

11    because of their color or because of their political

12    background.  We need to vote for people that's going to

13    get the job done.  And the city of Jackson need to stop

14    hiring their buddies and stuff and hire people

15    qualified to do the job.

16          That's the problem.  We don't have people --

17    we have incompetent people in office.  I watch the city

18    council meeting, and I can tell you, I can see that we

19    have incompetence.  And that is the problem.  And when

20    we go to the poll and vote, you need to vote for

21    qualified people going to get the job done because this

22    stuff affects our health.  It affects our children.  So

23    that's all I have to say.

24          UNIDENTIFIED SPEAKER:  Good morning.  I am a

25    Jackson homeowner, and I just have three quick

1    questions.  I would like to know if Jackson could get a

2    completely new water system.  I would like to see new

3    pipes under the ground, all over Jackson to replace all

4    the old pipes.  I would also like to see that our --

5    our water bill is going up, and we are not getting the

6    quality water.  I think last month, my water bill was

7    ███   This month is ███   So I would like to see a

8    good, clean water system.  And I would like to see our

9    bills even out and us to get what we are paying for.

10   Thank you.

11          UNIDENTIFIED SPEAKER:  Thank you.  Anyone

12   else?  Yes.  Okay.  She's bringing you the mic.

13          MS. SMITH:  Good afternoon, evening.  My

14   name is Gwen (phonetic) Smith, and I'm here or trying

15   to find a place.  I relocated here from out of state.

16   And since I've been here, it's been a real hassle with

17   the water system, and being that I'm not used to it,

18   and what I've seen here.  The system that we have for

19   all the communities of Jackson, people that have been

20   here 15, 20 years, they have been dealing with this

21   problem for years.

22          The money that's funded don't get directed

23   to the place that's it needed.  A lot of time, people

24   don't have water in their homes for two or three weeks

25   at a time, essential for us to get up, bathes, send our

1  kids to school.  Then you're paying a water bill for

2  services that you're not getting.  You can't go to the

3  grocery store and walk out of the store without paying

4  for your service.  They run you.  But yet we've been

5  told to continue to pay our water bill when we don't

6  have any water.  That's why it's stealing from the

7  consumers.

8        How do we continue to pay our bills,

9  continue to pay our taxes, when the only place our

10  money is going is to fix a broken system that we are

11  not being told what is really going on, where the

12  money's being spent, taxes being raised.  The sewer

13  went up, the water went up, homeowners went up.  In

14  less than three years, I have had my home, taxes, and

15  stuff raised up.  All I'm asking for is when do the

16  people, just like Jackson, everyone from Flowood,

17  Brandon, everything branched off of Jackson before it

18  was built.  Seems like everything that's happening now,

19  Jackson is taking a hit, and Jackson paying for

20  everything that other people benefit from.

21        So now, if we can send that money back and

22  help us to refurbish and put Jackson waterline up.  And

23  then we bring in people from the outside.  Then control

24  it once the money come into the system.  Where were the

25  people at when we was buying for the water, having the

1   money put in installments.  Now, all of a sudden the

2   money is here.  They're moving the bad people out,

3   bringing the people in that they want to run the

4   system.  And then half of the people not getting jobs

5   to work the system that help to support the system all

6   these years.

7           All I'm asking for is for the people in

8   Jackson to be given jobs to be able to work.  We pay

9   the taxes here.  Let us benefit.  I'm just here, a -- a

10  new person.  But what about the people that been here

11  for the last 10, 15, or 20 years?  Where are their

12  money going to come back and benefit them from?  When

13  are they going to get to see clean streets, clean

14  water?

15          We out there bathing with bottled water.

16  Our children going to school.  They get up in the

17  morning.  They can't even eat a meal because the water

18  got to be boiled.  That's just not fair for the city of

19  Jackson to continue to suffer at the hands while

20  everybody branching off is benefiting.  Before there

21  was any other town, there was a Jackson.  Now we are

22  asking those towns to pour back into Jackson.  That's

23  all.

