**Exhibit E**

Transcript of Public Comment Meeting
(Aug. 22, 2023, 6:00 p.m. meeting held at Tougaloo College)

1

2

3

4

5

6

7

8

9      Transcript of Audio File:

10         PUBLIC COMMENTS

11   STIPULATED ORDER FOR THE CITY OF

12        JACKSON, MISSISSIPPI

13        SEWER SYSTEM

14

15       TUESDAY, AUGUST 22, 2023

16          6:00 P.M.

17

18  Audio Runtime:  38 minutes 40 seconds

19

20

21

22

23

24

25

```
 1    Present:

 2         Ms. Carol Kempker
           Ms. Mitzi Paige
 3         Mr. Karl Fingerhood
           Mr. Chris Sanders
 4         Ms. Dianne Harms
           Mr. Robert Pugh
 5         Ms. Amia Edwards
           Ms. Makani Themba
 6         Mr. Daniel Walker
           Mr. JC Johnson, Jr.
 7         Mr. Autry K.  Richmond
           Mr. Dominic DeLeo
 8         Ms. Joni Azulay, Spanish Interpreter
           Ms. Loretta Sutton, American Sign Language
 9         Interpreter
           Ms. Veronica Turner, American Sign Language
10         Interpreter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Beginning of audio recording.)

 2              MS. HARMS:  My name is Dianne Harms, I live

 3   in the ██████ subdivision, and I've been made aware

 4   of sewage overflow in several of my neighbors'

 5   properties, causing backup into their yards and homes.

 6   Some have backyards that are unsuitable and unhealthy

 7   for children's play and adult activities.  The backup

 8   comes into their bathroom when it rains, causing odor,

 9   filth, and unhealthy conditions that must be cleaned

10   up.

11              They have made many attempts to get

12   remediation for these sewer issues, including phone

13   calls, letters, attendance at meetings, and some have

14   even been assigned case numbers, but no action has been

15   taken on their behalf.  Sometimes, someone may have

16   come out and looked, but that's a bit -- about it.

17              There is additional concern that the sewage

18   overflow runs into the many creeks that run through

19   Woodhaven neighborhood, which is contaminating

20   Jackson's water, causing health hazards, and lowering

21   the quality of our water supply.  Also broken pipes are

22   causing soil erosion and holes where they aren't

23   supposed to be.  Across my street, erosion has made a

24   large hole.

25              It is my hope and belief that many of my
```

1    neighbors, that we need the expertise, the dollars, the

2    EPA and the MDEQ, and others in federal government, to

3    fully address these problems.  And now, if Mr. Henifin

4    is accepted, I -- I hope that he will be in it for the

5    long haul.  A year will not cut it.  Thank you.

6              UNIDENTIFIED SPEAKER:  Thank you.

7              Yes, sir.

8              MR. PUGH:  Good evening.  My name is Robert

9    Pugh, and I am a resident of Jackson, Mississippi.  I'm

10   very grateful to the DOJ, the EPA, and MDEQ, and other

11   public officials, for leading and scheduling this

12   comment meeting.  We all continued together input from

13   citizens of Jackson, many of whom, like me, have been

14   affected by the water system, the water quality, the --

15   the drainage problems, sewer overflow, and massive soil

16   erosions from our creeks, tributaries, and streams that

17   runs through our communities.

