IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>and the STATE OF MISSISSIPPI, <br><br>Plaintiffs, <br><br>v. <br><br>THE CITY OF JACKSON, MISSISSIPPI, <br><br>Defendant. | Case No. 3:12-cv-790-HTW-LGI <br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>THE CITY OF JACKSON, MISSISSIPPI, <br><br>Defendant. | Case No. 3:22-cv-00686-HTW-LGI <br>(Safe Drinking Water Act Case) |

**ORDER TO PROVIDE CERTAIN PERSONALLY IDENTIFIABLE INFORMATION (PII) TO ITPM**

AND NOW, this 30th day of September, 2023, upon consideration of the Stipulation to Provide Certain Personally Identifiable Information to ITPM, and it appearing that providing address and contact information to the City and ITPM of those comments that raised sewer concerns at their properties will allow the City and/or the ITPM to look into the sewer concerns raised.

1

IT is hereby ORDERED that the United States may provide comments in unredacted form to the City and the ITPM.  The City and the ITPM may use this information as necessary to investigate the sewer/water issues at the commenter's property.  Otherwise, the ITPM will use best efforts to keep the address information confidential.

/s/HENRY T. WINGATE
Judge, United States District Court