# IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**LAKELAND SENIORS, LLC**                       **PLAINTIFF**

**V.**                       **CAUSE NO. 25 CI1:23-cv-00331-WLK**

**THE UNIVERSITY OF MISSISSIPPI**
**MEDICAL CENTER; THE CITY OF**
**JACKSON, MISSISSIPPI;**
**JXN WATER INC.**                       **DEFENDANTS**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon motion *ore tenus* of Plaintiff Lakeland Seniors, LLC for dismissal without prejudice of its remaining claims, which are asserted against Defendants the City of Jackson, Mississippi, and Jxn Water, Inc. Lakeland Seniors previously dismissed without prejudice its claims against the University of Mississippi Medical Center [Doc. 7]. The Court, being fully advised in the premises, finds said motion to be well taken and that it should, therefore, be granted.

**IT IS THEREFORE ORDERED** that the remaining claims in this action should be and are hereby dismissed without prejudice and all parties are to bear their respective costs.

**SO ORDERED**, this 3rd day of August, 2023.

                                            _____
                                            HINDS CIRCUIT COURT JUDGE

**EXHIBIT 2**

SUBMITTED BY:

/s/ Simon T. Bailey
Simon T. Bailey (MBN 103925)
sbailey@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000