## Bailey, Simon

| | |
|---|---|
| **From:** | Bailey, Simon |
| **Sent:** | Friday, September 15, 2023 11:57 AM |
| **To:** | Mitch McGuffey |
| **Cc:** | malissa.wilson@formanwatkins.com; Barnes, Jonathan; Williams, Michael |
| **Subject:** | Lakeland Seniors - Documents |
| **Attachments:** | LAS - Water Sample - Locations 1 and 2, 4895-2999-8968, 1.pdf; LAS - Water Sample 3-8, 4877-0134-7960, 1.pdf; LAS - Water Sample Locations, 4895-1328-7288, 1.pdf; LAS - Dye in sewage line, 4869-6308-4920, 1.jpg; LAS - Rehab Expenses_, 4887-2273-0112, 1.xlsx; Meter pic 1 8-16-23, 4869-6321-5992, 1.jpg; Meter pic 2 8-16-23, 4889-4292-7480, 1.jpg |

Mitch,

I'm sending you these documents to help you evaluate our earlier letter.  The documents are as follows:

- Water sampling data with an accompanying aerial photo to show the location where samples were taken;
- Recent ground-level photos from the site;
- A cost spreadsheet pulled from accounting software.

Let me know if you have any questions.  I sent this same batch of documents to Abram Orlansky, counsel for UMMC.

Have a good weekend,



**Simon T. Bailey**
Partner
e: sbailey@bradley.com  w: bradley.com
d: 601.592.9941  f: 601.948.3000
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 1000
Jackson, MS 39201

LinkedIn | Facebook | Twitter | Instagram | Blogs

EXHIBIT 3

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.