## Appendix A – Sewer Priority Project List

| Priority Ranking | Project Name | Project Description |
|---|---|---|
| 1 | Queens Area Sewer Rehabilitation Project | Rehabilitation of the sewers within the Queens Project Area 3-6 focusing on, but not necessarily limited to, dry weather SSO reduction and point repairs to address sewer line collapses. |
| 2 | Emergency Sewer Failures | Complete cleaning and closed-circuit television (CCTV) for the rehabilitation and/or replacement of the Emergency Sewer Failure locations listed in Appendix C. |
| 3 | Annual Sewer Cleaning & CCTV Contract | Contract for annual sewer cleaning and CCTV, and complete 100 miles/year. Coordinate this annual cleaning and CCTV work with the prioritized Service Request Investigations below. |
| 4 | Investigate Service Request Locations | Contract an annual investigation of sewer issues coming from the 2,200 Service Request locations and coordinate cleaning and CCTV with the Annual Sewer Cleaning & CCTV Contract above. |
| 5 | Mill Street Sewer Rehabilitation Project | Re-route 2,200 linear feet of sewer that crosses a railroad (RR) yard, where the sewer line has collapsed underneath the RR tracks. A new sewer line will be constructed around the RR yard and the existing sewer line will be filled with flowable fill and abandoned in place. |
| 6 | West Bank Interceptor Rehabilitation | Complete the cleaning and rehabilitation of the West Bank Interceptor (WBI) for Project 6 Segment Phase (MH IT0118 to MH IT0136). This repair will address the low manhole that is believed to be a major contributing source of inflow during a river stage in excess of 26 ft. The project will also address any needed grouting work of the interceptor and manholes in the Country Club area of the WBI. Identify additional major river water inflow locations and defects causing significant volumes during a river stage above 26 ft. Develop and implement the repair plan, including a schedule of implementation. |
| 7 | Savanna WWTP 100 MGD Peak Flow Wastewater Pump | Replace the 100 million gallons per day (MGD) Peak Flow Pump that discharges flow from the Influent Pump Station to the Stormwater Lagoon cells. |
| 8 | Savanna WWTP Emergency Repairs/Replace Dewatering Equipment | Replace 54-inch line from inside Influent Pump Station to Headworks, replace return activated sludge (RAS) Pump # 2, and install permanent dewatering equipment to eliminate monthly cost for renting two belt filter presses. |
| 9 | Savanna Peak Cell Lagoon Cells | Clean out the three peak flow lagoon cells at the Savanna WWTP. |

Case 3:22-cv-00090-HTW-LGI Document 86-1 Filed 07/05/23 Page 48 of 96

| 10 | Trahon WWTP Rehabilitation | Conduct a Comprehensive Performance Evaluation and a Composite Correction Program (CCP) for the Trahon WWTP. Implement the CCP as schedule permits. Make immediate repairs to maintain operations as needed. |
| --- | --- | --- |
| 11 | Savanna WWTP Phase 1B Type 2 Improvements | Construct new septage/Fat, Oils, and Grease (FOG) receiving station, rehabilitate one screw pump at the Effluent Pump Station, add 6th secondary clarifier, add new dewatering equipment, add covered sludge storage facilities along with new waste activated sludge (WAS) storage tank, construct new gravity thickeners, address structural deterioration in Influent Pump Stations, and rehabilitate the 84-inch line from Sludge Lagoons to Pump Station. |

*\* The preliminary, conceptual, planning-level estimated costs for the projects on this List is approximately $130 million.*

# Appendix B – ITPM Professional Sewer Budget

*Estimated Interim Third-Party Manager's professional budget for 12 months following Order Effective Date*

