IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:12-cv-790-HTW-LGI |
| THE CITY OF JACKON, MISSISSIPPI | DEFENDANT |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, United States of America, by and through its attorneys, Todd W. Gee, United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney for said District, hereby submits this Notice of Withdrawal of Counsel.

United States Attorney Gregory K. Davis is no longer the United States Attorney. Therefore, he should be withdrawn as counsel of record, and future ECF notifications to him should be terminated.

Date: October 20, 2023                 Respectfully submitted,

TODD W. GEE
United States Attorney

MITZI DEASE PAIGE (MSB # 6014)
Assistant United States Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone:     (601) 973-2840
Facsimile:       (601) 965-4409
Email: Mitzi.Paige@usdoj.gov