IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> and the STATE OF MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:12-cv-790-HTW-LGI <br> (Clean Water Act Case) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:22-cv-00686-HTW-LGI <br> (Safe Drinking Water Act Case) <br><br> **JOINT REPORT and STIPULATED ORDER TO EXTEND STAY IN SAFE DRINKING WATER ACT CASE** |

**WHEREAS**, the Court issued an Interim Stipulated Order ("ISO") in this matter on November 29, 2022 [Dkt. No. 6], which among other things stayed the litigation in the above referenced matter for a period of six months. *Id* at Section XI.

**WHEREAS**, the Parties to the ISO are the United States, the Mississippi State Department of Health, and the City of Jackson. *Id.* at p. 3.

**WHEREAS**, pursuant to Section XI of the ISO the Parties are to file a Joint Report if they believe an additional stay is appropriate.

**WHEREAS**, on May 18, 2023, the Parties filed a Joint Report stipulating to an additional stay, for six months, until November 29, 2023 [Dkt. No. 29].

**WHEREAS**, on May 18, 2023, the Court approved the Stipulation and instructed the Parties to file a Joint Report as to whether they believe an additional stay is appropriate. *Id.*

**WHEREAS**, the Parties stipulate and agree that an additional stay of this litigation for approximately three months, until March 1, 2024, is appropriate.

**WHEREAS**, prior to March 1, 2024, the Parties shall file a joint report as to whether the Parties believe an additional stay is appropriate. During the stay, no Party shall serve any discovery nor file any dispositive motions in this matter, without leave of the Court.

APPROVED this 28th day of November, 2023.

/s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

## Signature Page for Joint Report and Stipulated Order in
*United States v. City of Jackson*

FOR THE UNITED STATES OF AMERICA:

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

Dated: Nov. 17, 2023        /s/ Karl Fingerhood
        KARL FINGERHOOD (PA Bar No. 63260)
        ANGELA MO (CA Bar No. 262113)
        Attorneys
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 514-7519
        Fax: (202) 616-2427
        Email: Karl.Fingerhood@usdoj.gov
                Angela.Mo@usdoj.gov

        TODD GEE
        United States Attorney for the
        Southern District of Mississippi

        ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
        Chief, Civil Division
        Assistant United States Attorney
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Tel: (601) 965-4480

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE CITY OF JACKSON, MISSISSIPPI:

Dated: Nov. 17, 2023

      /s/ Terrell S. Williamson  (with permission by KF)
CATORIA MARTIN (MS Bar No. 103938)
City Attorney
Email: cmartin@city.jackson.ms.us

TERRY WILLIAMSON (MS Bar No. 8639)
Legal Counsel
Email: twilliamson@city.jackson.ms.us

OF COUNSEL:
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Tel: (601) 960-1799
Fax: (601) 960-1756

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:


Dated: Nov. 17, 2023             /s/ Christin B. Williams (with permission by KF)
                                 CHRISTIN B. WILLIAMS (MS Bar No. 104533)
                                 General Counsel
                                 Mississippi State Department of Health
                                 570 East Woodrow Wilson Avenue
                                 Jackson, MS 39216
                                 Phone: (601) 576-7847
                                 Email: Christin.Williams@msdh.ms.gov