## Benjamin Philley

| | |
|---|---|
| **From:** | Keyona Henry <keyonahenry9@gmail.com> |
| **Sent:** | Friday, February 9, 2024 7:52 PM |
| **To:** | Benjamin Philley |
| **Cc:** | Melissa Booth; dmartin@jacksonms.gov; Keyona Stewart |
| **Subject:** | Torrey Anderson v. COJ - Amended Responses to RFA's |
| **Attachments:** | COJs Amended Responses to RFAs.pdf |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Hi Benjamin,

Attached you will find the City's Amended Responses to Plaintiff's RFA's.

At this time, I cannot consent to Willie Roach being deposed. Pursuant to the Interim Stipulated Order, ITPM agents may not testify in any litigation or proceeding. It is my understanding that the Order requires you to obtain permission from the Court.

Furthermore, I will review your supplementation request of the interrogatories and requests for production of documents on Monday.

Sincerely,

Keyona

--

*Keyona Henry Stewart*
Deputy City Attorney
Office of City Attorney
455 E Capitol Street
Jackson, MS 39201
Phone: 601-960-1799

**CONFIDENTIALITY STATEMENT:**

This communication may contain confidential information. If you are not the intended recipient or if you are not authorized to receive this communication, please notify and return the message to the sender, **then delete this communication including any attachments**. Unauthorized reviewing, forwarding, copying, distributing or using this information is strictly prohibited.



PLAINTIFF'S EXHIBIT B