

## Michael Watson
### SECRETARY OF STATE

This is not an official certificate of good standing.

## Name History

| Name | Name Type |
|---|---|
| JXN Water Inc | Legal |

## Business Information

| | |
|---|---|
| **Business Type:** | Profit Corporation |
| **Business ID:** | 1368792 |
| **Status:** | Good Standing |
| **Effective Date:** | 12/07/2022 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | 802 Lakeland Drive, APT 414<br>Jackson, MS 39216 |

## Registered Agent

**Name**

Edward Henifin
802 Lakeland Drive, Apt 414
Jackson, MS 39216

## Officers & Directors

| Name | Title |
|---|---|
| Edward Henifin<br>802 Lakeland Drive, Apt 414<br>Jackson, MS 39216 | Incorporator |
| Edward G Henifin<br>802 Lakeland Drive, APT 414 | Director |



PLAINTIFF'S EXHIBIT C