IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE CITY OF JACKSON, MISSISSIPPI, | ) ) ) |
| Defendant. | ) ) |

Case No. 3:12-cv-790-HTW-LGI

# STATUS CONFERENCE EXHIBIT LIST
## March 18, 2024

| Exhibit No. | Description | Witness | Evidence |
|---|---|---|---|
| C-1 | Lakeland Seniors, LLC v. The University of Mississippi Medical Center, et al. Complaint Hinds County Circuit Court Cause No.: 23-655 | | 3/18/2024 |