IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and the STATE OF MISSISSIPPI,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case) |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS, on March 5, 2024, JXN Water filed a Motion for Order to Release Supplemental Nutrition Assistance Program Recipients List [Dkt. No.98] ("SNAP Motion");

WHEREAS, on March 19, 2024, the United States filed an opposition to the SNAP Motion [Dkt. No. 101], and on March 26, 2024, JXN Water filed its reply [Dkt. 106];

WHEREAS, on April 16, 2024, the Court entered an Order granting the relief requested by

1

JXN Water in its SNAP Motion [Dkt. 107] ("SNAP Order");

WHEREAS, the SNAP Order requires that certain information be provided no later than April 30, 2024. *Id.* at p.4;

WHEREAS, the appropriate governmental officials at the Department of Justice are considering how to respond to the SNAP Order, including, among other things, whether to seek further review of the Order;

WHEREAS, JXN Water consents to a 2-week extension of the April 30, 2024 date in the SNAP Order;

IT IS HEREBY STIPULATED AND AGREED that the April 30, 2024 date in the SNAP Order is extended to May 14, 2024.

FOR THE UNITED STATES OF AMERICA:

Date: Apr. 24, 2024

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

  /s/ Karl Fingerhood
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
Senior Counsel
Environmental Enforcement Section Environment
   and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Email: Karl.Fingerhood@usdoj.gov
          Angela.Mo@usdoj.gov

2

        TODD GEE
        United States Attorney for the
        Southern District of Mississippi


        <u>/s/ Angela G. Williams (with permission by KF)</u>
        ANGELA GIVENS WILLIAMS
        (MS Bar No. 102469)
        Chief, Civil Division
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Email: angela.williams3@usdoj.gov
        Tel: (601) 965-4480


FOR THE INTERIM THIRD-PARTY MANAGER/JXN WATER:


Dated: Apr. 24, 2024        <u>/s/ F. Paul Calamita (with permission by KF)</u>
        F. PAUL CALAMITA, III
        AQUALAW, PLC
        6 South 5th Street
        Richmond, VA, 23219
        Tel: (804) 716-9021
        Email: Paul@aqualaw.com


SO ORDERED, this 24th day of April, 2024.


        **/s/HENRY T. WINGATE**
        United States District Court Judge