IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and the STATE OF MISSISSIPPI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:12-cv-790-HTW-LGI |
| | ) | (Clean Water Act Case) |
| v. | ) | |
| | ) | |
| | ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-00686-HTW-LGI |
| | ) | (Safe Drinking Water Case) |
| | ) | |
| v. | ) | UNITED STATES' |
| | ) | MOTION TO |
| | ) | STAY ORDER FOR RELEASE OF |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | SNAP RECIPIENT INFORMATION |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned counsel and hereby moves the Court for an order staying the effect of the Court's April 16, 2024, Order (the "SNAP Order") [Dkt. No. 107]. The United States requests both (1) a stay of the SNAP Order pending appellate review, assuming the United States decides to seek appellate review, and (2) an administrative stay of the SNAP Order while the Court considers whether to grant a stay pending appellate review and while the United States decides whether to seek appellate review. Any notice of appeal would have to be filed no later than June 17, 2024. *See* Fed. R. App. P. 4(a)(1)(B) (notice of appeal may be filed within 60 days of order appealed). If the United States fails to file a Notice of Appeal on or before June 17, 2024, the stay may

automatically dissolve.  If the United States does file a notice of appeal, then the stay would extend through the duration of the appellate process.  The grounds supporting this Motion are set forth in the United States' Memorandum in Support of Motion to Stay Order for Release of SNAP Recipient Information, filed simultaneously herewith.

Date: May 14, 2024

> Respectfully Submitted,
>
> TODD KIM
> Assistant Attorney General
> Environment and Natural Resources Division
> U.S. Department of Justice
>
>
> _____
> KARL FINGERHOOD (PA Bar No. 63260)
> ANGELA MO (CA Bar No. 262113)
> Senior Counsel
> Environmental Enforcement Section Environment
>  and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 514-7519
> Email: Karl.Fingerhood@usdoj.gov
>         Angela.Mo@usdoj.gov
>
>
> TODD GEE
> United States Attorney for the
> Southern District of Mississippi
>
>   /s/ Angela G. Williams (by KF -with permission\_\_\_
> ANGELA GIVENS WILLIAMS
> (MS Bar No. 102469)
> Chief, Civil Division
> United States Attorney's Office
> 501 East Court Street, Suite 4.430
> Jackson, Mississippi 39201
> Email: angela.williams3@usdoj.gov
> Tel: (601) 965-4480