UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and the STATE OF MISSISSIPPI,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>    Defendant. | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>    Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Case)<br><br>**STIPULATION FOR ORDER FOR CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS WITH SDWA INTERVENORS-PLAINTIFFS**<br><br>(Safe Drinking Water Act Case) |

WHEREAS, on November 29, 2022, the United States initiated a civil action, Case No. 3:22-cv-00686-HTW-LGI, against the City of Jackson, Mississippi, alleging, among other things, violations of the Safe Drinking Water Act ("SDWA"), 42 U.S.C. § 300f *et seq.*;

WHEREAS, on March 18, 2024, the Court orally granted the Motion for Leave to Intervene in the SDWA case, filed by the Mississippi Poor People's Campaign and People's Advocacy Institute (referred to collectively herein as the "SDWA Intervenors-Plaintiffs") as to certain SDWA claims alleged in the United States' Complaint against the City of Jackson, Mississippi, and on March 20, 2024, entered its written order granting the requested intervention [Dkt. 102];

WHEREAS, the undersigned agree that maintaining the confidentiality of Settlement Communications (as defined in the proposed Order on Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs ("Order")) would generally facilitate the free exchange of information, the expression of unvarnished opinions, and enhance the likelihood of a successful outcome in settlement discussions regarding the Subject Claims (as defined in the proposed Order);

WHEREAS, the undersigned wish to provide for appropriate protection covering any privilege that could be asserted and the confidentiality of exchanges occurring during the course of such discussions;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the proposed Order for Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs, which is being submitted simultaneously herewith, should be entered:

**Signature Page for Stipulation for Order for Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs in**
*United States v. City of Jackson*, **Case No. 3:22-cv-00686-HTW-LGI (SDWA Case)**

FOR THE UNITED STATES OF AMERICA:

    TODD KIM
    Assistant Attorney General
    Environment and Natural Resources Division
    U.S. Department of Justice

Dated: June 11, 2024     KARL FINGERHOOD
    *Digitally signed by KARL FINGERHOOD*
    *Date: 2024.06.11 12:07:23 -04'00'*

    KARL FINGERHOOD (PA Bar No. 63260)
    ANGELA MO (CA Bar No. 262113)
    Attorneys
    Environmental Enforcement Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Tel: (202) 514-7519
    Fax: (202) 616-2427
    Email: Karl.Fingerhood@usdoj.gov
    Angela.Mo@usdoj.gov

    TODD GEE
    United States Attorney for the
    Southern District of Mississippi

    ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
    Chief, Civil Division
    Assistant United States Attorney
    United States Attorney's Office
    501 East Court Street, Suite 4.430
    Jackson, Mississippi 39201
    Tel: (601) 965-4480

**Signature Page for Stipulation for Order for Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs in**
*United States v. City of Jackson,* **Case No. 3:22-cv-00686-HTW-LGI (SDWA Case)**

FOR THE CITY OF JACKSON, MISSISSIPPI:

                          DREW MARTIN (MS Bar. No. 101045)
                          City Attorney
                          Email: dmartin@city.jackson.ms.us

Dated: June 6, 2024          /s/ Terry Williamson (with permission by KF)
                          TERRY WILLIAMSON (MS Bar No. 8639)
                          Legal Counsel
                          Email: twilliamson@city.jackson.ms.us

                          OF COUNSEL:
                          OFFICE OF THE CITY ATTORNEY
                          455 East Capitol Street Post Office Box 2779
                          Jackson, Mississippi 39207-2779
                          Tel: (601) 960-1799
                          Fax: (601) 960-1756

**Signature Page for Stipulation for Order for Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs in**
***United States v. City of Jackson*, Case No. 3:22-cv-00686-HTW-LGI (SDWA Case)**

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:


Dated: June 7, 2024

                                  /s/ Christin Williams (with permission by KF)
                                  CHRISTIN WILLIAMS (MS. Bar No. 104533)
                                  Legal Counsel
                                  Mississippi State Department of Health
                                  P.O. Box 1700
                                  Jackson, Mississippi 39215
                                  Tel: (601) 576-7847
                                  Fax: (601) 576-7805
                                  Email: christin.williams@msdh.ms.gov

**Signature Page for Stipulation for Order for Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs in**
***United States v. City of Jackson*, Case No. 3:22-cv-00686-HTW-LGI (SDWA Case)**

FOR THE INTERIM THIRD-PARTY MANAGER:

Dated: _____         /s/ Malissa Wilson
                                              MALISSA WILSON (MS Bar No. 1007510)
CHARLES MITCHELL McGUFFEY
(MS Bar No. 104986)
Forman Watkins & Krutz, LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201
Tel: (601) 690-8600
Fax: (601) 960-8613
Email: malissa.wilson@formanwatkins.com
        mitch.mcguffey@formanwatkins.com

F. PAUL CALAMITA, III (admitted *PHV*)
Aqualaw, PLC
6 South 5th Street
Richmond, VA  23219
Tel: (804) 716-9021
Fax: (804) 716-9022
Email: paul@aqualaw.com

**Signature Page for Stipulation for Order for Confidentiality of Settlement Discussions with SDWA Intervenors-Plaintiffs in**
*United States v. City of Jackson*, **Case No. 3:22-cv-00686-HTW-LGI (SDWA Case)**

SIGNATURE PAGES FOR INTERVENORS:

Dated: May 31, 2024

Joshua Tom (Miss. Bar No. 105392)
Ayanna D. Hill (Miss. Bar No. 106590)
American Civil Liberties Union of Mississippi
101 South Congress St.
Jackson, MS 39201
601.354.3408 ext. 112
jtom@aclu-ms.org

Emily Early (GA Bar No. 810206)
Jessica Vosburgh (Ala. Bar No. 1710-A00Y)
Mikaila Hernández (NY Bar No. 6048334)
The Center for Constitutional Rights
666 Broadway Avenue, Floor 7
New York, New York 10012
(212) 614-6464
eearly@ccrjustice.org
jvosburgh@ccrjustice.org
mhernandez@ccrjustice.org

/s/ Lori Sherman (with permission by KF)
Lori Sherman (IN Bar No. 31102-53)
Kathleen Roblez (NC Bar No. 57039)
Ashley Mitchell (NC Bar No. 56889)
Forward Justice
P.O. Box 1932
Durham, NC 27721
(919) 323-3889
lsherman@forwardjustice.org
kroblez@forwardjustice.org
amitchell@forwardjustice.org

*Counsel for Intervenors-Plaintiffs Mississippi Poor People's Campaign and People's Advocacy Institute*