IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI | PLAINTIFFS |
| VS. | CASE NO. 3:12-CV-790-HTW-LGI |
| THE CITY OF JACKSON, MISSISSIPPI | DEFENDANT |

### APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Beth Windsor Usry, Special Assistant Attorney General for the State of Mississippi, hereby enters her appearance as counsel for the State of Mississippi.

THIS the 11th day of June 2024.

        Respectfully submitted,

        STATE OF MISSISSIPPI

        By:   LYNN FITCH, ATTORNEY GENERAL
                  STATE OF MISSISSIPPI

        By:   */s/Beth Windsor Usry*
                  BETH WINDSOR USRY (MSB #99267)
                  Special Assistant Attorney General
                  STATE OF MISSISSIPPI
                  OFFICE OF THE ATTORNEY GENERAL
                  CIVIL LITIGATION DIVISION
                  Post Office Box 220
                  Jackson, Mississippi 39205-0220
                  (601) 359-3824
                  Beth.Usry@ago.ms.gov

## CERTIFICATE OF SERVICE

      I, Beth Windsor Usry, Special Assistant Attorney, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

      THIS the 11th day of June 2024.

                              */s/Beth Windsor Usry*
                              BETH WINDSOR USRY