IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI | PLAINTIFFS |
| VS. | CASE NO. 3:12-CV-790-HTW-LGI (CLEAN WATER ACT CASE) |
| THE CITY OF JACKSON, MISSISSIPPI | DEFENDANT |
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CASE NO. 3:22-CV-00686-HTW-LGI (SAFE DRINKING WATER ACT CASE) |
| THE CITY OF JACKSON, MISSISSIPPI | DEFENDANT |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff the State of Mississippi appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order (Doc. 107) entered April 16, 2024. *See* 28 U.S.C. § 1292(a)(1).

RESPECTFULLY SUBMITTED, this the 14th day of June 2024.

        STATE OF MISSISSIPPI

        By:   LYNN FITCH, ATTORNEY GENERAL
                  STATE OF MISSISSIPPI

        By:   */s/Beth Windsor Usry*
                  BETH WINDSOR USRY (MSB #99267)
                  Special Assistant Attorney General
                  STATE OF MISSISSIPPI
                  OFFICE OF THE ATTORNEY GENERAL
                  CIVIL LITIGATION DIVISION
                  Post Office Box 220

Jackson, Mississippi 39205-0220
(601) 359-3824
Beth.Usry@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Beth Windsor Usry, Special Assistant Attorney General, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 14th day of June 2024.

*/s/Beth Windsor Usry*
BETH WINDSOR USRY