IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| and the STATE OF MISSISSIPPI, | ) | |
| Plaintiffs, | ) | Case No. 3:12-cv-790-HTW-LGI |
| | ) | (Clean Water Act Case) |
| v. | ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-00686-HTW-LGI |
| | ) | (Safe Drinking Water Act Case) |
| v. | ) | **UNITED STATES' NOTICE OF COMPLIANCE WITH SNAP ORDER (Clean Water Act Case and Safe Drinking Water Act Case)** |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | |
| Defendant. | ) | |

Plaintiff the United States of America hereby gives notice that on July 1, 2024, it submitted the attached letter (Exhibit 1) to Interim Third-Party Manager Ted Henifin, in compliance with the Court's April 16, 2024, Order regarding Supplemental Nutrition Assistance Program ("SNAP") information [Dkt. No. 107].

Respectfully submitted,

|  |  |
|---|---|
|  | TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>U.S. Department of Justice |
| Dated: July 1, 2024 | /s/ Angela Mo<br>ANGELA MO (CA Bar No. 262113)<br>KARL FINGERHOOD (PA Bar No. 63260)<br>Senior Counsel<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 514-7519<br>Fax: (202) 616-2427<br>Email: Karl.Fingerhood@usdoj.gov<br>         Angela.Mo@usdoj.gov<br><br>TODD GEE<br>United States Attorney for the<br>Southern District of Mississippi<br><br>ANGELA GIVENS WILLIAMS (MS Bar No. 102469)<br>Chief, Civil Division<br>MITZI DEASE PAIGE (MS Bar No. 6014)<br>Assistant United States Attorney<br>United States Attorney's Office<br>501 East Court Street, Suite 4.430<br>Jackson, Mississippi 39201<br>Tel: (601) 965-4480<br> Email: AWilliams4@usa.doj.gov<br>         mitzi.paige@usdoj.gov<br><br>*Counsel for Plaintiff the United States of America* |