IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> and the STATE OF MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:12-cv-790-HTW-LGI <br> (Clean Water Act Case) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:22-cv-00686-HTW-LGI <br> (Safe Drinking Water Act Case) <br><br> **JOINT REPORT and STIPULATED ORDER TO EXTEND STAY IN SAFE DRINKING WATER ACT CASE** |

**WHEREAS**, the Court issued an Interim Stipulated Order ("ISO") in this matter on November 29, 2022 [Dkt. No. 6], which among other things stayed the litigation in the above referenced matter for a period of six months. *Id* at Section XI.

**WHEREAS**, the Parties to the ISO are the United States, the Mississippi State Department of Health, and the City of Jackson. *Id.* at p. 3.

**WHEREAS**, pursuant to Section XI of the ISO the Parties are to file a Joint Report if they believe an additional stay is appropriate.

**WHEREAS**, on May 18, 2023, the Parties filed a Joint Report stipulating to an additional stay, for six months, until November 29, 2023 [Dkt. No. 29].

**WHEREAS**, on May 18, 2023, the Court approved the Stipulation and instructed the Parties to file a Joint Report as to whether they believe an additional stay is appropriate. *Id.*

**WHEREAS**, on November 28, 2023, the Parties filed a Joint Report stipulating to an additional stay, for three months, until March 1, 2024. [Dkt. No. 80]

**WHEREAS**, on November 28, 2023, the Court approved the Stipulation and instructed the Parties to file a Joint Report as to whether they believe an additional stay is appropriate. *Id.*

WHEREAS, on February 29, 2024, the parties filed a Joint Report stipulating to an additional stay, for approximately three months, until June 3, 2024. [Dkt. No. 52].

WHEREAS, the Court approved the Stipulation and instructed the Parties to file a Joint Report as to whether they believe an additional stay is appropriate. *Id.*

**WHEREAS**, the Parties stipulate and agree that an additional stay of this litigation for approximately three months, until September 4, 2024, is appropriate.

**WHEREAS**, on or before September 4, 2024, the Parties shall file a joint report as to whether the Parties believe an additional stay is appropriate. During the stay, no Party shall serve any discovery nor file any dispositive motions in this matter, without leave of the Court.

APPROVED this the 3rd day of July, 2024.

                                                                  /s/HENRY T. WINGATE
                                                                  HENRY T. WINGATE
                                                                  UNITED STATES DISTRICT JUDGE

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE UNITED STATES OF AMERICA:

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

Dated: June 1, 2024        /s/ Karl Fingerhood
        KARL FINGERHOOD (PA Bar No. 63260)
        ANGELA MO (CA Bar No. 262113)
        Senior Counsel
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 514-7519
        Fax: (202) 616-2427
        Email: Karl.Fingerhood@usdoj.gov
             Angela.Mo@usdoj.gov

        TODD GEE
        United States Attorney for the
        Southern District of Mississippi

        ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
        Chief, Civil Division
        MITZI DEASE PAIGE (MS Bar No. 6014)
        Assistant United States Attorney
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Tel: (601) 965-4480
        Email: AWilliams4@usa.doj.gov
             mitzi.paige@usdoj.gov

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE CITY OF JACKSON, MISSISSIPPI:

Dated: June 1, 2024

        DREW M. MARTIN (MS Bar No. 101045)
        City Attorney
        Email: dmartin@city.jackson.ms.us

        /s/ Terry Williamson (with permission by KF)
        TERRY WILLIAMSON (MS Bar No. 8639)
        Legal Counsel
        Email: twilliamson@city.jackson.ms.us

        OFFICE OF THE CITY ATTORNEY
        455 East Capitol Street
        Post Office Box 2779
        Jackson, Mississippi 39207-2779
        Tel: (601) 960-1799
        Fax: (601) 960-1756

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:

Dated: June 1, 2024      /s/ Christin B. Williams (with permission by KF)
CHRISTIN B. WILLIAMS (MS Bar No. 104533)
General Counsel
Mississippi State Department of Health
570 East Woodrow Wilson Avenue
Jackson, MS 39216
Phone: (601) 576-7847
Email: Christin.Williams@msdh.ms.gov

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE INTERVENORS-PLAINTIFFS MISSISSIPPI POOR PEOPLE'S CAMPAIGN AND PEOPLE'S ADVOCACY INSTITUTE:

Dated: June 1, 2024

        Joshua Tom (Miss. Bar No. 105392)
        Ayanna D. Hill (Miss. Bar No. 106590)
        American Civil Liberties Union of Mississippi
        101 South Congress St.
        Jackson, MS 39201
        601.354.3408 ext. 112
        jtom@aclu-ms.org

        Emily Early (GA Bar No. 810206)
        Jessica Vosburgh (Ala. Bar No. 1710-A00Y)
        Mikaila Hernández (NY Bar No. 6048334)
        The Center for Constitutional Rights
        666 Broadway Avenue, Floor 7
        New York, New York 10012
        (212) 614-6464
        eearly@ccrjustice.org
        jvosburgh@ccrjustice.org
        mhernandez@ccrjustice.org


        \_/s/ Lori Sherman (with permission by KF)\_\_\_
        LORI SHERMAN
        (IN Bar No. 31102-53)
        Kathleen Roblez (NC Bar No. 57039)
        Ashley Mitchell (NC Bar No. 56889)
        Forward Justice
        P.O. Box 1932
        Durham, NC 27721
        (919) 323-3889
        lsherman@forwardjustice.org
        kroblez@forwardjustice.org
        amitchell@forwardjustice.org