**Subject:** FW: Access to SNAP Date

**From:** Patrick Black <Patrick.Black@mdhs.ms.gov>
**Sent:** Tuesday, January 9, 2024 3:51 PM
**To:** Ted Henifin <ted@Jxnwater.com>
**Cc:** Carla Dazet <carla@Jxnwater.com>
**Subject:** RE: Access to SNAP Date

Ted-

Unfortunately, MDHS was not authorized to provide the City of Jackson with the requested SNAP data.

-Patrick

**From:** Ted Henifin <ted@Jxnwater.com>
**Sent:** Tuesday, January 9, 2024 10:48 AM
**To:** Patrick Black <Patrick.Black@mdhs.ms.gov>
**Cc:** Carla Dazet <carla@Jxnwater.com>
**Subject:** Re: Access to SNAP Date

> **CAUTION:** This email originated from outside of MDHS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning and good new year!

Following up to see if you have received the green light to share SNAP data with JXN Water. I met with the Governor before Thanksgiving and he said he would get the legal team to review.

We are getting our processes in place for the new rates and having access to your data would make this very smooth and very easy on the eligible customers who need this assistance.

Can you let me know where we stand?

Thanks, Ted



**Ted Henifin**

*Interim Third-Party Manager*

M. 757.274.7904

**Exhibit 1**

1054 Greymont Ave

Jackson, MS 39202

**www.JXNwater.com**



---

**From:** Patrick Black <Patrick.Black@mdhs.ms.gov>
**Sent:** Tuesday, October 24, 2023 9:34 AM
**To:** Ted Henifin <ted@Jxnwater.com>
**Cc:** Carla Dazet <carla@Jxnwater.com>
**Subject:** RE: Access to SNAP Date

Ted-

I spoke with Mr. Anderson concerning the data exchange. He is requesting the green light from the governor's office before any further steps are taken. Have you had any contact or plan to discuss the rates with the governor?

-Patrick

---

**From:** Ted Henifin <ted@Jxnwater.com>
**Sent:** Monday, October 23, 2023 11:31 AM
**To:** Patrick Black <Patrick.Black@mdhs.ms.gov>
**Cc:** Carla Dazet <carla@Jxnwater.com>
**Subject:** Access to SNAP Date

**CAUTION:** This email originated from outside of MDHS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Patrick,

I met with the LT Governor about my proposed SNAP Customer Classification for water rates and he was okay with that. Next step will be how to access SNAP Data to cross reference with our customer data.

Do you have time to meet this week - in person or virtually - to see what we need to do to make this work?

Ted

**Exhibit 1**



**Ted Henifin**

*Interim Third-Party Manager*

**M. 757.274.7904**

1054 Greymont Ave

Jackson, MS 39202

**www.JXNwater.com**



CONFIDENTIALITY NOTICE This e-mail and any files or attachments may contain confidential and privileged information. If you have received this message in error, please notify the sender at the above e-mail address and delete it and all copies from your system.

3

**Exhibit 1**

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION




UNITED STATES OF AMERICA,                           PLAINTIFF
STATE OF MISSISSIPPI

VS.                        CIVIL ACTION NO. 3:12CV790-HTW-LGI

THE CITY OF JACKSON, MISSISSIPPI,                   DEFENDANT
JXN WATER
```

**TRANSCRIPT OF STATUS CONFERENCE**

```
           BEFORE THE HONORABLE HENRY T. WINGATE
                UNITED STATES DISTRICT JUDGE



                    FEBRUARY 27, 2024
                    JACKSON, MISSISSIPPI




                 (APPEARANCES NOTED HEREIN.)




REPORTED BY:  TERI B. NORTON, RMR, FCRR, RDR
              Mississippi CSR #1906
```
---
```
              501 EAST COURT STREET, SUITE 2.500
                 JACKSON, MISSISSIPPI  39201
               TERI_NORTON@MSSD.USCOURTS.GOV
                       (601) 608-4186
```

**Exhibit A**

1    MR. BLACK: Your Honor, may I speak?
2    THE COURT: Who is this?
3    MR. BLACK: Patrick Black. I'm general counsel for
4 the Mississippi Department of Human Services.
5    THE COURT: Go ahead.
6    MR. BLACK: We had submitted a letter to the Court.
7 We are not a party to this action, and so we did not file a
8 response. We were made aware of the situation via the DOJ. I
9 will say that Mr. Henifin and myself have been in conversation
10 related to the proposed SNAP rate for some time now. And
11 MDHS's position has been clear and consistent that we cannot
12 provide the data as requested due to federal law. However, we
13 proposed alternative manners in which this can potentially be
14 achieved, but all of the feedback from Mr. Henifin has been
15 that it's not going to be successful because of government
16 mistrust or low client turnout. However, I would point out
17 that the SNAP program is a client-driven program. They come to
18 MDHS seeking that benefit.
19    Additionally, government trust, I would be concerned and
20 remiss not to say anything about government trust if MDHS turns
21 over all of our private clients' information to another
22 program. At what point are we any better then? We will
23 undermine our own credibility.
24    I would also point out that Mr. Henifin's initial
25 estimation of how many Jacksonians this would reach has been

**Exhibit A**

CERTIFICATE OF COURT REPORTER

I, Teri B. Norton, RMR, FCRR, RDR, Official Court Reporter for the United States District Court for the Southern District of Mississippi, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a correct transcript of the proceedings reported by me using the stenotype reporting method in conjunction with computer-aided transcription, and that same is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

s/ *Teri B. Norton*
TERI B. NORTON, RMR, FCRR, RDR
OFFICIAL COURT REPORTER

**Exhibit A**