IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> and the STATE OF MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:12-cv-790-HTW-LGI <br> (Clean Water Act Case) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:22-cv-00686-HTW-LGI <br> (Safe Drinking Water Act Case) <br><br> **UNITED STATES' RESPONSE IN OPPOSITION TO THE ITPM'S MOTION TO SUPPLEMENT THE RECORD ON APPEAL** <br> **(Clean Water Act Case and Safe Drinking Water Act Case)** |

Pursuant to S.D. Miss. Local Civil Rule 7 and Federal Rule of Appellate Procedure 10, Plaintiff the United States files this response in opposition to the ITPM's Motion to Supplement the Record on Appeal (ECF No. 142).

Under Federal Rule of Appellate Procedure 10(a), the record on appeal is made of: "(1) the original papers and exhibits filed in the district court; (2) the transcript of proceedings, if any; and (3) a certified copy of the docket entries prepared by the district clerk."

The ITPM now seeks to supplement the record on appeal with three documents that were never filed in district court: an email from the Mississippi Department of Human Services (MDHS) to the ITPM, the ITPM's 2024 financial management plan, and a letter from MDHS to the ITPM. Mot. at 2–3. None of these documents are part of the record on appeal under Federal Rule of Appellate Procedure 10(a). Thus, the documents were not "omitted from or misstated in the record by error or accident," and it is not appropriate to supplement the record with these documents under Federal Rule of Appellate Procedure 10(e)(2). *See Hall v. Hoke*, 471 F. App'x 269, 270 (5th Cir. 2012) (per curiam) ("[Appellant] may not supplement the record pursuant to Federal Rule of Appellate Procedure 10(e)(2) with evidence that was not presented to the district court.").

For the foregoing reason, the United States opposes the ITPM's motion.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated: August 6, 2024

/s/ Angela Mo
ANGELA MO (CA Bar No. 262113)
KARL FINGERHOOD (PA Bar No. 63260)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Fax: (202) 616-2427
Email: Karl.Fingerhood@usdoj.gov
         Angela.Mo@usdoj.gov

TODD GEE
United States Attorney for the

Southern District of Mississippi

ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
Chief, Civil Division
MITZI DEASE PAIGE (MS Bar No. 6014)
Assistant United States Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 965-4480
 Email: AWilliams4@usa.doj.gov
        mitzi.paige@usdoj.gov

*Counsel for Plaintiff the United States of America*