# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 25, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60309    State of Mississippi v. JXN Water
                    USDC No. 3:12-CV-790
                    USDC No. 3:22-CV-686

The court has denied the motion to extend time to file reply brief
in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Rebecca Andry*

                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

Mr. Frank Paul Calamita III
Mr. Karl Fingerhood
Mr. Arthur S. Johnston III
Mr. Justin Lee Matheny
Mr. Charles M. McGuffey
Mr. Ezekiel Peterson
Mr. Spencer M. Ritchie
Mrs. Elizabeth Windsor Usry
Ms. Malissa Wilson