IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and the STATE OF MISSISSIPPI,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case)<br><br>**UNITED STATES' NOTICE OF COMPLIANCE WITH SNAP ORDER (Clean Water Act Case and Safe Drinking Water Act Case)** |

    Plaintiff the United States of America hereby gives notice that on January 2, 2025, it submitted the attached letter (Exhibit 1) to Interim Third-Party Manager Ted Henifin, in compliance with the Court's April 16, 2024, Order regarding Supplemental Nutrition Assistance Program ("SNAP") information [Dkt. No. 107].

                                                 Respectfully submitted,

                                            TODD KIM
                                            Assistant Attorney General
                                            Environment and Natural Resources Division
                                            U.S. Department of Justice

Dated: January 2, 2025          /s/ KARL FINGERHOOD
                                            KARL FINGERHOOD (PA Bar No. 63260)
                                            Senior Counsel
                                            Environmental Enforcement Section
                                            Environment and Natural Resources Division
                                            U.S. Department of Justice
                                            P.O. Box 7611
                                            Washington, D.C. 20044-7611
                                            Tel: (202) 514-7519
                                            Fax: (202) 616-2427
                                            Email: Karl.Fingerhood@usdoj.gov

                                            TODD GEE
                                            United States Attorney for the
                                            Southern District of Mississippi

                                            ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
                                            Chief, Civil Division
                                            MITZI DEASE PAIGE (MS Bar No. 6014)
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            501 East Court Street, Suite 4.430
                                            Jackson, Mississippi 39201
                                            Tel: (601) 965-4480
                                             Email: AWilliams4@usa.doj.gov
                                                    mitzi.paige@usdoj.gov

                                            *Counsel for Plaintiff the United States of America*