

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-1-09841 and 90-5-1-1-09841/1

*Environmental Enforcement Section*   *Telephone (202) 514-7519*
*P.O. Box 7611*   karl.fingerhood@usdoj.gov
*Washington, DC  20044*

January 2, 2025

<u>Via Email and CM/ECF</u>
Ted Henifin
Interim Third-Party Manager
ted@jxnwater.com

      Re: January 2 Update Pursuant to SNAP Order in *United States and State of Mississippi v. City of Jackson, MS*, Case No. 3:12-cv-790-HTW-LGI (Clean Water Act Case) and *United States v. City of Jackson, MS*, Case No. 3:22-cv-00686-HTW-LGI (Safe Drinking Water Act Case)

Dear Mr. Henifin:

    The Court's April 16, 2024, Order ("SNAP Order") required that "the relevant federal and/or State agencies implementing the SNAP program shall provide the ITPM a list in CSV (comma-separated values) format, containing the name and address of recipients of SNAP benefits residing in the [listed] zip codes" and that they "shall further provide any updated list to the ITPM on the first business day of each calendar quarter thereafter beginning on July 1, 2024."  SNAP Order [Dkt. No. 107] at 4.

    Accordingly, the United States, on behalf of USDA, submits this letter to provide the required January 2 update, in compliance with the SNAP Order.  Based upon USDA's review of updated information in its possession since its previous searches to meet the SNAP Order's deadlines, USDA does not have information responsive to the SNAP Order.  USDA only has SNAP household data for 5 households from June through August 2024 that falls within the covered zip codes, which it obtained from the Mississippi Department of Human Services as part of its quality review process (a sampling process USDA conducts to determine each State's rate of SNAP payment errors).  This five- to seven-month-old data is not current.  Thus, the limited data in USDA's possession does not indicate the recipient-households that are currently "residing" within the covered zip codes, and it is therefore not responsive to the Court's order.

                             Sincerely,

                             KARL      Digitally signed by KARL FINGERHOOD
                             FINGERHOOD     Date: 2025.01.02 10:11:46 -05'00'

                             Karl Fingerhood

Cc: Paul Calamita, Esq., Counsel for the ITPM
     Malissa Wilson, Esq., Counsel for the ITPM
     Mitch McGuffey, Esq., Counsel for the ITPM
     Gabriel Allen, Esq., Department of Justice
     Mina Kim, Esq., USDA
     Virginia Henning, Esq., USDA
     Sarah Merrill, Esq., USDA
     CM/ECF Service List