# EXHIBIT B



**REGION 4**
ATLANTA, GA 30303

**ELECTRONIC MAIL**
**CONFIRMATION OF EMAIL RECEIPT REQUESTED**

Mr. Edward "Ted" Henifin
Interim Third-Party Manager
JXN Water, LLC

Re: Stage 2 Disinfection Byproduct Maximum Contaminant Level Violations at City of Jackson Public Water System (PWS ID: MS0250008)

Dear Mr. Henifin:

The U.S. Environmental Protection Agency has reviewed the transcript of the March 14, 2025, Status Conference before the Honorable Judge Wingate and we would like to provide additional context regarding some statements made during the proceedings.

As reported by the Mississippi State Department of Health (MSDH) to the Safe Drinking Water Information System Federal Reporting Services (SDWIS), the City of Jackson public water system (Jackson PWS) has incurred violations for exceedances of the maximum contaminant levels (MCL) for total trihalomethanes (TTHM) and total haloacetic acids (HAA5). Both contaminants are regulated under the Stage 2 Disinfection Byproducts Rule. In the Status Conference, you said the quarterly limit for TTHM and HAA5 was exceeded by Jackson PWS during two quarters, and the MCL, which is set on a rolling four quarter average, has not yet been exceeded.

Pursuant to 40 C.F.R. § 141.620(d), systems that are required to monitor quarterly to comply with the Stage 2 Disinfection Byproducts Rule must calculate the Locational Running Annual Average (LRAA) for TTHM and HAA5 using monitoring data collected and determine that each LRAA does not exceed the MCL. The MCL set by the EPA for TTHM and HAA5 is 80 parts per billion (ppb) and 60 ppb, respectively. See 40 C.F.R. § 141.64(b)(2). Pursuant to 40 C.F.R. § 141.203(a), Tier 2 public notices must be provided to customers when an MCL violation occurs, as these violations have the potential to have serious adverse effects on human health. Public water systems are required to provide Tier 2 public notice as soon as practical, but no later than 30 days after the system learns of the violation. The system must also repeat the notice every three months for as long as the violation persists.

Jackson PWS is subject to these requirements and has been performing quarterly monitoring at eight locations in the distribution system. During the July – September 2024 and continuing through the January – March 2025 monitoring periods, Jackson PWS exceeded the TTHM MCL at two or more sampling locations based on the LRAA. Specifically, the TTHM MCL was exceeded at two locations in July 2024, four locations in October 2024 and five locations in January 2025. The LRAA of TTHM results at these locations ranged from 81.6 ppb to 92.5 ppb. Therefore, the LRAA of TTHM exceeded the MCL of 80 ppb.

Additionally, during both the October – December 2024 and the January – March 2025 monitoring periods, Jackson PWS exceeded the HAA5 MCL at one or more sampling locations based on the LRAA. Specifically, the HAA5 MCL was exceeded at one location in October 2024 and two locations in January 2025. The LRAA of HAA5 results at these locations ranged from 60.9 ppb to 64 ppb. Therefore, the LRAA of HAA5 exceeded the MCL of 60 ppb. MSDH has appropriately identified these exceedances as violations and issued Notices of Violation to Jackson PWS. Also, Jackson PWS has performed the required public notice for the violations.

Based on the information provided to the EPA by MSDH through SDWIS and the sampling results available on Mississippi Drinking Water Watch, Jackson PWS has exceeded the LRAA at multiple sites for both TTHM and HAA5. Accordingly, your statement at the status conference that the MCL had not been violated was incorrect. Instead, Jackson PWS's statement in the public notice sent to customers on March 3, 2025, that the system violated the MCLs for TTHM and HAA5, was correct.

The EPA acknowledges that JXN Water is working to address the MCL violations and the nature of compliance calculations for these contaminants does, at times, take multiple quarterly samples for the LRAA to return to levels below the MCL. Likewise, addressing the root cause of noncompliance with TTHM and HAA5 MCLs can take time and potentially require changes to the treatment process. The EPA appreciates JXN Water's commitment to finding a long-term solution to these violations as part of, and in addition to, what is required under the Interim Stipulated Order.

Sincerely,

BRYAN MYERS
Digitally signed by BRYAN MYERS
Date: 2025.04.08 09:10:59 -04'00'

Bryan Myers, Chief
Drinking Water Enforcement Section


cc: Paul Calamita
    AQUALAW
    paul@aqualaw.com