# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>THE CITY OF JACKSON, MISSISSIPPI, )<br>)<br>Defendant. ) | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>THE CITY OF JACKSON, MISSISSIPPI, )<br>)<br>Defendant. ) | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case)<br><br>**ORDER** |

Before this Court are the opposing views as to whether a modified, increased water rate structure is appropriate, at this time, for the customers of JXN Water, Inc. JXN Water, speaking through its third-party manager, Ted Henifin, contends that a rate increase is necessary to move Jackson's water system towards sustainability and to meet the City's obligations under previous bond covenants.

Contrariwise, the City of Jackson opposes JXN Water's proposed increase. Recently, the City of Jackson requested from this Court approval to conduct a review of JXN Water's financial

records by an individual the City of Jackson proclaimed as a knowledgeable financial analyst. This Court, over the objection of JXN Water, allowed the study to proceed.

The financial analyst, Michael Thomas, completed his study on December 19, 2025, and submitted a copy of his "*Jackson Water review of revenues (collections) and expenses*" to JXN Water and to this Court [Docket no. 252-3].

Basing its arguments on the details of the report, the City says that a rate increase is not called for, that other measures are available instead to address the financial concerns of JXN Water.

JXN Water challenges certain aspects and conclusions of the Thomas Study in its "*Response to City's Financial Consultant's Review of JXN Water Finances*" [Docket no. 253].

The analytical differences between the combatants are sharp and substantial, and should be addressed in argument in open court, during which time this Court will have the opportunity to question the combatants and when the public will be given the opportunity to hear their respective viewpoints.

Accordingly, this Court sets a hearing on these matter for **January 7, 2026, at 10:00 AM**. Each side should be prepared to address the concerns raised by the other. Meanwhile, the injunction issued by this Court forbidding a rate increase shall remain in effect.

THIS the 30th day of December, 2025.

/s/HENRY T. WINGATE  
UNITED STATES DISTRICT JUDGE