**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) ) | Case No. 3:12-cv-790-HTW-LGI (Clean Water Act Case) |
| v. | ) ) ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| | ) ) | Case No. 3:22-cv-00686-HTW-LGI (Safe Drinking Water Act Case) |
| v. | ) ) ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) ) | |
| Defendant. | ) ) | |

**JXN Water's Quarterly Report on Results
Pursuant to Court Order Dated September 16, 2025**

JXN Water, by and through undersigned counsel, hereby submits this Quarterly Report, pursuant to the Court's Order [Dkt. No. 228], providing the following requested account data:

| | |
|---|---|
| New accounts added to the billing system | 106 |
| Number of customer reports (self-reports) | 5 |
| Revenue Impact of Corrective Measures | $495,062/month ($5,940,750 annualized) |

The additional revenue reflected herein is already incorporated in JXN Water's financial budget. Continued efforts to reduce the number of individuals using water service without accounts are expected to support ongoing revenue growth and help JXN Water meet the projections in its recovery plan, including the target of 95% collections by 2029, which is necessary for JXN Water to reach a balanced budget within that timeframe.

DATE: January 21, 2026

Respectfully submitted,

/s/ Charles Mitchell McGuffey
Charles Mitchell McGuffey (MSB #104986)
Malissa Wilson (MSB # 100751)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 690-8600
mitch.mcguffey@formanwatkins.com
malissa.wilson@formanwatkins.com

F. Paul Calamita (admitted *pro hac vice*)
AQUALAW, PLC
6 South 5th Street
Richmond, VA 23219
Telephone: (804) 716-9021
paul@aqualaw.com

*Counsel for the ITPM & JXN Water, Inc.*