IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:12-cv-790-HTW-LGI <br> (Clean Water Act Case) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> MISSISSIPPI POOR PEOPLE'S CAMPAIGN and the PEOPLE'S ADVOCACY INSTITUTE <br><br> Intervenor-Plaintiffs <br> v. <br><br> THE CITY OF JACKSON, MISSISSIPPI, <br><br> Defendant. | Case No. 3:22-cv-00686-HTW-LGI <br> (Safe Drinking Water Act Case) |

**INTERVENOR-PLAINTIFFS' MOTION FOR EXTENSION OF TIME**
(Safe Drinking Water Act Case)

NOW INTO COURT, through counsel, comes Intervenor-Plaintiffs who moves this Court to grant Intervenor-Plaintiffs' Motion for Extension of Time to file their Expert Report as related to the Water Rate Increase. Lead counsel for Intervenor-Plaintiffs has since fallen ill with flu-like symptoms. Though we represented to the court that we would have a final report on Friday, February 6, 2026, circumstances beyond the control of counsel and the consultant have resulted in the Intervenor-Plaintiffs not receiving the final report until late afternoon today, February 6, 2026.

Thus, Intervenor-Plaintiffs respectfully request an extension until Monday, February 9,

1

2026. Counsel has consulted with Parties, the United States and the City of Jackson, and neither party oppose an extension of time. At present, the United States does not object to an extension to 11:59 PM, Friday, February 6, 2026. The City does not object to an extension to Monday, February 9, 2026. This motion is not brought for purposes of delay, and respondent will not be prejudiced by the grant of additional time.

Respectfully Submitted,
.

This 6th day of February 2026.

/s Ayanna Hill
Miss. Bar No. 106590
American Civil Liberties Union
101 S. Congress St
Jackson, Mississippi 39201
(601) 354-3408
ahill@aclu-ms.org.