IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>and the STATE OF MISSISSIPPI, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| THE CITY OF JACKSON, MISSISSIPPI, | )<br>) | |
| Defendant. | )<br>) | |
| UNITED STATES OF AMERICA, | )<br>) | |
| Plaintiff, | )<br>) | |
| | )<br>) | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case) |
| v. | )<br>) | |
| | ) | **UNITED STATES'** |
| | ) | **RESPONSE TO COURT'S** |
| | ) | **TEXT ONLY ORDER** |
| THE CITY OF JACKSON, MISSISSIPPI, | ) | **ENTERED FEB. 9, 2026** |
| | ) | **(Safe Drinking Water Act Case)** |
| Defendant. | ) | |

## INTRODUCTION

Plaintiff United States of America submits this response to this Court's Text Only Order entered on February 9, 2026.

## RESPONSES

On the morning of February 9, 2026 this Court entered a Text Order directing all parties to respond to two queries related to the Intervenor-Plaintiffs Submission of Alternatives to JXN Water Inc.'s 2025 Proposed Water Rate Increase [Dkt. No. 267]. The United States responds to the Court's questions as follows:

1. <u>The Tardiness of the submission [of Dkt. No. 267] to the Court</u>.  The United States

takes no position on this issue. The United States does note that counsel for the intervenor-plaintiffs requested the United States' position on seeking additional time from the Court for its submission, and the United States indicated it had no objection to their request.

2. <u>The Contents of the Intervenor-Plaintiffs' Proposal</u>.  The United States takes no position on the contents of the document [Dkt. No. 267].

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

Dated: Feb. 9, 2026        /s/ KARL FINGERHOOD
        KARL FINGERHOOD (PA Bar No. 63260)
        Senior Counsel
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 514-7519
        Email: karl.fingerhood@usdoj.gov

        J.E. BAXTER KRUGER
        United States Attorney for the
        Southern District of Mississippi

        ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
        Chief, Civil Division
        MITZI DEASE PAIGE (MS Bar No. 6014)
        Assistant United States Attorney
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Tel: (601) 965-4480
        Email: angela.williams3@usdoj.gov
                mitzi.paige@usdoj.gov

        *Counsel for Plaintiff the United States of America*