IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **and THE STATE OF MISSISSIPPI,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 3:12-cv-00790-HTW-LGI** |
| | ) | **(Clean Water Act Case)** |
| v. | ) | |
| | ) | |
| **THE CITY OF JACKSON, MISSISSIPPI,** | ) | |
| | ) | |
| Defendant. | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 3:22-cv-00686-HTW-LGI** |
| | ) | **(Safe Drinking Water Act Case)** |
| | ) | |
| v. | ) | |
| | ) | |
| **THE CITY OF JACKSON, MISSISSIPPI,** | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF THE MISSISSIPPI DEPARTMENT
OF ENVIRONMENTAL QUALITY TO THE COURT'S
<u>TEXT ONLY ORDER ENTERED FEBRUARY 9, 2026</u>**

The Mississippi Department of Environmental Quality (MDEQ), by and through counsel, responds to the Court's February 9, 2026 Text Order as follows:

1. On the morning of February 9, 2026, this Court entered a Text Order directing all parties to respond to two issues related to the Intervenor Plaintiffs' Submission of Alternatives to Jxn Water Inc.'s 2025 Proposed Water Rate Increase [Dkt. No. 267], which was filed with the Court on February 6, 2026, at 6:02 p.m. MDEQ responds as follows:

1

2. <u>Tardiness of the Intervenor Plaintiffs' submission.</u> Intervenor Plaintiffs' submission relates to a water rate increase, which in turn relates to the Safe Drinking Water Act portion of this consolidated case. MDEQ is not a party to the Safe Drinking Water Act claims and therefore takes no position on this issue.

3. <u>Contents of the Intervenor Plaintiffs' proposal.</u> For the reasons stated above, MDEQ takes no position on the contents of the document submitted by Intervenor Plaintiffs.

RESPECTFULLY SUBMITTED, this the 10th day of February, 2026.

BY: *[signature]*

Laura L. Gibbes, MSB No. 8906
Attorney for the Mississippi Department
of Environmental Quality

Mississippi Department of Environmental Quality
Legal Division
P.O. Box 2261
Jackson, MS 39225-2261
601-961-5369
lgibbes@mdeq.ms.gov

2

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive electronic service in this case.

SO CERTIFIED, this the 10th day of February, 2026.

BY: _____
Laura L. Gibbes