IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, ) ) ) Plaintiffs, ) ) ) v. ) ) ) THE CITY OF JACKSON, MISSISSIPPI, ) ) Defendant. ) ) | Case No. 3:12-cv-790-HTW-LGI (Clean Water Act Case) |
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) ) v. ) ) ) THE CITY OF JACKSON, MISSISSIPPI, ) ) Defendant. ) ) | Case No. 3:22-cv-00686-HTW-LGI (Safe Drinking Water Act Case) |

**JXN WATER INC.'S RESPONSE TO INTERVENOR-PLAINTIFFS' SUBMISSION OF
<u>ALTERNATIVES TO PROPOSED RATE INCREASE</u>**

In compliance with the Court's text order, dated February 9, 2026, JXN Water responds to Intervenor-Plaintiffs' Submission of Alternatives to JXN Water, Inc.'s 2025 Proposed Water Rate Increase [Dkt. No. 267] as follows:

**(1) The Tardiness of Intervenor-Plaintiffs' Submission to the Court**

It is unfortunate that none of Intervenors' counsels could provide the Court with an analysis of the rate consultant's report (Rate Report) last Friday, over the weekend, or even

today. Such promised analysis would have had to disclose to the Court that none of the alternatives would provide JXN Water with revenue anywhere near equivalent to what the proposed rate increase would generate. As with the City's financial consultant, the Intervenors' offer alternate sources of <u>future</u> revenue. Unlike the City's financial consultant, Intervenors misrepresent in their "options" that such future revenues would be available today. Not having to provide an accompanying analysis left JXN Water to have to shift though Intervenors' unhelpful comparisons on its own in a very compressed time period.

**(2) The Contents of Intervenor-Plaintiffs' Proposal**

Intervenors' Rate Report does not live up to its billing. It finds no way to obviate the proposed rate increase and offers no alternative that would generate the revenue that JXN Water needs to continue to operate (including to pay the City's debt service).

The Rate Report does not dispute the reasonableness or appropriateness of JXN Water's current rate structure or the proposed rate increase.

Instead, the Rate Report fatally and in a misleading manner seeks to compare JXN Water's proposed rate increase with six alternative rate approaches. However, in all six of Intervenors' scenarios, they wrongly assume that JXN Water TODAY will receive (1) full payment from the 4,000 properties with meters but no accounts and (2) 300 percent more revenue from outside customers than they are paying today.

See Table 23 below which shows this apples-to-oranges comparison. Column 4 shows the Outside City Water revenue and Column 5 shows the revenue from the 4000 unbilled properties. For JXN water's proposed rate scenario, only current revenue from outside City customers and no revenue from the 4000 properties is included. Conversely, Intervenors include

full revenue from both in their six scenarios.  That is the magic slight of hand they use to then indicate there are options to lower the rate burdens in their six scenarios.  Moreover, even with these slights of hand, several of their scenarios don't even raise the needed revenue levels.

Intervenors are aware that the topic of the 4000 unbilled properties has been discussed with the Court.  Our recollection is that everyone understands it will take a significant amount of time to visit these properties and turn them into paying accounts.  Moreover, some of these properties may be abandoned or have other reasons not to need an account.  JXN Water has invited the City to assist with visiting these properties but received no response to that request.  Assuming that JXN Water is receiving full payment from these 4000 potential accounts NOW is materially incorrect and misleading.

Intervenors are also surely aware that it will take approximately 12-18 months to pursue a rate increase for outside customers through the Public Service Commission's process.  Such a process won't begin until after the in-City increase is in place.  Moreover, the PSC will surely not immediately impose the 300 percent increase called for in the JXN Water rate increase.  Instead, the PSC will likely phase that rate increase in over a period years.  Intervenors' expert may not have represented any local municipal water/sewer utilities but he has extensive experience with State public service commissions such that assuming an immediate 300 percent rate increase is in Intervenors' six rate "options" for the Court is clearly wrong.

**Table 1: Revenue Comparison - Combined Alternative Scenarios**

| Scenario | Existing Inside City Customer Fixed Revenue | Existing Inside City Customer Volumetric Revenue | Outside City Water Revenue | New Inside Unbilled Customer Revenue | Total Scenario Revenue | Incremental Revenue |
|---|---|---|---|---|---|---|
| Current | 37,161,420 | 82,533,481 | 853,020 | 0 | 120,547,921 | 0 |
| JXN Water Proposed | 37,161,420 | 102,892,238 | 853,020 | 0 | 140,906,678 | +20,358,757 |
| New Four-Tier A | 37,161,420 | 96,557,817 | 3,975,456 | 3,877,999 | 141,572,692 | +21,024,770 |
| New Four-Tier B | 37,161,420 | 91,625,118 | 3,975,456 | 3,744,641 | 136,506,635 | +15,958,714 |
| Five-Tier A (Current) | 37,161,420 | 87,042,040 | 3,677,148 | 3,687,461 | 131,568,069 | +11,020,147 |
| Five-Tier B (Current) | 37,161,420 | 84,575,690 | 3,604,058 | 3,620,782 | 128,961,950 | +8,414,029 |
| Five-Tier A (Proposed) | 37,161,420 | 97,153,866 | 4,749,748 | 4,575,237 | 143,640,271 | +23,092,350 |
| Five-Tier B (Proposed) | 37,161,420 | 95,937,134 | 4,859,870 | 4,675,700 | 142,634,124 | +22,086,203 |

