IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE UNITED STATES OF AMERICA, ET AL                                        PLAINTIFF

v.                                                                    CASE NO. 3:12cv790-HTW-LGI

THE CITY OF JACKSON, MISSISSIPPI                                         DEFENDANTS

---

### CITY OF JACKSON'S MOTION FOR STATUS CONFERENCE

---

The City of Jackson, Mississippi ("City"), through undersigned counsel, files this Motion for Status Conference, and the City states as follows:

1.      Today, the City filed its Motion for Injunction of HB1677SG [D285].

2.      The City's motion addresses the transition plan for the City's water system and recently passed legislation establishing the Metro Jackson Water Authority.

3.      Because of impending appointments and deadlines as well as transition issues critical to the continued operation of the Jackson water system, as addressed in the City's motion, the City respectfully requests that the Court schedule a status conference at its earliest convenience.

WHEREFORE, the City of Jackson, Mississippi, respectfully requests an order from this Court scheduling a status conference regarding the City's Motion for Injunction of HB1677SG.

DATED:  April 27, 2026.

Respectfully   Submitted   on   Behalf   of
Defendant City of Jackson, Mississippi,


   /s/ Drew M. Martin
Drew M. Martin, MBN 101045
City Attorney

**OFFICE OF THE CITY ATTORNEY**
401 East Capitol Street, Suite 300
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile
dmartin@city.jackson.ms.us

CERTIFICATE OF SERVICE

      I certify that on the date indicated below I filed the above pleading using the court's electronic

filing system, which delivered electronic notice to all attorneys of record.

                                          */s/ Drew M. Martin*