IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF MISSISSIPPI, Plaintiffs, v. THE CITY OF JACKSON, MISSISSIPPI, Defendant. | Case No. 3:12-cv-790-HTW-LGI (Clean Water Act Case) |
| UNITED STATES OF AMERICA, Plaintiff, v. THE CITY OF JACKSON, MISSISSIPPI, Defendant. | Case No. 3:22-cv-00686-HTW-LGI (Safe Drinking Water Act Case) |

**SUPPLEMENT TO MOTION FOR EXTENSION OF STAY OF LITIGATION**
(Safe Drinking Water Act Case)

COMES NOW, the United States of America, and respectfully move this Court for an extension of the stay of litigation, to December 4, 2026. The United States, on behalf of the Environmental Protection Agency, the State of Mississippi, on behalf of the Mississippi State Department of Health ("MSDH"), and the Defendant, the City of Jackson, Mississippi, all consent to the extension of the stay. The Interim Third-Party Manager, although not a party, also consents

to the extension. The Plaintiff Intervenors (the Peoples Advocacy Institute and the Mississippi Poor People's Campaign) do not consent to a stay of the litigation.

On September 9, 2025, the United States timely moved for an extension of stay of litigation in this matter [Dkt. No. 224], seeking to extend the stay until December 12, 2025, and submitted a Memorandum in support thereof [Dkt. No. 225]. The Plaintiff Intervenors filed a Response in Opposition [Dkt. No. 232] and the United States submitted a Reply [Dkt. No. 236]. The Court has yet to rule on this Motion. The United States supplemented its Motion on December 19, 2025 [Dkt. No. 251], requesting the stay be extended until April 10, 2026, and on April 9, 2026 [Dkt 282], requesting the stay be extended until August 21, 2026. The United States hereby supplements its pending motion for the reasons set forth in the previously filed Memorandum in Support of the Motion for Extension of Stay [Dkt. No. 225], Reply Brief [Dkt. No. 236] and for the reasons stated on the record at the March 25, 2026 hearing held in this matter (Dkt. No. 300 at pp. 37-45).[1] In addition, during the time the Motion has been pending the United States has continued to have discussions with both MSDH and the City.

Therefore, United States respectfully requests that the Court grant the Motion, as supplemented, to extend the current stay of litigation until December 4, 2026. This motion is brought in good faith and not for purposes of delay.

---

[1] As noted during the March 25, 2026 hearing in this matter, the intervenors asserted three narrow claims against the City in their complaint. Those three claims mimicked three claims asserted by the United States. The injunctive relief as to two of the three claims asserted by the intervenors has been completed. The injunctive relief on their remaining claim (failure to complete corrosion control) has been completed for some time at the J.H. Fewell plant and will be completed sometime this month (August of 2026) at the O.B. Curtis plant. *See,* SDWA Case Dkt. 69 at pp. 3, 48 (JXN Water Status Report for the Quarter Ending on June 30, 2026). The intervenors cannot force the City, the United States, the State of Mississippi, and the ITPM into costly and unnecessary litigation by withholding their consent to an extension of the stay. *C.f.*, *Local No. 93, Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501, 528-29 (1986) (intervenors cannot force unnecessary litigation by withholding their consent to a settlement); March 26, 2026 hearing (Dkt. No. 300).

Date: August 21, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
U.S. Department of Justice

/s/ Karl Fingerhood
KARL FINGERHOOD (PA Bar No. 63260)
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3375
Email: Karl.Fingerhood@usdoj.gov

J.E. BAXTER KRUGER
United States Attorney for the
Southern District of Mississippi

ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
Chief, Civil Division
MITZI DEASE PAIGE (MS Bar No. 6014)
Assistant United States Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 965-4480
Email: angela.williams3@usa.doj.gov
mitzi.paige@usdoj.gov

*Counsel for Plaintiff the United States of America*