24          UNIDENTIFIED SPEAKER:  Thank you, Ms. Smith.

25          MS. SMITH:  Thank you.

```
 1            UNIDENTIFIED SPEAKER:  Yes?

 2            MR. TRAVIS:  Good afternoon.  My name is

 3  Larry Travis and I'm a resident of Tougaloo community.

 4  So I'm here -- I've been living in Tougaloo for at

 5  least over ▮ years.  And I came here -- up here after

 6  hearing so many people boiling with frustration.  I

 7  just want to say that we're pretty much sick and tired

 8  of just being sick and tired because we're not getting

 9  anything from Jackson.  We're sick and tired of the

10  excuses and not solutions.  And at this point, we just

11  want to move forward.

12            And in my opinion, as I -- as we talk about

13  the water, I don't see it as anything other than

14  residents of Jackson need improvements in every area.

15  There -- I get sick and tired of looking on the TV and

16  seeing so many problems with Jackson and having

17  relatives from out of Jackson calling, saying, I can't

18  believe this.  And because they lived here before, and

19  now seeing all these things from potholes,

20  infrastructure.  And I'm not going to go through the

21  list because everybody already know.

22            But I mainly came up here to say that if

23  anybody, Henifin or whoever, if they're able to bring

24  improvement to Jackson, me personally, I would like to

25  see that before I transpire.  And right now I'm living
```

1    retirement life and just hearing about problems and

2    problems and problems in Jackson.  I'm sick and tired

3    of it, and we want solutions.  Thank you.

4              UNIDENTIFIED SPEAKER:  Thank you.  Anybody

5    else?  All right.  Come back over here.

6              UNIDENTIFIED SPEAKER:  Good morning, again.

7    I wanted to kind of enlighten you about the children,

8    because I have a 10-year-old and a 4-year-old

9    granddaughter and their experience with us not having

10   water, from their perspective.  We're living in -- on

11   ███████████, and we're trying to bathe and do what you

12   do in the morning and the evening before you bed.

13             And we're having to go to the Waffle House

14   to use the bathroom or the Walmart on Highway 18 to use

15   the bathroom.  You're living in Fondren and we're

16   living off of Mitchell, near Gaggs.  And we're having

17   to go to Battlewoods to use the bathroom, a restaurant.

18   They're only open during the hours before 10:00 p.m.

19   So you have to go outside of your home, with your kid

20   or children, to a place to use the facilities, a

21   bathroom, just to urinate or whatever you have to do

22   there.

23             It's a problem because you have kids --

24   we're in the bathroom and another couple comes in with

25   their daughter.  And she says, Mommy, why are we --

1   we're all in the bathroom?  And we're in the stalls and

2   the kids are like, why do we have to come to the

3   bathroom at the Battlewood Restaurant to use the

4   bathroom?  These are kids.  They are kindergartners.

5   They are first graders.  They are second graders.

6   They're elementary.  They are never going to forget

7   this experience.  They will never forget this.

8           We are running water after playtime to take

9   a bath.  And this is right on West Street and Fondren.

10  The pumps were on the streets, and we're running water

11  in the tub.  She goes in there and she's like, Oh, I'm

12  not taking a bath in that water because it's not --

13  they know their colors by kindergarten: brown, black,

14  green, purple, red.  She is like, that water is not --

15  I'm not taking a bath in that water.  You have kids as

16  young as three and five years old.  They know it's

17  something wrong with the water.  They can turn it on

18  and smell it.  If you don't smoke, if you don't drink,

19  if you don't do anything to distort your taste or your

20  smell, they can tell when it's turned on.  They can

21  smell it.  My daughter says, I'm not brushing my teeth.