18             I want to share with you that I'm

19   experiencing all of the above problems at my home

20   located at ██████████████████ in the Woodhaven

21   subdivision, which is just west of I-55 in North

22   Jackson.  I've been reaching out to the city leadership

23   since 2019 about the problems that I have with sewer

24   overflow with drain collapsings, with water and

25   flooding, in my home and on my property, front and back

```
1   yard.
2              Oh, I have the ticket numbers, ████, and
3   the other one that was earlier, ████, have been
4   combined with the other one, and I've been told over
5   and over since 2019 that, we are looking at it.  I was
6   recently told, you've been added to the list, but I
7   don't see that ticket number anywhere on this list.
8              What I want to get across to all of you,
9   while, again, we are so appreciative of the work you're
10  doing, Jackson, Mississippi, major portions of this
11  city is going down the drain with you because of the
12  infrastructure problems that are continuing to grow and
13  have not been addressed.  Woodhaven residents like me
14  are, firsthand, affected by these kinds of problems, as
15  are many of the major portions of Jackson.
16             And again, I'm really glad to see that you-
17  all have scheduled these comments period, but we -- we
18  need to put some action behind these words and address
19  these problems.  Again, I appreciate the opportunity to
20  come in.
21             UNIDENTIFIED SPEAKER:  Thank you so much.
22             UNIDENTIFIED SPEAKER:  What's your name
23  again?
24             MR. PUGH:  Robert Pugh.
25             MS. EDWARDS:  Hello.  Thank you-all for
```

1   this.  My name is Amia Edwards.  I just learned about

2   this meeting, my friend with the Costco card mentioned

3   it, just waving at me and saying that.

4              I live at ███████████████████.  I have

5   been there as of this month for ██ years.  For the past

6   three years, I have been flooded out of my home.  The

7   first year, I stayed in a hotel for two weeks.  Jackson

8   cleaned it up.  I filed my insurance because I was told

9   that it would just take so long.  Floors had to be

10  completely done.

11             Second time happened at Christmas about two

12  years ago.  It broke again, floors had to be redone

13  again, I was in a hotel for another two weeks.  This

14  year in April, it happened again, the worst that it

15  ever happened.  I had over a foot of sewage in my home.

16  My home is a total of 1,800 square feet.

17             During the hailstorm, I had to get my dog,

18  put him on my shoulders, and run out of my house

19  because there was so much sewage.  When I was able to

20  go back in my home, all of my sheetrock, all of my

21  flooring, all of my insulation, baseboards, furniture,

22  clothing, had to be immediately thrown away.

23             I stayed in a hotel for the better part of a

24  month.  That is not including boarding my animal.  The

25  city has yet to reimburse me.

1          The second time this happened to me, I was

2    told that it was on my end.  I paid a plumber ████ to

3    dig a hole, replace all of my pipes, put in, excuse my

4    ignorance, but a flat back valve so it would not come

5    into my home.  I could tell when it was working,

6    because when it rained, I could not flush any commodes.

7          This time when it rained, my plumber came

8    back out, he said it was so much pressure that it broke

9    my flat back.  I had only had that not even a year.

10         Right now, I am still waiting for Jackson to

11   reimburse me and make me whole for over ████ of

12   sheetrock work, insulation, flooring, baseboard, hotel

13   space, animal boarding, not to mention I cannot cook

14   because the last flood, there was so much sewage, it

15   came into my stove.  My item was completely destroyed.

16         Just be patient with me.  I'm a strong

17   cookie.  And I'm just tired, I see you-all, I'm tired

18   of falling between the cracks.  I have called

19   everybody, including the Lord, in trying to get this

20   house fixed.

21         The city came out, and they wrote -- I stay

22   in front of a manhole.  They used to argue with me

23   about it, which -- I stay between two manholes, which

24   manhole I'm off of.  Come to find out because of my

25   plumber, I'm on the one to my immediate right.

```
 1            They came out and found out the manhole was
 2   broke.  They wrote, broke, on the street.  Broke stayed
 3   on the street until they came out and cleaned it or
 4   fixed it.  Since they fixed it, I keep my cleanout --
 5   the top of my cleanout valve off, so any -- any extra
 6   sewage, instead of coming into my home, will collect in
 7   my front yard.  Two local medias channels have done
 8   live shots in my front yard because of sewage gushing.
 9            Thank you for your time.  I just want a
10   resolution, and I'm tired of -- because I'm being vocal
11   about -- thank you.
12            UNIDENTIFIED SPEAKER:  All right, Ms.
13   Edwards, thank you so much.  And --
14            MS. EDWARDS:  A-M-I-A.
15            UNIDENTIFIED SPEAKER:  -- if there are other
16   -- if you would like to come back after some others
17   have spoken, that's fine, Ms. Edwards.
18            Yes, ma'am?
19            MS. THEMBA:  It seems like you need, like, a
20   minute of silence for that last one, because I know a
21   lot of people are out here suffering.  My name is
22   Makani Themba.  I live in South Jackson.  And I guess
23   my comment and question, I will be brief, is that it's
24   real clear that there is definitely some issues with
25   the city.
```