|  | BUDGET |
|---|---:|
| ITPM Compensation - $8,000/month |  |
| • Salary<br>• Living expenses<br>• Travel expenses | $96,000 |
| ***ITPM Compensation Sub-total*** | ***$96,000*** |
| ITPM Staff Compensation and Expenses |  |
| Exact staffing needs have not been determined but could include any of the following as budget permits:<br>• Local deputy administrator/senior project manager<br>• Project managers/contract inspectors<br>• Contract administrator/invoice processor<br>• Environmental compliance manager<br>• Other staff as needed | $200,000 |
| • Payroll taxes, fringe benefits, and human resources administration | $80,000 |
| ***ITPM Staff Compensation and Expenses Sub-total*** | ***$280,000*** |
| ITPM Contractor and Consultant Support and Services |  |
| Exact contract resource needs have not been determined but could include any of the following as budget permits:<br>• General and regulatory legal support<br>• Accounting<br>• Financial advisor<br>• Engineering<br>• Information technology and website<br>• Grant management<br>• Community engagement/governance development<br>• Pricing/rates<br>• Other contractors and consultants as needed | $750,000 |
| ***ITPM Contractor and Consultant Support and Services Sub-total*** | ***$750,000*** |
| Other Direct Expenses |  |
| • Phones and computers for ITPM and staff<br>• Professional liability insurance<br>• Office supplies/miscellaneous consumables<br>• Other direct expenses as needed | *$0* |
| ***Other Direct Expenses Sub-total*** | ***$0*** |
| ***OVERALL ITPM PROFESSIONAL SEWER BUDGET TOTAL*** | ***$1,126,000*** |

Appendix C – List of Emergency Sewer Failures

|  | COJ Service Request Number | Approximate Address (Building Number Omitted) |
|---|---|---|
| 1 | 301858 | St. Ann Drive/ Laurel Street |
| 2 | 264524 | Bienville Dr |
| 3 | 204398 | Forest Avenue |
| 4 | 264679 | Avondale Street |
| 5 | 298138/313511 | Medgar Evers Blvd |
| 6 | 280276/200705 | John St. |
| 7 | 272537 | Shamrock Drive |
| 8 | 302011 | Redbud Rd |
| 9 | 269447/288420 | Eagle Ave |
| 10 | 275126 | Queen Anne Lane |
| 11 | 243766 | Sumner St |
| 12 | 19-245507/279686/319024 | First Ave |
| 13 | 267126/308163 | Briarcliff Circle |
| 14 | 268885 | Colonial Circle |
| 15 | 283878 | Marla Ave |
| 16 | 273029/295174 | Belmede Pl |
| 17 | 19-258482 | Queen Margaret Lane |
| 18 | 20-262905 | Ferguson Drive |
| 19 | 20-263594 | Cox Street |
| 20 | 20-264909 | E Amite St |
| * | 20-264909 | E Amite St |
| 21 | 20-261121 | Deer Park St |
| 22 | 302014 | South Denver St |
| 23 | 269405/260791 | Westhaven Blvd |
| 24 | 282739 | Cherokee Drive |
| 25 | 20-269494 | Monterey St |
| 26 | 20-271979/305039 | Riverwood Drive |
| 27 | 269344/268431 | Pittsburg St/Rhodes Lane |
| 28 | 270929/299173/309068/ 299305 | Combs St |
| 29 | 264339 | Reaves street |
| 30 | 267708 | Lexington Ave. |
| 31 | 275383/315164 | N Prentiss St. |
| 32 | 269468/298035 | Princeton St. |
| 33 | 262364 | Texas Ave. |
| 34 | 266562 | Intersect. Sewanee Dr.@ Mt. Vernon |
| 35 | 274457 | Queen Julianna Lane |
| 36 | 277961 | Charleston drive |
| 37 | 272114/262114 | Tifton Drive |
| 38 | 275013 | Gunda Street |
| 39 | 263493/309482 | Queen Elizabeth Lane |
| 40 | 282722 | North State Street |
| 41 | 283240 | Willaneel Drive |
| 42 | 283490/279225 | Marlendo Drive |