Changing the rate design in Jackson is an issue for another day. We are just at the point where we are getting customers to pay their bills under the current structure. Changing that structure will take time. Doing so now will undermine public confidence in our rates and the utility.

Intervenors' Rate Report also assumes that its alternate flow tiers are warranted based upon national water usage estimates. We do not believe those estimates are appropriate for Jackson where we have many households (homes and apartments) with a large number of residents (especially multi-generational) and where two-thirds of the housing stock was built before 1980. That housing stock has old plumbing and likely a lower percentage of efficient fixtures and facilities than the national average.

Even if we could somehow put aside the fact that we really are not and won't anytime soon get all of the revenue from (1) 300 percent increase for out-of-City customers and (2) 4000 unbilled properties with meters, Intervenors' rate options will significantly increase rates for

larger water users including homes with larger families, master metered multi-family units, renters that cannot control water consumption (fixing leaks or installing more water efficient fixtures/appliances) and others.  As the Court is well aware, one of the larger users already is contesting before this Court the validity of the current rate structure, never mind one that imposes significantly greater costs on them.  Any change to those rates must wait at least until the Court resolves the pending challenge.

Relatedly, the Rate Report ignores the reality that any further major increase to high volume water users will likely result in non-residential customers curtailing their usage so we would not actually see the revenue predicted.  We see no reduction in the revenues assumed in the Rate Report to reflect this common result.

The Rate Report concedes that ***"The choice among these alternatives involves policy considerations about the appropriate distribution of rate impacts across different customer groups—particularly the balance between protecting residential customers and ensuring adequate revenue collection—as well as the administrative and regulatory steps required to implement each option."***  JXN Water did just that balancing when the new structure was proposed and implemented in 2024. The goal was a new rate structure that would provide a consistent revenue stream to cover a portion of the fixed costs (availability charge) and an inclining block structure that would encourage conservation by large users as well as place a premium on water used by these large users. The tiers were established to minimize impact on smaller metered customers. A key consideration was the ability to keep rates affordable by the overwhelming majority of customers. The system was pretty simple - only two classes of customers - SNAP and non-SNAP.  This remains a very equitable rate structure.

To our dismay, the Rate Report asserts that there may be cost savings to offset the need for the rate increase. This is simply speculative and late to the game. JXN Water has already assumed significant future cost savings by setting a flat $115 million operating budget through 2029. Our operating expenses were $117 million for 2025 and we have to offset inflation between now and the end of 2029. That will require significant cost savings. A flat multi-year budget for a public water and sewer utility is generally unheard of. Suggesting, without any specifics that there are material additional cost-savings is unhelpful to the exercise. We note that the City had unlimited access to our books and has repeatedly urged us to "tighten our belt" and yet has not identified a single cut we could make.

The Rate Report also asserts that we could obtain future revenue from adopting a fire protection charge for public and private users. This is generally not done by public water systems in the southeast. Even if we were to try to stand up such a program it will take time and administrative costs while also further stressing our collections efforts. For these reasons, this is a red herring for the analysis at issue.

The rate structure must remain as is for the time being to raise the revenue we need now and to create some stability where there has been little - perhaps none - for the past decade plus. JXN Water will examine the rate structure in the future, but not until we reach some financial stability, an industry level collection rate, and have built significant trust in the entire water system, including billing.

We would have welcomed a silver bullet that mooted the need for a rate increase. We don't like increasing rates and it will make our collections efforts (which we don't enjoy either) all that much harder. Alas, because Intervenors' Rate Report offers no viable alternative to

raising the revenue that JXN Water needs today to remain financially viable and to pay the City's debt service, we urge the Court to approve the proposed rate increase.

DATE: February 9, 2026

Respectfully submitted,

/s/ F. Paul Calamita
Malissa Wilson (MSB # 100751)
Charles Mitchell McGuffey (MSB #104986)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 690-8600
malissa.wilson@formanwatkins.com
mitch.mcguffey@formanwatkins.com

*Counsel for the ITPM & JXN Water, Inc.*