22  She can smell the water.

23          And so even now, when I come home to work at

24  8 o'clock in the evening, I'm at work.  So no one's at

25  home until I get in, and there's a Chlorine smell

1   throughout the house when you walk in the door as if
2   someone had just cleaned our home with bleach, but we
3   haven't even been there.  The builders are so loud that
4   I have to lift the bathroom window up to let the odor
5   out and the bedroom window because my eyes are burning
6   from the chlorine that's in my home.  But we don't use
7   bleach to do anything.
8                UNIDENTIFIED SPEAKER:  Thank you.
9                MR. JONES:  Thank you very much.  My name is
10  James Jones, a lifetime resident of Tougaloo,
11  Mississippi.  That was my home boy who was up here,
12  just a minute ago.  I have a problem with Mr. Henifin
13  and the third-party administrator.  But my concern is -
14  - see, because we do have a problem here in Jackson,
15  and that he's going be put in place to set itself to
16  deal with the problem.  And let's deal with the
17  problem, stop kicking the can down the road.
18                But my concern is race, is race.  That's
19  what my concern is.  Because I'm also a chairman of
20  Building and Grounds Committee at Parkwood Church of
21  Christ, and we are in the middle of a ████████
22  renovation project.  And prior to the third-party
23  administrator coming in, the city of Jackson -- through
24  the city of Jackson as for a service charge application
25  fee, tap fee and the meter charge.  We're living at

1    about five grand, about ███████.

2              But at the end of May, the third-party

3    administrator stepped in.  This charge went to ███████

4    See, because the third-party administrator doesn't

5    exactly do the work.  It was contracted out.  And --

6    and through our bidding process, we find our contracts

7    don't want to work in -- don't want to work in Jackson

8    for some reason.  So it leaves us open to vulnerable

9    contractors coming into Jackson, taking advantage of

10   Jackson.  So there needs to be a checks and balance

11   system for the third-party administrator.  He needs to

12   be checked in some way because it needs, as for its

13   predecessor concern, a contract for prejudices.  We are

14   at their -- at their mercy.

15             MR. GODDARD:  Lauren Goddard (phonetic).  I

16   wanted to get in the record concerns about

17   Perfluoroalkyls, the PFAS Forever Chemicals.  This is

18   an issue that's become very apparent to us now.  And we

19   have very high rates of kidney failure, heart disease,

20   other things that are associated with the Forever

21   Chemicals PFAS in the water system.  So it's not part

22   of the order now, but I want to get it in the record

23   that that is a concern that we need to be thinking

24   about as we move forward.

25             UNIDENTIFIED SPEAKER:  Yes, ma'am.  She's

1  going to mark it, too.  Okay.  Sorry.  Go ahead, sir.

2          UNIDENTIFIED SPEAKER:  I'm also a long-term

3  resident of Jackson, and I just wanted to point out

4  that the issue today is not the water, it's the sewer.

5  And it's apparent that since the consent decree was put

6  in effect for the water, there has been progress made.

7  It seems that as one of the earlier speakers said, we

8  don't want to bite off more than we can chew.  We have

9  to address this -- this issue -- issue, too.  And I

10  think given what we have is that it's been 10 years

11  since the initial decree was put out there, we are

12  making progress in -- in addressing the sewer -- the

13  sewer issue.  And I think that's what we need to focus

14  on at the -- at the present time.

15          UNIDENTIFIED SPEAKER:  Thank you.  Thank

16  you.

17          UNIDENTIFIED SPEAKER:  I think it's a

18  twofold issue.  Because when the sewage overflows, it

19  goes into the water, it goes back into the sewage, and

20  it comes back into my home.  So it's a twofold issue.

21  Please focus on both.

22          But I would also like to request that you-

23  all do some type of impact study in regards to the

24  cancer rates and, exactly what the gentleman just said,

25  we need some type of research that looks at cancer

1    rates and some of the things that have occurred as a

2    result of the toxic waste being in the water.

3          The lead rates are really high around here,

4    too.  They just tested 168 samples around the state.

5    Jackson came in number eight.  Okay.  So that is just

6    something else I want to also put in -- in the decree

7    if possible.

8          UNIDENTIFIED SPEAKER:  Thank you.  Any other

9    comments?  Yes, sir.