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
Public Comments

1             I think part -- part of what's very

2      challenging about this interim stipulated order, and

3      all of the orders, is that there's no accountability

4      for the state government.  We have asked -- we made a

5      request to DOJ to investigate what happens to the money

6      when they apply for resources from the federal

7      government.  They often use Jackson data as

8      justification for the funds, but the funds don't come

9      to our city in -- according to the need.

10             And so we're asking again, how will this

11      address this basic issue of how the resources are

12      allocated, so we can have the resources to solve the

13      problem?  And if the state is a plaintiff continually

14      in these cases, when they are also part of the problem,

15      that feels like we're not actually addressing the root

16      causes, and that is having the appropriate resources to

17      be able to hire staff to do the things that we need to

18      do in order to fix that.

19             And as a resident that deals with sewage, I

20      have not had it in my house, but we have had it in our

21      neighborhood.  We want it fixed, and we also want a

22      system and a -- and a way of allocating the resources.

23      So we hope that this will be investigated by the DOJ.

24      We hope that -- that folks will look at how these

25      resources move between the federal government, and what

1   happens between the federal government and state.

2           And the other thing that's very important

3   is, where is the formal participation of residents if

4   we're only getting informed, but we're not able to

5   inform the process?  Then that also feels like a lack

6   in the way this -- this process is structured.  Thank

7   you.

8           UNIDENTIFIED SPEAKER:  Yes, sir, go ahead.

9           MR. WALKER:  Daniel Walker, a citizen of

10  Jackson.  That was a very good lead-in of some of the

11  concerns I have too, as well.  Under the consent

12  decree, is there a mandate that includes giving back to

13  the community in form of contractual services to the

14  local community, with minority participation and

15  satisfies, that gives money back into the community?

16          When people come into the community with

17  contractual services, and they're from Dallas, they're

18  from Virginia, other places, their money goes back

19  there.  We need to have a mandate that the money goes

20  back into our community.

21          Also, a lot of the overflows are caused by

22  FOG.  For those who don't know what that is, fats,

23  oils, and grease buildup.  Do you -- the previous

24  consent decree had an educational component in that.

25  We want to make sure that is there also, to make sure

1   that we're addressing those items with restaurants, and

2   also with the citizens.

3           Back, like, to -- like the other lady just

4   mentioned, how much input would City of Jackson

5   citizens have regarding checking and adjusting?  Any

6   process, when we begin that process, you have to have a

7   point where you have a check and adjust to put in

8   mandates.  We need to have some type of oversight

9   committee or citizen assurance committee, so that we

10  ensure transparency and trust, so we all can work

11  together for that common goal.

12          Also, can we review the plan and approach

13  that Mr. Henifin has?  I -- that approach that he's

14  using may be fine, but we also need to have a citizen-

15  type committee that can look over that.  And -- and

16  also, are we going to be allowed to go through a -- are

17  -- are you allowed to go through a bidding process with

18  a selection committee made up of the residents?

19          And the last thing, I didn't like what you

20  mentioned about the rate increase will be solely on Mr.