Appendix C – List of Emergency Sewer Failures

|  | COJ Service Request Number | Approximate Address (Building Number Omitted) |
|---|---|---|
| 43 | 281636 | Pear Orchard Place |
| 44 | 284183 | Downing Street/Mitchell St |
| 45 | 282331 | Dixie Drive (Lake Drive) |
| 46 | 273792/271999 | Robin Dr |
| 47 | 81524 | Winter View Dr |
| 48 | 275044 | St. Andrews Dr |
| 49 | 277054 | Winter View Dr |
| 50 | 279121/285148 | Meadow Heights Drive/Meadowhill Dr |
| * | 279225 | Chelsea Drive |
| 51 | 281249/285363 | N West/Josanna St |
| 52 | 281554 | Springdale Drive |
| 53 | 283210 | Topp Ave |
| 54 | 285272 | N West St |
| 55 | 285632 | Eastview St |
| 56 | 288075 | Castle Cove |
| 57 | 288970 | Lea Circle and McDowell Road |
| 58 | 289295 | Cooper Road |
| 59 | 289501 | Woodway Drive |
| 60 | 289904 | Bloom St and E Church St |
| 61 | 290001 | Brookwood Road |
| 62 | 271598 | Fortification/Maple |
| 63 | 229118 | Forest Hill Road/Cooper Road |
| 64 | 282098 | E Monument Road |
| 65 | 316993/314488 | Livingston Road |
| 66 | 295280/290870 | E Rankin Street |
| 67 | 284942 | Cherry Hills Drive |
| 68 | 286901 | Dogwood Drive |
| 69 | 292766 | Warner Ave |
| 70 | 277523 | Porter Street |
| 71 | 273842 | Alta Woods Blvd |
| 72 | 283878 | Marla Drive |
| 73 | 294627 | Tara Road and Glen Erin St |
| 74 | 290766/304414 | Queen Catherine Lane |
| 75 | 295677 | Flag Chapel Road |
| 76 | 295621 | Erie St and Palmyra St |
| 77 | 294522 | Redwood Ave |
| 78 | 289762 | Forest Ave |
| 79 | 295859 | Casablanca Dr |
| 80 | 298741 | N State St |
| 81 | 291974 | Chelsea Ct |
| 82 | 283584 | Robinson Road |
| 83 | 300530 | Robinson Street |
| 84 | 300326 | I-55 N Frontage Road |

Appendix C – List of Emergency Sewer Failures

|  | COJ Service Request Number | Approximate Address (Building Number Omitted) |
|---|---|---|
| 85 | 300368 | I-55 Frontage Road |
| 86 | 296693 | Woody Drive |
| 87 | 299305/309068 | CombsAve |
| 88 | 301288 | McTyere Ave |
| 89 | 288691 | Maria Drive |
| 90 | 304170 | Oakhurst Dr |
| 91 | 304178/298870/298328 | Heritage Place |
| 92 | 303606 | Robinson Road |
| 93 | 302287 | Stuart St |
| 94 | 302340 | Wooddell Drive |
| 95 | 303162 | Copper Road |
| 96 | 299057 | East Drive |
| 97 | 303958 | Scots Glen |
| 98 | 300542 | Daniel Lake Blvd |
| 99 | 300658 | Shady Oak St |
| 100 | 302237 | Chestnut St |
| 101 | 302582 | Macon St |
| 102 | 303331 | Ellis Ave |
| 103 | 303772 | Galvez St |
| 104 | 278741 | Watkins Drive |
| 105 | 247504 | Jones Ave |
| 106 | 299401 | Sage St |
| 107 | 225512/234587 | Briarfield Road |
| 108 | 301608 | Alta Wood Blvd |
| 109 | 301820 | Earle St |
| 110 | 286111 | Briarfield Road |
| 111 | 299140 | Springfield Circle |
| 112 | 303959 | Welota Drive |
| 113 | 290889 | Robinhood Road |
| 114 | 297955 | Kinder Dr |
| 115 | 299648 | Ridgewood Road |
| 116 | 300053 | McTyere Ave |
| 117 | 302087 | Peachtree St |
| 118 | 302728 | Old Canton Road |
| 119 | 302794 | Crestwood Place |
| 120 | 304170 | Oakhurst Drive |
| 121 | 304528 | Lorenz Blvd |
| 122 | 304165 | Dansby St |
| 123 | 305506 | Beechwood Ct |
| 124 | 306391 | Brookdale St |
| 125 | 302211/308084 | Cedarhurst Road |
| 126 | 306885 | Chatham Circle |
| 127 | 304267/248573 | Coronet Place |