10          MR. MOORE:  Anthony Moore.  I'd like to

11    state affirmatively that this absolutely is a race

12    issue in the city of Jackson, a Black majority city,

13    ran by a majority Black government.  It absolutely is a

14    race issue.  Our government inherited the legacy of

15    Jackson.  That Legacy didn't start in the '90s when

16    Mayor Harvey Johnson was elected.  My neighborhood was

17    established in the '60s.  At the time it was a middle

18    class, Black community.

19          Since the '80s, it has not been maintained

20    in any capacity.  No ditch cleaning, no tributary

21    clearing.  We have growth through all of our creeks

22    that obstruct sewer poles that run through our creeks

23    and they cause bursts.  We have erosion as a result of

24    it.  We have bypasses all over this city that is

25    pumping sewage right into our tributaries and our

1   creeks.  We don't get to use that.  They are stealing

2   our public resources to flow sewer -- sewage through

3   our city.

4           It's our right to have access to our natural

5   resources.  If you can't go fish in a creek in your

6   neighborhood, that's your government's fault.  That's

7   not something that you should give up willingly.  You

8   have a right to live in a first-class country.  You

9   don't have to live with sewage flowing in your front

10  yard, creating hookworms, a third world parasite.

11          That's what happens when you have a city

12  with no accountability.  There hasn't been

13  accountability from MDEQ on the part of Jackson being

14  held accountable.  There hasn't been accountability

15  from the EPA, regardless of their consent decrees.

16  Jackson has been allowed to create this mess throughout

17  our city.  We have 90-year-old people using stools and

18  -- and buckets just to use the restroom, here in

19  Jackson.  It's -- it's appalling.  We have -- the city

20  has such a bad grasp on their operations of sewage that

21  they don't even have a comprehensive map of the sewer

22  lines.  That means, they got to go search for your

23  sewer line if you have alerts.  They don't even know

24  where it's coming or going.  They haven't been

25  maintaining it.

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
Public Comments

1           So if we're going to give over control to a
2    third party, federal entity control by a federal
3    government or some other commission, we have to have,
4    for certain, clarity that these problems will not just
5    be thrown to the wayside when the consent or the order
6    has been made.  Because we have lived with this for
7    decades.  This is not something that started three
8    weeks ago, three months ago, or three years ago, when
9    it hit your table.  We called for it several years.
10          I bought my home in 2020.  When I bought my
11   home, along Hawkins Field Airport, the sewage creek was
12   filled with sewage.  It was backing up into the
13   ditches.  My house is the last house on my street, on a
14   dead end.  So when the creek overflows, it comes back
15   into my neighborhood through our ditches, right in
16   front of our home where your kids are playing in your
17   front yard.  When it backs up that bad, water cannot --
18   storm water can't get out and it's going to go into the
19   sewage.  And now we have water coming back into our
20   house.  It has over flooded our sewer, and we want real
21   accountability.
22          UNIDENTIFIED SPEAKER:  Thank you.  Any other
23   comments?  Yes, sir, in the back.  She'll bring you the
24   microphone.
25          SPEAKER 25:  Good morning.

```
 1              UNIDENTIFIED SPEAKER:  Good morning.
 2              My name is (indiscernible).  The stipulated
 3      order should contain a component of human development.
 4      When all these things are done and the third-party
 5      manager leaves town, we need to maintain our systems.
 6      We need to participate in maintaining and operating our
 7      systems.  Through Hans Community College, Tougaloo
 8      College, JSC, you should have students trained in
 9      operating these systems.  And that is what should be
10      part of the stability order.  Thank you.
11              Thank you.  Any other comments?  Yes, sir.
12      You can -- you can -- oh, she has the microphone.
13              MR. LEESON:  Let me just put a cap on what
14      my thoughts are.  Again, let's get the current problem
15      fixed.  Let's do what we can, Jackson.  Let's help the
16      people that is trying to help us get the problem fixed.
17      Stop looking at his card.  Let's look at -- let's look
18      at his ability to do it.  I agree that this problem
19      didn't start yesterday.  It didn't start 10 years ago.
20      This can has been kicked down the road for so long by
21      so many administrations until it's no longer a can.
22              We need to -- you have to have a stopping
23      and a starting point.  So let's start now with the
24      problem of the sewage overflowing.  Let's worry about
25      the long-term fix when we get this problem fixed.  We
```

1    don't know that there's not going to be a plan to have

2    Jackson come in and take over.  We don't know that.

3    But let's right now, stop the ugliness, the sewage, the

4    manholes from overflowing.  Let's stop that now and

5    worry about the long-term fix later.