21  Henifin.  I -- I welcome input from the City Council,

22  but if they disagree, then he has a final ruling.  This

23  is our city.  We thank you for doing it for us.  We

24  definitely need to address the issues, but we need to

25  have a say so.  It doesn't need to be a -- a minority

```
 1   in all these processes.
 2            Again, thank you for what you're doing,
 3   thank you for the time, and we hope to get this problem
 4   solved.
 5            UNIDENTIFIED SPEAKER:  Thank you, Mr.
 6   Walker.
 7            MR. WALKER:  Daniel Walker.
 8            UNIDENTIFIED SPEAKER:  Any other commenters?
 9   Okay.  Coming down?  Anybody want her to come to you?
10   Raise your hand if so.
11            MR. JOHNSON:  Good afternoon.
12            UNIDENTIFIED SPEAKER:  Good afternoon.
13            MR. JOHNSON:  My name is JC Johnson, Jr.
14   I've been a Jacksonian for all of my life.  Lord
15   willing, in -- I mean, November, I'll be ■, and I've
16   gone to places all over the country, and there is no
17   place that I've gone that I would rather live than in
18   Jackson, Mississippi.  It is my home, and it is my
19   birthplace, and so forth.
20            I've taken the liberty to actually print the
21   consent decree, so that I could be more astute in
22   asking questions pertaining thereof.  And I do have
23   some concerns that I would like to leave on the record,
24   and one of them being, how is it possible that we could
25   allow 4,671,891,688 gallons of wastewater go into the
```

1   Pearl River unknown -- unknowingly?  And this was just

2   a two-year study, which makes me ask the question, is,

3   how far back were you able to go in -- in determining

4   these problems?

5            The next question I have is, what are the

6   plans for reconstruction, and how will they be

7   implemented?  And another question that I have is this:

8   In that the Army Corps of Engineers is helping to

9   develop and orchestrate this reconstruction, why isn't

10  it -- why is it not possible, or why aren't they taking

11  the lead in the project and seeing it being fulfilled,

12  rather than have a third party involved?

13           I don't know Mr. Henifin, and I should just

14  assume that by him being recommended, that he has the

15  professionalism to do so, but what bothers me is that

16  when you go into -- it's as if you're coming into my

17  house, telling me what I cannot do, and what I cannot

18  reconstruct, and say, this is the way it has to be

19  done.

20           That's basically the feeling that I have

21  when someone on the outside reminds me of when we did

22  the one percent sales tax in Jackson, Mississippi, and

23  then we had a -- a forum that had nothing to do with

24  Jackson.  They didn't live there, but they were the

25  ones to tell us how to spend the money, when we, the

1  citizens, said, this is what we want to happen, so that

2  bothers me.

3          So what is the check-and-balance system for

4  these events, and how he is proposed to be given too

5  much authority?  Why?  I mean, it seems to be based

6  solely upon what he has to say.  I read where there is

7  a collaborative -- where they can collaborate between

8  the city of Jackson, and the mayor, and so forth, but

9  it's only dealing with financial records and being sure

10  that there are records.

11          Why can there not be a collaborative effort

12  in making sure that whatever is done, that we are all

13  on the same page, rather than just saying, well, we're

14  going to comply by asking them, rather than saying that

15  we want the -- the decree to say that there should be a

16  collaborative effort in -- in all of the parties that

17  are involved to make this happen, rather than just one

18  person having the authority to make all of these

19  changes?

20          My time is up?

21          UNIDENTIFIED SPEAKER:  Yes.

22          MR. JOHNSON:  Oh, well, I'll come back.

23          UNIDENTIFIED SPEAKER:  Okay.

24          Are there any others who would like to come

25  down or have the mic brought to you?  This is your

```
 1   time.  Okay.

 2          MR. RICHMOND:  My name is Autry K.

 3   Richmond.  I am here on behalf of others, not myself.

 4   I'm concerned about the Northside Drive area,

 5   Beaverbrook area, and Meadow Lane.  I've been driving

 6   in that area, and I have seen children playing, sewage

 7   on the bridges, on the streets, and I'm concerned about

 8   the health issues that are affecting all of us.

 9          I just need to know, when are we going to

10   really get serious about helping and not just

11   pretending?  Jackson is lacking in resources because

12   our governor does not have the compassion, our leaders

13   don't show the compassion, and I'm just concerned

14   because I'm getting ready to leave this earth, but I

15   want to be sure before I go that I've done everything

16   humanly possible to address the same concerns that

17   you're bringing with us tonight.

18          I appreciate it, but on behalf of people

19   that are not speaking, that are not here, we need to be

20   concerned as well about everybody, because this is our

21   city, and Jackson is just like Maui; it's not up for

22   sale.

23          UNIDENTIFIED SPEAKER:  All right.

24          UNIDENTIFIED SPEAKER:  Can I get your name,

25   please?
```