Appendix C – List of Emergency Sewer Failures

|  | COJ Service Request Number | Approximate Address (Building Number Omitted) |
|---|---|---|
| 128 | 309487 | Country Club Drive |
| 129 | 308102 | Greenview Dr |
| 130 | 309076 | Greenview Dr |
| 131 | 311162 | Lexington Ave/Delaware Ave |
| 132 | 307784 | Meadow Ridge Dr |
| 133 | 304215 | Monaco St |
| 134 | 309086 | Yerger St |
| 135 | 305164 | Woody Drive |
| 136 | 307794/296693 | Woody Drive |
| 137 | 306457 | Tennessee Ave |
| 138 | 305288 | S. Gallatin St/Beatty St |
| 139 | 308680 | Raymond Rd |
| 140 | 308689 | Raintree Pl |
| 141 | 303021 | Primos Ave |
| 142 | 308274 | Parkway Ave |
| 143 | 305915 | Bailey Ave |
| 144 | 306034 | Morningside St |
| 145 | 306455 | Old Canton Road |
| 146 | 309171 | Linda Lane |
| 147 | 308462 | Sunnylane Dr |
| 148 | 298039 | Westmore Drive |
| 149 | 306602 | Winn St |
| 150 | 305900 | Overbrook Dr |
| 151 | 305854/303748 | Wiggins St |
| 152 | 227744 | Ilano Dr |
| 153 | 309931 | John St |
| 154 | 311950 | Melwood Pl |
| 155 | 312773 | Cummins St |
| 156 | 312526 | Heritage Hill Dr |
| 157 | 312758/311595 | Katherine Blvd |
| 158 | 312798 | E Northside Dr |
| 159 | 315343 | Terry Road/Minerva St |
| 160 | 314221 | Cole Street |
| 161 | 314240 | Mitchell Ave |
| 162 | 314277 | Forest Park Dr |
| 163 | 314348 | Mimosa Dr |
| 164 | 314684 | Crestview Ave |
| 165 | 315164 | N Prentiss ST |
| 166 | 315206 | Forest Park Dr |
| 167 | 315101 | Will O Wisp Way |
| 168 | 314761 | Tennyson St |
| 169 | 314801 | St Ann St |
| 170 | 315285 | McDowell Cir |

Appendix C – List of Emergency Sewer Failures

|  | COJ Service Request Number | Approximate Address (Building Number Omitted) |
|---|---|---|
| 171 | 315256 | Mendell Davis Dr |
| 172 | 259305 | Clinton Blvd |
| 173 | 316439 | Raymond Road |
| 174 | 316423/262309 | Ramada Cir |
| 175 | 309667 | Normandy Dr |
| 176 | 316624 | Camilla Dr |
| 177 | 316821 | Queen Mary Lane/Queen Julianna Lane |
| 178 | 316889/321143 | Taylor St |
| 179 | 316876 | Churchill Dr |
| 180 | 298192 | Kirkley Dr |
| 181 | 310276 | Naples Road |
| 182 | 281339 | Madison St |
| 183 | 304669 | Livingston Road |
| 184 | 317120 | East Lane |
| 185 | 267126 | Briarcliff Circle |
| 186 | 318215 | Kingsroad Ave |
| 187 | 312574 | Cooper Road |
| 188 | 313679 | Medgar Evers Blvd |
| 189 | 316062 | Florence Ave |
| 190 | 298090 | Greymont Ave |
| 191 | 315176 | Bellevue Place and N Jefferson |
| 192 | 314223 | Columbia Ave |
| 193 | 303384 | Glen Erin Road |
| 194 | 310885/282513 | Woodmont Dr |
| 195 | 274400/292981 | Sewanee Dr |
| 196 | 313051 | Wightman St |
| 197 | 309955 | Hair St |
| 198 | 268037 | Archer Ave |
| 199 | 284298 | Beatrice Dr |
| 200 | 271116 | Pecan Blvd |
| * | 304699 | Topp Ave and Lincoln Ave |
| 201 | 309423 | Congresst St |
| 202 | 318597 | N Prentiss St |
| 203 | 318435/315684 | Cedars of Lebanon |
| 204 | 316882/317070 | Quinn St |
| 205 | 318516 | Lyncrest Ave |
| 206 | 319128 | I-55 Frontage Road |
| 207 | 318049 | St. Mary |
| 208 | 318669 | N State St |
| 209 | 302865 | Cooper Road/Terry Road |
| 210 | 315432 | Council Circle |
| 211 | 299807 | Presto Lane/Highland Dr |
| 212 | 304650 | S West St |

Appendix C – List of Emergency Sewer Failures

|  | **COJ Service Request Number** | **Approximate Address (Building Number Omitted)** |
|---|---|---|
| 213 | 318644 | China Lane |
| 214 | 311395 | Clubview Dr |
| 215 | 324810/324017 | Fairfax Circle |

*\* Denotes duplicates*