6           I do believe that if we get it fixed now,

7    some way, somewhere, somehow, the problem will be long

8    -- corrected in the long term.  I just believe that.

9    And look, and I love this city.  I love Jackson,

10   Mississippi.  I came here in ███.  I've been here since

11   then, and I'm not leaving.  I -- I bought in.  I'm not

12   leaving.  I don't care, come hell or high water, I'm

13   not leaving because I believe that -- that we are that

14   city.  I really believe in Jackson you-all.  So let's

15   get this problem fixed.  Let's stop talking about this.

16   It is not a race problem.  It is a sewer problem.

17          UNIDENTIFIED SPEAKER:  Thank you, Mr.

18   Leeson.  Any other comments?  We understand that there

19   are comments and -- and opinions on all sides.  That's

20   why we're here today.  Okay.  We want to be able to be

21   heard.  Anyone else that has not been heard that would

22   like to be heard?

23          MS. SMITH:  Yes, I do.  Can I just say one

24   thing, and I don't even need a mic.

25          UNIDENTIFIED SPEAKER:  Okay.  Let me just

1  make sure that there's not anybody else that hadn't

2  said -- has not said anything that wants to speak.

3  Okay.  Go ahead, Ms. Smith.

4          MS. SMITH:  We all in Jackson, and we just

5  like to say, when we said it's a race problem, it's

6  nothing outside of us saying, personally, we put the

7  blame on anyone.  But it is a racial problem.  It's

8  been a racial problem.  And there's nothing we can do

9  to change it until we start with changes from the

10 higher up.  The money from up comes down.  And if the

11 money don't come down, and the people that looking at

12 the situation don't put in the time to give it to us to

13 fix the problem.  Just saying, we don't have a problem,

14 don't make it right.

15         You could be here 100 years, and if the

16 change don't come, you still dealing with the same

17 problem.  It's not just about you being here since '72,

18 coming in '72 and seeing this, it means we want to see

19 results, but we are seeing that it's a problem because

20 the funds have not been allocated in the places they

21 need to be allocated.  So just stop sugarcoating, call

22 it what it is.

23         UNIDENTIFIED SPEAKER:  Any other comments?

24 Okay.  Go ahead.  Going once, going twice.  Yes, ma'am.

25         MS. MCDUFFY:  Good morning.  I'm Monickey

1   (phonetic) Marie McDuffy, and I just wanted to give you

2   -- he was speaking about it not being a race issue,

3   it's a sewer and a waste issue.  It is.  It doesn't

4   matter where you live in Jackson because I've lived

5   everywhere in Jackson.  I lived on the outskirts of

6   Clinton.  I lived on ██████████  I lived in ████████  I

7   lived on ██████████████  I have lived on ████████████

8   ████████  I have lived over here in Tougaloo.  It don't

9   matter where you live.  There is a sewage problem.  It

10  is all over the city.  It does not matter where you

11  live because I lived -- I have family that lived from

12  Medgar Evers from the Medical Mall area out to McCluer

13  Road and to Byram.  It's a problem.

14          It is a real problem because when they start

15  putting notices out, you're trying to rent or buy

16  homes, as a disclaimer, you can buy this home, but we

17  are not responsible for whether you have water at your

18  home or you have sewage issues at this home.  That is

19  what it has come to.  When you're trying to rent, and

20  this was right before this big explosion we just had

21  back in August.  When school was getting ready to

22  start.  We were getting ready to move into a new place,

23  but because there was a sewer issue and the water

24  crisis, the lady decided to take our house off the

25  table.  This is real.