1          MR. RICHMOND:  A-U-T --

2          UNIDENTIFIED SPEAKER:  Thank you.

3          Any other --

4          MR. RICHMOND:  -- R-Y --

5          UNIDENTIFIED SPEAKER:  -- comments?

6          MR. RICHMOND:  -- Richmond, and that's Rich,

7   M-O-N-D.

8          UNIDENTIFIED SPEAKER:  Raise your hand, and

9   she'll come to you.  Any second takers?  Okay.

10          Come on.

11          MR. JOHNSON:  You said second takers?

12          UNIDENTIFIED SPEAKER:  Yes.  We'll go to

13   her, and then we'll go -- go back to you, okay?

14          MR. JOHNSON:  All right, so furthering my

15   questions, the -- there's another one that seems to

16   totally strip the Jackson -- the Jackson administration

17   of all of its authority concerning this project, and

18   the question becomes, why is it that the city is being

19   totally stripped as -- as if our administration is not

20   being recognized at all?

21          We have to note as well that Jackson was

22   founded in 1821, and the problems didn't just begin.

23   There's a lot of -- in fact, if I opine, Jackson was

24   not designed for the development that it is today, for

25   the growth.  You can see -- tell that by the -- it

 1   being on the edge of the river, so -- you know, but

 2   things have changed, and we need to make them better.

 3          The next question I have is, why can't they

 4   make a collaborative effort throughout the whole

 5   project?  And then it says, "What this board suggests

 6   is that the only reason that the ITPM is talking to the

 7   city is just to comply with the order as noted in

 8   Section 4B, as noted on Page 12 of this order."  It

 9   does not suggest any real input for the citizens of

10   Jackson.

11          I should also note that there's a question

12   that says, "Can these entities be sued for breach of

13   contract?"  There is a part in this consent that says

14   that to perform, modify, or terminate preexisting

15   contracts, if we have, in -- in good favor, has

16   assigned contracts to the City of Jackson, why would

17   they not be further considered to do the job that we

18   have contracted with them to do, rather than, say, give

19   somebody the authority to annul the contract?

20          That doesn't speak very well of us either.

21   That takes away the opportunity that people will want

22   to even bring their work crews to Jackson, Mississippi.

23   Why is it that it is considered when it affects a

24   contract possibly being -- well, that's what I just --

25   and I think I have one last thing that I might want to

1  say.

2          And it says, "Why would there be even a

3  consideration of a fee hike?"  That was in the talk

4  about raising the fees.  Why would there even be a

5  consideration of -- of raising fees, when we have all

6  of these issues that have been unresolved?

7          If we were to get all of the issues fixed,

8  and they are satisfactory to the citizens, I have

9  learned that Jackson will take care of itself.  If

10  there's something that we really need, we'll come

11  together.  When they needed -- the school needed voting

12  from the citizens, 87 percent of the citizens of

13  Jackson said, "we're going to do this."  When they

14  wanted the one percent tax, we were there.  So why

15  would we even consider taxing us when the problems are

16  still existing?

17          UNIDENTIFIED SPEAKER:  Thank you, Mr.

18  Johnson.

19          And he said the lady first, and then we'll

20  come back to you.

21          MR. WALKER:  And I'm after her.

22          UNIDENTIFIED SPEAKER:  Ms. Edwards?

23          And you're after her?

24          UNIDENTIFIED SPEAKER:  You haven't spoken

25  yet.