1            When you go on these sites for these homes,
2    they have a disclaimer there.  You must find, it's on
3    there, even when you're viewing the home, when you go
4    on the website.  So it is a real problem because
5    they're not going to be responsible, whether you rent
6    this house and you have water or no water, or you have
7    no access to waste, even though you are paying it on a
8    water bill.  I get billed for Jackson's water.  My bill
9    from Jackson is higher than the bill I get from
10   Ridgeland.  I'm in Ridgeland now, but I get a bill from
11   Jackson as well.  And just like she mentioned, her bill
12   is ███   So is mine.  If I don't pay it by tomorrow,
13   it's going to be off.
14            So they said they had this thing called
15   Thomas Pay and all these other entities that would help
16   people with their water bill.  Well, I haven't gained
17   any access to that.  And then before I was able to have
18   water, I was living in this community right here in
19   Tougaloo for several months during COVID, with no
20   water, which forced us into the -- the Hilton Hotel and
21   the Homewood Hotel for several months.  For six months.
22   We had no water.  No one has come and said, we'll help
23   with that cost.
24            UNIDENTIFIED SPEAKER:  Any final questions
25   or comment?  Not questions, but comments?  Okay.

1          So thank you-all for your participation

2     today.  We appreciate your thoughtful comments, your

3     insight, your experiences.  We want to also thank our

4     federal and our state speakers for participating and

5     sharing their agency's perspectives.

6          If you should think of things that you want

7     to say after today, you still have the opportunity to

8     go onto the website and give your comments, either by

9     mail or by email.  Scattered around the room are these

10    QR codes that you can scan with your phone that will

11    take you directly to the federal register that will

12    then tell you where to mail and email your comments.

13    The address is here, and I think you also have it on

14    your fact sheets.  The stipulated order is also at that

15    link that's in the QR code.

16          If you would, please take the picture of the

17    QR code, share it with others.  We're going to thank

18    you and send you an email for coming today.  That's

19    going to also include the QR code in the email.  As I

20    mentioned, you have hard copies of the fact sheet, you

21    have the appendices.  Those are all available while

22    quantities last.

23          I want to thank our ███████████████████

24    ███████████████████████████████████████████████

25    and ███████████████     They have done a wonderful job

1   for us today.  And a Spanish interpreter who's ready to

2   work.  So if you have friends that you know speak

3   Spanish and wants to come.  There's one other

4   opportunity this evening.  She is ███████████████

5   (phonetic).  She's here, and she's willing to interpret

6   all of the Spanish comments for our Spanish-speaking

7   friends.

8           If you would, do one favor.  There's one

9   last meeting tonight at 6 o'clock, right back here in

10  this room.  Tell somebody that you know that's affected

11  by the water, some of the sewer system, someone that

12  has an opinion about the stipulated order, and invite

13  them to come back this evening at 6 o'clock.  We look

14  forward to providing additional information when we

15  can, when there's further information about enforcement

16  progress that can be shared publicly.  We continue to

17  want to have future conversations with you about this

18  and other issues, as we all work together again for our

19  beloved city of Jackson.  Safe travels and thank you so

20  much.

21          One last thing, if there are any people that

22  came in down this -- through this door, we would love

23  to have your contact information.  And so if we can get

24  the contact sheets brought back down here for those

25  people, we would love to have you sign in for us.

1    ███████ will go grab those contact sheets that you came

2    in through this door and give her your contact

3    information, we would appreciate it.  Thank you so much

4    for attending today.

5              (End of audio recording.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM**
**Public Comments**

1

2

3

4

5

6

7

8

9    I, Doug Yarborough, a transcriber, hereby declare

10   under penalty of perjury that to the best of my ability

11   the above 41 pages contain a full, true and correct

12   transcription of the tape-recording that I received

13   regarding the event listed on the caption on page 1.

14

15       I further declare that I have no interest in the

16   event of the action.

17

18       August 25th, 2023

19

20

_____

21   Doug Yarborough

22

23

24

25