1              UNIDENTIFIED SPEAKER:  Have you spoken?

2     Okay.

3              MS. EDWARDS:  Amia Edwards again.  Thank

4     you-all so much for listening, but the one thing, as a

5     citizen that's gone through the traumatic events that

6     I've gone through, that I think Jackson's not

7     addressing, is clear communication about what the

8     issues are, especially when it's coming into your home.

9              Once I started sharing what I was dealing

10    with, I got an influx of calls from other people who

11    are dealing with it as well, who just -- who may be

12    senior citizens who just think that their home is

13    raggedy, and this is on their end.  There is no clear

14    communication anywhere with Jackson.  By EPA standards,

15    and correct me if I say the wrong letters, but they

16    have to at least come and clean the sewage out of your

17    home.  It's a lot of us that don't know that part.

18             Two, once they have cleaned it, what is the

19    investigation time to find out what is the issue?  The

20    first two times, Jackson kept trying to say it was on

21    my end.  Come to find out, clearly, the manhole was

22    collapsing, and now has completely collapsed.

23             So my issue is, although we have all of

24    these red-tape issues, when you are dealing with raw

25    excrement coming into your home so fast, that all you

1   can do is just get out, as a citizen, all you're

2   worried about is, did I pay my taxes?  And I should not

3   have to deal with this.  I should not have to be faced

4   with paying a mortgage and a hotel bill.

5              So I don't understand, we're worried about

6   the red tape, who's going to get paid, where, what,

7   who, how but as a citizen who's dealt with this,

8   Jackson needs clear communication about what the

9   protocol is when sewage is coming into your home while

10  we're dealing with this infrastructure and red tape,

11  because there are several citizens, who may or may not

12  have internet access, that don't know what to do, and

13  are just buying Clorox at Sam's Club.  That's my

14  concern here tonight.

15             UNIDENTIFIED SPEAKER:  Thank you.

16             You want her to bring it to you?

17             MR. WALKER:  Daniel Walker again.  Just

18  adding to that, with the last takeover with the clean

19  water side, our citizens of Jackson, or -- or should I

20  say, workers of Jackson, lost their jobs.  Was that

21  going to be the same case in this situation with the

22  maintenance workers?

23             A lot of them are just, they're strung out,

24  they're doing the best they can with what resources

25  they have, but are they looking to lose their job?  Are

1   we going to add more to the unemployment rate for the

2   City of Jackson, which can also add more to our

3   problems and -- and more to the -- the demise of

4   Jackson?  The reason I'm saying that, because we need

5   to come up with a plan to make sure that they don't

6   lose their jobs, but bring in other resources, or even

7   training.

8              The next thing too, can -- is there a way to

9   use internship with -- with Tougaloo, with Jackson

10  State University, and other universities?  We need to

11  give back to our young people.  Will they be able to

12  have an internship program?

13             Again, my whole point for saying that, we

14  need to make sure we're not stripping Jackson.  You can

15  fish for us, and give us a fish and feed us, or you can

16  make sure we know how to fish and can be able to

17  sustain this -- this process once it's over.

18             UNIDENTIFIED SPEAKER:  Thank you.

19             MS. THEMBA:  Makani Themba again.  So at

20  one, I wanted to -- I think it's important to also say

21  that I have some concerns about the interim third-party

22  manager.  One is structural, that one person and a

23  judge making the decisions that really should be much

24  more broadly accountable and publicly accountable, and

25  I think we really have to examine that.

1            And two, that as we look at what's happened

2    with the drinking water, there have been claims made

3    that the water is safe.  We've had independent testing

4    to show that there's PFAS and other issues with the

5    water, even when the interim third-party manager has

6    said the water was safe to drink, and that does not

7    seem to be the case.

8            And so the -- the concern is, where is the

9    accountability?  Where is the -- the ways in which we

10   have access to the information as residents?  And --

11   and we do need a different kind of structure that is

12   just not about two people who -- who work together and

13   work very closely.

14           I've attended status hearings that have been

15   very difficult for folks to express their concerns.

16   It's not -- the courts are not a good structure, and

17   they meet during the day, you know, and people cannot

18   attend court hearings.  You have to leave your cell

19   phone.  I mean, it's just not a -- a place where folks

20   can actually provide input in a way that is appropriate

21   and friendly to residents, so I think we should really

22   rethink the structure, rethink the decision-making.

23           And I think also, it's -- I -- it's

24   important to note for the record that Mr. Henifin was

25   also involved with the Flint water crisis, and that has

1    not been resolved.  And so it feels like we have to

2    look more closely at the record, and is there actually

3    a record of success?

4              And what has really solved these problems?

5    Has it really been this sort of manager system?  Or if

6    you look at places like Pittsburgh, where they have

7    much more community input, they have -- they have

8    better results.

9              And so I think that we might want to look at

10   best practices, and -- and incorporate that into the

11   interim stipulated order, versus, you know, kind of

12   going with this sort of idea that this is going to be

13   something that's going to be managed in a corporate

14   way, which is not going to get us where we need to be.

15   Thank you.

16             UNIDENTIFIED SPEAKER:  Thank you.

17             Any other comments?

18             MR. DELEO:  Dominic DeLeo, I'm a ■-year

19   resident of the city.  I just want to act out what a

20   few people have said, and I just think, again, somebody

21   said this, it's a structural problem in how you have

22   designed this.  Looking at the slide that's up there,

23   it says, "United States and the State v. the City of

24   Jackson," and the same thing is true in the water suit.

25             The City of Jackson is us.  It's the

1   residents, but we have no input, we have no say, in

2   this.  As other people have said, it's now really in

3   the hands of the judge, and in the hands of the third-

4   party manager.  And that's just -- in my estimation,

5   that's just wrong.

6          I don't know how you're going to fix it, and

7   that's depressing to me, but the city residents have to

8   have some way of being involved in both of these

9   processes, and I see this as one thing.  If -- if we

10  get the water system up and running, and we are able to

11  collect the funds that we need, that we should've been

12  collecting, we would have the money to run both systems

13  the way they need to be run.

14         So I -- I see this, even though this is for

15  comment on just this, I think these things are

16  together, but I really think you have to rethink how

17  you're going to get the city residents.  You have

18  neutered our political leadership, and people can agree

19  or disagree on whose fault it is, if it's the present

20  administration, the previous.  It can go 25 years back,

21  but something has to be addressed.  I don't even know

22  if it's possible for you to address it, if it's only

23  the judge who can address it.

24         And to echo what somebody else said, I was

25  at one of the status hearings, and I felt more like I

1   was being interrogated by a prosecutor than I was

2   giving public comment, which is -- I was told it was

3   going to be public comment.  So he's a judge, I'm sure

4   he's not used to getting public comments, so I would

5   hope that you would think about that.

6           My last short comment is, you said something

7   about reviewing all the comments.  Will we be able to

8   see all the comments and your responses?  Are you going

9   to respond to people individually, or is that going to

10  be publicly posted somewhere?  Thank you.

11          UNIDENTIFIED SPEAKER:  Are there any others?

12          MR. DELEO:  -- D-E-L-E-O.

13          UNIDENTIFIED SPEAKER:  Ms. Kemker is going

14  to address, I think, the last question, because it's a

15  procedural question.

16          MS. KEMKER:  So the -- the I believe the

17  question was, will you get to see all the comments, and

18  all the comments will be published.  The answers to the

19  -- how we address the comments that are received will

20  also be filed with the court, which will be public.

21          So you won't get an individual

22  communication, but there will be -- how we address the

23  comments will be published, and all of the comments

24  will be part of the docket, part of the public record.

25          MR. DELEO:  Thank you.

1          UNIDENTIFIED SPEAKER:  Thank you, Ms.

2    Kemker.

3          MR. JOHNSON:  I have one last question, I

4    believe.

5          UNIDENTIFIED SPEAKER:  All right, Mr.

6    Johnson.

7          MR. PUGH:  Perhaps this is my last question

8    or comment, I don't know, but my question is this: On

9    Page 16, it is stated that -- that there's going to be

10   a review after 365 days.  My question is, why can there

11   not be a review every quarter, at least once a quarter?

12         Three hundred and sixty-five days is too far

13   up the road to try to fix something or change something

14   up that has already been done, but doing it quarterly,

15   or at least semi-annually, gives us an insight on what

16   is being done and how it is being done, rather than

17   waiting for a whole year to correct something.  Thank

18   you.

19         UNIDENTIFIED SPEAKER:  Okay.

20         Any other final comments?  Okay.  It looks

21   like we have come to the end of those who wish to

22   comment.  I want to commend this audience again.  This

23   is the third presentation or meeting that we've had.

24   You-all have really come prepared with your comments,

25   outlined, researched the issues, and I just want to

1  thank you-all for being informed citizens and

2  participating in this outreach meeting today.

3          Now, don't go back and say that I said that

4  the other people were not prepared or well-versed, but,

5  you know, you-all just had your comments already

6  written, and we thank you-all, and comments from the

7  heart, for coming this evening.  We appreciate each and

8  every one of you for taking out time.  We want to thank

9  our speakers from the federal level, and the state

10  speakers, for their participation tonight.

11          If you should think of additional comments

12  that you would like to make after tonight, it's not

13  over.  You can still go into the public comment portal

14  and send your e-mail or your mailed copy.  You do not

15  have to just comment one time.  You can comment more

16  than one time if you would like to do so.

17          Scattered around the room are QR codes on

18  the walls that have a direct -- will direct you to the

19  federal register.  That's going to tell you where you

20  can mail or e-mail your comments.  You can also find a

21  copy of the stipulated order there.  So take a photo of

22  those QR codes and -- and -- and please utilize the

23  link that's in there.

24          We also have extra copies of the fact sheet,

25  the stipulated order, appendices, out there in the

1    front.  Take them and share them with your neighbors.

2    We want you to please get those out to the community,

3    take as many as you would like.

4         We're also going to send you an e-mail to

5    thank you for coming today, and that's going to have

6    the QR code in it as well, so you'll have that

7    opportunity, when you're at your computer, to also pull

8    into that link if you don't want to scan the QR code.

9         Please know that we're -- we will continue

10   to provide updates when there's further information

11   about the enforcement of progress that we're able to

12   share publicly.

13        We want to also thank tonight our ██████

14   ████████████████████████████████████████████████

15   █████████████.  Thank you both.  They have been with

16   us for all of our meetings, and we thank them for

17   gracing us with your gift and your talents.

18        We also have our Spanish interpreter.  She

19   was a little lonely these past two days.  ██████████

20   ██████  if she would please stand?  We thank you for

21   being available to translate our comments (inaudible)

22   had been necessary.

23        But please know that we look forward to

24   having future conversations with each one of you and

25   other community members, as we continue to make Jackson

**STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM**
**Public Comments**

1    the premiere city that we know that Jackson can be.  We

2    thank you for what you have done, we thank you what --

3    for what you will continue to do in the Jackson

4    community.

5            And remember that the public comment period

6    is open until August 31st of the end of this month.

7    All comments have to be submitted.  So have a great

8    evening and thank you so much for coming.

9            (End of audio recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED ORDER FOR THE CITY OF JACKSON, MS: SEWER SYSTEM
**Public Comments**

1              CERTIFICATE OF TRANSCRIPTIONIST

2

3              I, Doug Yarborough, a transcriptionist

4     located in Charlotte, North Carolina, hereby certify:

5

6              That the foregoing is a complete and accurate

7     transcript of the digital audio recording of the

8     proceeding in the above-entitled matter, all to the

9     best of my skills and ability.
10
11              I further certify that I am not related to any
12     of the parties to this action by blood or marriage and
13     that I am in no way interested in the outcome of this
14     matter.
15
16              IN WITNESS THEREOF, I have hereunto set my hand
17     this 24th day of August, 2023.
18
19
20
21
22     _____
23
24
25